1  THOMAS F. CASEY III, COUNTY COUNSEL (SBN 47562)
   By: John D. Nibbelin, Deputy (SBN 184603)
2  By: Aimee B. Armsby, Deputy (SBN 226967)
   Hall of Justice and Records
3  400 County Center, 6th Floor
   Redwood City, CA 94063
4  Telephone: (650) 363-4757
   Fax: (650) 363-4034
5
   Attorneys for Defendants
6  RAVENSWOOD CITY SCHOOL DISTRICT

7

8
                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA
10

11
   EMMA C., et al.,                          Case No. C-96-4179 TEH
12
              Plaintiffs,                     STIPULATION AND [PROPOSED] ORDER
13                                            REGARDING TIMELINES FOR
              vs.                             SUBMISSION OF RSIP BUDGET
14
   DELAINE EASTIN, et al.
15
              Defendants.
16

17      Ravenswood City School District ("Ravenswood"), with the agreement of all parties, hereby

18  submits the following stipulation and proposed order.

19      At the most recent status conference in this case, the Court directed Ravenswood and the

20  California Department of Education ("CDE") to meet and confer regarding the Ravenswood Self-

21  Improvement Plan ("RSIP") budget for the 2007-2008 school year, and further directed Ravenswood to

22  submit the 2007-2008 RSIP budget by May 25, 2007. Ravenswood and the CDE have met and conferred

23  extensively regarding the RSIP budget over the last several weeks and the parties are optimistic about

24  being able to reach agreement on the RSIP budget for 2007-2008. Further, the parties believe it likely

25  that they will be able to reach an agreement regarding the allocation of the SRIP budget.

26      While Ravenswood and the CDE have had productive discussions and negotiations regarding the

27  RSIP budget, they believe that additional time beyond May 25, 2007 is necessary in order for them to

28  gather information and undertake additional discussions to resolve all outstanding issues. Consequently,

1  Ravenswood and the CDE request that the Court extend the deadline for submission of the 2007-2008

2  RSIP budget to June 8, 2007.

3  Dated: May 24, 2007                          THOMAS F. CASEY III, COUNTY COUNSEL

4

5                                               By:

6                                                        John D. Nibbelin, Deputy

7                                               Attorneys for Defendant
                                                RAVENSWOOD CITY SCHOOL DISTRICT
8

9

10 Dated: May 24, 2007                          OFFICE OF THE CALIFORNIA ATTORNEY
                                                GENERAL
11

12
                                                _____
13                                                          George Prince, Deputy

14                                              Attorneys for Defendants
                                                CALIFORNIA DEPARTMENT OF
15                                              EDUCATION, STATE BOARD OF
                                                EDUCATION, and Individual State Defendants
16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C-96-4179 TEH                    2
STIPULATION AND [PROPOSED] ORDER REGARDING TIMELINES FOR SUBMISSION OF RSIP
                                      BUDGET

1   Ravenswood and the CDE request that the Court extend the deadline for submission of the 2007-2008

2   RSIP budget to June 8, 2007.

3   Dated:  May 24, 2007                    THOMAS F. CASEY III, COUNTY COUNSEL

4

5                                           By: _____
6                                                   John D. Nibbelin, Deputy

7                                           Attorneys for Defendant
                                            RAVENSWOOD CITY SCHOOL DISTRICT
8

9

10  Dated:  May 24, 2007                    OFFICE OF THE CALIFORNIA ATTORNEY
                                            GENERAL
11

12                                          _____
13                                               George Prince, Deputy

14                                          Attorneys for Defendants
                                            CALIFORNIA DEPARTMENT OF
15                                          EDUCATION, STATE BOARD OF
                                            EDUCATION, and Individual State Defendants
16

17

18

19

20

21

22

23

24

25

26

27

28

1

## [PROPOSED] ORDER

2          Good cause appearing therefore, it is hereby ordered that Ravenswood shall submit the RSIP

3   Budget for the 2007-2008 school year on or before June $11$, 2007.

4          IT IS SO ORDERED.

5   Dated:   5/29/07

6

7                                              THELTON E. HENDERSON

8                                              UNITED STATES DISRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C-96-4179 TEH                        3
STIPULATION AND [PROPOSED] ORDER REGARDING TIMELINES FOR SUBMISSION OF RSIP
BUDGET

1 | **PROOF OF SERVICE**

2 |     I do hereby declare that I am a citizen of the United States employed in the County of San

3 | Mateo, over 18 years old and that my business address is 400 County Center, Redwood City, California.

4 | I am not a party to the within action.

5 |     On May 25, 2007 I served the following document(s):

6 | ***STIPULATION AND {PROPOSED] ORDER REGARDING TIMELINES FOR SUBMISSION OF RSIP BUDGET***

7 |

8 | on all other parties to this action by placing a true copy of said document(s) in a sealed envelope in the

9 | following manner:

10 | **[X]** (BY U.S. MAIL) I placed such envelope(s) addressed as shown below for collection and mailing
at Redwood City, California following our ordinary business practices. I am readily familiar with

11 | this office's practice for collecting and processing correspondence for mailing. On the same day
that correspondence is placed for collection and mailing, it is deposited in the ordinary course of

12 | business with the United States Postal Service in a sealed envelope with postage fully prepaid.

13 |

14 | [ ] (BY FEDERAL EXPRESS) I placed such envelope(s) addressed as shown below for collection
and delivery by Federal Express with delivery fees paid or provided for in accordance with this

15 | office's practice. I am readily familiar with this office's practice for processing correspondence for
delivery the following day by Federal Express.

16 | [ ] (BY FACSIMILE TRANSMISSION) I caused such document(s) to be telefaxed to the

17 | addressee(s) and number(s) shown below, wherein such telefax is transmitted that same day in the
ordinary course of business.

18 | [ ] (BY PERSONAL SERVICE) I caused such envelope(s) to be hand-delivered to the addressee(s)

19 | shown below. A proof of service signed by the authorized courier will be filed forthwith.

20 | [ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the

21 | foregoing is true and correct.

22 | **[X]** (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court
at whose direction the service was made.

23 |

24 |

25 | COLLEEN PASSMORE

26 |

27 | ***Emma C. et al vs. Delaine Eastin, et al., - Case No. C-96-4179 TEH***

28 | **\*See attached service list**

PROOF OF SERVICE

1   **NAME AND ADDRESS OF EACH PERSON TO WHOM SERVICE WAS MADE**

2   Marsha Bedwell, Esq.                         Arlene Mayerson, Esq.
    Michael E. Hersher, Esq.                     Larisa Cummings, Esq.
3   Gabriel Vivas, Esq.                          Disability Rights Education & Defense Fund, Inc.
    California Department of Education            2212 Sixth Street
4   1430 N Street                                Berkeley, CA 94710
    Sacramento, California 95814

5

6   William S. Koski                             Mark Mlawer
    Stanford Law School                          P.O. Box 51170
7   Youth and Education Law Project              Palo Alto, CA 94303-9998
    Crown Quadrangle
8   559 Nathan Abbott Way
    Stanford, CA 94305-5540

9

10  Rony Sagy                                    George Prince
    Sagy Law Associates                          Attorney General's Office
11  930 Montogomery Street                       455 Golden Gate Avenue, Suite 11000
    Suite 600                                    San Francisco, CA 94102-7004
12  San Francisco, CA 94133

13

14

15  L:\LITIGATE\E_CASES\Emma C\2007\Proof of Service 2007.doc

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE