IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMMA C. et al.,

               Plaintiffs,

    v.

DELAINE EASTIN, et al.,

               Defendants.

NO. C96-4179 TEH

ORDER SEALING DOCUMENTS FILED BY THE COURT MONITOR

It has come to the Court's attention that certain documents filed by the Court Monitor in this action inadvertently disclosed confidential information in violation of Local Civil Rule 3-17(a)(1). Accordingly, the Court hereby ORDERS the Clerk of the Court to place the following documents under seal pursuant to Local Rule 79-5:

| **Docket Number** | **Date Filed** |
|---|---|
| 1045 | January 17, 2006 |
| 1046 | January 18, 2006 |
| 1054 | March 8, 2006 |
| 1055 | March 13, 2006 |
| 1060 | April 27, 2006 |
| 1064 | May 30, 2006 |
| 1080 | August 23, 2006 |
| 1085 | October 26, 2006 |
| 1086 | October 26, 2006 |
| 1088 | November 8, 2006 |
| 1095 | November 30, 2006 |
| 1098 | January 11, 2007 |

| | |
|---|---|
| 1099 | January 11, 2007 |
| 1104 | March 2, 2007 |
| 1105 | March 9, 2007 |
| 1113 | April 24, 2007 |
| 1119 | May 29, 2007 |
| 1126 | August 24, 2007 |
| 1127 | August 24, 2007 |
| 1128 | August 31, 2007 |
| 1132 | October 2, 2007 |

The Court Monitor is hereby ORDERED to Refile redacted versions of the documents listed above, identical but for the word "REDACTED" in the place of confidential information protected by Local Rule 3-17(a)(1), under the title "REDACTED REQUESTS FOR FUNDS, 2006-2007" with a copy of this Order attached, no later than November 26, 2007

**IT IS SO ORDERED.**

Dated:     11/15/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2