IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
NOV 16 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA C., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DELAINE EASTIN, et al., <br><br> Defendants. | NO. C96-4179 TEH <br><br> ORDER RE QUARTERLY DISBURSEMENT |

The Court is in receipt of the November 15, 2007 memorandum from the Court Monitor, attached hereto, regarding "Ravenswood Quarterly Invoice." Good cause appearing, and pursuant to this memorandum, as well as the Court's Orders of June 3, 2004, and June 12, 2006, the Court hereby directs the Clerk of the Court to disburse a check from the Court Registry for this case in the amount of $780,973.20 payable to Ravenswood City School District. This disbursement covers the period of the second quarter of Fiscal Year 2008.

In light of the size of the disbursement, it will be picked up by Ravenswood. Accordingly, the Clerk's Office shall contact the Office of the Superintendent of Ravenswood, at 650-329-2800, extension 110, and inform the Superintendent as to when the check will be available for pick-up. The Superintendent's Office will inform the Clerk's Office of the person designated to pick up the check. This person should be prepared to present proper identification.

**IT IS SO ORDERED.**

DATED: 11/15/07

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

## United States District Court
## Office of the Court Monitor
*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

P.O. Box 51170
Palo Alto, CA 94303-9998
(650) 329-2800 x125
(650) 326-3410 (fax)

Mark A. Mlawer
Court Monitor

MEMO

TO:     The Honorable Thelton E. Henderson (via fax)

FROM:   Mark A. Mlawer

DATE:   November 15, 2007

RE:     Ravenswood Quarterly Invoice

    In accordance with the Court's Order of July 18, 2007, Defendant Ravenswood has submitted its second quarterly invoice for FY '08. This invoice is for a total of **$780,973.20**.
    As directed by the Court's Order, I am forwarding the attached invoice to the Court for payment. The check should be made out to the Ravenswood City School District.
    Thank you in advance for your attention to this matter.

NOV 13 2007

# Ravenswood City School District

Office of Business Services
2160 Euclid Avenue
East Palo Alto, CA  94303
PH: 650-329-2800    FAX: 650-322-9454

# Invoice

| Date | Invoice # |
|---|---|
| 11/13/2007 | 6053 |

**Bill To**

U.S. District Court
Attn : Clerk of the Court

| P.O. No. | Terms | Due Date | Account # |
|---|---|---|---|
|  |  | 11/13/2007 |  |

| Description | Amount |
|---|---|
| Payment is requested for Ravens Self Improvement Plan Expenditures Breakdown as follows: | |
| 2nd Quarter Billing 60% RSIP Reimbursement for FY 07-08 | |
| --District Share | 429,533.61 |
| --State Share | 351,439.59 |

We appreciate your prompt payment.

**Total**    $780,973.20

Tax ID # 77-0209800