IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMMA C., et al.,

    Plaintiffs,

v.

DELAINE EASTIN, et al.,

    Defendants.

NO. C96-4179 TEH

<u>CLASS ACTION</u>

<u>ORDER</u>

The Request by the Court Monitor to allow the parties more time to meet and confer on allocation of costs stemming from compliance with this Court's December 20, 2007 Order, and to extend the Court Monitor's time to make recommendations as to costs, is GRANTED. The parties shall have until April 4, 2008 to meet and confer. The Court monitor shall inform the Court on or before that date whether the parties have reached agreement, and if not, shall provide the Court with a specific request for briefing by the parties, and make a recommendation by April 23, 2008.

**IT IS SO ORDERED.**

Dated: 3/14/08

    THELTON E. HENDERSON
    UNITED STATES DISTRICT JUDGE