1                 IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

5   EMMA C. et al.,

6                  Plaintiffs,          NO. C96-4179 TEH

7                     v.            ORDER RE PROCESS FOR
MAKING   ALLOCATION

8   DELAINE EASTIN, et al.,          FOR FISCAL YEAR 2008-09

9                Defendants.

10

11

12      A new fiscal year will commence on July 1, 2008.  The Court hopes that Defendnats

13 will be able to agree upon an equitable allocation for fiscal year 2006-2007 without

14 intervention from the Court, in light of the guidance provided by this Court's May 14, 2003

15 Order Re Initial Allocation, and their past successes in reaching agreement.[1]  In the event,

16 however, that informal resolution is not possible, the Court will make an equitable allocation.

17      To facilitate the allocation process in a timely manner, the Court sets forth the

18 following schedule:

19      1.     By no later than Monday, April 21, 2008, Ravenswood and the Court Monitor

20 shall each submit their respective proposed budgets to the Court and the parties.

21      2.     The Defendants shall, as soon as possible thereafter, meet and confer in good

22 faith to seek an agreement upon an equitable allocation for the fiscal year 2008-09.

23      3.     Defendants shall, by no later than Monday, May 5, 2008, file either a joint

24 statement setting forth an agreed upon allocation for fiscal year 2008-09 or, if no agreement

25 has been reached, separate opening briefs setting forth their respective positions with respect

26 to an appropriate allocation.

27

28      [1] This allocation will cover two budgets: (1) the RSIP implementation budget, and (2)
the Monitor's Office budget.

4.      If the parties have not reached agreement, Defendants shall respond to each other's opening briefs by no later than Monday, May 19, 2008.  The Court shall hold a hearing on the allocation issue on Wednesday May 28, 2008 at 10:00 a.m.  To the extent that Plaintiffs wish to address this matter, they may file comments responding to defendants' opening briefs no later than May 19, 2008.

The Court will also hold a Status Conference on Wednesday, May 28, 2008 at 10:00 a.m., whether or not a hearing on the allocation of costs is necessary.  The Parties shall submit status conference statements one week before the conference.

**IT IS SO ORDERED.**

Dated:      3/19/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT