IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA C. et al., | |
| Plaintiffs, | NO. C96-4179 TEH |
| v. | ORDER |
| DELAINE EASTIN, et al., | |
| Defendants. | |

RSIP requirement 8.4.3 provides:

Except as noted in this Requirement, within 45 days of any IEP team meeting, the District shall provide to parents, whose primary language is not English and who requested a written translation of the IEP, a full written translation of the IEP. For those parents who request that a translation be provided sooner than 45 days, the District shall provide such translation within 30 days. For those parents who request a translation for purposes of a due process hearing request or compliance complaint, the District shall provide such translation within ten days. In addition, if requested by the parents, the District shall provide a verbal translation of the IEP prior to sending the written translation.

The District has represented that _NANCY ELIUM_ is responsible for ensuring that IEPs are translated as required by the RSIP. He/She is hereby ORDERED to ensure that at least 95% of student IEPs are translated as required by RSIP Requirement 8.4.3. Failure to do so may subject him or her to sanctions, including being held in contempt of court.

**IT IS SO ORDERED.**

Dated:   3/19/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT