United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA C. et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>DELAINE EASTIN, et al.,<br><br>                Defendants. | NO. C96-4179 TEH<br><br>ORDER RE: COURT MONITOR SALARY |

On August 11, 2005, the Court raised the Court Monitor's daily rate to $800.00 per day. Due to the passage of nearly three years since that date, the Court finds that it is appropriate to raise the Court Monitor's salary. The Court Monitor's compensation is hereby raised to a rate of $950.00 per day.

**IT IS SO ORDERED.**

Dated:     3/26/08

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT