IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMMA C., et al.,

        Plaintiffs,

  v.

DELAINE EASTIN, et al.,

        Defendants.

NO. C96-4179 TEH

ORDER RE QUARTERLY DISBURSEMENT

The Court is in receipt of the April 16, 2008 memorandum from the Court Monitor, attached hereto, regarding "Ravenswood Quarterly Invoice." Good cause appearing, and pursuant to this memorandum, as well as the Court's Orders of June 3, 2004, and June 12, 2006, the Court hereby directs the Clerk of the Court to disburse a check from the Court Registry for this case in the amount of $520,643.80, payable to Ravenswood City School District. This disbursement covers the period of the fourth quarter of Fiscal Year 2008.

In light of the size of the disbursement, it will be picked up by Ravenswood. Accordingly, the Clerk's Office shall contact the Office of the Superintendent of Ravenswood, at 650-329-2800, extension 110, and inform the Superintendent as to when the check will be available for pick-up. The Superintendent's Office will inform the Clerk's Office of the person designated to pick up the check. This person should be prepared to present proper identification.

**IT IS SO ORDERED.**

DATED: April 24, 2008

_____
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE