Arlene B. Mayerson, Esq., CA Bar # 79310
Larisa Cummings, Esq., CA Bar # 131076
DISABILITY RIGHTS EDUCATION & DEFENSE FUND
2212 Sixth Street
Berkeley, CA 94710
Telephone: (510) 644-2555
Fax: (510) 841-8645
Email: amayerson@dredf.org
Email: lcummings@dredf.org

William S. Koski, Esq., CA. Bar #166061
STANFORD LAW SCHOOL
YOUTH & EDUCATION LAW PROJECT
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-3718
Fax: (650) 723-4426
Email: bkoski@stanford.edu

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAM FRANCISCO DIVISION

| | |
|---|---|
| EMMA C., et al.,<br><br>   Plaintiffs,<br><br>  vs.<br><br>DELAINE EASTIN, et al.,<br><br>   Defendants. | Case No. C-96-4179 (TEH)<br><br>[PROPOSED] STIPULATED ORDER RE: PAYMENT OF PLAINTIFFS' ATTORNEYS FEES |

  Counsel for the parties have prepared a stipulated order for the payment of attorneys' fees by defendants for the period of October 1, 2006 through September 30, 2007, in this action.

  Based on billing statements and discussions among the parties, fees and costs in the amount of $10,510.00 will be paid to the Disability Rights Education and Defense Fund, and fees in the amount of $6,970.00 will be paid to the Youth and Education Law Project.

  In accord with the previous agreements of defendants, the fees and costs awards will be shared equally by the California Department of Education and the Ravenswood City School District.

1    These monies will be paid no later than 30 days after the Court has executed and entered
2 the proposed Stipulated Order.
3 Dated:  July 16, 2008

                                    Respectfully submitted,

                                    DISABILITY RIGHTS EDUCATION & DEFENSE
                                    FUND

                                    By:        /s/  Larisa Cummings            .
                                            Larisa Cummings, Staff Attorney

                                    Attorneys for Plaintiff Emma C.


                                    YOUTH AND EDUCATION LAW PROJECT

                                    By:        /s/                             .
                                            William S. Koski

                                    Attorneys for Plaintiff Emma C.


                                    MICHAEL P. MURPHY, COUNTY COUNSEL

                                    By:        /s/                             .
                                            Aimee B. Armsby, Deputy

                                    Attorneys for Ravenswood City School District


                                    OFFICE OF THE CALIFORNIA ATTORNEY
                                    GENERAL

                                    By:        /s/                             .
                                            George Prince, Deputy

                                    Attorneys for State Defendants

STIPULATED ORDER RE PLAINTIFFS' ATTORNEYS' FEES
Emma C. et al., v. Delaine Eastin, et al.; CASE NO. C-96-4179 (THE)

1 ECF SIGNATURE ATTESTATION

2   I am the efiling attorney whose ECF User Identification and Password are being used to
3 electronically file the following document(s): [PROPOSED] STIPULATED ORDER RE: PAYMENT OF
4 PLAINTIFFS' ATTORNEYS FEES.

5   In compliance with General Order 45, Section X.B., I hereby attest that concurrence in the
6 filing of the above document(s) has been obtained from the signatory(ies); and that the original
7 signature(s) shall be maintained on file to support this concurrence.

8 DATED:  July 22, 2008

                                                /s/ Larisa Cummings
9                                                 LARISA CUMMINGS

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED ORDER RE PLAINTIFFS' ATTORNEYS' FEES
Emma C. et al., v. Delaine Eastin, et al.; CASE NO. C-96-4179 (THE)

1 [PROPOSED] ORDER RE PLAINTIFFS' ATTORNEY'S FEES

2 In view of the parties' stipulation, and good cause appearing thereof, the California Department of Education and the Ravenswood City School District shall pay attorneys' fees and costs in the amount of $10,510.00 to be paid to the Disability Rights Education and Defense Fund, and fees in the amount of $6,970.00 to be paid to the Youth Education Law Project.

The payments shall be equally divided between the California State Department of Education and the Ravenswood City School District.

IT IS SO ORDERED.

Dated: 07/23/08



Thelton E. Henderson, United States District Judge

STIPULATED ORDER RE PLAINTIFFS' ATTORNEYS' FEES
Emma C. et al., v. Delaine Eastin, et al.; CASE NO. C-96-4179 (THE)