EDMUND G. BROWN JR.
Attorney General of the State of California
SUSAN M. CARSON
Supervising Deputy Attorney General
GEORGE PRINCE, State Bar No. 133877
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-7004
 Fax: (415) 703-5480

Attorneys for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **EMMA C.,**<br><br>                         Plaintiffs,<br><br>     v.<br><br>**DELAINE EASTIN, et al.,**<br><br>                         Defendants. | Case No. C96-4179 TEH<br><br>**RAVENSWOOD CITY SCHOOL DISTRICT'S AND CALIFORNIA DEPARTMENT OF EDUCATION'S JOINT SUBMISSION OF AGREED 2008-2009 RSIP BUDGET; STIPULATION REGARDING ALLOCATION OF RSIP AND COURT MONITOR BUDGET AND [PROPOSED] ORDER THEREON** |

In accordance with the directives of this Court, the Ravenswood City School District (the "District") and the California Department of Education (the "CDE") have previously jointly submitted (1) an interim fiscal year ("FY") 2008-2009 Budget for the Ravenswood Self-Improvement Plan (the "RSIP"), (2) an interim stipulation regarding the allocation of these budgets as between the District and the CDE, and (3) a proposed order for the Court's consideration.

The District and CDE have since met and conferred on the 2008-2009 RSIP budget and have agreed on a single year RSIP budget of $2,095,000.00 for the 2008-2009 fiscal year, a copy of which is attached to this joint submission as Exhibit A. Further, the Court Monitor has informed

the parties that he has budgeted $356,089.00 for the 2008-2009 fiscal year.

The District and CDE have agreed that responsibility for the RSIP and Court Monitor's budgets will be allocated sixty percent (60%) to the District and forty percent (40%) to the CDE during the 2008-2009 academic year.

The District and CDE also agree to pay into the Court registry their allocated shares pursuant to the following schedule:

- 30 percent of their respective allocated shares (i.e., a total of $377,100.00 for the District and $251,472.30 for the CDE) by August 25, 2008.
- 60 percent of their respective allocated shares (i.e., a total of $754,200.00 for the District and $502,944.60 for the CDE) by November 14, 2008.[1]
- 80 percent of their respective allocated shares (i.e., a total of $1,005,600.00 for the District and $670,592.80 for the CDE) by January 15, 2009.[2]
- 100 percent of their respective allocated shares (i.e., a total of $1,257,000.00 for the District and $838,241.00 for the CDE) by April 15, 2009.[3]

The District and the CDE request that the Court issue an order to approve the RSIP budget for the 2008-2009 fiscal year an to implement the allocation and schedule described herein.

The District and the CDE further agree that the allocation or contribution amounts set forth above may change pursuant to the issuance of a Court Order determining that certain RSIP expenditures are no longer supported or needed to implement the RSIP, or that the respective duties of the parties have changed during the course of the 2008-2009 budget year.

The District and the CDE further agree that the District shall submit quarterly invoices,

---

1. This total includes each party's prior payments made by August 25, 2008.

2. This total includes each party's prior payments made by August 25, 2008 and November 14, 2008.

3. This total includes all of each party's prior payments made pursuant to this stipulation.

Ravenswood City School District's and California Department of Education's Joint Submission of 2008-2009 RSIP Budget; Stipulation Regarding Allocation of RSIP and Court Monitor Budget and [Proposed] Order Thereon

2

1 pursuant to the same schedule as set forth above, to the Court Monitor reflecting expenditures
2 necessary to implement the First Amended Consent Decree and the RSIP.  The District and the CDE
3 further agree that copies of all invoices, expenditure reports or other documents provided by the
4 District to the Court Monitor shall also be provided at the same time to the CDE.  The District and
5 the CDE further agree that they shall meet and confer, upon the request of either party received
6 within 30 days after the submission of the quarterly invoices to the Court Monitor, regarding the
7 invoices or other documents provided to the Court Monitor.  The parties request that the Court
8 Monitor be instructed to maintain an accounting of all such invoices and forward them to the Court
9 for immediate payment.

10 The District and the CDE further agree that pursuant to the same quarterly schedule as set
11 forth above, the District will provide CDE with a line item accounting of budget expenditures along
12 with invoices, expenditure reports, and documentation supporting the RSIP expenditures so that
13 CDE can perform a quarterly audit of RSIP expenditures.

14 The District and the CDE further agree that the CDE may perform additional audits of
15 RSIP records as authorized by Court Order, or upon 30 days notice to the District and the Court
16 Monitor that the CDE has reliable evidence of misuse or misappropriation of RSIP funds and intends
17 to conduct an additional audit of RSIP records to determine if misuse or misappropriation of RSIP
18 monies has in fact occurred.  The CDE shall provide the findings of any such audit to the District
19 and the Court Monitor.

26 //
27 //
28

Ravenswood City School District's and California Department of Education's Joint Submission of 2008-2009 RSIP Budget; Stipulation Regarding Allocation of RSIP and Court Monitor Budget and [Proposed] Order Thereon

3

The District and the CDE further agree that the District shall arrange for an independent review by the San Mateo County Office of Education, pursuant to the same schedule as set forth above, of monies expended by the District in connection with the First Amended Consent Decree and the RSIP.

Respectfully submitted.

Dated: July 29, 2008

MICHAEL P. MURPHY, COUNTY COUNSEL


By: _____/s/_____
     Eugene Whitlock, Deputy

Attorneys for Defendants
RAVENSWOOD CITY SCHOOL DISTRICT

OFFICE OF THE CALIFORNIA ATTORNEY GENERAL


By: _____/s/_____
     George Prince, Deputy

Attorneys for State Defendants

GENERAL ORDER 45 ATTESTATION

I, George Prince, am the ECF user whose ID and password are being used to file this request for an order. In compliance with General Order 45, X.B., I hereby attest that Eugene Whitlock of the San Mateo County Counsel's Office has concurred in the filing of this document with his electronic signature.

Dated: July 29, 2008

/s/ George Prince

George Prince

Ravenswood City School District's and California Department of Education's Joint Submission of 2008-2009 RSIP Budget; Stipulation Regarding Allocation of RSIP and Court Monitor Budget and [Proposed] Order Thereon

4

[~~PROPOSED~~] ORDER

The Court has reviewed the above joint submission and stipulation of the District and the CDE regarding the contents of the RSIP and Court Monitor Budgets for the 2008-2009 fiscal year.

Good Cause appearing therefore, it is hereby ORDERED as follows:

    a.    The RSIP Budget proposed by the District and the CDE for the 2008-2009 fiscal year, a copy of which is attached hereto as Exhibit A, is hereby APPROVED.

    b.    The Court Monitor's budget of $356,089.00 for the 2008-2009 fiscal year is hereby APPROVED.

    c.    Financial Responsibility for the RSIP and Court Monitor's budgets will be allocated sixty percent (60%) to the District and forty percent (40%) to the CDE during the 2008-2009 academic year.

    d.    The District and CDE agree to pay into the Court registry their allocated RSIP and Court Monitor budget shares pursuant to the following schedule:

- 30 percent of their respective allocated shares (i.e., a total of $377,100.00 for the District and $251,472.30 for the CDE) by August 10, 2008.
- 60 percent of their respective allocated shares (i.e., a total of $754,200.00 for the District and $502,944.60 for the CDE) by November 14, 2008.
- 80 percent of their respective allocated shares (i.e., a total of $1,005,600.00 for the District and $670,592.80 for the CDE) by January 15, 2009.
- 100 percent of their respective allocated shares (i.e., a total of $1,257,000.00 for the District and $838,241.00 for the CDE) by April 15, 2009.

    e.    The District and the CDE further agree that the allocation or contribution amounts set forth above may change pursuant to the issuance of a Court Order determining that certain RSIP expenditures are no longer supported or needed to implement the RSIP, or that the respective duties of the parties have changed during the course of the 2008-2009 budget year.

Ravenswood City School District's and California Department of Education's Joint Submission of 2008-2009 RSIP Budget; Stipulation Regarding Allocation of RSIP and Court Monitor Budget and [Proposed] Order Thereon

5

f. The District and the CDE further agree that the District shall submit quarterly invoices, pursuant to the same schedule as set forth above, to the Court Monitor reflecting expenditures necessary to implement the First Amended Consent Decree and the RSIP. The District and the CDE further agree that copies of all invoices, expenditure reports or other documents provided by the District to the Court Monitor shall also be provided at the same time to the CDE. The District and the CDE further agree that they shall meet and confer, upon the request of either party received within 30 days after the submission of the quarterly invoices to the Court Monitor, regarding the invoices or other documents provided to the Court Monitor. The parties request that the Court Monitor be instructed to maintain an accounting of all such invoices and forward them to the Court for immediate payment.

g. The District and the CDE further agree that pursuant to the same quarterly schedule as set forth above, the District will provide CDE with a line item accounting of budget expenditures along with invoices, expenditure reports, and documentation supporting the RSIP expenditures so that CDE can perform a quarterly audit of RSIP expenditures.

h. The District and the CDE agree that the CDE may perform additional audits of RSIP records as authorized by Court Order, or upon 30 days notice to the District and the Court Monitor that the CDE has reliable evidence of misuse or misappropriation of RSIP funds and intends to conduct an additional audit of RSIP records to determine if misuse or misappropriation of RSIP monies has in fact occurred. The CDE shall provide the findings of any such audit to the District and the Court Monitor.

i. The District and the CDE further agree that the District shall arrange for an independent review by the San Mateo County Office of Education, pursuant to the same schedule as set forth above, of monies expended by the District in connection with the First Amended Consent Decree and the RSIP.

IT IS SO ORDERED

_____
THE HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

07/30/08
Judge Thelton E. Henderson

Ravenswood City School District's and California Department of Education's Joint Submission of 2008-2009 RSIP Budget; Stipulation Regarding Allocation of RSIP and Court Monitor Budget and [Proposed] Order Thereon

6