IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMMA C. et al.,

                Plaintiffs,

     v.

DELAINE EASTIN, et al.,

                Defendants.

NO. C96-4179 TEH

ORDER

At the close of the Status Conference held yesterday, the Court noted that conferences would be more efficient were the parties aware in advance of each other's questions and prepared to answer them directly. The Court hereby ORDERS that in all further status conferences in this matter, the parties shall circulate any questions or issues raised by the status conference statements to the Court Monitor and to each other no later than five days before the Status Conference. The parties shall, to the extent possible, answer each other's questions informally. They shall inform the Court Monitor as soon as possible if questions have been answered to their satisfaction, and should prepare to address those questions that have not been resolved at the conference itself.

**IT IS SO ORDERED.**

Dated: July 31, 2008

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT