IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMMA C., et al.,

               Plaintiff,

    v.

DELAINE EASTIN, et al.,

               Defendants.

NO. C 96-4179 TEH

**ORDER CONTINUING STATUS CONFERENCE**

To accommodate the Court's schedule, the status conference previously scheduled for November 14, 2008 is hereby CONTINUED to **10:30 a.m. on Monday, November 17, 2008.** Status conference statements remain due on November 5, 2008.

**IT IS SO ORDERED.**

Dated: October 27, 2008

Thelton E. Henderson
United States District Judge