IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA C., et al., | NO. C 96-4179 TEH |
| Plaintiff, | **ORDER VACATING STATUS CONFERENCE** |
| v. | |
| DELAINE EASTIN, et al., | |
| Defendants. | |

Having carefully reviewed the parties' status conference statements, the Court has concluded that a hearing is unnecessary. Accordingly, the status conference scheduled for Monday, November 17 is hereby VACATED. A substantive order on the topics in the statements will follow next week.

**IT IS SO ORDERED.**

Dated: November 14, 2008

Thelton E. Henderson
United States District Judge