IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMMA C., et al.,

          Plaintiff,

    v.

DELAINE EASTIN, et al.,

         Defendants.

NO. C 96-4179 TEH

**ORDER POSTPONING DEADLINES**

The Court Monitor has advised the Court that the Parties are making progress toward defining the future role of the CDE as the Court ordered on November 20, 2008, but require additional time to conclude these negotiations. Accordingly, the Court shall extend the deadlines articulated in section 3 of the November 20, 2008 order. The Parties shall have until December 17, 2008 to resolve this matter through a stipulated modification to the consent decree. If the Parties cannot agree, any or all shall file a motion with the Court on December 22 seeking an amendment to the consent decree. All other deadlines in the November 20, 2008 order shall remain the same.

**IT IS SO ORDERED.**

Dated: December 11, 2008

                                      Thelton E. Henderson
                                      United States District Judge