IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMMA C., et al.,

               Plaintiff,

    v.

DELAINE EASTIN, et al.,

               Defendants.

NO. C 96-4179 TEH

**ORDER CONTINUING HEARING**

To accommodate the Court's schedule, the hearing on Plaintiffs' motion to modify the first amended consent decree, previously scheduled for February 2, 2009 is hereby CONTINUED to **10:30 a.m. on Wednesday, March 4, 2009**.

    **IT IS SO ORDERED.**

Dated: January 22, 2009

Thelton E. Henderson
United States District Judge