1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  SUSAN M. CARSON
   Supervising Deputy Attorney General
3  GEORGE PRINCE, State Bar No. 133877
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:  (415) 703-5749
    Fax:  (415) 703-5480
6
7  Attorneys for State Defendants

8
   **IN THE UNITED STATES DISTRICT COURT**
9
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10
   **SAN FRANCISCO DIVISION**
11

| | |
|---|---|
| 12  **EMMA C.,** | **C 96-4179 TEH** |
| 13                                Plaintiff, | **ALL PARTIES' REQUEST FOR AN EXTENSION OF** |
| 14       v. | **TIME TO IN WHICH TO FILE A STIPULATION RE:** |
| 15  **DELAINE EASTIN, ET AL.,** | **PLAN FOR PROVISION OF COMPENSATORY** |
| 16                                Defendant. | **SERVICES; STIPULATION AND [PROPOSED] ORDER** |
| 17 | **THEREON** |
| 18 | |

19

20      In accordance with this Court's January 22, 2009 Order Regarding Request for

21 Extension of Time (Document 1362, at p. 2: 2-4), the parties to this action have met and

22 conferred to draft a new plan as to how the California  Department of Education (CDE) will

23 comply with the Court's orders to provide compensatory services to the students of the

24 Ravenswood City School District (District).

25      Following review of and discussion regarding a draft plan created and circulated by

26 CDE, the parties are in agreement that the draft can form the basis of a plan that will be

27 acceptable to all parties, and are working in concert to revise the document for that purpose.

28 However, the parties are also in agreement that a comprehensive final plan will not be ready for

filing with the Court by February 5, 2009, the date set by the Court for such a filing.

Accordingly, and in light of the agreement in principle and the parties' willingness to continue the work necessary to finalize the details, the parties hereby respectfully stipulate and request that the Court grant them an additional seven calendar days -- to and through February 12, 2009 -- in which to file the new plan in the form of a stipulation.

Dated: February 4, 2009

Respectfully submitted,

YOUTH & EDUCATION LAW PROJECT
MILLS LEGAL CLINIC, STANFORD LAW SCHOOL

/s/ William Koski

Attorneys for Plaintiffs


EDMUND G. BROWN JR.
Attorney General of the State of California

/s/ George Prince

GEORGE PRINCE, Deputy Attorney General

Attorneys for State Defendants


MICHAEL P. MURPHY, COUNTY COUNSEL

/s/ Eugene Whitlock, Deputy County Counsel

Attorneys for Ravenswood City School District



GENERAL ORDER 45 ATTESTATION

I, George Prince, am the ECF user whose ID and password are being used to file this request. In compliance with General Order 45, X.B., I hereby attest that William Koski of the Youth & Education Law Project and Eugene Whitlock of the San Mateo County Counsel's Office have concurred in the filing of this document with their electronic signatures.

Dated: February 4, 2009                       /s/ George Prince

George Prince

**[PROPOSED] ORDER**

The Court has reviewed the parties' request that the Court grant them an additional seven calendar days -- to and through February 12, 2009 -- in which to file a stipulated plan regarding the provision of compensatory services in accord with the Court's January 22, 2009 Order.

For good cause shown, the parties' request is for an extension of time is granted.

IT IS SO ORDERED

_____
THE HON. THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE



Parties' Request for EOT re: Plan for Comp. Ed. Services Plan; [proposed] Order    Emma C. v. Delaine Eastin, et al.
C96-4179 TEH

3