1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  SUSAN M. CARSON
   Supervising Deputy Attorney General
3  GEORGE PRINCE, State Bar No. 133877
   Deputy Attorney General
4    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
5    Telephone:  (415) 703-5749
     Fax:  (415) 703-5480
6
7  Attorneys for State Defendants

8

           **IN THE UNITED STATES DISTRICT COURT**
9
          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10
                  **SAN FRANCISCO DIVISION**
11

12  **EMMA C.,**                              C 96-4179 TEH

13                          Plaintiff,       **ALL PARTIES'**
                                             **STIPULATION RE: PLAN**
14           **v.**                          **FOR PROVISION OF**
                                             **COMPENSATORY**
15  **DELAINE EASTIN, ET AL.,**              **SERVICES; [PROPOSED]**
                                             **ORDER THEREON**
16                          Defendant.

17

18          In accordance with this Court's January 22, 2009 Order Regarding Request for

19  Extension of Time (Document 1362, at p. 2: 2-4), the parties to this action have met and

20  conferred to draft a new plan as to how the California  Department of Education (CDE) will

21  comply with the Court's orders to provide compensatory services to the students of the

22  Ravenswood City School District (District), and have agreed on a plan.

23          Accordingly, the parties therefore stipulate as follows, and respectfully request that the

24  Court accept the stipulation and make it an order of the Court:

25

26

27  //

28  //

All Parties' Stipulation re: Comp. Ed. Services Plan; [proposed] Order Thereon        Emma C. v. Delaine Eastin, et al.
                                                                                              C96-4179 TEH

                                           1

**STIPULATION OF THE PARTIES**

**I. Summary of Order**

  A.  CDE will allow parents to select one or any combination of the following three options for the delivery of compensatory education services:

    1. CDE will continue to select and coordinate the provision of compensatory education services consistent with the Court's previous orders.

    2. CDE will offer parents the option of selecting service providers from a pool of State-certified non-public agencies (NPA), and parents will coordinate the delivery of those services with the agencies.

    3. CDE will offer parents the option of selecting educational products from a list of products developed by CDE and the District.

  B.  Steps and Timelines for the Development and Implementation of the Alternative Compensatory Education Options:

    The development and implementation of these options will occur in three separate phases.  In the first phase, CDE, in conjunction with the District, will create a pool of service providers (see 2 and 3 above) and a list of educational products.  In the second phase, the parents' choice for educational products and/or the delivery of compensatory education services will be identified and documented.  The third and final phase outlines the procedures that CDE will undertake to monitor, document, and report the delivery of compensatory education services or the provision of educational products.

**II. Phases for Development, Implementation, and Monitoring Order**

  Phase I:  Development of Alternative Compensatory Education Options:

    1. *Alternative Service Providers*.  CDE will identify a pool of certified NPAs in San Mateo County and surrounding counties who are willing to provide compensatory education to Districts students.  CDE will assist and the District will develop master contracts for each participating NPA.  Additionally, CDE and the District will develop model individual service agreements that can be utilized when a parent chooses the option of selecting a service provider

All Parties' Stipulation re: Comp. Ed. Services Plan; [proposed] Order Thereon         Emma C. v. Delaine Eastin, et al.
C96-4179 TEH

2

from the pool of eligible NPAs.  Alternative service providers will be selected from the pool of certified NPAs placed under a Master Contract with the District. Any such agreement between a parent and an alternative service provider must include written documentation of the service(s) to be provided, as well as the start date, frequency, and duration of the service(s).

2. *Alternative Product List.*  CDE, with input and suggestions from the District, will develop a list or catalog of educational products and vendors for such products that may be made available to students in lieu of services.  Such products may include lap-top and desk-top computers, computer software, educational software, books, and other types of educational products.  Parents of eligible students will be given financial credit toward the purchase of products from the CDE educational product list.  The parties will meet and confer to determine the content of the list and the monetary value of the educational product to be provided in lieu of service time owed.  In no case shall the monetary value of the educational product to be provided in lieu of service time owed exceed the cost of the services owed to the child.

3. *Outreach Plan.*  CDE, with assistance from the District, will facilitate written and, as needed, telephonic contact with the parents of eligible students and offer them the compensatory education plan options set forth above.  Additionally, CDE and the District will again attempt to locate and communicate with parents of eligible students who have not yet responded to CDE's or the District's previous communications.  Such steps will include, but not necessarily be limited to, confirming the name, address, and telephone number of the student, the primary language of their parent(s), the emergency contact information contained in student records, and sending notes and/or letters home to the parent(s) with students.  In addition, CDE will designate a specific liaison to be available to assist parents in understanding and executing their options, ensuring the appropriate agreements are in place, answering questions, and responding to complaints.  Consistent with paragraph number III., 1, below, the parties will meet and confer in the development of the outreach plan.

4. *Timeline.*  CDE will complete Phase I within 45 days of the issuance of this order.

//

All Parties' Stipulation re: Comp. Ed. Services Plan; [proposed] Order Thereon          Emma C. v. Delaine Eastin, et al.
C96-4179 TEH

3

1    Phase II:  Execution of Alternative Compensatory Education Options:

2        1.  *Execution of Alternative Services Option.*  For those parents who choose to select

3    an alternative service provider from the pool of providers placed under Master Contract with the

4    District, CDE will transfer responsibility for the provision of compensatory education services to

5    the alternative service provider selected by the parents(s).  In the event that a party disagrees

6    with their entitlement to, or selection of an alternative service provider, or the content of such

7    service, the Court Monitor, after considering the written positions of the parties, will resolve the

8    dispute.

9        2.  *Execution of Educational Product Option.*  For those parents who choose

10   educational products from the product list developed by CDE and the District, CDE will

11   facilitate the delivery of such products. In the event that a party disagrees with their entitlement

12   or selection of an educational product, the Court Monitor, after considering the written positions

13   of the parties, will resolve the dispute.  CDE shall ensure that educational products selected by

14   parents will be ordered by CDE within 14 calendar days of the receipt, by CDE's designee, of

15   the parents' selection of the products.

16       3.  *Execution of Outreach.*  CDE and the District will execute the Outreach Plan as set

17   forth above in paragraph (3) of Phase I.

18       4.  *Accounting.*  CDE will maintain an accounting of the compensatory education

19   service(s) or product(s) selected by the parent, including a statement specifying the frequency

20   and duration of the services and/or, as the case may be, a description of the educational

21   product(s) provided.

22       5.  *Timeline.*  CDE will complete Phase II within 90 days of the issuance of this order.

23   Phase III:  Monitoring and Reporting Compensatory Education Services:

24       1.  *Service Provider Reporting Obligations.* CDE will require all service providers to

25   submit a bi-weekly report documenting their progress in delivering compensatory education

26   services to each student that is assigned to that provider. In the event a service is not provided,

27   the provider will document this in the bi-weekly report, including the reason that the service was

28   missed.

All Parties' Stipulation re: Comp. Ed. Services Plan; [proposed] Order Thereon        Emma C. v. Delaine Eastin, et al.
C96-4179 TEH

4

2. *CDE Monitoring and Reporting Obligations.*  CDE will monitor the delivery of compensatory education services, and the selection and delivery of educational products, and will report the status of compensatory education services and products to the Court on a bi-weekly basis.  In the event a service provider, whether selected by CDE or the parent(s), fails to deliver services as agreed, CDE will take steps to correct such failures, including, if necessary, changing the agreed upon service provider.  In the event a student routinely fails to attend or participate in compensatory services, CDE will inform plaintiffs, the Court Monitor, and the Court of such a situation.  The parties may agree that as a result of the students failure to attend, CDE is no longer responsible for providing compensatory education services to such student.

**III.  General Provisions**

1. The parties will meet and confer with one another and the Court Monitor on an as-needed basis to address the development and implementation of this order.  In the event the parties disagree over the development or implementation of any provision of this order, the Court Monitor will issue a directive resolving such dispute(s) consistent with the terms of this order.

2. CDE will continue overseeing the provision of compensatory education services as rapidly and comprehensively as possible, recognizing that unforseen impediments may arise that will require all parties to continue to work in concert toward achieving the provision of services during the development and implementation of each phase of this order.  More specifically, CDE will continue to provide students with compensatory education services utilizing the service providers that are presently providing such services until such time as CDE receives written conformation that a parent has executed an agreement with an alternative provider or has opted to purchase educational products for their child in lieu of services.

//
//

1       3. Compensatory education services shall be funded in accordance with the formula

2 and provisions set forth in the Court's previous orders.

3       Dated: February 12, 2009

4                       Respectfully submitted,

5                       YOUTH & EDUCATION LAW PROJECT
                      MILLS LEGAL CLINIC, STANFORD LAW SCHOOL

6                       /s/ William Koski

7                       Attorneys for Plaintiffs

8

9                       EDMUND G. BROWN JR.
                      Attorney General of the State of California

10

11                       /s/ George Prince

12                       GEORGE PRINCE, Deputy Attorney General

13                       Attorneys for State Defendants

14

15                       MICHAEL P. MURPHY, COUNTY COUNSEL

16                       /s/ Eugene Whitlock, Deputy County Counsel

17                       Attorneys for Ravenswood City School District

18

19

20

21 GENERAL ORDER 45 ATTESTATION

22       I, George Prince, am the ECF user whose ID and password are being used to file this

23 request. In compliance with General Order 45, X.B., I hereby attest that William Koski of the
Youth & Education Law Project and Eugene Whitlock of the San Mateo County Counsel's

24 Office have concurred in the filing of this document with their electronic signatures.

25       Dated: February 12, 2009           /s/ George Prince

26                       George Prince

27

28

All Parties' Stipulation re: Comp. Ed. Services Plan; [proposed] Order Thereon      Emma C. v. Delaine Eastin, et al.
C96-4179 TEH

6

1

**[PROPOSED] ORDER**

2      The Court has reviewed and considered the parties' stipulated plan for the provision of

3   compensatory services in accord with the Court's previous orders.

4      The parties' stipulated plan is approved, and hereby adopted as an order of this Court.

5   IT IS SO ORDERED.

6   _____

7   THE HON. THELTON E. HENDERSON
    UNITED STATES DISTRICT JUDGE



8

9

10

11

12      02/17/09

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

All Parties' Stipulation re: Comp. Ed. Services Plan; [proposed] Order Thereon        Emma C. v. Delaine Eastin, et al.
                                                                                      C96-4179 TEH

7