

*EDMUND G. BROWN JR.*
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**

1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public: (916) 445-9555
Telephone: (916) 323-3903
Facsimile: (916) 324-5567
E-Mail: Shannon.Chambers@doj.ca.gov

April 17, 2009

*Via electronic filing*

The Hon. Thelton E. Henderson
Senior District Judge
United States District Court, Northern District of California
P.O. Box 36060
San Francisco, CA 94102

Re: *Emma C. v. Delaine Eastin, et al.*
    United States District Court, Northern District of California,
    Case No. C96-4179TEH

Dear Judge Henderson:

The Ravenswood City School District (District) and California Department of Education (CDE) continue to confer on the 2009-2010 RSIP Budget. I write this letter on behalf of both the District and CDE, and have conferred with Eugene Whitlock, counsel for the District, in the preparation and contents of it.

Based on the discussions that CDE and the District have had, it appears that a 2009-2010 RSIP Budget Agreement will be reached within the next several weeks. However, as a result of the continuing budget crisis impacting the State of California, before CDE can give final approval to any 2009-2010 RSIP Budget Proposal/Agreement, it must be heard and approved by the State Board of Education (SBE). The SBE is scheduled to take up the matter of the 2009-2010 RSIP Budget at its May 7, 2009 meeting.

Because the SBE will not be taking up the 2009-2010 RSIP Budget Proposal/Agreement until May 7, 2009, both CDE and the District respectfully ask for an extension until May 8, 2009, to submit the 2009-2010 RSIP Budget Agreement. This is a relatively short extension and should not be viewed as an impediment to the District and CDE reaching an agreement on the 2009-2010 RSIP Budget.

Thank you for your consideration of this proposal.

   Sincerely,

   /s/ Shannon M. Chambers

   SHANNON M. CHAMBERS
   Deputy Attorney General

   For EDMUND G. BROWN JR.
   Attorney General

GENERAL ORDER 45 ATTESTATION

I, Shannon M. Chambers, am the ECF user whose ID and password are being used to file this request for an order. In compliance with General Order 45, X.B., I hereby attest that Eugene Whitlock, counsel for co-defendants, has concurred in the filing of this document.

Dated: April 17, 2009

/s/ Shannon M. Chambers



SA2005104070
LettertoJudgeHenderson1.doc