IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMMA C., et al.,

      Plaintiffs,

  v.

DELAINE EASTIN, et al.,

      Defendants.

NO. C96-4179 TEH

<u>AMENDED ORDER RE:
QUARTERLY DISBURSEMENT</u>

   The Court is in receipt of the April 17, 2009 memorandum from the Court Monitor, attached hereto, regarding "Ravenswood Quarterly Invoice." Good cause appearing, and pursuant to this memorandum, the Court hereby directs the Clerk of the Court to disburse a check from the Court Registry for this case in the amount of $419,000.00, payable to Ravenswood City School District. This disbursement covers the period of the fourth quarter of Fiscal Year 2009.

   In light of the size of the disbursement, it will be picked up by Ravenswood. Accordingly, the Clerk's Office shall contact the Office of the Superintendent of Ravenswood, at (650) 329-2800, extension 110, and inform the Superintendent as to when the check will be available for pick-up. The Superintendent's Office will inform the Clerk's Office of the person designated to pick up the check. This person should be prepared to present proper identification.

**IT IS SO ORDERED.**

Dated: April 27, 2009

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT