# United States District Court
# Office of the Court Monitor
*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

P.O. Box 51170  
Palo Alto, CA 94303-9998  
(650) 329-2800 x125  
(650) 326-3410 (fax)

**Mark A. Mlawer**  
**Court Monitor**

## MEMO

TO: The Honorable Thelton E. Henderson (via fax)

FROM: Mark A. Mlawer

DATE: April 17, 2009

RE: Ravenswood Quarterly Invoice

  In accordance with the Court's Order of August 20, 2008, Defendant Ravenswood has submitted its fourth and final quarterly invoice for FY '09. This invoice is for a total of **$419,000**.

  As directed by the Court's Order, I am forwarding the attached invoice to the Court for payment. The check should be made out to the Ravenswood City School District.

  Thank you in advance for your attention to this matter.

# Ravenswood City School District

Office of Business Services
2160 Euclid Avenue
East Palo Alto, CA 94303
PH: 650-329-2800    FAX: 650-322-9454

# Invoice

| Date | Invoice # |
|---|---|
| 4/16/2009 | 6429 |

| Bill To |
|---|
| U.S. District Court |
| Attn : Clerk of the Court |

| P.O. No. | Terms | Due Date | Account # |
|---|---|---|---|
|  |  | 4/16/2009 |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Final 20% of RSIP Budget for 2008-2009 |  | 419,000.00 | 419,000.00 |

We appreciate your prompt payment.

**Total**    $419,000.00

Tax ID # 77-0209800