EDMUND G. BROWN JR.
Attorney General of California
SUSAN E. SLAGER
Supervising Deputy Attorney General
SHANNON M. CHAMBERS
Deputy Attorney General
State Bar No. 212459
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-3903
 Fax: (916) 324-5567
 E-mail: Shannon.Chambers@doj.ca.gov
*Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA C.,<br><br>                                    Plaintiff,<br><br>     v.<br><br>DELAINE EASTIN, ET AL.,<br><br>                                    Defendant. | Case No: 3:96-cv-04179-TEH<br><br>**AMENDED RAVENSWOOD CITY SCHOOL DISTRICT'S AND CALIFORNIA DEPARTMENT OF EDUCATION'S JOINT SUBMISSION OF AGREED 2009-2010 RSIP BUDGET; STIPULATION REGARDING ALLOCATION OF RSIP AND COURT MONITOR BUDGET AND [PROPOSED] ORDER THEREON** |

   In accordance with the directives of this Court, the Ravenswood City School District (the "District") and the California Department of Education (the "CDE") have previously jointly submitted a 2009-2010 Budget for the Ravenswood Self-Improvement Plan on May 8, 2009.

   The District and CDE have met and conferred on the 2009-2010 RSIP budget and have agreed on a single year RSIP budget of $2,095,000.00 for the 2009-2010 fiscal year, a copy of which is attached to this joint submission as Exhibit A. Further, the Court Monitor has informed the parties that he has budgeted $372,609.00 for the 2009-2010 fiscal year.

   The District and CDE now file this Amended Joint Stipulation and Proposed Order

1

reflecting a new initial deposit date of August 1, 2009, and revised deposit amounts according to deposit date and percentage of allocated shares.

The District and CDE have agreed that responsibility for the RSIP and Court Monitor's budgets will be allocated sixty percent (60%) to the District and forty percent (40%) to the CDE during the 2009-2010 academic year.

The District and CDE also agree to pay into the Court registry their allocated shares pursuant to the following schedule:

- 30 percent of their respective allocated shares (i.e., a total of $444,170 for the District and $296,113 for the CDE) by August 1, 2009.
- 60 percent of their respective allocated shares (i.e., a total of $888,340 for the District and $592,226 for the CDE) by November 14, 2009.[1]
- 80 percent of their respective allocated shares (i.e., a total of $1,184,452 for the District and $789,635 for the CDE) by January 15, 2010.[2]
- 100 percent of their respective allocated shares (i.e., a total of $1,480,565 for the District and $987,044 for the CDE) by April 15, 2010.[3]

The District and the CDE request that the Court issue an order to approve the RSIP budget for the 2009-2010 fiscal year and to implement the allocation and schedule described herein.

The District and the CDE further agree that the allocation or contribution amounts set forth above may change pursuant to the issuance of a Court Order determining that certain RSIP expenditures are no longer supported or needed to implement the RSIP, or that the respective duties of the parties have changed during the course of the 2009-2010 budget year.

The District and the CDE further agree that the District shall submit quarterly invoices, pursuant to the same schedule as set forth above, to the Court Monitor reflecting expenditures necessary to implement the First Amended Consent Decree and the RSIP. The District and the

---

[1] This total includes each party's prior payments made by August 1, 2009.

[2] This total includes each party's prior payments made by August 1, 2009 and November 14, 2009.

[3] This total includes all of each party's prior payments made pursuant to this stipulation.

2

Ravenswood City School District's and California Department of Education's Joint Submission of 2009-2010 RSIP Budget Stipulation Regarding Allocation of RSIP and Court Monitor Budget and [Proposed] Order Thereon

1  CDE further agree that copies of all invoices, expenditure reports or other documents provided by
2  the District to the Court Monitor shall also be provided at the same time to the CDE. The District
3  and the CDE further agree that they shall meet and confer, upon the request of either party
4  received within 30 days after the submission of the quarterly invoices to the Court Monitor,
5  regarding the invoices or other documents provided to the Court Monitor. The parties request
6  that the Court Monitor be instructed to maintain an accounting of all such invoices and forward
7  them to the Court for immediate payment.

8      The District and the CDE further agree that pursuant to the same quarterly schedule as set
9  forth above, the District will provide CDE with a line item accounting of budget expenditures
10 along with invoices, expenditure reports, and documentation supporting the RSIP expenditures so
11 that CDE can perform a quarterly audit of RSIP expenditures.

12     The District and the CDE further agree that the CDE may perform additional audits of RSIP
13 records as authorized by Court Order, or upon 30 days notice to the District and the Court
14 Monitor that the CDE has reliable evidence of misuse or misappropriation of RSIP funds and
15 intends to conduct an additional audit of RSIP records to determine if misuse or misappropriation
16 of RSIP monies has in fact occurred. The CDE shall provide the findings of any such audit to the
17 District and the Court Monitor.

18     The District and the CDE further agree that the District shall arrange for an independent
19 review by the San Mateo County Office of Education, pursuant to the same schedule as set forth
20 above, of monies expended by the District in connection with the First Amended Consent Decree
21 and the RSIP.

22 Dated: May 20, 2009                MICHAEL P. MURPHY, COUNTY COUNSEL

24                                          By: _____/s/_____
25                                          Eugene Whitlock, Deputy
                                          Attorneys for Defendants
26                                          RAVENSWOOD CITY SCHOOL DISTRICT

27 ///
28 ///

3

Ravenswood City School District's and California Department of Education's Joint Submission of 2009-2010 RSIP Budget Stipulation Regarding Allocation of RSIP and Court Monitor Budget and [Proposed] Order Thereon

Dated: May 8, 2009

EDMUND G. BROWN JR.
Attorney General of California
SUSAN E. SLAGER
Supervising Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL

By: _____/s/_____

SHANNON M. CHAMBERS
Deputy Attorney General
*Attorneys for Defendant* Defendants
CALIFORNIA DEPARTMENT OF EDUCATION, SUPERINTENDENT OF PUBLIC INSTRUCTION JACK O'CONNELL, in his individual capacity, STATE BOARD OF EDUCATION, and any past or present member of the STATE BOARD OF EDUCATION in their individual capacities.

4

Ravenswood City School District's and California Department of Education's Joint Submission of 2009-2010 RSIP Budget Stipulation Regarding Allocation of RSIP and Court Monitor Budget and [Proposed] Order Thereon

[~~PROPOSED~~] ORDER

The Court has reviewed the above joint submission and stipulation of the District and the CDE regarding the contents of the RSIP and Court Monitor Budgets for the 2009-2010 fiscal year.

Good Cause appearing therefore, it is hereby ORDERED as follows:

a. The RSIP Budget proposed by the District and the CDE for the 2009-2010 fiscal year, a copy of which is attached hereto as Exhibit A, is hereby APPROVED.

b. The Court Monitor's budget of $372,609.00 for the 2009-2010 fiscal year is hereby APPROVED.

c. Financial Responsibility for the RSIP and Court Monitor's budgets will be allocated sixty percent (60%) to the District and forty percent (40%) to the CDE during the 2009-2010 academic year.

d. The District and CDE agree to pay into the Court registry their allocated RSIP and Court Monitor budget shares pursuant to the following schedule:

- 30 percent of their respective allocated shares (i.e., a total of $444,170 for the District and $296,113 for the CDE) by August 1, 2009.
- 60 percent of their respective allocated shares (i.e., a total of $888,340 for the District and $592,226 for the CDE) by November 14, 2009.
- 80 percent of their respective allocated shares (i.e., a total of $1,184,452 for the District and $789,635 for the CDE) by January 15, 2010.
- 100 percent of their respective allocated shares (i.e., a total of $1,480,565 for the District and $987,044 for the CDE) by April 15, 2010.

e. The District and the CDE further agree that the allocation or contribution amounts set forth above may change pursuant to the issuance of a Court Order determining that certain RSIP expenditures are no longer supported or needed to implement the RSIP, or that the respective duties of the parties have changed during the course of the 2009-2010 budget year.

f. The District and the CDE further agree that the District shall submit quarterly invoices, pursuant to the same schedule as set forth above, to the Court Monitor reflecting

5

Ravenswood City School District's and California Department of Education's Joint Submission of 2009-2010 RSIP Budget Stipulation Regarding Allocation of RSIP and Court Monitor Budget and [Proposed] Order Thereon

1  expenditures necessary to implement the First Amended Consent Decree and the RSIP. The
2  District and the CDE further agree that copies of all invoices, expenditure reports or other
3  documents provided by the District to the Court Monitor shall also be provided at the same time
4  to the CDE. The District and the CDE further agree that they shall meet and confer, upon the
5  request of either party received within 30 days after the submission of the quarterly invoices to
6  the Court Monitor, regarding the invoices or other documents provided to the Court Monitor. The
7  parties request that the Court Monitor be instructed to maintain an accounting of all such invoices
8  and forward them to the Court for immediate payment.

9      g.    The District and the CDE further agree that pursuant to the same quarterly
10 schedule as set forth above, the District will provide CDE with a line item accounting of budget
11 expenditures along with invoices, expenditure reports, and documentation supporting the RSIP
12 expenditures so that CDE can perform a quarterly audit of RSIP expenditures.

13     h.    The District and the CDE agree that the CDE may perform additional audits of
14 RSIP records as authorized by Court Order, or upon 30 days notice to the District and the Court
15 Monitor that the CDE has reliable evidence of misuse or misappropriation of RSIP funds and
16 intends to conduct an additional audit of RSIP records to determine if misuse or misappropriation
17 of RSIP monies has in fact occurred. The CDE shall provide the findings of any such audit to the
18 District and the Court Monitor.

19     i.    The District and the CDE further agree that the District shall arrange for an
20 independent review by the San Mateo County Office of Education, pursuant to the same schedule
21 as set forth above, of monies expended by the District in connection with the First Amended
22 Consent Decree and the RSIP.

23 **IT IS SO ORDERED.**
24 DATED: May 21, 2009

_____
Judge Thelton E. Henderson

6

Ravenswood City School District's and California Department of Education's Joint Submission of 2009-2010 RSIP Budget Stipulation Regarding Allocation of RSIP and Court Monitor Budget and Proposed Order Thereon

**EXHIBIT A**

Ravenswood City School District
RSIP Budget
2009-10 Fiscal Year

|  | Stipulated Amount |
|---|---:|
| **Expenditures** | |
| 1110 Teacher Salaries | 391,958 |
| 1140 Hourly Teachers | 24,937 |
| 1215 Psychologist | 287,230 |
| 1315 Supt Salary | 64,176 |
| 1330 Director Salary | 56,467 |
| 1320 Asst Supt Salary | 107,688 |
| 1335 Coordinator Salary | 427,497 |
| 1960 Spec Ed Stipend | 57,046 |
| 1970 SST Stipend | 20,619 |
| 2140 Hrly Instructional Aides | 48,111 |
| 2310 Management Salary | 41,501 |
| 2410 Clerical/Office | 235,028 |
| 2425 Clerical OT | 5,498 |
| 2440 Clerical & Office Hrly | 4,811 |
| 3000 Benefits | - |
| 4210 Reference Books | 713 |
| 4310 Instructional Materials | 10,310 |
| 4316 Office and Other Supplies | 10,310 |
| 4330 Printing | 1,212 |
| 4400 Noncapitalized Equip | 3,437 |
| 5210 Mileage | 2,147 |
| 5215 Parent/Student Conferences | 4,433 |
| 5220 Staff Conferences | 6,873 |
| 5227 Workshop/Trainings | 23,826 |
| 5228 Recruitment | 45,530 |
| 5310 Dues and Memberships | 172 |
| 5614 Rentals/Leases | 3,780 |
| 5630 Equipment Maintenance | 1,718 |
| 5751 Food Service Charges | 2,423 |
| 5801 Consultants | 155,158 |
| 5802 Professional Consulting | 27,492 |
| 5812 Advertising | - |
| 5818 Tuition | 20,619 |
| 5912 Cellular Phone | 1,237 |
| 5920 Postage | 1,031 |
| **Total** | **2,094,988** |
| | |
| **Revenue** | |
| 8590 CDE Contribution | 837,995 |
| Total Revenue | 837,995 |
| | |
| RCSD Encroachment | (1,256,993) |
| | |
| Court Monitor | |