**MLAWER CONSULTING**
**P. O. Box 51170**
**Palo Alto, CA 94303-9998**

**FILED**

MAY 2 7 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Emma C., et al., v. Delaine Eastin, et al.* **(No. C96-4179 TEH)**

**Request for Funds:** June, 2009

| | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates | |
|---|---|---|---|---|---|
| Anticipated Expenses | | | | | |
| Staff | | | | | |
| Salaries | | | | | |
| FICA | | | | | |
| Unemployment | | | | | |
| Workers' Comp | | | | | |
| Health Ins. | | | | | |
| Payroll Service Fees | | | | | |
| Consultants | | | | | |
| Fees | | | | | |
| Travel Expenses | | | | | |
| Supplies | | | | | |
| Equipment/Repairs | | | | | |
| Telephone | | | | | |
| Copying | | | | | |
| Postage | | | | | |
| Accounting/Bookkeeping | | | | | |
| TOTAL (per Fund) | | | | | |
| GRAND TOTAL | | | | | $30,714.41 |

Mark A. Mlawer

**APPROVED:**

Thelton E. Henderson
United States District Judge