**MLAWER CONSULTING**
**P. O. Box 51170**
**Palo Alto, CA 94303-9998**

ORIGINAL FILED
JUL 15 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Emma C., et al., v. Delaine Eastin, et al.* **(No. C96-4179 TEH)**

**Request for Funds:** August, 2009

|  | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates |  |
|---|---|---|---|---|---|
| **Anticipated Expenses** |  |  |  |  |  |
| Staff |  |  |  |  |  |
| Salaries |  |  |  |  |  |
| FICA |  |  |  |  |  |
| Unemployment |  |  |  |  |  |
| Workers' Comp |  |  |  |  |  |
| Health Ins. |  |  |  |  |  |
| Payroll Service Fees |  |  |  |  |  |
| Consultants |  |  |  |  |  |
| Fees |  |  |  |  |  |
| Travel Expenses |  |  |  |  |  |
| Supplies |  |  |  |  |  |
| Equipment/Repairs |  |  |  |  |  |
| Telephone |  |  |  |  |  |
| Copying |  |  |  |  |  |
| Postage |  |  |  |  |  |
| Accounting/Bookkeeping |  |  |  |  |  |
| TOTAL (per Fund) |  |  |  |  |  |
| GRAND TOTAL |  |  |  |  | $31,050.75 |

_Mark A. Mlawer_
**Mark A. Mlawer**

**APPROVED:**

_Thelton E. Henderson_
**Thelton E. Henderson**
**United States District Judge**
7/14/09