Arlene B. Mayerson, Esq., CA Bar # 79310
Larisa M. Cummings, Esq., CA Bar # 131076
DISABILITY RIGHTS EDUCATION & DEFENSE FUND
2212 Sixth Street
Berkeley, CA 94710
Telephone: (510) 644-2555
Fax: (510) 841-8645
Email: amayerson@dredf.org
Email: lcummings@dredf.org

William S. Koski, Esq., CA. Bar #166061
STANFORD LAW SCHOOL
YOUTH & EDUCATION LAW PROJECT
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-3718
Fax: (650) 723-4426
Email: bkoski@stanford.edu

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAM FRANCISCO DIVISION

| | |
|---|---|
| EMMA C., et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>DELAINE EASTIN, et al.,<br><br>          Defendants. | Case No. C-96-4179 (TEH)<br><br>[PROPOSED] STIPULATED ORDER RE: PAYMENT OF PLAINTIFFS' ATTORNEYS' FEES AND COSTS |

Counsel for the parties have prepared a stipulated order for the payment of attorneys' fees and costs by defendants for the period of October 1, 2007 through December 31, 2008, in this action.

Based on billing statements and discussions among the parties, attorneys' fees and costs in the amount of $24,180.81 will be paid to the Disability Rights Education and Defense Fund, and attorneys' fees in the amount of $43,614.00 will be paid to the Youth and Education Law Project.

In accord with the previous agreements of defendants, the attorneys' fees and costs awards will be shared equally by the California Department of Education and the Ravenswood City School District.

Defendants will take all reasonable steps to ensure that these monies will be paid no later than 30 days after the Court has executed and entered the proposed Stipulated Order.

Dated: July 21, 2009

Respectfully submitted,

DISABILITY RIGHTS EDUCATION & DEFENSE FUND

By:  /s/                                                      .
     Larisa M. Cummings, Staff Attorney

Attorneys for Plaintiff Emma C.


YOUTH AND EDUCATION LAW PROJECT

By:  /s/                                                      .
     William S. Koski

Attorneys for Plaintiff Emma C.


MICHAEL P. MURPHY, COUNTY COUNSEL

By:  /s/                                                      .
     Kathryn E. Alberti, Deputy

Attorneys for Ravenswood City School District


OFFICE OF THE CALIFORNIA ATTORNEY GENERAL

By:  /s/                                                      .
     Shannon M. Chambers, Deputy Attorney General

Attorneys for State Defendants

ECF SIGNATURE ATTESTATION

I am the efiling attorney whose ECF User Identification and Password are being used to electronically file the following document(s): [PROPOSED] STIPULATED ORDER RE: PAYMENT OF PLAINTIFFS' ATTORNEYS' FEES AND COSTS.

In compliance with General Order 45, Section X.B., I hereby attest that concurrence in the filing of the above document(s) has been obtained from the signatory(ies); and that the original signature(s) shall be maintained on file to support this concurrence.

DATED:  July 21, 2009

       /s/ Larisa M. Cummings
LARISA M. CUMMINGS

1 [PROPOSED] STIPULATED ORDER RE: PLAINTIFFS' ATTORNEYS' FEES AND COSTS

3 In view of the parties' stipulation, and good cause appearing thereof, the California Department of Education and the Ravenswood City School District shall pay for the period of October 1, 2007 through December 31, 2008 attorneys' fees and costs in the amount of $26,867.57 to be paid to the Disability Rights Education and Defense Fund, and attorneys' fees in the amount of $48,460.00 to be paid to the Youth Education Law Project.

The payments shall be equally divided between the California State Department of Education and the Ravenswood City School District.

The monies shall be paid no later than 30 days after the execution and entering of this Stipulated Order.

IT IS SO ORDERED.

Dated: 07/23/09

_____
Thelton E. Henderson, United States District Judge

//////