**MLAWER CONSULTING**
**P. O. Box 51170**
**Palo Alto, CA 94303-9998**

**FILED**

**SEP 2 9 2009**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

**Request for Funds:** October, 2009

|  | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates |  |
|---|---|---|---|---|---|
| Anticipated Expenses |  |  |  |  |  |
| Staff |  |  |  |  |  |
| Salaries |  |  |  |  |  |
| FICA |  |  |  |  |  |
| Unemployment |  |  |  |  |  |
| Workers' Comp |  |  |  |  |  |
| Health Ins. |  |  |  |  |  |
| Payroll Service Fees |  |  |  |  |  |
| Consultants |  |  |  |  |  |
| Fees |  |  |  |  |  |
| Travel Expenses |  |  |  |  |  |
| Supplies |  |  |  |  |  |
| Equipment/Repairs |  |  |  |  |  |
| Telephone |  |  |  |  |  |
| Copying |  |  |  |  |  |
| Postage |  |  |  |  |  |
| Accounting/Bookkeeping |  |  |  |  |  |
| TOTAL (per Fund) |  |  |  |  |  |
| GRAND TOTAL |  |  |  |  | $31,050.75 |

*[signature]*
**Mark A. Mlawer**

**APPROVED:**

*[signature]*
**Thelton E. Henderson**
**United States District Judge**
9/29/09

09/25/09

## Mlawer Consulting VII (7/1/09-6/30/10)
## Profit and Loss by Class
### July 1 through September 25, 2009

|  | Monitor's Office | Monitor's Salary | Monitoring Consultants | Ortega-Comp | Parent Advocates | TOTAL |
|---|---|---|---|---|---|---|
| **Income** |  |  |  |  |  |  |
| CDE | 8,265.51 | 9,965.37 | 12,812.16 | 0.00 | 6,218.10 | 37,261.14 |
| CDE-Transfer | 5,391.58 | 6,500.42 | 8,357.68 | 8,361.44 | 4,056.26 | 32,667.38 |
| RCSD | 12,398.13 | 14,947.59 | 19,210.24 | 0.00 | 9,327.15 | 55,891.11 |
| RCSD-Transfer | 8,087.36 | 9,750.63 | 12,536.53 | 0.00 | 6,084.39 | 36,458.91 |
| **Total Income** | 34,142.58 | 41,164.01 | 52,924.61 | 8,361.44 | 25,685.90 | 162,278.54 |
| **Expense** |  |  |  |  |  |  |
| Consultants |  |  |  |  |  |  |
| Fees | 0.00 | 9,262.50 | 27,500.00 | 0.00 | 16,380.00 | 53,142.50 |
| **Total Consultants** | 0.00 | 9,262.50 | 27,500.00 | 0.00 | 16,380.00 | 53,142.50 |
| Copying | 116.29 | 0.00 | 0.00 | 0.00 | 0.00 | 116.29 |
| Staff |  |  |  |  |  |  |
| Health Insurance | 1,506.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,506.00 |
| Payroll Service Fees | 311.35 | 0.00 | 0.00 | 0.00 | 0.00 | 311.35 |
| Salaries | 12,145.80 | 0.00 | 0.00 | 0.00 | 0.00 | 12,145.80 |
| Social Security/Medicare Tax | 929.15 | 0.00 | 0.00 | 0.00 | 0.00 | 929.15 |
| Workers Comp | 267.94 | 0.00 | 0.00 | 0.00 | 0.00 | 267.94 |
| **Total Staff** | 15,160.24 | 0.00 | 0.00 | 0.00 | 0.00 | 15,160.24 |
| Supplies | 159.22 | 0.00 | 0.00 | 0.00 | 0.00 | 159.22 |
| **Total Expense** | 15,435.75 | 9,262.50 | 27,500.00 | 0.00 | 16,380.00 | 68,578.25 |
| **Net Income** | 18,706.83 | 31,901.51 | 25,424.61 | 8,361.44 | 9,305.90 | 93,700.29 |