**MLAWER CONSULTING**
**P. O. Box 51170**
**Palo Alto, CA 94303-9998**

*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

**Request for Funds:** November, 2009

|  | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates |  |
|---|---|---|---|---|---|
| Anticipated Expenses |  |  |  |  |  |
| Staff |  |  |  |  |  |
| Salaries |  |  |  |  |  |
| FICA |  |  |  |  |  |
| Unemployment |  |  |  |  |  |
| Workers' Comp |  |  |  |  |  |
| Health Ins. |  |  |  |  |  |
| Payroll Service Fees |  |  |  |  |  |
| Consultants |  |  |  |  |  |
| Fees |  |  |  |  |  |
| Travel Expenses |  |  |  |  |  |
| Supplies |  |  |  |  |  |
| Equipment/Repairs |  |  |  |  |  |
| Telephone |  |  |  |  |  |
| Copying |  |  |  |  |  |
| Postage |  |  |  |  |  |
| Accounting/Bookkeeping |  |  |  |  |  |
| TOTAL (per Fund) |  |  |  |  |  |
| GRAND TOTAL |  |  |  |  | $31,050.75 |

_____
Mark A. Mlawer

**APPROVED:**

_____
Thelton E. Henderson
United States District Judge
10/27/09

10/21/09

## Mlawer Consulting VII (7/1/09-6/30/10)
## Profit and Loss by Class
July 1 through October 21, 2009

| | Monitor's Office | Monitor's Salary | Monitoring Consultants | Ortega-Comp | Parent Advocates | TOTAL |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| CDE | 11,020.68 | 13,287.16 | 17,082.88 | 0.00 | 8,290.80 | 49,681.52 |
| CDE-Transfer | 5,391.58 | 6,500.42 | 8,357.68 | 8,361.44 | 4,056.26 | 32,667.38 |
| RCSD | 16,530.84 | 10,030.12 | 25,624.32 | 0.00 | 12,436.20 | 74,521.48 |
| RCSD-Transfer | 8,087.36 | 9,750.63 | 12,536.53 | 0.00 | 6,084.39 | 36,458.91 |
| **Total Income** | 41,030.46 | 49,468.33 | 63,601.41 | 8,361.44 | 30,867.65 | 193,329.29 |
| **Expense** | | | | | | |
| Consultants | | | | | | |
| Fees | 0.00 | 18,109.38 | 38,500.00 | 0.00 | 32,760.00 | 89,369.38 |
| **Total Consultants** | 0.00 | 18,109.38 | 38,500.00 | 0.00 | 32,760.00 | 89,369.38 |
| Copying | 116.29 | 0.00 | 0.00 | 0.00 | 0.00 | 116.29 |
| Staff | | | | | | |
| Health Insurance | 1,959.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,959.00 |
| Payroll Service Fees | 435.89 | 0.00 | 0.00 | 0.00 | 0.00 | 435.89 |
| Salaries | 17,004.12 | 0.00 | 0.00 | 0.00 | 0.00 | 17,004.12 |
| Social Security/Medicare Tax | 1,300.82 | 0.00 | 0.00 | 0.00 | 0.00 | 1,300.82 |
| Workers Comp | 267.94 | 0.00 | 0.00 | 0.00 | 0.00 | 267.94 |
| **Total Staff** | 20,967.77 | 0.00 | 0.00 | 0.00 | 0.00 | 20,967.77 |
| Supplies | 312.03 | 0.00 | 0.00 | 0.00 | 0.00 | 312.03 |
| **Total Expense** | 21,396.09 | 18,109.38 | 38,500.00 | 0.00 | 32,760.00 | 110,765.47 |
| **Net Income** | 19,634.37 | 31,358.95 | 25,101.41 | 8,361.44 | -1,892.35 | 82,563.82 |