IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMMA C., et al.,

        Plaintiffs,

    v.

DELAINE EASTIN, et al.,

        Defendants.

NO. C96-4179 TEH

ORDER RE: QUARTERLY DISBURSEMENT

    The Court is in receipt of the November 17, 2009 memorandum from the Court Monitor, attached hereto, regarding "Ravenswood Quarterly Invoice." Good cause appearing, and pursuant to this memorandum and the Court's May 21, 2009 order, the Court hereby directs the Clerk of the Court to disburse a check from the Court Registry for this case in the amount of $628,500.00, payable to Ravenswood City School District. This disbursement covers the period of the first quarter of Fiscal Year 2010.

    In light of the size of the disbursement, it will be picked up by Ravenswood. Accordingly, the Clerk's Office shall contact the Office of the Superintendent of Ravenswood, at (650) 329-2800, extension 110, and inform the Superintendent as to when the check will be available for pick-up. The Superintendent's Office will inform the Clerk's Office of the person designated to pick up the check. This person should be prepared to present proper identification.

**IT IS SO ORDERED.**

Dated: 11/18/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

# United States District Court
## Office of the Court Monitor
*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

P.O. Box 51170
Palo Alto, CA 94303-9998
(650) 329-2800 x125
(650) 326-3410 (fax)

**Mark A. Mlawer**
**Court Monitor**

## MEMO

TO:     The Honorable Thelton E. Henderson (via fax)

FROM:   Mark A. Mlawer

DATE:   November 17, 2009

RE:     Ravenswood Quarterly Invoice

In accordance with the Court's Order of August 20, 2008, Defendant Ravenswood has submitted its second quarterly invoice for FY '10. This invoice is for a total of **$628,500.**

As directed by the Court's Order, I am forwarding the attached invoice to the Court for payment. The check should be made out to the Ravenswood City School District.

Thank you in advance for your attention to this matter.

NOV - 9 2009

# Ravenswood City School District

Office of Business Services
2160 Euclid Avenue
East Palo Alto, CA  94303
PH: 650-329-2800    FAX: 650-322-9454

# Invoice

| Date | Invoice # |
|---|---|
| 11/9/2009 | 6562 |

| Bill To |
|---|
| U.S. District Court<br>Attn : Clerk of the Court |

| P.O. No. | Terms | Due Date | Account # |
|---|---|---|---|
|  |  | 11/9/2009 |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| 2nd Quarter 30% Reimbursement for RSIP Budget FY 09-10 |  | 628,500.00 | 628,500.00 |

We appreciate your prompt payment.

**Total**  $628,500.00

Tax ID # 77-0209800