**MLAWER CONSULTING**
P. O. Box 51170
Palo Alto, CA 94303-9998

*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

**Request for Funds:** December, 2009

FILED
NOV 18 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates |  |
|---|---|---|---|---|---|
| Anticipated Expenses |  |  |  |  |  |
| Staff |  |  |  |  |  |
| Salaries |  |  |  |  |  |
| FICA |  |  |  |  |  |
| Unemployment |  |  |  |  |  |
| Workers' Comp |  |  |  |  |  |
| Health Ins. |  |  |  |  |  |
| Payroll Service Fees |  |  |  |  |  |
| Consultants |  |  |  |  |  |
| Fees |  |  |  |  |  |
| Travel Expenses |  |  |  |  |  |
| Supplies |  |  |  |  |  |
| Equipment/Repairs |  |  |  |  |  |
| Telephone |  |  |  |  |  |
| Copying |  |  |  |  |  |
| Postage |  |  |  |  |  |
| Accounting/Bookkeeping |  |  |  |  |  |
| TOTAL (per Fund) |  |  |  |  |  |
| GRAND TOTAL |  |  |  |  | $31,050.75 |

_____
Mark A. Mlawer

APPROVED:

_____
Thelton E. Henderson
United States District Judge
11/18/09

11/17/09

## Mlawer Consulting VII (7/1/09-6/30/10)
## Profit and Loss by Class
### July 1 through November 17, 2009

| | Monitor's Office | Monitor's Salary | Monitoring Consultants | Ortega-Comp | Parent Advocates | TOTAL |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| CDE | 13,775.85 | 16,608.95 | 21,353.60 | 0.00 | 10,363.50 | 62,101.90 |
| CDE-Transfer | 5,391.58 | 6,500.42 | 8,357.68 | 8,361.44 | 4,056.26 | 32,667.38 |
| RCSD | 20,663.55 | 24,912.65 | 32,030.40 | 0.00 | 15,545.25 | 93,151.85 |
| RCSD-Transfer | 8,087.36 | 9,750.63 | 12,536.53 | 0.00 | 6,084.39 | 36,458.91 |
| **Total Income** | 47,918.34 | 57,772.65 | 74,278.21 | 8,361.44 | 36,049.40 | 224,380.04 |
| **Expense** | | | | | | |
| Consultants | | | | | | |
| Fees | 0.00 | 27,193.76 | 49,500.00 | 0.00 | 32,760.00 | 109,453.76 |
| **Total Consultants** | 0.00 | 27,193.76 | 49,500.00 | 0.00 | 32,760.00 | 109,453.76 |
| Copying | 116.29 | 0.00 | 0.00 | 0.00 | 0.00 | 116.29 |
| Postage | 11.23 | 0.00 | 0.00 | 0.00 | 0.00 | 11.23 |
| Staff | | | | | | |
| Health Insurance | 2,106.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,106.00 |
| Payroll Service Fees | 560.43 | 0.00 | 0.00 | 0.00 | 0.00 | 560.43 |
| Salaries | 21,862.44 | 0.00 | 0.00 | 0.00 | 0.00 | 21,862.44 |
| Social Security/Medicare Tax | 1,672.48 | 0.00 | 0.00 | 0.00 | 0.00 | 1,672.48 |
| Workers Comp | 267.94 | 0.00 | 0.00 | 0.00 | 0.00 | 267.94 |
| **Total Staff** | 26,469.29 | 0.00 | 0.00 | 0.00 | 0.00 | 26,469.29 |
| Supplies | 337.37 | 0.00 | 0.00 | 0.00 | 0.00 | 337.37 |
| **Total Expense** | 26,934.18 | 27,193.76 | 49,500.00 | 0.00 | 32,760.00 | 136,387.94 |
| **Net Income** | 20,984.16 | 30,578.89 | 24,778.21 | 8,361.44 | 3,289.40 | 87,992.10 |