**FILED**

DEC 1 0 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**MLAWER CONSULTING**
P. O. Box 51170
Palo Alto, CA 94303-9998

*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

Request for Funds: January, 2010

|  | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates |  |
|---|---|---|---|---|---|
| Anticipated Expenses |  |  |  |  |  |
| Staff |  |  |  |  |  |
| Salaries |  |  |  |  |  |
| FICA |  |  |  |  |  |
| Unemployment |  |  |  |  |  |
| Workers' Comp |  |  |  |  |  |
| Health Ins. |  |  |  |  |  |
| Payroll Service Fees |  |  |  |  |  |
| Consultants |  |  |  |  |  |
| Fees |  |  |  |  |  |
| Travel Expenses |  |  |  |  |  |
| Supplies |  |  |  |  |  |
| Equipment/Repairs |  |  |  |  |  |
| Telephone |  |  |  |  |  |
| Copying |  |  |  |  |  |
| Postage |  |  |  |  |  |
| Accounting/Bookkeeping |  |  |  |  |  |
| TOTAL (per Fund) |  |  |  |  |  |
| GRAND TOTAL |  |  |  |  | $31,050.75 |

_____
Mark A. Mlawer

APPROVED:

_____
Thelton E. Henderson
United States District Judge

12/10/09

12/08/09

## Mlawer Consulting VII (7/1/09-6/30/10)
## Profit and Loss by Class
### July 1 through December 8, 2009

|  | Monitor's Office | Monitor's Salary | Monitoring Consulta... | Ortega-Comp | Parent Advocates | TOTAL |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| CDE | 16,531.02 | 19,930.74 | 25,624.32 | 0.00 | 12,436.20 | 74,522.28 |
| CDE-Transfer | 5,391.58 | 6,500.42 | 8,357.68 | 8,361.44 | 4,056.26 | 32,667.38 |
| RCSD | 24,796.26 | 29,895.18 | 38,436.48 | 0.00 | 18,654.30 | 111,782.22 |
| RCSD-Transfer | 8,087.36 | 9,750.63 | 12,536.53 | 0.00 | 6,084.39 | 36,458.91 |
| **Total Income** | 54,806.22 | 66,076.97 | 84,955.01 | 8,361.44 | 41,231.15 | 255,430.79 |
| **Expense** | | | | | | |
| Consultants | | | | | | |
| Fees | 0.00 | 34,704.70 | 55,000.00 | 0.00 | 32,760.00 | 122,464.70 |
| **Total Consultants** | 0.00 | 34,704.70 | 55,000.00 | 0.00 | 32,760.00 | 122,464.70 |
| Copying | 116.29 | 0.00 | 0.00 | 0.00 | 0.00 | 116.29 |
| Postage | 104.68 | 0.00 | 0.00 | 0.00 | 0.00 | 104.68 |
| Staff | | | | | | |
| Health Insurance | 2,559.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,559.00 |
| Payroll Service Fees | 622.70 | 0.00 | 0.00 | 0.00 | 0.00 | 622.70 |
| Salaries | 24,291.60 | 0.00 | 0.00 | 0.00 | 0.00 | 24,291.60 |
| Social Security/Medicare ... | 1,858.31 | 0.00 | 0.00 | 0.00 | 0.00 | 1,858.31 |
| Workers Comp | 267.94 | 0.00 | 0.00 | 0.00 | 0.00 | 267.94 |
| **Total Staff** | 29,599.55 | 0.00 | 0.00 | 0.00 | 0.00 | 29,599.55 |
| Supplies | 519.27 | 0.00 | 0.00 | 0.00 | 0.00 | 519.27 |
| **Total Expense** | 30,339.79 | 34,704.70 | 55,000.00 | 0.00 | 32,760.00 | 152,804.49 |
| **Net Income** | 24,466.43 | 31,372.27 | 29,955.01 | 8,361.44 | 8,471.15 | 102,626.30 |