# MLAWER CONSULTING
P. O. Box 51170
Palo Alto, CA 94303-9998

*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

Request for Funds: February, 2010

|  | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates |  |
|---|---|---|---|---|---|
| Anticipated Expenses |  |  |  |  |  |
| Staff |  |  |  |  |  |
| Salaries |  |  |  |  |  |
| FICA |  |  |  |  |  |
| Unemployment |  |  |  |  |  |
| Workers' Comp |  |  |  |  |  |
| Health Ins. |  |  |  |  |  |
| Payroll Service Fees |  |  |  |  |  |
| Consultants |  |  |  |  |  |
| Fees |  |  |  |  |  |
| Travel Expenses |  |  |  |  |  |
| Supplies |  |  |  |  |  |
| Equipment/Repairs |  |  |  |  |  |
| Telephone |  |  |  |  |  |
| Copying |  |  |  |  |  |
| Postage |  |  |  |  |  |
| Accounting/Bookkeeping |  |  |  |  |  |
| TOTAL (per Fund) |  |  |  |  |  |
| GRAND TOTAL |  |  |  |  | $31,050.75 |

**Mark A. Mlawer**

APPROVED:

1/27/09

Thelton E. Henderson
United States District Judge

## Mlawer Consulting VII (7/1/09-6/30/10)
## Profit and Loss by Class
### July 1, 2009 through January 26, 2010

| | Monitor's Office | Monitor's Salary | Monitoring Consulta... | Ortega-Comp | Parent Advocates | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | |
| CDE | 16,531.02 | 19,930.74 | 25,624.32 | 0.00 | 12,436.20 | 74,522.28 |
| CDE-Transfer | 5,391.58 | 6,500.42 | 8,357.68 | 8,361.44 | 4,056.26 | 32,667.38 |
| RCSD | 24,796.26 | 29,895.18 | 38,436.48 | 0.00 | 18,654.30 | 111,782.22 |
| RCSD-Transfer | 8,087.36 | 9,750.63 | 12,536.53 | 0.00 | 6,084.39 | 36,458.91 |
| **Total Income** | 54,806.22 | 66,076.97 | 84,955.01 | 8,361.44 | 41,231.15 | 255,430.79 |
| **Expense** | | | | | | |
| Accounting | 165.00 | 0.00 | 0.00 | 0.00 | 0.00 | 165.00 |
| Consultants | | | | | | |
| Fees | 0.00 | 41,651.58 | 71,550.00 | 0.00 | 49,140.00 | 162,341.58 |
| **Total Consultants** | 0.00 | 41,651.58 | 71,550.00 | 0.00 | 49,140.00 | 162,341.58 |
| Copying | 228.87 | 0.00 | 0.00 | 0.00 | 0.00 | 228.87 |
| Postage | 104.68 | 0.00 | 0.00 | 0.00 | 0.00 | 104.68 |
| Staff | | | | | | |
| CA Training Tax | 2.43 | | | 0.00 | 0.00 | 2.43 |
| CA Unemployment | 48.58 | | | 0.00 | 0.00 | 48.58 |
| Federal Unemployment | 19.43 | | | 0.00 | 0.00 | 19.43 |
| Health Insurance | 3,557.00 | | | 0.00 | 0.00 | 3,557.00 |
| Payroll Service Fees | 809.51 | | | 0.00 | 0.00 | 809.51 |
| Salaries | 31,579.08 | | | 0.00 | 0.00 | 31,579.08 |
| Social Security/Medicare ... | 2,415.80 | | | 0.00 | 0.00 | 2,415.80 |
| Workers Comp | 267.94 | | | 0.00 | 0.00 | 267.94 |
| **Total Staff** | 38,699.77 | 0.00 | 0.00 | 0.00 | 0.00 | 38,699.77 |
| Supplies | 727.67 | 0.00 | 0.00 | 0.00 | 0.00 | 727.67 |
| **Total Expense** | 39,925.99 | 41,651.58 | 71,550.00 | 0.00 | 49,140.00 | 202,267.57 |
| **Net Income** | 14,880.23 | 24,425.39 | 13,405.01 | 8,361.44 | -7,908.85 | 53,163.22 |