1
2
3           IN THE UNITED STATES DISTRICT COURT
4          FOR THE NORTHERN DISTRICT OF CALIFORNIA
5
6
7
8    EMMA C. et al.,
9                    Plaintiffs,                NO. C96-4179 TEH
10         v.                                    ORDER TO MEET AND
                                                 CONFER RE DEVELOPING
11   DELAINE EASTIN, et al.,                     RSIP INTERIM BENCHMARKS
                                                 AND FINAL DEADLINES
12                   Defendants.
13

14          The parties appeared before the Court for a status conference on January 27, 2010.

15   Plaintiffs, in their status conference statement, proposed that the Court order the parties to

16   meet and confer to set interim benchmarks and final deadlines for achieving compliance with

17   the Ravenswood Self-Improvement Plan, or RSIP.  The California Department of Education

18   endorsed this approach in its supplemental statement, as did Ravenswood at the conference.

19          Therefore, with good cause appearing, the Court ORDERS the parties to meet and

20   confer regarding the development of a framework to achieve RSIP compliance.  The parties

21   shall:

22          1.      set final deadlines for each RSIP corrective activity;

23          2.      establish benchmarks for progress; and

24          3.      develop graduated sanctions or interventions for each failure to meet a

25                  goal or deadline.

26   The parties may meet and confer on their own or include the Court Monitor, should his

27   participation be desired or necessary.  Any disagreements shall be submitted by the parties to

28   the Court Monitor for resolution.  The Court Monitor, in his discretion, may mediate

1  disputes, issue a determination, refer matters to the Court, and/or take any other action that

2  he deems appropriate.

3         The parties shall memorialize the agreed-upon framework by stipulation, to be filed

4  with the Court no later than March 29, 2010.  If agreement cannot be reached even after

5  involvement of the Court Monitor, each party shall – by March 29, 2010 –  file a statement

6  with the Court setting forth its position and describing the areas of agreement and

7  disagreement among the parties.  The Court, upon reviewing the parties' statements, shall

8  decide upon an appropriate course of action.  If, after collaborating diligently and in good

9  faith, the parties have not reached an agreement by the above deadline but believe that one

10 can be reached, they may file a joint request with the Court to extend the timetable.

11

12 **IT IS SO ORDERED.**

13

14

15 Dated: 1/29/10

16      THELTON E. HENDERSON, JUDGE
       UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28