**MLAWER CONSULTING**
P. O. Box 51170
Palo Alto, CA 94303-9998

*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

**Request for Funds:** March, 2010

**FILED**

FEB 2 5 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates | |
|---|---|---|---|---|---|
| Anticipated Expenses | | | | | |
| Staff | | | | | |
| Salaries | | | | | |
| FICA | | | | | |
| Unemployment | | | | | |
| Workers' Comp | | | | | |
| Health Ins. | | | | | |
| Payroll Service Fees | | | | | |
| Consultants | | | | | |
| Fees | | | | | |
| Travel Expenses | | | | | |
| Supplies | | | | | |
| Equipment/Repairs | | | | | |
| Telephone | | | | | |
| Copying | | | | | |
| Postage | | | | | |
| Accounting/Bookkeeping | | | | | |
| TOTAL (per Fund) | | | | | |
| GRAND TOTAL | | | | | $31,050.75 |

Mark A. Mlawer

**APPROVED:**

Thelton E. Henderson
United States District Judge
2/25/10

02/24/10

## Mlawer Consulting VII (7/1/09-6/30/10)
## Profit and Loss by Class
### July 1, 2009 through February 24, 2010

| | Monitor's Office | Monitor's Salary | Monitoring Consulta... | Ortega-Comp | Parent Advocates | TOTAL |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| CDE | 19,286.19 | 23,252.53 | 29,895.04 | 0.00 | 14,508.90 | 86,942.66 |
| CDE-Transfer | 5,391.58 | 6,500.42 | 8,357.68 | 8,361.44 | 4,056.26 | 32,667.38 |
| RCSD | 28,928.97 | 34,877.71 | 44,842.56 | 0.00 | 21,763.35 | 130,412.59 |
| RCSD-Transfer | 8,087.36 | 9,750.63 | 12,536.53 | 0.00 | 6,084.39 | 36,458.91 |
| **Total Income** | 61,694.10 | 74,381.29 | 95,631.81 | 8,361.44 | 46,412.90 | 286,481.54 |
| **Expense** | | | | | | |
| Accounting | 165.00 | 0.00 | 0.00 | 0.00 | 0.00 | 165.00 |
| Consultants | | | | | | |
| Fees | 0.00 | 50,943.77 | 82,650.00 | 0.00 | 49,140.00 | 182,733.77 |
| Travel Expenses | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | 10.00 |
| **Total Consultants** | 0.00 | 50,943.77 | 82,660.00 | 0.00 | 49,140.00 | 182,743.77 |
| Copying | 228.87 | 0.00 | 0.00 | 0.00 | 0.00 | 228.87 |
| Postage | 104.68 | 0.00 | 0.00 | 0.00 | 0.00 | 104.68 |
| **Staff** | | | | | | |
| CA Training Tax | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| CA Unemployment | 172.86 | 0.00 | 0.00 | 0.00 | 0.00 | 172.86 |
| Federal Unemployment | 55.99 | 0.00 | 0.00 | 0.00 | 0.00 | 55.99 |
| Health Insurance | 4,227.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,227.00 |
| Payroll Service Fees | 974.45 | 0.00 | 0.00 | 0.00 | 0.00 | 974.45 |
| Salaries | 36,437.40 | 0.00 | 0.00 | 0.00 | 0.00 | 36,437.40 |
| Social Security/Medicare ... | 2,787.46 | 0.00 | 0.00 | 0.00 | 0.00 | 2,787.46 |
| Workers Comp | 565.37 | 0.00 | 0.00 | 0.00 | 0.00 | 565.37 |
| **Total Staff** | 45,227.53 | 0.00 | 0.00 | 0.00 | 0.00 | 45,227.53 |
| Supplies | 796.59 | 0.00 | 0.00 | 0.00 | 0.00 | 796.59 |
| Telephone | 46.17 | 0.00 | 0.00 | 0.00 | 0.00 | 46.17 |
| **Total Expense** | 46,568.84 | 50,943.77 | 82,660.00 | 0.00 | 49,140.00 | 229,312.61 |
| **Net Income** | 15,125.26 | 23,437.52 | 12,971.81 | 8,361.44 | -2,727.10 | 57,168.93 |

Page 1