**MLAWER CONSULTING**
**P. O. Box 51170**
**Palo Alto, CA 94303-9998**

FILED

MAR 2 9 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

**Request for Funds:** April, 2010

| | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates | |
|---|---|---|---|---|---|
| Anticipated  Expenses | | | | | |
| Staff | | | | | |
| Salaries | | | | | |
| FICA | | | | | |
| Unemployment | | | | | |
| Workers' Comp | | | | | |
| Health Ins. | | | | | |
| Payroll Service Fees | | | | | |
| Consultants | | | | | |
| Fees | | | | | |
| Travel Expenses | | | | | |
| Supplies | | | | | |
| Equipment/Repairs | | | | | |
| Telephone | | | | | |
| Copying | | | | | |
| Postage | | | | | |
| Accounting/Bookkeeping | | | | | |
| | | | | | |
| TOTAL (per Fund) | | | | | |
| | | | | | |
| GRAND  TOTAL | | | | | $31,050.75 |

**Mark A. Mlawer**

**APPROVED:**

**Thelton E. Henderson**
**United States District Judge**

3/29/10

03/25/10

**Mlawer Consulting VII (7/1/09-6/30/10)**
**Profit and Loss by Class**
July 1, 2009 through March 25, 2010

| | Monitor's Office | Monitor's Salary | Monitoring Consulta... | Omega-Comp | Parent Advocates | TOTAL |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| CDE | 22,041.36 | 26,574.32 | 34,165.76 | 0.00 | 16,581.60 | 99,363.04 |
| CDE-Transfer | 5,391.58 | 6,500.42 | 8,357.68 | 8,361.44 | 4,056.26 | 32,667.38 |
| RCSD | 33,061.68 | 39,860.24 | 51,248.64 | 0.00 | 24,872.40 | 149,042.96 |
| RCSD-Transfer | 8,087.36 | 9,750.63 | 12,536.53 | 0.00 | 6,084.39 | 36,458.91 |
| **Total Income** | 68,581.98 | 82,685.61 | 106,308.61 | 8,361.44 | 51,594.65 | 317,532.29 |
| **Expense** | | | | | | |
| Accounting | 165.00 | 0.00 | 0.00 | 0.00 | 0.00 | 165.00 |
| Consultants | | | | | | |
| Fees | 0.00 | 59,226.50 | 93,750.00 | 0.00 | 49,140.00 | 202,116.58 |
| Travel Expenses | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | 10.00 |
| **Total Consultants** | 0.00 | 59,226.58 | 93,760.00 | 0.00 | 49,140.00 | 202,126.58 |
| Copying | 283.86 | 0.00 | 0.00 | 0.00 | 0.00 | 283.86 |
| Postage | 104.68 | 0.00 | 0.00 | 0.00 | 0.00 | 104.68 |
| Staff | | | | | | |
| CA Training Tax | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| CA Unemployment | 168.00 | 0.00 | 0.00 | 0.00 | 0.00 | 168.00 |
| Federal Unemployment | 55.99 | 0.00 | 0.00 | 0.00 | 0.00 | 55.99 |
| Health Insurance | 4,227.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,227.00 |
| Payroll Service Fees | 1,098.99 | 0.00 | 0.00 | 0.00 | 0.00 | 1,098.99 |
| Salaries | 41,295.72 | 0.00 | 0.00 | 0.00 | 0.00 | 41,295.72 |
| Social Security/Medicare ... | 3,159.12 | 0.00 | 0.00 | 0.00 | 0.00 | 3,159.12 |
| Workers Comp | 651.53 | 0.00 | 0.00 | 0.00 | 0.00 | 651.53 |
| **Total Staff** | 50,663.35 | 0.00 | 0.00 | 0.00 | 0.00 | 50,663.35 |
| Supplies | 842.71 | 0.00 | 0.00 | 0.00 | 0.00 | 842.71 |
| Telephone | 124.62 | 0.00 | 0.00 | 0.00 | 0.00 | 124.62 |
| **Total Expense** | 52,184.22 | 59,226.58 | 93,760.00 | 0.00 | 49,140.00 | 254,310.80 |
| **Net Income** | 16,397.76 | 23,459.03 | 12,548.61 | 8,361.44 | 2,454.65 | 63,221.49 |