IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**EMMA C.,**

Plaintiff,

v.

**DELAINE EASTIN, ET AL.,**

Defendant.

Case No. 3:96-cv-04179-TEH

[PROPOSED] ORDER

Upon good cause, the parties' stipulated request for a sixty-day extension of the March 29, 2010 deadline to file a joint statement, or separate statements, concerning the framework to achieve compliance with the Ravenswood Self-Improvement Plan is granted. The statement is now due on May 28, 2010.

Dated: 03/30/10

The Honorable Thelton E. Henderson