MLAWER CONSULTING
P. O. Box 51170
Palo Alto, CA 94303-9998

FILED

APR 1 6 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

Request for Funds: May, 2010

|  | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates |
|---|---|---|---|---|
| Anticipated Expenses |  |  |  |  |
| Staff |  |  |  |  |
| Salaries |  |  |  |  |
| FICA |  |  |  |  |
| Unemployment |  |  |  |  |
| Workers' Comp |  |  |  |  |
| Health Ins. |  |  |  |  |
| Payroll Service Fees |  |  |  |  |
| Consultants |  |  |  |  |
| Fees |  |  |  |  |
| Travel Expenses |  |  |  |  |
| Supplies |  |  |  |  |
| Equipment/Repairs |  |  |  |  |
| Telephone |  |  |  |  |
| Copying |  |  |  |  |
| Postage |  |  |  |  |
| Accounting/Bookkeeping |  |  |  |  |
| TOTAL (per Fund) |  |  |  |  |
| GRAND TOTAL |  |  |  | $31,050.75 |

Mark A. Mlawer

APPROVED:

4/15/10

Thelton E. Henderson
United States District Judge

04/13/10

## Mlawer Consulting VII (7/1/09-6/30/10)
## Profit and Loss by Class
July 1, 2009 through April 13, 2010

| | Monitor's Office | Monitor's Salary | Monitoring Consulta... | Ortega-Comp | Parent Advocates | TOTAL |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| CDE | 24,796.53 | 29,896.11 | 38,436.48 | 0.00 | 18,654.30 | 111,783.42 |
| CDE-Transfer | 5,391.50 | 6,500.42 | 8,357.68 | 8,361.44 | 4,056.26 | 32,667.38 |
| RCSD | 37,194.39 | 44,842.77 | 57,654.72 | 0.00 | 27,901.45 | 167,673.33 |
| RCSD-Transfer | 8,087.36 | 9,750.63 | 12,536.53 | 0.00 | 6,084.39 | 36,458.91 |
| **Total Income** | 75,469.86 | 90,989.90 | 116,985.41 | 8,361.44 | 56,776.40 | 348,583.04 |
| **Expense** | | | | | | |
| Accounting | 665.00 | 0.00 | 0.00 | 0.00 | 0.00 | 665.00 |
| Consultants | | | | | | |
| Fees | 0.00 | 67,271.89 | 99,300.00 | 0.00 | 49,140.00 | 215,711.89 |
| Travel Expenses | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | 10.00 |
| **Total Consultants** | 0.00 | 67,271.89 | 99,310.00 | 0.00 | 49,140.00 | 215,721.89 |
| Copying | 283.86 | 0.00 | 0.00 | 0.00 | 0.00 | 283.86 |
| Postage | 104.68 | 0.00 | 0.00 | 0.00 | 0.00 | 104.68 |
| Staff | | | | | | |
| CA Training Tax | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| CA Unemployment | 168.00 | 0.00 | 0.00 | 0.00 | 0.00 | 168.00 |
| Federal Unemployment | 55.99 | 0.00 | 0.00 | 0.00 | 0.00 | 55.99 |
| Health Insurance | 4,227.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,227.00 |
| Payroll Service Fees | 1,161.26 | 0.00 | 0.00 | 0.00 | 0.00 | 1,161.26 |
| Retirement | 11,542.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,542.00 |
| Salaries | 43,724.88 | 0.00 | 0.00 | 0.00 | 0.00 | 43,724.88 |
| Social Security/Medicare... | 3,344.95 | 0.00 | 0.00 | 0.00 | 0.00 | 3,344.95 |
| Workers Comp | 651.53 | 0.00 | 0.00 | 0.00 | 0.00 | 651.53 |
| **Total Staff** | 64,882.61 | 0.00 | 0.00 | 0.00 | 0.00 | 64,882.61 |
| Supplies | 842.71 | 0.00 | 0.00 | 0.00 | 0.00 | 842.71 |
| Telephone | 124.62 | 0.00 | 0.00 | 0.00 | 0.00 | 124.62 |
| **Total Expense** | 66,903.48 | 67,271.89 | 99,310.00 | 0.00 | 49,140.00 | 282,625.37 |
| **Net Income** | 8,566.38 | 23,718.04 | 17,675.41 | 8,361.44 | 7,636.40 | 65,957.67 |