1

2

3                    IN THE UNITED STATES DISTRICT COURT

4                FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8    EMMA C. et al.,

9                        Plaintiffs,                NO. C96-4179 TEH

10                   v.                             ORDER APPROVING
                                                    STIPULATION RE: RSIP AND
11   DELAINE EASTIN, et al.,                        MONITOR'S BUDGET
                                                    ALLOCATION
12                       Defendants.

13

14          The Court is in receipt of Defendants' stipulation requesting that the Court vacate the

15   present briefing schedule regarding the determination of an equitable allocation for the RSIP

16   implementation budget and the Court Monitor's budget for fiscal year 2010-11.  Defendants

17   represent that they have been engaging in good-faith negotiations on this issue, and request

18   an additional two weeks in which to continue negotiations.

19          For good cause appearing, Defendants' request is GRANTED.  Defendants shall, by

20   no later than **Friday, May 21, 2010**, file either a joint statement setting forth an agreed upon

21   allocation for fiscal year 2010-11 or, if no agreement has been reached, separate opening

22   briefs setting forth their respective positions with respect to an appropriate allocation.  If the

23   parties have not reached agreement, Defendants shall respond to each other's opening briefs

24   by no later than **Wednesday, May 26, 2010**.  To the extent that Plaintiffs wish to address this

25   matter, they may file comments responding to Defendants' opening briefs no later than

26   //

27   //

28

**United States District Court**
For the Northern District of California

**Wednesday, May 26, 2010**.  The Court's hearing on the allocation issue, if necessary, shall remain on calendar for **Wednesday, June 2, 2010, at 10:00AM**.

**IT IS SO ORDERED.**

Dated:  5/11/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

**United States District Court**
For the Northern District of California

2