IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA C., | Case No. 3:96-cv-04179-TEH |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| DELAINE EASTIN, ET AL., | |
| Defendants. | |

Upon review of the Defendants' stipulation to file a joint statement on the allocation of the 2010-11 RSIP budget and Court Monitor's budget, this Court hereby approves the stipulation and vacates the briefing schedule indicated in its May 12, 2010 order. (Court Docket (CD) 1515.) This Court orders the Defendants to provide a joint statement by no later than May 26, 2010 concerning their agreement on the allocation of the 2010-11 RSIP budget and the Court Monitor's budget.

Dated: ___05/24/10___

The Honorable Thelton E. Henderson

Judge Thelton E. Henderson