MLAWER CONSULTING
P. O. Box 51170
Palo Alto, CA 94303-9998

*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

Request for Funds: June, 2010

| | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates | |
|---|---|---|---|---|---|
| Anticipated Expenses | | | | | |
| Staff | | | | | |
| Salaries | | | | | |
| FICA | | | | | |
| Unemployment | | | | | |
| Workers' Comp | | | | | |
| Health Ins. | | | | | |
| Payroll Service Fees | | | | | |
| Consultants | | | | | |
| Fees | | | | | |
| Travel Expenses | | | | | |
| Supplies | | | | | |
| Equipment/Repairs | | | | | |
| Telephone | | | | | |
| Copying | | | | | |
| Postage | | | | | |
| Accounting/Bookkeeping | | | | | |
| TOTAL (per Fund) | | | | | |
| GRAND TOTAL | | | | | $31,050.75 |

_____
Mark A. Mlawer

APPROVED:

_____
Thelton E. Henderson
United States District Judge

5/28/10

05/27/10

## Mlawer Consulting VII (7/1/09-6/30/10)
## Profit and Loss by Class
### July 1, 2009 through May 27, 2010

| | Monitor's Office | Monitor's Salary | Monitoring Consulta... | Ortega-Comp | Parent Advocates | TOTAL |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| CDE | 27,551.70 | 33,217.90 | 42,707.20 | 0.00 | 20,727.00 | 124,203.80 |
| CDE-Transfer | 5,391.58 | 6,500.42 | 8,357.68 | 8,361.44 | 4,056.26 | 32,667.38 |
| RCSD | 41,327.10 | 49,825.30 | 64,060.80 | 0.00 | 31,090.50 | 186,303.70 |
| RCSD-Transfer | 8,087.36 | 9,750.63 | 12,536.53 | 0.00 | 6,084.39 | 36,458.91 |
| **Total Income** | 82,357.74 | 99,294.25 | 127,662.21 | 8,361.44 | 61,958.15 | 379,633.79 |
| **Expense** | | | | | | |
| Accounting | 665.00 | 0.00 | 0.00 | 0.00 | 0.00 | 665.00 |
| Consultants | | | | | | |
|   Fees | 0.00 | 75,910.95 | 115,950.00 | 0.00 | 65,520.00 | 257,380.95 |
|   Travel Expenses | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | 10.00 |
| **Total Consultants** | 0.00 | 75,910.95 | 115,960.00 | 0.00 | 65,520.00 | 257,390.95 |
| Copying | 283.86 | 0.00 | 0.00 | 0.00 | 0.00 | 283.86 |
| Postage | 514.68 | 0.00 | 0.00 | 0.00 | 0.00 | 514.68 |
| Staff | | | | | | |
|   CA Training Tax | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
|   CA Unemployment | 168.00 | 0.00 | 0.00 | 0.00 | 0.00 | 168.00 |
|   Federal Unemployment | 55.99 | 0.00 | 0.00 | 0.00 | 0.00 | 55.99 |
|   Health Insurance | 4,467.95 | 0.00 | 0.00 | 0.00 | 0.00 | 4,467.95 |
|   Payroll Service Fees | 1,348.07 | 0.00 | 0.00 | 0.00 | 0.00 | 1,348.07 |
|   Retirement | 11,542.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,542.00 |
|   Salaries | 51,012.36 | 0.00 | 0.00 | 0.00 | 0.00 | 51,012.36 |
|   Social Security/Medicare ... | 3,902.45 | 0.00 | 0.00 | 0.00 | 0.00 | 3,902.45 |
|   Workers Comp | 651.53 | 0.00 | 0.00 | 0.00 | 0.00 | 651.53 |
| **Total Staff** | 73,155.35 | 0.00 | 0.00 | 0.00 | 0.00 | 73,155.35 |
| Supplies | 1,069.16 | 0.00 | 0.00 | 0.00 | 0.00 | 1,069.16 |
| Telephone | 124.62 | 0.00 | 0.00 | 0.00 | 0.00 | 124.62 |
| **Total Expense** | 75,812.67 | 75,910.95 | 115,960.00 | 0.00 | 65,520.00 | 333,203.62 |
| **Net Income** | 6,545.07 | 23,383.30 | 11,702.21 | 8,361.44 | -3,561.85 | 46,430.17 |

Page 1