IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMMA C. et al.,

                Plaintiffs,

     v.

DELAINE EASTIN, et al.,

                Defendants.

NO. C96-4179 TEH

ORDER RE: COURT MONITOR SALARY

     On March 26, 2008, the Court raised the Court Monitor's daily rate to $950.00 per day. Due to the passage of more than two years since that date, the Court finds that it is appropriate to again raise the Court Monitor's salary. The Court Monitor's compensation is hereby raised to a rate of $1050.00 per day, effective immediately.

**IT IS SO ORDERED.**

Dated: 7/1/10

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT