**MLAWER CONSULTING**
P. O. Box 51170
Palo Alto, CA 94303-9998

FILED

JUL 1 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Emma C., et al., v. Delaine Eastin, et al.* **(No. C96-4179 TEH)**

**Request for Funds:** July, 2010

|  | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates |  |
|---|---|---|---|---|---|
| **Anticipated Expenses** |  |  |  |  |  |
| Staff |  |  |  |  |  |
| Salaries |  |  |  |  |  |
| FICA |  |  |  |  |  |
| Unemployment |  |  |  |  |  |
| Workers' Comp |  |  |  |  |  |
| Health Ins. |  |  |  |  |  |
| Payroll Service Fees |  |  |  |  |  |
| Consultants |  |  |  |  |  |
| Fees |  |  |  |  |  |
| Travel Expenses |  |  |  |  |  |
| Supplies |  |  |  |  |  |
| Equipment/Repairs |  |  |  |  |  |
| Telephone |  |  |  |  |  |
| Copying |  |  |  |  |  |
| Postage |  |  |  |  |  |
| Accounting/Bookkeeping |  |  |  |  |  |
| TOTAL (per Fund) |  |  |  |  |  |
| GRAND TOTAL |  |  |  |  | $32,769.50 |

_____
**Mark A. Mlawer**

6/30/10

**APPROVED:**

_____
**Thelton E. Henderson**
**United States District Judge**

06/30/10

## Mlawer Consulting VII (7/1/09-6/30/10)
## Profit and Loss by Class
### July 2009 through June 2010

| | Monitor's Office | Monitor's Salary | Monitoring Consulta... | Ortega-Comp | Parent Advocates | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | |
| CDE | 30,306.87 | 36,539.69 | 46,977.92 | 0.00 | 22,799.70 | 136,624.18 |
| CDE-Transfer | 5,391.58 | 6,500.42 | 8,357.68 | 8,361.44 | 4,056.26 | 32,667.38 |
| RCSD | 45,459.81 | 54,807.83 | 70,466.88 | 0.00 | 34,199.55 | 204,934.07 |
| RCSD-Transfer | 8,087.36 | 9,750.63 | 12,536.53 | 0.00 | 6,084.39 | 36,458.91 |
| **Total Income** | 89,245.62 | 107,598.57 | 138,339.01 | 8,361.44 | 67,139.90 | 410,684.54 |
| **Expense** | | | | | | |
| Accounting | 665.00 | 0.00 | 0.00 | 0.00 | 0.00 | 665.00 |
| Consultants | | | | | | |
| Fees | 0.00 | 83,035.95 | 132,600.00 | 0.00 | 65,520.00 | 281,155.95 |
| Travel Expenses | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | 10.00 |
| **Total Consultants** | 0.00 | 83,035.95 | 132,610.00 | 0.00 | 65,520.00 | 281,165.95 |
| Copying | 361.68 | 0.00 | 0.00 | 0.00 | 0.00 | 361.68 |
| Postage | 514.68 | 0.00 | 0.00 | 0.00 | 0.00 | 514.68 |
| Staff | | | | | | |
| CA Training Tax | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| CA Unemployment | 168.00 | 0.00 | 0.00 | 0.00 | 0.00 | 168.00 |
| Federal Unemployment | 55.99 | 0.00 | 0.00 | 0.00 | 0.00 | 55.99 |
| Health Insurance | 4,564.33 | 0.00 | 0.00 | 0.00 | 0.00 | 4,564.33 |
| Payroll Service Fees | 1,538.38 | 0.00 | 0.00 | 0.00 | 0.00 | 1,538.38 |
| Retirement | 11,542.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,542.00 |
| Salaries | 58,299.84 | 0.00 | 0.00 | 0.00 | 0.00 | 58,299.84 |
| Social Security/Medicare ... | 4,459.94 | 0.00 | 0.00 | 0.00 | 0.00 | 4,459.94 |
| Workers Comp | 651.53 | 0.00 | 0.00 | 0.00 | 0.00 | 651.53 |
| **Total Staff** | 81,287.01 | 0.00 | 0.00 | 0.00 | 0.00 | 81,287.01 |
| Supplies | 1,141.34 | 0.00 | 0.00 | 0.00 | 0.00 | 1,141.34 |
| Telephone | 124.62 | 0.00 | 0.00 | 0.00 | 0.00 | 124.62 |
| **Total Expense** | 84,094.33 | 83,035.95 | 132,610.00 | 0.00 | 65,520.00 | 365,260.28 |
| **Net Income** | 5,151.29 | 24,562.62 | 5,729.01 | 8,361.44 | 1,619.90 | 45,424.26 |