**3:96-cv-04179-TEH**

**EMMA C. v. DELAINE EASTIN, ET AL.**

**STATE DEFENDANTS' QUARTERLY REPORT OF MONITORING AND TECHNICAL ASSISTANCE ACTIVITIES AND SEMI-ANNUAL REPORT ON CDE'S STATEWIDE MONITORING SYSTEM**

**EXHIBIT C**

Ravenswood Contacts

February 26, 2010-to-June 29, 2010

| DATE/PSRS # | CONTACT | COMMENT |
|---|---|---|
| 03/10/10; 083582 | C. Lanvers DREDF | Re correspondence |
| 03/11/10; 083627 | C.Lanvers, DREDF | Re correspondence |
| 03/30/10; 083999 | Parent | Equipment/comp ed |
| 05/13/10; 084790 | Parent | Equipment/comp ed |
| 05/21/10; 084981 | Parent | 800 line |
| 05/24/10; 084998 | C. Lanvers, DREDF | Complaint S-0735-09/10 |
| 06/02/10; 085175 | C. Lanvers, DREDF | Allegation added to S-0735-09/10 |
| 06/16/10; 085456 | C. Lanvers, DREDF | Reconsideration request |
| 06/30/10; 085684 | Parent | Equipment/comp ed |