MLAWER CONSULTING
P. O. Box 51170
Palo Alto, CA 94303-9998

**FILED**

AUG 3 1 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

Request for Funds: September, 2010

|  | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates |  |
|---|---|---|---|---|---|
| **Anticipated Expenses** | | | | | |
| Staff | | | | | |
| Salaries | | | | | |
| FICA | | | | | |
| Unemployment | | | | | |
| Workers' Comp | | | | | |
| Health Ins. | | | | | |
| Payroll Service Fees | | | | | |
| Consultants | | | | | |
| Fees | | | | | |
| Travel Expenses | | | | | |
| Supplies | | | | | |
| Equipment/Repairs | | | | | |
| Telephone | | | | | |
| Copying | | | | | |
| Postage | | | | | |
| Accounting/Bookkeeping | | | | | |
| TOTAL (per Fund) | | | | | |
| GRAND TOTAL | | | | | $32,769.50 |

_Mark A. Mlawer_ (signature)
Mark A. Mlawer

**APPROVED:**

_(signature)_
Thelton E. Henderson
United States District Judge
8/31/10

08/27/10

## Mlawer Consulting
## Profit and Loss by Class
### July 1 through August 27, 2010

| | Monitor's Office | Monitor's Salary | Monitoring Consulta... | Ortega-Comp | Parent Advocates | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | |
| Cash Carryover Income | 5,151.29 | 10,728.24 | 5,721.51 | 8,361.44 | 1,619.90 | 31,582.38 |
| CDE | 5,207.78 | 6,047.32 | 7,834.24 | 0.00 | 3,849.30 | 22,938.64 |
| RCSD | 9,671.58 | 11,230.76 | 14,549.32 | 0.00 | 7,148.70 | 42,600.36 |
| **Total Income** | 20,030.65 | 28,006.32 | 28,105.07 | 8,361.44 | 12,617.90 | 97,121.38 |
| **Expense** | | | | | | |
| Consultants | | | | | | |
| Fees | 0.00 | 2,985.94 | 16,650.00 | 0.00 | 16,707.50 | 36,343.44 |
| **Total Consultants** | 0.00 | 2,985.94 | 16,650.00 | 0.00 | 16,707.50 | 36,343.44 |
| Postage | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 |
| Staff | | | | | | |
| Health Insurance | 192.76 | 0.00 | 0.00 | 0.00 | 0.00 | 192.76 |
| Payroll Service Fees | 197.31 | 0.00 | 0.00 | 0.00 | 0.00 | 197.31 |
| Salaries | 7,433.25 | 0.00 | 0.00 | 0.00 | 0.00 | 7,433.25 |
| Social Security/Medicare ... | 568.64 | 0.00 | 0.00 | 0.00 | 0.00 | 568.64 |
| Workers Comp | 342.19 | 0.00 | 0.00 | 0.00 | 0.00 | 342.19 |
| **Total Staff** | 8,734.15 | 0.00 | 0.00 | 0.00 | 0.00 | 8,734.15 |
| Supplies | 696.93 | 0.00 | 0.00 | 0.00 | 0.00 | 696.93 |
| **Total Expense** | 9,438.58 | 2,985.94 | 16,650.00 | 0.00 | 16,707.50 | 45,782.02 |
| **Net Income** | 10,592.07 | 25,020.38 | 11,455.07 | 8,361.44 | -4,089.60 | 51,339.36 |

Page 1