**MLAWER CONSULTING**
P. O. Box 51170
Palo Alto, CA 94303-9998

*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

Request for Funds: October, 2010

| | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates | |
|---|---|---|---|---|---|
| Anticipated Expenses | | | | | |
| Staff | | | | | |
| Salaries | | | | | |
| FICA | | | | | |
| Unemployment | | | | | |
| Workers' Comp | | | | | |
| Health Ins. | | | | | |
| Payroll Service Fees | | | | | |
| Consultants | | | | | |
| Fees | | | | | |
| Travel Expenses | | | | | |
| Supplies | | | | | |
| Equipment/Repairs | | | | | |
| Telephone | | | | | |
| Copying | | | | | |
| Postage | | | | | |
| Accounting/Bookkeeping | | | | | |
| TOTAL (per Fund) | | | | | |
| GRAND TOTAL | | | | | $32,769.50 |

*[signature]*
Mark A. Mlawer

APPROVED:

*[signature]*
Thelton E. Henderson
United States District Judge
9/20/10

Mlawer Consulting
## Profit and Loss by Class
July 1 through September 20, 2010

| | Monitor's Office | Monitor's Salary | Monitoring Consulta... | Ortega-Comp | Parent Advocates | TOTAL |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| Cash Carryover Income | 5,151.29 | 10,728.24 | 5,721.51 | 8,361.44 | 1,619.90 | 31,582.38 |
| CDE | 5,207.78 | 6,047.32 | 7,834.24 | 0.00 | 3,849.30 | 22,938.64 |
| RCSD | 9,671.58 | 11,230.76 | 14,549.32 | 0.00 | 7,148.70 | 42,600.36 |
| **Total Income** | 20,030.65 | 28,006.32 | 28,105.07 | 8,361.44 | 12,617.90 | 97,121.38 |
| **Expense** | | | | | | |
| Consultants | | | | | | |
| Fees | 0.00 | 11,123.44 | 22,200.00 | 0.00 | 16,707.50 | 50,030.94 |
| **Total Consultants** | 0.00 | 11,123.44 | 22,200.00 | 0.00 | 16,707.50 | 50,030.94 |
| Postage | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 |
| Staff | | | | | | |
| Health Insurance | 192.76 | 0.00 | 0.00 | 0.00 | 0.00 | 192.76 |
| Payroll Service Fees | 263.08 | 0.00 | 0.00 | 0.00 | 0.00 | 263.08 |
| Salaries | 9,911.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,911.00 |
| Social Security/Medicare ... | 758.19 | 0.00 | 0.00 | 0.00 | 0.00 | 758.19 |
| Workers Comp | 342.19 | 0.00 | 0.00 | 0.00 | 0.00 | 342.19 |
| **Total Staff** | 11,467.22 | 0.00 | 0.00 | 0.00 | 0.00 | 11,467.22 |
| Supplies | 696.93 | 0.00 | 0.00 | 0.00 | 0.00 | 696.93 |
| **Total Expense** | 12,171.65 | 11,123.44 | 22,200.00 | 0.00 | 16,707.50 | 62,202.59 |
| **Net Income** | 7,859.00 | 16,882.88 | 5,905.07 | 8,361.44 | -4,089.60 | 34,918.79 |

09/02/10

Page 1