MLAWER CONSULTING
P. O. Box 51170
Palo Alto, CA 94303-9998

*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

Request for Funds: November, 2010

| | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates |
|---|---|---|---|---|
| **Anticipated Expenses** | | | | |
| <u>Staff</u> | | | | |
| Salaries | | | | |
| FICA | | | | |
| Unemployment | | | | |
| Workers' Comp | | | | |
| Health Ins. | | | | |
| Payroll Service Fees | | | | |
| <u>Consultants</u> | | | | |
| Fees | | | | |
| Travel Expenses | | | | |
| <u>Supplies</u> | | | | |
| <u>Equipment/Repairs</u> | | | | |
| <u>Telephone</u> | | | | |
| <u>Copying</u> | | | | |
| <u>Postage</u> | | | | |
| <u>Accounting/Bookkeeping</u> | | | | |
| TOTAL (per Fund) | | | | |
| GRAND TOTAL | | | | $32,769.50 |

_____
Mark A. Mlawer

APPROVED:

10/19/10

_____
Thelton E. Henderson
United States District Judge

10/18/10

Mlawer Consulting
## Profit and Loss by Class
July 1 through October 18, 2010

| | Monitor's Office | Monitor's Salary | Monitoring Consulta... | Ortega-Comp | Parent Advocates | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | |
| Cash Carryover Income | 5,151.29 | 10,728.24 | 5,721.51 | 8,361.44 | 1,619.90 | 31,582.38 |
| CDE | 7,811.67 | 9,070.98 | 11,751.36 | 0.00 | 5,773.95 | 34,407.96 |
| RCSD | 14,507.37 | 16,846.14 | 21,823.98 | 0.00 | 10,723.05 | 63,900.54 |
| **Total Income** | 27,470.33 | 36,645.36 | 39,296.85 | 8,361.44 | 18,116.90 | 129,890.88 |
| **Expense** | | | | | | |
| Consultants | | | | | | |
| Fees | 0.00 | 14,798.44 | 40,137.50 | 0.00 | 16,707.50 | 71,643.44 |
| **Total Consultants** | 0.00 | 14,798.44 | 40,137.50 | 0.00 | 16,707.50 | 71,643.44 |
| Copying | 119.62 | 0.00 | 0.00 | 0.00 | 0.00 | 119.62 |
| Postage | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 |
| Staff | | | | | | |
| Health Insurance | 192.76 | 0.00 | 0.00 | 0.00 | 0.00 | 192.76 |
| Payroll Service Fees | 460.39 | 0.00 | 0.00 | 0.00 | 0.00 | 460.39 |
| Salaries | 17,344.25 | 0.00 | 0.00 | 0.00 | 0.00 | 17,344.25 |
| Social Security/Medicare ... | 1,326.83 | 0.00 | 0.00 | 0.00 | 0.00 | 1,326.83 |
| Workers Comp | 342.19 | 0.00 | 0.00 | 0.00 | 0.00 | 342.19 |
| **Total Staff** | 19,666.42 | 0.00 | 0.00 | 0.00 | 0.00 | 19,666.42 |
| Supplies | 835.80 | 0.00 | 0.00 | 0.00 | 0.00 | 835.80 |
| **Total Expense** | 20,629.34 | 14,798.44 | 40,137.50 | 0.00 | 16,707.50 | 92,272.78 |
| **Net Income** | 6,840.99 | 21,846.92 | -840.65 | 8,361.44 | 1,409.40 | 37,618.10 |

Page 1