# Office of the Court Monitor
*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

**Fax Transmission**

| | |
|---|---|
| **Date:** | 11/18/10 |
| **To:** | Sarah Ruby |
| **Fax number:** | 415-522-3633 |
| **From:** | Mark A. Mlawer |
| **Our phone:** | (650) 329-2800 x60125 |
| **Our fax:** | (650) 326-3410 |

**# of pages including cover page:** 3

Funds request for December, and income/expenses to date.

**MLAWER CONSULTING**
P. O. Box 51170
Palo Alto, CA 94303-9998

*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

Request for Funds: December, 2010

| | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates | |
|---|---|---|---|---|---|
| Anticipated Expenses | | | | | |
| Staff | | | | | |
| Salaries | | | | | |
| FICA | | | | | |
| Unemployment | | | | | |
| Workers' Comp | | | | | |
| Health Ins. | | | | | |
| Payroll Service Fees | | | | | |
| Consultants | | | | | |
| Fees | | | | | |
| Travel Expenses | | | | | |
| Supplies | | | | | |
| Equipment/Repairs | | | | | |
| Telephone | | | | | |
| Copying | | | | | |
| Postage | | | | | |
| Accounting/Bookkeeping | | | | | |
| TOTAL (per Fund) | | | | | |
| GRAND TOTAL | | | | | $32,769.50 |

_____
Mark A. Mlawer

APPROVED:

_____
11/22/10
Thelton E. Henderson
United States District Judge

11/18/10

Mlawer Consulting
## Profit and Loss by Class
July 1 through November 18, 2010

| | Monitor's Office | Monitor's Salary | Monitoring Consulta... | Ortega-Comp | Parent Advocates | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | |
| Cash Carryover Income | 5,151.29 | 10,728.24 | 5,721.51 | 8,361.44 | 1,619.90 | 31,582.38 |
| CDE | 13,019.45 | 15,118.30 | 19,585.60 | 0.00 | 9,623.25 | 57,346.60 |
| RCSD | 24,178.95 | 28,076.90 | 36,373.30 | 0.00 | 17,871.75 | 106,500.90 |
| **Total Income** | 42,349.69 | 53,923.44 | 61,680.41 | 8,361.44 | 29,114.90 | 195,429.88 |
| **Expense** | | | | | | |
| Consultants | | | | | | |
| Fees | 0.00 | 25,167.19 | 51,237.50 | 0.00 | 33,415.00 | 109,819.69 |
| **Total Consultants** | 0.00 | 25,167.19 | 51,237.50 | 0.00 | 33,415.00 | 109,819.69 |
| Copying | 119.62 | 0.00 | 0.00 | 0.00 | 0.00 | 119.62 |
| Postage | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 |
| Staff | | | | | | |
| Health Insurance | 385.52 | 0.00 | 0.00 | 0.00 | 0.00 | 385.52 |
| Payroll Service Fees | 591.93 | 0.00 | 0.00 | 0.00 | 0.00 | 591.93 |
| Salaries | 22,299.75 | 0.00 | 0.00 | 0.00 | 0.00 | 22,299.75 |
| Social Security/Medicare ... | 1,705.93 | 0.00 | 0.00 | 0.00 | 0.00 | 1,705.93 |
| Workers Comp | 342.19 | 0.00 | 0.00 | 0.00 | 0.00 | 342.19 |
| **Total Staff** | 25,325.32 | 0.00 | 0.00 | 0.00 | 0.00 | 25,325.32 |
| Supplies | 909.75 | 0.00 | 0.00 | 0.00 | 0.00 | 909.75 |
| **Total Expense** | 26,362.19 | 25,167.19 | 51,237.50 | 0.00 | 33,415.00 | 136,181.88 |
| **Net Income** | 15,987.50 | 28,756.25 | 10,442.91 | 8,361.44 | -4,300.10 | 59,248.00 |

Page 1