**MLAWER CONSULTING**
P. O. Box 51170
Palo Alto, CA 94303-9998

*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

Request for Funds:  January, 2011

|  | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates |  |
|---|---|---|---|---|---|
| Anticipated Expenses |  |  |  |  |  |
| Staff |  |  |  |  |  |
| Salaries |  |  |  |  |  |
| FICA |  |  |  |  |  |
| Unemployment |  |  |  |  |  |
| Workers' Comp |  |  |  |  |  |
| Health Ins. |  |  |  |  |  |
| Payroll Service Fees |  |  |  |  |  |
| Consultants |  |  |  |  |  |
| Fees |  |  |  |  |  |
| Travel Expenses |  |  |  |  |  |
| Supplies |  |  |  |  |  |
| Equipment/Repairs |  |  |  |  |  |
| Telephone |  |  |  |  |  |
| Copying |  |  |  |  |  |
| Postage |  |  |  |  |  |
| Accounting/Bookkeeping |  |  |  |  |  |
| TOTAL (per Fund) |  |  |  |  |  |
| GRAND TOTAL |  |  |  |  | $32,769.50 |

_/s/ Mark A. Mlawer_
Mark A. Mlawer

APPROVED:

_/s/ Thelton E. Henderson_
Thelton E. Henderson
United States District Judge
12/8/10

Mlawer Consulting
## Profit and Loss by Class
July 1 through December 7, 2010

12/07/10

| | Monitor's Office | Monitor's Salary | Monitoring Consulta... | Ortega-Comp | Parent Advocates | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | |
| Cash Carryover Income | 5,151.29 | 10,728.24 | 5,721.51 | 8,361.44 | 1,619.90 | 31,582.38 |
| CDE | 15,623.34 | 18,141.96 | 23,502.72 | 0.00 | 11,547.90 | 68,815.92 |
| RCSD | 29,014.74 | 33,692.28 | 43,647.96 | 0.00 | 21,446.10 | 127,801.08 |
| **Total Income** | 49,789.37 | 62,562.48 | 72,872.19 | 8,361.44 | 34,613.90 | 228,199.38 |
| **Expense** | | | | | | |
| Consultants | | | | | | |
| Fees | 0.00 | 34,223.44 | 56,787.50 | 0.00 | 33,415.00 | 124,425.94 |
| Travel Expenses | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | 10.00 |
| Total Consultants | 0.00 | 34,223.44 | 56,797.50 | 0.00 | 33,415.00 | 124,435.94 |
| Copying | 119.62 | 0.00 | 0.00 | 0.00 | 0.00 | 119.62 |
| Postage | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 |
| Staff | | | | | | |
| Health Insurance | 481.90 | 0.00 | 0.00 | 0.00 | 0.00 | 481.90 |
| Payroll Service Fees | 657.70 | 0.00 | 0.00 | 0.00 | 0.00 | 657.70 |
| Salaries | 24,777.50 | 0.00 | 0.00 | 0.00 | 0.00 | 24,777.50 |
| Social Security/Medicare ... | 1,895.48 | 0.00 | 0.00 | 0.00 | 0.00 | 1,895.48 |
| Workers Comp | 342.19 | 0.00 | 0.00 | 0.00 | 0.00 | 342.19 |
| Total Staff | 28,154.77 | 0.00 | 0.00 | 0.00 | 0.00 | 28,154.77 |
| Supplies | 909.75 | 0.00 | 0.00 | 0.00 | 0.00 | 909.75 |
| **Total Expense** | 29,191.64 | 34,223.44 | 56,797.50 | 0.00 | 33,415.00 | 153,627.58 |
| **Net Income** | 20,597.73 | 28,339.04 | 16,074.69 | 8,361.44 | 1,198.90 | 74,571.80 |