**MLAWER CONSULTING**
P. O. Box 51170
Palo Alto, CA 94303-9998

*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

**Request for Funds:** February, 2011

|  | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates |  |
|---|---|---|---|---|---|
| Anticipated Expenses |  |  |  |  |  |
| Staff |  |  |  |  |  |
| Salaries |  |  |  |  |  |
| FICA |  |  |  |  |  |
| Unemployment |  |  |  |  |  |
| Workers' Comp |  |  |  |  |  |
| Health Ins. |  |  |  |  |  |
| Payroll Service Fees |  |  |  |  |  |
| Consultants |  |  |  |  |  |
| Fees |  |  |  |  |  |
| Travel Expenses |  |  |  |  |  |
| Supplies |  |  |  |  |  |
| Equipment/Repairs |  |  |  |  |  |
| Telephone |  |  |  |  |  |
| Copying |  |  |  |  |  |
| Postage |  |  |  |  |  |
| Accounting/Bookkeeping |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTAL (per Fund) |  |  |  |  |  |
|  |  |  |  |  |  |
| GRAND TOTAL |  |  |  |  | $32,769.50 |
|  |  |  |  |  |  |

Mark A. Mlawer

APPROVED:

1/28/11

Thelton E. Henderson
United States District Judge

01/27/11

## Mlawer Consulting
### Profit and Loss by Class
July 1, 2010 through January 27, 2011

| | Monitor's Office | Monitor's Salary | Monitoring Consulta... | Ortega-Comp | Parent Advocates | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | |
| Cash Carryover Income | 5,151.29 | 10,728.24 | 5,721.51 | 8,361.44 | 1,619.90 | 31,582.38 |
| CDE | 18,227.23 | 21,165.62 | 27,419.84 | 0.00 | 13,472.55 | 80,285.24 |
| RCSD | 33,850.53 | 39,307.66 | 50,922.62 | 0.00 | 25,020.45 | 149,101.26 |
| **Total Income** | 57,229.05 | 71,201.52 | 84,063.97 | 8,361.44 | 40,112.90 | 260,968.88 |
| **Expense** | | | | | | |
| Accounting | 165.00 | 0.00 | 0.00 | 0.00 | 0.00 | 165.00 |
| Consultants | | | | | | |
|   Fees | 0.00 | 40,457.82 | 73,487.50 | 0.00 | 50,122.50 | 164,067.82 |
|   Travel Expenses | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | 10.00 |
| **Total Consultants** | 0.00 | 40,457.82 | 73,497.50 | 0.00 | 50,122.50 | 164,077.82 |
| Copying | 188.93 | 0.00 | 0.00 | 0.00 | 0.00 | 188.93 |
| Postage | 85.66 | 0.00 | 0.00 | 0.00 | 0.00 | 85.66 |
| Staff | | | | | | |
|   CA Training Tax | 2.48 | 0.00 | 0.00 | 0.00 | 0.00 | 2.48 |
|   CA Unemployment | 81.77 | 0.00 | 0.00 | 0.00 | 0.00 | 81.77 |
|   Federal Unemployment | 19.82 | 0.00 | 0.00 | 0.00 | 0.00 | 19.82 |
|   Health Insurance | 578.28 | 0.00 | 0.00 | 0.00 | 0.00 | 578.28 |
|   Payroll Service Fees | 855.01 | 0.00 | 0.00 | 0.00 | 0.00 | 855.01 |
|   Salaries | 32,210.75 | 0.00 | 0.00 | 0.00 | 0.00 | 32,210.75 |
|   Social Security/Medicare ... | 2,464.12 | 0.00 | 0.00 | 0.00 | 0.00 | 2,464.12 |
|   Workers Comp | 342.19 | 0.00 | 0.00 | 0.00 | 0.00 | 342.19 |
| **Total Staff** | 36,554.42 | 0.00 | 0.00 | 0.00 | 0.00 | 36,554.42 |
| Supplies | 925.73 | 0.00 | 0.00 | 0.00 | 0.00 | 925.73 |
| **Total Expense** | 37,919.74 | 40,457.82 | 73,497.50 | 0.00 | 50,122.50 | 201,997.56 |
| **Net Income** | 19,309.31 | 30,743.70 | 10,566.47 | 8,361.44 | -10,009.60 | 58,971.32 |

Jan 27 11 05:09p    Court Monitor    6508383525    p.3