## MLAWER CONSULTING
P. O. Box 51170
Palo Alto, CA 94303-9998

*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

Request for Funds: March, 2011

|  | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates |  |
|---|---|---|---|---|---|
| Anticipated Expenses |  |  |  |  |  |
| Staff |  |  |  |  |  |
| Salaries |  |  |  |  |  |
| FICA |  |  |  |  |  |
| Unemployment |  |  |  |  |  |
| Workers' Comp |  |  |  |  |  |
| Health Ins. |  |  |  |  |  |
| Payroll Service Fees |  |  |  |  |  |
| Consultants |  |  |  |  |  |
| Fees |  |  |  |  |  |
| Travel Expenses |  |  |  |  |  |
| Supplies |  |  |  |  |  |
| Equipment/Repairs |  |  |  |  |  |
| Telephone |  |  |  |  |  |
| Copying |  |  |  |  |  |
| Postage |  |  |  |  |  |
| Accounting/Bookkeeping |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTAL (per Fund) |  |  |  |  |  |
|  |  |  |  |  |  |
| GRAND TOTAL |  |  |  |  | $32,769.50 |

Mark A. Mlawer

APPROVED:

Thelton E. Henderson
United States District Judge

## Mlawer Consulting
### Profit and Loss by Class
July 1, 2010 through February 15, 2011

02/02/11

| | Monitor's Office | Monitor's Salary | Monitoring Consulta... | Ortega-Comp | Parent Advocates | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | |
| Cash Carryover Income | 5,151.29 | 10,728.24 | 5,721.51 | 8,361.44 | 1,619.90 | 31,582.38 |
| CDE | 18,227.23 | 21,165.62 | 27,419.84 | 0.00 | 13,472.55 | 80,285.24 |
| RCSD | 33,850.53 | 39,307.66 | 50,922.62 | 0.00 | 25,020.45 | 149,101.26 |
| **Total Income** | 57,229.05 | 71,201.52 | 84,063.97 | 8,361.44 | 40,112.90 | 260,968.88 |
| **Expense** | | | | | | |
| Accounting | 165.00 | 0.00 | 0.00 | 0.00 | 0.00 | 165.00 |
| Consultants | | | | | | |
| Fees | 0.00 | 45,970.32 | 84,687.50 | 0.00 | 50,122.50 | 180,780.32 |
| Travel Expenses | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | 10.00 |
| **Total Consultants** | 0.00 | 45,970.32 | 84,697.50 | 0.00 | 50,122.50 | 180,790.32 |
| Copying | 188.93 | 0.00 | 0.00 | 0.00 | 0.00 | 188.93 |
| Postage | 85.66 | 0.00 | 0.00 | 0.00 | 0.00 | 85.66 |
| Staff | | | | | | |
| CA Training Tax | 4.96 | 0.00 | 0.00 | 0.00 | 0.00 | 4.96 |
| CA Unemployment | 163.54 | 0.00 | 0.00 | 0.00 | 0.00 | 163.54 |
| Federal Unemployment | 39.64 | 0.00 | 0.00 | 0.00 | 0.00 | 39.64 |
| Health Insurance | 771.04 | 0.00 | 0.00 | 0.00 | 0.00 | 771.04 |
| Payroll Service Fees | 920.78 | 0.00 | 0.00 | 0.00 | 0.00 | 920.78 |
| Salaries | 34,688.50 | 0.00 | 0.00 | 0.00 | 0.00 | 34,688.50 |
| Social Security/Medicare ... | 2,653.67 | 0.00 | 0.00 | 0.00 | 0.00 | 2,653.67 |
| Workers Comp | 690.06 | 0.00 | 0.00 | 0.00 | 0.00 | 690.06 |
| **Total Staff** | 39,932.19 | 0.00 | 0.00 | 0.00 | 0.00 | 39,932.19 |
| Supplies | 934.62 | 0.00 | 0.00 | 0.00 | 0.00 | 934.62 |
| **Total Expense** | 41,306.40 | 45,970.32 | 84,697.50 | 0.00 | 50,122.50 | 222,096.72 |
| **Net Income** | 15,922.65 | 25,231.20 | -633.53 | 8,361.44 | -10,009.60 | 38,872.16 |

Page 1