MLAWER CONSULTING
P. O. Box 51170
Palo Alto, CA 94303-9998

*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

Request for Funds: April, 2011

|  | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates |  |
|---|---|---|---|---|---|
| Anticipated Expenses |  |  |  |  |  |
| Staff |  |  |  |  |  |
| Salaries |  |  |  |  |  |
| FICA |  |  |  |  |  |
| Unemployment |  |  |  |  |  |
| Workers' Comp |  |  |  |  |  |
| Health Ins. |  |  |  |  |  |
| Payroll Service Fees |  |  |  |  |  |
| Consultants |  |  |  |  |  |
| Fees |  |  |  |  |  |
| Travel Expenses |  |  |  |  |  |
| Supplies |  |  |  |  |  |
| Equipment/Repairs |  |  |  |  |  |
| Telephone |  |  |  |  |  |
| Copying |  |  |  |  |  |
| Postage |  |  |  |  |  |
| Accounting/Bookkeeping |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTAL (per Fund) |  |  |  |  |  |
|  |  |  |  |  |  |
| GRAND TOTAL |  |  |  |  | $32,769.50 |

Mark A. Mlawer

APPROVED:

Thelton E. Henderson    3/9/11
United States District Judge

03/09/11

## Mlawer Consulting
## Profit and Loss by Class
July 1, 2010 through March 9, 2011

| | Monitor's Office | Monitor's Salary | Monitoring Consulta... | Ortega-Comp | Parent Advocates | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | |
| Cash Carryover Income | 5,151.29 | 10,728.24 | 5,721.51 | 8,361.44 | 1,619.90 | 31,582.38 |
| CDE | 23,435.01 | 27,212.94 | 35,254.08 | 0.00 | 17,321.85 | 103,223.88 |
| RCSD | 43,522.11 | 50,538.42 | 65,471.94 | 0.00 | 32,169.15 | 191,701.62 |
| **Total Income** | 72,108.41 | 88,479.60 | 106,447.53 | 8,361.44 | 51,110.90 | 326,507.88 |
| **Expense** | | | | | | |
| Accounting | 165.00 | 0.00 | 0.00 | 0.00 | 0.00 | 165.00 |
| **Consultants** | | | | | | |
| Fees | 0.00 | 49,448.45 | 90,287.50 | 0.00 | 50,122.50 | 189,858.45 |
| Travel Expenses | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | 10.00 |
| **Total Consultants** | 0.00 | 49,448.45 | 90,297.50 | 0.00 | 50,122.50 | 189,868.45 |
| Copying | 188.93 | 0.00 | 0.00 | 0.00 | 0.00 | 188.93 |
| Postage | 103.96 | 0.00 | 0.00 | 0.00 | 0.00 | 103.96 |
| **Staff** | | | | | | |
| CA Training Tax | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| CA Unemployment | 231.01 | 0.00 | 0.00 | 0.00 | 0.00 | 231.01 |
| Federal Unemployment | 56.00 | 0.00 | 0.00 | 0.00 | 0.00 | 56.00 |
| Health Insurance | 867.42 | 0.00 | 0.00 | 0.00 | 0.00 | 867.42 |
| Payroll Service Fees | 1,092.72 | 0.00 | 0.00 | 0.00 | 0.00 | 1,092.72 |
| Salaries | 39,644.00 | 0.00 | 0.00 | 0.00 | 0.00 | 39,644.00 |
| Social Security/Medicare ... | 3,032.76 | 0.00 | 0.00 | 0.00 | 0.00 | 3,032.76 |
| Workers Comp | 724.46 | 0.00 | 0.00 | 0.00 | 0.00 | 724.46 |
| **Total Staff** | 45,655.37 | 0.00 | 0.00 | 0.00 | 0.00 | 45,655.37 |
| Supplies | 1,281.43 | 0.00 | 0.00 | 0.00 | 0.00 | 1,281.43 |
| **Total Expense** | 47,394.69 | 49,448.45 | 90,297.50 | 0.00 | 50,122.50 | 237,263.14 |
| **Net Income** | 24,713.72 | 39,031.15 | 16,150.03 | 8,361.44 | 988.40 | 89,244.74 |

Page 1