## MLAWER CONSULTING
### P. O. Box 51170
### Palo Alto, CA 94303-9998

*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

Request for Funds: **May, 2011**

|  | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates |  |
|---|---|---|---|---|---|
| Anticipated Expenses |  |  |  |  |  |
| Staff |  |  |  |  |  |
| Salaries |  |  |  |  |  |
| FICA |  |  |  |  |  |
| Unemployment |  |  |  |  |  |
| Workers' Comp |  |  |  |  |  |
| Health Ins. |  |  |  |  |  |
| Payroll Service Fees |  |  |  |  |  |
| Consultants |  |  |  |  |  |
| Fees |  |  |  |  |  |
| Travel Expenses |  |  |  |  |  |
| Supplies |  |  |  |  |  |
| Equipment/Repairs |  |  |  |  |  |
| Telephone |  |  |  |  |  |
| Copying |  |  |  |  |  |
| Postage |  |  |  |  |  |
| Accounting/Bookkeeping |  |  |  |  |  |
| TOTAL (per Fund) |  |  |  |  |  |
| GRAND TOTAL |  |  |  |  | $32,769.50 |

_____
Mark A. Mlawer

APPROVED:

_____
Thelton E. Henderson
United States District Judge

4/4/11

04/01/11

## Mlawer Consulting
### Profit and Loss by Class
July 1, 2010 through April 1, 2011

| | Monitor's Office | Monitor's Salary | Monitoring Consulta... | Ortega-Comp | Parent Advocates | TOTAL |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| Cash Carryover Income | 5,151.29 | 10,728.24 | 5,721.51 | 8,361.44 | 1,619.90 | 31,582.38 |
| CDE | 26,038.90 | 30,236.60 | 39,171.20 | 0.00 | 19,246.50 | 114,693.20 |
| RCSD | 48,357.90 | 56,153.80 | 72,746.60 | 0.00 | 35,743.50 | 213,001.80 |
| **Total Income** | 79,548.09 | 97,118.64 | 117,639.31 | 8,361.44 | 56,609.90 | 359,277.38 |
| **Expense** | | | | | | |
| Accounting | 165.00 | 0.00 | 0.00 | 0.00 | 0.00 | 165.00 |
| Consultants | | | | | | |
| Fees | 0.00 | 64,214.08 | 103,031.25 | 0.00 | 50,122.50 | 217,367.83 |
| Travel Expenses | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | 10.00 |
| **Total Consultants** | 0.00 | 64,214.08 | 103,041.25 | 0.00 | 50,122.50 | 217,377.83 |
| Copying | 188.93 | 0.00 | 0.00 | 0.00 | 0.00 | 188.93 |
| Equipment/Repairs | 709.03 | 0.00 | 0.00 | 0.00 | 0.00 | 709.03 |
| Postage | 103.96 | 0.00 | 0.00 | 0.00 | 0.00 | 103.96 |
| Staff | | | | | | |
| CA Training Tax | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| CA Unemployment | 231.01 | 0.00 | 0.00 | 0.00 | 0.00 | 231.01 |
| Federal Unemployment | 56.00 | 0.00 | 0.00 | 0.00 | 0.00 | 56.00 |
| Health Insurance | 1,078.73 | 0.00 | 0.00 | 0.00 | 0.00 | 1,078.73 |
| Payroll Service Fees | 1,224.26 | 0.00 | 0.00 | 0.00 | 0.00 | 1,224.26 |
| Retirement | 11,777.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,777.00 |
| Salaries | 44,599.50 | 0.00 | 0.00 | 0.00 | 0.00 | 44,599.50 |
| Social Security/Medicare ... | 3,411.86 | 0.00 | 0.00 | 0.00 | 0.00 | 3,411.86 |
| Workers Comp | 724.46 | 0.00 | 0.00 | 0.00 | 0.00 | 724.46 |
| **Total Staff** | 63,109.82 | 0.00 | 0.00 | 0.00 | 0.00 | 63,109.82 |
| Supplies | 1,281.43 | 0.00 | 0.00 | 0.00 | 0.00 | 1,281.43 |
| **Total Expense** | 65,558.17 | 64,214.08 | 103,041.25 | 0.00 | 50,122.50 | 282,936.00 |
| **Net Income** | 13,989.92 | 32,904.56 | 14,598.06 | 8,361.44 | 6,487.40 | 76,341.38 |

Page 1