# MLAWER CONSULTING
## P. O. Box 51170
## Palo Alto, CA 94303-9998

*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

Request for Funds: **June, 2011**

| | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates | |
|---|---|---|---|---|---|
| **Anticipated Expenses** | | | | | |
| Staff | | | | | |
| Salaries | | | | | |
| FICA | | | | | |
| Unemployment | | | | | |
| Workers' Comp | | | | | |
| Health Ins. | | | | | |
| Payroll Service Fees | | | | | |
| Consultants | | | | | |
| Fees | | | | | |
| Travel Expenses | | | | | |
| Supplies | | | | | |
| Equipment/Repairs | | | | | |
| Telephone | | | | | |
| Copying | | | | | |
| Postage | | | | | |
| Accounting/Bookkeeping | | | | | |
| TOTAL (per Fund) | | | | | |
| GRAND TOTAL | | | | | $32,769.50 |

Mark A. Mlawer

APPROVED:

Thelton E. Henderson
United States District Judge
5/5/11

05/05/11

# Mlawer Consulting
## Profit and Loss by Class
July 1, 2010 through May 5, 2011

| | Monitor's Office | Monitor's Salary | Monitoring Consulta... | Ortega-Comp | Parent Advocates | TOTAL |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| Cash Carryover Income | 5,151.29 | 10,728.24 | 5,721.51 | 8,361.44 | 1,619.90 | 31,582.38 |
| CDE | 28,642.79 | 33,260.26 | 43,088.32 | 0.00 | 21,171.15 | 126,162.52 |
| RCSD | 53,193.69 | 61,769.18 | 80,021.26 | 0.00 | 39,317.85 | 234,301.98 |
| Total Income | 86,987.77 | 105,757.68 | 128,831.09 | 8,361.44 | 62,108.90 | 392,046.88 |
| **Expense** | | | | | | |
| Accounting | 700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 700.00 |
| Consultants | | | | | | |
| Fees | 0.00 | 68,151.58 | 114,231.25 | 0.00 | 66,830.00 | 249,212.83 |
| Travel Expenses | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | 10.00 |
| Total Consultants | 0.00 | 68,151.58 | 114,241.25 | 0.00 | 66,830.00 | 249,222.83 |
| Copying | 243.17 | 0.00 | 0.00 | 0.00 | 0.00 | 243.17 |
| Equipment/Repairs | 709.03 | 0.00 | 0.00 | 0.00 | 0.00 | 709.03 |
| Postage | 524.21 | 0.00 | 0.00 | 0.00 | 0.00 | 524.21 |
| Staff | | | | | | |
| CA Training Tax | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| CA Unemployment | 231.01 | 0.00 | 0.00 | 0.00 | 0.00 | 231.01 |
| Federal Unemployment | 56.00 | 0.00 | 0.00 | 0.00 | 0.00 | 56.00 |
| Health Insurance | 1,192.79 | 0.00 | 0.00 | 0.00 | 0.00 | 1,192.79 |
| Payroll Service Fees | 1,355.80 | 0.00 | 0.00 | 0.00 | 0.00 | 1,355.80 |
| Retirement | 11,777.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,777.00 |
| Salaries | 49,555.00 | 0.00 | 0.00 | 0.00 | 0.00 | 49,555.00 |
| Social Security/Medicare ... | 3,790.95 | 0.00 | 0.00 | 0.00 | 0.00 | 3,790.95 |
| Workers Comp | 724.46 | 0.00 | 0.00 | 0.00 | 0.00 | 724.46 |
| Total Staff | 68,690.01 | 0.00 | 0.00 | 0.00 | 0.00 | 68,690.01 |
| Supplies | 1,304.61 | 0.00 | 0.00 | 0.00 | 0.00 | 1,304.61 |
| Total Expense | 72,171.03 | 68,151.58 | 114,241.25 | 0.00 | 66,830.00 | 321,393.86 |
| Net Income | 14,816.74 | 37,606.10 | 14,589.84 | 8,361.44 | -4,721.10 | 70,653.02 |