MLAWER CONSULTING
P. O. Box 51170
Palo Alto, CA 94303-9998

**FILED**

JUL 0 6 2011

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

Request for Funds: July, 2011

| | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates | |
|---|---|---|---|---|---|
| Anticipated Expenses | | | | | |
| Staff | | | | | |
| Salaries | | | | | |
| FICA | | | | | |
| Unemployment | | | | | |
| Workers' Comp | | | | | |
| Health Ins. | | | | | |
| Payroll Service Fees | | | | | |
| Consultants | | | | | |
| Fees | | | | | |
| Travel Expenses | | | | | |
| Supplies | | | | | |
| Equipment/Repairs | | | | | |
| Telephone | | | | | |
| Copying | | | | | |
| Postage | | | | | |
| Accounting/Bookkeeping | | | | | |
| TOTAL (per Fund) | | | | | |
| GRAND TOTAL | | | | | $33,322.75 |

Mark A. Mlawer

APPROVED:

Thelton E. Henderson
United States District Judge

7/5/11

06/30/11

## Mlawer Consulting
### Profit and Loss by Class
July 2010 through June 2011

| | Monitor's Office | Monitor's Salary | Monitoring Consulta... | Ortega-Comp | Parent Advocates | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | |
| Cash Carryover Income | 5,151.29 | 10,728.24 | 5,721.51 | 8,361.44 | 1,619.90 | 31,582.38 |
| CDE | 31,246.68 | 36,283.92 | 47,005.44 | 0.00 | 23,095.80 | 137,631.84 |
| RCSD | 58,029.48 | 67,384.56 | 87,295.92 | 0.00 | 42,892.20 | 255,602.16 |
| **Total Income** | 94,427.45 | 114,396.72 | 140,022.87 | 8,361.44 | 67,607.90 | 424,816.38 |
| **Expense** | | | | | | |
| Accounting | 700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 700.00 |
| Consultants | | | | | | |
| Fees | 0.00 | 88,462.52 | 137,706.25 | 0.00 | 66,830.00 | 292,998.77 |
| Travel Expenses | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | 10.00 |
| **Total Consultants** | 0.00 | 88,462.52 | 137,716.25 | 0.00 | 66,830.00 | 293,008.77 |
| Copying | 320.12 | 0.00 | 0.00 | 0.00 | 0.00 | 320.12 |
| Equipment/Repairs | 709.03 | 0.00 | 0.00 | 0.00 | 0.00 | 709.03 |
| Postage | 578.13 | 0.00 | 0.00 | 0.00 | 0.00 | 578.13 |
| Staff | | | | | | |
| CA Training Tax | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| CA Unemployment | 231.01 | 0.00 | 0.00 | 0.00 | 0.00 | 231.01 |
| Federal Unemployment | 56.00 | 0.00 | 0.00 | 0.00 | 0.00 | 56.00 |
| Health Insurance | 1,423.55 | 0.00 | 0.00 | 0.00 | 0.00 | 1,423.55 |
| Payroll Service Fees | 1,622.88 | 0.00 | 0.00 | 0.00 | 0.00 | 1,622.88 |
| Retirement | 11,777.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,777.00 |
| Salaries | 59,466.00 | 0.00 | 0.00 | 0.00 | 0.00 | 59,466.00 |
| Social Security/Medicare ... | 4,549.14 | 0.00 | 0.00 | 0.00 | 0.00 | 4,549.14 |
| Workers Comp | 726.77 | 0.00 | 0.00 | 0.00 | 0.00 | 726.77 |
| **Total Staff** | 79,859.35 | 0.00 | 0.00 | 0.00 | 0.00 | 79,859.35 |
| Supplies | 1,500.15 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.15 |
| **Total Expense** | 83,666.78 | 88,462.52 | 137,716.25 | 0.00 | 66,830.00 | 376,675.55 |
| **Net Income** | 10,760.57 | 25,994.20 | 2,306.62 | 8,361.44 | 777.90 | 48,140.83 |

Page 1