IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMMA C., et al.

                Plaintiffs,

     v.

DELAINE EASTIN, et al.,

                Defendants.

NO. C96-4179 TEH

ORDER SETTING STATUS
CONFERENCE AND
BENCHMARK FRAMEWORK
DEADLINES

      Pursuant to the stipulation and order concerning RSIP benchmarks filed on July 8, 2010, the Court sets the following schedule:

      1. The Court Monitor shall issue an Annual Trends Report no later than **October 31, 2011**.

      2. By **November 7, 2011**, each party shall submit to all parties and the Court Monitor a proposed intervention selected from either the Tier 1 or Tier 2 list, as appropriate, for each of the items for which the District was found noncompliant.

      3. By **November 14, 2011**, the parties shall meet and confer in an effort to reach agreement on the appropriate intervention for each noncompliant item.

      4. If resolution cannot be reached on an appropriate intervention for any noncompliant items, such dispute shall be submitted to the Court Monitor no later than **November 16, 2011**.

      5. By **November 23, 2011**, the Court Monitor shall make a determination regarding the appropriate intervention for each noncompliant item.

      6. The parties shall file status conference statements no later than **November 30, 2011**. In these statements, the parties shall raise any status conference issues. If a party wishes to request that the Court review the Court Monitor's determinations regarding

appropriate interventions, this request shall also be addressed in the status conference statement.

    **7**. The Court will hold a status conference at **2 p.m. on December 7, 2011**, in Courtroom 2. If a party has requested that the Court review the Court Monitor's determinations regarding interventions, the Court will hear oral argument on this issue.

**IT IS SO ORDERED.**

Dated: 07/12/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT