## MLAWER CONSULTING
### P. O. Box 51170
### Palo Alto, CA 94303-9998

*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

Request for Funds: **August, 2011**

| | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates | |
|---|---|---|---|---|---|
| Anticipated Expenses | | | | | |
| Staff | | | | | |
| Salaries | | | | | |
| FICA | | | | | |
| Unemployment | | | | | |
| Workers' Comp | | | | | |
| Health Ins. | | | | | |
| Payroll Service Fees | | | | | |
| Consultants | | | | | |
| Fees | | | | | |
| Travel Expenses | | | | | |
| Supplies | | | | | |
| Equipment/Repairs | | | | | |
| Telephone | | | | | |
| Copying | | | | | |
| Postage | | | | | |
| Accounting/Bookkeeping | | | | | |
| TOTAL (per Fund) | | | | | |
| GRAND TOTAL | | | | | $33,322.75 |

Mark A. Mlawer

APPROVED:

Thelton E. Henderson
United States District Judge
7/18/11

**Mlawer Consulting**
**Profit and Loss by Class**
July 1 - 15, 2011

07/01/11

| | Monitor's Office | Monitor's Salary | Monitoring Consulta... | Ortega-Comp | TOTAL |
|---|---:|---:|---:|---:|---:|
| **Income** | | | | | |
|   Cash Carryover Inco... | 29,779.39 | 5,000.00 | 5,000.00 | 8,361.44 | 48,140.83 |
| **Total Income** | 29,779.39 | 5,000.00 | 5,000.00 | 8,361.44 | 48,140.83 |
| **Expense** | | | | | |
|   Consultants | | | | | |
|     Fees | 0.00 | 0.00 | 5,600.00 | 0.00 | 5,600.00 |
|   Total Consultants | 0.00 | 0.00 | 5,600.00 | 0.00 | 5,600.00 |
|   Staff | | | | | |
|     Health Insurance | 114.94 | 0.00 | 0.00 | 0.00 | 114.94 |
|   Total Staff | 114.94 | 0.00 | 0.00 | 0.00 | 114.94 |
| **Total Expense** | 114.94 | 0.00 | 5,600.00 | 0.00 | 5,714.94 |
| **Net Income** | 29,664.45 | 5,000.00 | -600.00 | 8,361.44 | 42,425.89 |