**United States District Court**
For the Northern District of California

1     IN THE UNITED STATES DISTRICT COURT

2     FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

5     EMMA C., et al,

6            Plaintiffs,       NO. C96-4179 TEH

7          v.        ORDER RE: ADDITIONAL
                           STATUS CONFERENCE

8     DELAINE EASTIN, et al.,    AGENDA ITEM

9            Defendants.

10

11        On July 12, 2011, the Court issued an order scheduling the next status conference at 2

12    p.m. on December 7, 2011. At this conference, the Court anticipates discussion regarding the

13    District's performance on the 2010-11 benchmarks, the current status of the District's

14    performance on the Ravenswood Self Improvement Plan ("RSIP") requirements, and any

15    other issues the parties raise in their status conference statements.

16        By this order, the Court raises another issue. Compliance with the RSIP is but one

17    important step toward compliance with the First Amended Consent Decree ("FACD"). Under

18    FACD section 13.0, the Court must also eventually determine whether the state-level system

19    in place is capable of ensuring continued compliance with the law and provision of a free,

20    appropriate public education ("FAPE") to children with disabilities in Ravenswood. In their

21    status conference statements and at the status conference, the parties shall address the

22    relevance of this requirement, how compliance with this requirement should be measured,

23    and when such measurement should begin.

24

25    **IT IS SO ORDERED.**

26

27    Dated: 07/25/11

28                          THELTON E. HENDERSON, JUDGE
                                  UNITED STATES DISTRICT COURT