# United States District Court
## Office of the Court Monitor
*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

P.O. Box 51170  
Palo Alto, CA  94303-9998  
(650) 329-2800 x60125  
(650) 326-3410 (fax)

Mark A. Mlawer  
Court Monitor

## MEMO

TO:     The Honorable Thelton E. Henderson (via fax)

FROM:   Mark A. Mlawer

DATE:   August 9, 2011

RE:     Ravenswood Quarterly Invoice

In accordance with the Court's Order filed on June 28, 2010, Defendant Ravenswood has submitted its first quarterly invoice for FY '12. This invoice is for a total of $1,214,413.00.

As directed by the Court's Order, I am forwarding the attached invoice to the Court for payment. The check should be made out to the Ravenswood City School District.

Thank you in advance for your attention to this matter.

MM:ls

**APPROVED:**

_____  
Thelton E. Henderson  
United States District Judge  
8/10/11

# Ravenswood City School District

Office of Business Services
2160 Euclid Avenue
East Palo Alto, CA  94303
PH: 650-329-2800   FAX: 650-322-9454

# Invoice

| Date | Invoice # |
|---|---|
| 8/5/2011 | 6967 |

**Bill To**

U.S. District Court
Attn : Clerk of the Court

| P.O. No. | Terms | Due Date | Account # |
|---|---|---|---|
|  |  | 8/5/2011 |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| 1st Quarter Billing at 30% of RSIP Reimbursement for FY 2011/2012 - District Share |  | 618,663.00 | 618,663.00 |
| 1st Quarter Billing at 60% of RSIP Reimbursement for FY 2011/2012 - State Share |  | 595,750.00 | 595,750.00 |

We appreciate your prompt payment.

**Total**  $1,214,413.00

Tax ID # 77-0209800