KAMALA D. HARRIS
Attorney General of California
JULIE WENG-GUTIERREZ
Supervising Deputy Attorney General
LISA A. TILLMAN
Deputy Attorney General
State Bar No. 126424
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5567
 E-mail: Lisa.Tillman@doj.ca.gov
*Attorneys for Defendant*
*Department of Education*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA C., | 3:96-cv-04179-TEH |
| Plaintiff, | **DEFENDANTS' AMENDED AMENDMENT TO FINAL STIPULATION ON RSIP BUDGET AND COURT MONITOR'S BUDGET FOR FISCAL YEAR 2010-2011** |
| v. | |
| DELAINE EASTIN, ET AL., | |
| Defendant. | Judge    The Honorable Thelton E. Henderson |

On June 11, 2010, Defendants Delaine Eastin, Superintendent of Public Instruction, Department of Education (State Defendants) and Defendant Ravenswood City School District (District), collectively Defendants, submitted the final stipulation concerning the 2010-2011 RSIP budget, and the allocation of the RSIP 2010-2011 budget and the Court Monitor's budget between the Defendants. Defendants have been informed that the June 25, 2010 final stipulation did not indicate that the funds will be deposited into the Court's registry.

Defendants hereby stipulate the June 25, 2010 final stipulation concerning the 2010-2011 RSIP budget, and the allocation of the RSIP 2010-2011 budget and the Court Monitor's budget

1

between the Defendants is amended to indicate: The funds will be deposited into the Court's registry.

Dated: August 9, 2011

JOHN C. BEIERS, COUNTY COUNSEL
COUNTY OF SAN MATEO

By: /s/ Aimee B. Armsby
Aimee B. Armsby
Deputy County Counsel
*Attorneys for Ravenswood City School District*

Dated: August 5, 2011

OFFICE OF THE CALIFORNIA ATTORNEY GENERAL

By: /s/ Lisa Tillman
Lisa Tillman
Deputy Attorney General
*Attorneys for Defendants Delaine Eastin, Superintendent of Public Instruction, and California Department of Education*

SA2005104070
10734784.doc

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

08/16/2011

IT IS SO ORDERED

Judge Thelton E. Henderson

2

Defts.' Stip. Amendment to 2010-11 RSIP and Montior Budgets (*Emma C. v. Eastin*, USDC 3:96-cv-04179-TEH)