KAMALA D. HARRIS
Attorney General of California
JULIE WENG-GUTIERREZ
Supervising Deputy Attorney General
LISA A. TILLMAN
Deputy Attorney General
State Bar No. 126424
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5567
  E-mail: Lisa.Tillman@doj.ca.gov
*Attorneys for Defendant
Department of Education*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA C., <br><br> Plaintiff, <br><br> v. <br><br> DELAINE EASTIN, ET AL., <br><br> Defendant. | 3:96-cv-04179-TEH <br><br> **DEFENDANTS' AMENDMENT TO FINAL STIPULATION ON RSIP BUDGET AND COURT MONITOR'S BUDGET FOR FISCAL YEAR 2011-2012** <br><br> Judge   The Honorable Thelton E. Henderson |

On May 10, 2011, Defendants Delaine Eastin, Superintendent of Public Instruction, Department of Education (State Defendants) and Defendant Ravenswood City School District (District), collectively Defendants, submitted the final stipulation concerning the 2011-2012 RSIP budget, and the allocation of the RSIP 2011-2012 budget and the Court Monitor's budget between the Defendants, with an exhibit stating the 2011-2012 RSIP budget. Defendants have been informed that the May 10, 2011 final stipulation did not indicate that the funds will be deposited into the Court's registry.

1

Defendants hereby stipulate the May 10, 2011 final stipulation concerning the 2011-2012 RSIP budget, and the allocation of the RSIP 2011-2012 budget and the Court Monitor's budget between the Defendants is amended to indicate: The funds will be deposited into the Court's registry.

Dated: August 5, 2011

JOHN C. BEIERS, COUNTY COUNSEL
COUNTY OF SAN MATEO

By: /s/ Aimee B. Armsby
Aimee B. Armsby
Deputy County Counsel
*Attorneys for Ravenswood City School District*

Dated: August 5, 2011

OFFICE OF THE CALIFORNIA ATTORNEY GENERAL

By: /s/ Lisa Tillman
Lisa Tillman
Deputy Attorney General
*Attorneys for Defendants Delaine Eastin, Superintendent of Public Instruction, and California Department of Education*

SA2005104070
10734773.doc

**IT IS SO ORDERED**

08/16/2011

Judge Thelton E. Henderson

2

Defts'. Stip. Amendment to 2011-12 RSIP and Monitor Budgets (*Emma C.* v. Eastin 3:96-cv-04179- -TEH)