MLAWER CONSULTING
P. O. Box 51170
Palo Alto, CA 94303-9998

*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

Request for Funds: September, 2011

|  | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates |  |
|---|---|---|---|---|---|
| Anticipated Expenses |  |  |  |  |  |
| Staff |  |  |  |  |  |
| Salaries |  |  |  |  |  |
| FICA |  |  |  |  |  |
| Unemployment |  |  |  |  |  |
| Workers' Comp |  |  |  |  |  |
| Health Ins. |  |  |  |  |  |
| Payroll Service Fees |  |  |  |  |  |
| Consultants |  |  |  |  |  |
| Fees |  |  |  |  |  |
| Travel Expenses |  |  |  |  |  |
| Supplies |  |  |  |  |  |
| Equipment/Repairs |  |  |  |  |  |
| Telephone |  |  |  |  |  |
| Copying |  |  |  |  |  |
| Postage |  |  |  |  |  |
| Accounting/Bookkeeping |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTAL (per Fund) |  |  |  |  |  |
|  |  |  |  |  |  |
| GRAND TOTAL |  |  |  |  | $33,322.75 |

Mark A. Mlawer

APPROVED:

8/29/11

Thelton E. Henderson
United States District Judge

## Mlawer Consulting
## Profit and Loss by Class
July 1 through August 26, 2011

08/26/11

| | Monitor's Office | Monitor's Salary | Monitoring Consulta... | Ortega-Comp | Parent Advocates | TOTAL |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| Cash Carryover Income | 29,779.39 | 5,000.00 | 5,000.00 | 8,361.44 | 0.00 | 48,140.83 |
| CDE | 4,857.28 | 5,416.66 | 7,691.66 | 0.00 | 3,694.18 | 21,659.78 |
| RCSD | 10,088.22 | 11,250.00 | 15,975.00 | 0.00 | 7,672.50 | 44,985.72 |
| **Total Income** | 44,724.89 | 21,666.66 | 28,666.66 | 8,361.44 | 11,366.68 | 114,786.33 |
| **Expense** | | | | | | |
| Consultants | | | | | | |
|   Fees | 0.00 | 2,756.25 | 17,831.25 | 0.00 | 18,625.75 | 39,213.25 |
| **Total Consultants** | 0.00 | 2,756.25 | 17,831.25 | 0.00 | 18,625.75 | 39,213.25 |
| Postage | 10.95 | 0.00 | 0.00 | 0.00 | 0.00 | 10.95 |
| Staff | | | | | | |
|   Health Insurance | 229.88 | 0.00 | 0.00 | 0.00 | 0.00 | 229.88 |
|   Payroll Service Fees | 209.31 | 0.00 | 0.00 | 0.00 | 0.00 | 209.31 |
|   Salaries | 7,581.87 | 0.00 | 0.00 | 0.00 | 0.00 | 7,581.87 |
|   Social Security/Medicare ... | 580.02 | 0.00 | 0.00 | 0.00 | 0.00 | 580.02 |
|   Workers Comp | 328.15 | 0.00 | 0.00 | 0.00 | 0.00 | 328.15 |
| **Total Staff** | 8,929.23 | 0.00 | 0.00 | 0.00 | 0.00 | 8,929.23 |
| Supplies | 210.56 | 0.00 | 0.00 | 0.00 | 0.00 | 210.56 |
| **Total Expense** | 9,150.74 | 2,756.25 | 17,831.25 | 0.00 | 18,625.75 | 48,363.99 |
| **Net Income** | 35,574.15 | 18,910.41 | 10,835.41 | 8,361.44 | -7,259.07 | 66,422.34 |

Page 1