## MLAWER CONSULTING
P. O. Box 51170
Palo Alto, CA 94303-9998

*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

Request for Funds: **October, 2011**

|  | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates |  |
|---|---|---|---|---|---|
| Anticipated Expenses |  |  |  |  |  |
| Staff |  |  |  |  |  |
| Salaries |  |  |  |  |  |
| FICA |  |  |  |  |  |
| Unemployment |  |  |  |  |  |
| Workers' Comp |  |  |  |  |  |
| Health Ins. |  |  |  |  |  |
| Payroll Service Fees |  |  |  |  |  |
| Consultants |  |  |  |  |  |
| Fees |  |  |  |  |  |
| Travel Expenses |  |  |  |  |  |
| Supplies |  |  |  |  |  |
| Equipment/Repairs |  |  |  |  |  |
| Telephone |  |  |  |  |  |
| Copying |  |  |  |  |  |
| Postage |  |  |  |  |  |
| Accounting/Bookkeeping |  |  |  |  |  |
| TOTAL (per Fund) |  |  |  |  |  |
| GRAND TOTAL |  |  |  |  | $33,322.75 |

Mark A. Mlawer

APPROVED:

Thelton E. Henderson
United States District Judge
9/19/11

09/02/11

Mlawer Consulting
# Profit and Loss by Class
July 1 through September 16, 2011

| | Monitor's Office | Monitor's Salary | Monitoring Consulta... | Ortega-Comp | Parent Advocates | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | |
| Cash Carryover Income | 29,779.39 | 5,000.00 | 5,000.00 | 8,361.44 | 0.00 | 48,140.83 |
| CDE | 4,857.28 | 5,416.66 | 7,691.66 | 0.00 | 3,694.18 | 21,659.78 |
| RCSD | 10,088.22 | 11,250.00 | 15,975.00 | 0.00 | 7,672.50 | 44,985.72 |
| **Total Income** | 44,724.89 | 21,666.66 | 28,666.66 | 8,361.44 | 11,366.68 | 114,786.33 |
| **Expense** | | | | | | |
| Consultants | | | | | | |
| Fees | 0.00 | 9,253.13 | 29,031.25 | 0.00 | 18,625.75 | 56,910.13 |
| **Total Consultants** | 0.00 | 9,253.13 | 29,031.25 | 0.00 | 18,625.75 | 56,910.13 |
| Postage | 10.95 | 0.00 | 0.00 | 0.00 | 0.00 | 10.95 |
| Staff | | | | | | |
| Health Insurance | 344.82 | 0.00 | 0.00 | 0.00 | 0.00 | 344.82 |
| Payroll Service Fees | 279.08 | 0.00 | 0.00 | 0.00 | 0.00 | 279.08 |
| Salaries | 10,109.16 | 0.00 | 0.00 | 0.00 | 0.00 | 10,109.16 |
| Social Security/Medicare ... | 773.36 | 0.00 | 0.00 | 0.00 | 0.00 | 773.36 |
| Workers Comp | 328.15 | 0.00 | 0.00 | 0.00 | 0.00 | 328.15 |
| **Total Staff** | 11,834.57 | 0.00 | 0.00 | 0.00 | 0.00 | 11,834.57 |
| Supplies | 210.56 | 0.00 | 0.00 | 0.00 | 0.00 | 210.56 |
| **Total Expense** | 12,056.08 | 9,253.13 | 29,031.25 | 0.00 | 18,625.75 | 68,966.21 |
| **Net Income** | 32,668.81 | 12,413.53 | -364.59 | 8,361.44 | -7,259.07 | 45,820.12 |