## MLAWER CONSULTING
### P. O. Box 51170
### Palo Alto, CA 94303-9998

*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

Request for Funds: **November, 2011**

|  | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates |  |
|---|---|---|---|---|---|
| Anticipated Expenses |  |  |  |  |  |
| Staff |  |  |  |  |  |
| Salaries |  |  |  |  |  |
| FICA |  |  |  |  |  |
| Unemployment |  |  |  |  |  |
| Workers' Comp |  |  |  |  |  |
| Health Ins. |  |  |  |  |  |
| Payroll Service Fees |  |  |  |  |  |
| Consultants |  |  |  |  |  |
| Fees |  |  |  |  |  |
| Travel Expenses |  |  |  |  |  |
| Supplies |  |  |  |  |  |
| Equipment/Repairs |  |  |  |  |  |
| Telephone |  |  |  |  |  |
| Copying |  |  |  |  |  |
| Postage |  |  |  |  |  |
| Accounting/Bookkeeping |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTAL (per Fund) |  |  |  |  |  |
|  |  |  |  |  |  |
| GRAND TOTAL |  |  |  |  | $33,322.75 |

Mark A. Mlawer

APPROVED:

Thelton E. Henderson
United States District Judge

10/24/11

## Mlawer Consulting
## Profit and Loss by Class
### July 1 through October 20, 2011

10/20/11

| | Monitor's Office | Monitor's Salary | Monitoring Consulta... | Ortega-Comp | Parent Advocates | TOTAL |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| Cash Carryover Income | 29,779.39 | 5,000.00 | 5,000.00 | 8,361.44 | 0.00 | 48,140.83 |
| CDE | 9,714.56 | 10,833.32 | 15,383.32 | 0.00 | 7,388.36 | 43,319.56 |
| RCSD | 20,176.44 | 22,500.00 | 31,950.00 | 0.00 | 15,345.00 | 89,971.44 |
| **Total Income** | 59,670.39 | 38,333.32 | 52,333.32 | 8,361.44 | 22,733.36 | 181,431.83 |
| **Expense** | | | | | | |
| Consultants | | | | | | |
| Fees | 0.00 | 13,846.88 | 42,012.50 | 0.00 | 37,251.50 | 93,110.88 |
| **Total Consultants** | 0.00 | 13,846.88 | 42,012.50 | 0.00 | 37,251.50 | 93,110.88 |
| Copying | 71.33 | 0.00 | 0.00 | 0.00 | 0.00 | 71.33 |
| Postage | 23.39 | 0.00 | 0.00 | 0.00 | 0.00 | 23.39 |
| Staff | | | | | | |
| Health Insurance | 344.82 | 0.00 | 0.00 | 0.00 | 0.00 | 344.82 |
| Payroll Service Fees | 488.39 | 0.00 | 0.00 | 0.00 | 0.00 | 488.39 |
| Salaries | 17,691.03 | 0.00 | 0.00 | 0.00 | 0.00 | 17,691.03 |
| Social Security/Medicare ... | 1,353.37 | 0.00 | 0.00 | 0.00 | 0.00 | 1,353.37 |
| Workers Comp | 328.15 | 0.00 | 0.00 | 0.00 | 0.00 | 328.15 |
| **Total Staff** | 20,205.76 | 0.00 | 0.00 | 0.00 | 0.00 | 20,205.76 |
| Supplies | 247.34 | 0.00 | 0.00 | 0.00 | 0.00 | 247.34 |
| **Total Expense** | 20,547.82 | 13,846.88 | 42,012.50 | 0.00 | 37,251.50 | 113,658.70 |
| **Net Income** | 39,122.57 | 24,486.44 | 10,320.82 | 8,361.44 | -14,518.14 | 67,773.13 |

Page 1