IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMMA C., et al.

     Plaintiffs,

  v.

DELAINE EASTIN, et al.,

     Defendants.

NO. C96-4179 TEH

ORDER TO MEET AND CONFER ON ISSUE OF STATE MONITORING

In light of the disagreement raised at the hearing held before this Court on December 7, 2011, the parties are hereby ORDERED TO MEET AND CONFER on the issue raised in this Court's Order of July 25, 2011 (Docket No. 1640) regarding state monitoring, and, within 90 days from the date of this Order, submit a joint statement to the Monitor summarizing the areas of agreement reached by the parties and any remaining areas of disagreement. The Monitor shall participate in the meet and confer with the parties. Following submission of the statement to the Monitor, the Monitor shall make a determination regarding the remaining disagreements, if any. Should the parties dispute the determination of the Monitor, they may raise their objections in a motion, to be filed within 14 days of the issuance of the Monitor's determination.

**IT IS SO ORDERED.**

Dated: 12/12/2011

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT