IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMMA C., et al.

                Plaintiffs,

                v.

DELAINE EASTIN, et al.,

                Defendants.

NO. C96-4179 TEH

ORDER SETTING STATUS CONFERENCE AND BENCHMARK FRAMEWORK DEADLINES

Pursuant to the stipulation and order concerning RSIP benchmarks filed on July 8, 2010, the Court sets the following schedule:

1. The Court Monitor shall issue an Annual Trends Report no later than **October 31, 2012**.

2. By **November 14, 2012**, The parties shall meet and confer regarding proposed interventions for each of the items for which the District was found noncompliant, and seek to come to an agreement on the appropriate intervention for each noncompliant item.

3. If resolution cannot be reached on an appropriate intervention for any noncompliant items, such dispute shall be submitted to the Court Monitor no later than **November 16, 2011**.

4. By **November 23, 2012**, the Court Monitor shall make a determination regarding the appropriate intervention for each noncompliant item.

5. The parties shall file status conference statements no later than **November 30, 2012**. In these statements, the parties shall raise any status conference issues. If a party wishes to request that the Court review the Court Monitor's determinations regarding appropriate interventions, this request shall also be addressed in the status conference statement.

**7**. The Court will hold a status conference at **2 p.m. on December 12, 2012**, in Courtroom 2, 17th Floor of 450 Golden Gate Avenue in San Francisco. If a party has requested that the Court review the Court Monitor's determinations regarding interventions, the Court will hear oral argument on this issue.

**IT IS SO ORDERED.**

Dated: 12/12/2011

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT