Arlene B. Mayerson, Esq., CA Bar # 79310
Larisa M. Cummings, Esq., CA Bar # 131076
DISABILITY RIGHTS EDUCATION & DEFENSE FUND, INC.
3075 Adeline Street, Suite 210
Berkeley, CA 94703
Telephone: (510) 644-2555
Fax: (510) 841-8645
Email: amayerson@dredf.org
Email: lcummings@dredf.org

William S. Koski, Esq., CA. Bar #166061
STANFORD LAW SCHOOL
YOUTH & EDUCATION LAW PROJECT
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-3718
Fax: (650) 723-4426
Email: bkoski@stanford.edu

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAM FRANCISCO DIVISION

| | |
|---|---|
| EMMA C., et al.<br><br>  Plaintiffs,<br><br>  vs.<br><br>DELAINE EASTIN, et al.,<br><br>  Defendants. | Case No. C-96-4179 (TEH)<br><br>[PROPOSED] STIPULATED ORDER RE: PAYMENT OF PLAINTIFFS' ATTORNEYS' FEES AND COSTS FOR THE PERIOD OF JULY 1, 2010 THROUGH JUNE 30, 2011 |

Counsel for the parties have prepared a stipulated order for the payment by defendants of plaintiffs' attorneys' fees and costs in this action for the period of July 1, 2010 through June 30, 2011.

Based on billing statements and discussions among the parties, attorneys' fees and costs in the amount of $24,103.34 will be paid to the Disability Rights Education and Defense Fund; and

attorneys' fees and costs in the amount of $18,067.50 will be paid to the Youth and Education Law Project.

In accord with the previous agreements of defendants, the attorneys' fees and costs awards shall be shared equally by the California Department of Education and the Ravenswood City School District.

Upon entry of this Court's order approving this stipulation, defendants will timely seek the necessary agency approvals for preparation and relay of the checks. The checks will be provided to plaintiffs' counsels within 60 days of obtaining such agency approvals.

Dated: December 21, 2011

Respectfully submitted,

DISABILITY RIGHTS EDUCATION & DEFENSE FUND, INC.

By: _____/s/_____.
   Larisa M. Cummings
   Attorneys for Plaintiff Emma C.


YOUTH AND EDUCATION LAW PROJECT

By: _____/s/_____.
   William S. Koski
   Attorneys for Plaintiff Emma C.


COUNTY COUNSEL OF THE COUNTY OF SAN MATEO

By: _____/s/_____.
   Aimee B. Armsby, Deputy County Counsel
   Attorneys for Ravenswood City School District


OFFICE OF THE CALIFORNIA ATTORNEY GENERAL

By: _____/s/_____.
   Lisa A. Tillman, Deputy Attorney General
   Attorneys for State Defendants

ECF ATTESTATION

I am the efiling attorney whose ECF User Identification and Password are being used to electronically file the following document(s):

> [PROPOSED] STIPULATED ORDER
> RE: PAYMENT OF PLAINTIFFS' ATTORNEYS' FEES AND COSTS FOR THE PERIOD OF JULY 1, 2010 THROUGH JUNE 30, 2011

In compliance with General Order 45, Section X.B., I hereby attest that concurrence in the filing of the above document(s) has been obtained from the signatory(ies).

DATED:  December 21, 2011

                                                                                */s/ Larisa M. Cummings*
                                                                                LARISA M. CUMMINGS

~~[PROPOSED]~~ STIPULATED ORDER

RE: PAYMENT OF PLAINTIFFS' ATTORNEYS' FEES AND COSTS

FOR THE PERIOD OF JULY 1, 2010 THROUGH JUNE 30, 2011

In view of the parties' stipulation, and good cause appearing thereof, the California Department of Education and the Ravenswood City School District shall pay plaintiffs' attorneys' fees and costs in this action for the period of July 1, 2010 through June 30, 2011. Attorneys' fees and costs in the amount of $24,103.34 will be paid to the Disability Rights Education and Defense Fund, Inc.; and attorneys' fees and costs in the amount of $18,067.50 will be paid to the Youth and Education Law Project.

The payments shall be equally divided between the California State Department of Education and the Ravenswood City School District.

Upon entry of this Court's order approving this stipulation, defendants will timely seek the necessary agency approvals for preparation and relay of the checks. The checks will be provided to plaintiff counsels within 60 days of obtaining such agency approvals.

IT IS SO ORDERED.

Dated: 12/22/2011    _____



THELTON E. HENDERSON
United States District Judge

//////