William S. Koski (SBN 166061)
Carly J. Munson (SBN 254598)
MILLS LEGAL CLINIC
STANFORD LAW SCHOOL
YOUTH & EDUCATION LAW PROJECT
559 Nathan Abbott Way
Stanford, California 94305-8610
Tel:  (650) 724-3718
Fax:  (650) 723-4426
Email: bkoski@stanford.edu

*Attorneys for Plaintiffs*

Arlene B. Mayerson (SBN 79310)
Larisa Cummings (SBN 131076)
DISABILITY RIGHTS EDUCATION
 AND DEFENSE FUND, INC.
3075 Adeline Street, Suite 210
Berkeley, California 94703
Tel:  (510) 644-2555
Fax:  (510) 841-8645
Email: lcummings@dredf.org

*Attorneys for Plaintiffs*

Kamala D. Harris
ATTORNEY GENERAL OF CALIFORNIA
Lisa A. Tillman, Deputy (SBN 126424)
DEPUTY ATTORNEY GENERAL
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, California 94244-2550
Tel: (916) 327-7872
Fax: (916) 324-5567
Email: Lisa.Tillman@doj.ca.gov

*Attorneys for Defendants Delaine Eastin, Superintendent of Public Instruction, and Department of Education*

John C. Beiers
COUNTY COUNSEL
Kathryn E. Meola, Deputy (SBN 172034)
Aimee B. Armsby, Deputy (SBN 226967)
Hall of Justice & Records
400 County Center, 6th Floor
Redwood City, California 94063
Tel: (650) 363-4989
Fax: (650) 363-4034
Email: kmeola@co.sanmateo.ca.us
Email: aarmsby@co.sanmateo.ca.us

*Attorneys for Defendant Ravenswood City School District*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA C., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DELAINE EASTIN, et al.,<br><br>　　　　　Defendants. | Case No.: C-96-4179 (TEH)<br><br>**JOINT STIPULATION and [~~PROPOSED~~] ORDER RE: RSIP INTERVENTIONS FOR DISTRICT NON-COMPLIANCE**<br><br>Courtroom:　　Hon. Thelton E. Henderson |

|   |   |
|---|---|
| 1 | **JOINT STIPULATION** |

On November 21, 2011, in response to this Court's July 12 order, the parties submitted their "Joint Statement Concerning Proposed Interventions for District Non-Compliance" ("Joint Statement"). (*See* Order, Court Docket 1637; Joint Statement, Court Docket 1667.)

On December 7, 2011, during a status conference in the instant matter, this Court ordered the parties to submit a joint stipulation and proposed order regarding the matters outlined in the November 21 Joint Statement.

Accordingly, and pursuant to this Court's December 7 order, the parties hereby submit this joint stipulation and respectfully request that this Court approve and so order the interventions specified in the parties' November 21 Joint Statement. For the Court's convenience, a copy of these proposed interventions is attached hereto as Exhibit A.

Dated: January 5, 2012        YOUTH AND EDUCATION LAW PROJECT

By:       /s/
          William S. Koski
          *Attorneys for Plaintiffs*

COUNTY COUNSEL OF THE COUNTY OF SAN MATEO

By:       /s/
          Aimee B. Armsby
          *Attorneys for Defendant Ravenswood City School District*

OFFICE OF THE CALIFORNIA ATTORNEY GENERAL

By:       /s/
          Lisa A. Tillman
          *Attorneys for Defendants Delaine Eastin, Superintendent of Public Instruction, and Department of Education*

JOINT STIPULATION AND [PROPOSED] ORDER RE: RSIP INTERVENTIONS FOR DISTRICT NON-COMPLIANCE
*Emma C. v. Delaine Eastin* C-96-4179 (TEH)

Page 1

1  **[~~PROPOSED~~] ORDER**

2       The Court has reviewed the parties' joint stipulation regarding proposed interventions for

3  District non-compliance with certain RSIP items, submitted in accordance with this Court's

4  December 7, 2011, order.

5       For good cause shown, the parties' request to approve and order the interventions set

6  forth in the parties' November 21, 2011, "Joint Statement Concerning Proposed Interventions for

7  District Non-Compliance" is GRANTED.  (*See* Court Docket 1667.)

8       IT IS SO ORDERED.

9

10       Dated:  1/5/2012                    _____

11                                            THELTON E. HENDERSON

                                              UNITED STATES DISTRICT COURT JUDGE



JOINT STIPULATION AND [PROPOSED] ORDER RE: RSIP INTERVENTIONS FOR DISTRICT NON-COMPLIANCE
*Emma C. v. Delaine Eastin* C-96-4179 (TEH)

Page 2