**MLAWER CONSULTING**
**P. O. Box 51170**
**Palo Alto, CA 94303-9998**

*Emma C., et al., v. Delaine Eastin, et al.* **(No. C96-4179 TEH)**

Request for Funds: **February, 2012**

|  | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates |  |
|---|---|---|---|---|---|
| Anticipated Expenses |  |  |  |  |  |
| Staff |  |  |  |  |  |
| Salaries |  |  |  |  |  |
| FICA |  |  |  |  |  |
| Unemployment |  |  |  |  |  |
| Workers' Comp |  |  |  |  |  |
| Health Ins. |  |  |  |  |  |
| Payroll Service Fees |  |  |  |  |  |
| Consultants |  |  |  |  |  |
| Fees |  |  |  |  |  |
| Travel Expenses |  |  |  |  |  |
| Supplies |  |  |  |  |  |
| Equipment/Repairs |  |  |  |  |  |
| Telephone |  |  |  |  |  |
| Copying |  |  |  |  |  |
| Postage |  |  |  |  |  |
| Accounting/Bookkeeping |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTAL (per Fund) |  |  |  |  |  |
|  |  |  |  |  |  |
| GRAND TOTAL |  |  |  |  | $33,322.75 |
|  |  |  |  |  |  |

Mark A. Mlawer

**APPROVED:**

Thelton E. Henderson
United States District Judge
1/26/12

01/25/12

## Mlawer Consulting
### Profit and Loss by Class
July 1, 2011 through January 25, 2012

| | Monitor's Office | Monitor's Salary | Monitoring Consulta... | SO-Comp | Parent Advocates | TOTAL |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| Cash Carryover Income | 29,779.39 | 5,000.00 | 5,000.00 | 8,361.44 | 0.00 | 48,140.83 |
| CDE | 17,000.48 | 18,958.31 | 26,920.81 | 0.00 | 12,929.63 | 75,809.23 |
| RCSD | 35,308.77 | 39,375.00 | 55,912.50 | 0.00 | 26,853.75 | 157,450.02 |
| **Total Income** | 82,088.64 | 63,333.31 | 87,833.31 | 8,361.44 | 39,783.38 | 281,400.08 |
| **Expense** | | | | | | |
| Consultants | | | | | | |
|   Fees | 0.00 | 38,423.45 | 75,662.50 | 0.00 | 55,877.25 | 169,963.20 |
|   Travel Expenses | 0.00 | 0.00 | 13.00 | 0.00 | 0.00 | 13.00 |
| **Total Consultants** | 0.00 | 38,423.45 | 75,675.50 | 0.00 | 55,877.25 | 169,976.20 |
| Copying | 124.66 | 0.00 | 0.00 | 0.00 | 0.00 | 124.66 |
| Postage | 30.95 | 0.00 | 0.00 | 0.00 | 0.00 | 30.95 |
| Staff | | | | | | |
|   CA Training Tax | 2.53 | 0.00 | 0.00 | 0.00 | 0.00 | 2.53 |
|   CA Unemployment | 78.35 | 0.00 | 0.00 | 0.00 | 0.00 | 78.35 |
|   Federal Unemployment | 15.16 | 0.00 | 0.00 | 0.00 | 0.00 | 15.16 |
|   Health Insurance | 689.64 | 0.00 | 0.00 | 0.00 | 0.00 | 689.64 |
|   Payroll Service Fees | 947.41 | 0.00 | 0.00 | 0.00 | 0.00 | 947.41 |
|   Salaries | 32,854.77 | 0.00 | 0.00 | 0.00 | 0.00 | 32,854.77 |
|   Social Security/Medicare ... | 2,513.40 | 0.00 | 0.00 | 0.00 | 0.00 | 2,513.40 |
|   Workers Comp | 328.15 | 0.00 | 0.00 | 0.00 | 0.00 | 328.15 |
| **Total Staff** | 37,429.41 | 0.00 | 0.00 | 0.00 | 0.00 | 37,429.41 |
| Supplies | 711.14 | 0.00 | 0.00 | 0.00 | 0.00 | 711.14 |
| **Total Expense** | 38,296.16 | 38,423.45 | 75,675.50 | 0.00 | 55,877.25 | 208,272.36 |
| **Net Income** | 43,792.48 | 24,909.86 | 12,157.81 | 8,361.44 | -16,093.87 | 73,127.72 |

Page 1