IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA C., | Case No. 3:96-cv-04179-TEH |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| DELAINE EASTIN, ET AL., | |
| Defendants. | |

This Court has reviewed the parties' joint statement regarding California Department of Education's (CDE) monitoring of the Ravenswood City School District's (District) provision of a free, appropriate public education, and approves its stated deadlines, as follows:

1. The parties will provide a supplemental report to the Court on March 16, 2012 concerning the contents of the CDE's progress reports on the implementation of its monitoring system as applied to the District.

//

//

//

1

1    2. An interim conceptual framework for evaluation of CDE's compliance with section 13.0 of the FACD will be filed on April 20, 2012, and the final conceptual evaluation framework and standards will be filed with the Court on June 29, 2012.

IT IS SO ORDERED.

Dated: 03/14/2012      The Honorable Thelton E. Henderson