# United States District Court
## Office of the Court Monitor
*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

P.O. Box 51170  
Palo Alto, CA 94303-9998  
(650) 329-2800, x60125  
(650) 326-3410 (fax)

Mark A. Mlawer  
Court Monitor

## MEMO

TO: The Honorable Thelton E. Henderson (via fax)

FROM: Mark A. Mlawer /MM:ls/

DATE: March 15, 2012

RE: Ravenswood Quarterly Invoice

---

In accordance with the Court's Order filed on May 11, 2011, Defendant Ravenswood has submitted its scheduled March invoice for FY '12. This invoice is for a total of **$198,583.00**.

As directed by the Court's Order, I am forwarding the attached invoice to the Court for payment. The check should be made out to the Ravenswood City School District.

Thank you in advance for your attention to this matter.

MM:ls

# Ravenswood City School District

Office of Business Services
2160 Euclid Avenue
East Palo Alto, CA  94303
PH: 650-329-2800     FAX: 650-322-9454

# Invoice

| Date | Invoice # |
|---|---|
| 3/14/2012 | 7074 |

**Bill To**

U.S. District Court
Attn : Clerk of the Court

| P.O. No. | Terms | Due Date | Account # |
|---|---|---|---|
|  |  | 3/14/2012 |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| 4th Quarter Billing at 20% of RSIP Reimbursement for FYI 2011/2012 |  | 198,583.00 | 198,583.00 |

We appreciate your prompt payment.

**Total**   $198,583.00

Tax ID # 77-0209800

APPROVED:

3/15/12

Thelton E. Henderson
United States District Judge