| | |
|---|---|
| Arlene B. Mayerson, Esq., <br> CA Bar # 79310 <br> Larisa M. Cummings, Esq., <br> CA Bar # 131076 <br> DISABILITY RIGHTS EDUCATION & DEFENSE FUND, INC. <br> 3075 Adeline Street, Suite 210 <br> Berkeley, CA 94703 <br> Telephone: (510) 644-2555 <br> Fax: (510) 841-8645 <br> Email: amayerson@dredf.org <br> Email: lcummings@dredf.org <br> *Attorneys for Plaintiffs* | KAMALA D. HARRIS <br> Attorney General of California <br> JULIE WENG-GUTIERREZ <br> Senior Assistant Attorney General <br> LISA A. TILLMAN <br> Deputy Attorney General <br> State Bar No. 126424 <br>   P.O. Box 944255 <br>   Sacramento, CA 94244-2550 <br>   Telephone:  (916) 327-7872 <br>   Fax:  (916) 324-5567 <br>   E-mail:  Lisa.Tillman@doj.ca.gov <br> *Attorneys for State Defendants* |
| William S. Koski, Esq., CA. Bar #166061 <br> STANFORD LAW SCHOOL <br> YOUTH & EDUCATION LAW PROJECT <br> 559 Nathan Abbott Way <br> Stanford, CA 94305-8610 <br> Telephone: (650) 724-3718 <br> Fax: (650) 723-4426 <br> Email: bkoski@stanford.edu <br> *Attorneys for Plaintiffs* | MICHAEL P. MURPHY <br> COUNTY COUNSEL (SBN 83887) <br> BY: AIMEE B. ARMSBY, DEPUTY (SBN 226967) <br> Hall of Justice and Records <br> 400 County Center, 6th Floor <br> Redwood City, CA  94063 <br> Telephone: (650) 363-4647 <br> Facsimile:  (650) 363-4034 <br> Email:  aarmsby@co.sanmateo.ca.us <br> *Attorneys for Defendant Ravenswood City School District* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMA C., et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>DELAINE EASTIN, et al.,<br><br>          Defendants. | Case No. C-96-4179 (TEH)<br><br>[PROPOSED] STIPULATED ORDER RE: PAYMENT OF PLAINTIFFS' ATTORNEYS' FEES AND COSTS FOR THE PERIOD OF JULY 1, 2011 THROUGH DECEMBER 31, 2011 |

Counsel for the parties have prepared a stipulated order for the payment by defendants of plaintiffs' attorneys' fees and costs in this action for the period of July 1, 2011 through December 31, 2011.

Based on billing statements and discussions among the parties, attorneys' fees and costs in the amount of **$19,133.19** will be paid to the Disability Rights Education and Defense Fund; and

attorneys' fees and costs in the amount of $25,540.28 will be paid to the Youth and Education Law Project.

In accord with the previous agreements of defendants, the attorneys' fees and costs awards shall be shared equally by the California Department of Education and the Ravenswood City School District.

Upon entry of this Court's order approving this stipulation, defendants will timely seek the necessary agency approvals for preparation and relay of the checks. The checks will be provided to plaintiffs' counsels within 60 days of obtaining such agency approvals.

Dated: March 28, 2012

        Respectfully submitted,

        DISABILITY RIGHTS EDUCATION & DEFENSE FUND, INC.

        By: _____/s/_____.
          Larisa M. Cummings
          Attorneys for Plaintiff Emma C.

        YOUTH AND EDUCATION LAW PROJECT

        By: _____/s/_____.
          William S. Koski
          Attorneys for Plaintiff Emma C.

        COUNTY COUNSEL OF THE COUNTY OF SAN MATEO

        By: _____/s/_____.
          Aimee B. Armsby, Deputy County Counsel
          Attorneys for Ravenswood City School District

        OFFICE OF THE CALIFORNIA ATTORNEY GENERAL

        By: _____/s/_____.
          Lisa A. Tillman, Deputy Attorney General
          Attorneys for State Defendants

ECF ATTESTATION

I am the efiling attorney whose ECF User Identification and Password are being used to electronically file the following document(s):

[PROPOSED] STIPULATED ORDER
RE: PAYMENT OF PLAINTIFFS' ATTORNEYS' FEES AND COSTS FOR THE PERIOD OF JULY 1, 2011 THROUGH DECEMBER 31, 2011

In compliance with General Order 45, Section X.B., I hereby attest that concurrence in the filing of the above document(s) has been obtained from the signatory(ies).

DATED: March 28, 2012

                                                    */s/ Lisa A. Tillman*
                                                  LISA A. TILLMAN

[~~PROPOSED~~] STIPULATED ORDER
RE: PAYMENT OF PLAINTIFFS' ATTORNEYS' FEES AND COSTS
FOR THE PERIOD OF JULY 1, 2011 THROUGH DECEMBER 31, 2011

In view of the parties' stipulation, and good cause appearing thereof, the California Department of Education and the Ravenswood City School District shall pay plaintiffs' attorneys' fees and costs in this action for the period of July 1, 2011 through December 31, 2011. Attorneys' fees and costs in the amount of $19,133.19 will be paid to the Disability Rights Education and Defense Fund, Inc.; and attorneys' fees and costs in the amount of $25,540.28 will be paid to the Youth and Education Law Project.

The payments shall be equally divided between the California State Department of Education and the Ravenswood City School District.

Upon entry of this Court's order approving this stipulation, defendants will timely seek the necessary agency approvals for preparation and relay of the checks. The checks will be provided to plaintiff counsels within 60 days of obtaining such agency approvals.

IT IS SO ORDERED.

Dated: 03/29/2012



//////

4
[PROPOSED] STIPULATED ORDER RE PLAINTIFFS' ATTORNEYS' FEES & COSTS OF JULY THRU DECEMBER 2011
Emma C. et al., v. Delaine Eastin, et al.; CASE NO. C-96-4179 (THE)