IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EMMA C.,** | Case No. 3:96-cv-04179-TEH |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **DELAINE EASTIN, ET AL.,** | |
| Defendant. | |

This Court has reviewed and hereby approves the terms and conditions of the stipulation between Defendant Ravenswood City School District and Defendant California Department of Education to indicate, by amendment to the final stipulation to the RSIP 2012-2013 budget and the Court Monitor's budget, that the indicated monies are to be deposited in the Court registry.

IT IS SO ORDERED.

Dated: 07/09/2012     By: _____
Honorable Thelton E. Henderson
United States District Court Judge

1

[Proposed] Order (3:96-cv-04179-TEH)