IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EMMA C.,** | Case No. 3:96-cv-04179-TEH |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER** |
| v. | |
| **DELAINE EASTIN, ET AL.,** | |
| Defendant. | |

Upon good cause, defendant California Department of Education's request for a two-week extension, to August 13, 2012, to file a response to the Monitor's report on the Fourth Joint Statement is hereby granted.

IT IS SO ORDERED.

Dated: 7/30/12

_____

The Honorable Thelton E. Henderson