IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMMA C. et al.,

                Plaintiffs,

    v.

DELAINE EASTIN, et al.,

                Defendants.

NO. C96-4179 TEH

ORDER SETTING DEADLINES FOR PLAINTIFFS' MOTIONS

        The Court is in receipt of a filing by Plaintiffs, which seeks to bring a variety of motions. Two of these motions are requests for extensions of time for filing, requesting a 60-day extension of time to submit objections to Defendants' monitoring system, and a 14-day extension of time, commensurate with that requested by, and granted to, Defendants by this Court's order of July 30, 2012. Requests for extension of time are properly administrative motions under Civil Local Rule 7-11, and subject to a 4-day response period, after which they are deemed submitted. Civil L.R. 7-11(b)-(c). Given the potential for confusion inherent in these motions being combined with a substantive motion, the deadline for any objection by Defendants to these requests for extension of time shall be re-set to four days from the issuance of this Order, or **August 6, 2012**.

        The substantive motion contained in this filing is a motion to compel Defendant CDE to make a *prima facie* showing in support of the assertion that the statewide monitoring system has been accepted or approved by the federal Office of Special Education Programs. On this issue, the Monitor has recommended further briefing, but the Court does not intend to make any ruling on the Monitor's recommendations prior to the filing objections by both

parties. However, since Plaintiffs have elected to file a separate motion regarding this issue while simultaneously requesting more time to file their objections, the Court shall set a separate briefing schedule on this motion to compel. Responses to the motion to compel shall be filed on or before **August 17, 2012**. Replies shall be filed on or before **August 24, 2012**. A hearing on Plaintiffs' motion shall be held at **10:00 a.m. on September 17, 2012**, in Courtroom 2, 17th Floor of the U.S. District Court in San Francisco.

**IT IS SO ORDERED.**

Dated: 8/2/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT