IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMMA C., et al.,

            Plaintiff,

v.

DELAINE EASTIN, et al.,

            Defendants.

NO. C96-4179 TEH

ORDER GRANTING EXTENSIONS OF TIME

The Court has considered Plaintiffs' motion for extensions of time and Defendant California Department of Education's ("CDE's") response thereto. With good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiffs' request for a 14-day extension of time to submit objections to the Monitor's determinations is GRANTED. Plaintiffs shall file these objections on or before **August 13, 2012.**

2. Plaintiffs' request for a 60-day extension of time to submit objections to Defendant CDE's monitoring system is also GRANTED. Plaintiffs shall file these objections on or before **September 28, 2012.**

**IT IS SO ORDERED.**

Dated: 08/10/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT