# United States District Court
## Office of the Court Monitor
*Emma C., et al., v. Delaine Eastin, et al.* **(No. C96-4179 TEH)**

P.O. Box 51170  
Palo Alto, CA 94303-9998  
(650) 329-2800, x60125  
(650) 326-3410 (fax)

*Mark A. Mlawer*  
*Court Monitor*

## MEMO

TO: The Honorable Thelton E. Henderson (via fax)

FROM: Mark A. Mlawer /mm/ss

DATE: August 21, 2012

RE: Ravenswood Scheduled Invoice

---

In accordance with the Court's Order filed on May 15, 2012, Defendant Ravenswood has submitted its scheduled August invoice for FY 2012-13. This invoice is for a total of $994,579.00.

As directed by the Court's Order, I am forwarding the attached invoice to the Court for payment. The check should be made out to the Ravenswood City School District.

Thank you in advance for your attention to this matter.

ls

Invoice

**Ravenswood City School District**
2120 Euclid Avenue
East Palo Alto, CA 94303
PH: 650-329-2800 ext. 60103

| Date | Invoice # |
|---|---|
| 8/17/2012 | 1 |

**Bill To**

U.S. District Court
Attn: Clerk of the Court

| P.O. No. | Terms | Due Date | Account # |
|---|---|---|---|
| | Due on receipt | 8/17/2012 | |

| Description | Amount |
|---|---|
| 1st Quarter billing at 60% of RSIP Reimbursement for FY 2012-2013 – State Share | $459,037.00 |
| 1st Quarter billing at 30% of RSIP Reimbursement for FY 2012-2013 – District Share | $535,542.00 |

**APPROVED:**

_____
Thelton E. Henderson  8/21/12
United States District Judge

**Make Check To:** Ravenswood City School District

Please Write Invoice number when you send a Check.

We appreciate your prompt payment.   **Total**   $994,579.00