IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMMA C., et al.,

                Plaintiff,

v.

DELAINE EASTIN, et al.,

                Defendants.

NO. C96-4179 TEH

ORDER GRANTING EXTENSION OF TIME

With good cause appearing, Defendant California Department of Education's request for a two-week extension, to September 24, 2012, to (1) produce the evidence the Court directed it to produce in the order dated August 30, 2012; and (2) file any motion it wishes to file objecting to the Monitor's July 16, 2012 determinations, in compliance with the Court's August 30, 2012 order, is hereby GRANTED. Any such motion shall be noticed for hearing on October 29, 2012.

**IT IS SO ORDERED.**

Dated: 09/14/2012

                              THELTON E. HENDERSON, JUDGE
                              UNITED STATES DISTRICT COURT