# Ravenswood City School District

Office of Business Services
2160 Euclid Avenue
East Palo Alto, CA 94303
PH: 650-329-2800   FAX: 650-322-9454

# Invoice

OCT 15 2012 4:35

| Date | Invoice # |
|---|---|
| 10/15/2012 | 7192 |

**Bill To**

U.S. District Court
Attn : Clerk of the Court

| P.O. No. | Terms | Due Date | Account # |
|---|---|---|---|
|  |  | 10/15/2012 |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| 2nd Quarter billing at 60% of RSIP Reimbursement for FY 2012-2013. |  | 535,542.00 | 535,542.00 |

We appreciate your prompt payment.

**Total** $535,542.00

Tax ID # 77-0209800

**APPROVED:**

10/16/12

Thelton E. Henderson
United States District Judge