| | |
|---|---|
| Arlene B. Mayerson, Esq., CA Bar # 79310<br>Larisa M. Cummings, Esq., CA Bar # 131076<br>DISABILITY RIGHTS EDUCATION & DEFENSE FUND, INC.<br>3075 Adeline Street, Suite 210<br>Berkeley, CA 94703<br>Telephone: (510) 644-2555<br>Fax: (510) 841-8645<br>Email: amayerson@dredf.org<br>Email: lcummings@dredf.org<br>*Attorneys for Plaintiffs* | KAMALA D. HARRIS<br>Attorney General of California<br>ISMAEL A. CASTRO<br>Supervising Deputy Attorney General<br>LISA A. TILLMAN<br>Deputy Attorney General<br>State Bar No. 126424<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone:  (916) 327-7872<br>  Fax:  (916) 324-5567<br>  E-mail:  Lisa.Tillman@doj.ca.gov<br>*Attorneys for Defendants Delaine Eastin, Superintendent of Public Instruction, and Department of Education* |
| William S. Koski, Esq., CA. Bar #166061<br>STANFORD LAW SCHOOL<br>YOUTH & EDUCATION LAW PROJECT<br>559 Nathan Abbott Way<br>Stanford, CA 94305-8610<br>Telephone: (650) 724-3718<br>Fax: (650) 723-4426<br>Email: bkoski@stanford.edu<br>*Attorneys for Plaintiffs* | JOHN C. BEIERS<br>COUNTY COUNSEL (SBN 144282)<br>BY: AIMEE B. ARMSBY, DEPUTY (SBN 226967)<br>Hall of Justice and Records<br>400 County Center, 6th Floor<br>Redwood City, CA  94063<br>Telephone: (650) 363-4647<br>Facsimile:  (650) 363-4034<br>Email:  aarmsby@co.sanmateo.ca.us<br>*Attorneys for Defendant Ravenswood City School District and Related Defendants* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA C., et al.,<br><br>                              Plaintiffs,<br><br>     vs.<br><br>DELAINE EASTIN, et al.,<br><br>                              Defendants. | Case No. 3:96-cv-04179-TEH<br><br>[~~PROPOSED~~] STIPULATED ORDER RE: PAYMENT OF PLAINTIFFS' ATTORNEYS' FEES AND COSTS FOR THE PERIOD OF JANUARY 1, 2012 THROUGH JUNE 30, 2012 |

Counsel for the parties have prepared a stipulated order for the payment by defendants of plaintiffs' attorneys' fees and costs in this action for the period of January 1, 2012 through June 30, 2012.

Based on billing statements and discussions among the parties, attorneys' fees and costs in the amount of $50,241.47 will be paid to the Disability Rights Education and Defense Fund, Inc.;

and attorneys' fees and costs in the amount of $27,014.50 will be paid to the Youth and Education Law Project.

In accord with the previous agreements of defendants, the attorneys' fees and costs awards shall be shared equally by the California Department of Education and the Ravenswood City School District.

Upon entry of this Court's order approving this stipulation, defendants will timely seek the necessary agency approvals for preparation and relay of the checks. The checks will be provided to plaintiffs' counsels within 60 days of obtaining such agency approvals.

Dated: November 1, 2012

        Respectfully submitted,

DISABILITY RIGHTS EDUCATION & DEFENSE FUND, INC.

By: _____/s/_____.
   Larisa M. Cummings
   Attorneys for Plaintiff Emma C.

YOUTH AND EDUCATION LAW PROJECT

By: _____/s/_____.
   William S. Koski
   Attorneys for Plaintiff Emma C.

COUNTY COUNSEL OF THE COUNTY OF SAN MATEO

By: _____/s/_____.
   Aimee B. Armsby
   Deputy County Counsel
   Attorneys for Ravenswood City School District and
   Related Defendants

OFFICE OF THE ATTORNEY GENERAL

By: _____/s/_____.
   Lisa A. Tillman
   Deputy Attorney General
   Attorneys for Defendants Delaine Eastin, Superintendent of
   Public Instruction, and California Department of Education

ECF ATTESTATION

I am the efiling attorney whose ECF User Identification and Password are being used to electronically file the following document(s):

[PROPOSED] STIPULATED ORDER RE: PAYMENT OF PLAINTIFFS' ATTORNEYS' FEES AND COSTS FOR THE PERIOD OF JANUARY 1, 2012 THROUGH JUNE 30, 2012

In compliance with General Order 45, Section X.B., I hereby attest that concurrence in the filing of the above document(s) has been obtained from the signatory(ies).

DATED:  November 1, 2012

                              */s/ Lisa A. Tillman*
                              LISA A. TILLMAN

**[~~PROPOSED~~] STIPULATED ORDER**

**RE: PAYMENT OF PLAINTIFFS' ATTORNEYS' FEES AND COSTS**

**FOR THE PERIOD OF JANUARY 1, 2012 THROUGH JUNE 30, 2012**

In view of the parties' stipulation, and good cause appearing thereof, the California Department of Education and the Ravenswood City School District shall pay plaintiffs' attorneys' fees and costs in this action for the period of January 1, 2012 through June 30, 2012.

Attorneys' fees and costs in the amount of $50,241.47 will be paid to the Disability Rights Education and Defense Fund, Inc.; and attorneys' fees and costs in the amount of $27,014.50 will be paid to the Youth and Education Law Project.

The payments shall be equally divided between the California State Department of Education and the Ravenswood City School District.

Upon entry of this Court's order approving this stipulation, defendants will timely seek the necessary agency approvals for preparation and relay of the checks. The checks will be provided to plaintiff counsels within 60 days of obtaining such agency approvals.

IT IS SO ORDERED.

Dated: 11/05/2012



THE HONORABLE THELTON E. HENDERSON

[PROPOSED] STIPULATED ORDER RE PLAINTIFFS' ATTORNEYS' FEES & COSTS OF JANUARY THRU JUNE 2012
Emma C. et al., v. Delaine Eastin, et al.; CASE NO. 3:96-cv-04179-TEH