IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EMMA C.,** | Case No. 3:96-cv-04179-TEH |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **DELAINE EASTIN, ET AL.,** | |
| Defendant. | |

The parties have filed a stipulation to extend the deadline of November 30, 2012, for the filing of the status conference statements, to December 4, 2012. (Court Docket 1675.) Upon review of the parties' stipulation and good cause appearing, this Court approves the request for the extension to December 4, 2012 for the filing of the status conference statements.

IT IS SO ORDERED.

Dated: 11/19/2012

The Honorable Thelton E. Henderson

1

[Proposed] Order (3:96-cv-04179-TEH)