JAN 2 2 2013

# Ravenswood City School District

Office of Business Services
2160 Euclid Avenue
East Palo Alto, CA  94303
PH: 650-329-2800    FAX: 650-322-9454

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/18/2013 | 7240 |

**Bill To**

U.S. District Court
Attn : Clerk of the Court   .

| P.O. No. | Terms | Due Date | Account # |
|----------|-------|----------|-----------|
|          |       | 1/18/2013 |          |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| 3rd quarter billing at 20% District Share of RSIP Reimbursement for FY 2012/2013 | | 357,028.00 | 357,028.00 |

We appreciate your prompt payment.

| | **Total** | **$357,028.00** |
|---|---|---|

Tax ID # 77-0209800

**APPROVED:**

1/22/13

Thelton E. Henderson
**United States District Judge**