IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMMA C. et al.,

          Plaintiffs,

  v.

DELAINE EASTIN, et al.,

          Defendants.

NO. C96-4179 TEH

<u>ORDER SETTING OUT
PROCESS FOR MAKING
ALLOCATION FOR FISCAL
YEAR 2013-2014 AND RAISING
COURT MONITOR'S
COMPENSATION</u>

ALLOCATION PROCESS

     A new fiscal year will commence on July 1, 2013. The Court hopes that Defendants will be able to agree upon an equitable allocation for the RSIP implementation budget and the Monitor's Office budget for fiscal year 2013-2014 without intervention from the Court, in light of the guidance provided by this Court's May 14, 2003 Order Re Initial Allocation, and their past successes in reaching agreement.  In the event that informal resolution is not possible, the Court will make an equitable allocation.

     To facilitate the allocation process in a timely manner, the Court sets forth the following schedule:

     1. By no later than Friday, April 19, 2013, Ravenswood and the Court Monitor shall each submit their respective proposed budgets to the Court and the parties.

     2. The Defendants shall, as soon as possible thereafter, meet and confer in good faith to seek an agreement upon an equitable allocation for the fiscal year 2013-2014.

3. Defendants shall, by no later than Friday, May 10, 2013, file either a joint statement setting forth an agreed upon allocation for fiscal year 2013-2014 or, if no agreement has been reached, email the Court Monitor informing him they have not reached agreement and stating, without argument, the areas of disagreement.  The parties shall then participate in a mediation process led by the Court Monitor in order to attempt to resolve these areas of disagreement.

4.  Defendants shall, by no later than Friday, May 24, 2013, file either a joint statement setting forth an agreed-upon allocation for fiscal year 2013-2014, or, if no agreement has been reached, separate opening briefs setting forth their respective positions with respect to an appropriate allocation.

5.  If the parties have not reached agreement, Defendants shall respond to each other's opening briefs by no later than Friday, June 7, 2013.  If Plaintiffs wish to address this matter, they may file comments responding to Defendants' opening briefs no later than Friday, June 7, 2013.  The Court shall hold a hearing on the allocation issue, if necessary, on Monday, June 17, 2013, at 10:00AM.

COURT MONITOR'S COMPENSATION

Additionally, the Court finds that it is appropriate to raise the Court Monitor's salary, currently set at $1050.00 per day, which has not been raised since July 2010. Effective immediately, the Court Monitor's compensation is hereby raised to $1200 per day.

**IT IS SO ORDERED.**

Dated:       02/19/2013

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2