IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMMA C., et al.,

    Plaintiffs,

v.

DELAINE EASTIN, et al.,

    Defendants.

NO. C96-4179 TEH

ORDER CORRECTING 2012-2013 BUDGET ORDER

With good cause appearing, IT IS HEREBY ORDERED that the text beginning on page 2, line 22, and ending on page 3, line 5 of the 2012-2013 Budget Order, filed on May, 15, 2012 (Docket No. 1718), is corrected to read:

- By March 1, 2013, the State Defendants will pay 20 percent of their respective allocated shares of the RSIP budget (i.e., $153,012 or 20% of $765,061) and the Court Monitor's budget ($22,894 or 20% of $114,467) (i.e., at total of **$175,906**).[1]

- By April 16, **2013**, the District will pay 20 percent of its respective allocated shares of the RSIP budget (i.e., $357,029 or 20% of $1,785,141) and the Court Monitor's budget (i.e., $53,418 or 20% of $267,090) (i.e., a total of **$410,447**).

**IT IS SO ORDERED.**

Dated: 02/28/2013

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The corrected portions of the text are printed in bold face.