# Ravenswood City School District

Office of Business Services
2160 Euclid Avenue
East Palo Alto, CA  94303
PH: 650-329-2800    FAX: 650-322-9454

# Invoice

| Date | Invoice # |
|---|---|
| 3/14/2013 | 7277 |

**Bill To**

U.S. District Court
Attn : Clerk of the Court

| P.O. No. | Terms | Due Date | Account # |
|---|---|---|---|
|  |  | 3/14/2013 |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| 4th quarter billing at 20% State Share of RSIP Reimbursement for FY 2012/2013 |  | 153,012.00 | 153,012.00 |

We appreciate your prompt payment.

**Total** $153,012.00

Tax ID # 77-0209800

APPROVED:

*Thelton Henderson* 3/18/13

Thelton E. Henderson
United States District Judge