| | |
|---|---|
| 1  KAMALA D. HARRIS<br>   Attorney General of California<br>2  ISMAEL A. CASTRO<br>   Supervising Deputy Attorney General<br>3  LISA A. TILLMAN<br>   Deputy Attorney General<br>4  State Bar No. 126424<br>   1300 I Street, Suite 125<br>5    P.O. Box 944255<br>   Sacramento, CA 94244-2550<br>6    Telephone: (916) 327-7872<br>   Fax: (916) 324-5567<br>7    E-mail: Lisa.Tillman@doj.ca.gov<br>   *Attorneys for Defendant*<br>8  *Department of Education*<br><br>9  JOHN C. BEIERS<br>   COUNTY COUNSEL (SBN 144282)<br>10 BY: AIMEE B. ARMSBY, DEPUTY (SBN 226967)<br>   Hall of Justice and Records<br>11 400 County Center, 6th Floor<br>   Redwood City, CA 94063<br>12 Telephone: (650) 363-4647<br>   Facsimile: (650) 363-4034<br>13 Email: aarmsby@co.sanmateo.ca.us<br>   *Attorneys for Defendant Ravenswood City School*<br>14 *District and Related Defendants* | William S. Koski, Esq., SBN 166061<br>Carly J. Munson, Esq., SBN 254598<br>STANFORD LAW SCHOOL<br>YOUTH & EDUCATION LAW PROJECT<br>MILLS LEGAL CLINIC<br>559 Nathan Abbott Way<br>Stanford, CA 94305-8610<br>Telephone: (650) 724-3718<br>Facsimile: (650) 723-4426<br>Email: bkoski@stanford.edu<br>*Attorneys for Plaintiffs*<br><br>Arlene B. Mayerson, Esq., SBN 79310<br>Larisa M. Cummings, Esq., SBN131076<br>DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC.<br>2212 Sixth Street<br>Berkeley, CA 94710<br>Telephone: (510) 644-2555<br>Facsimile: (510) 841-8645<br>Emails: amayerson@dredf.org<br>        lcummings@dredf.org<br>*Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EMMA C.,**<br><br>                Plaintiff,<br><br>   v.<br><br>**DELAINE EASTIN, ET AL.,**<br><br>                Defendants. | 3:96-cv-04179-TEH<br><br>**JOINT STIPULATION RE. CONTINUANCE OF STATUS CONFERENCE**<br><br>Judge:    The Honorable Thelton E. Henderson |

1

**JOINT STATEMENT**

The Court scheduled this matter for a case management conference on April 9, 2013 and a hearing on any budget issues on June 17, 2013. (Court Docket [CD] 1795.) Due to the continued progress by Ravenswood City School District toward compliance targets, and ongoing negotiations regarding the design of the California Department of Education's (CDE) system for monitoring the provision of special education services in the District, the parties respectfully request the continuance of the case management conference to June 17, 2013.

Over the past few months, no significant issues concerning the Ravenswood City School District's (District) compliance with the Ravenswood Self-Improvement Plan (RSIP) have arisen. As reflected in the Monitor's 2011-2012 Benchmark Report, the District has made continued improvements in achieving outstanding benchmarks. The parties are scheduled to discuss only two issues, RSIP item 6.2.1(b) (concerning the use of interpreters for certain assessments) and RSIP item 12.1.3 (concerning speech therapy services), at the next 4.5 meeting on April 8, 2013.

Since the Court's November 26, 2012 order, the parties have met and conferred extensively about plaintiffs' challenges to CDE's state-level system for ensuring the provision of a free appropriate public education (FAPE) in the District. The parties have exchanged written statements concerning the adequacy and efficacy of the system. To assist in the culmination of the meet-and-confer process, the parties have agreed to continue to meet and confer, with further submission of written statements, over the coming weeks.

In light of the parties' continued progress toward termination of this action, the interests of judicial efficiency will be served by rescheduling the case management conference to June 17, 2013.

DISABILITY RIGHTS EDUCATION & DEFENSE FUND, INC.

By: _____/s/ Larisa M. Cummings_____
Larisa M. Cummings
*Attorneys for Plaintiffs*

YOUTH AND EDUCATION LAW PROJECT

By: ___/s/ William S. Koski_____
    William S. Koski
    *Attorneys for Plaintiffs*


COUNTY COUNSEL OF THE COUNTY OF SAN MATEO

By: ___/s/ Aimee Armsby_____
    Aimee Armsby
    Deputy County Counsel
    *Attorneys for Ravenswood City School District and Related Defendants*


OFFICE OF THE ATTORNEY GENERAL

By: ___/s/ Lisa Tillman_____
    Lisa Tillman
    Deputy Attorney General
    *Attorneys for Defendants Delaine Eastin, Superintendent of Public Instruction, California Department of Education*

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

04/01/2013

IT IS SO ORDERED

Judge Thelton E. Henderson

3

Joint Stipulation Re. Continuance (3:96-cv-04179-TEH)

ECF ATTESTATION

I am the efiling attorney whose ECF User Identification and Password are being used to electronically file the following document(s):

JOINT STIPULATION RE. CONTINUANCE OF CASE MANAGEMENT CONFERENCE TO JUNE 17, 2013

In compliance with General Order 45, Section X.B., I hereby attest that concurrence in the filing of the above document(s) has been obtained from the signatory(ies).

DATED: March 29, 2013

/s/ R. Matthew Wise
R. MATTHEW WISE

SA2005104070
11064603.doc