KAMALA D. HARRIS
Attorney General of California
ISMAEL A. CASTRO
Supervising Deputy Attorney General
LISA A. TILLMAN, SBN 126424
R. MATTHEW WISE, SBN 238485
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5567
  E-mail: Lisa.Tillman@doj.ca.gov
*Attorneys for Defendant
Department of Education*

JOHN C. BEIERS
COUNTY COUNSEL (SBN 144282)
BY: AIMEE B. ARMSBY, DEPUTY (SBN 226967)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4647
Facsimile: (650) 363-4034
Email: aarmsby@co.sanmateo.ca.us
*Attorneys for Defendant Ravenswood City School District and Related Defendants*

William S. Koski, Esq., SBN 166061
Carly J. Munson, Esq., SBN 254598
STANFORD LAW SCHOOL
YOUTH & EDUCATION LAW PROJECT
MILLS LEGAL CLINIC
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-3718
Facsimile: (650) 723-4426
Email: bkoski@stanford.edu
*Attorneys for Plaintiffs*

Arlene B. Mayerson, Esq., SBN 79310
Larisa M. Cummings, Esq., SBN131076
DISABILITY RIGHTS EDUCATION & DEFENSE FUND, INC.
2212 Sixth Street
Berkeley, CA 94710
Telephone: (510) 644-2555
Facsimile: (510) 841-8645
Emails: amayerson@dredf.org
         lcummings@dredf.org
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EMMA C.,**<br><br>                                    Plaintiff,<br><br>        v.<br><br>**DELAINE EASTIN, ET AL.,**<br><br>                                    Defendant. | 3:96-cv-04179-TEH<br><br>**JOINT STIPULATION RE. AMENDMENT OF DISPUTE RESOLUTION TIMELINES IN FIFTH JOINT STATEMENT**<br><br>Judge:        The Honorable Thelton E. Henderson |

The parties, by and through their attorneys, agreed in their Fifth Joint Statement to a framework for dispute resolution for challenges to (1) CDE's state-level monitoring system, and

1

(2) the SESR Findings and Corrective Actions Statement. (Court Docket [CD] 1799.) As the parties have been engaging in these two processes, they have agreed to amend the framework to allow for the opportunity for a meaningful exchange of information between the parties and with the hope that the issues can be narrowed and/or resolved during the meet-and-confer period. To further these goals, the parties stipulate to the amendment of the following timelines set out in the Fifth Joint Statement:

**A.  Dispute Resolution for CDE's State-Level Monitoring System**

1. Pursuant to IV.B. and VII.C. of the Fifth Joint Statement, the parties were to engage in a meet-and confer discussion within ten days of plaintiffs' January 25, 2013 submission challenging the adequacy and efficacy of the design of CDE's state-level monitoring system. Due to the volume of plaintiffs' objections and CDE's desire for transparency, the parties agreed to the following framework:

- CDE provided further information about its monitoring system by February 22, 2013.
- After reviewing CDE's response, plaintiffs submitted written comments and additional questions to CDE by March 8, 2013.
- After review of plaintiffs' comments and questions, CDE provided a further written response by March 22, 2013.
- After a brief meet-and-confer on March 28 and 29, 2013, plaintiffs requested, and the parties agreed, that plaintiffs will submit their final statement of objections to CDE's monitoring system by April 12, 2013.
- CDE is to provide a response, if any, to plaintiffs' final statement of objections by April 19, 2013.
- Meet-and-confer discussions are currently scheduled for April 23 and April 25, 2013.

2. Pursuant to VII.D. of the Fifth Joint Statement, submission to the Monitor of issues still in dispute is to occur within a week of the expiration of the meet-and-confer period. The parties have agreed that the deadline for this submission is April 26, 2013. However, the parties recognize that meet-and-confer discussions are currently scheduled and likely to continue beyond April 19, 2013, and until the Monitor receives the parties' submissions of issues still in dispute.

**B.   Dispute Resolution for SESR Findings and Corrective Actions Statement**

1.   Pursuant to II.E. of the Fifth Joint Statement, CDE was to issue the Findings and Corrective Actions Statement by January 31, 2013.  CDE issued this statement on February 1, 2013.

2.   Pursuant to V.B. of the Fifth Joint Statement, plaintiffs were to be granted access to District records within seven days of plaintiffs' February 8, 2013 request.  To accommodate the schedules of the parties, plaintiffs and the District agreed that these records will be available for plaintiffs' review beginning on April 11, 2013.

3.   Pursuant to V.B. of the Fifth Joint Statement, CDE was to provide a written response within seven days of plaintiffs' February 8, 2013 request for evidence relied upon by CDE as a basis for conclusions in the SESR Findings and Corrective Actions Statement.  CDE provided this information on March 1, 2013, with a supplemental response (with the CASEMIS data) on March 7, 2013.

4.   Pursuant to VI.A. of the Fifth Joint Statement, the parties are to state objections to the SESR Findings and Corrective Actions Statement within thirty days of receiving all evidence and student records.  The parties have agreed that this thirty day timeline will begin on April 11, 2013, with the deadline for this submission on May 13, 2013.

IT IS SO STIPULATED.

DISABILITY RIGHTS EDUCATION & DEFENSE FUND, INC.

By: _____*/s/ Larisa M. Cummings*_____
    Larisa M. Cummings
    *Attorneys for Plaintiffs*

YOUTH AND EDUCATION LAW PROJECT

By: _____*/s/ William S. Koski*_____
    William S. Koski
    *Attorneys for Plaintiffs*

COUNTY COUNSEL OF THE COUNTY OF SAN MATEO

By: _____/s/ Aimee Armsby_____
    Aimee Armsby
    Deputy County Counsel
    *Attorneys for Ravenswood City School District and Related Defendants*

OFFICE OF THE ATTORNEY GENERAL

By: _____/s/ Lisa Tillman_____
    Lisa Tillman
    Deputy Attorney General
    *Attorneys for Defendants Delaine Eastin, Superintendent of Public Instruction, California Department of Education*

SA2005104070
11065013.doc

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**
4/15/2013
IT IS SO ORDERED
Judge Thelton E. Henderson