IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA C., et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>DELAINE EASTIN, et al.,<br><br>          Defendants. | NO. C96-4179 TEH<br><br>ORDER RE REFUND |

Ravenswood City School District has overpaid the April 16, 2013, installment of its shares of the RSIP budget and the Court Monitor's budget by $1474. Accordingly, the Clerk shall issue a refund to Ravenswood City School District in the amount of $1474.

**IT IS SO ORDERED.**

Dated: 4/22/2013

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT