APR 24 2013

# Ravenswood City School District

Office of Business Services
2160 Euclid Avenue
East Palo Alto, CA 94303
PH: 650-329-2800    FAX: 650-322-9454

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/24/2013 | 7317 |

| Bill To |
|---------|
| U.S. District Court |
| Attn : Clerk of the Court |

| P.O. No. | Terms | Due Date | Account # |
|----------|-------|----------|-----------|
|  |  | 4/24/2013 |  |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| 4th quarter billing at 20% District Share of RSIP Reimbursement for FY 2012/2013 |  | 357,029.00 | 357,029.00 |

We appreciate your prompt payment.

**Total**    $357,029.00

Tax ID # 77-0209800

APPROVED:

_Thelton E. Henderson_
4/25/13 United States District Judge