| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>ISMAEL A. CASTRO<br>Supervising Deputy Attorney General<br>LISA A. TILLMAN, SBN 126424<br>R. MATTHEW WISE, SBN 238485<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 327-7872<br>  Fax: (916) 324-5567<br>  E-mail: Lisa.Tillman@doj.ca.gov<br>*Attorneys for Defendant*<br>*Department of Education*<br><br>JOHN C. BEIERS<br>COUNTY COUNSEL (SBN 144282)<br>BY: AIMEE B. ARMSBY, DEPUTY (SBN 226967)<br>Hall of Justice and Records<br>400 County Center, 6th Floor<br>Redwood City, CA 94063<br>Telephone: (650) 363-4647<br>Facsimile: (650) 363-4034<br>Email: aarmsby@co.sanmateo.ca.us<br>*Attorneys for Defendant Ravenswood City School*<br>*District and Related Defendants* | William S. Koski, Esq., SBN 166061<br>Carly J. Munson, Esq., SBN 254598<br>STANFORD LAW SCHOOL<br>YOUTH & EDUCATION LAW PROJECT<br>MILLS LEGAL CLINIC<br>559 Nathan Abbott Way<br>Stanford, CA 94305-8610<br>Telephone: (650) 724-3718<br>Facsimile: (650) 723-4426<br>Email: bkoski@stanford.edu<br>*Attorneys for Plaintiffs*<br><br>Arlene B. Mayerson, Esq., SBN 79310<br>Larisa M. Cummings, Esq., SBN131076<br>DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC.<br>2212 Sixth Street<br>Berkeley, CA 94710<br>Telephone: (510) 644-2555<br>Facsimile: (510) 841-8645<br>Emails: amayerson@dredf.org<br>         lcummings@dredf.org<br>*Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EMMA C.,**<br><br>                      Plaintiff,<br><br>v.<br><br>**DELAINE EASTIN, ET AL.,**<br><br>                      Defendant. | 3:96-cv-04179-TEH<br><br>**SECOND JOINT STIPULATION RE. AMENDMENT OF DISPUTE RESOLUTION TIMELINES IN FIFTH JOINT STATEMENT**<br><br>Judge:    The Honorable Thelton E. Henderson |

      The parties, by and through their attorneys, agreed in their Fifth Joint Statement to a framework for dispute resolution for challenges to (1) CDE's state-level monitoring system, and

1

(2) the SESR Findings and Corrective Actions Statement. (Court Docket [CD] 1799.) On April 8, 2013, the parties stipulated to an amended framework to allow for the opportunity for a meaningful exchange of information between the parties and with the hope that the issues could be narrowed and/or resolved during the meet-and-confer period. (CD 1826.) The parties have continued this exchange and now update the stipulation with the following timelines:

**A.    Dispute Resolution for CDE's State-Level Monitoring System**

   1.    Pursuant to IV.B. and VII.C. of the Fifth Joint Statement, the parties were to engage in a meet-and confer discussion within ten days of plaintiffs' January 25, 2013 submission challenging the adequacy and efficacy of the design of CDE's state-level monitoring system. Due to the volume of plaintiffs' objections and CDE's desire for transparency, the parties agreed to the following framework:

- CDE provided further information about its monitoring system by February 22, 2013.
- After reviewing CDE's response, plaintiffs submitted written comments and additional questions to CDE by March 8, 2013.
- After review of plaintiffs' comments and questions, CDE provided a further written response by March 22, 2013.
- Plaintiffs submitted their final statement of objections to CDE's monitoring system on April 12, 2013.
- CDE provided its final written response to plaintiffs' final statement of objections on May 31, 2013.
- Meet-and-confer discussions will close on July 26, 2013.

   2.    Pursuant to VII.D. of the Fifth Joint Statement, submission to the Monitor of issues still in dispute was to occur within a week of the expiration of the meet-and-confer period. Although the plaintiffs and CDE have previously submitted comprehensive statements about the issues in dispute, the parties have engaged in further discussions. To accommodate the schedules of the parties and to coordinate the respective submissions that will be due, the parties have agreed that the deadline for this submission to the Monitor is August 26, 2013, the same date as

the deadline for submission to the Monitor regarding the SESR Findings and Corrective Actions Statement after the close of meet-and-confer period.

3. Pursuant to VII.F. of the Fifth Joint Statement, any party aggrieved by the Monitor's determinations is to seek relief from the Court through filing a motion within fourteen days of the Monitor's determinations. Because of the complexity of the issues at stake and to accommodate the schedules of the parties and the Monitor, the parties have agreed that any motions must be filed within 45 days of the Monitor's determinations.

**B.     Dispute Resolution for SESR Findings and Corrective Actions Statement**

1. Pursuant to II.E. of the Fifth Joint Statement, CDE was to issue the Findings and Corrective Actions Statement by January 31, 2013. CDE issued this statement on February 1, 2013.

2. Pursuant to V.B. of the Fifth Joint Statement, plaintiffs were to be granted access to District records within seven days of plaintiffs' February 8, 2013 request. To accommodate the schedules of the parties, plaintiffs and the District made these records available for plaintiffs' review beginning on April 11, 2013.

3. Pursuant to V.B. of the Fifth Joint Statement, CDE was to provide a written response within seven days of plaintiffs' February 8, 2013 request for evidence relied upon by CDE as a basis for conclusions in the SESR Findings and Corrective Actions Statement. CDE provided this information on March 1, 2013, with a supplemental response (with the CASEMIS data) on March 7, 2013.

4. Pursuant to VI.A. of the Fifth Joint Statement, the parties were to state objections to the SESR Findings and Corrective Actions Statement within thirty days of receiving all evidence and student records. The plaintiffs timely submitted their objections on May 10, 2013.

5. Pursuant to VI.B. of the Fifth Joint Statement, the parties were to meet and confer within ten days of the submission of plaintiffs' objections. Based on the availability of the parties, the parties began the meet-and-confer discussion on June 7, 2013. In light of CDE's plan to conduct meetings with the District on the week of June 24, 2013 to follow up on the

1 implementation of corrective actions, the parties have agreed to extend the deadline for the meet-and-confer period to July 26, 2013.

6. Pursuant to VI.C. of the Fifth Joint Statement, the parties are to submit any remaining disputed issues to the Monitor within a week of the close of the meet-and-confer period. To accommodate the schedules of the parties, the parties have agreed to extend the deadline to submit disputed issues to the Monitor to August 26, 2013.

7. Pursuant to VI.E. of the Fifth Joint Statement, any party aggrieved by the Monitor's determinations is to seek relief from the Court through filing a motion within fourteen days of the Monitor's determinations. Because of the complexity of the issues at stake and to accommodate the schedules of the parties and the Monitor, the parties have agreed that any motions must be filed within 45 days of the Monitor's determinations.

IT IS SO STIPULATED.

DISABILITY RIGHTS EDUCATION & DEFENSE FUND, INC.

By: _____/s/ Larisa M. Cummings_____
Larisa M. Cummings
*Attorneys for Plaintiffs*

YOUTH AND EDUCATION LAW PROJECT

By: _____/s/ William S. Koski_____
William S. Koski
*Attorneys for Plaintiffs*

COUNTY COUNSEL OF THE COUNTY OF SAN MATEO

By: _____/s/ Aimee Armsby_____
Aimee Armsby
Deputy County Counsel
*Attorneys for Ravenswood City School District and Related Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
06/18/2013
IT IS SO ORDERED
Judge Thelton E. Henderson

| | |
|---|---|
| 1 | OFFICE OF THE ATTORNEY GENERAL |
| 2 | By: _____/s/ R. Matthew Wise_____ |
| 3 | R. Matthew Wise<br>Deputy Attorney General |
| 4 | *Attorneys for Defendants Delaine Eastin, Superintendent of Public Instruction, California Department of Education* |

SA2005104070
11108747.doc