AUG -7 2013

# Ravenswood City School District

Office of Business Services
2120 Euclid Avenue
East Palo Alto, CA  94303
PH: 650-329-2800    FAX: 650-322-9454

## Invoice

| Date | Invoice # |
|---|---|
| 8/7/2013 | 7366 |

| Bill To |
|---|
| U.S. District Court |
| Attn : Clerk of the Court |

FILED

AUG 19 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| P.O. No. | Terms | Due Date | Account # |
|---|---|---|---|
|  |  | 8/7/2013 |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| RSIP Reimbursement FY 2013/2014. |  |  |  |
| --30% District Share Deposit |  | 592,669.58 | 592,669.58 |
| --60% State Share Deposit |  | 395,113.05 | 395,113.05 |

APPROVED:

*[signature]*

Thelton E. Henderson
United States District Judge

Dated: 8/19/13

We appreciate your prompt payment.

**Total** $987,782.63

Tax ID # 77-0209800