IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMMA C., et al.,

                Plaintiffs,

    v.

DELAINE EASTIN, et al.,

                Defendants.

NO. C96-4179 TEH

ORDER RE: EXTENSIONS OF TIME

The Court has reviewed Defendant California Department of Education's ("CDE's") request for extension of time to file its consolidated June-July 2013 report on the delivery of compensatory education services. CDE filed this request on August 13, 2013, the date the report was due, and CDE's counsel stated only that additional time was "necessary" without explaining why the report could not have been completed by the deadline. Tillman Decl. ¶ 8. This is not the first time that CDE has failed to present good cause for a request for extension, nor is it the first time that CDE has filed a request for an extension on the date a filing was due.

While the Court will grant CDE's request, such that its August 16, 2013 filing will be considered timely, it also now advises all parties that future untimely and unsupported requests will be subject to sanctions. Barring exceptional circumstances, in which case the request must set forth what makes the circumstances exceptional, all requests for extensions of time must be submitted at least one week prior to the deadline sought to be extended.

//

//

Requests should be by stipulation where possible and must be accompanied by a showing of good cause. Lack of planning does not constitute good cause.

**IT IS SO ORDERED.**

Dated: 08/20/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT