# Ravenswood City School District

Office of Business Services
2120 Euclid Avenue
East Palo Alto, CA 94303
PH: 650-329-2800    FAX: 650-322-9454

# Invoice

| Date | Invoice # |
|---|---|
| 10/23/2013 | 7401 |

**Bill To**

U.S. District Court
Attn : Clerk of the Court

| P.O. No. | Terms | Due Date | Account # |
|---|---|---|---|
|  |  | 10/23/2013 |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| 30% RSIP Reimbursement for FY 2013/2014. |  | 592,669.57 | 592,669.57 |

APPROVED:

*[signature]*

Thelton E. Henderson
United States District Judge
10/29/13

We appreciate your prompt payment.

**Total**   $592,669.57

Tax ID # 77-0209800