# Ravenswood City School District

Office of Business Services
2120 Euclid Avenue
East Palo Alto, CA  94303
PH: 650-329-2800    FAX: 650-322-9454

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/5/2013 | 7424 |

**Bill To**

U.S. District Court
Attn : Clerk of the Court

| P.O. No. | Terms | Due Date | Account # |
|----------|-------|----------|-----------|
|          |       | 12/5/2013 |          |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| RSIP - State Share 20% | | 131,704.35 | 131,704.35 |

APPROVED:

Thelton E. Henderson
United States District Judge
12/12/13

We appreciate your prompt payment.

| Total | $131,704.35 |
|-------|-------------|

Tax ID # 77-0209800