JAN 23 2014

# Ravenswood City School District
Office of Business Services
2120 Euclid Avenue
East Palo Alto, CA 94303
PH: 650-329-2800    FAX: 650-322-9454

# Invoice

| Date | Invoice # |
|---|---|
| 1/22/2014 | 7441 |

**Bill To**

U.S. District Court
Attn : Clerk of the Court

| P.O. No. | Terms | Due Date | Account # |
|---|---|---|---|
|  |  | 1/22/2014 |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| RSIP Reimbursement for FY 2013/2014 ---District Share Deposit 20% |  | 395,113.05 | 395,113.05 |

APPROVED:

*[signature]*

Thelton E. Henderson
United States District Judge
1/27/14

We appreciate your prompt payment.

Tax ID # 77-0209800

**Total** $395,113.05