MAR - 3 2014

# Ravenswood City School District

Office of Business Services
2120 Euclid Avenue
East Palo Alto, CA  94303
PH: 650-329-2800    FAX: 650-322-9454

# Invoice

| Date | Invoice # |
|---|---|
| 3/3/2014 | 7474 |

**Bill To**

U.S. District Court
Attn : Clerk of the Court

| P.O. No. | Terms | Due Date | Account # |
|---|---|---|---|
|  |  | 3/3/2014 |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| 20% State Share - RSIP Reimbursement |  | 131,704.60 | 131,704.60 |

APPROVED:

*[signature]*

Thelton E. Henderson
United States District Judge
3/4/14

We appreciate your prompt payment.

**Total** $131,704.60

Tax ID # 77-0209800