APR 2 2 2014

# Ravenswood City School District

Office of Business Services
2120 Euclid Avenue
East Palo Alto, CA  94303
PH: 650-329-2800    FAX: 650-322-9454

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/22/2014 | 7510 |

**Bill To**

U.S. District Court
Attn : Clerk of the Court

| P.O. No. | Terms | Due Date | Account # |
|----------|-------|----------|-----------|
|          |       | 4/22/2014 |          |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| RSIP Reimbursement 20% (FY 2013/2014). |  | 395,112.80 | 395,112.80 |

APPROVED:

*[signature]*

Thelton E. Henderson
United States District Judge
4/24/14

We appreciate your prompt payment.

| Total | $395,112.80 |
|-------|-------------|

Tax ID # 77-0209800