IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**EMMA C.,**

Plaintiff,

v.

**DELAINE EASTIN, ET AL.,**

Defendant.

Case No. 3:96-cv-04179-TEH

**[PROPOSED] ORDER**

Upon good cause appearing, the California Department of Education's (CDE's) request for a one-week extension of the deadline for filing its reply to the opposition to the CDE's motion to set aside the monitor's January 9, 2014 determinations report is granted. The reply brief is now due on May 28, 2014.

IT IS SO ORDERED.

Dated: _05/27/2014_____

The Honorable Thelton E. Henderson

Judge Thelton E. Henderson

SA2005104070
11351120

1