IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA C., <br><br> Plaintiff, <br><br> v. <br><br> DELAINE EASTIN, ET AL., <br><br> Defendant. | Case No. 3:96-cv-04179-TEH <br><br> [~~PROPOSED~~] ORDER |

This Court has reviewed and hereby approves the State and District Defendants' joint request for a one-week extension of time, to May 30, 2014, to submit their stipulation concerning the RSIP budget and the Court Monitor's budget for 2014-2015.

IT IS SO ORDERED.

Dated: 05/27/2014     By: _____
Honorable Thelton E. Henderson
United States District Judge

1