UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA C., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DELAINE EASTIN, et al.,<br><br>    Defendants. | Case No. 96-cv-04179-TEH<br><br>**ORDER REQUIRING DEFENDANT SUPERINTENDENT GLORIA HERNANDEZ-GOFF'S ATTENDANCE AT MONITOR'S JUNE 3 AND JUNE 18, 2014 MEETINGS; AND FURTHER DIRECTING MONITOR TO MEET WITH BOARD OF TRUSTEES** |

       The Court has become aware that Defendant Ravenswood School District ("the District) may not be in compliance with certain requirements of the RSIP (Ravenswood Self Improvement Plan). The District had previously achieved compliance with these requirements and maintained compliance consistently for two years, such that the Monitor no longer consistently reviewed these requirements. Recent developments, however, suggest that the District may have regressed into noncompliance in some of these areas.

       The Court is informed that the Monitor has scheduled two meetings with District staff to address this matter. The first meeting, scheduled for June 3, 2014, will involve a background on the Monitor's reasons for concern. The second meeting, scheduled for June 18, 2014, will be an opportunity for the District to propose a plan to address the issue and ensure no further backsliding continues to occur. The Court is aware that there have been some ongoing issues in ensuring Ravenswood Superintendent Gloria Hernandez-Goff's attendance at these meetings. Given the importance of preventing any backsliding with respect to the RSIP requirements in achieving an overall resolution in this case, with

good cause appearing, the Court hereby ORDERS that Superintendent Hernandez-Goff attend both the June 3 and the June 18, 2014 meetings.

In addition, the Court further directs the Monitor to meet with the Board of Trustees and counsel in a closed session as soon as practicable, in order to communicate the Court's concerns directly to the Board. District staff shall not be present during this session.

**IT IS SO ORDERED.**

Dated: 6/2/14

_____
THELTON E. HENDERSON
United States District Judge