# Ravenswood City School District

Office of Business Services
2120 Euclid Avenue
East Palo Alto, CA 94303
PH: 650-329-2800    FAX: 650-322-9454

# Invoice

AUG 1 9 2014

| Date | Invoice # |
|---|---|
| 8/19/2014 | 7588 |

| Bill To |
|---|
| U.S. District Court<br>Attn : Clerk of the Court |

| P.O. No. | Terms | Due Date | Account # |
|---|---|---|---|
|  |  | 8/19/2014 |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| RSIP Reimbursement FY 2014/2015 |  |  |  |
| --District Share |  | 593,270.25 | 593,270.25 |
| --State Share |  | 344,479.50 | 344,479.50 |

We appreciate your prompt payment.

**Total** $937,749.75

Tax ID # 77-0209800

APPROVED:

8/21/14

Thelton E. Henderson
United States District Judge