OCT 3 – 2014

# Ravenswood City School District

Office of Business Services
2120 Euclid Avenue
East Palo Alto, CA 94303
PH: 650-329-2800   FAX: 650-322-9454

# Invoice

| Date | Invoice # |
|---|---|
| 10/3/2014 | 7607 |

**Bill To**

U.S. District Court
Attn : Clerk of the Court

| P.O. No. | Terms | Due Date | Account # |
|---|---|---|---|
|  |  | 10/3/2014 |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| RSIP reimbursement FY 2014/2015:<br>--District Share |  | 593,270.25 | 593,270.25 |

We appreciate your prompt payment.

**Total**  $593,270.25

Tax ID # 77-0209800

APPROVED:

10/6/14

Thelton E. Henderson
United States District Judge