NOV 2 0 2014

# Ravenswood City School District

Office of Business Services
2120 Euclid Avenue
East Palo Alto, CA 94303
PH: 650-329-2800    FAX: 650-322-9454

# Invoice

| Date | Invoice # |
|---|---|
| 11/20/2014 | 7626 |

**Bill To**

U.S. District Court
Attn : Clerk of the Court

| P.O. No. | Terms | Due Date | Account # |
|---|---|---|---|
|  |  | 11/20/2014 |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| RSIP Reimbursement FY 2014/2015:<br>--State Share 20% |  | 114,826.50 | 114,826.50 |

We appreciate your prompt payment.

**Total** $114,826.50

Tax ID # 77-0209800

APPROVED:

11/24/14  Thelton E. Henderson
United States District Judge