UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMMA C., et al.,

    Plaintiffs,

v.

DELAINE EASTIN, et al.,

    Defendants.

Case No. 96-cv-04179-TEH

**ORDER RE: PROCESS TO APPROVE AND IMPLEMENT CDE CORRECTIVE ACTION PLAN PER THE COURT'S JULY 2, 2014 ORDER**

In its July 2, 2014 Order, the Court directed the Court Monitor to develop a Corrective Action Plan ("CAP") to achieve the outcomes set forth in the Monitor's January 9, 2014 Determinations Report regarding the CDE's statewide monitoring system. The Court now informs the Parties of the process to approve and implement the draft CAP:

1. The Monitor expects to send the draft CAP to the Parties by February 13, 2015.
2. After receiving the draft CAP, the Parties have three weeks to submit comments/objections to the Monitor. As the July 2 Order upheld the January 9 Determinations, any objections to the draft CAP shall not include objections to the substance of the Determinations. This will not constitute a waiver of those objections.
3. There will then be a 30 day meet and confer period between the Parties and the Monitor regarding the submitted comments/objections.
4. The Monitor shall then file a memorandum with the Court addressing the comments/objections made by the Parties, and submitting the draft CAP for approval.
5. The Parties then have three weeks to file motions formally objecting to the draft CAP.

**IT IS SO ORDERED.**

Dated: 01/15/15

_____
THELTON E. HENDERSON
United States District Judge