JAN 20 2015

# Ravenswood City School District

Office of Business Services
2120 Euclid Avenue
East Palo Alto, CA 94303
PH: 650-329-2800   FAX: 650-322-9454

# Invoice

| Date | Invoice # |
|---|---|
| 1/8/2015 | 7657 |

**Bill To**

U.S. District Court
Attn : Clerk of the Court

| P.O. No. | Terms | Due Date | Account # |
|---|---|---|---|
|  |  | 1/8/2015 |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| 20% District Share for Fiscal Year 2014/2015. --RSIP |  | 395,513.50 | 395,513.50 |

We appreciate your prompt payment.

**Total** $395,513.50

Tax ID # 77-0209800

APPROVED:

1/21/15   Thelton E. Henderson
United States District Judge