UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMMA C., et al.,

    Plaintiffs,

v.

DELAINE EASTIN, et al.,

    Defendants.

Case No. 96-cv-04179-TEH

**ORDER SEALING DOCKET ENTRIES**

Federal Rule of Civil Procedure 5.2(a) requires that the names of minors be redacted from filings made with the Court. After it came to the Court's attention that the California Department of Education ("CDE") may have inadvertently filed several documents containing the unredacted names of minors, the Court issued a sealed Order on February 2, 2015, instructing the CDE to review its filings in this case to identify any documents impermissibly containing the unredacted names of minors. (Docket No. 2015). The CDE complied with the Court's instructions, and on February 17, 2015, filed a motion asking the Court to seal or redact six documents: Docket Nos. 1300, 1342, 1365, 1310, 1474-2, and 1476. (Docket No. 2017).

Good cause appearing, the Court now GRANTS the CDE's motion, with minor alterations to preserve the public nature of portions of the identified documents that do not contain any names. Accordingly, the Court hereby ORDERS that the following ECF documents be retroactively sealed: Docket Nos. 1300-5, 1310, 1342, 1365, 1474-2, 1476, and 1482.

**IT IS SO ORDERED.**

Dated: 02/18/15

_____
THELTON E. HENDERSON
United States District Judge