# MLAWER CONSULTING
P. O. Box 51170
Palo Alto, CA 94303-9998

*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

Request for Funds: March, 2015

|  | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates |  |
|---|---|---|---|---|---|
| Anticipated Expenses |  |  |  |  |  |
| Staff |  |  |  |  |  |
| Salaries |  |  |  |  |  |
| FICA |  |  |  |  |  |
| Unemployment |  |  |  |  |  |
| Workers' Comp |  |  |  |  |  |
| Health Ins. |  |  |  |  |  |
| Payroll Service Fees |  |  |  |  |  |
| Consultants |  |  |  |  |  |
| Fees |  |  |  |  |  |
| Travel Expenses |  |  |  |  |  |
| Supplies |  |  |  |  |  |
| Equipment/Repairs |  |  |  |  |  |
| Telephone |  |  |  |  |  |
| Copying |  |  |  |  |  |
| Postage |  |  |  |  |  |
| Accounting/Bookkeeping |  |  |  |  |  |
| TOTAL (per Fund) |  |  |  |  |  |
| GRAND TOTAL |  |  |  |  | $35,564.75 |

Mark A. Mlawer

APPROVED: 02/19/2015

Thelton E. Henderson
United States District Judge