MAR 11 2015

# Ravenswood City School District
Office of Business Services
2120 Euclid Avenue
East Palo Alto, CA  94303
PH: 650-329-2800    FAX: 650-322-9454

# Invoice

| Date | Invoice # |
|---|---|
| 3/11/2015 | 7689 |

**Bill To**
U.S. District Court
Attn : Clerk of the Court

| P.O. No. | Terms | Due Date | Account # |
|---|---|---|---|
|  |  | 3/11/2015 |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| 20% State Share for Fiscal Year 2014/2015.<br>--RSIP |  | 114,826.50 | 114,826.50 |

We appreciate your prompt payment.

**Total** $114,826.50

APPROVED:

3/2/15

Thelton E. Henderson
United States District Judge

Tax ID # 77-0209800