| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>ISMAEL A. CASTRO<br>Supervising Deputy Attorney General<br>R. MATTHEW WISE, SBN 238485<br>FERMIN VILLEGAS, SBN 245682<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone:  (916) 327-7872<br>  Fax:  (916) 324-5567<br>  E-mail:  Matthew.Wise@doj.ca.gov<br>*Attorneys for Defendants Delaine Eastin,*<br>*Superintendent of Public Instruction, California*<br>*Department of Education, and California State*<br>*Board of Education* | William S. Koski, Esq., SBN 166061<br>Carly J. Munson, Esq., SBN 254598<br>STANFORD LAW SCHOOL<br>YOUTH & EDUCATION LAW PROJECT<br>MILLS LEGAL CLINIC<br>559 Nathan Abbott Way<br>Stanford, CA 94305-8610<br>Telephone: (650) 724-3718<br>Facsimile: (650) 723-4426<br>Email: bkoski@stanford.edu<br>*Attorneys for Plaintiffs* |
| JOHN C. BEIERS<br>COUNTY COUNSEL (SBN 144282)<br>BY: AIMEE B. ARMSBY, DEPUTY (SBN 226967)<br>Hall of Justice and Records<br>400 County Center, 6th Floor<br>Redwood City, CA  94063<br>Telephone: (650) 363-4647<br>Facsimile:  (650) 363-4034<br>Email:  aarmsby@co.sanmateo.ca.us<br>*Attorneys for Defendant Ravenswood City School District and Related Defendants* | Arlene B. Mayerson, Esq., SBN 79310<br>Larisa M. Cummings, Esq., SBN131076<br>DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC.<br>2212 Sixth Street<br>Berkeley, CA 94710<br>Telephone: (510) 644-2555<br>Facsimile: (510) 841-8645<br>Emails: amayerson@dredf.org<br>         lcummings@dredf.org<br>*Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EMMA C.,**<br><br>                       Plaintiffs,<br><br>     v.<br><br>**DELAINE EASTIN, ET AL.,**<br><br>                       Defendants. | 3:96-cv-04179-TEH<br><br>**JOINT STIPULATION RE STANDARDS OF MEASUREMENT RELATED TO CURRICULUM-BASED ASSESSMENTS**<br><br>Judge:      The Honorable Thelton E. Henderson |

On March 30, 2015, the California Department of Education (CDE) filed a request with the Court for an evidentiary hearing to define the standards of measurement used to determine compliance for RSIP items 6.2.1(l) and 9.2.1(j) and (k).  Court Docket (CD) No. 2032.  The Court denied CDE's request for an evidentiary hearing, but "agree[d] that it would be helpful to develop an operational definition of a 'curriculum-based assessment' in order to ensure that Defendants are provided fair notice of what is required to comply with these RSIP items."  CD No. 2034.  The Court thus ordered the parties to file a joint stipulation or, absent agreement, separate statements to address the appropriate definition or standards of measurement for these RSIP items.  *Id.*  The parties, by and through their attorneys, now stipulate to the following:

- For purposes of RSIP items 6.2.1(l) and 9.2.1(j) and (k), "[t]he term curriculum-based assessment (CBA) means simply measurement that uses 'direct observation and recording of a student's performance in the local curriculum as a basis for gathering information to make instructional decisions."  J.C. Witt, et al., *Assessment of at-risk and special needs children* (2nd ed. 1998), quoting S.L. Deno, *Curriculum-based measurement.  Teaching Exceptional Children* at 41 (1987).

- Attached as Exhibit A to this stipulation is a list of curriculum-based assessments used by the Ravenswood City School District for the 2014-15 school year.  When measuring whether the District has met the requirements in RSIP items 6.2.1(l) and 9.2.1(j) and (k), the Monitor will deem any assessment from Exhibit A to be a compliant curriculum-based assessment, with the exception of teacher-created assessments.  If the District wishes to use a teacher-created assessment for a particular student or group of students, the District will submit that assessment instrument to the Monitor.[1]

---

[1] Teacher-created assessments may be considered to be compliant curriculum-based assessments for some students, including but not limited to students with significant intellectual disabilities.  The parties and the Monitor acknowledge that providing an appropriate curriculum-based assessment may be difficult, or even inapplicable, for some students.  The District will work closely with the Monitor to ensure that teacher-created assessments provided to such students will not be deemed noncompliant.

- If there are changes to the list of curriculum-based assessments used by the District, the District will submit an updated list to the Monitor and the parties. The updated list will have the same force and effect as the list that it replaces.
- For purposes of RSIP items 6.2.1(l) and 9.2.1(j) and (k), the "California curriculum framework" is the Common Core State Standards.
- For purposes of RSIP items 6.2.1(l) and 9.2.1(j) and (k), "each curricular area" includes only math, reading, and/or writing, as appropriate.[2]
- For purposes of RSIP items 6.2.1(l) and 9.2.1(j) and (k), a curriculum-based assessment is not required for preschool students and students for whom the assessment does not pertain to academic performance (*e.g.,* a "speech-only" assessment).
- The District has conducted training to ensure that its staff use curriculum-based assessments deemed compliant for purposes of RSIP items 6.2.1(l) and 9.2.1(j) and (k). The District expects that this training will dramatically improve the results for these RSIP items.

///

///

///

---

[2] Per the Monitor, curriculum-based assessments are one of the methods through which a student's area of need is determined. The Monitor expects curriculum-based assessments in reading and math for all students with academic needs, and in writing for students with that need. In addition, there have been occasions where an area of need is not identified by the District, but a curriculum-based assessment is required because it is clear to the Monitor that the student has that need (for example, by the student not meeting an IEP goal in that area the prior year).

1     IT IS SO STIPULATED.

DISABILITY RIGHTS EDUCATION & DEFENSE FUND, INC.

By:    */s/ Larisa M. Cummings*
       Larisa M. Cummings
       *Attorneys for Plaintiffs*

YOUTH AND EDUCATION LAW PROJECT

By:    */s/ William S. Koski*
       William S. Koski
       *Attorneys for Plaintiffs*

COUNTY COUNSEL OF THE COUNTY OF SAN MATEO

By:    */s/ Aimee Armsby*
       Aimee Armsby
       Deputy County Counsel
       *Attorneys for Ravenswood City School District and Related Defendants*

OFFICE OF THE ATTORNEY GENERAL

By:    */s/ R. Matthew Wise*
       R. Matthew Wise
       Fermin Villegas
       Deputy Attorneys General
       *Attorneys for Defendants Delaine Eastin, Superintendent of Public Instruction, California Department of Education, and California State Board of Education*

SA2005104070
11863973.doc

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

4/30/2015

IT IS SO ORDERED

Judge Thelton E. Henderson

4