UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMMA C., et al.,

    Plaintiffs,

v.

DELAINE EASTIN, et al.,

    Defendants.

Case No. 96-cv-04179-TEH

**REVISED ORDER ON FY 2015-2016 BUDGET**

It has come to the Court's attention that the Monitor's budget was incorrectly allocated in the Court's recent Budget Order (Docket No. 2064). Consistent with the long-standing principle that State Defendants should share a portion (20% this year) of the costs for District-related expenses, the appropriate allocation of the Monitor's budget should be as follows:

| Budget Items | | CDE | | District | |
|---|---|---|---|---|---|
| | | **Allocation** | **Amount** | **Allocation** | **Amount** |
| Office | $86,767 | 60.00% | $52,060.20 | 40.00% | $34,706.80 |
| Consultants | $108,000 | 40.00% | $43,200 | 60.00% | $64,800 |
| Parent Advocacy[1] | $74,000 | 20.00% | $14,800 | 80.00% | $59,200 |
| Monitor's Salary | $140,000 | 60.00% | $84,000 | 40.00% | $56,000 |
| **Budget Totals** | **$408,767** | **47.47%** | **$194,060.20** | **52.53%** | **$214,706.80** |

**IT IS SO ORDERED.**

Dated:  06/18/15

                                          THELTON E. HENDERSON
United States District Judge

---

[1] The budget item for "Parent Advocacy" remains unchanged as it was correctly allocated at 20%/80% in the previous Order.