UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA C., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DELAINE EASTIN, et al.,<br><br>　　　　Defendants. | Case No. 96-cv-04179-TEH<br><br>**ORDER RE: STATE DEFENDANTS' RESPONSE ON REQUEST FOR CLARIFICATION OF BUDGET ORDER** |

　　　　The Court issued its Budget Order for the 2015-16 fiscal year on June 18, 2015. (Docket Nos. 2064-65). State Defendants filed a request for clarification of the Budget Order on June 23. (Docket No. 2067). The Court responded to that request and afforded State Defendants an opportunity to file a responsive brief regarding the State's position on the allocation of the Court Monitor's Budget. (Docket No. 2069). State Defendants filed their response, which conceded the issues surrounding the current budget and instead proposed modifications to the budget process for future years. (Docket No. 2076).

　　　　Specifically, State Defendants request "that the Court advance the budget negotiation process so that any future budget is submitted to the Court for approval no later than the November before the next fiscal year." Resp. at 3. State Defendants explain that the state Department of Finance "requires details about the upcoming fiscal year's budget to be submitted by the November before the next fiscal year," and that CDE "must provide requests for adjustments to the budget to the State Legislature by the January before the next fiscal year." *Id.*

　　　　While the Court recognizes the budgetary constraints faced by all of the defendants in this case, it is unclear what changed circumstances have prompted State Defendants' to request such a drastic change to the budget process. Currently, the budget process begins in the Spring before the fiscal year with the submission of proposed budgets by District Defendant and the Court Monitor, followed by a meet and confer process between State

1  and District Defendants.  The procedural constraints raised in State Defendants' response
2  do not appear to have been an issue in the past.  Furthermore, the Court is concerned that a
3  budget submission deadline eight months before the beginning of the fiscal year is far too
4  early for the Parties to meaningfully assess and predict budgetary needs and resources.
5  This appears to be especially true during this highly transitional period, as Ravenswood is
6  positioned to achieve compliance with an increasing number of RSIP requirements.

7       The Court suspects that the other Parties in this case may have an opinion on the
8  suggested modifications to the budget process.  Consequently, if State Defendants wish to
9  formally propose these modifications, they should meet and confer with the other Parties
10  and file a noticed motion so that District Defendant and Plaintiffs have an opportunity to
11  be heard on the issue.  This motion should include an explanation of the changed
12  circumstances giving rise to this request.  The Court reserves judgment on State
13  Defendants' proposal until that time.

**IT IS SO ORDERED.**

Dated:   07/08/15

_____
THELTON E. HENDERSON
United States District Judge