# MLAWER CONSULTING
## P. O. Box 51170
## Palo Alto, CA 94303-9998

*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

Request for Funds:  **August, 2015**

| | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates | |
|---|---|---|---|---|---|
| Anticipated Expenses | | | | | |
| Staff | | | | | |
| Salaries | | | | | |
| FICA | | | | | |
| Unemployment | | | | | |
| Workers' Comp | | | | | |
| Health Ins. | | | | | |
| Payroll Service Fees | | | | | |
| Consultants | | | | | |
| Fees | | | | | |
| Travel Expenses | | | | | |
| Supplies | | | | | |
| Equipment/Repairs | | | | | |
| Telephone | | | | | |
| Copying | | | | | |
| Postage | | | | | |
| Accounting/Bookkeeping | | | | | |
| | | | | | |
| TOTAL (per Fund) | | | | | |
| | | | | | |
| GRAND TOTAL | | | | | $34,063.91 |
| | | | | | |

_____
**Mark A. Mlawer**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7/30/2015

APPROVED

Judge Thelton E. Henderson