# Ravenswood City School District

Office of Business Services
2120 Euclid Avenue
East Palo Alto, CA  94303
PH: 650-329-2800     FAX: 650-322-9454

AUG -3 2015

# Invoice

| Date | Invoice # |
|---|---|
| 8/3/2015 | 7813 |

**Bill To**

U.S. District Court
Attn : Clerk of the Court

| P.O. No. | Terms | Due Date | Account # |
|---|---|---|---|
|  |  | 8/3/2015 |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| RSIP Reimbursement FY 2015/2016. |  |  |  |
| ---30% District Share Deposit |  | 616,837.92 | 616,837.92 |
| ---60% State Share Deposit |  | 308,418.96 | 308,418.96 |

We appreciate your prompt payment.

**Total**  $925,256.88

Tax ID # 77-0209800

APPROVED
Judge Thelton E. Henderson
8/11/2015

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA