UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA C., et al., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>DELAINE EASTIN, et al., <br><br>　　　　Defendants. | Case No. 96-cv-04179-TEH <br><br>**ORDER INSTRUCTING MONITOR TO FILE TIMESHEETS UNDER SEAL** |

As indicated in the June 18, 2015 Order on the 2015-16 Budget (Docket No. 2064), the Court has instructed its Monitor to submit "monthly timesheets accounting for his work and that of his consultants." Order at 4. These timesheets are necessary for the budget reconciliation process that will take place near the close of the 2015-16 fiscal year. As previously explained, Defendants are not entitled to the details of these timesheets, as the Monitor is an agent and extension of the Court. *Id.* at 5 n.5. Accordingly, the Court ORDERS the Monitor to file his monthly timesheets under seal to allow for their preservation in the record while maintaining their confidentiality.

**IT IS SO ORDERED.**

Dated: 08/12/15

　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　　　　United States District Judge