UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMMA C., et al.,

    Plaintiffs,

  v.

DELAINE EASTIN, et al.,

    Defendants.

Case No. 96-cv-04179-TEH

**ORDER SETTING BENCHMARK FRAMEWORK DEADLINES**

Pursuant to the stipulation and order concerning RSIP benchmarks filed on July 8, 2010, the Court sets the following schedule:

1. The Monitor shall issue an Annual Trends Report no later than October 16, 2015.

2. By November 6, 2015, the parties shall meet and confer regarding proposed interventions for each of the items for which the District was found noncompliant, and seek to come to an agreement on the appropriate intervention for each noncompliant item.

3. If resolution cannot be reached on an appropriate intervention for any noncompliant items, such dispute shall be submitted to the Monitor no later than November 13, 2015.

4. By November 20, 2015, the Monitor shall make a determination regarding the appropriate intervention for each noncompliant item.

5. If any party wishes the Court to review the Monitor's determinations, they shall file a motion no later than November 30, 2015.  These motions shall be subject to the standard briefing schedule.

**IT IS SO ORDERED.**

Dated: 09/01/15

_____

THELTON E. HENDERSON
United States District Judge