# Ravenswood City School District

Office of Business Services
2120 Euclid Avenue
East Palo Alto, CA  94303
PH: 650-329-2800    FAX: 650-322-9454

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/1/2015 | 7845 |

**Bill To**

U.S. District Court
Attn : Clerk of the Court

| P.O. No. | Terms | Due Date | Account # |
|----------|-------|----------|-----------|
|          |       | 10/1/2015 |          |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| RSIP Reimbursement FY 15/16:<br>---District Share 30% | | 616,837.92 | 616,837.92 |

We appreciate your prompt payment.

Tax ID # 77-0209800

**Total**    $616,837.92

10/05/2015

APPROVED

Judge Thelton E. Henderson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA