# Ravenswood City School District

Office of Business Services
2120 Euclid Avenue
East Palo Alto, CA 94303
PH: 650-329-2800    FAX: 650-322-9454

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/2/2015 | 7878 |

**Bill To**

U.S. District Court
Attn : Clerk of the Court

| P.O. No. | Terms | Due Date | Account # |
|----------|-------|----------|-----------|
| | | 12/2/2015 | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| RSIP Reimbursement FY 15/16:<br>---State Share 20% | | 102,806.32 | 102,806.32 |

We appreciate your prompt payment.

UNITED STATES DISTRICT COURT
12/02/2015
APPROVED
Judge Thelton E. Henderson
NORTHERN DISTRICT OF CALIFORNIA

**Total**     $102,806.32

Tax ID # 77-0209800