| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>State Bar No. 146672<br>NIROMI W. PFEIFFER<br>Supervising Deputy Attorney General<br>State Bar No. 154216<br>R. MATTHEW WISE<br>Deputy Attorney General<br>State Bar No. 238485<br>KARLI EISENBERG<br>Deputy Attorney General<br>State Bar No. 281923<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 324-5360<br>  Fax: (916) 324-5567<br>  E-mail: Karli.Eisenberg@doj.ca.gov<br>*Attorneys for Defendants Delaine Eastin, Superintendent of Public Instruction, the State Board of Education, and the California Department of Education* | John C. Beiers<br>San Mateo County Counsel<br>State Bar No. 144282<br>By: Aimee B. Armsby, Deputy<br>State Bar No. 226967<br>Hall of Justice and Records<br>400 County Center, 6th Floor<br>Redwood City, CA 94063<br>Telephone: (650) 363-4647<br>Facsimile: (650) 363-4034<br>Email: aarmsby@smcgov.org<br>*Attorneys for Defendant Ravenswood City School District and Related Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EMMA C.,**<br><br>                                  Plaintiffs,<br><br>            v.<br><br>**DELAINE EASTIN, ET AL.,**<br><br>                                  Defendants. | 3:96-cv-04179-TEH<br><br>**DEFENDANTS' [PROPOSED] STIPULATED ORDER SETTING BRIEFING SCHEDULE REGARDING ATTORNEYS' FEES AND COSTS FOR THE PERIOD OF JANUARY 1, 2015 THROUGH JUNE 30, 2015** |

Counsel for the defendants have prepared a stipulated order setting a briefing schedule regarding attorneys' fees and costs in this action for the period of January 1, 2015 through June 30, 2015.

Pursuant to Section 17.0 of the First Amended Consent Decree, if the defendants are unable to agree on the allocation of the responsibility for plaintiffs' attorneys' fees in this case,

the defendants may seek Court intervention.  At this time, the defendants have reached an impasse regarding the allocation of responsibility for payment of plaintiffs' attorneys' fees and costs, and therefore, respectfully request that the defendants be permitted to brief the issue before this Court.

To this end, the parties propose the following briefing schedule.  As primary counsel for the District will be unavailable February 12 through 22, 2016, it is respectfully requested that any hearing date be set for a date after February 22, 2016, to accommodate that unavailability.

1. Defendants shall by no later than January 28, 2016, file separate opening briefs setting forth their respective positions with respect to the allocation of plaintiffs' attorneys' fees and costs for the period of January 1, 2015 through June 30, 2015.

2. Defendants shall respond to each other's opening briefs by no later than February 11, 2016.  If Plaintiffs wish to address this matter, they may file comments responding to Defendants' opening briefs no later than February 11, 2016.  The Court shall hold a hearing on the attorneys' fees and costs issue on _____.

Dated:  December 18, 2015.

        Respectfully submitted,

        COUNTY COUNSEL OF THE COUNTY OF SAN MATEO

        By: _____/s/_____.
            Aimee B. Armsby, Deputy County Counsel
            Attorneys for Ravenswood City School District

        OFFICE OF THE CALIFORNIA ATTORNEY GENERAL

        By: _____/s/_____.
            R. Matthew Wise, Deputy Attorney General
            Karli Eisenberg, Deputy Attorney General
            Attorneys for Defendants California Department of Education,
            Delaine Eastin, State Superintendent of Public Instruction

**[PROPOSED] STIPULATED ORDER**

**RE: PLAINTIFFS' ATTORNEYS' FEES AND COSTS**

**FOR THE PERIOD OF JANUARY 1, 2015 THROUGH JUNE 30, 2015**

In view of the parties' stipulation, and good cause appearing thereof, the Court sets forth the following schedule:

1. Defendants shall by no later than January 28, 2016, file separate opening briefs setting forth their respective positions with respect to plaintiffs' attorneys' fees and costs for the period of January 1, 2015 through June 30, 2015.

2. Defendants shall respond to each other's opening briefs by no later than February 11, 2016. If Plaintiffs wish to address this matter, they may file comments responding to Defendants' opening briefs no later than February 11, 2016. The Court shall hold a hearing on the attorneys' fees and costs issue on February 29, 2016, at 10:00 AM

IT IS SO ORDERED.

Dated: 12/22/2015               _____
                                 THE HONORABLE THELTON E. HENDERSON

SA2005104070
12067127.doc