# Ravenswood City School District

Office of Business Services
2120 Euclid Avenue
East Palo Alto, CA  94303
PH: 650-329-2800    FAX: 650-322-9454

# Invoice

| Date | Invoice # |
|---|---|
| 1/20/2016 | 7919 |

JAN 20 2016

**Bill To**

U.S. District Court
Attn : Clerk of the Court

| P.O. No. | Terms | Due Date | Account # |
|---|---|---|---|
|  |  | 1/20/2016 |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| RSIP Reimbursement FY 15/16:<br>---District Share 20% |  | 411,225.28 | 411,225.28 |

We appreciate your prompt payment.

**Total**    $411,225.28

Tax ID # 77-0209800

APPROVED:

_Thelton E. Henderson_
United States District Judge

Dated: 1/21/2016