UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA C., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DELAINE EASTIN, et al.,<br><br>　　　　Defendants. | Case No. 96-cv-04179-TEH<br><br>**ORDER SETTING SCHEDULE FOR ALLOCATION PROCESS FOR FISCAL YEAR 2016-2017 AND RAISING COURT MONITOR'S COMPENSATION** |

**ALLOCATION PROCESS**

A new fiscal year will commence on July 1, 2016. The Court hopes that Defendants will be able to agree upon an equitable allocation for the RSIP implementation budget and the Monitor's Office budget for fiscal year 2016-2017 without intervention from the Court, in light of the guidance provided by this Court's May 14, 2003 Order Re: Initial Allocation, and their past successes in reaching agreement. In the event that informal resolution is not possible, however, the Court will make an equitable allocation.

To facilitate conducting the allocation process in a timely manner, the Court sets forth the following schedule:

1. By no later than **Friday, April 15, 2016**, Ravenswood and the Court Monitor shall each submit their respective proposed budgets to the Court and the parties.[1]

2. The Defendants shall, as soon as possible thereafter, meet and confer in good faith to seek an agreement upon an equitable allocation for the fiscal year 2016-2017.

---

[1] The Court recognizes that the future of RSIP implementation and monitoring is uncertain at this time. For purposes of this Order, both Ravenswood and the Court Monitor should assume that the RSIP will continue throughout the next school year, unless some agreement clarifying this is reached by the parties prior to the April 15, 2016 deadline. If circumstances change, the Court will make any necessary adjustments to the respective budgets and allocation in the future.

3.  Defendants shall, by no later than **Friday, May 6, 2016**, file either a joint statement setting forth an agreed upon allocation for fiscal year 2016-2017 or, if no agreement has been reached, email the Court Monitor informing him they have not reached agreement and stating, without argument, the areas of disagreement.  The parties shall then participate in a mediation process led by the Court Monitor in order to attempt to resolve these areas of disagreement.

4.  Defendants shall, by no later than **Friday, May 20, 2016**, file either a joint statement setting forth an agreed upon allocation for fiscal year 2016-2017, or, if no agreement has been reached, separate opening briefs setting forth their respective positions with respect to an appropriate allocation.

5.  If the parties have not reached agreement, Defendants shall respond to each other's opening briefs by no later than **Friday, June 3, 2016**.  If Plaintiffs wish to address this matter, they may file comments responding to Defendants' opening briefs no later than **Friday, June 3, 2016**.  The Court shall hold a hearing on the allocation issue, if necessary, on **Monday, June 13, 2016, at 10:00 AM**.

**COURT MONITOR'S COMPENSATION**

Additionally, the Court finds that it is appropriate to raise the Court Monitor's salary, currently set at $1,200.00 per day, which has not been raised since February 2013.  Effective immediately, the Court Monitor's compensation is hereby raised to $1,350.00 per day.

**IT IS SO ORDERED.**

Dated:  03/09/16                              _____
                                              THELTON E. HENDERSON
                                              United States District Judge