# Ravenswood City School District

Office of Business Services
2120 Euclid Avenue
East Palo Alto, CA 94303
PH: 650-329-2800　　FAX: 650-322-9454

# Invoice

| Date | Invoice # |
|---|---|
| 3/11/2016 | 7943 |

| Bill To |
|---|
| U.S. District Court<br>Attn : Clerk of the Court |

| P.O. No. | Terms | Due Date | Account # |
|---|---|---|---|
|  |  | 3/11/2016 |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| RSIP Reimbursement FY 15/16:<br>---State Share 20% |  | 102,806.32 | 102,806.32 |

We appreciate your prompt payment.

**Total**　　$102,806.32

Tax ID # 77-0209800

*APPROVED*
*Judge Thelton E. Henderson*
*3/14/2016*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)