# MLAWER CONSULTING
## P. O. Box 51170
## Palo Alto, CA 94303-9998

*Emma C., et al., v. Delaine Eastin, et al.* (No. C96-4179 TEH)

Request for Funds: **May, 2016**

|                          | Monitor's Office Expenses | Monitoring Consultants | Monitor | Parent Advocates |             |
|--------------------------|---------------------------|------------------------|---------|------------------|-------------|
| Anticipated Expenses     |                           |                        |         |                  |             |
| Staff                    |                           |                        |         |                  |             |
| Salaries                 |                           |                        |         |                  |             |
| FICA                     |                           |                        |         |                  |             |
| Unemployment             |                           |                        |         |                  |             |
| Workers' Comp            |                           |                        |         |                  |             |
| Health Ins.              |                           |                        |         |                  |             |
| Payroll Service Fees     |                           |                        |         |                  |             |
| Consultants              |                           |                        |         |                  |             |
| Fees                     |                           |                        |         |                  |             |
| Travel Expenses          |                           |                        |         |                  |             |
| Supplies                 |                           |                        |         |                  |             |
| Equipment/Repairs        |                           |                        |         |                  |             |
| Telephone                |                           |                        |         |                  |             |
| Copying                  |                           |                        |         |                  |             |
| Postage                  |                           |                        |         |                  |             |
| Accounting/Bookkeeping   |                           |                        |         |                  |             |
| TOTAL (per Fund)         |                           |                        |         |                  |             |
| GRAND TOTAL              |                           |                        |         |                  | $34,063.91  |

Mark A. Mlawer



04/18/2016
APPROVED FOR PAYMENT FROM COURT REGISTRY
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA