# Ravenswood City School District

Office of Business Services
2120 Euclid Avenue
East Palo Alto, CA 94303
PH: 650-329-2800    FAX: 650-322-9454

# Invoice

| Date | Invoice # |
|---|---|
| 4/22/2016 | 7994 |

**Bill To**

U.S. District Court
Attn : Clerk of the Court

| P.O. No. | Terms | Due Date | Account # |
|---|---|---|---|
|  |  | 4/22/2016 |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| RSIP Reimbursement FY 15/16:<br>---District Share 80% |  | 411,225.28 | 411,225.28 |

We appreciate your prompt payment.

Tax ID # 77-0209800

**Total**    $411,225.28

*[Stamp: APPROVED FOR PAYMENT FROM COURT REGISTRY — Judge Thelton E. Henderson — 04/27/2016 — United States District Court, Northern District of California]*