Arlene B. Mayerson, Esq., SBN 79310
Larisa M. Cummings, Esq., SBN 131076
Disability Rights Education & Defense Fund, Inc.
3075 Adeline Street, Suite 210
Berkeley, CA 94703
Telephone: (510) 644-2555
Fax: (510) 841-8645
Email: amayerson@dredf.org
Email: lcummings@dredf.org
*Attorneys for Plaintiffs*

William S. Koski, Esq., SBN 166061
Stanford Law School- Youth & Education Law
Project
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-3718
Fax: (650) 723-4426
Email: bkoski@stanford.edu
*Attorneys for Plaintiffs*

XAVIER BECERRA, SBN 118517
Attorney General of California
ISMAEL A. CASTRO, SBN 85452
Supervising Deputy Attorney General
DARRELL SPENCE, SBN 248011
KARLI EISENBERG, SBN 281923
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5360
 Fax: (916) 324-5567
 E-mail: Karli.Eisenberg@doj.ca.gov
*Attorneys for Defendants Delaine
Eastin, Superintendent of Public
Instruction, the State Board of
Education, and the California
Department of Education*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EMMA C., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DELAINE EASTIN, et al.,**<br><br>Defendants. | 3:96-cv-04179-TEH<br><br>**[PROPOSED] STIPULATED ORDER RE: PAYMENT OF PLAINTIFFS' ATTORNEYS' FEES FOR THE NINTH CIRCUIT APPEALS** |

1

On April 27, 2017, the U.S. Court of Appeals for the Ninth Circuit granted Plaintiffs-Appellants' unopposed motion to transfer consideration of fees on appeal to the U.S. District Court. Court Docket (CD) No. 2282.

Counsel for the parties have prepared a stipulated order for the payment by Defendants Delaine Eastin, Superintendent of Public Instruction, the State Board of Education, and the California Department of Education (State Defendants) of Plaintiffs' attorneys' fees for all work performed for the Ninth Circuit appeals.

State Defendants shall pay $123,651.03 to Disability Rights Education and Defense Fund, Inc. and $107,525 to the Stanford Law School-Youth and Education Law Project.

Upon entry of this Court's order approving this stipulation, State Defendants will timely seek the necessary agency approvals for preparation and relay of the checks. The checks will be provided to Plaintiffs' counsel within 60 days of obtaining such agency approvals.

**IT IS SO STIPULATED.**

DISABILITY RIGHTS EDUCATION & DEFENSE FUND, INC.

By: _____/s/_____.
    Larisa M. Cummings
    Attorneys for Plaintiffs Emma C., et al.

STANFORD LAW SCHOOL-YOUTH AND EDUCATION LAW PROJECT

By: _____/s/_____.
    William S. Koski
    Attorneys for Plaintiffs Emma C., et al.

OFFICE OF THE CALIFORNIA ATTORNEY GENERAL

By: _____/s/_____.
    Karli Eisenberg, Deputy Attorney General
    Attorneys for Defendants California Department of Education,
    Delaine Eastin, State Superintendent of Public Instruction

2

[Proposed] Stipulated Order re: Payment of Plaintiffs' Attorneys' Fees for the Ninth Circuit Appeals (3:96-cv-04179-TEH)

1    **[PROPOSED] STIPULATED ORDER
     RE: PAYMENT OF PLAINTIFFS' ATTORNEYS' FEES FOR THE
2    NINTH CIRCUIT APPEALS**

3

4          In view of the parties' stipulation, and good cause appearing thereof, the State Defendants

5    shall pay plaintiffs' attorneys' fees for the work performed for the Ninth Circuit appeals.

6          Attorneys' fees will be paid to the Disability Rights Education and Defense Fund, Inc. and

7    to Stanford Law School-Youth and Education Law Project, subject to further terms specified in

8    the stipulation and as follows:

9          State Defendants shall pay $123,651.03 to Disability Rights Education and Defense Fund,

10   Inc., and $107,525 to the Stanford Law School-Youth and Education Law Project.

11         Upon entry of this Court's order approving this stipulation, defendants will timely seek

12   the necessary agency approvals for preparation and relay of the checks.  The checks will be

13   provided to plaintiffs' counsel within 60 days of obtaining such agency approvals.

14         IT IS SO ORDERED.

15

16   Dated: _____5/16/2017_____          _____

17                                       THE HONORABLE THELTON E. HENDERSON

18   SA2005104070
19   12683207.doc

20

21

22

23

24

25

26

27

28