| | |
|---|---|
| JOHN C. BEIERS<br>County Counsel (SBN 144282)<br>BY: AIMEE ARMSBY, DEPUTY (SBN 226967)<br>San Mateo Office of County Counsel<br>Hall of Justice and Records<br>400 County Center, 6th Floor<br>Redwood City, CA 94063<br>Telephone: (650) 363-4768<br>Facsimile: (650) 363-4034<br>Email: aarmsby@smcgov.org<br>*Attorneys for Defendant Ravenswood City School District and Related Defendants* | *of Education, and the California Department of Education*<br><br>WILLIAM KOSKI, Esq. (SBN 166061)<br>STANFORD LAW SCHOOL<br>YOUTH & EDUCATION LAW PROJECT<br>MILLS LEGAL CLINIC<br>559 Nathan Abbott Way<br>Stanford, CA 94305-8610<br>Telephone: (650) 724-3718<br>Facsimile: (650) 723-4426<br>Email: bkoski@stanford.edu<br>*Attorneys for Plaintiffs* |
| XAVIER BECERRA, State Bar. No.118517<br>Attorney General of California<br>ISMAEL A. CASTRO, State Bar. No. 85452<br>Supervising Deputy Attorney General<br>DARRELL SPENCE (SBN 248011)<br>KARLI EISENBERG (SBN 281923)<br>Deputy Attorneys General<br>1300 I Street, Suite 125<br>P.O. Box 944255 Sacramento, CA 94244-2550<br>Telephone: (916) 323-8549<br>Fax: (916) 324-5567<br>E-mails: Darrell.Spence@doj.ca.gov<br>　　　　 Karli.Eisenberg@doj.ca.gov<br>*Attorneys for Defendants Delaine Eastin, Superintendent of Public Instruction, the State Board* | Arlene B. Mayerson, Esq. (SBN 79310)<br>Larisa M. Cummings, Esq. (SBN131076)<br>DISABILITY RIGHTS EDUCATION<br>& DEFENSE FUND, INC.<br>3075 Adeline Street, Suite 210<br>Berkeley, CA 94703<br>Telephone: (510) 644-2555<br>Facsimile: (510) 841-8645<br>Emails: amayerson@dredf.org<br>　　　　 lcummings@dredf.org<br>*Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA C., et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DELAINE EASTIN, et al.<br><br>　　　　Defendants. | Case No. C-96-4179 TEH<br><br>**SECOND AMENDED JOINT STIPULATION AND [PROPOSED] ORDER RE: STATUS OF STIPULATION CONCLUDING RSIP MONITORING AND TO EXTEND DEADLINE FOR FILING SAME**<br><br>Judge: The Honorable Thelton E. Henderson |

The parties in this case, the Ravenswood City School District ("District") and the California Department of Education (CDE) and their respective related defendants, and the Plaintiffs (collectively, "the Parties") wish to update the Court on the status of their work to finalize a stipulation to conclude the Ravenswood Self Improvement Plan ("RSIP") and a transition plan for the District's ultimate dismissal from the case. The most recent version of the stipulation was circulated on Friday, May 26, 2017. In order to allow sufficient time for the Parties to consider the May 26, 2017 stipulation, the Parties respectfully advise the Court that additional time will be needed.

The Parties remain confident in their ability to reach a final stipulation for submission to the Court, and therefore ask the Court to further extend the current suspension of the deadline for issuance of the Court Monitoring Report, currently set for June 19, 2017, to July 27, 2017. During such time period, all applicable RSIP monitoring deadlines remain suspended until further Order of this Court.

SO STIPULATED AND AGREED:

Dated: May 30, 2017        JOHN C. BEIERS, COUNTY COUNSEL
                           COUNTY OF SAN MATEO

                           By: _____/s/_____
                               Aimee B. Armsby
                               Deputy County Counsel
                               *Attorneys for Ravenswood City School District
                               and Related Defendants.*

Dated: May 30, 2017        YOUTH & EDUCATION LAW PROJECT

                           By: _____/s/_____
                               William S. Koski
                               *Attorneys for Plaintiffs*

Dated: May 30, 2017        OFFICE OF THE ATTORNEY GENERAL

By: _____/s/_____
Karli Eisenberg
*Attorneys for Defendants Delaine Eastin, Superintendent of Public Instruction, State Board of Education and the California Department of Education*

## [PROPOSED] ORDER

The Court has reviewed the parties' Joint Stipulation regarding extending the deadline for issuance of the Court Monitor's 2016-17 Q3 RSIP Monitoring Report and suspending his monitoring activities.

For good cause shown, the parties' request to approve the agreements contained herein and order the parties' Joint Stipulation concerning further extension of the deadline for issuance of the Court Monitor's 2016-17 Q3 RSIP Monitoring Report and suspending related deadlines as forth herein is GRANTED.

The Court further finds that, should the parties fail to submit a proposed joint stipulation regarding the resolution of remaining monitoring items under the RSIP to the Court by July 27, 2017, the deadline for issuance of the Court Monitor's 2016-17 Q3 RSIP Monitoring Report shall be reset for a date thereafter to be determined.

IT IS SO ORDERED.

Dated: 5/31/2017

_____
THE HON. THELTON E. HENDERSON
UNITED STATES DISTRICT COURT JUDGE