UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA C., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TOM TORLAKSON, et al.,<br><br>    Defendants. | Case No.  96-cv-04179-VC<br><br>**ORDER RE: FY 2017-2018 BUDGET** |

On August 11, 2017, the Court Monitor filed an amended budget for Fiscal Year 2017-2018 (Dkt. No. 2316), as directed by the Court in the budget reassessment order (Dkt. No. 2315 at 4).  The amended budget reflects the end of monitoring for the Ravenswood School District and the adoption of a transition plan for the District on July 31, 2017 (Dkt. No. 2314).

In past years, the budget for the parent advocacy project was allocated between the District and the CDE in the same way that the RSIP budget was allocated.  When RSIP monitoring ended on July 31, 2017, the RSIP budget was terminated as no longer necessary. Dkt. No. 2314 at 13-14.  The District and CDE met and conferred regarding the allocation of the parent advocacy budget and have agreed to allocate this budget 35% to CDE and 65% to the District for Fiscal Years 2017-2018 and 2018-2019.

The Monitor has provided his best estimates as to allocation percentages, and the Court orders the allocation of the Fiscal Year 2017-2018 budget as follows:

| Budget Items | | CDE | | District | |
|---|---|---|---|---|---|
| | | Allocation | Amount | Allocation | Amount |
| Office | $26,050.00 | 75% | $19,537.50 | 25% | $6,512.50 |
| Consultants | $6,000.00 | 100% | $6,000.00 | 0% | $0.00 |
| Parent Advocacy | $74,000.00 | 35% | $25,900.00 | 65% | $48,100.00 |
| Monitor's Salary | $110,000.00 | 87.5% | $96,250.00 | 12.5% | $13,750.00 |
| **Total** | **$216,050.00** | **68.36%** | **$147,687.50** | **31.64%** | **$68,362.50** |

The District and CDE each has holdover funds available for Fiscal Year 2017-2018. Dkt. No. 2314 at 3. In addition, CDE has made one deposit of $215,571.00 for the now-terminated RSIP budget. Dkt. No. 2323. Therefore, the District and CDE's obligations are as follows:

| | CDE | District |
|---|---|---|
| FY 2017-2018 Projected Budget | $147,687.50 | $68,362.50 |
| Holdover Funds | $124,167.18 | $37,112.00 |
| Additional Funds Necessary for FY 2017-2018 | $23,520.32 | **$31,250.50** |
| Deposits Since 7/1/17 | $215,571.00 | $0.00 |
| Available Refund or Amount to Remain on Deposit | **$192,050.68** | $0.00 |

The District and CDE must file a joint deposit schedule by October 6, 2017, for the District's remaining obligation of $31,250.50. In addition, CDE should inform the Court whether it wants a refund of the amount of $192,050.68 or prefers to maintain those funds on deposit for future years' budgets.

**IT IS SO ORDERED.**

Dated: September 29, 2017

_____
VINCE CHHABRIA
United States District Judge