# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MORGAN HILL CONCERNED PARENTS ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION,<br><br>　　　　　Defendant. | Case No. 5:18-cv-03367 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Vince Chhabria to determine whether it is related to 3:96-cv-04179 VC, Emma C. et al., v. Tom Torlakson, et al.

IT IS SO ORDERED.

Date: June 8, 2018

_____
Nathanael M. Cousins
United States Magistrate Judge