XAVIER BECERRA
Attorney General of California
ISMAEL A. CASTRO, State Bar No. 85452
Supervising Deputy Attorney General
DARRELL W. SPENCE, State Bar No. 248011
KIRIN K. GILL, State Bar No. 259968
Deputy Attorneys General
State Bar No. 259968
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-6172
  Fax:  (916) 324-5567
  E-mail:  Darrell.Spence@doj.ca.gov
  E-mail:  Kirin.Gill@doj.ca.gov
*Attorneys for Defendants
California Department of Education, Tom
Torlakson, in his official capacity as the State
Superintendent of Public Instruction, and State
Board of Education*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EMMA C., et al.,** | 3:96-cv-04179-VC |
| Plaintiffs, | **STATE DEFENDANTS' PHASE 2 SUBMISSION PURSUANT TO 5/18/18 ORDER RE STATE'S OBLIGATIONS UNDER CONSENT DECREE AND 9/11/18 ORDER CLARIFYING SCOPE OF PHASE 2 PROCEEDINGS** |
| v. | |
| **TORLAKSON, et al.,** | |
| Defendants. | Judge:  The Honorable Vince Chhabria |

Pursuant to the Court's May 18, 2018 Order re State's Obligations Under Consent Decree (Dkt. 2387) (the "5/18/18 Order") and the September 11, 2018 Order Clarifying Scope of Phase 2 Proceedings (Dkt. 2439) (the "9/11/18 Order"), Defendants California Department of Education ("CDE"), Tom Torlakson, in his official capacity as the State Superintendent of Public Instruction, and State Board of Education (collectively, "State Defendants" or the "State") hereby submit their Compliance Report for Phase 2 – Annual Data Use[1] (the "Phase 2 Compliance Report"), attached hereto as Exhibit 1, to demonstrate that the State's data analysis activities are sufficient to allow the State to effectively fulfill its monitoring and enforcement duties under the Individuals with Disabilities Act (the "IDEA"). Consistent with the 9/11/18 Order, the Phase 2 Compliance Report also addresses why the State's decision to issue annual determinations for certain school districts[2] based on data analysis alone, without further targeted monitoring activities, is sufficient to fulfill its obligations under the IDEA.

Dated:  December 7, 2018               Respectfully Submitted,

                                       XAVIER BECERRA
                                       Attorney General of California
                                       ISMAEL A. CASTRO
                                       Supervising Deputy Attorney General



                                       */s/ Darrell W. Spence*
                                       */s/ Kirin K. Gill*
                                       DARRELL W. SPENCE
                                       KIRIN K. GILL
                                       Deputy Attorneys General
                                       *Attorneys for Defendants*

SA2005104070
13345312.docx

---

[1] Where necessary, State Defendants have appended documents as evidentiary support for the Phase 2 Compliance Report (identified as "Attachment __" throughout).
[2] State Defendants refer to school districts as local educational agencies ("LEAs") throughout the Phase 2 Compliance Report.