XAVIER BECERRA
Attorney General of California
ISMAEL A. CASTRO, State Bar No. 85452
Supervising Deputy Attorney General
DARRELL W. SPENCE, State Bar No. 248011
KIRIN K. GILL, State Bar No. 259968
Deputy Attorneys General
State Bar No. 259968
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6172
  Fax: (916) 324-5567
  E-mail: Kirin.Gill@doj.ca.gov
*Attorneys for Defendants*
*California Department of Education, Tony Thurmond, in his official capacity as the State Superintendent of Public Instruction, and State Board of Education*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA C., et al., <br><br> Plaintiffs, <br><br> v. <br><br> THURMOND, et al., <br><br> Defendants. | 3:96-cv-04179-VC <br><br> **STATE DEFENDANTS' RESPONSE TO MONITOR'S REVIEW OF PHASE 2 SUBMISSION** <br><br> Judge:     The Honorable Vince Chhabria |

1  Pursuant to the Court's May 18, 2018 Order re State's Obligations Under Consent Decree
2  (Dkt. 2387), the September 11, 2018 Order (Dkt. 2438), and the September 11, 2018 Order
3  Clarifying Scope of Phase 2 Proceedings (Dkt. 2439), Defendants California Department of
4  Education ("CDE"), Tony Thurmond, in his official capacity as the State Superintendent of
5  Public Instruction, and State Board of Education (collectively, "State Defendants" or the "State")
6  hereby submit their Response[1] to the Monitor's Review of CDE's Phase 2 Submission: Data
7  Analysis (Dkt. 2469) ("Response to the Monitor's Review"), attached hereto as **Exhibit 1**.

Dated:  February 25, 2019

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
ISMAEL A. CASTRO
Supervising Deputy Attorney General


*/s/ Darrell W. Spence*
*/s/ Kirin K. Gill*
DARRELL W. SPENCE
KIRIN K. GILL
Deputy Attorneys General
*Attorneys for Defendants*
*California Department of Education, Tony*
*Thurmond, in his official capacity as the*
*State Superintendent of Public Instruction,*
*and State Board of Education*

SA2005104070
13475751.docx

---

[1] State Defendants hereby incorporate by reference the Response to the Monitor's Review into their Phase 2 Submission.

1

# CERTIFICATE OF SERVICE

Case Name: **Emma C., et al v. Torlakson, et al**  No. **3:96-cv-04179-VC**

I hereby certify that on February 25, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATE DEFENDANTS' RESPONSE TO MINITOR'S REVIEW OF PHAS 2 SUBMISSION EX. 1 AND ATTACHMENTS P-Y**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 25, 2019, at Sacramento, California.

| J. Hutcherson | /s/ J. Hutcherson |
|---|---|
| Declarant | Signature |

SA2005104070
13478826.docx