UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA C., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>TONY THURMOND, et al.,<br><br>        Defendants. | Case No. 96-cv-04179-VC<br><br>**ORDER RE HEARING** |

At the beginning of the April 29 hearing, the policymakers should be prepared to provide the Court with a review of all types of monitoring that the CDE conducts, including the types of activities that each form of monitoring may include.

**IT IS SO ORDERED.**

Dated: April 26, 2019

VINCE CHHABRIA
United States District Judge