XAVIER BECERRA
Attorney General of California
ISMAEL A. CASTRO
Supervising Deputy Attorney General
DARRELL SPENCE, State Bar No. 248011
KIRIN K. GILL, State Bar No. 259968
Deputy Attorneys General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone:  (916) 210-6172
Fax:  (916) 324-5567
E-mail:  Darrell.Spence@doj.ca.gov
E-mail:  Kirin.Gill@doj.ca.gov
*Attorneys for Defendants*
*California Department of Education, Tony*
*Thurmond, in his official capacity as the State*
*Superintendent of Public Instruction, and State*
*Board of Education*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EMMA C., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**THURMOND, et al.,**<br><br>Defendants. | 3:96-cv-04179-VC<br><br>**CDE'S QUARTERLY AND SEMI-ANNUAL REPORT**<br><br>Judge:        The Honorable Vince Chhabria |

In accordance with Paragraph 4.3 of the First Amended Consent Decree in this action, Defendant California Department of Education ("CDE") submits the following quarterly report on its monitoring activities and technical assistance concerning the Ravenswood City School District (the "District") for the period May 1 through July 31, 2019, and the following semi-annual report on its state-level system of monitoring the provision of special education services

for the period February 1 through July 31, 2019.  Vincent Pastorino, Education Programs

Consultant, Special Education Division, serves as CDE's liaison to the District.

I.   QUARTERLY REPORT

A.   **Ongoing Contacts and Activities**

CDE staff contacts with the District during this reporting period included communications

regarding the District's data-driven selection for participation in various state-level monitoring

activities for the 2018-19 and 2019-20 school years.  Those monitoring activities included Data

Identified Noncompliance, Disproportionality Review, and/or Performance Indicator Review,

described below.  Contact also included compliance complaint activity, described below.

B.   **Specific Activities**

1.   **Data Identified Noncompliance**

With regard to Data Identified Noncompliance, CDE has no new information or findings on

the District for this reporting period.

2.   **Disproportionality Review**

CDE has identified the District for participation in the 2018-19 Disproportionality Review cycle

for California State Performance Plan Indicator 10, identification by race and disability, specifically

for African American and Other Health Impairment.  Results are pending with regard to whether the

District will be identified for the 2020 Significant Disproportionality cohort.

3.   **Performance Indicator Review**

The District is participating in the 2018-19 Performance Indicator Review in the areas of

English Language Arts Achievement and Math Achievement.  The San Mateo County Special

Education Local Plan Area timely submitted to CDE the District's Performance Indicator Review

Plan, which is under review.

4.   **Compliance Complaints**

In case S-0069-18/19, the District had submitted documentation of completion of each

corrective action at the end of the previous reporting period.  CDE mailed the closure letter on

May 13, 2019.

CDE issued the Investigation Report in case S-0748-18/19 on May 22, 2019.  No corrective actions were issued, and the case is closed.

CDE issued the Investigation Report in case S-0901-18/19 on July 11, 2019.  Corrective actions concerning completion of assessments and the convening of an individualized education program team meeting to discuss the results of the assessments are due in September 2019.

### C.    Budget/Funding

CDE is aware of no new information to submit regarding budget and funding.

## II.    SEMI-ANNUAL REPORT

In accordance with Paragraph 4.3 of the First Amended Consent Decree in this action, CDE submits the following report on its state-level monitoring activities for the period February 1 through July 31, 2019.

### A.    Federal Review of the State's Individuals with Disabilities Education Act Performance

On July 11, 2019, the United States Department of Education, Office of Special Education and Rehabilitative Services released state determinations on implementation of the Individuals with Disabilities Education Act for Part B and Part C for fiscal year 2017.  Possible determinations included "meets requirements", "needs assistance", "needs intervention", or "needs substantial intervention."  For "needs assistance" or "needs intervention" determinations, the determination also noted the number of consecutive years the state received the determination, which is a factor in the identification of follow-up activities.  California's determination for Part B was "needs assistance (two or more consecutive years)."  California's determination for Part C was "needs assistance (two or more consecutive years)."  Per the Office of Special Education and Rehabilitative Services, "If a State 'needs assistance' for two consecutive years, the Department must take one or more enforcement actions, including, among others, requiring the State to access technical assistance, designating the State as a high-risk grantee, or directing the use of State set-aside funds to the area(s) where the State needs assistance."

Further information on Office of Special Education and Rehabilitative Services' recent determinations for California is available at:

http://www2.ed.gov/fund/data/report/idea/ideafactsheet-determinations-2019.pdf.

**B.     Status of CDE's Federal Funding Under the Individuals with Disabilities Education Act**

CDE's Special Education Division has completed its application for Federal Fiscal Year 2018 federal funding under the Individuals with Disabilities Education Act.  CDE's application for Federal Fiscal Year 2019 federal funding under the IDEA Part B was submitted to the U.S. Department of Education, Office of Special Education Programs on May 16, 2019, and it was posted to CDE's website on May 16, 2019.  Pursuant to the notice and comment periods required by the General Education Provisions Act, 20 U.S.C. 1232d(b)(7)(B), comments on the listing were welcomed and considered.  The 60-day public notice period was from March 12 to May 13, 2019.  Written comments were accepted for 30 days prior to submission to the Office of Special Education Programs, from March 29 to April 30, 2019.

**C.     Status of CDE's State Performance Plan, Annual Performance Report, and State Systemic Improvement Plan**

California is required to have in place a State Performance Plan to guide the state's implementation of Part B of the IDEA and to describe how the state will meet implementation targets.  Each year, the State Performance Plan is updated to reflect changes in federal requirements.  California's State Performance Plan remains current through federal fiscal year 2018 (School Year 2018-19).

The Annual Performance Report documents and analyzes the progress of local educational agencies and the state toward meeting the targets and benchmarks identified in the State Performance Plan.  The Annual Performance Report also summarizes the statewide activities associated with each of the target indicators in the State Performance Plan.  As a result of Results-Driven Accountability, the Office of Special Education Programs has combined the State Performance Plan and Annual Performance Report into one document and added a new indicator,

1  Indicator 17, which requires each state to submit a State Systemic Improvement Plan designed to

2  improve results for all children, including those with disabilities.

3      Having received approval from the State Board of Education at its January 2019 meeting,

4  CDE submitted the State Performance Plan and Annual Performance Report for Indicators 1

5  through 16 on February 1, 2019.  Under its Results-Driven Accountability approach, the Office of

6  Special Education Programs has instituted a multi-tiered monitoring and support model, which

7  assigns one of three designations to each of the state's performance indicators related to the level

8  of intervention the Office of Special Education Programs intends to undertake: Universal,

9  Targeted, and Intensive.  For indicators designated Universal, the Office of Special Education

10  Programs offers general support but limited assistance.  Targeted monitoring and support are

11  provided when the Office of Special Education Programs identifies a common need among

12  multiple states.  Intensive monitoring and support are provided to states experiencing the most

13  complex challenges.  The Office of Special Education Programs reviewed California's federal

14  fiscal year 2015 Annual Performance Report and assigned the state Targeted Support on two

15  indicators (maintenance of state financial support), and Intensive Support on three indicators

16  (results, compliance and State Systemic Improvement Plan).

17      CDE presented Indicator 17, California's State Systemic Improvement Plan, to the State

18  Board of Education at its March 2019 meeting.  Following the State Board of Education's

19  approval, and CDE submitted it to the Office of Special Education Programs by the mandated

20  submission date of April 1, 2019.  The State Systemic Improvement Plan provides support to

21  local educational agencies in improving academic outcomes for students with disabilities as

22  measured by their performance on statewide assessments.  Through the State Systemic

23  Improvement Plan, CDE's Special Education Division will collaborate with the State System of

24  Support to assist local educational agencies identified for differentiated assistance under the new

25  California School Dashboard.

26      More information is available at:

27      https://www.cde.ca.gov/be/ag/ag/yr19/agenda201901.asp [Item 21]

28      https://www.cde.ca.gov/be/ag/ag/yr18/agenda201803.asp [Item 03]

1   https://www.cde.ca.gov/be/ag/ag/yr19/agenda201903.asp [Item 01]

2   **D.   CDE Advisory Commission on Special Education**

3   CDE's Advisory Commission on Special Education, an advisory body required by federal

4   and state law, holds a minimum of four meetings per year and provides recommendations and

5   advice to the State Board of Education, the State Superintendent of Public Instruction, the

6   Legislature, and the Governor on special education services.  20 U.S.C. § 1412(a)(21); Cal. Educ.

7   Code § 33590.  In this reporting period, the Advisory Commission on Special Education posted

8   agendas for scheduled meetings on February 20-21, April 17-18, and June 19-20, 2019.  Advisory

9   Commission on Special Education agendas and archived meeting webcasts can be found on

10  CDE's website at: http://www.cde.ca.gov/sp/se/as/acsemtg.asp.

11  The Advisory Commission on Special Education meetings for this reporting period featured

12  presentations by CDE staff and educators, community members, and other experts about strategic

13  planning, legislative and policy recommendations, and a variety of educational topics, issues, and

14  updates, including but not limited to:

15  - California's Accountability System

16  - Relationship between least restrictive environment and Smarter Balanced Assessment
17    Consortium performance

18  - Statewide System of Support

19  - California State Systematic Improvement Plan

20  - Governor's 2019-20 proposed state budget, including special education funding

21  - 2019 California Budget Act

22  - Activities of the Advisory Committee on Special Education Ad Hoc Mental Health
23    Subcommittee

24  - Current legislation relation to education of students with disabilities

25  - IDEA Part B grant application

26  - Collaborative efforts of the California Children's Trust and Breaking Barriers

27  - Triage Schools Collaboration Grants created by the Investment in Mental Health
28    Awareness Act of 2013

- Diploma options for students with disabilities
- California statewide assessments, including the California Assessment of Student Performance and Progress science assessment and English Language Proficiency Assessments
- Preliminary Education Specialist Credential
- State Special Education Director's Report
- Grazer Outstanding Achievement in Learning – award
- Stakeholder groups – input
- Curriculum Frameworks and Instructional Resources Division, CDE – development of inclusive curriculum and frameworks ensuring that every student is provided access to grade-level standards and curriculum
- Scale-Up Multi-Tiered System of Support Statewide Project.

**E.    Official Messages from CDE to Special Education Local Plan Areas**

**Exhibit A** shows CDE email communications to representatives of California's Special Education Local Plan Areas.

**F.    State Board of Education**

The State Board of Education met on March 13-14; May 8-9; and July 10, 2019.  The meeting minutes of the State Board of Education, as well as preliminary reports of its actions, are posted on CDE's website at: http://www.cde.ca.gov/be/mt/ms/.

**G.    Legislative, Regulatory, and Other Updates on Special Education and Related Issues**

**1.    Legislation**

**Exhibit B** is a summary of special education-related legislation introduced, amended, or enacted during this reporting period.  This is not intended to be an exhaustive list.

**2.    Regulations**

CDE continues to implement recent federal regulations regarding disproportionality and significant disproportionality.

### 3.    Other Updates on Special Education and Related Issues

Other updates on special education and related issues include the following:

- On February 13, 2019, State Superintendent of Public Instruction Tony Thurmond announced that 31 schools were newly designated as Model Continuation High Schools for 2019, recognized for their innovative approach to instruction and helping students who have faced many challenges—including behavior issues, chronic absenteeism, and truancy—get back on the pathway to learning.

- On February 25, 2019, the State Superintendent of Public Instruction announced that 162 middle and high schools were being honored under the 2019 Distinguished Schools Program for achieving exceptional student performance for two consecutive school years or closing the achievement gap between two school years.

- On March 7, 2019, the State Superintendent of Public Instruction facilitated the first meeting of the Charter Task Force as requested by Governor Gavin Newsom.  The Governor had requested that Superintendent Thurmond convene a group of experts to closely examine the impact of charter school growth on district budgets and to provide a report and recommendations to him by July 1, 2019.

- On March 28, 2019, the State Superintendent of Public Instruction announced the release of 2018–2019 enrollment data for California's K–12 public schools.  The data breaks down enrollment by ethnicity and grade, along with English Language Acquisition Status, and can be sorted by county, district, or school.

- On April 9, 2019, the State Superintendent of Public Instruction announced that 23 school attendance programs were recognized as model School Attendance Review Boards for outstanding strategies to reduce chronic absenteeism and increase student attendance.

- On May 1, 2019, the State Superintendent of Public Instruction announced the appointment of Ryan Smith as the new Chair of his statewide Closing the Achievement Gap Initiative.  The initiative's goals include addressing ways to close

the achievement gap and improving educational outcomes for all California public education students.

- On May 8, 2019, the State Superintendent of Public Instruction praised the recent adoption of California's Computer Science Strategic Implementation Plan by the State Board of Education.  The implementation plan will help improve access and equity in computer science education by expanding computer science offerings throughout the state and broadening participation.

- On May 9, 2019, the State Superintendent of Public Instruction praised the Governor's revised budget for fiscal year 2019–20. The revised budget included $696.2 million of ongoing money for special education, which is $119.2 million more than was proposed in the Governor's Budget and is a 21 percent year-over-year increase.

- On June 4, 2019, State Superintendent of Public Instruction Tony Thurmond announced the release of the CDE's first-ever mobile app for the California Content Standards, a tool that provides quick, targeted access to standards related to the arts, computer science, health education, history–social science, and mathematics.

- On June 6, 2019, State Superintendent of Public Instruction Tony Thurmond released the Charter Task Force Report of Recommendations to the Governor, ahead of the July 1 deadline.  The full report includes a central focus on the fiscal impact that charter schools have on traditional public schools as well as the inconsistencies in how charter schools are authorized throughout the state, and that recommendations were made to alleviate concerns in these areas and provide specific ways to address fiscal impact and authorization challenges.

- On June 21, 2019, the State Superintendent of Public Instruction congratulated the Trabuco Hills High School Unified Champion School Program in the Saddleback Valley Unified School District for winning the 2019 Grazer Outstanding Achievement in Learning award, given annually by the California Advisory

9

1  Commission on Special Education, recognizing an outstanding program that serves
2  students with disabilities.

3  • On June 25, 2019, the State Superintendent of Public Instruction announced a new
4  literacy campaign that will begin for the 2019–2020 school year in partnership with
5  two selected county offices of education, Tulare and Riverside.

6  • On June 28, 2019, the State Superintendent of Public Instruction announced that
7  economically challenged families in California can now find, on CDE's website,
8  updated lists of child and adult care centers offering nutritious meals at low or no
9  cost.

10  • On June 28, 2019, the State Superintendent of Public Instruction thanked the
11  Governor for signing a 2019–20 state budget that increases funding for public
12  education.

13  • On July 2, 2019, the State Superintendent of Public Instruction announced the release
14  of the CDE's first-ever mobile app for the California School Dashboard.  The mobile
15  app is designed to increasing parent options for accessing data on state and local
16  indicators such as English language arts, mathematics, English learner progress, and
17  college/career preparation along with chronic absenteeism, graduation rates,
18  suspension rates, facilities, parent engagement, and services for foster and expelled
19  youth.

20  • On July 3, 2019, the State Superintendent of Public Instruction announced the release
21  of the "California Practitioners' Guide for Educating English Learners with
22  Disabilities."  The guide will help with identifying, assessing, supporting, and
23  reclassifying English learners with disabilities.

24  • On July 11, 2019, the State Superintendent of Public Instruction announced the
25  release of a first-of-its-kind report that provides detailed information on California
26  students that enroll in college after completing a public high school.
27  The College-Going Report features data showing college enrollment broken down by
28  student group and postsecondary institutions at the state, county, district, and school

10

1    levels.  It is available on the CDE's DataQuest site and includes downloadable files

2    for the 2014–15, 2015–16, 2016–17, and 2017–18 academic years.

3    The above-listed updates are quoted and/or paraphrased from a larger list of News Releases

4    posted on CDE's website at: https://www.cde.ca.gov/nr/ne/yr19/.

5

6    Dated:  August 19, 2019                                    Respectfully submitted,

7                                                               XAVIER BECERRA
                                                                Attorney General of California
8                                                               ISMAEL A. CASTRO
                                                                Supervising Deputy Attorney General
9
10                                                              /s/ Darrell W. Spence
                                                                /s/ Kirin K. Gill
11                                                              DARRELL W. SPENCE
                                                                KIRIN K. GILL
12                                                              Deputy Attorneys General
                                                                Attorneys for Defendants
13                                                              California Department of Education, Tony
                                                                Thurmond, in his official capacity as the
14                                                              State Superintendent of Public Instruction,
                                                                and State Board of Education
15

16   SA2005104070
     14025033.docx

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

CDE Email Communications to Representative of California's Special
Education Local Plan Areas

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | selpa@mlist.cde.ca.gov |
| **Subject:** | LEA Medi-Cal Billing Option: FY 2018-19 Rates; Oct Meeting Q&A; DUA and PPA Deadlines |
| **Date:** | Friday, February 1, 2019 12:38:31 PM |

The following message is being sent on behalf of the Local Educational Agency Medi-Cal Billing Option Program of the California Department of Health Care Services

**February 1, 2019**

*Please do not reply to this email. If you have LEA policy or program questions, please forward them to the LEA mailbox at: LEA@dhcs.ca.gov*

- **Fiscal Year (FY) 2018-19 Inflated Reimbursement Rates**
  - ° Effective retroactively for dates of service on or after July 1, 2018, the LEA Services Billing Codes Chart, located in the LEA: Billing Codes and Reimbursement Rates (loc ed bil cd) section of the LEA Program Provider Manual has been updated with the most recent reimbursement rates for the LEA Medi-Cal Billing Option Program for FY 2018-19. Previously paid claims will be adjusted automatically via an Erroneous Payment Correction.
  - ° The FY 2018-19 Current Reimbursement Rates Table is posted on the Claims Processing page of the LEA Program website.
  - ° Note that the FY 2017-18 interim payments were not separately inflated, and the cost settlement process will be used to settle these interim payments to costs.

- The **October 4, 2018, School-Based Medi-Cal Administrative Activities** *Questions & Answers* are located under the *Advisory Workgroup Minutes* section of the LEA website or link directly to *October 4, 2018 Questions & Answers*.

- **Remember:**
  - ° The 2018-21 Data Use Agreement and Attachment D are due by January 31, 2019.
  - ° The FY 2018-19 Provider Participation Agreement is due by March 1, 2019.

For information regarding the LEA Medi-Cal Billing Option Program, visit the website at: http://www.dhcs.ca.gov/provgovpart/Pages/LEA.aspx

To subscribe/unsubscribe, go to: http://apps.dhcs.ca.gov/listsubscribe/default.aspx?list=DHCSLEA

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | DL-Special Education Division |
| **Subject:** | FW: Advisory Commission on Special Education February Meeting Agenda |
| **Date:** | Tuesday, February 12, 2019 2:36:03 PM |

**From:** SPECEDINFOSHARE

**Sent:** Tuesday, February 12, 2019 2:23 PM

**To:** acse <acse@mlist.cde.ca.gov>; ihe <ihe@mlist.cde.ca.gov>; ises <ises@mlist.cde.ca.gov>; nps-admins <nps-admins@mlist.cde.ca.gov>; seaco <seaco@mlist.cde.ca.gov>; selpa <selpa@mlist.cde.ca.gov>; spec-intrst-grp <spec-intrst-grp@mlist.cde.ca.gov>; workability <workability@mlist.cde.ca.gov>

**Subject:** Advisory Commission on Special Education February Meeting   Agenda

Date:          February 12, 2019

Subject:          Information Sharing from the State Director of Special Education

This message is to announce that the agenda for the February 20–21, 2019, meeting of the Advisory Commission on Special Education (ACSE) is available for viewing on the California Department of Education (CDE) ACSE Meeting Agendas, Summaries, and Webcasts web page at https://www.cde.ca.gov/sp/se/as/acsemtg.asp, and pursuant to the Bagley-Keene Act, was posted on or before February 8, 2019, before 5:00 p.m.

The ACSE meeting may also be viewed via live webcast from the CDE ACSE Meeting Webcast web page at https://www.cde.ca.gov/sp/se/as/acsemtgwebcast.asp.

The ACSE is an advisory panel which regularly meets and provides recommendations and advice to the State Board of Education, the Superintendent of Public Instruction, the Legislature, and the Governor in new or continuing areas of research, program development, and evaluation in California special education.

If you have any questions regarding this subject, please contact Matt Traverso, Associate Governmental Program Analyst, by phone at 916-323-3308 or by email at mtraverso@cde.ca.gov.

**From:**        SPECEDINFOSHARE
**To:**          DL-Special Education Division
**Subject:**     FW: Grazer Outstanding Achievement in Learning Award Applications Being Accepted
**Date:**        Thursday, February 14, 2019 11:57:43 AM

---

**From:** SPECEDINFOSHARE
**Sent:** Thursday, February 14, 2019 11:42  AM
**To:** acse <acse@mlist.cde.ca.gov>; ihe <ihe@mlist.cde.ca.gov>; ises <ises@mlist.cde.ca.gov>; nps-admins <nps-admins@mlist.cde.ca.gov>; seaco <seaco@mlist.cde.ca.gov>;  selpa <selpa@mlist.cde.ca.gov>;  spec-intrst-grp  <spec-intrst-grp@mlist.cde.ca.gov>; workability <workability@mlist.cde.ca.gov>
**Subject:** Grazer Outstanding Achievement in Learning Award Applications Being   Accepted

Date:          February 14, 2019

Subject:       Information Sharing from the State Director of Special Education

The California Advisory Commission on Special Education (ACSE) is now accepting applications for the 2018–19 Grazer Outstanding Achievement in Learning (GOAL) award. Deadline for submission is 5 p.m., April 15, 2018.

To highlight best practices and "what is working" in California for students with disabilities, the California Advisory Commission on Special Education (ACSE) is seeking to recognize exemplary local educational agencies (LEAs), schools, school-systems, initiatives, programs, and practices (hereby referred to as "Programs") that result in positive outcomes for students with disabilities in the State of California. Established by the ACSE with financial support from Hollywood producer Brian Grazer and his family, the GOAL award recognizes these innovative and replicable Programs with a monetary award, and encourages implementation of these Programs throughout California. Additional information may be found on the GOAL web page at https://www.cde.ca.gov/sp/se/as/acsegoalaward.asp.

If you have any questions regarding this subject, please contact Matt Traverso,

Associate Governmental Program Analyst, Special Education Division, by phone at

916-323-3308, or by email at mtraverso@cde.ca.gov.

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | DL-Special Education Division |
| **Subject:** | FW: Important: Nonpublic Schools and Agencies Certification Data Spreadsheet–February 2019 Update |
| **Date:** | Friday, February 15, 2019 9:01:19 AM |

**From:** SPECEDINFOSHARE
**Sent:** Friday, February 15, 2019 9:00 AM
**To:** selpa@mlist.cde.ca.gov
**Subject:** Important: Nonpublic Schools and Agencies Certification Data Spreadsheet–February 2019 Update

Date:         February 15, 2019

Subject:      Information Sharing from the Focused Monitoring and Technical Assistance VI Unit of the Special Education Division

The California Department of Education (CDE), Special Education Division (SED), is pleased to announce the February 2019 update to the Nonpublic, Nonsectarian Schools and Agencies Certification Data Worksheet on the CDE, Data Collection and Reporting web page at https://www.cde.ca.gov/sp/se/ds/.

The Nonpublic Schools and Agencies (NPS/A) Certification Data Worksheet contains certification information regarding all of the NPS/As certified by the CDE. Within this NPS/A spreadsheet are three worksheets that can be accessed by selecting the tabs at the bottom of the spreadsheet.

- Worksheet 1–Definition of Fields: The first tab provides each database field name used in this data worksheet and the definition of each field name.
- Worksheet 2–Nonpublic School Data: The second tab contains the actual Nonpublic School data.
- Worksheet 3–Nonpublic Agency Data: The third tab contains the actual Nonpublic Agency data.

This NPS/A Data Worksheet is updated once every month with the most current information based upon data entry completed by the SED staff.

If you have any questions please contact Focused Monitoring and Technical Assistance VI Unit by phone at 916-327-0141 or by email at NPSA@cde.ca.gov.

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | selpa@mlist.cde.ca.gov |
| **Subject:** | LEA Medi-Cal Billing Option: Memorandum of Understanding (MOU) |
| **Date:** | Thursday, February 21, 2019 10:32:43 AM |

The following message is being sent on behalf of the Local Educational Agency Medi-Cal Billing Option Program of the California Department of Health Care Services

*Please do not reply to this e-mail. If you have LEA policy or program questions, please forward them to the LEA mailbox at:  LEA@dhcs.ca.gov*

**As part of its review of State Plan Amendment (SPA) 15-021, the Centers for Medicare and Medicaid Services (CMS) has confirmed to the Department of Health Care Services (DHCS) that a Memorandum of Understanding between Local Educational Agencies (LEAs) participating in the LEA Medi-Cal Billing Option Program and Managed Care Plans (MCPs) is encouraged but will not be required upon implementation of SPA 15-021.**

- According to the LEA Medi-Cal Billing Option Program Provider Participation Agreement and the LEA Provider Manual, "*LEAs shall also coordinate care to minimize any duplication in services. LEAs may contract with Managed Care Plans (MCPs) or their delegated entities to render health care services separate and distinct from LEA BOP services if mutually agreeable terms can be reached between the LEA and MCPs.*"

- CMS will continue to work with DHCS' managed care partners on contract language regarding care coordination between LEAs and MCPs.

Tony Teresi, Chief
School-Based Medi-Cal Administrative Activities (SMAA)
Department of Health Care Services
(916) 345-7887

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | DL-Special Education Division |
| **Subject:** | FW: Call for Committee Members |
| **Date:** | Thursday, February 21, 2019 11:15:53 AM |
| **Attachments:** | Call for Committee Members.pdf |

**From:** SPECEDINFOSHARE
**Sent:** Thursday, February 21, 2019 11:14 AM
**To:** acse <acse@mlist.cde.ca.gov>; ihe <ihe@mlist.cde.ca.gov>; ises <ises@mlist.cde.ca.gov>; nps-admins <nps-admins@mlist.cde.ca.gov>;  seaco <seaco@mlist.cde.ca.gov>;  selpa <selpa@mlist.cde.ca.gov>; spec-intrst-grp  <spec-intrst-grp@mlist.cde.ca.gov>; workability <workability@mlist.cde.ca.gov>
**Subject:** Call for Committee  Members

Dear Education Partners:

Please see the attached letter regarding a call for committee members. I would appreciate it if you can share this request with your colleagues.

Submissions will be accepted via email between now and **Friday, March 1, 2019**.

Thank you for your assistance.

Sincerely,


Tony Thurmond
State Superintendent of Public Instruction

**From:**          SPECEDINFOSHARE
**To:**            DL-Special Education Division
**Subject:**       FW: Supporting Inclusive Practices Professional Development Events
**Date:**          Thursday, February 21, 2019 12:20:56 PM

---

**From:** SPECEDINFOSHARE
**Sent:** Thursday, February 21, 2019 12:20  PM
**To:** selpa@mlist.cde.ca.gov; seaco <seaco@mlist.cde.ca.gov>; acse <acse@mlist.cde.ca.gov>; nps-admins  <nps-admins@mlist.cde.ca.gov>;  workability <workability@mlist.cde.ca.gov>
**Subject:** Supporting Inclusive Practices Professional Development  Events

Date:          February 21, 2019

Subject:       Information Sharing from the State Director of Special Education

The Supporting Inclusive Practices (SIP) project provides support to local educational agencies (LEAs) focused on implementing, sustaining, and scaling up evidence-based inclusive practices.

SIP is currently offering the opportunity to participate in free, high-quality professional development events in an effort to provide resources and a network of support.

Register today at https://www.sipinclusion.org/what-we-do/events/ for the following events:

- March 4–5, 2019: SIP Universal Design for Learning (UDL) Bootcamp Presented by Dr. James McKenna (WestEnd SELPA, Rancho Cucamonga)

- April 2–3, 2019: SIP UDL Bootcamp Presented by Dr. James McKenna (Endowment Center, Sacramento)

- April 23, 2019: Dr. Anthony Muhammad: Creating High-Quality Professional Learning Communities (PLCs) and Transformational Change In Schools (Endowment Center, Sacramento)

- April 24, 2019: Dr. Anthony Muhammad: Creating High-Quality PLCs and Transformational Change In Schools (Rancho Palomar Education Center, San Diego)

- May 1–2, 2019: SIP UDL Bootcamp Presented by Dr. James McKenna (Bitwise Industries, Fresno)

- May 13–14, 2019: Anne Beninghof Co-Teaching Workshop: Specially Designed Instruction to Support Students With Significant Needs (Bitwise Industries, Fresno)

If you have any questions regarding this subject, please contact Noelia Hernández,

Education Programs Consultant, Special Education Division, by phone at 916-322-5101, or by email at nhernandez@cde.ca.gov.

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | selpa@mlist.cde.ca.gov |
| **Subject:** | LEA Medi-Cal Billing Option: April 2019 LEA Advisory Workgroup Meeting |
| **Date:** | Monday, February 25, 2019 11:05:45 AM |

The following message is being sent on behalf of the Local Educational Agency Medi-Cal Billing Option Program of the California Department of Health Care Services

**February 25, 2019**

*Please do not reply to this email. If you have LEA policy or program questions, please forward them to the LEA mailbox at LEA@dhcs.ca.gov.*

**You are invited to attend the Local Educational Agency (LEA) Medi-Cal Billing Option Program Advisory Workgroup bi-monthly meeting to be held on <mark>April 3, 2019.</mark>**

The meeting will take place from 10:30 a.m.–3:30 p.m. **at the following location:**

> Department of Health Care Services
> 1700 K Street, First Floor Conference Room
> Sacramento, CA 95814

Attendees are instructed to sign in at the security desk.

**Note that there will be a call-in feature offered for the first half of the meeting. Call-in information will be provided in a follow-up email to those that RSVP. Note that only the first half of the meeting is available to call in.**

The purpose of LEA Advisory Workgroup is to improve the LEA Medi-Cal Billing Option Program, by being inclusive of LEAs willing to participate and by bringing together professionals of all disciplines. The emphasis of the meetings is to strategize various goals and activities aimed at enhancing Medi-Cal services on school sites, increasing access of care to students, and increasing federal reimbursement for providing services to Medi-Cal eligible students. Participants within the LEA Advisory Workgroup must be employed by a LEA, school district or county office of education, and come prepared to participate and offer their input.

You are receiving this invitation because you are a LEA stakeholder involved in administering the LEA Medi-Cal Billing Option Program. Due to capacity constraints, we request that no more than one representative from your LEA attend this meeting. If you would like to have another LEA Medi-Cal Billing Option Program administrator from your LEA attend in your place, please let us know.

The LEA Advisory Workgroup meeting will include an exchange of information in the morning session, and breakout discussions on important relevant topics in the afternoon session. If you choose to remain for the afternoon session be prepared to brainstorm, provide input and provide follow-up support. **Please note that participation in the afternoon session may require additional follow-up action items. <mark>Representatives from third party vendors or billing agents may call in to</mark>**

**the first half of the meeting, which will be informative in nature, but will not be included in the second half of the meeting.**

**Please RSVP by March 18, 2019 by emailing the LEA Program directly at cheryl.ward@dhcs.ca.gov and indicate whether you will attend in person or call in.**

A meeting Agenda, Status Update Summary and Breakout Discussion Materials will be distributed within two weeks prior to the meeting, **to those who RSVP that they will be attending.**

**Please note the remaining scheduled meeting dates at 1700 K Street, through FY 2018-19 and FY 2019-20:**

- June 5, 2019
- August 7, 2019
- October 2, 2019
- December 4, 2019
- February 12, 2010
- April 8, 2020
- June 3, 2020

For information regarding the LEA Medi-Cal Billing Option Program, visit the website at: http://www.dhcs.ca.gov/provgovpart/Pages/LEA.aspx

To subscribe/unsubscribe, go to: http://apps.dhcs.ca.gov/listsubscribe/default.aspx?list=DHCSLEA

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | DL-Special Education Division |
| **Subject:** | FW: California MTSS: Know My Name, Face & Story - 2019 CA MTSS PLI |
| **Date:** | Monday, March 4, 2019 11:01:50 AM |

**From:** SPECEDINFOSHARE
**Sent:** Monday, March 4, 2019 10:58  AM
**To:** acse <acse@mlist.cde.ca.gov>; ihe <ihe@mlist.cde.ca.gov>; ises <ises@mlist.cde.ca.gov>; nps-admins <nps-admins@mlist.cde.ca.gov>; seaco <seaco@mlist.cde.ca.gov>;  selpa <selpa@mlist.cde.ca.gov>;  spec-intrst-grp  <spec-intrst-grp@mlist.cde.ca.gov>; workability <workability@mlist.cde.ca.gov>
**Subject:** California MTSS: Know My Name, Face & Story - 2019 CA MTSS  PLI

Date:          March 4, 2019

Subject:          Information Sharing from the State Director of Special Education

The Orange County Department of Education, Butte County Office of Education, and the UCLA Center for the Transformation of Schools are hosting the 3rd Annual California Multi-Tiered System of Support (MTSS) Professional Learning Institute (PLI) on July 29–31, 2019 at the Long Beach Convention Center. This year's theme is "All Means All - Know My Name, Face, and Story."

The annual institute is a major educational event for educators and community members committed to creating inclusive and equitable school conditions for students and families. Stakeholders are invited to share promising practices that support the academic, behavioral, and social-emotional success of all students.

The 2019 California MTSS PLI theme "All Means All - Know My Name, Face, and Story" will focus on promoting excellence, equity, and access for all learners. The planning committee is excited to offer our participants the opportunity to engage deeply with the California MTSS Framework and the California Department of Education's School Conditions and Climate Work Group Recommendation Framework (CCWG).

Visit https://camtsspli.ocde.us for information regarding event registration and hotel accommodations.

We are looking forward to seeing you at this year's event.

Joseph Bishop, Ph.D.
Director for the Center for the Transformation of Schools, University of California, Los Angeles

Rindy DeVoll
MTSS Director for Rural California, Butte County Office of Education

Christine Olmstead, Ed.D.
Associate Superintendent, Orange County Department of Education

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | selpa@mlist.cde.ca.gov |
| **Subject:** | LEA Medi-Cal Billing Option Program SAVE THE DATE - SPA 15-021 General Training (Southern California) |
| **Date:** | Monday, March 4, 2019 11:22:16 AM |

The following message is being sent on behalf of the Local Educational Agency Medi-Cal Billing Option Program of the California Department of Health Care Services

**March 1, 2019**

*Please do not reply to this email. If you have LEA policy or program questions, please forward them to the LEA mailbox at:* LEA@dhcs.ca.gov.

**Southern California – Save the Date!**

> **Subject: Local Educational Agency (LEA) Medi-Cal Billing Option Program (BOP) State Plan Amendment (SPA) 15-021 General Overview Training**
>
> **Topics Covered:** Overview of Program changes related to SPA 15-021, including the addition of Random Moment Time Survey for LEA BOP practitioners, qualifications required to bill new practitioners, requirements to bill new covered services, documentation requirements and future cost reporting changes. The training will also cover how to bill for qualified services rendered back to the SPA's 7/1/15 effective date.
>
> **Suggested Attendees:** LEA Medi-Cal Billers and Program Coordinators; LEAs, School Districts or County Offices of Education currently participating or interested in participating in the LEA BOP; LEA BOP Billing Vendors; Local Educational Consortiums (LECs) and Local Governmental Agencies (LGAs); School-Based Associations
>
> **Date:** April 22, 2019
>
> **Time:** tbd
>
> **Location:** 200 Kalmus Drive, Costa Mesa, CA 92626
>
> In preparation for the approval of SPA 15-021 by the Centers for Medicare and Medicaid Services, DHCS will conduct three General Overview SPA 15-021 trainings for stakeholders that participate in the LEA BOP. This announcement is a 'Save the Date' for the Southern California in-person training. ***Note that there is no action that you need to take at this time, and a training outline and registration information will follow within the next few weeks.***

Please note that there will also be a Northern California in-person training located in Sacramento, and a statewide Webinar Training. The dates for those two trainings will be later this Spring, and stakeholders will be notified once those dates are established.

For information regarding the LEA Medi-Cal Billing Option Program, visit the website at: http://www.dhcs.ca.gov/provgovpart/Pages/LEA.aspx

To subscribe/unsubscribe, go to: http://apps.dhcs.ca.gov/listsubscribe/default.aspx?list=DHCSLEA02

**From:**     SPECEDINFOSHARE
**To:**       DL-Special Education Division
**Subject:**  FW: Statewide Access to Partnering with Parents Survey
**Date:**     Monday, March 4, 2019 4:20:18 PM

**From:** SPECEDINFOSHARE
**Sent:** Monday, March 4, 2019 4:19 PM
**To:** selpa@mlist.cde.ca.gov; seaco <seaco@mlist.cde.ca.gov>; acse <acse@mlist.cde.ca.gov>; nps-admins <nps-admins@mlist.cde.ca.gov>; workability <workability@mlist.cde.ca.gov>
**Subject:** Statewide Access to Partnering with Parents  Survey

Date:         March 4, 2019

Subject:        Information Sharing from the Programs and Partnerships Unit of the Special Education Division

The California Department of Education (CDE), Special Education Division (SED), is pleased to announce statewide availability of the Partnering with Parents Survey. Previously, the survey was only available to parents from local educational agencies (LEAs) that were under Comprehensive Review. The survey is now accessible to all parents in California as an option to provide feedback to the SED.

The survey questions span four critical areas for parents and families:

- school's efforts to partner with parents

- quality of services

- impact of special education services on families

- parent participation

The survey will be open during the school year from September 1 through May 31. It can be completed online in English or Spanish at:
https://seedsofpartnership.org/pwpsurvey/index.html.

The information gathered from this survey will assist the CDE, SED to gain parent perspective of their experience and their child's experience with special education. The survey will also provide the opportunity to identify areas of strength as well as areas that may need program improvement.

If you have any questions regarding this subject, please contact Noelia Hernández, Education Programs Consultant, Special Education Division, by phone at 916-322-5101, or by email at nhernandez@cde.ca.gov.

**From:**    SPECEDINFOSHARE
**To:**    DL-Special Education Division
**Subject:**    FW: 60 Day Public Notice Period for Part B of the Individuals with Disabilities Education Act Annual State Funding
Application
**Date:**    Tuesday, March 12, 2019 9:41:34 AM

---

**From:** SPECEDINFOSHARE

**Sent:** Tuesday, March 12, 2019 9:40  AM

**To:** acse <acse@mlist.cde.ca.gov>; ihe <ihe@mlist.cde.ca.gov>; ises <ises@mlist.cde.ca.gov>; nps-admins <nps-admins@mlist.cde.ca.gov>;  seaco <seaco@mlist.cde.ca.gov>;  selpa <selpa@mlist.cde.ca.gov>;  spec-intrst-grp  <spec-intrst-grp@mlist.cde.ca.gov>; workability <workability@mlist.cde.ca.gov>

**Subject:** 60 Day Public Notice Period for Part B of the Individuals with Disabilities Education Act Annual State Funding  Application

Date:           March 12, 2019

Subject:         Information Sharing from the State Director of Special Education

The California Department of Education (CDE), Special Education Division, completed its preliminary application for federal fiscal year (FFY) 2019 funding under the Individuals with Disabilities Education Act (IDEA), as amended in 2004, Public Law 108–446. This application is available on the CDE California's Annual State Application for 2019 web page at https://www.cde.ca.gov/sp/se/as/fndapp19.asp.

The 60-day public notice period and the 30-day comment period occurs prior to the May 17, 2019, submission to the United States Department of Education, Office of Special Education Programs (OSEP). The 60-day public notice period is from March 12, to May 13, 2019. The 30 day comment period will take place later this month, and a separate email announcing the comment period will be forthcoming.

The IDEA Part B Grant application for the state is comprised of the following sections:

- Section I and II - The state plan and description of current policies and procedures is a series of assurances and certifications of federal policies detailed by the Education Department General Administrative Regulations (EDGAR).

- Section III – The description of the use of IDEA funds maintained by the state for administration and for other State activities. The administration and other State activities are listed on an Excel spreadsheet.

- Section IV - The list identifying any rule, regulation, or policy that is state-imposed and not required by IDEA or Federal regulations (Section IV).

OSEP requires the state to follow this application process for funding.

Send written comments to Chris Essman, Education Programs Consultant, Office of the Associate Director, Special Education Division, by email at PartBapp@cde.ca.gov or by mail to:

Chris Essman, Education Programs Consultant
Special Education Division
California Department of Education
1430 N Street, Suite 2401
Sacramento, CA 95814-5901

If you have questions about this application, contact Chris Essman, Education Programs Consultant, Office of the Associate Director, Special Education Division, by email at PartBapp@cde.ca.gov or by phone at 916-327-3507.

**Please distribute this announcement to all interested parties.**

**From:**      SPECEDINFOSHARE
**To:**        DL-Special Education Division
**Subject:**   FW: Out-of-State Nonpublic Agency Certification Requirements
**Date:**      Friday, March 15, 2019 1:17:39 PM

**From:** SPECEDINFOSHARE
**Sent:** Friday, March 15, 2019 1:12 PM
**To:** selpa@mlist.cde.ca.gov
**Subject:** Out-of-State Nonpublic Agency Certification Requirements

Date:            March 15, 2019

Subject:         Official Message from the State Director of Special Education

The purpose of this correspondence is to reiterate the requirement that any nonpublic agency (NPA) located out-of-state must be certified by the state of location to provide related services as an eligibility requirement to become certified by the California Department of Education (CDE), in accordance with California *Education Code* (*EC*) Section 56365(h) and *California Code of Regulations*, Title 5 (5 *CCR*) Section 3060(c) (18):

> ***EC* 56365(h)**
>
> *In addition to meeting the requirements of Section 56366.1, a nonpublic, nonsectarian school or agency that operates a program outside of this state shall be certified or licensed by that state to provide, respectively, special education and related services and designated instruction and related services to pupils under the federal Individuals with Disabilities Education Act (20 U.S.C Sec 1400 et seq.)*
>
> ***5 CCR* 3060(c)(18)**
>
> *Each nonpublic school or nonpublic agency application shall include all information required by the CDE's application pursuant to Education Code sections 56366.1(a) and (b) and:*
>
> *(18) for out-of-state applicants, a copy of the current certification or license by the state education agency to provide education services to individuals with exceptional needs under the Individuals with Disabilities Education Act;*

Effective immediately, new out-of-state applicants that do not meet the requirements set forth in statue and regulations will not qualify for certification. NPAs that currently hold a certification will be allowed to maintain certification through their current certification end date, but must provide evidence of certification by the state of location to be considered for certification renewal by the CDE.

Contracting local educational agencies or special education local plan areas should

strive to locate and contract with providers located in California prior to contracting with providers outside the state, in accordance with *EC* 56365(e):

> *Before contracting with a nonpublic, nonsectarian school or agency outside of this state, the local educational agency shall document its efforts to utilize public schools or to locate an appropriate nonpublic, nonsectarian school or agency program, or both, within the state.*

If the contracting entity cannot identify an appropriate NPA to provide related services, *EC* 56366.2 allows the contracting entity to submit a petition to waive portions of *EC* 56365, 56366, 56366.3, and 56366.6

In addition, *EC* 56365(f) requires the contracting entity to submit a report to the CDE within 15 days of a decision to place a student with an out-of-state NPA.

> *If a local educational agency places a pupil with a nonpublic, nonsectarian school or agency outside of this state, the pupil's individualized education program team shall submit a report to the [CDE] within 15 days of the placement decision. The report shall include information about the special education and related services provided by the out-of-state program placement and the costs of the special education and related services provided, and shall indicate the efforts of the local educational agency to locate an appropriate public school or nonpublic, nonsectarian school or agency, or a combination thereof, within the state. The [CDE] shall submit a report to the board on all placements made outside of this state.*

If there are any questions regarding this subject, please contact Thomas Williamson, Staff Services Manager I, Nonpublic Agencies Unit, by phone at 916-327-0141 or by email at NPSA@cde.ca.gov.

**From:**        SPECEDINFOSHARE
**To:**          DL-Special Education Division
**Subject:**     FW: Access to Inclusive Early Learning and Care Programs for Students with Disabilities
**Date:**        Tuesday, March 19, 2019 2:26:30 PM

---

**From:** SPECEDINFOSHARE
**Sent:** Tuesday, March 19, 2019 2:25  PM
**To:** acse <acse@mlist.cde.ca.gov>; ihe <ihe@mlist.cde.ca.gov>; ises <ises@mlist.cde.ca.gov>; nps-admins <nps-admins@mlist.cde.ca.gov>; seaco <seaco@mlist.cde.ca.gov>;  selpa <selpa@mlist.cde.ca.gov>;  spec-intrst-grp  <spec-intrst-grp@mlist.cde.ca.gov>; workability <workability@mlist.cde.ca.gov>
**Subject:** Access to Inclusive Early Learning and Care Programs for Students with   Disabilities

Date:          March 19, 2019

Subject:       Official Message from the State Director of Special Education

Developing inclusive early learning and care programs for students with disabilities is a priority for the state of California. Section 8492 (a) of the *Education Code* states:

> Early childhood inclusion embodies the values, policies, and practices that support the right of every infant and young child and his or her family, regardless of ability, to participate in a broad range of activities and contexts as full members of families, communities, and society.

Assembly Bill (AB) 1808 (Chapter 32, Statutes of 2018) allocated significant funding to increase inclusive opportunities for students with disabilities to participate in infant, toddler, and preschool programs with their same aged peers.

First, AB 1808 established the Inclusive Early Learning and Care Coordination Program (IELCCP) as a grant program for county offices of education. The goal of this grant is to increase access for young children birth to five years old to inclusive early learning and care programs. The request for applications (RFA) due date for this grant has passed. However, for reference or more information, you may visit the IELCCP RFA web page at https://www.cde.ca.gov/fg/fo/r2/ielccp1819rfa.asp.

In addition, AB 1808 included $167,242,000 for the Inclusive Early Education Expansion Program (IEEEP). The goal of the IEEEP is to assist local educational agencies (LEA) to improve access to inclusive environments. Funds may be used for adaptive and universal design facility renovations, adaptive equipment, and professional development. Funding will be awarded through a competitive grant process and the California Department of Education (CDE) will keep LEAs apprised of the opportunity to apply.

These newly established statewide grant programs create an opportunity to renew our commitment to inclusive practices in early learning and care settings. This letter

reaffirms expectations for access to inclusive early learning and care programs for students with disabilities in California by highlighting two important documents issued by U.S. Department of Education and the U.S. Department of Health and Human Services in the past few years. An electronic version of this letter is available on the CDE Special Education Director's Official Letters web page at https://www.cde.ca.gov/sp/se/lr/om031819.asp.

The CDE looks forward to working with LEAs to expand inclusive, high-quality early learning and care settings across the state. We see this early intervention as a valuable opportunity to see young children and students thrive by providing a superior foundation for their endeavors in both school and in life.

For questions regarding this subject, please contact Sheila Self, Education Programs Consultant, Special Education Division, by phone at 916-327-3538 or by email at SSelf@cde.ca.gov.

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | acse@mlist.cde.ca.gov; seaco@mlist.cde.ca.gov; selpa@mlist.cde.ca.gov |
| **Subject:** | Inclusive Early Education Expansion Program Request for Application Announcement |
| **Date:** | Friday, March 22, 2019 11:48:59 AM |

DATE:          March 22, 2019

SUBJECT:       Official Message from the State Director of Special Education

California Assembly Bill 1808 (Chapter 32, Statutes of 2018) established the Inclusive Early Education Expansion Program (IEEEP). AB 1808 appropriated $167,242,000 in General Funds to the State Superintendent of Public Instruction for allocation to local educational agencies (LEAs) for the purposes of increasing access to early learning and care (ELC) settings the child would attend if he or she did not have a disability.

The IEEEP is established for the purpose of increasing access to inclusive ELC programs in low-income and high-need communities for children with disabilities, including children with severe disabilities. Key to successful inclusion of children with disabilities is a strong partnership among LEAs, public and private community-based child care, and preschool programs.

The grant period will begin no later than June 28, 2019, and end on June 30, 2023. Only LEAs may apply, either independently or on behalf of a consortium including public and private agencies, that will provide subsidized inclusive ELC programs, which include children with disabilities, including children with severe disabilities.

Grants will be awarded on a competitive basis.

To apply for the IEEEP Grant, visit https://www.cde.ca.gov/fg/fo/r2/ieeep1819rfa.asp.

| | |
|---|---|
| The Inclusive Early Education Expansion Program (IEEEP) Request for Application (RFA) Release Date | March 22, 2019 |
| Request for Application (RFA) questions submitted by email to IEEEP@cde.ca.gov | March 27, 2019 |
| IEEEP Webinar | March 29, 2019 |
| **Deadline to submit the IEEEP Letter of Intent** | **April 1, 2019** |
| **IEEEP Application due to the California Department of Education (CDE)** | **May 3, 2019** |
| The Application Review Process will use the Reading and Scoring criteria specified in the RFA. | May 6–17, 2019 |
| Initial Intent to Fund notice will be posted | May 20, 2019 |
| Appeals must be submitted to the Early Learning and Care Division (ELCD). | May 21–June 5, 2019 |
| Review of appeals | June 6–19, 2019 |
| Final list of awardees posted | June 21, 2019 |
| Start Date | June 28, 2019 |

For questions regarding this subject, please contact the IEEEP Help Desk by email at IEEEP@cde.ca.gov.

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | DL-Special Education Division |
| **Subject:** | FW: Update Regarding Inclusive Early Education Expansion Program Request for Application |
| **Date:** | Monday, March 25, 2019 10:25:08 AM |

**From:** SPECEDINFOSHARE

**Sent:** Monday, March 25, 2019 10:23  AM

**To:** acse <acse@mlist.cde.ca.gov>; seaco <seaco@mlist.cde.ca.gov>;  selpa@mlist.cde.ca.gov

**Subject:** Update Regarding Inclusive Early Education Expansion Program Request for   Application

Date:          March 25, 2019

Subject:          Information Sharing from the State Director of Special Education

This email is to inform you that the previously issued message announcing the Request for Applications (RFA) for the fiscal year 2018–19 Inclusive Early Education Expansion Program (IEEEP) grant was issued prematurely. The RFA will be posted and announced at a later date.

For questions regarding this subject, please contact the IEEEP Help Desk by email at IEEEP@cde.ca.gov.

| From: | SPECEDINFOSHARE |
| To: | selpa@mlist.cde.ca.gov |
| Subject: | LEA Medi-Cal Billing Option Program: SAVE THE DATES - SPA 15-021 SoCal/NorCal General Training |
| Date: | Wednesday, March 27, 2019 3:08:03 PM |

The following message is being sent on behalf of the Local Educational Agency Medi-Cal Billing Option Program of the California Department of Health Care Services

**March 26, 2019**

*Please do not reply to this email. If you have LEA policy or program questions, please forward them to the LEA mailbox at: LEA@dhcs.ca.gov.*

# Southern California & Northern California Training–Save the   Dates!

In preparation for the approval of State Plan Amendment (SPA) 15-021 by the Centers for Medicare and Medicaid Services, DHCS will conduct two General Overview SPA 15-021 trainings for stakeholders that participate in the Local Educational Agency (LEA) Medi-Cal Billing Option Program (BOP). This announcement is a 'Save the Date' for both the Southern and Northern California in-person training sessions. ***Note that there is no action that you need to take at this time, and a training outline, registration, and dial-in information will follow within the next few weeks.***

>**Subject: LEA Medi-Cal Billing Option Program SPA 15-021 General Overview Trainings – Southern California and Northern California**
>
>**Topics Covered:**
>
>Overview of Program changes related to SPA 15-021, including the addition of Random Moment Time Survey for LEA BOP practitioners, qualifications required to bill new practitioners, requirements to bill new covered services, documentation requirements and future cost reporting changes. The training will also cover how to bill for qualified services rendered back to the SPA's July 1, 2015 effective date.
>
>**Suggested Attendees:**
>
>LEA Medi-Cal Billers and Program Coordinators; LEAs, School Districts or County Offices of Education currently participating or interested in participating in the LEA BOP; LEA BOP Billing Vendors; Local Educational Consortiums (LECs) and Local Governmental Agencies (LGAs); School-Based Associations
>
>**Dates and Locations:**
>
>**April 22, 2019 @ 200 Kalmus Drive, Costa Mesa 92626 (Southern CA)** (open hyperlink for directions)
>
>**May 9, 2019 @ 1700 K Street, Sacramento, CA 95822 (Northern CA)** (open

hyperlink for directions)

Video conference capabilities available at both meetings via Zoom and WebEx (dial-in information to follow)

**Time:**

10:00 AM to 3:00 PM

Lunch 12:00 PM to 1:00 PM

***DHCS will post the PowerPoint slides and Q&As from the trainings on the LEA BOP website.***

For information regarding the LEA Medi-Cal Billing Option Program, visit the website at: http://www.dhcs.ca.gov/provgovpart/Pages/LEA.aspx

To subscribe/unsubscribe, go to: http://apps.dhcs.ca.gov/listsubscribe/default.aspx?list=DHCSLEA02

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | DL-Special Education Division |
| **Subject:** | FW: Public Comment Period for Part B of the Individuals with Disabilities Education Act Annual State Funding Application |
| **Date:** | Thursday, March 28, 2019 1:51:49 PM |

**From:** SPECEDINFOSHARE

**Sent:** Thursday, March 28, 2019 1:51  PM

**To:** acse <acse@mlist.cde.ca.gov>; ihe <ihe@mlist.cde.ca.gov>; ises <ises@mlist.cde.ca.gov>; nps-admins <nps-admins@mlist.cde.ca.gov>;  seaco <seaco@mlist.cde.ca.gov>;  selpa <selpa@mlist.cde.ca.gov>;  spec-intrst-grp  <spec-intrst-grp@mlist.cde.ca.gov>; workability <workability@mlist.cde.ca.gov>

**Subject:** Public Comment Period for Part B of the Individuals with Disabilities Education Act Annual State Funding Application

Date:          March 28, 2019

Subject:          Information Sharing from the State Director of Special Education

The California Department of Education (CDE), Special Education Division, completed its preliminary application for federal fiscal year 2019 funding under the Individuals with Disabilities Education Act, as amended in 2004, Public Law 108–446. This application can be found on the CDE California's Annual State Application for 2019 Web page at https://www.cde.ca.gov/sp/se/as/fndapp19.asp.

The 60–day public notice period and the 30–day comment window occurs prior to the May 17, 2019, submission to the U.S. Department of Education, Office of Special Education Programs.

The CDE, Special Education Division will accept public comment on the application March 29, 2019, through April 30, 2019. Persons submitting comments on specific items in the application should identify the item, referenced by the page number, and specify your input pertaining to the specific item. Input will be considered if submitted to, and received by, the CDE contact person listed below prior to 5 p.m., April 30, 2019.

Send written comments to Chris Essman, Education Programs Consultant, Office of the Associate Director, Special Education Division, by email at PartBapp@cde.ca.gov or by mail to:

California Department of Education
Special Education Division
Attention: Chris Essman
1430 N Street, Suite 2401
Sacramento, CA 95814

**Please distribute this announcement to all interested parties.**

**From:**     SPECEDINFOSHARE
**To:**       DL-Special Education Division
**Subject:**  FW: Important: Nonpublic Schools and Agencies Certification Data Spreadsheet – April 2019 Update
**Date:**     Tuesday, April 2, 2019 8:37:32 AM

---

**From:** SPECEDINFOSHARE

**Sent:** Tuesday, April 2, 2019 8:35  AM

**To:** selpa@mlist.cde.ca.gov

**Subject:** Important: Nonpublic Schools and Agencies Certification Data Spreadsheet – April 2019 Update

Date:          April 2, 2019

Subject:          Information Sharing from the Focused Monitoring and Technical Assistance VI Unit of the Special Education Division

The California Department of Education (CDE), Special Education Division (SED), is pleased to announce the April 2019 update to the Nonpublic, Nonsectarian Schools and Agencies Certification Data Worksheet on the CDE, Data Collection and Reporting Web page at https://www.cde.ca.gov/sp/se/ds/.

The Nonpublic Schools and Agencies (NPS/A) Certification Data Worksheet contains certification information regarding all of the NPS/As certified by the CDE. Within this NPS/A spreadsheet are three worksheets that can be accessed by selecting the tabs at the bottom of the spreadsheet.

- Worksheet 1–Definition of Fields: The first tab provides each database field name used in this data worksheet and the definition of each field name.
- Worksheet 2–Nonpublic School Data: The second tab contains the actual Nonpublic School data.
- Worksheet 3–Nonpublic Agency Data: The third tab contains the actual Nonpublic Agency data.

This NPS/A Data Worksheet is updated once every month with the most current information based upon data entry completed by the SED staff.

If you have any questions please contact the Focused Monitoring and Technical Assistance VI Unit by phone at 916-327-0141 or by email at NPSA@cde.ca.gov.

**From:** SPECEDINFOSHARE
**To:** DL-Special Education Division
**Subject:** FW: Update to the 2018–19 Special Education Personnel Data Report
**Date:** Wednesday, April 3, 2019 11:13:55 AM

**From:** SPECEDINFOSHARE
**Sent:** Wednesday, April 3, 2019 11:12  AM
**To:** selpa-mis  (selpa-mis@mlist.cde.ca.gov) <selpa-mis@mlist.cde.ca.gov>
**Subject:** FW: Update to the 2018–19 Special Education Personnel Data   Report

**From:** SPECEDINFOSHARE
**Sent:** Wednesday, April 3, 2019 11:11  AM
**To:** selpa@mlist.cde.ca.gov;  seaco <seaco@mlist.cde.ca.gov>
**Subject:** Update to the 2018–19 Special Education Personnel Data   Report

Date:            April 3, 2019

Subject:         Official Message from the Data, Evaluation and Analysis Unit of the Special Education Division

The 2018–19 Special Education Personnel Data Report is required by the Individuals with Disabilities Education Act. Following are instructions for completing and submitting the 2018–19 report, which is due Monday, June 17, 2019, at 5 p.m.

The 2018–19 Personnel Data Report Technical Assistance Guide (TAG) is available for download on the exFiles File Transfer System web page at https://www3.cde.ca.gov/exfiles/downloadurl.aspx? pid=111&dc=f457d16b4c914492bd.

The Special Education Personnel Data Report website is located at http://www3.cde.ca.gov/specialeducationpersonnel/logon.aspx.

To access the special education local plan area (SELPA) and local educational agency (LEA) report, both a system and a LEA password are necessary. Because this report does not include confidential data, each SELPA and its LEAs will share the same passwords. Passwords will be unique from SELPA to SELPA. Directors are asked to distribute the unique SELPA passwords to the member LEAs and charters.

As a security measure, a separate letter containing the passwords will be sent to the SELPA director and the California Special Education Management Information System (CASEMIS) contact.

If you have questions regarding this subject, please contact CASEMIS by phone at 916-327-3651 or by email at casemis@cde.ca.gov; or May Kwong, Information

Technology Specialist I, by phone at 916-322-5898 or by email at mkwong@cde.ca.gov.

**From:**       SPECEDINFOSHARE
**To:**         DL-Special Education Division
**Subject:**    FW: Advisory Commission on Special Education April Meeting Agenda
**Date:**       Monday, April 8, 2019 1:59:24 PM

**From:** SPECEDINFOSHARE
**Sent:** Monday, April 8, 2019 1:56  PM
**To:** acse <acse@mlist.cde.ca.gov>; ihe <ihe@mlist.cde.ca.gov>; ises <ises@mlist.cde.ca.gov>; nps-admins <nps-admins@mlist.cde.ca.gov>; seaco <seaco@mlist.cde.ca.gov>;  selpa <selpa@mlist.cde.ca.gov>;  spec-intrst-grp  <spec-intrst-grp@mlist.cde.ca.gov>; workability <workability@mlist.cde.ca.gov>
**Subject:** Advisory Commission on Special Education April Meeting   Agenda

Date:           April 8, 2019

Subject:        Information Sharing from the State Director of Special Education

This message is to announce that the agenda for the April 17–18, 2019, meeting of the Advisory Commission on Special Education (ACSE) is available for viewing on the California Department of Education (CDE) ACSE Meeting Agendas, Summaries, and Webcasts web page at https://www.cde.ca.gov/sp/se/as/acsemtg.asp, and pursuant to the Bagley-Keene Act, was posted on or before April 5, 2019, before 5:00 p.m.

The ACSE meeting may also be viewed via live webcast from the CDE ACSE Meeting Webcast web page at https://www.cde.ca.gov/sp/se/as/acsemtgwebcast.asp.

The ACSE is an advisory panel which regularly meets and provides recommendations and advice to the State Board of Education, the Superintendent of Public Instruction, the Legislature, and the Governor in new or continuing areas of research, program development, and evaluation in California special education.

If you have any questions regarding this subject, please contact Matt Traverso, Associate Governmental Program Analyst, by phone at 916-323-3308 or by email at mtraverso@cde.ca.gov.

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | DL-Special Education_Division |
| **Subject:** | FW: Desired Results Developmental Profiles (DRDP) (2015)  Update |
| **Date:** | Monday, April 15, 2019 1:15:26 PM |

---

**From:** SPECEDINFOSHARE
**Sent:** Monday, April 15, 2019 1:15 PM
**To:** seaco <seaco@mlist.cde.ca.gov>; selpa <selpa@mlist.cde.ca.gov>
**Subject:** Desired Results Developmental Profiles (DRDP) (2015) Update

Date:          April 15, 2019

Subject:       Official Message from the Programs and Partnerships Unit of the Special Education Division

The Special Education Division (SED) is converting to the California Longitudinal Pupil Achievement Data System (CALPADS). New procedures are contained in this communication regarding the new DRDP (2015) submission requirements.

Please note the following information regarding the DRDP (2015) assessment:

Children Assessed:
- **All** infants and toddlers with Individualized Family Service Plans served by local educational agencies  and reported to the SED.

- **All** preschool-age children (three to five years old, not enrolled in transitional kindergarten or kindergarten) with Individualized Education Programs.

Assessor Training on the DRDP (2015):
- **All** early intervention, special educators, and speech and language pathologists who are primary service providers are required to assess children with the DRDP (2015) and must complete online training through the Desired Results Access Project's Learning Center at www.draccessLearn.org in preparation for the assessment. This includes Designated Instructional Services providers who may contribute to the completion of the DRDP. The Learning Center is open for assessors who have not yet completed training.

- Fall 2019 Training Courses:
  o  **For assessors who have not completed training:** Register for, or complete, the "Using the DRDP (2015) for Special Education" training (including the demonstration of rating skills).
  o  **For all new assessors who** may join your staff in fall 2019, register for "Using the DRDP (2015) for Special Education" and complete the new creating child reports module.
  o  **For all assessors who are returning, use an existing account to complete the creating child report module,** "Using DRDP (2015) Reports for Special Education."

**Note: It is the intention of the California Department of Education to provide additional DRDP learning modules on specific topics to support assessors.**
Assessor Data Submission:

- Data submission for special education **DRDP assessors** remains the same as prior years. Assessors will continue to enter DRDP (2015) data into the management information system twice yearly. Teachers may produce child level reports at any time after submitting rating records.

SELPA Data Submission:

- Beginning this spring, SELPA Directors will submit DRDP (2015) data file twice yearly to the Desired Results Access Project data submission system at DRAccessData.org rather than to the California Special Education Management Information System (CASEMIS). SELPA Directors and data managers will receive account information via email in April.

- Training is available in April and May 2019. Register at https://www.surveygizmo.com/s3/4911749/DR-Access-Data-Training-Webinar-Registration.

For more information, contact the Desired Results Access Project by email at data@draccess.org or by phone at 1-800-673-9220 x 5.
If you have any questions regarding this subject, please contact Patty Salcedo by email at patricia.salcedo@draccess.org or by phone at 707-477-4570.

**Desired Results Access Project**
https://www.draccess.org/?
utm_source=Campaigner&utm_campaign=DATA_Sp2019_Updates&utm_content=33723101&cmp=1&utm_medium=email

Napa County Office of Education, Research and Professional Development Center
1450 Technology Lane, Suite 200, Petaluma, CA 94954
**Phone: 800-673-9220 or 707-227-5963 | Email:** info@draccess.org
Funded by the California Department of Education, Special Education Division

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | selpa@mlist.cde.ca.gov |
| **Subject:** | LEA Program Southern California Training RSVP |
| **Date:** | Monday, April 15, 2019 2:09:46 PM |

The following message is being sent on behalf of the Local Educational Agency Medi-Cal Billing Option Program of the California Department of Health Care Services

**April 12, 2019**

*Please do not reply to this email. If you have LEA policy or program questions, please forward them to the LEA mailbox at: LEA@dhcs.ca.gov*

**Southern California Training**

In preparation for the approval of State Plan Amendment (SPA) 15-021 by the Centers for Medicare and Medicaid Services, the Department of Health Care Services will conduct two General Overview SPA 15-021 trainings for stakeholders that participate in the Local Educational Agency (LEA) Medi-Cal Billing Option Program. This announcement is a request for RSVP for the Southern California in-person training session.

***To attend in person, please reply with an RSVP to amarbir.takhar@dhcs.ca.gov. For call-in information please see below.***

> **Subject:**
>
> LEA Medi-Cal Billing Option Program SPA 15-021 General Overview Training – Southern California
>
> **Date:**
>
> Monday April 22, 2019
>
> **Time:**
>
> 10:00 AM to 3:00 PM; Lunch 12:00 PM to 1:00 PM
>
> **Location:**
>
> Orange County Department of Education
>
> 200 Kalmus Drive, Costa Mesa 92626
>
> **Topics Covered:**
>
> Overview of program changes related to SPA 15-021, including the addition of Random Moment Time Survey, qualifications required to bill for new practitioners, requirements to bill for new covered services, documentation requirements and an overview of future cost reporting changes.

**Suggested Attendees:**

Local Educational Agency program coordinators and billers; Local Educational Consortiums (LECs); Local Governmental Agencies (LGAs); School-Based Associations

**Call-In Information:**

Join Zoom Meeting:

https://ocde.zoom.us/j/306923581

669 900 6833 US

877 853 5257 US Toll-free
855 880 1246 US Toll-free

Meeting ID: 306 923 581

***Please note that lunch will not be provided. DHCS will post the PowerPoint slides and Q&As from the trainings on the LEA Program website.***

For information regarding the LEA Medi-Cal Billing Option Program, visit the website at: http://www.dhcs.ca.gov/provgovpart/Pages/LEA.aspx

To subscribe/unsubscribe, go to: http://apps.dhcs.ca.gov/listsubscribe/default.aspx?list=DHCSLEA02

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | DL-Special Education Division |
| **Subject:** | FW: 2019-20 Annual Budget and Service Plans |
| **Date:** | Tuesday, April 23, 2019 10:25:46 AM |

**From:** SPECEDINFOSHARE
**Sent:** Tuesday, April 23, 2019 10:14 AM
**To:** selpa@mlist.cde.ca.gov
**Subject:** 2019-20 Annual Budget and Service Plans

Date:            April 23, 2019

Subject:         Official Message from the State Director of Special Education

Assembly Bill (AB) 1808, enacted June 27, 2018, added language to the California *Education Code* (*EC*) Section 56122 (b) requiring the California Department of Education (CDE) to develop templates on or before July 1, 2019, that shall be used by special education local plan areas (SELPAs), districts, and county superintendents to meet the requirements of *EC* sections 56195.1 and 56205.

While these new templates are currently in development, the deadline for the 2019–20 Annual Budget Plan and Annual Service Plan is quickly approaching and requires lead time for development, fifteen-day public notification, and adoption at a SELPA-level public hearing.

Until further notice, please use the 2017–18 Annual Budget and Service Plan forms currently posted to the CDE Local and Annual Budget and Service Plans web page at https://www.cde.ca.gov/sp/se/ds/lclpln.asp, and change the date on the forms to 2019–20.

Please note that there are no changes to the requirements or processes of the 2019–20 Annual Budget and Service Plan submission. Changes enacted in AB 1808 will affect the processes and requirements for the local and annual plans beginning July 1, 2020. You will receive further information and instruction regarding the changes to the local and annual plans in the coming months.

If you have any questions regarding this subject, please contact Alexa Slater, Associate Governmental Program Analyst, Special Education Division, by phone at 916-322-0581 or by email at aslater@cde.ca.gov.

**From:**        SPECEDINFOSHARE
**To:**          selpa@mlist.cde.ca.gov
**Subject:**     California Department of Education and Department of Rehabilitation Collaboration Resources
**Date:**        Wednesday, April 24, 2019 4:04:08 PM
**Attachments:** DOR Student Services Flyer.pdf
                 LEA-DOR Collaboration Worksheet.docx
                 2018 CDE-DOR Interagency Agreement.docx
                 Appendix A - LEA-DOR Local Interagency Agreement Template.docx
                 DOR School Contact List SFY 2018-2019.xlsx
                 CDE-DOR Collaboration Resources Letter 2019-04-24.docx

The California Department of Education (CDE) and Department of Rehabilitation (DOR) are reaching out to share resources to support the development of strong local collaborations between local educational agencies (LEAs) and DOR  districts.

We last wrote to you in September 2018 to encourage local discussions and local coordination of DOR Student Services and transition services. Since that time, the CDE/DOR Interagency Agreement was signed, including Appendix A, which reiterates topics in the Interagency Agreement to be explored locally. Several LEAs and DOR districts have also chosen to initiate a local Memorandum of Understanding (MOU), and through this process, we have identified a need to clarify the types of questions that may facilitate meaningful discussions and optional MOU  development.

We are pleased to share the attached DOR/CDE Interagency Agreement and Appendix A, as well as three newly developed resources: the Collaboration Worksheet, DOR School Contact List, and a DOR Student Services flyer. In particular, our departments created the Collaboration Worksheet to complement Appendix A from the Interagency Agreement. It aims to support the development of strategies that will work best in your LEA/DOR district. Topics include but are not limited to referral to DOR Student Services, student access, and other key processes - understanding that different areas will have different resources and  needs.

Our Departments recognize and honor the work that is already being done on the local level to ensure that students with disabilities have access to and benefit from coordinated transition services, including DOR Student Services. By working together, LEAs and DOR districts can maximize the impact of their respective resources and better support the students we mutually serve as they transition  into

successful, independent adults.

Making a Difference  Together,


Kristin Wright, Director
Special Education  Division
California Department of  Education

Joe Xavier, Director
Department of  Rehabilitation

Attachments:

- 2018 State Interagency Agreement between California Department of Education and California Department of Rehabilitation (also available on the DOR website at www.dor.ca.gov/home/studentservices)

- Appendix A, Local Interagency Agreement: Transition Planning and Student Services for Secondary Students with  Disabilities

- Collaboration Worksheet

- DOR School Contact List

- DOR Student Services  Flyer

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | selpa@mlist.cde.ca.gov |
| **Subject:** | SPA 15-021 Northern California Training RSVP |
| **Date:** | Monday, April 29, 2019 9:42:53 AM |

The following message is being sent on behalf of the Local Educational Agency Medi-Cal Billing Option Program of the California Department of Health Care Services

**April 26, 2019**

*Please do not reply to this email. If you have LEA policy or program questions, please forward them to the LEA mailbox at:  LEA@dhcs.ca.gov*

# Northern California  Training

In preparation for the approval of State Plan Amendment (SPA) 15-021 by the Centers for Medicare and Medicaid Services, DHCS will conduct two General Overview SPA 15-021 trainings for stakeholders that participate in the Local Educational Agency (LEA) Medi-Cal Billing Option Program. This announcement is a request for RSVP for the Northern California in-person training session.

**Please reply with an RSVP to Amarbir.Takhar@dhcs.ca.gov by May 6, 2019, to attend the Northern California training. RSVPs received after May 6 will not be allowed for in-person attendance. RSVP is not needed to call into the training. For call-in information please see below.**

**Subject:**
LEA Medi-Cal Billing Option Program SPA 15-021 General Overview Training – Northern California

**Date:**
May 9, 2019

**Time:**
10:00 AM to 3:00 PM; Lunch 12:00 PM to 1:00 PM

**Location:**
1700 K Street, Sacramento, CA 95822

**Topics Covered:**
Overview of program changes related to SPA 15-021, including the addition of Random Moment Time Survey for LEA Program practitioners, qualifications required to bill new practitioners, requirements to bill new covered services, documentation requirements and an overview of future cost reporting changes.

**Suggested Attendees:**
LEA Medi-Cal Billers and Program Coordinators; LEAs, School Districts or County Offices of Education currently participating or interested in participating in the LEA

Program; Billing Vendors; Local Educational Consortiums (LECs) and Local Governmental Agencies (LGAs); School-Based Associations

**Call-In:**
240-454-0887
Access code 925 739 840

**Access Online:**
**https://dhcs.webex.com/dhcs/j.php?**
**MTID=m1e866384c56e87f28589c6fd03d0edd9**
Access code 925 739 840

**Need technical support? Email: Amarbir.Takhar@dhcs.ca.gov**

***DHCS will post the presentation slides and Q&As from the trainings on the LEA Program website following the meeting.***

For information regarding the LEA Medi-Cal Billing Option Program, visit the website at: http://www.dhcs.ca.gov/provgovpart/Pages/LEA.aspx

To subscribe/unsubscribe, go to: http://apps.dhcs.ca.gov/listsubscribe/default.aspx?list=DHCSLEA

**From:** SPECEDINFOSHARE
**To:** selpa@mlist.cde.ca.gov
**Subject:** ORP Policy Update
**Date:** Monday, April 29, 2019 9:47:33 AM

The following message is being sent on behalf of the Local Educational Agency Medi-Cal Billing Option Program of the California Department of Health Care Services

**April 26, 2019**

*Please do not reply to this email. If you have LEA policy or program questions, please forward them to the LEA mailbox at: LEA@dhcs.ca.gov*

The Department of Health Care Services (DHCS) is providing notification to Local Educational Agencies (LEAs) currently enrolled in the LEA Medi-Cal Billing Option Program that DHCS's Provider Enrollment Division (PED) has updated enrollment rules for two LEA practitioner types whose applications for Medi-Cal Ordering, Referring and Prescribing (ORP) providers were previously denied.

Effectively immediately, **licensed educational psychologists (LEP) and registered credentialed school nurses (RCSN) may re-submit applications to enroll as Medi-Cal ORP providers in order to comply with the LEA Program's ORP Policy.**  In the LEA Program, LEPs and RCSNs may provide recommendations for psychology and counseling treatment services. When utilizing DHCS's Provider Application and Validation for Enrollment (PAVE) website, LEP and RCSN applicants should **select "other" as their provider type**. Applicants selecting "other" will be prompted to enter their provider type.

Although some LEP/RCSN ORP applications may have been originally submitted months ago, and were denied, the effective enrollment will remain one year prior to the date DHCS received the complete application package. Therefore, claims with dates of service 7/1/18 and forward, which is the effective date of the ORP policy, should not be affected.

DHCS has updated Policy and Procedure Letter (PPL) 18-018: *Notification Of Ordering, Referring Or Prescribing Practitioner Requirements In The Local Educational Agency Medi-Cal Billing Option Program.* PPL 18-018R can be found under the Provider Manual & Policy section of the LEA Program website, or directly linked at:

https://www.dhcs.ca.gov/formsandpubs/Documents/ACLSS%20PPLs/2019/PPL%2018-018R.pdf

For more information regarding the LEA Program ORP policy, please refer to the ORP Guide and ORP FAQs.

For information regarding the LEA Medi-Cal Billing Option Program, visit the website at:    http://www.dhcs.ca.gov/provgovpart/Pages/LEA.aspx

To subscribe/unsubscribe, go to: http://apps.dhcs.ca.gov/listsubscribe/ default.aspx?list=DHCSLEA

**From:** SPECEDINFOSHARE
**To:** DL-Special Education Division
**Subject:** FW: Stakeholder Update: California Competitive Integrated Employment Blueprint Annual Report
**Date:** Thursday, May 2, 2019 10:03:49 AM

---

**From:** SPECEDINFOSHARE
**Sent:** Thursday, May 2, 2019 9:59  AM
**To:** selpa@mlist.cde.ca.gov
**Subject:** Stakeholder Update: California Competitive Integrated Employment Blueprint Annual Report

Date:          May 2, 2019

Subject:       Official Message from the State Director of Special Education

"Real Work for Real Pay in the Real World"

The California Department of Education (CDE), Department of Rehabilitation (DOR), and Department of Developmental Services (DDS) are pleased to issue the initial California Competitive Integrated Employment (CIE) Blueprint Annual Report ("Annual Report") for the reporting period of May 2017 through June 2018. The Annual Report is a product of the CIE Blueprint, which documents the commitment between the three departments to provide opportunities for Californians with intellectual disabilities and developmental disabilities (ID/DD) to prepare for and participate in CIE.

The Annual Report demonstrates the accomplishments of the first full implementation year of the CIE Blueprint. It highlights state and local collaborative efforts and pathways to CIE that are making a difference in the lives of individuals with ID/DD and their families. Each subsequent year during the five-year implementation effort, the Annual Report will build upon the successes of the previous year and demonstrate the achievements and potential barriers for individuals seeking CIE.

Local educational agencies (LEAs), DOR districts, regional centers, and community partners have been instrumental in the success of the Blueprint. The departments greatly appreciate the hard work and dedication of all partners working to ensure every individual with ID/DD has the opportunity to succeed in CIE.

To view the Annual Report and the CIE Blueprint, please visit the California Health and Human Services Agency webpage at https://www.chhs.ca.gov/ and select the tab on the top right titled "CIE".

Please send questions and comments to CaliforniaCIE@dor.ca.gov.

Thank you.

Nancy Bargmann, Director, DDS
Kristin Wright, Director, Special Education Division, CDE

Joe Xavier, Director, DOR

**From:** SPECEDINFOSHARE
**To:** DL-Special Education Division
**Subject:** FW: Individuals with Disabilities Education Act Implementation Study 2019
**Date:** Monday, May 6, 2019 1:47:56 PM

**From:** SPECEDINFOSHARE
**Sent:** Monday, May 6, 2019 1:48 PM
**To:** acse <acse@mlist.cde.ca.gov>; ihe <ihe@mlist.cde.ca.gov>; ises <ises@mlist.cde.ca.gov>; nps-admins <nps-admins@mlist.cde.ca.gov>; seaco <seaco@mlist.cde.ca.gov>; selpa <selpa@mlist.cde.ca.gov>; spec-intrst-grp <spec-intrst-grp@mlist.cde.ca.gov>; workability <workability@mlist.cde.ca.gov>; special-education-directors@mlist.cde.ca.gov
**Subject:** Individuals with Disabilities Education Act Implementation Study  2019


Date:         May 6, 2019

Subject:         Information Sharing from the State Director of Special Education

The United States Department of Education (USDOE) plans to conduct several surveys this fall to gain a better understanding of how the Individuals with Disabilities Education Act (IDEA) is being implemented across the country. The data collection for the IDEA State and Local Implementation Study 2019 will examine how states, districts, and schools are identifying and supporting students with disabilities. The study is one component of a Congressionally-mandated National Assessment of IDEA. Currently, interested parties are invited to comment on the proposed information collection on or before June 14, 2019. The notice published in the federal register by the USDOE and instructions for submitting comments is available for review on the Federal Register website at https://www.federalregister.gov/documents/2019/04/15/2019-07424/agency-information-collection-activities-comment-request-individuals-with-disabilities-education-act.

For specific questions related to collection activities, please contact Erica Johnson, 202-245-7676.

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | DL-Special Education Division |
| **Subject:** | FW: Early Math Symposium Registration is Open |
| **Date:** | Monday, May 13, 2019 1:40:07 PM |

**From:** SPECEDINFOSHARE
**Sent:** Monday, May 13, 2019 1:34 PM
**To:** acse <acse@mlist.cde.ca.gov>; ihe <ihe@mlist.cde.ca.gov>; ises <ises@mlist.cde.ca.gov>; nps-admins <nps-admins@mlist.cde.ca.gov>; seaco <seaco@mlist.cde.ca.gov>; selpa <selpa@mlist.cde.ca.gov>; spec-intrst-grp <spec-intrst-grp@mlist.cde.ca.gov>; workability <workability@mlist.cde.ca.gov>; special-education-directors@mlist.cde.ca.gov
**Subject:** Early Math Symposium Registration is Open

Date:          May 13, 2019

Subject:       Information Sharing from the California State Board of Education

# Early Math Symposium

Friday, June 21, 2019, California State University (CSU) East Bay, Registration is open!



This year's Early Math Symposium will focus on fostering fun, creativity, and discovery while supporting the mathematical development of **all** young children! Join us at CSU East Bay in Hayward, California on Friday, June 21 for three powerful keynotes and a variety of breakout sessions. Can't attend in person? Sign up for the

live webcast. Register today to attend in person or for the live webcast at:
https://www.calstat.org/EarlyMathSymposium/.

The Symposium will feature three inspiring keynotes.

- **Kevin Schaefer and Kristin Brooks** will address early math learner variability through the lens of Universal Design for Learning principles.

- **Chris Brownell**, co-author of Math Recess, will share stories to illustrate how math is tied to humanity.

- **Megan Franke** will show how focusing on the details of children's thinking, can support educators to listen to and learn from children, to focus on their strengths, and to notice and build in productive ways.

Participants may also select from several breakout sessions:

- Expressing creativity through math
- STEM–birth through age 3
- Culturally relevant professional learning
- Inclusion–common modifications and adaptations to support preschool success
- Effective strategies for family engagement
- Inclusive preschool math environments
- Dual language and community learning centers
- Talking about math with young children
- Exploding dots–joyful, uplifting, exciting math!
- Everyday play and exploration for developing children's math knowledge
- Investigating Force and Motion–hands-on STEM for children 2 and older
- Children's Literature and Math–games, activities, and recipes for home, school and community

The Early Math Symposium is a professional development opportunity jointly sponsored by the California Department of Education, the California State Board of Education, the California Commission on Teacher Credentialing, First Five California, WestEd, the California County Superintendents Educational Services Association, the Fresno County Office of Education, and the California Early Math Project.

If you have any questions regarding the Symposium please contact Carolyn Pfister, Education Administrator I, State Board of Education, by email at cpfister@cde.ca.gov.

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | selpa@mlist.cde.ca.gov |
| **Subject:** | LEA Advisory Workgroup Meeting 6/5/19 - SAVE THE DATE |
| **Date:** | Tuesday, May 14, 2019 9:42:10 AM |

The following message is being sent on behalf of the Local Educational Agency Medi-Cal Billing Option Program of the California Department of Health Care Services

**May 13, 2019**

*Please do not reply to this e-mail. If you have LEA policy or program questions, please forward them to the LEA mailbox at: LEA@dhcs.ca.gov*

***Save the Date!***

**Event:**
Local Educational Agency (LEA) Medi-Cal Billing Option Program Advisory Workgroup Meeting

**Date:**
Wednesday, June 5, 2019

**Time:**
10:00 a.m. to 3:30 p.m.

**Location:**
Department of Health Care Services
1700 K Street
Sacramento, CA 95811

**You are invited to attend the Local Educational Agency (LEA) Medi-Cal Billing Option Program Advisory Workgroup bi-monthly meeting to be held on June 5, 2019.**

The purpose of LEA Advisory Workgroup is to improve the LEA Medi-Cal Billing Option Program, by being inclusive of LEAs willing to participate and by bringing together professionals of all disciplines. The emphasis of the meetings is to strategize various goals and activities aimed at enhancing Medi-Cal services on school sites, increasing access of care to students, and increasing federal reimbursement for providing services to Medi-Cal eligible students. Participants within the LEA Advisory Workgroup must be employed by a LEA, school district or county office of education, and come prepared to participate and offer their input. **Note that representatives from third party advisors, third party vendors or billing agents will not be included in these meetings.**

You are receiving this invitation because you are a LEA stakeholder involved in administering the LEA Medi-Cal Billing Option program. Due to capacity constraints, we request that no more than one representative from your LEA attend this meeting. If you would like to have another LEA Medi-Cal Billing Option Program administrator from your LEA attend in your place, please let us know.

The LEA Advisory Workgroup meeting will include an exchange of information in the morning session, and breakout workgroup/discussion group in the afternoon session. If you choose to remain for the afternoon session be prepared to brainstorm, provide input and provide follow-up support. Please note that participation in the afternoon session may require additional follow-up action items.

**Please RSVP by May 20, 2019, by emailing the LEA Program directly at Amarbir.Takhar@dhcs.ca.gov**

A meeting Agenda, Status Update Summary and Breakout Session Materials will be distributed one week prior to the meeting to those who RSVP that they will be attending.

For information regarding the LEA Medi-Cal Billing Option Program, visit the website at: http://www.dhcs.ca.gov/provgovpart/Pages/LEA.aspx

To subscribe/unsubscribe, go to: http://apps.dhcs.ca.gov/listsubscribe/default.aspx?list=DHCSLEA

**From:** SPECEDINFOSHARE
**To:** DL-Special Education Division
**Subject:** FW: Spring 2019 CASEMIS Software Release
**Date:** Thursday, May 16, 2019 10:17:35 AM

---

**From:** SPECEDINFOSHARE
**Sent:** Thursday, May 16, 2019 10:16 AM
**To:** selpa-mis <selpa-mis@mlist.cde.ca.gov>
**Subject:** FW: Spring 2019 CASEMIS Software Release

---

**From:** SPECEDINFOSHARE
**Sent:** Thursday, May 16, 2019 10:14 AM
**To:** selpa@mlist.cde.ca.gov; seaco <seaco@mlist.cde.ca.gov>
**Subject:** Spring 2019 CASEMIS Software Release

Date:        May 16, 2019

Subject:        Official Message from the Data, Evaluation, and Analysis Unit of the Special Education Division

The California Special Education Management Information System (CASEMIS) Software, Version (A) for June 2019 and resources are available for download on the California Department of Education, CASEMIS Software Web page at https://www.cde.ca.gov/sp/se/ds/casemis.asp.

The due date for the CASEMIS June 30, 2019 report is Friday, August 9, 2019.

For assistance or to report problems, please contact Amanvir Sahota, Information Technology Specialist I, by phone at 916-327-1022, or by email at asahota@cde.ca.gov; or Andrew Waskiewicz, Research Data Specialist I, by phone at 916-327-3685, or by email at awaskiew@cde.ca.gov; or CASEMIS by phone at 916-327-3651, or by email at casemis@cde.ca.gov.

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | selpa@mlist.cde.ca.gov |
| **Subject:** | Webex Information for LEA Advisory Workgroup Meeting 6/5/19 |
| **Date:** | Thursday, May 16, 2019 11:16:46 AM |

The following message is being sent on behalf of the Local Educational Agency Medi-Cal Billing Option Program of the California Department of Health Care Services

**May 15, 2019**

*Please do not reply to this e-mail. If you have LEA policy or program questions, please forward them to the LEA mailbox at:* *LEA@dhcs.ca.gov*

***Save the Date!***

**Event:**
Local Educational Agency (LEA) Medi-Cal Billing Option Program Advisory Workgroup Meeting

***Update:***
The first half of the meeting will be available to attend remotely via Webex. Please see below.

**Join from a video system or application:** https://dhcs.webex.com
**Join by phone:** 240-454-0887

Meeting number (access code): 923 583 788
Meeting password: qCkTSqZg

**Date:**
Wednesday, June 5, 2019

**Time:**
10:00 a.m. to 3:30 p.m.

**Location:**
Department of Health Care Services
1700 K Street
Sacramento, CA 95811

**You are invited to attend the Local Educational Agency (LEA) Medi-Cal Billing Option Program Advisory Workgroup bi-monthly meeting to be held on June 5, 2019.**

The purpose of LEA Advisory Workgroup is to improve the LEA Medi-Cal Billing Option Program, by being inclusive of LEAs willing to participate and by bringing together professionals of all disciplines. The emphasis of the meetings is to strategize

various goals and activities aimed at enhancing Medi-Cal services on school sites, increasing access of care to students, and increasing federal reimbursement for providing services to Medi-Cal eligible students. Participants within the LEA Advisory Workgroup must be employed by a LEA, school district or county office of education, and come prepared to participate and offer their input. **Note that representatives from third party advisors, third party vendors or billing agents will not be included in these meetings.**

You are receiving this invitation because you are a LEA stakeholder involved in administering the LEA Medi-Cal Billing Option program. Due to capacity constraints, we request that no more than one representative from your LEA attend this meeting. If you would like to have another LEA Medi-Cal Billing Option Program administrator from your LEA attend in your place, please let us know.

The LEA Advisory Workgroup meeting will include an exchange of information in the morning session, and breakout workgroup/discussion group in the afternoon session. If you choose to remain for the afternoon session be prepared to brainstorm, provide input and provide follow-up support. Please note that participation in the afternoon session may require additional follow-up action items.

**Please RSVP by May 20, 2019, by emailing the LEA Program directly at Amarbir.Takhar@dhcs.ca.gov**

A meeting Agenda, Status Update Summary and Breakout Session Materials will be distributed one week prior to the meeting to those who RSVP that they will be attending.

**From:**   SPECEDINFOSHARE
**To:**   DL-Special Education Division
**Subject:**   FW: STEMIIEE: Science, Technology, Engineering, and Mathematics Innovation and Inclusion in Early Education
**Date:**   Wednesday, May 22, 2019 3:51:23 PM

---

**From:** SPECEDINFOSHARE
**Sent:** Wednesday, May 22, 2019 3:51  PM
**To:** 'selpa' <selpa@mlist.cde.ca.gov>
**Subject:** STEMIIEE: Science, Technology, Engineering, and Mathematics Innovation and Inclusion in Early Education

Date:          May 22, 2019

Subject:          Information Sharing from the Programs and Partnerships Unit of the Special Education Division

The California Department of Education, Special Education Division, is pleased to provide information about a new technical assistance center called Science, Technology, Engineering, and Mathematics in early childhood called STEMIIEE or STEMI$^2$E$^2$. STEMIIEE or STEMI$^2$E$^2$ is an Office of Special Education Programs, Department of Education newly funded technical assistance center with the purpose to promote science, technology, engineering, and mathematics (STEM) for children with disabilities in birth to age three early childhood programs with the aim to:

- develop and enhance the knowledge base on engagement in STEM learning opportunities for young children with disabilities (0-5);

- implement high-quality technical assistance and professional development to increase engagement for young children with disabilities in STEM opportunities; and

- engage partners and stakeholders from diverse disciplines and industries in work to increase the inclusion of young children with disabilities in early high-quality STEM learning experiences.

For more information, including upcoming activities, an introductory webinar and PowerPoint are available at https://stemie.fpg.unc.edu/stemiiee-archived-webinar-now-available.

**From:**      SPECEDINFOSHARE
**To:**        DL-Special Education Division
**Subject:**   FW: CEA Exam Bulletin Release
**Date:**      Friday, May 24, 2019 8:48:22 AM

---

**From:** SPECEDINFOSHARE
**Sent:** Friday, May 24, 2019 8:42  AM
**To:** acse <acse@mlist.cde.ca.gov>; ihe <ihe@mlist.cde.ca.gov>; ises <ises@mlist.cde.ca.gov>; nps-admins <nps-admins@mlist.cde.ca.gov>;  seaco <seaco@mlist.cde.ca.gov>;  selpa <selpa@mlist.cde.ca.gov>;  spec-intrst-grp  <spec-intrst-grp@mlist.cde.ca.gov>; workability <workability@mlist.cde.ca.gov>;  special-education-directors@mlist.cde.ca.gov
**Subject:** CEA Exam Bulletin  Release


A Career Executive Assignment examination bulletin for **Director, State Special Schools and Services Division** has been released.

You may access the official bulletin
at: https://www.jobs.ca.gov/CalHrPublic/Jobs/JobPosting.aspx?JobControlId=158050

The bulletin will be available on California Department of Education (CDE) internet site in the next few days.

Final Filing Date: 6/06/2019

For more information or questions regarding this or other examinations and jobs available with the CDE please visit the Jobs at CDE web page at https://www.cde.ca.gov/RE/di/jb/.

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | selpa@mlist.cde.ca.gov |
| **Subject:** | DHCS LEA/SMAA Survey |
| **Date:** | Thursday, June 6, 2019 10:27:28 AM |

The following message is being sent on behalf of the Local Educational Agency Medi-Cal Billing Option Program of the California Department of Health Care Services

Hello,

The Department of Health Care Services Local Educational Agency (LEA) Medi-Cal Billing Option Program is reaching out to its stakeholders in order to account for LEAs that currently participate in the LEA Program, but do not participate in the School Based Medi-Cal Administrative Activities (SMAA) Program. The goal of this exercise is to provide technical assistance to LEA providers that may not be familiar with the Random Moment Time Survey (RMTS), which is currently used by the SMAA Program. The LEA Program will be integrated into the RMTS platform at a future date, upon approval of State Plan Amendment 15-021 by the federal Centers for Medicare and Medicaid Services (CMS).

If your LEA currently participates in the LEA Program, but **does _not_ participate in the SMAA Program**, please click on the following link to complete a quick 3-question survey: https://www.surveymonkey.com/r/LEABOP.

If your LEA participates in both the LEA and SMAA Programs, then you do not need to complete the survey.

For questions regarding the LEA Program, RMTS or the survey, please contact us at LEA@dhcs.ca.gov.

For information regarding the LEA Medi-Cal Billing Option Program, visit the website at: http://www.dhcs.ca.gov/provgovpart/Pages/LEA.aspx

To subscribe/unsubscribe, go to: http://apps.dhcs.ca.gov/listsubscribe/default.aspx?list=DHCSLEA

**From:** SPECEDINFOSHARE
**To:** DL-Special Education Division
**Subject:** FW: Early Math Symposium Registration is Still Open
**Date:** Thursday, June 6, 2019 11:25:19 AM

---

**From:** SPECEDINFOSHARE
**Sent:** Thursday, June 6, 2019 11:24 AM
**To:** acse <acse@mlist.cde.ca.gov>; ihe <ihe@mlist.cde.ca.gov>; ises <ises@mlist.cde.ca.gov>; nps-admins <nps-admins@mlist.cde.ca.gov>; seaco <seaco@mlist.cde.ca.gov>; selpa <selpa@mlist.cde.ca.gov>; special-education-directors <special-education-directors@mlist.cde.ca.gov>; spec-intrst-grp <spec-intrst-grp@mlist.cde.ca.gov>; workability <workability@mlist.cde.ca.gov>
**Subject:** Early Math Symposium Registration is Still Open

Date:          June 6, 2019

Subject:          Information Sharing from the California State Board of Education

# Reminder: Early Math Symposium Registration is Still Open

Friday, June 21, 2019, California State University (CSU) East Bay, Registration is still open!



This year's Early Math Symposium will focus on fostering fun, creativity, and discovery while supporting the mathematical development of **all** young children! Join us at CSU East Bay in Hayward, California on Friday, June 21 for three powerful

keynotes and a variety of breakout sessions. Can't attend in person? Sign up for the live webcast. Register today to attend in person or for the live webcast at: https://www.calstat.org/EarlyMathSymposium/.

The Symposium will feature three inspiring keynotes.

- **Kevin Schaefer and Kristin Brooks** will address early math learner variability through the lens of Universal Design for Learning principles.

- **Chris Brownell**, co-author of Math Recess, will share stories to illustrate how math is tied to humanity.

- **Megan Franke** will show how focusing on the details of children's thinking, can support educators to listen to and learn from children, to focus on their strengths, and to notice and build in productive ways.

Participants may also select from several breakout sessions:

- Expressing creativity through math
- STEM–birth through age 3
- Culturally relevant professional learning
- Inclusion–common modifications and adaptations to support preschool success
- Effective strategies for family engagement
- Inclusive preschool math environments
- Dual language and community learning centers
- Talking about math with young children
- Exploding dots–joyful, uplifting, exciting math!
- Everyday play and exploration for developing children's math knowledge
- Investigating Force and Motion–hands-on STEM for children 2 and older
- Children's Literature and Math–games, activities, and recipes for home, school and community

The Early Math Symposium is a professional development opportunity jointly sponsored by the California Department of Education, the California State Board of Education, the California Commission on Teacher Credentialing, First Five California, WestEd, the California County Superintendents Educational Services Association, the Fresno County Office of Education, and the California Early Math Project.

If you have any questions regarding the Symposium please contact Carolyn Pfister, Education Administrator I, State Board of Education, by email at cpfister@cde.ca.gov.

**From:**        SPECEDINFOSHARE
**To:**           DL-Special Education Division
**Subject:**    FW: Official Message from the State Director of Special Education
**Date:**      Friday, June 7, 2019 4:10:11 PM

---

**From:** SPECEDINFOSHARE
**Sent:** Friday, June 7, 2019 4:09 PM
**To:** acse@mlist.cde.ca.gov; seaco <seaco@mlist.cde.ca.gov>; selpa <selpa@mlist.cde.ca.gov>; special-education-directors@mlist.cde.ca.gov
**Subject:** Official Message from the State Director of Special Education

Date:          June 7, 2019

Subject:      Inclusive Early Education Expansion Program Grant Announcement

California Assembly Bill 1808 (Chapter 32, Statutes of 2018) established the Inclusive Early Education Expansion Program (IEEEP). AB 1808 appropriated $167,242,000 in General Funds to the State Superintendent of Public Instruction for allocation to local educational agencies (LEAs) for the purposes of increasing access to early learning and care (ELC) settings the child would attend if he or she did not have a disability.

The IEEEP is established for the purpose of increasing access to inclusive ELC programs in low-income and high-need communities for children with disabilities, including children with severe disabilities. Key to successful inclusion of children with disabilities is a strong partnership among LEAs, public and private community-based child care, and preschool programs.

The grant period will begin no later than **November 19, 2019**, and end on **June 30, 2023**. Only LEAs may apply, either independently or on behalf of a consortium including public and private agencies, that will provide subsidized inclusive ELC programs, which include children with disabilities, including children with severe disabilities.

Grants will be awarded on a competitive basis.

To apply for the IEEEP Grant, visit https://www.cde.ca.gov/fg/fo/r2/ieeep1819rfa.asp.

| Application Timeline | Dates |
| --- | --- |
| The Inclusive Early Education Expansion Program (IEEEP) Request for Application (RFA) Release Date | June 7, 2019 |
| Request for Application (RFA) questions submitted by email to IEEEP@cde.ca.gov | June 11, 2019 |
| IEEEP Webinar | June 11, 2019 |
| **Deadline to submit the IEEEP Letter of Intent** | **June 28, 2019** |
| **IEEEP Application due to the California Department of Education (CDE)** | **September 27, 2019** |
| The Application Review Process will use the Reading and Scoring criteria specified in the RFA. | September 27-October 18, 2019 |
| Initial Intent to Fund notice will be posted | October 21, 2019 |
| Appeals must be submitted to the Early Learning and Care Division (ELCD). | October 31, 2019 |

| Review of appeals | November 1-15, 2019 |
| Final list of awardees posted | November 18, 2019 |
| Start Date | November 19, 2019 |

For questions regarding this subject, please contact the IEEEP Help Desk by email at IEEEP@cde.ca.gov.

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | DL-Special Education Division |
| **Subject:** | FW: Official Message from the State Director of Special Education |
| **Date:** | Monday, June 10, 2019 4:34:45 PM |

**From:** SPECEDINFOSHARE
**Sent:** Monday, June 10, 2019 4:33 PM
**To:** acse@mlist.cde.ca.gov; seaco <seaco@mlist.cde.ca.gov>; special-education-directors@mlist.cde.ca.gov; selpa@mlist.cde.ca.gov
**Subject:** Official Message from the State Director of Special Education

Subject:        Inclusive Early Education Expansion Project (IEEEP) RFA Webinar

Date:           June 10, 2019

The Early Learning and Care Division (ELCD) will host a webinar on **Tuesday, June 11, 2019,** to provide an overview of the Request for Applications (RFA) for the **Inclusive Early Education Expansion Project**. This grant to local educational agencies in the amount of $167 million will be awarded to eligible applicants to expand opportunities for children with disabilities to be enrolled and included in regular early learning and care programs.

It is not necessary to pre-register for this webinar.

**Topic:** IEEEP RFA Webinar
**Date and Time:** June 11, 2019, **3:00 p.m.**
**Event number:** 665 697 738
**Event password:** 167802
**Event registration/address for attendees:**
https://cdeevents.webex.com/cdeevents/onstage/g.php?MTID=ee54a9edb7082a4b93048294d9c30d1cc
**TIP FOR ATTENDEES**
To save time before the meeting, check your system to make sure it is ready to use WebEx.

1. Visit the test site at https://www.webex.com/test-meeting.html

2. If you experience issues joining the meeting, contact WebEx support at 1-866-229-3239.

*IMPORTANT NOTICE: This Webex service includes a feature that allows audio and any documents and other materials exchanged or viewed during the session to be recorded. You should inform all meeting attendees prior to recording if you intend to record the meeting. Please note that any such recordings may be subject to discovery in the event of litigation.*

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | selpa@mlist.cde.ca.gov |
| **Subject:** | SPA 15-021 Training Slides and FAQs |
| **Date:** | Tuesday, June 11, 2019 3:36:34 PM |

The following message is being sent on behalf of the Local Educational Agency Medi-Cal Billing Option Program of the California Department of Health Care Services

**June 10, 2019**

*Please do not reply to this e-mail. If you have LEA policy or program questions, please forward them to the LEA mailbox at:* LEA@dhcs.ca.gov

**State Plan Amendment (SPA) 15-021 Regional Training Presentation Slides and FAQs**

The Department of Health Care Services (DHCS) has posted on its website the Local Educational Agency (LEA) Medi-Cal Billing Option Program SPA 15-021 General Overview training presentation slides and FAQs from the Southern and Northern California regional trainings, conducted by DHCS on April 22 and May 9, 2019.

You may find the slides and FAQ document under the *Manuals & Training* heading on the LEA Program main page, or directly linked below:

https://www.dhcs.ca.gov/provgovpart/Pages/SPA-15-021.aspx

For information regarding the LEA Medi-Cal Billing Option Program, visit the website at: http://www.dhcs.ca.gov/provgovpart/Pages/LEA.aspx

To subscribe/unsubscribe, go to: http://apps.dhcs.ca.gov/listsubscribe/default.aspx?list=DHCSLEA

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | DL-Special Education Division |
| **Subject:** | FW: Important: Nonpublic Schools and Agencies Certification Data Spreadsheet – June 2019 Update |
| **Date:** | Thursday, June 13, 2019 11:24:51 AM |

**From:** SPECEDINFOSHARE

**Sent:** Thursday, June 13, 2019 11:22 AM

**To:** selpa@mlist.cde.ca.gov

**Subject:** Important: Nonpublic Schools and Agencies Certification Data Spreadsheet – June 2019 Update

Date:         June 13, 2019

Subject:      Information Sharing from the Focused Monitoring and Technical Assistance VI Unit of the Special Education Division

The California Department of Education (CDE), Special Education Division, is pleased to announce the June 2019 update to the Nonpublic, Nonsectarian Schools and Agencies Certification Data Worksheet on the CDE, Data Collection and Reporting Web page at https://www.cde.ca.gov/sp/se/ds/.

The Nonpublic Schools and Agencies (NPS/A) Certification Data Worksheet contains certification information regarding all of the NPS/As certified by the CDE. Within this NPS/A spreadsheet are three worksheets that can be accessed by selecting the tabs at the bottom of the spreadsheet.

- Worksheet 1–Definition of Fields: The first tab provides each database field name used in this data worksheet and the definition of each field name.
- Worksheet 2–Nonpublic School Data: The second tab contains the actual Nonpublic School data.
- Worksheet 3–Nonpublic Agency Data: The third tab contains the actual Nonpublic Agency data.

This NPS/A Data Worksheet is updated once every month with the most current information based upon data entry completed by the Special Education Division staff.

If you have any questions please contact the Focused Monitoring and Technical Assistance VI Unit by phone at 916-327-0141 or by email at NPSA@cde.ca.gov.

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | DL-Special Education Division |
| **Subject:** | FW: Advisory Commission on Special Education June Meeting Agenda |
| **Date:** | Thursday, June 13, 2019 11:33:27 AM |

---

**From:** SPECEDINFOSHARE
**Sent:** Thursday, June 13, 2019 11:32  AM
**To:** acse <acse@mlist.cde.ca.gov>; ihe <ihe@mlist.cde.ca.gov>; ises <ises@mlist.cde.ca.gov>; nps-admins <nps-admins@mlist.cde.ca.gov>;  seaco <seaco@mlist.cde.ca.gov>;  selpa <selpa@mlist.cde.ca.gov>; special-education-directors <special-education-directors@mlist.cde.ca.gov>;  spec-intrst-grp  <spec-intrst-grp@mlist.cde.ca.gov>; workability <workability@mlist.cde.ca.gov>
**Subject:** Advisory Commission on Special Education June Meeting   Agenda

Date:          June 13, 2019

Subject:          Information Sharing from the State Director of Special Education

This message is to announce that the agenda for the June 19–20, 2019, meeting of the Advisory Commission on Special Education (ACSE) is available for viewing on the California Department of Education (CDE) ACSE Meeting Agendas, Summaries, and Webcasts web page at https://www.cde.ca.gov/sp/se/as/acsemtg.asp, and pursuant to the Bagley-Keene Act, was posted on or before June 7, 2019, before 5:00 p.m.

The ACSE meeting may also be viewed via live webcast from the CDE ACSE Meeting Webcast web page at https://www.cde.ca.gov/sp/se/as/acsemtgwebcast.asp.

The ACSE is an advisory panel which regularly meets and provides recommendations and advice to the State Board of Education, the Superintendent of Public Instruction, the Legislature, and the Governor in new or continuing areas of research, program development, and evaluation in California special education.

If you have any questions regarding this subject, please contact Matt Traverso, Associate Governmental Program Analyst, by phone at 916-323-3308 or by email at mtraverso@cde.ca.gov.

| From: | SPECEDINFOSHARE |
|---|---|
| To: | DL-Special Education Division |
| Subject: | FW: Upcoming Transition of Data for Students with Disabilities into the California Longitudinal Pupil Achievement Data System |
| Date: | Friday, June 21, 2019 3:35:49 PM |

**From:** SPECEDINFOSHARE
**Sent:** Friday, June 21, 2019 3:34  PM
**To:** selpa-mis <selpa-mis@mlist.cde.ca.gov>
**Subject:** Upcoming Transition of Data for Students with Disabilities into the California Longitudinal Pupil Achievement Data  System

**From:** SPECEDINFOSHARE
**Sent:** Friday, June 21, 2019 3:32  PM
**To:** selpa@mlist.cde.ca.gov;  seaco <seaco@mlist.cde.ca.gov>
**Subject:** Upcoming Transition of Data for Students with Disabilities into the California Longitudinal Pupil Achievement Data  System

Date:            June 21, 2019

Subject:        Official Message from the Data, Evaluation and Analysis Unit of the Special Education Division

As first announced in 2016 to Special Education Local Plan Area (SELPA) Directors, the California Department of Education (CDE) will be transitioning the California Special Education Management Information System (CASEMIS) data collection into the California Longitudinal Pupil Achievement Data System (CALPADS) in 2019–20. This transition will translate into benefits that include ongoing reduced data-related workload and increased data quality. This integration of data will also support programmatic efforts to maximize inclusion for students with disabilities (students with individualized education plans or service plans) in a supported general education environment and improve achievement for all students.

Over the past three years, the CDE has engaged in ongoing discussions with SELPAs, Special Education System (SES) vendors, local educational agencies (LEAs), and Student Information System (SIS) vendors to support this transition. Project information has been provided using multiple platforms including CASEMIS Roadshow trainings, SELPA Monthly meetings, and the CASEMIS to CALPADS (C2C) Listserv. Currently SES vendors are making the technical changes needed to transfer data from their systems to CALPADS, and the project is on schedule for testing to begin in July.

A successful transition of the CASEMIS data collection into CALPADS will depend on active SELPA leadership to:

- Assist LEA data stewards, including CALPADS coordinators, LEA Directors of Technology, and Superintendents in understanding the legal requirements and data specifications of special education student level data.

- Assist in developing technical and/or business processes that result in consistent data for students with disabilities (SWD) in the SES and SIS.

- Work with LEA authorized charter schools to streamline the data submission for SWD and general education students. Currently, some charter schools submit their CALPADS data directly and data for students with disabilities through their authorizing LEA, or vice versa. After the transition, data for both populations must be submitted the same way, either directly to CALPADS or through the authorizing LEA. Charter schools must inform the CDE of the process to be used to submit CALPADS data by June 30, 2019, so LEAs and charter schools should be developing plans now.

- Engage with LEAs on an ongoing basis to ensure the SELPA will be able to review and approve the special education data for each of its LEAs by the December 20, 2019, CALPADS Fall 1 certification deadline. LEAs will be required to approve their submission by December 6, 2019, SELPAs can review the LEA data on an ongoing basis at any time during the submission window, with final review completed prior to the certification deadline of December 20, 2019. The LEA must approve all data and the SELPA must approve the special education data for the submission to be certified. Following the first certification deadline, the Amendment Window opens, and LEAs may further amend data until the window closes on January 24, 2020. It is critical that SELPAs and LEAs work together during the Amendment Window to ensure LEAs' Fall 1 submissions are certified by the final deadline. Doing so provides updated data for funding calculations and reduces potential noncompliance with the Individuals with Disabilities Education Act and corresponding corrective actions.

Due to the necessary coordination between special education and CALPADS staff, vendors, and SELPAs, leadership during this process is critical. Provide subject matter expertise and support LEAs to hold internal meetings with SIS and SES coordinators to review the local plan for integration, roles and responsibility for this work, and internal timeline to ensure sufficient time to review the CALPADS reports. This transition introduces a new certification workflow that all participants need to plan for so the SELPA and all member LEAs can successfully meet the certification deadline.

The CALPADS Team (inclusive of the previous CASEMIS Help Team) will offer a comprehensive set of training targeted for specific audiences. SELPA will receive training during monthly meetings focused on their role in the process. LEAs will receive training in conjunction with their SES vendor, since data will flow between the SES and CALPADS. Finally, current CALPADS Fall 1 submission training will be enhanced to include the new functionality related to SWD data. Training details will be communicated to each group in late June and July. SELPAs are welcome to attend these trainings to support LEAs in this transition.

The success of this effort depends on strong collaboration between the CDE, SELPAs, LEAs, SES vendors, and SIS vendors. It is critical for SELPAs to support the local CALPADS and special education staff in this new process.

Please send technical or process questions to the CALPADS Service Desk at calpads-support@cde.ca.gov. For other questions or concerns, contact Shiyloh Duncan-Becerril, Administrator, Special Education Division, by phone at 916-327-3547 or by email at sbecerril@cde.ca.gov.

**From:** SPECEDINFOSHARE
**To:** selpa@mlist.cde.ca.gov
**Subject:** FY 17-18 Q3 Invoice Submission Extension
**Date:** Wednesday, June 26, 2019 10:48:59 AM

The following message is being sent on behalf of the California Department of Health Care Services

---

Good afternoon,

The School-Based Medi-Cal Administrative Activities (SMAA) Program is issuing a 30-day extension for fiscal year 2017-18 Q3 invoice submissions. The new submission date is July 31, 2019. Please let me know if you have any questions.

Thank you,


Tony Teresi, MPH
Program Manager
School-Based Medi-Cal Administrative Activities (SMAA)
Department of Health Care Services
(916) 345-7887

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | selpa@mlist.cde.ca.gov |
| **Subject:** | Random Moment Time Survey (RMTS) Update |
| **Date:** | Friday, June 28, 2019 3:55:48 PM |

The following message is being sent on behalf of the California Department of Health Care Services

---

**June 28, 2019**

*Please do not reply to this e-mail. If you have LEA policy or program questions, please forward them to the LEA mailbox at: LEA@dhcs.ca.gov*

**Random Moment Time Survey (RMTS) Update**

This email serves as notice to Local Educational Agencies (LEAs) participating in the LEA Medi-Cal Billing Option Program that the integration of the LEA Program into the existing RMTS process will not occur on July 1, 2019. Pending approval from the federal Centers for Medicare & Medicaid Services (CMS), the LEA Program will be integrated into RMTS beginning on July 1, 2020.

At this time, the Department of Health Care Services (DHCS) is continuing to collaboratively work with CMS to receive approval of State Plan Amendment (SPA) 15-021. Following CMS approval of SPA 15-021, DHCS will provide additional stakeholder information, training and guidance regarding the LEA Program's integration into RMTS.

For more information regarding RMTS, please use the link provided below:

https://www.dhcs.ca.gov/provgovpart/Pages/LEA_RMTS.aspx

For information regarding the LEA Medi-Cal Billing Option Program, visit the website at: http://www.dhcs.ca.gov/provgovpart/Pages/LEA.aspx

To subscribe/unsubscribe, go to: http://apps.dhcs.ca.gov/listsubscribe/default.aspx?list=DHCSLEA

**From:** SPECEDINFOSHARE
**To:** DL-Special Education Division
**Subject:** FW: Publication of the California Practitioners" Guide for Educating English Learners with Disabilities is Published Online
**Date:** Monday, July 1, 2019 4:42:41 PM

---

**From:** SPECEDINFOSHARE
**Sent:** Monday, July 1, 2019 4:40  PM
**To:** acse <acse@mlist.cde.ca.gov>; ihe <ihe@mlist.cde.ca.gov>; ises <ises@mlist.cde.ca.gov>; nps-admins <nps-admins@mlist.cde.ca.gov>;  seaco <seaco@mlist.cde.ca.gov>;  selpa <selpa@mlist.cde.ca.gov>; special-education-directors <special-education-directors@mlist.cde.ca.gov>;  spec-intrst-grp  <spec-intrst-grp@mlist.cde.ca.gov>; workability <workability@mlist.cde.ca.gov>
**Subject:** Publication of the California Practitioners' Guide for Educating English Learners with Disabilities is Published  Online

Date:        July 1, 2019

Subject:        Official Message from the State Director of Special Education

The California Department of Education (CDE) is pleased to announce the online publication of the *California Practitioners' Guide for Educating English Learners with Disabilities.* The publication is available on the CDE Web site at https://www.cde.ca.gov/sp/se/ac/.

The book was written pursuant to Assembly Bill 2785, Statutes of 2016. Codified as *Education Code* 56305, the law requires the California Department of Education to develop a manual that provides guidance to local educational agencies on "identifying English learners as individuals with exceptional needs, classifying individuals with exceptional needs as English learners, supporting pupils who are both English learners and individuals with exceptional needs, and determining when such dually identified pupils should be either removed from classification as English learners or exited from special education."

The *California Practitioners' Guide for Educating English Learners with Disabilities* was developed with the assistance of a broad coalition of teachers, administrators, and staff members from districts, county offices of education, educational organizations and associations, and universities. These contributors brought decades of professional experience in educating English learners and students with disabilities to this project, and their input was invaluable in ensuring that this guide would be a resource to educators in the field as they strengthen their abilities to support California's students.

If you have any questions regarding this subject, please contact Renzo Bernales, Education Programs Consultant, Teaching and Learning Support Branch, Special Education Division, by phone at 916-327-3637 or by email at rbernales@cde.ca.gov.

**From:**    SPECEDINFOSHARE
**To:**      DL-Special Education Division
**Subject:**  FW: Official message from the Program & Partnerships Unit of the Special Education Division
**Date:**    Wednesday, July 3, 2019 8:29:05 AM

---

**From:** SPECEDINFOSHARE
**Sent:** Wednesday, July 3, 2019 8:28 AM
**To:** selpa@mlist.cde.ca.gov
**Subject:** Official message from the Program & Partnerships Unit of the Special Education Division

Date:          July 3, 2019

Subject:      Interagency Coordinating Council on Early Intervention Survey

To:           Part C Coordinators

Hello,

Please take a few minutes to help the Interagency Coordinating Council (ICC) on Early Intervention collect some data about how children in foster care receive Early Start Services.

This survey is intended to assist the ICC to determine what challenges are being faced at the Local Educational Agency, Special Education Local Plan Area, Family Resource Center, and the Regional Center level when providing services for children in foster care.

Your participation is appreciated. Please complete this survey by July 10, 2019.

https://www.surveymonkey.com/r/D6YSP2V

If you have any questions regarding this subject, please contact Sheila Self, Education Programs Consultant, by phone at 916-327-3538 or by email at SSelf@cde.ca.gov.

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | DL-Special Education Division |
| **Subject:** | FW: Deadline Extension for Inclusive Early Education Expansion Program Request for Application Letter of Intent |
| **Date:** | Tuesday, July 9, 2019 9:15:53 AM |

**From:** SPECEDINFOSHARE

**Sent:** Tuesday, July 9, 2019 9:14  AM

**To:** selpa@mlist.cde.ca.gov; seaco <seaco@mlist.cde.ca.gov>; acse@mlist.cde.ca.gov; special-education-directors@mlist.cde.ca.gov

**Subject:** Deadline Extension for Inclusive Early Education Expansion Program Request for Application Letter of Intent

Date:          July 9, 2019

Subject:      Official message from the State Director of Special Education

The Early Learning and Care Division (ELCD) has extended the due date for Letters of Intent (LOI) for the Inclusive Early Education Expansion Program (IEEEP). The new deadline is July 12, 2019.

An LOI must be received by the ELCD by the due date in order to submit an application. The template for the LOI is on page 19 of the IEEEP Request for Application (RFA). The RFA can be found at https://www.cde.ca.gov/fg/fo/r2/ieeep1819rfa.asp.

For questions regarding this subject, please contact the IEEEP Help Desk by email at IEEEP@cde.ca.gov.

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | selpa@mlist.cde.ca.gov |
| **Subject:** | LEA Program 2017-18 Legislative Report: 2019-20 AWG dates |
| **Date:** | Wednesday, July 10, 2019 8:26:52 AM |

The following message is being sent on behalf of the California Department of Health Care Services

**July 9, 2019**

*Please do not reply to this e-mail. If you have LEA policy or program questions, please forward them to the LEA mailbox at: LEA@dhcs.ca.gov.*

- **Legislative Report for Fiscal Year (FY) 2017-18**

  The Local Educational Agency (LEA) Medi-Cal Billing Option Program Report to the Legislature for FY 2017-18 has been posted on the Department of Health Care Services (DHCS) website. The report can be accessed under the *Publications & Bulletins* heading of the LEA Program website, under *Reports to the Legislature*, or link directly to: https://www.dhcs.ca.gov/provgovpart/Pages/LEAReportLegislature.aspx.

- **Advisory Workgroup (AWG) Meeting Schedule**

  The following is the schedule of AWG bi-monthly meetings for fiscal year 2019-20. AWG meetings are held every other month, typically the first Wednesday of the month, and provide a forum for LEAs to identify relevant issues and make recommendations to improve the LEA Program. Unless otherwise noted, all meetings will take place at the Department of Health Care Services building, located at 1700 K Street, Sacramento, CA 95811.

  - August 7, 2019

  - October 8, 2019 (rescheduled due to NAME conference on October 2-4, 2019)

  - December 4, 2019

  - February 12, 2020

  - April 8, 2020

  - June 3, 2020

For information regarding the LEA Medi-Cal Billing Option Program, visit the website at: http://www.dhcs.ca.gov/provgovpart/Pages/LEA.aspx

To subscribe/unsubscribe, go to: http://apps.dhcs.ca.gov/listsubscribe/default.aspx?list=DHCSLEA02

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | selpa@mlist.cde.ca.gov |
| **Subject:** | Policy and Procedure Letter 19-015 |
| **Date:** | Wednesday, July 10, 2019 1:50:51 PM |

The following message is being sent on behalf of the California Department of Health Care Services

---

**July 10, 2019**

*Please do not reply to this e-mail. If you have LEA policy or program questions, please forward them to the LEA mailbox at:* *LEA@dhcs.ca.gov.*

**Policy and Procedure Letter (PPL) 19-015**

PPL 19-015 has been posted on the Department of Health Care Services (DHCS) website. PPL 19-015 amends the physician prescription policy in the Local Educational Agency (LEA) Medi-Cal Billing Option Program to allow Physician Assistants and Nurse Practitioners to authorize orders for eligible direct medical treatment services reimbursable in the LEA Program. PPL 19-015 is effective for all claims with dates of service on or after July 1, 2019.

DHCS will update the LEA Provider manual at a future date to reflect the changes contained in PPL 19-015. The PPL can be accessed under the *Provider Manual & Policy* heading of the LEA Program website, under *Policy and Procedure Letters,* or link directly to:

https://www.dhcs.ca.gov/formsandpubs/Pages/LEA_BOP_PPLs.aspx

For information regarding the LEA Medi-Cal Billing Option Program, visit the website at: http://www.dhcs.ca.gov/provgovpart/Pages/LEA.aspx

To subscribe/unsubscribe, go to: http://apps.dhcs.ca.gov/listsubscribe/default.aspx?list=DHCSLEA02

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | DL-Special Education Division |
| **Subject:** | FW: Certificate of Classroom Exemption from Community Care Licensing Regulations |
| **Date:** | Friday, July 12, 2019 1:43:05 PM |
| **Attachments:** | Self Certification for Classroom Exemption.docx |

**From:** SPECEDINFOSHARE

**Sent:** Friday, July 12, 2019 1:43 PM

**To:** ihe <ihe@mlist.cde.ca.gov>; seaco <seaco@mlist.cde.ca.gov>; selpa@mlist.cde.ca.gov

**Subject:** Certificate of Classroom Exemption from Community Care Licensing  Regulations

Date:         July 12, 2019

Subject:      Official message from the Programs and Partnerships Unit of the Special Education Division

This is to notify Local Educational Agencies (LEAs) that operate a California State Preschool (CSPP) classroom through a direct contract with the California Department of Education (CDE), Early Learning and Care Division (ELCD), that they may choose to be exempt from licensing by the California Department of Social Services, Community Care Licensing Division, effective July 1, 2019.

In order to be exempt from licensure an LEA must adhere to the requirements set forth in the Local Educational Agencies Exempt for Licensing regulations. For a copy of the most recent version of the regulations, please visit the CDE LEA exemptions webpage at https://www.cde.ca.gov/re/lr/rr/leaexempt.asp.

The LEA operating a CSPP classroom may complete and submit the attached Self-certification for Classroom Exemption from Title 22 Requirements to CSPPExempt@cde.ca.gov. Once the checklist is reviewed and approved, a Certificate of Classroom Exemption from Community Care Licensing Regulations will be issued from the CDE, ELCD.

If you have any questions regarding the information in this email, please contact your assigned ELCD Field Services Consultant. A list of consultants can be found at https://www.cde.ca.gov/sp/cdImplementatin o/ci/assignments.asp or by phone at 916-322-6233.

| From: | SPECEDINFOSHARE |
|-------|-----------------|
| To: | selpa@mlist.cde.ca.gov |
| Subject: | August 7 Advisory Workgroup Meeting RSVP |
| Date: | Wednesday, July 17, 2019 3:23:40 PM |

The following message is being sent on behalf of the California Department of Health Care Services

---

**July 16, 2019**

*Please do not reply to this e-mail. If you have LEA policy or program questions, please forward them to the LEA mailbox at: LEA@dhcs.ca.gov*

***Save the Date!***

**You are invited to attend the Local Educational Agency (LEA) Medi-Cal Billing Option Program Advisory Workgroup bi-monthly meeting to be held on August 7, 2019.**

**Event:**
Local Educational Agency (LEA) Medi-Cal Billing Option Program Advisory Workgroup Meeting

The first half of the meeting will be available to attend remotely via Webex:

Join from a video system or application: https://dhcs.webex.com
Join by phone: 415-655-0001
Meeting number (access code): 920 013 560
Meeting password: 3nxrGuWq

**Date:**
Wednesday, August 7, 2019

**Time:**
10:30 a.m. to 3:30 p.m.

**Location:**
Department of Health Care Services
1700 K Street
Sacramento, CA 95811

The purpose of LEA Advisory Workgroup is to improve the LEA Medi-Cal Billing Option Program, by being inclusive of LEAs willing to participate and by bringing together professionals of all disciplines. The emphasis of the meetings is to strategize various goals and activities aimed at enhancing Medi-Cal services on school sites, increasing access of care to students, and increasing federal reimbursement for

providing services to Medi-Cal eligible students. Participants within the LEA Advisory Workgroup must be employed by a LEA, school district or county office of education, and come prepared to participate and offer their input.

You are receiving this invitation because you are a LEA stakeholder involved in administering the LEA Medi-Cal Billing Option program. Due to capacity constraints, we request that no more than one representative from your LEA attend this meeting. If you would like to have another LEA Medi-Cal Billing Option Program administrator from your LEA attend in your place, please let us know.

The LEA Advisory Workgroup meeting will include an exchange of information in the morning session, and breakout workgroup/discussion group in the afternoon session. If you choose to remain for the afternoon session be prepared to brainstorm, provide input and provide follow-up support. Please note that participation in the afternoon session may require additional follow-up items.

**Please RSVP by July 26, 2019, by emailing the LEA Program directly at Amarbir.Takhar@dhcs.ca.gov**

Meeting Agenda, Status Update Summary and Breakout Session Materials will be distributed one week prior to the meeting to those who responded that they will be attend.

For information regarding the LEA Medi-Cal Billing Option Program, visit the website at: http://www.dhcs.ca.gov/provgovpart/Pages/LEA.aspx

To subscribe/unsubscribe, go to: http://apps.dhcs.ca.gov/listsubscribe/default.aspx?list=DHCSLEA

| | |
|---|---|
| **From:** | SPECEDINFOSHARE |
| **To:** | selpa@mlist.cde.ca.gov |
| **Subject:** | Telehealth Modifier Update |
| **Date:** | Wednesday, July 17, 2019 3:26:21 PM |

The following message is being sent on behalf of the California Department of Health Care Services

---

**July 17, 2019**

*Please do not reply to this e-mail. If you have LEA policy or program questions, please forward them to the LEA mailbox at: LEA@dhcs.ca.gov*

This email serves as notice to Local Educational Agencies (LEAs) participating in the LEA Medi-Cal Billing Option Program that the Department of Health Care Services (DHCS) is currently in the process of revising its policy for submitting claims for services provided using synchronous telehealth services.

Beginning July 1, 2019, claims (including those with dates of service before July 1, 2019) for all qualifying services provided though telehealth must be billed with new modifier **"95"**, instead of the previously used modifier "GT". The change to the modifier does not alter the Current Procedural Terminology (CPT) codes or the reimbursement rates for the services provided.

**Until DHCS completes the necessary systems changes, LEAs and third-party billing vendors should withhold from submitting claims for services provided through telehealth in the LEA Program.** Following the completion of the systems changes and update to the LEA Provider Manual, DHCS will notify LEAs that claims for telehealth services may be resumed using the new modifier 95. For more information regarding telehealth, please see the following link:

https://www.dhcs.ca.gov/provgovpart/Pages/Telehealth.aspx

For information regarding the LEA Medi-Cal Billing Option Program, visit the website at: http://www.dhcs.ca.gov/provgovpart/Pages/LEA.aspx

To subscribe/unsubscribe, go to: http://apps.dhcs.ca.gov/listsubscribe/default.aspx?list=DHCSLEA

**From:** SPECEDINFOSHARE
**To:** DL-Special Education Division
**Subject:** FW: Early Start Tips for Supporting Social-Emotional Development
**Date:** Friday, July 19, 2019 9:12:00 AM

---

**From:** Timothy Nash
**Sent:** Friday, July 19, 2019 9:10  AM
**To:** 'selpa@mlist.cde.ca.gov' <selpa@mlist.cde.ca.gov>
**Subject:** Early Start Tips for Supporting Social-Emotional   Development

Date:        July 19, 2019

Subject:        Official Message from the Programs and Partnerships Unit of the Special Education Division

The Department of Developmental Services (DDS) would like to get input from Early Start service providers on the *Take a Minute Provider Tips for Supporting Social-Emotional Development* (https://earlystartneighborhood.ning.com/ssip-resources/take-a-minute-provider-checklist-2016) resource, which was designed to support relationship-based work with families. This resource, along with the other Early Start *Take a Minute* resources offered by DDS, are intended to support Early Start personnel and enhance communication with families about the social and emotional development of their young children.

To that end, we are inviting Early Start service providers to participate in a virtual focus group. The focus group will be conducted via a web conference on Wednesday, July 31, 10:30 a.m. – 12:00 p.m.

If you are interested in participating in the focus group, please complete this interest form: https://www.surveymonkey.com/r/PTInterestForm. Participation will require access to a computer or other web-capable device that is connected to the internet and that has a microphone and speakers. (A camera can be beneficial but is not critical.) If you are not available at this time, but are still interested in providing feedback, please complete the interest form and indicate your availability for a possible second focus group.

We hope to have participants who represent multiple regions, a cross section of early intervention roles and disciplines, and a range of professional experience. Once interest forms have been received and reviewed, WestEd will contact participants with login information.

If you have any questions, please contact Townley Saye at 916-654-3111.

# EXHIBIT B

Summary of Special Education Related Legislation

**Emma C. et al. v. Thurmond et al.**
**CDE's Quarterly and Semi-Annual Report**
**February 1 to July 31, 2019**

**EXHIBIT B**

**Summary of New Laws Affecting**
**Students Who Receive Special Education Services**

**Signed Bills**

During the period from February 1, 2019, through July 31, 2019, the Governor signed the following bills that affect students who receive special education services:

<u>Assembly Bill 74, Budget Act of 2019</u>

The Budget Act of 2019 provides $3.9 billion from General Fund and $1.2 billion in federal Individuals with Disabilities Education Act funds for special education programs for individuals with exceptional needs. Highlights from Assembly Bill 74 include the following items:

*Emma C. v. Delaine Eastin*: Up to $1,480,000 in Proposition 98 state funds is available for the state's share of costs in the settlement of Emma C. v. Delaine Eastin, et al. (N.D. Cal. No. C96-4179TEH).

Local assistance for Special Education Local Plan Areas: $152,563,000 is available to increase funding rates to the statewide target rate pursuant to Section 56836.08 of the Education Code.

Special Education Early Intervention Grant: The Budget Act provides $493 million in additional one-time money for unrestricted activities.

Early Education: $500,000 is provided to the Superintendent of Public Instruction on a one-time basis to convene one or more interagency workgroups comprised of special education stakeholders and other agencies to develop policy recommendations and best practices to improve the transition of three-year-olds with disabilities from regional centers to school districts, expand access to available federal funds for medically-related services for all students, including the Medi-Cal Early and Periodic Screening, Diagnosis, and Treatment program, and improve collaboration between the State Department of Education and the State Department of Health Care Services.

Alternative Dispute Resolution Services: The California Department of Education (CDE) received $1,950,000 for Alternative Dispute Resolution services to support local

educational agencies in resolving disputes concerning individualized education program contents or other aspects of special education and related services provision. The state Budget Act designates CDE to use these funds to develop and test procedures, materials, and training for ADR in special education.

Technical Assistance for State Systemic Improvement Plan: The budget provided $500,000 for CDE to develop resources and provide technical assistance to local educational agencies for implementation of the federally required SSIP.

Senate Bill 75, Education finance: education omnibus budget trailer bill

The Education Omnibus Budget Trailer Bill, as part of the 2019-20 budget package, makes statutory changes to implement the 2019-20 Budget Act. Specifically, this bill:

- Provides a backfill for special education programs for 2018-19 and 2019-20 to the extent that property tax revenues from Redevelopment Agency dissolution are not sufficient to cover the appropriation in the 2018 and 2019 Budget Acts for special education.

- Brings all local educational agencies to the statewide base rate for special education funding.

- Allocates $500,000 in one-time non-Proposition 98 funding to create a workgroup to increase the ability of schools to draw down federal funds for medically related services for students and improve the transition of thee-year olds with disabilities from regional centers to schools.

- Establishes the Mental Health Student Services Act to create a competitive grant program to fund partnerships between county mental health or behavioral health departments and K-12 school districts, charter schools, and the county office of education within a county. The grant program is managed by the Mental Health Services Oversight and Accountability Commission. Funds would be available for expenditure across a five-year period. Grant funds shall be used for services provided on K-12 campuses, suicide prevention services, dropout prevention services, outreach to at-risk youth, placement assistance for ongoing services, and other services to respond to the mental health needs of students and youth.

- Applies the reimbursement rate adjustment factor for children with exceptional needs to part-day state preschool programs. Rate adjustment factors are intended to account for the higher costs of serving children in specific categories. This specific rate adjustment factor previously applied only to full-day state preschool programs.

- Creates the Special Education Early Intervention Preschool grant, provided to local educational agencies on the basis of the number of three and four year olds with exceptional needs, specifically students with individualized education programs. The bill requires ongoing funding to be contingent on the passage of legislation in the

2

2020-21 budget to reform the special education system to improve outcomes for students.

- Extends the deadline for CDE to develop the special education local plan area assurances support template from March 31, 2019, to July 1, 2020. Additionally, the bill extends the deadline for special education local plan areas to submit the assurances support plan from July 1, 2020, to July 1, 2021, to align with the development of the template.

**Bills in the Legislative Process**

During the period from February 1, 2019, through July 31, 2019, CDE's Special Education Division reviewed several other bills that, if chaptered, would affect the work of CDE's Special Education Division and the education of students with individualized education programs.

Assembly Bill 8, Pupil health: mental health professionals

This bill requires public schools, including charter schools, to have one mental health professional who is accessible on campus during school hours for every 600 pupils by December 31, 2024, and requires counties to provide Mental Health Services Act funding to school districts, county offices of education, and charter schools for that purpose.

Assembly Bill 123, Early childhood education: state preschool program: access: standards

This bill expands the eligibility for state preschool programs; increases the reimbursement rate for state preschool and requires a portion of the increase to be used to increase the pay of teachers with a baccalaureate degree; requires state preschool lead teachers to hold a baccalaureate degree by July 1, 2028; and establishes a program to provide financial support to early childhood education workers pursuing a baccalaureate degree.

Assembly Bill 189, Child abuse or neglect: mandated reporters: autism service personnel

This bill adds qualified autism service providers, qualified autism service professionals, and qualified autism service paraprofessionals, as defined, to the list of individuals who are mandated reporters.

Assembly Bill 216, Pupil discipline: restraint and seclusion

This bill further amends general education statute on the use of restraint and seclusion in educational settings. It requires local educational agencies and nonpublic schools and agencies to implement positive behavioral intervention and supports, as defined, on

3

all school sites, and prohibits an educational provider from using seclusion or behavioral restraint before the provider receives emergency behavioral intervention training. Assembly Bill 216 is a two-year bill.

Assembly Bill 236, Special education programs: Family Empowerment Centers on Disability

This bill, subject to an appropriation, requires CDE to give priority to applicants for grants to Family Empowerment Centers on Disability in regions of the state that do not have a center, provides a cost-of-living adjustment, and increases base funding once there is a Family Empowerment Center in each of the 32 regions in the state.

Assembly Bill 413, Education: at-promise youth

This bill changes the term "at-risk" to "at-promise" in various sections of the Education Code and Penal Code. For purposes of the Education Code, the bill defines "at-promise" to have the same meaning as "at-risk."

Assembly Bill 428, Special education funding

This bill requires special education funding rates to be equalized to the 95th percentile after the Local Control Funding Formula is fully funded and makes other various special education funding changes. CDE estimates this bill would result in ongoing General Fund costs of about $1.1 billion

Assembly Bill 439, Juveniles: competency

This bill removes developmental centers from the list of alternatives to juvenile hall that the court is directed to consider when the court finds a minor incompetent to stand trial. It also deletes language which states that existing law does not authorize or require the placement of a minor who is incompetent in a developmental center or community facility operated by the Department of Developmental Services without a determination by a regional center director, or his or her designee, that the minor has a developmental disability and is eligible for services under the Lanterman Act.

Assembly Bill 605, Special education: assistive technology devices

This bill requires local educational agencies to allow students the use of school-purchased assistive technology devices at the student's home or in other settings, if the student's individualized education program team determines that the device is needed.

Assembly Bill 751, Pupil assessments: Pathways to College Act

This bill requires the State Superintendent of Public Instruction to approve one or more nationally recognized high school assessments that a local education agency may, at its

own discretion, administer in lieu of the grade 11 Smarter Balanced Summative Assessment, commencing with the 2021-22 school year.

Assembly Bill 898, Early and Periodic Screening, Diagnostic, and Treatment services: behavioral health.

This bill requires the California Health and Human Services Agency to convene by March 30, 2020, and monthly thereafter, the Children's Behavioral Health Action Team. It specifies the membership of the Action Team, which includes, among other entities, the directors or designees of the Department of Health Care Services, Social Services, Public Health, Corrections, California Surgeon General, Board of Education, and representatives from community-based behavioral health agencies. The bill requires a legislative report and implementation plan to be submitted to the Legislature.

Assembly Bill 947, Visually impaired pupils: expanded core curriculum

This bill establishes an expanded core curriculum for students who are blind, have low vision, or are visually impaired and authorizes local educational agencies to consider the expanded core curriculum when developing students' individualized education programs.

Assembly Bill 988, Teacher credentialing: out-of-state prepared teachers: education specialist credential

This bill allows out-of-state prepared candidates for the education specialist credential to demonstrate their area of concentration based on two years of experience in California, while the candidates hold a Preliminary credential.

Assembly Bill 1001, Child care: strategic planning councils

This bill updates the composition and duties of local planning councils, renames them strategic planning councils, and defines requirements of these councils to collect local input and facilitate local decision-making regarding early childhood education (ECE) services and to guide local and statewide ECE investments, through the more effective collection and sharing of data between local and statewide agencies.

Assembly Bill 1172, Special education: nonpublic, nonsectarian schools or agencies

This bill places new documentation requirements on nonpublic schools (NPS) related to their administrators and staff trainings, places new monitoring requirements on local educational agencies that enter into contract with an NPS, and places notification requirement on an NPS for any pupil-involved incident involving law enforcement.

Assembly Bill 1322, School-based health programs

This bill requires CDE to establish an Office of School-Based Health Programs for the purpose of improving the operation of, and participation in, school-based health programs, including the Medi-Cal Administrative Activities claiming process and the Local Education Agency Medi-Cal billing option program, and requires that $500,000 in federal reimbursements be made available for transfer through an interagency agreement to CDE for the support of the office.

Senate Bill 12, Mental health services: youth

This bill requires the Mental Health Services Oversight and Accountability Commission to administer a program to award grants to local government entities to establish mental health drop-in centers for youths, contingent on a budget appropriation for the purpose. It specifies grant funding criteria, requires funding to supplement and not supplant existing commitments of resources, and requires the commission to monitor implementation, provide technical assistance, and evaluate the program.

Senate Bill 174, Early childhood education: reimbursement rates

This bill requires, subject to an appropriation, that specified providers of subsidized childcare be reimbursed on the basis on an updated regional market rate as of January 1, 2021; it establishes the "Quality Counts California Pilot Reimbursement Program" to provide higher reimbursement rates to alternative payment program providers for meeting certain quality standards; and it makes the enactment of this bill contingent on the enactment of Assembly Bill 125 of the current legislative session.

Senate Bill 217, Special education: individuals with exceptional needs

This bill creates the Early Intervention Grant Program to increase inclusive access to early education programs for children with exceptional needs and expands eligibility for transitional kindergarten to include children with exceptional needs turning five years old at any time during the school year.

Senate Bill 582, Youth mental health and substance use disorder services

This bill requires the Mental Health Services Oversight and Accountability Commission to allocate at least one-half of the Investment in Mental Health Wellness Act of 2013 as triage grant program funds to local educational agency and mental health partnerships to support prevention, early intervention, and direct services to children and youths.

Senate Bill 614, Teacher credentialing: reading instruction
This bill requires the Commission on Teacher Credentialing, by July 1, 2020, to ensure that all approved preparation programs instruct and reliably assess candidates to ensure individual competence to deliver comprehensive and research-based reading instruction and to adopt, modify, and administer a reading instruction assessment

aligned with the state's current adopted curriculum framework for specified teacher candidates. The bill requires, beginning July 1, 2020, the requirements for the issuance of the preliminary multiple subject, single subject, or education specialist teaching credential to include either the approved preparation program requirements or the specified reading instruction assessment. Senate Bill 614 is a two-year bill.

Senate Bill 695, Special education: individualized education programs: translation services

This bill requires local educational agencies to provide most students' parents with a translation, upon parental request, of the student's individualized education program (IEP) and other related documents in the native language of the parent within 30 days of the IEP team meeting, and requires translations to be conducted by a qualified translator.

# CERTIFICATE OF SERVICE

Case Name: **Emma C., et al. v. Thurmond, et al.**     No.     **3:96-cv-04179-VC**

I hereby certify that on <u>August 19, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**CDE'S QUARTERLY AND SEMI-ANNUAL REPORT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 19, 2019</u>, at Sacramento, California.

| Christopher R. Irby | S/ Christopher R. Irby |
|:---:|:---:|
| Declarant | Signature |

SA2005104070
14025335.docx