XAVIER BECERRA
Attorney General of California
ISMAEL A. CASTRO, State Bar No. 85452
Supervising Deputy Attorney General
DARRELL W. SPENCE, State Bar No. 248011
KIRIN K. GILL, State Bar No. 259968
Deputy Attorneys General
State Bar No. 259968
   1300 I Street, Suite 125
   P.O. Box 944255
   Sacramento, CA 94244-2550
   Telephone: (916) 210-6172
   Fax: (916) 324-5567
   E-mail: Darrell.Spence@doj.ca.gov
   E-mail: Kirin.Gill@doj.ca.gov
*Attorneys for Defendants*
*California Department of Education, Tony*
*Thurmond, in his official capacity as the State*
*Superintendent of Public Instruction, and*
*State Board of Education*

William Koski, SBN 166061
MILLS LEGAL CLINIC
STANFORD LAW SCHOOL
YOUTH & EDUCATION LAW PROJECT
559 Nathan Abbott Way
Stanford, California 94305-8610
Tel:    (650) 724-3718
Fax:    (650) 723-4426
Email: bkoski@stanford.edu

Leecia Welch, Esq., SBN 208741
Freya Pitts, Esq., SBN 295878
NATIONAL CENTER FOR YOUTH LAW
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Fax: (510) 835-8099
Email: lwelch@youthlaw.org
fpitts@youthlaw.org

*Attorneys for Plaintiffs*

John C. Beiers, SBN 144282
*San Mateo County Counsel*
Aimee B. Armsby, SBN 226967
OFFICE OF THE SAN MATEO COUNTY COUNSEL
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4647
Facsimile: (650) 363-4034
Email: aarmsby@smcgov.org

*Attorneys for Defendant Ravenswood*
*City School District and Related*
*Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA C., et al., | 3:96-cv-04179-VC |
| Plaintiffs, | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. | |
| THURMOND, et al., | Date:        August 28, 2019<br>Time:        9:30 a.m.<br>Judge:       The Honorable Vince Chhabria |
| Defendants. | |

1

1    Pursuant to the Court's July 5, 2019 Order re State's Compliance at Phase 2 (Dkt. 2520)

2    ("Phase 2 Order") setting a Case Management Conference for August 28, 2019, the parties,

3    Plaintiffs Emma C. et al.; Defendants California Department of Education ("CDE"), Tony

4    Thurmond, in his official capacity as the State Superintendent of Public Instruction, and State

5    Board of Education ("SBE") (collectively, "State Defendants" or the "State"); and Defendant

6    Ravenswood City School District (the "District"), submit this Joint Case Management

7    Conference Statement. Consistent with the Phase 2 Order, the parties address the following

8    items.

9  **I.    STATE'S PROPOSALS REGARDING IEP IMPLEMENTATION DATA
          COLLECTION**

10

11    ***Plaintiffs' and State Defendants' position:*** State Defendants and Plaintiffs conducted three

12   calls to discuss the concerns in the Court's August 17, 2018 Order re State's Compliance at Phase

13   1 (Dkt. 2428) relating to data collection proposals with respect to IEP implementation. These

14   calls were held on August 2, 2019, August 6, 2019, and August 13, 2019. The August 13, 2019

15   call also included the Monitor.

16    The meetings were productive. To inform their discussions, State Defendants and Plaintiffs

17   discussed using the Service Delivery Report used by the District as a framework for data

18   collection throughout the State. A copy of that Service Delivery Report begins on page 3 of the

19   document attached hereto as **Exhibit A**. The proposed data collection process, at a high-level,

20   would encompass the following:

21    1.    The State would direct LEAs to track delivery of services minutes for each student

22       with an IEP.

23    2.    The State would direct LEAs to report data on delivery of services minutes to the

24   State annually in a valid and reliable manner using a sample of students with IEPs within the

25   LEA. The State is continuing to discuss and consider statistically significant sample sizes for

26   LEA reporting to the State.

27    3.    The State will develop a method to ensure the validity and reliability of the data

28   collected from the LEAs.

2

1    ***District's position:***  The District takes no position on this issue.

2    **II.    PROPOSED SCHEDULE FOR FURTHER PHASE 2 HEARINGS PER JULY 5,
3            2019 ORDER**

4        ***Plaintiffs' and State Defendants' position:***  To address the remaining issues in Phase 2 for

5    which the Court did not find the State in compliance, the parties have discussed the possibility of

6    having the Court conduct hearings on those remaining areas as set forth in the Phase 2 Order,

7    which—in the Court's and parties' view—may be sufficiently discrete to address on an expedited

8    schedule and that would not require consideration of the State Performance Plan ("SPP") targets,

9    which are anticipated to be approved by SBE in early May 2020. The parties believe that

10   discussing the scope of those issues at the Case Management Conference would be productive in

11   determining whether there are in fact discrete issues that could be addressed on an expedited

12   schedule with a separate hearing for such issues.  The parties have discussed that for any such

13   issues, State Defendants' Further Phase 2 submission would be due by Friday, January 31, 2020,

14   with a hearing schedule based on that date.

15       In addition to the expedited schedule referenced above, or, to the extent that the Court

16   prefers a single hearing on the remaining Phase 2 issues for which the State was found out of

17   compliance, the parties also propose the following schedule, which would allow the State to

18   incorporate into its written submission the SPP targets anticipated to be approved by SBE in early

19   May 2020.

20       • State Defendants' Further Phase 2 Submission:  due Friday, May 15, 2020;

21       • Monitor's Compliance Report:  due Friday, June 26, 2020;

22       • State Defendants' response to Monitor's Compliance Report:  due Friday, July 24,
23           2020;

24       • Plaintiffs' and any amicus responses:  due Friday, August 21, 2020;

25       • Further Phase 2 hearing:  One (1) to two (2) days between September 14 through
26           September 30, 2020.

27       ***District's position:***  The District takes no position on this issue.

28   //

| | |
|---|---|
| 1 | Dated:  August 21, 2019 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ISMAEL A. CASTRO
Supervising Deputy Attorney General


*/s/ Darrell W. Spence*
*/s/ Kirin K. Gill*
DARRELL W. SPENCE
KIRIN K. GILL
Deputy Attorneys General
*Attorneys for Defendants*
*California Department of Education, Tony*
*Thurmond, in his official capacity as the*
*State Superintendent of Public Instruction,*
*and State Board of Education*

YOUTH AND EDUCATION LAW PROJECT –
STANFORD LAW SCHOOL
By: _____ /s/ _____
William S. Koski

NATIONAL CENTER FOR YOUTH LAW
By: _____ /s/ _____
Leecia Welch
Freya Pitts

*Attorneys for Plaintiffs Emma C., et al.*

COUNTY COUNSEL OF THE COUNTY OF SAN
MATEO
By: _____ /s/ _____
Aimee B. Armsby, Deputy County Counsel

*Attorneys for Ravenswood City School*
*District*

4

1        Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Kirin K. Gill, attest that

2    concurrence in the filing of this document has been obtained from each of the other signatories. I

3    declare under penalty of perjury under the laws of the United States of America that the foregoing

4    is true and correct. Executed this 21st day of August, 2019, at Sacramento, California.

5                                               */s/ Kirin K. Gill*

6                                               Kirin K. Gill

7    SA2005104070
2019-8-21 Joint CMC Statement.docx

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A

# Parent Participation Report

> **Requirement:**
> The District will review at least 25 randomly selected initial or annual IEPs two times a school year to determine parent attendance and participation at IEP meetings.

By the third Wednesday in January for IEPs held from **August through November 2nd** (end of first semester)
By the first Wednesday in June for IEPs held from **November through March 1st** (end of second semester)

**Evidence of Performance:**
Student records; IEP attendance signature page and IEP meeting notes documenting any special circumstances

**District procedures to ensure parent participation at IEP meetings:**
The District has written guidelines which are part of the IEP 30-day checklist that the case managers use to set up an IEP meeting. Thirty days or more before the IEP meeting is due, the case managers make at least three attempts via phone, email, student backpack, and/or at pick up/ drop off to connect with the parent/ guardian to determine a mutually agreed upon time and date to hold the upcoming meeting.
The written IEP Notice of Meeting is sent to the parent ahead of the meeting, documenting this date and time. In addition, often the parent receives a reminder phone call closer to the date of the IEP meeting.
When the parent/ guardian is not in attendance at the first scheduled meeting, the IEP team members sign the attendance page and the existing offer of consented FAPE continues. The team may briefly discuss progress, but no changes are made to the IEP. The case manager makes additional attempts to connect with the parent and find a mutually agreed upon time and date. A second written IEP notice of meeting is sent to the parent with the second rescheduled date to hold this meeting. If at this second rescheduled meeting date, the parent attends, the IEP team reviews the discussion from the first meeting and moves into the IEP meeting. However, if the parent does not attend the second rescheduled IEP meeting, a third attempt is made. The existing offer of FAPE stays in place. A third IEP notice of meeting is sent out and if the parent does not respond to, or attend this meeting, the IEP is marked as an 'unsigned' IEP with services continuing. A copy of the IEP document is sent home to the parent. The Principal and/ or Director may reach out to the parent via mail to move the process forward and find a mutually agreed upon time and date. At times a home visit is made in an attempt to include the parent in the IEP process.

**Report and Supporting Evidence:**

Files of 26 students who had annual, triennial, or initial IEP meetings between 11/3/2018 and 3/1/2019 were reviewed. The results are below:

| Parent / Guardian Present | No parent / Guardian Present |
|---|---|
| 26 student IEP meetings **(100%)** | See notes below |

Evidence was found that of the 26 student files reviewed 26 parents or guardians participated in the IEP meeting **100%** of the time.

- 20 parents/guardians **(77%)** attended the IEP meeting at the first scheduled date and time;
- 4 parents/ guardians **(15%)** missed the first meeting, but attended the IEP meeting at the second rescheduled date and time;
- 2 parents/ guardians **(8%)** missed two scheduled IEP meetings but attended the third IEP meeting;

Documents reviewed for each student included the IEP 'Signature and Parent Consent page, IEP meeting notes and IEP meeting notices.

**Notes:**
1. The District would like to mention that for the 6 students whose parents missed the initially scheduled IEP meetings, but later attended the second or third scheduled meeting, the IEP teams documented the continued existing offer of free appropriate public education (FAPE)  in the meeting notes until consent and input was obtained from the parent at the IEP meeting.
2. The District would like to note that there are two (2) students in this sample whose IEP teams held continuation IEP meetings across 3 different meetings dates before the parent consented to the IEP. The parent participated in all the continuation IEP meetings and signed consent only after three or more meetings.
3. The files reviewed did not show any missed IEP timelines and documented continued offers of FAPE when parents were not initially in attendance.
4. Data reviewed for this indicator was obtained through a review of "Historical Dates" in SEIS for each student.

## Service Delivery Report

---

**Requirement:**
The District shall ensure the provision of all services as specified in the IEPs of students. The District, two times a year, will review service delivery from a randomly selected sample of no less than 15% of all special education students enrolled in Ravenswood.

---

By the third Wednesday in January for IEPs held from **August through November 2nd** (end of first semester)
By the first Wednesday in June for IEPs held from **November through March 1st** (end of second semester)

**On 3/1/2019, SEIS listed <u>450 eligible</u> students in Ravenswood**

 **Required: <u>15% of 450  = 68 students</u>**   The District has completed the service delivery review of <u>**72 student files**</u>

**Evidence of Performance:**
IEP service page indicating services owed and staff monthly service logs indicating services provided.

**Report and Analysis:**
Historically, the District was monitored under the Ravenswood Self Improvement Plan (RSIP) using the compliance criteria of 95% of all services provided to a student. Using this criteria, the data shows that for the service logs of **72** students with special education services were reviewed between 11/2/2018 - 3/1/2019:

- Evidence was found in **59 of the 72 files (82 %)** that 95 % of IEP services were provided in accordance with the consented IEP.
- Evidence was found in  **13 of the 72 files (18 %)** that some IEP services were not provided in accordance with the student's IEP.  These students received less than 95% of their special education services.

| Services Provided | Services Owed |
|:---:|:---:|
| 82 % | 18% |

**Summary of post-RSIP data submitted over time**

| Reporting Period | | Services Provided | Services Owed |
|---|---|---|---|
| August 2017- November 2017 | *used **100%** of services provided criteria* | 75.36% | 24.36% |
| November 2017- March 2018 | *used **95%** of services provided criteria* | 90% | 10% |
| August 2018- November 2018 | *used **95%** of services provided criteria* | 80% | 20% |
| November 2018- March 2019 | *used **95%** of services provided criteria* | 82% | 18% |

The District conducted a deeper analysis of IEP services for all 72 student files reviewed.

| Service | Data review | Trends |
|---|---|---|
| **Specialized Academic Instruction (SAI)** | **60 students** had SAI services in the self review pool of students.<br><br>**50 students** (83 %) had at least 95% of specialized academic services provided.<br><br>**10 students** (17%) received less than 95% of their specialized academic services. | • ████ 5 students missed some service minutes<br><br>• ████ - 4 student missed some service minutes<br><br>• ████ - 1 student missed some service minutes |
| **Speech and Language Therapy** | **57 students** had this service on their IEP. | • ████ 3 total students missed some service minutes |

| | | |
|---|---|---|
| | **47 students** (82%) received at least 95% of their speech and language service<br><br>**10 students** (17%) missed some of their speech and language services | • ████████2 students missed some service service minutes<br><br>• ████████- 5 students missed some service minutes |
| **Occupational Therapy** | **24 students** had this service on their IEP<br><br>**24 students** (100%)  had at least 95% of their OT services provided | |
| **Intensive Individual Services (Paraeducator)** | **24 students** had this service on their IEP<br><br>**23 students** (96%) received all their IIS services<br><br>**1 students** (4 %) did not receive some of this service | • ████-.1 student missed some of their service minutes |
| **Adaptive Physical Education** | **3 students** had this service on their IEP.<br><br>**3 students** (100%) received this service | |
| **Audiology** | **2 students** had this service on their IEP.<br><br>2 students (100%) received this | |

*Date of report: 06/05/2019*

| | service. | |
|---|---|---|
| **Physical Therapy** | **3 students** had this service on their IEP.. | |
| | **3 students (100%)** received this service | |
| **Counseling** | **1 student** had this service on his/her IEP. | |
| | **100%** of this service was provided to the student. | |



# CERTIFICATE OF SERVICE

Case Name:  **Emma C., et al. v. Thurmond,**          No.   **3:96-cv-04179-VC**
            **et al.**

I hereby certify that on <u>August 21, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 21, 2019</u>, at Sacramento, California.

<table>
<tr><td>J. Hutcherson</td><td>/s/ J. Hutcherson</td></tr>
<tr><td>Declarant</td><td>Signature</td></tr>
</table>

SA2005104070
14035932.docx