XAVIER BECERRA
Attorney General of California
DARRELL W. SPENCE, State Bar No. 248011
Supervising Deputy Attorney General
KIRIN K. GILL, State Bar No. 259968
CHRISTINE M. MURPHY, State Bar No. 183835
Deputy Attorneys General
State Bar No. 259968
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6172
 Fax: (916) 324-5567
 E-mail: Kirin.Gill@doj.ca.gov
 E-mail: Christine.Murphy@doj.ca.gov
*Attorneys for Defendants*
*California Department of Education, Tony*
*Thurmond, in his official capacity as the State*
*Superintendent of Public Instruction, and*
*State Board of Education*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EMMA C., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**THURMOND, et al.,**<br><br>Defendants. | 3:96-cv-04179-VC<br><br>**ADDENDUM TO STATE DEFENDANTS' RESPONSE TO ORDER RE FURTHER FILINGS ON SELECTION OF SMALL DISTRICTS FOR MONITORING (DKT. 2584)**<br><br>Judge:      The Honorable Vince Chhabria |

1

1    Pursuant to the Court's June 18, 2020 Order re Further Filings on Selection of Small

2    Districts for Monitoring (Dkt. 2584) (the "6/18/20 Order"), Defendants California Department of

3    Education ("CDE"), Tony Thurmond, in his official capacity as the State Superintendent of

4    Public Instruction, and State Board of Education ("SBE") (collectively, "State Defendants" or the

5    "State") hereby submits this Addendum to their Response filed June 26, 2020 (Dkt. 2590 & 2590-

6    1.)  In its 6/18/20 Order, the Court asked the parties to address whether it "could be rational to

7    exclude small school-aged LEAs from the intensive monitoring process entirely, for at least two

8    reasons: (i) small LEAs perform better on the whole than large LEAs; and (ii) the process of

9    targeted monitoring might end up being more comprehensive when applied to small LEAs."

10   (Dkt. 2584 at 1-2).  The State inadvertently omitted a direct response to this question, and

11   answers as follows:

12   The State agrees that, as a whole, the data indicates that small LEAs generally appear to

13   perform better than large LEAs.  CDE is concerned, however, with intentionally designing a

14   system that would exclude small LEA data entirely from its selection criteria with respect to a

15   particular monitoring activity, including, for example, Intensive Review – School Age.  As for

16   whether it would be rational to exclude small LEAs entirely from selection for Intensive Review

17   – School Age because targeted monitoring might end up being more comprehensive when applied

18   to small LEAs, that question is better suited to Phase 3, when the legal sufficiency of particular

19   monitoring activities will be addressed.

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

1    Dated:  June 29, 2020

                                                       Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DARRELL W. SPENCE
Supervising Deputy Attorney General

*/s/ Kirin K. Gill*
*/s/ Christine M. Murphy*
KIRIN K. GILL
CHRISTINE M. MURPHY
Deputy Attorneys General
*Attorneys for Defendants*
*California Department of Education, Tony*
*Thurmond, in his official capacity as the*
*State Superintendent of Public Instruction,*
*and State Board of Education*

SA2005104070
6-29 Emma C Addendum (003).docx

3

# CERTIFICATE OF SERVICE

Case Name:   **Emma C., et al. v. Thurmond,**     No.   **3:96-cv-04179-VC**
             **et al.**

I hereby certify that on <u>June 29, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**ADDENDUM TO STATE DEFENDANTS' RESPONSE TO ORDER RE FURTHER FILINGS ON SELECTION OF SMALL DISTRICTS FOR MONITORING (DKT. 2584)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>June 29, 2020</u>, at Sacramento, California.

Natalie Y. Quinonez                              */s/ Natalie Y. Quinonez*
Declarant                                        Signature

SA2005104070
34195908.docx