UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMA C., et al.,<br><br>                *Plaintiffs*,<br><br>v.<br><br>TONY THURMOND, et al.,<br><br>                *Defendants*. | Case No.: 3:96-cv-4179 (VC)<br><br>**[PROPOSED] STIPULATED ORDER RE: PAYMENT OF PLAINTIFFS' ATTORNEYS' FEES FOR THE PERIOD OF JULY 1, 2022 THROUGH DECEMBER 31, 2022**<br><br>Hon. Vince Chhabria |

**[PROPOSED] ORDER**

In view of the Parties' stipulation, and GOOD CAUSE APPEARING THEREOF, the California Department of Education shall pay Plaintiffs' attorneys' fees in this action for the period of July 1, 2022 through December 31, 2022. Attorneys' fees will be paid to the Stanford Law School-Youth and Education Law Project and to the National Center for Youth Law, subject to further terms specified in the stipulation and as follows:

The California Department of Education will pay all STATE-related fees and costs, in the amounts of **$25,123.00** to the National Center for Youth Law, and **$18,411.26** to the Stanford Law School-Youth and Education Law Project.

Upon entry of this Court's order approving this stipulation, Defendants will timely seek the necessary agency approvals for preparation and relay of the checks. The checks will be provided to Plaintiffs' counsel within 60 days of obtaining such agency approvals.

**IT IS SO ORDERED.**

Dated:   September 21, 2023

_____
VINCE CHHABRIA
United States District Judge