AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| EMMA C., et al., *Plaintiff* <br> v. <br> THURMOND, et al., *Defendant* | Case No. 96-cv-04179-VC |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

California Department of Education, Tony Thurmond (in his official capacity), and State Board of Education.

Date:   10/03/2023

*Attorney's signature*

Stacey L. Leask, 233281
*Printed name and bar number*
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102-7004

*Address*

Stacey.Leask@doj.ca.gov
*E-mail address*

(415) 510-3524
*Telephone number*

(415) 703-5480
*FAX number*