1  ROB BONTA
   Attorney General of California
2  DARRELL W. SPENCE
   Supervising Deputy Attorney General
3  State Bar No. 248011
    1300 I Street, Suite 125
4   P.O. Box 944255
    Sacramento, CA 94244-2550
5   Telephone: (916) 210-6089
    Fax: (916) 324-5567
6   E-mail: Darrell.Spence@doj.ca.gov
   *Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| EMMA C., et al., | 3:96-cv-04179-VC |
|---|---|
| Plaintiffs, | [~~PROPOSED~~] ORDER RE: ADMINISTRATIVE MOTION TO CLOSE AND SEAL PROCEEDINGS FROM PUBLIC VIEW |
| v. | |
| THURMOND, et al., | Date: October 17, 2023<br>Time: 9:30 am<br>Courtroom: Via Videoconference<br>Judge: The Honorable Vince Chhabria |
| Defendants. | |

1

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, State Defendants' administrative motion to close and seal proceedings from public view is GRANTED. Those portions of the October 17, 2023, Phase 3B evidentiary hearing where witnesses are asked to testify will be closed, and the resulting transcripts will be sealed, as to anyone other than the Court Monitor; the Parties; the Parties' counsel of record; and attorneys, legal fellows, law student interns, clinical students, and/or support staff affiliated with counsel of record who are not participating in the evidentiary hearing.

**IT IS SO ORDERED.**

Dated: October 12, 2023

_____
VINCE CHHABRIA
United States District Judge