1   ROB BONTA
    Attorney General of California
2   DARRELL W. SPENCE, State Bar No. 248011
    Supervising Deputy Attorney General
3   1300 I Street, Suite 125
     P.O. Box 944255
4    Sacramento, CA 94244-2550
     Telephone:  (916) 210-6089
5    Fax:  (916) 324-5567
     E-mail:  Darrell.Spence@doj.ca.gov
6   *Attorneys for Defendants*
    *California Department of Education, Tony*
7   *Thurmond, in his official capacity as the State*
    *Superintendent of Public Instruction, and State*
8   *Board of Education*

9

                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13

14   **EMMA C., et al.,**                  Case No. 3:96-cv-4179-VC

15                        Plaintiffs,      **EXHIBITS TO STATE DEFENDANTS'**
                                           **SUPPLEMENTAL PHASE 3B CIM STEP**
16           v.                            **1 SUBMISSION**

17                                         **EXHIBIT 255 – EXHIBIT 322**
     **THURMOND, et al.,**
18                                          **VOL. 8 OF 8**
                         Defendants.
19

20

21

22

23

24

25

26

27

28

                                        1
─────────────────────────────────────────────────────────────

| SPPI-T | 2-1-1.8 | As part of an initial evaluation (if appropriate) and as part of any reevaluation, do the IEP team and other qualified professionals, as appropriate, review existing evaluation data on the child, including information provided by the parents of the child? | | | | X |
|---|---|---|---|---|---|---|
| SPPI-T | 2-2-2.2 | Is there evidence materials and procedures used to assess a student who is an English learner are selected and administered to ensure that they measure the extent to which the student has a disability and needs special education, rather than measuring the student's English proficiency? | | | | X |
| SPPI-T | 3-2-4 | Does the IEP include a statement of the special education and related services and supplementary aids and services to be provided to the student? | | | | X |
| SPPI-T | 3-4-1.5 | Does the IEP team include an individual who can interpret the instructional implications of the assessment results? | | | | X |
| SPPI-T | 3-6-1 | Does the IEP to be in effect when the student turns sixteen, or younger if determined appropriate by the IEP team, and updated annually thereafter, include courses of study that focus on improving the academic and functional achievement of the student to facilitate their movement from school to post school? | | | | X |
| SPPI-T | 3-6-2.1.2 | Does the IEP that addresses transition, when the student turns sixteen years old or younger, if appropriate, and each IEP thereafter, contain measurable postsecondary goals based on age appropriate transition assessments related to training, education, employment, and, where appropriate, independent living skills? | | | | X |
| SPPI-T | 4-3-2.2 | Within 10 school days of any decision to change the placement of a student with a disability because of a violation of the code of student conduct, did the LEA, the parent, and relevant members of the student's IEP team (as determined by the parent and LEA) meet to review all relevant information in the student's file, including the student's IEP placement and services, any teacher observations, and any relevant information provided by the parents to determine if the behavior was a manifestation of the student's disability? | | | | X |
| SPPI-T | 6-1-2.2 | Does the prior written notification include a description of the action and an explanation of why the LEA proposes or refuses to take the action? | | | | X |
| SPPI-T | 2-3-1.8 | Does the written assessment report include a determination concerning the effects of environmental, cultural, or economic disadvantage, where appropriate? | | | | X |
| SPPI-T | 3-3-10.2 | Does the IEP team consider parent concerns for enhancing the education of the student? | | | | X |
| SPPI-T | 3-5-7 | For a student whose behavior impedes the student's learning or that of others, does the IEP team consider the provision of positive behavior interventions and strategies and/or supports to address the behavior? | | | | X |
| SPPI-T | 5-1-5 | Are all placement decisions made by a team that includes the parent(s) (holder of educational rights) and not less than one general education teacher if the pupil is or may be participating in the general education environment, not less than one special education teacher, and an LEA representative? | | | | X |
| SPPI-T | 3-5-8 | For a student who is an English learner, does the IEP team consider the language needs of the student, as such needs relate to the student's IEP, and does the IEP include linguistically appropriate goals, programs, and services? | | | | X |
| SPPI-T | 10-2-4 | Does the IEP of students identified as English learners include a determination of whether the English Language Proficiency Assessments for California (ELPAC) will be administered with or without modifications or accommodations, or whether English proficiency will be measured using an alternate assessment? | | | | X |
| SPPI-T | 3-2-1 | Does the IEP include a statement of the student's present levels of performance, including how the disability affects the student's involvement and progress in the general education curriculum? | | | | X |
| SPPI-T | 3-2-6 | Does the IEP include an explanation of the extent, if any, to which the student will not participate with nondisabled students in the general education classroom and in extracurricular and nonacademic activities? | | | | X |
| SPPI-S | 2-1-1.8 | As part of an initial evaluation (if appropriate) and as part of any reevaluation, do the IEP team and other qualified professionals, as appropriate, review existing evaluation data on the child, including information provided by the parents of the child? | | | | X |
| SPPI-S | 2-2-2.2 | Is there evidence materials and procedures used to assess a student who is an English learner are selected and administered to ensure that they measure the | | | | X |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | extent to which the student has a disability and needs special education, rather than measuring the student's English proficiency? | | | | |
| SPPI-S | 3-2-4 | Does the IEP include a statement of the special education and related services and supplementary aids and services to be provided to the student? | | | | X |
| SPPI-S | 3-4-1.5 | Does the IEP team include an individual who can interpret the instructional implications of the assessment results? | | | | X |
| SPPI-S | 3-6-1 | Does the IEP to be in effect when the student turns sixteen, or younger if determined appropriate by the IEP team, and updated annually thereafter, include courses of study that focus on improving the academic and functional achievement of the student to facilitate their movement from school to post school? | | | | X |
| SPPI-S | 3-6-2.1.2 | Does the IEP that addresses transition, when the student turns sixteen years old or younger, if appropriate, and each IEP thereafter, contain measurable postsecondary goals based on age appropriate transition assessments related to training, education, employment, and, where appropriate, independent living skills? | | | | X |
| SPPI-S | 4-3-2.2 | Within 10 school days of any decision to change the placement of a student with a disability because of a violation of the code of student conduct, did the LEA, the parent, and relevant members of the student's IEP team (as determined by the parent and LEA) meet to review all relevant information in the student's file, including the student's IEP placement and services, any teacher observations, and any relevant information provided by the parents to determine if the behavior was a manifestation of the student's disability? | | | | X |
| SPPI-S | 6-1-2.2 | Does the prior written notification include a description of the action and an explanation of why the LEA proposes or refuses to take the action? | | | | X |
| SPPI-S | 2-3-1.8 | Does the written assessment report include a determination concerning the effects of environmental, cultural, or economic disadvantage, where appropriate? | | | | X |
| SPPI-S | 3-3-10.2 | Does the IEP team consider parent concerns for enhancing the education of the student? | | | | X |
| SPPI-S | 3-5-7 | For a student whose behavior impedes the student's learning or that of others, does the IEP team consider the provision of positive behavior interventions and strategies and/or supports to address the behavior? | | | | X |
| SPPI-S | 5-1-5 | Are all placement decisions made by a team that includes the parent(s) (holder of educational rights) and not less than one general education teacher if the pupil is or may be participating in the general education environment, not less than one special education teacher, and an LEA representative? | | | | X |
| SPPI-S | 3-5-4 | For a student who is an English learner, does the IEP team consider the language needs of the student, as such needs relate to the student's IEP, and does the IEP include linguistically appropriate goals, programs, and services? | | | | X |
| SPPI-S | 10-2-4 | Does the IEP of students identified as English learners include a determination of whether the ELPAC will be administered with or without modifications or accommodations, or whether English proficiency will be measured using an alternate assessment? | | | | X |
| SPPI-S | 3-2-1 | Does the current IEP include a statement of the student's present levels of performance, including how the disability affects the student's involvement and progress in the general education curriculum? | | | | X |
| SPPI-S | 3-2-6 | Does the IEP include an explanation of the extent, if any, to which the student will not participate with nondisabled students in the general education classroom and in extracurricular and nonacademic activities? | | | | X |
| SPPI-S | 3-2-3 | Does the IEP include a direct relationship between the present levels of performance, goals and the specific educational services to be provided? | | | | X |
| SPPI-S | 3-2-5 | Does the IEP include descriptions of program modifications that will be provided to enable the student to: 1. Advance toward attaining annual goals? 2. Be involved and make progress in the general education curriculum and participate in extra-curricular activities? 3. Be educated and participate with other students with disabilities and with nondisabled students? | | | | X |
| SPPI-S | 4-1-1 | Does the LEA make a free appropriate public education available to the student? | | | | X |
| SPPI-S | 4-1-5 | Does the LEA assist the student to achieve the goals listed in the IEP? Also, for a student eligible for statewide testing using the California Alternate Assessment | | | | X |

DEFSupp001806

| | | (CAA), does the LEA assist the student to achieve the benchmarks listed in the IEP? | | | | |
|---|---|---|---|---|---|---|
| SPPI-I | 2-1-1.8 | As part of an initial evaluation (if appropriate) and as part of any reevaluation, do the IEP team and other qualified professionals, as appropriate, review existing evaluation data on the child, including information provided by the parents of the child?<br><br>**Item Notes:**<br>IEP dated 10-25-2022 is an Annual Plan Review | | | X | |
| SPPI-I | 2-2-2.2 | Is there evidence materials and procedures used to assess a student who is an English learner are selected and administered to ensure that they measure the extent to which the student has a disability and needs special education, rather than measuring the student's English proficiency?<br><br>**Item Notes:**<br>IEP dated 10-25-2022 is an Annual Plan Review | | | X | |
| SPPI-I | 3-2-4 | Does the IEP include a statement of the special education and related services and supplementary aids and services to be provided to the student? | X | | | |
| SPPI-I | 3-4-1.5 | Does the IEP team include an individual who can interpret the instructional implications of the assessment results?<br><br>**Item Notes:**<br>IEP dated 10-25-2022 is an Annual Plan Review | | | X | |
| SPPI-I | 3-6-1 | Does the IEP to be in effect when the student turns sixteen, or younger if determined appropriate by the IEP team, and updated annually thereafter, include courses of study that focus on improving the academic and functional achievement of the student to facilitate their movement from school to post school? | X | | | |
| SPPI-I | 3-6-2.1.2 | Does the IEP that addresses transition, when the student turns sixteen years old or younger, if appropriate, and each IEP thereafter, contain measurable postsecondary goals based on age appropriate transition assessments related to training, education, employment, and, where appropriate, independent living skills? | X | | | |
| SPPI-I | 4-3-2.2 | Within 10 school days of any decision to change the placement of a student with a disability because of a violation of the code of student conduct, did the LEA, the parent, and relevant members of the student's IEP team (as determined by the parent and LEA) meet to review all relevant information in the student's file, including the student's IEP placement and services, any teacher observations, and any relevant information provided by the parents to determine if the behavior was a manifestation of the student's disability?<br><br>**Item Notes:**<br>IEP dated 10-25-2023 does not include a change of placement or manifestation determiniaton | | | X | |
| SPPI-I | 6-1-2.2 | Does the prior written notification include a description of the action and an explanation of why the LEA proposes or refuses to take the action?<br><br>**Item Notes:**<br>IEP dated 10-25-2022 is an Annual Plan Review | | | X | |

DEFSupp001807

| SPPI-I | 2-3-1.8 | Does the written assessment report include a determination concerning the effects of environmental, cultural, or economic disadvantage, where appropriate?<br><br>**Item Notes:**<br>IEP dated 10-25-2022 is an Annual Plan Review | | | X | |
| SPPI-I | 3-3-10.2 | Does the IEP team consider parent concerns for enhancing the education of the student?<br><br>**Item Notes:**<br>Student is 18 | | | X | |
| SPPI-I | 3-5-7 | For a student whose behavior impedes the student's learning or that of others, does the IEP team consider the provision of positive behavior interventions and strategies and/or supports to address the behavior?<br><br>**Item Notes:**<br>Student does not have behaviors that impede learning | | | X | |
| SPPI-I | 5-1-5 | Are all placement decisions made by a team that includes the parent(s) (holder of educational rights) and not less than one general education teacher if the pupil is or may be participating in the general education environment, not less than one special education teacher, and an LEA representative? | X | | | |
| SPPI-I | 3-5-8 | For a student who is an English learner, does the IEP team consider the language needs of the student, as such needs relate to the student's IEP, and does the IEP include linguistically appropriate goals, programs, and services?<br><br>**Item Notes:**<br>Student is not an English Learner | | | X | |
| SPPI-I | 10-2-4 | Does the IEP of students identified as English learners include a determination of whether the ELPAC will be administered with or without modifications or accommodations, or whether English proficiency will be measured using an alternate assessment?<br><br>**Item Notes:**<br>Student is not an English Learner | | | X | |
| SPPI-I | 3-2-1 | Does the current IEP include a statement of the student's present levels of performance, including how the disability affects the student's involvement and progress in the general education curriculum? | X | | | |
| SPPI-I | 3-2-6 | Does the IEP include an explanation of the extent, if any, to which the student will not participate with nondisabled students in the general education classroom and in extracurricular and nonacademic activities? | X | | | |
| SPPI-I | 14-1-1 | 1) Is the student assessed in all areas related to the suspected disability and are assessments sufficiently comprehensive to identify all of the student's special education and related service needs, whether or not commonly linked to the disability category in which the child has been classified? 2) Does the IEP include a statement of how disability affects involvement and progress in the general education curriculum? 3) Does the IEP include a direct relationship between: a. assessments and present levels of performance? b. present levels of performance and goals? c. goals and specific educational services to be provided? 4) Are goals | | | X | |

DEFSupp001808

| | | developed for all areas of need identified as requiring specialized academic and/or functional support? | | | | |
|---|---|---|---|---|---|---|
| SPPI-I | 14-1-2 | 1) Does the IEP include descriptions of program modifications or supplementary aides and services that will be provided to enable the student to: a. Advance toward attaining annual goals? b. Be involved and make progress in the general education curriculum and participate in extracurricular activities? c. Be educated and participate with other students with disabilities and with nondisabled students? | | | X | |
| SPPI-I | 14-1-3 | Were any of the noncompliance items found above sufficient to constitute a denial of FAPE in the current IEP? | | | X | |
| SPPI-I | 14-1-4 | Present Levels/Goals/Services: 1) Were services planned to support: a. Progress toward all goals? b. Progress in the general education curriculum? c. Participation in extracurricular/ academic activities? d. Education with other students with disabilities and typically developing students? Progress on Goals: 1) Did the LEA assist the student to achieve the goals listed in the IEP? 2) If there is a lack of expected progress towards goals or in the general education curriculum, was the IEP adjusted to address the lack of progress? | | | X | |

| Indicator | Item Number | Compliance Test | C † | NC † | NA † | NR † |
|---|---|---|---|---|---|---|
| Discipline, Placement, SPPI 9 & 10 | 2-2-2,6 | Is there evidence that the current assessment is comprehensive and that assessments were administered in all areas related to the suspected disability by trained and knowledgeable personnel using sound instruments? | | | | X |
| Discipline, Placement, SPPI 9 & 10 | 2-3-1.6 | Does the written Assessment Report include relevant behavior noted during observation of the student in the appropriate setting? | | | | X |
| Discipline, Placement, SPPI 9 & 10 | 2-3-1.8 | Does the written Assessment Report include determination of the effects of environmental, cultural, or economic disadvantage, where appropriate? | | | | X |
| Discipline, Placement, SPPI 9 & 10 | 2-4-1 | Does a reevaluation occur, unless the parent and the LEA agreed that a reevaluation is unnecessary: a) not more frequently than once a year; b) at least every three years; c) when the LEA determines that the educational or related service needs (including improved academic achievement and functional performance) warrant an evaluation; or d) at the student's parents' or teacher request? | | | | X |
| Discipline, Placement, SPPI 9 & 10 | 3-3-6.1 | Does the IEP team periodically review but, not less frequently than annually, the student's IEP including progress toward annual goals and progress in the general curriculum when developing new goals? | | | | X |
| Discipline, Placement, SPPI 9 & 10 | 3-3-10.2 | Does the IEP team consider parent concerns for enhancing the education of the student? | | | | X |
| Discipline, Placement, SPPI 9 & 10 | 3-4-2.1 | In making the determination of eligibility, did the IEP team draw upon a variety of sources of information, such as tests, teacher recommendations and parent input? | | | | X |
| Discipline, Placement, SPPI 9 & 10 | 3-5-7 | For a student whose behavior impedes their learning or that of others, does the IEP team consider the provision of positive behavior interventions and strategies and/or supports to address the behavior? | | | | X |
| Discipline, Placement, SPPI 9 & 10 | 5-1-5 | Are all placement decisions made by a team that includes the parents and not less than one general education teacher, not less than one special educator, and an LEA representative? | | | | X |
| Discipline, Placement, SPPI 9 & 10 | 2-3-1.2 | Does the written Assessment Report include the results of tests administered in the student's primary language by qualified personnel? | | | | X |
| Discipline, Placement, SPPI 9 & 10 | 3-5-8 | For a student with limited English proficiency (English language learners), does the IEP team consider the language needs of the student, as such needs relate to the student's IEP, and does the IEP include linguistically appropriate goals, programs, and services? | | | | X |

DEFSupp001809

| Discipline | 4-3-1 | When a student with a disability has been removed from his or her current placement for 10 school days in the same school year, during any subsequent days of removal, did the public agency provide services? | | | | X |
|---|---|---|---|---|---|---|
| Discipline | 4-3-3 | In making the manifestation determination, did the IEP team consider all required elements? | | | | X |
| SPPI 9 | 2-2-2.5 | Are testing and assessment materials and procedures selected and administered so as not to be racially or culturally discriminatory? | | | | X |
| SPPI 10 | 10-2-4 | Does the IEP of students identified as English learners include a determination of whether the ELPAC will be administered with or without modifications or accommodations, or whether English proficiency will be measured using an alternate assessment? | | | | X |
| Placement | 3-2-1 | Does the current IEP include a statement of the student's present levels of performance including how the disability affects the student's involvement and progress in the general curriculum? | | | | X |
| Placement | 3-2-6 | Does the IEP include an explanation of the extent, if any, to which the student will not participate with general education students in the general education classroom and in extracurricular and nonacademic activities? | | | | X |
| Placement | 5-1-5.1 | Are all placements determined annually, made as close as possible to the student's home, and in the school that the student would attend if nondisabled unless the IEP team determines otherwise? | | | | X |
| Placement | 5-1-5.2 | In selecting the LRE, is consideration given to any potential harmful effect of the placement on the child or on the quality of services that he or she needs? | | | | X |
| SPPI-T | 2-1-1.8 | As part of an initial evaluation (if appropriate) and as part of any reevaluation, do the IEP team and other qualified professionals, as appropriate, review existing evaluation data on the child, including information provided by the parents of the child? | | | | X |
| SPPI-T | 2-2-2.2 | Is there evidence materials and procedures used to assess a student who is an English learner are selected and administered to ensure that they measure the extent to which the student has a disability and needs special education, rather than measuring the student's English proficiency? | | | | X |
| SPPI-T | 3-2-4 | Does the IEP include a statement of the special education and related services and supplementary aids and services to be provided to the student? | | | | X |
| SPPI-T | 3-4-1.5 | Does the IEP team include an individual who can interpret the instructional implications of the assessment results? | | | | X |
| SPPI-T | 3-6-1 | Does the IEP to be in effect when the student turns sixteen, or younger if determined appropriate by the IEP team, and updated annually thereafter, include courses of study that focus on improving the academic and functional achievement of the student to facilitate their movement from school to post school? | | | | X |
| SPPI-T | 3-6-2.1.2 | Does the IEP that addresses transition, when the student turns sixteen years old or younger, if appropriate, and each IEP thereafter, contain measurable postsecondary goals based on age appropriate transition assessments related to training, education, employment, and, where appropriate, independent living skills? | | | | X |
| SPPI-T | 4-3-2.2 | Within 10 school days of any decision to change the placement of a student with a disability because of a violation of the code of student conduct, did the LEA, the parent, and relevant members of the student's IEP team (as determined by the parent and LEA) meet to review all relevant information in the student's file, including the student's IEP placement and services, any teacher observations, and any relevant information provided by the parents to determine if the behavior was a manifestation of the student's disability? | | | | X |
| SPPI-T | 6-1-2.2 | Does the prior written notification include a description of the action and an explanation of why the LEA proposes or refuses to take the action? | | | | X |
| SPPI-T | 2-3-1.8 | Does the written assessment report include a determination concerning the effects of environmental, cultural, or economic disadvantage, where | | | | X |

DEFSupp001810

| | | | | | | |
|---|---|---|---|---|---|---|
| | | appropriate? | | | | |
| SPPI-T | 3-3-10.2 | Does the IEP team consider parent concerns for enhancing the education of the student? | | | | X |
| SPPI-T | 3-5-7 | For a student whose behavior impedes the student's learning or that of others, does the IEP team consider the provision of positive behavior interventions and strategies and/or supports to address the behavior? | | | | X |
| SPPI-T | 5-1-5 | Are all placement decisions made by a team that includes the parent(s) (holder of educational rights) and not less than one general education teacher if the pupil is or may be participating in the general education environment, not less than one special education teacher, and an LEA representative? | | | | X |
| SPPI-T | 3-5-8 | For a student who is an English learner, does the IEP team consider the language needs of the student, as such needs relate to the student's IEP, and does the IEP include linguistically appropriate goals, programs, and services? | | | | X |
| SPPI-T | 10-2-4 | Does the IEP of students identified as English learners include a determination of whether the English Language Proficiency Assessments for California (ELPAC) will be administered with or without modifications or accommodations, or whether English proficiency will be measured using an alternate assessment? | | | | X |
| SPPI-T | 3-2-1 | Does the IEP include a statement of the student's present levels of performance, including how the disability affects the student's involvement and progress in the general education curriculum? | | | | X |
| SPPI-T | 3-2-6 | Does the IEP include an explanation of the extent, if any, to which the student will not participate with nondisabled students in the general education classroom and in extracurricular and nonacademic activities? | | | | X |
| SPPI-S | 2-1-1.8 | As part of an initial evaluation (if appropriate) and as part of any reevaluation, do the IEP team and other qualified professionals, as appropriate, review existing evaluation data on the child, including information provided by the parents of the child? | | | | X |
| SPPI-S | 2-2-2.2 | Is there evidence materials and procedures used to assess a student who is an English learner are selected and administered to ensure that they measure the extent to which the student has a disability and needs special education, rather than measuring the student's English proficiency? | | | | X |
| SPPI-S | 3-2-4 | Does the IEP include a statement of the special education and related services and supplementary aids and services to be provided to the student? | | | | X |
| SPPI-S | 3-4-1.5 | Does the IEP team include an individual who can interpret the instructional implications of the assessment results? | | | | X |
| SPPI-S | 3-6-1 | Does the IEP to be in effect when the student turns sixteen, or younger if determined appropriate by the IEP team, and updated annually thereafter, include courses of study that focus on improving the academic and functional achievement of the student to facilitate their movement from school to post school? | | | | X |
| SPPI-S | 3-6-2.1.2 | Does the IEP that addresses transition, when the student turns sixteen years old or younger, if appropriate, and each IEP thereafter, contain measurable postsecondary goals based on age appropriate transition assessments related to training, education, employment, and, where appropriate, independent living skills? | | | | X |
| SPPI-S | 4-3-2.2 | Within 10 school days of any decision to change the placement of a student with a disability because of a violation of the code of student conduct, did the LEA, the parent, and relevant members of the student's IEP team (as determined by the parent and LEA) meet to review all relevant information in the student's file, including the student's IEP placement and services, any teacher observations, and any relevant information provided by the parents to determine if the behavior was a manifestation of the student's disability? | | | | X |
| SPPI-S | 6-1-2.2 | Does the prior written notification include a description of the action and an explanation of why the LEA proposes or refuses to take the action? | | | | X |

DEFSupp001811

| | | | | | | |
|---|---|---|---|---|---|---|
| SPPI-S | 2-3-1.8 | Does the written assessment report include a determination concerning the effects of environmental, cultural, or economic disadvantage, where appropriate? | | | | X |
| SPPI-S | 3-3-10.2 | Does the IEP team consider parent concerns for enhancing the education of the student? | | | | X |
| SPPI-S | 3-5-7 | For a student whose behavior impedes the student's learning or that of others, does the IEP team consider the provision of positive behavior interventions and strategies and/or supports to address the behavior? | | | | X |
| SPPI-S | 5-1-5 | Are all placement decisions made by a team that includes the parent(s) (holder of educational rights) and not less than one general education teacher if the pupil is or may be participating in the general education environment, not less than one special education teacher, and an LEA representative? | | | | X |
| SPPI-S | 3-5-8 | For a student who is an English learner, does the IEP team consider the language needs of the student, as such needs relate to the student's IEP, and does the IEP include linguistically appropriate goals, programs, and services? | | | | X |
| SPPI-S | 10-2-4 | Does the IEP of students identified as English learners include a determination of whether the ELPAC will be administered with or without modifications or accommodations, or whether English proficiency will be measured using an alternate assessment? | | | | X |
| SPPI-S | 3-2-1 | Does the current IEP include a statement of the student's present levels of performance, including how the disability affects the student's involvement and progress in the general education curriculum? | | | | X |
| SPPI-S | 3-2-6 | Does the IEP include an explanation of the extent, if any, to which the student will not participate with nondisabled students in the general education classroom and in extracurricular and nonacademic activities? | | | | X |
| SPPI-S | 3-2-3 | Does the IEP include a direct relationship between the present levels of performance, goals and the specific educational services to be provided? | | | | X |
| SPPI-S | 3-2-5 | Does the IEP include descriptions of program modifications that will be provided to enable the student to: 1. Advance toward attaining annual goals? 2. Be involved and make progress in the general education curriculum and participate in extra-curricular activities? 3. Be educated and participate with other students with disabilities and with nondisabled students? | | | | X |
| SPPI-S | 4-1-1 | Does the LEA make a free appropriate public education available to the student? | | | | X |
| SPPI-S | 4-1-5 | Does the LEA assist the student to achieve the goals listed in the IEP? Also, for a student eligible for statewide testing using the California Alternate Assessment (CAA), does the LEA assist the student to achieve the benchmarks listed in the IEP? | | | | X |
| SPPI-I | 2-1-1.8 | As part of an initial evaluation (if appropriate) and as part of any reevaluation, do the IEP team and other qualified professionals, as appropriate, review existing evaluation data on the child, including information provided by the parents of the child? | | | X | |
| SPPI-I | 2-2-2.2 | Is there evidence materials and procedures used to assess a student who is an English learner are selected and administered to ensure that they measure the extent to which the student has a disability and needs special education, rather than measuring the student's English proficiency? | | | X | |
| SPPI-I | 3-2-4 | Does the IEP include a statement of the special education and related services and supplementary aids and services to be provided to the student? | | | X | |
| SPPI-I | 3-4-1.5 | Does the IEP team include an individual who can interpret the instructional implications of the assessment results? | | | X | |
| SPPI-I | 3-6-1 | Does the IEP to be in effect when the student turns sixteen, or younger if determined appropriate by the IEP team, and updated annually thereafter, include courses of study that focus on improving the academic | | | X | |

DEFSupp001812

| | | | | | | |
|---|---|---|---|---|---|---|
| | | and functional achievement of the student to facilitate their movement from school to post school? | | | | |
| SPPI-I | 3-6-2.1.2 | Does the IEP that addresses transition, when the student turns sixteen years old or younger, if appropriate, and each IEP thereafter, contain measurable postsecondary goals based on age appropriate transition assessments related to training, education, employment, and, where appropriate, independent living skills? | | | X | |
| SPPI-I | 4-3-2.2 | Within 10 school days of any decision to change the placement of a student with a disability because of a violation of the code of student conduct, did the LEA, the parent, and relevant members of the student's IEP team (as determined by the parent and LEA) meet to review all relevant information in the student's file, including the student's IEP placement and services, any teacher observations, and any relevant information provided by the parents to determine if the behavior was a manifestation of the student's disability? | | | X | |
| SPPI-I | 6-1-2.2 | Does the prior written notification include a description of the action and an explanation of why the LEA proposes or refuses to take the action? | | | X | |
| SPPI-I | 2-3-1.8 | Does the written assessment report include a determination concerning the effects of environmental, cultural, or economic disadvantage, where appropriate? | | | X | |
| SPPI-I | 3-3-10.2 | Does the IEP team consider parent concerns for enhancing the education of the student? | | | X | |
| SPPI-I | 3-5-7 | For a student whose behavior impedes the student's learning or that of others, does the IEP team consider the provision of positive behavior interventions and strategies and/or supports to address the behavior? | | | X | |
| SPPI-I | 5-1-5 | Are all placement decisions made by a team that includes the parent(s) (holder of educational rights) and not less than one general education teacher if the pupil is or may be participating in the general education environment, not less than one special education teacher, and an LEA representative? | | | X | |
| SPPI-I | 3-5-8 | For a student who is an English learner, does the IEP team consider the language needs of the student, as such needs relate to the student's IEP, and does the IEP include linguistically appropriate goals, programs, and services? | | | X | |
| SPPI-I | 10-2-4 | Does the IEP of students identified as English learners include a determination of whether the ELPAC will be administered with or without modifications or accommodations, or whether English proficiency will be measured using an alternate assessment? | | | X | |
| SPPI-I | 3-2-1 | Does the current IEP include a statement of the student's present levels of performance, including how the disability affects the student's involvement and progress in the general education curriculum? | | | X | |
| SPPI-I | 3-2-6 | Does the IEP include an explanation of the extent, if any, to which the student will not participate with nondisabled students in the general education classroom and in extracurricular and nonacademic activities? | | | X | |
| SPPI-I | 14-1-1 | 1) Is the student assessed in all areas related to the suspected disability and are assessments sufficiently comprehensive to identify all of the student's special education and related service needs, whether or not commonly linked to the disability category in which the child has been classified? 2) Does the IEP include a statement of how disability affects involvement and progress in the general education curriculum? 3) Does the IEP include a direct relationship between: a. assessments and present levels of performance? b. present levels of performance and goals? c. goals and specific educational services to be provided? 4) Are goals developed for all areas of need identified as requiring specialized academic and/or functional support? | X | | | |
| SPPI-I | 14-1-2 | 1) Does the IEP include descriptions of program modifications or supplementary aides and services that will be provided to enable the student to: a. Advance toward attaining annual goals? b. Be involved and make progress in the general education curriculum and participate in extracurricular activities? c. Be educated and participate with other students with disabilities and with nondisabled students? | X | | | |

DEFSupp001813

| SPPI-I | 14-1-3 | Were any of the noncompliance items found above sufficient to constitute a denial of FAPE in the current IEP? | X | | | |
| SPPI-I | 14-1-4 | Present Levels/Goals/Services: 1) Were services planned to support: a. Progress toward all goals? b. Progress in the general education curriculum? c. Participation in extracurricular/ academic activities? d. Education with other students with disabilities and typically developing students? Progress on Goals: 1) Did the LEA assist the student to achieve the goals listed in the IEP? 2) If there is a lack of expected progress towards goals or in the general education curriculum, was the IEP adjusted to address the lack of progress? | X | | | |

| Indicator | Item Number | Compliance Test | C † | NC † | NA † | NR † |
|---|---|---|---|---|---|---|
| Discipline, Placement, SPPI 9 & 10 | 2-2-2.6 | Is there evidence that the current assessment is comprehensive and that assessments were administered in all areas related to the suspected disability by trained and knowledgeable personnel using sound instruments? | | | | X |
| Discipline, Placement, SPPI 9 & 10 | 2-3-1.6 | Does the written Assessment Report include relevant behavior noted during observation of the student in the appropriate setting? | | | | X |
| Discipline, Placement, SPPI 9 & 10 | 2-3-1.8 | Does the written Assessment Report include determination of the effects of environmental, cultural, or economic disadvantage, where appropriate? | | | | X |
| Discipline, Placement, SPPI 9 & 10 | 2-4-1 | Does a reevaluation occur, unless the parent and the LEA agreed that a reevaluation is unnecessary: a) not more frequently than once a year; b) at least every three years; c) when the LEA determines that the educational or related service needs (including improved academic achievement and functional performance) warrant an evaluation; or d) at the student's parents' or teacher request? | | | | X |
| Discipline, Placement, SPPI 9 & 10 | 3-3-6.1 | Does the IEP team periodically review but, not less frequently than annually, the student's IEP including progress toward annual goals and progress in the general curriculum when developing new goals? | | | | X |
| Discipline, Placement, SPPI 9 & 10 | 3-3-10.2 | Does the IEP team consider parent concerns for enhancing the education of the student? | | | | X |
| Discipline, Placement, SPPI 9 & 10 | 3-4-2.1 | In making the determination of eligibility, did the IEP team draw upon a variety of sources of information, such as tests, teacher recommendations and parent input? | | | | X |
| Discipline, Placement, SPPI 9 & 10 | 3-5-7 | For a student whose behavior impedes their learning or that of others, does the IEP team consider the provision of positive behavior interventions and strategies and/or supports to address the behavior? | | | | X |
| Discipline, Placement, SPPI 9 & 10 | 5-1-5 | Are all placement decisions made by a team that includes the parents and not less than one general education teacher, not less than one special educator, and an LEA representative? | | | | X |
| Discipline, Placement, SPPI 9 & 10 | 2-3-1.2 | Does the written Assessment Report include the results of tests administered in the student's primary language by qualified personnel? | | | | X |
| Discipline, Placement, | 3-5-8 | For a student with limited English proficiency (English language learners), does the IEP team consider the language needs of the student, as such needs relate to the | | | | X |

| SPPI 9 & 10 | | student's IEP, and does the IEP include linguistically appropriate goals, programs, and services? | | | | |
|---|---|---|---|---|---|---|
| Discipline | 4-3-1 | When a student with a disability has been removed from his or her current placement for 10 school days in the same school year, during any subsequent days of removal, did the public agency provide services? | | | | X |
| Discipline | 4-3-3 | In making the manifestation determination, did the IEP team consider all required elements? | | | | X |
| SPPI 9 | 2-2-2.5 | Are testing and assessment materials and procedures selected and administered so as not to be racially or culturally discriminatory? | | | | X |
| SPPI 10 | 10-2-4 | Does the IEP of students identified as English learners include a determination of whether the ELPAC will be administered with or without modifications or accommodations, or whether English proficiency will be measured using an alternate assessment? | | | | X |
| Placement | 3-2-1 | Does the current IEP include a statement of the student's present levels of performance including how the disability affects the student's involvement and progress in the general curriculum? | | | | X |
| Placement | 3-2-6 | Does the IEP include an explanation of the extent, if any, to which the student will not participate with general education students in the general education classroom and in extracurricular and nonacademic activities? | | | | X |
| Placement | 5-1-5.1 | Are all placements determined annually, made as close as possible to the student's home, and in the school that the student would attend if nondisabled unless the IEP team determines otherwise? | | | | X |
| Placement | 5-1-5.2 | In selecting the LRE, is consideration given to any potential harmful effect of the placement on the child or on the quality of services that he or she needs? | | | | X |
| SPPI-T | 2-1-1.8 | As part of an initial evaluation (if appropriate) and as part of any reevaluation, do the IEP team and other qualified professionals, as appropriate, review existing evaluation data on the child, including information provided by the parents of the child? | | | | X |
| SPPI-T | 2-2-2.2 | Is there evidence materials and procedures used to assess a student who is an English learner are selected and administered to ensure that they measure the extent to which the student has a disability and needs special education, rather than measuring the student's English proficiency? | | | | X |
| SPPI-T | 3-2-4 | Does the IEP include a statement of the special education and related services and supplementary aids and services to be provided to the student? | | | | X |
| SPPI-T | 3-4-1.5 | Does the IEP team include an individual who can interpret the instructional implications of the assessment results? | | | | X |
| SPPI-T | 3-6-1 | Does the IEP to be in effect when the student turns sixteen, or younger if determined appropriate by the IEP team, and updated annually thereafter, include courses of study that focus on improving the academic and functional achievement of the student to facilitate their movement from school to post school? | | | | X |
| SPPI-T | 3-6-2.1.2 | Does the IEP that addresses transition, when the student turns sixteen years old or younger, if appropriate, and each IEP thereafter, contain measurable postsecondary goals based on age appropriate transition assessments related to training, education, employment, and, where appropriate, independent living skills? | | | | X |
| SPPI-T | 4-3-2.2 | Within 10 school days of any decision to change the placement of a student with a disability because of a violation of the code of student conduct, did the LEA, the parent, and relevant members of the student's IEP team (as determined by the parent and LEA) meet to review all relevant information in the student's file, including the student's IEP placement and services, any teacher observations, and any relevant information provided by the parents to determine if the behavior was a manifestation of the student's disability? | | | | X |
| SPPI-T | 6-1-2.2 | Does the prior written notification include a description of the action and an explanation of why the LEA proposes or refuses to take the action? | | | | X |
| SPPI-T | 2-3-1.8 | Does the written assessment report include a determination concerning the effects of environmental, cultural, or economic disadvantage, where appropriate? | | | | X |
| SPPI-T | 3-3-10.2 | Does the IEP team consider parent concerns for enhancing the education of the student? | | | | X |

| | | | | | | |
|---|---|---|---|---|---|---|
| SPPI-T | 3-5-7 | For a student whose behavior impedes the student's learning or that of others, does the IEP team consider the provision of positive behavior interventions and strategies and/or supports to address the behavior? | | | | X |
| SPPI-T | 5-1-5 | Are all placement decisions made by a team that includes the parent(s) (holder of educational rights) and not less than one general education teacher if the pupil is or may be participating in the general education environment, not less than one special education teacher, and an LEA representative? | | | | X |
| SPPI-T | 3-5-8 | For a student who is an English learner, does the IEP team consider the language needs of the student, as such needs relate to the student's IEP, and does the IEP include linguistically appropriate goals, programs, and services? | | | | X |
| SPPI-T | 10-2-4 | Does the IEP of students identified as English learners include a determination of whether the English Language Proficiency Assessments for California (ELPAC) will be administered with or without modifications or accommodations, or whether English proficiency will be measured using an alternate assessment? | | | | X |
| SPPI-T | 3-2-1 | Does the IEP include a statement of the student's present levels of performance, including how the disability affects the student's involvement and progress in the general education curriculum? | | | | X |
| SPPI-T | 3-2-6 | Does the IEP include an explanation of the extent, if any, to which the student will not participate with nondisabled students in the general education classroom and in extracurricular and nonacademic activities? | | | | X |
| SPPI-S | 2-1-1.8 | As part of an initial evaluation (if appropriate) and as part of any reevaluation, do the IEP team and other qualified professionals, as appropriate, review existing evaluation data on the child, including information provided by the parents of the child? | | | | X |
| SPPI-S | 2-2-2.2 | Is there evidence materials and procedures used to assess a student who is an English learner are selected and administered to ensure that they measure the extent to which the student has a disability and needs special education, rather than measuring the student's English proficiency? | | | | X |
| SPPI-S | 3-2-4 | Does the IEP include a statement of the special education and related services and supplementary aids and services to be provided to the student? | | | | X |
| SPPI-S | 3-4-1.5 | Does the IEP team include an individual who can interpret the instructional implications of the assessment results? | | | | X |
| SPPI-S | 3-6-1 | Does the IEP to be in effect when the student turns sixteen, or younger if determined appropriate by the IEP team, and updated annually thereafter, include courses of study that focus on improving the academic and functional achievement of the student to facilitate their movement from school to post school? | | | | X |
| SPPI-S | 3-6-2.1.2 | Does the IEP that addresses transition, when the student turns sixteen years old or younger, if appropriate, and each IEP thereafter, contain measurable postsecondary goals based on age appropriate transition assessments related to training, education, employment, and, where appropriate, independent living skills? | | | | X |
| SPPI-S | 4-3-2.2 | Within 10 school days of any decision to change the placement of a student with a disability because of a violation of the code of student conduct, did the LEA, the parent, and relevant members of the student's IEP team (as determined by the parent and LEA) meet to review all relevant information in the student's file, including the student's IEP placement and services, any teacher observations, and any relevant information provided by the parents to determine if the behavior was a manifestation of the student's disability? | | | | X |
| SPPI-S | 6-1-2.2 | Does the prior written notification include a description of the action and an explanation of why the LEA proposes or refuses to take the action? | | | | X |
| SPPI-S | 2-3-1.8 | Does the written assessment report include a determination concerning the effects of environmental, cultural, or economic disadvantage, where appropriate? | | | | X |
| SPPI-S | 3-3-10.2 | Does the IEP team consider parent concerns for enhancing the education of the student? | | | | X |
| SPPI-S | 3-5-7 | For a student whose behavior impedes the student's learning or that of others, does the IEP team consider the provision of positive behavior interventions and strategies and/or supports to address the behavior? | | | | X |
| SPPI-S | 5-1-5 | Are all placement decisions made by a team that includes the parent(s) (holder of educational rights) and not less than one general education teacher if the pupil is | | | | X |

DEFSupp001816

| | | | | | |
|---|---|---|---|---|---|
| | | or may be participating in the general education environment, not less than one special education teacher, and an LEA representative? | | | |
| SPPI-S | 3-5-8 | For a student who is an English learner, does the IEP team consider the language needs of the student, as such needs relate to the student's IEP, and does the IEP include linguistically appropriate goals, programs, and services? | | | X |
| SPPI-S | 10-2-4 | Does the IEP of students identified as English learners include a determination of whether the ELPAC will be administered with or without modifications or accommodations, or whether English proficiency will be measured using an alternate assessment? | | | X |
| SPPI-S | 3-2-1 | Does the current IEP include a statement of the student's present levels of performance, including how the disability affects the student's involvement and progress in the general education curriculum? | | | X |
| SPPI-S | 3-2-6 | Does the IEP include an explanation of the extent, if any, to which the student will not participate with nondisabled students in the general education classroom and in extracurricular and nonacademic activities? | | | X |
| SPPI-S | 3-2-3 | Does the IEP include a direct relationship between the present levels of performance, goals and the specific educational services to be provided? | | | X |
| SPPI-S | 3-2-5 | Does the IEP include descriptions of program modifications that will be provided to enable the student to: 1. Advance toward attaining annual goals? 2. Be involved and make progress in the general education curriculum and participate in extra-curricular activities? 3. Be educated and participate with other students with disabilities and with nondisabled students? | | | X |
| SPPI-S | 4-1-1 | Does the LEA make a free appropriate public education available to the student? | | | X |
| SPPI-S | 4-1-5 | Does the LEA assist the student to achieve the goals listed in the IEP? Also, for a student eligible for statewide testing using the California Alternate Assessment (CAA), does the LEA assist the student to achieve the benchmarks listed in the IEP? | | | X |
| SPPI-I | 2-1-1.8 | As part of an initial evaluation (if appropriate) and as part of any reevaluation, do the IEP team and other qualified professionals, as appropriate, review existing evaluation data on the child, including information provided by the parents of the child? | X | | |
| SPPI-I | 2-2-2.2 | Is there evidence materials and procedures used to assess a student who is an English learner are selected and administered to ensure that they measure the extent to which the student has a disability and needs special education, rather than measuring the student's English proficiency?<br><br>**Item Notes:**<br>Student is not an English Learner | | X | |
| SPPI-I | 3-2-4 | Does the IEP include a statement of the special education and related services and supplementary aids and services to be provided to the student? | X | | |
| SPPI-I | 3-4-1.5 | Does the IEP team include an individual who can interpret the instructional implications of the assessment results? | X | | |
| SPPI-I | 3-6-1 | Does the IEP to be in effect when the student turns sixteen, or younger if determined appropriate by the IEP team, and updated annually thereafter, include courses of study that focus on improving the academic and functional achievement of the student to facilitate their movement from school to post school?<br><br>**Item Notes:**<br>Student is not transition age | | X | |
| SPPI-I | 3-6-2.1.2 | Does the IEP that addresses transition, when the student turns sixteen years old or younger, if appropriate, and each IEP thereafter, contain measurable postsecondary goals based on age appropriate transition assessments related to training, education, employment, and, where appropriate, independent living skills? | | X | |

DEFSupp001817

| | | | | | |
|---|---|---|---|---|---|
| | | **Item Notes:**<br>Student is not transition age | | | |
| SPPI-I | 4-3-2.2 | Within 10 school days of any decision to change the placement of a student with a disability because of a violation of the code of student conduct, did the LEA, the parent, and relevant members of the student's IEP team (as determined by the parent and LEA) meet to review all relevant information in the student's file, including the student's IEP placement and services, any teacher observations, and any relevant information provided by the parents to determine if the behavior was a manifestation of the student's disability?<br><br>**Item Notes:**<br>IEP does not indicate a change of placement due to violation of student code of conduct or manifestation determination | | X | |
| SPPI-I | 6-1-2.2 | Does the prior written notification include a description of the action and an explanation of why the LEA proposes or refuses to take the action?<br><br>**Item Notes:**<br>IEP dated 10-25-2022 is an annual plan review | | X | |
| SPPI-I | 2-3-1.8 | Does the written assessment report include a determination concerning the effects of environmental, cultural, or economic disadvantage, where appropriate? | X | | |
| SPPI-I | 3-3-10.2 | Does the IEP team consider parent concerns for enhancing the education of the student? | X | | |
| SPPI-I | 3-5-7 | For a student whose behavior impedes the student's learning or that of others, does the IEP team consider the provision of positive behavior interventions and strategies and/or supports to address the behavior? | X | | |
| SPPI-I | 5-1-5 | Are all placement decisions made by a team that includes the parent(s) (holder of educational rights) and not less than one general education teacher if the pupil is or may be participating in the general education environment, not less than one special education teacher, and an LEA representative? | X | | |
| SPPI-I | 3-5-8 | For a student who is an English learner, does the IEP team consider the language needs of the student, as such needs relate to the student's IEP, and does the IEP include linguistically appropriate goals, programs, and services?<br><br>**Item Notes:**<br>Student is not an English Learner | | X | |
| SPPI-I | 10-2-4 | Does the IEP of students identified as English learners include a determination of whether the ELPAC will be administered with or without modifications or accommodations, or whether English proficiency will be measured using an alternate assessment?<br><br>**Item Notes:**<br>Student is not an English Learner | | X | |
| SPPI-I | 3-2-1 | Does the current IEP include a statement of the student's present levels of performance, including how the disability affects the student's involvement and progress in the general education curriculum? | X | | |
| SPPI-I | 3-2-6 | Does the IEP include an explanation of the extent, if any, to which the student will not participate with nondisabled students in the general education classroom and | X | | |

DEFSupp001818

| | | | | | | |
|---|---|---|---|---|---|---|
| | | in extracurricular and nonacademic activities? | | | | |
| SPPI-I | 14-1-1 | 1) Is the student assessed in all areas related to the suspected disability and are assessments sufficiently comprehensive to identify all of the student's special education and related service needs, whether or not commonly linked to the disability category in which the child has been classified? 2) Does the IEP include a statement of how disability affects involvement and progress in the general education curriculum? 3) Does the IEP include a direct relationship between: a. assessments and present levels of performance? b. present levels of performance and goals? c. goals and specific educational services to be provided? 4) Are goals developed for all areas of need identified as requiring specialized academic and/or functional support? | | | X | |
| SPPI-I | 14-1-2 | 1) Does the IEP include descriptions of program modifications or supplementary aides and services that will be provided to enable the student to: a. Advance toward attaining annual goals? b. Be involved and make progress in the general education curriculum and participate in extracurricular activities? c. Be educated and participate with other students with disabilities and with nondisabled students? | | | X | |
| SPPI-I | 14-1-3 | Were any of the noncompliance items found above sufficient to constitute a denial of FAPE in the current IEP? | | | X | |
| SPPI-I | 14-1-4 | Present Levels/Goals/Services: 1) Were services planned to support: a. Progress toward all goals? b. Progress in the general education curriculum? c. Participation in extracurricular/ academic activities? d. Education with other students with disabilities and typically developing students? Progress on Goals: 1) Did the LEA assist the student to achieve the goals listed in the IEP? 2) If there is a lack of expected progress towards goals or in the general education curriculum, was the IEP adjusted to address the lack of progress? | | | X | |

† C = Compliant, NC = Noncompliant, NA = Not Applicable, NR = Not Reviewed

Questions: FMTA III | secms@cde.ca.gov | 916-327-6966

California Department of Education
1430 N Street
Sacramento, CA 95814

Web Policy

DEFSupp001819

**EXHIBIT 306**

DEFSupp001820

**4.a.iv. For each LEA, for each CIM activity, any summary/review documents or progress reports that were not included in the original submission.**

*In response to Plaintiffs' 4.a.iv. request, CDE provides additional materials submitted by the LEA to the CDE consultant after the previous submission date, August 18, and response to CIM Step 1, or in the case of continuing LEAs in Step 4 – Plan Implementation and Small LEA monitoring, any missing documentation reflective of that time period.  CDE submits this list as* **_Exhibit 306_**, *and the following additional demonstratives.*

**LEA 1**

No responsive materials

**LEA 2**

No responsive materials

**LEA 3**

No responsive materials

**LEA 4**

No responsive materials

**LEA 5**

- **Exhibit 307** is a copy of the LEA's CIM Plan Revision

**LEA 6**

- **Exhibit 308** is a copy of the LEA's latest Progress Report

**LEA 7**

No responsive documents

**LEA 8**

No responsive documents

**LEA 9**

- **Exhibit 309** is a copy of the LEA's revised and approved CIM submission

**LEA 10**

- **Exhibit 310** is a copy of the LEA's 2022 Quarterly Progress and Expenditure Report

**LEA 11**

- **Exhibit 311** is a copy of the LEA's revised and approved CIM submission

**EXHIBIT 307**

DEFSupp001822



MY WORK ▾     REPORTS ▾

Getting Started                    Investigate ▾                    Step 3: Plan for Results

# STEP 1 – GATHER AND INQUIRE: IDENTIFY ISSUES ⓘ

**DISTRICT:** ▓▓▓▓▓▓▓▓     **TOPIC:** Compliance and Improvement
High ▓▓▓▓                   Monitoring


37 days left until submission

## INSTRUCTIONS

Review the identified issues, root cause analyses and Plan or Results submitted by the district below. If any components of the plan need to be returned for revision by the district, select the checkbox next to each component that needs revision. When the district recieves the returned plan, the checked fields will be open for editing whereas the unchecked fields will be locked and not editable. Add your comments to the district in the text entry fields below any sections that need revisions.

If the Data Gathering and Plan for Results are sufficient, click "Approve Plan" to send the approved Plan for Results and any associated Reviewer Comments (*optional) back to the district.

If any of the sections need changes, click "Return Plan" to send the Plan for Results with associated Reviewer Comments back to the district for resubmission.

---

**Team Creation**                                                                 —

The CIM Team activity is required for all **CIM Targeted** and **CIM Intensive** LEAs. The CIM Team activity and the Educational Partner Group activity is required for all **CIM for CCEIS** LEAs.

The **CIM Team** is responsible for overseeing the development, implementation and monitoring of the CIM Plan. They will document and ensure completion of all required activities. The CIM Team must include:

- The Superintendent or designee (optional for Targeted LEAs)
- Cabinet-level general education administration
- Cabinet-level special education administration
- Site-level administration
- Fiscal administration (optional for Targeted LEAs)
- General Education Teachers (optional for Intensive LEAs)
- Special Education Teachers (optional for Intensive LEAs)
- Parents (Optional)
- SELPA representative
- Others

In the box below, please identify each member of the CIM Team and their role within the district.



The **Educational Partner Group** (CIM for CCEIS only) involves educational partners that are representative of the LEA. This group will develop an understanding of the indicators that were not met and the factors that resulted in the LEA's over-representation of students identified, placed, or disciplined for those indicators. Collectively, they will discuss data, determine root causes for prioritized problem areas, and contribute to development and implementation of the LEA's CIM for CCEIS action plan and implementation efforts. The Educational Partner Group must include:

- ▓ p   Edu     D
- G   r l  du    n   min  r   r

DEFSupp001823

- mi   r   r( )
- G    l  du    n      r( )
- Sp    duc    te     ( )
- tud   u p  t  mi
- r       pr            f    ly d p  p       r   /   n  y
- C mmun  y            v ( )

In the box below, please identify each member of the Educational Partner Group and their role within the district/community.

Sp   l Edu          r
S   dmi   t
G      Edu      T
p   l Edu      T    r
p   l Edu      T
P    R p      Si  nf    n ly D p  p    n   R c /E   i  y
C  mmu   y R        v

## Policy and Procedure Review

The Policy and Procedure Review activity is required for all **CIM Targeted, CIM Intensive, and CIM for CCEIS** LEAs. Based on your LEA's Policy and Procedure review, please enter the following information.

**CIM Targeted and Intensive:**
In the box below, please describe the process of reviewing the LEA's Policies and Procedures.

**CIM for CCEIS:**
LEAs must address a policy, practice, or procedure it identifies as contributing to the significant disproportionality, including a policy, practice or procedure that results from a failure to identify, or the inappropriate identification of, a racial or ethnic group (or groups). In the box below, please describe the process of reviewing the LEA's policies and procedures related to the disproportionality identification:

N   p   CDE ( t

**CIM Targeted and Intensive:**
In the box below, please summarize any findings. Were all policies and procedures compliant? Were there any missing or noncompliant policies or procedures that need revision? If so, describe what policies and/or procedures will be added, adopted, or revised?

**CIM for CCEIS:**
Did your LEA revise any policies, practices, or procedures? Answer yes, no, or partially completed in the box below, and describe what policies and/or procedures will be revised.

N   p   CDE (

**CIM Targeted and Intensive:**
In the box below, describe how the policies, and/or procedures have been, or will be **publicly** shared (e.g. school board meeting minutes, posting on LEA website).

**CIM for CCEIS:**
In the box below, describe how the policies, practices, and/or procedures have been, or will be **publicly** shared (e.g. school board meeting minutes, posting on LEA website).

NA p   C  E (

**CIM Targeted and Intensive:**
In the box below, describe how the policies and/or procedures have been or will be **internally** disseminated and implemented?

DEFSupp001824

**CIM for CCEIS:**

In the box below, describe how the policies, practices and/or procedures have been or will be **internally** disseminated and implemented?

NA    r C  E (    .

---

## Parent Input                                                                                              —

Parent input is a required activity for LEAs in CIM Targeted level three, any CIM Targeted LEA out on Indicator #8, all CIM Intensive levels, and CIM for CCEIS.

**CIM Targeted LEAs** have the option to use the Special Education Parent Input Survey, coordinated through the TA provider *Seeds of Partnership*. In the box below please identify which tools, sources, and/or methodologies were used and a summary of the findings. Be sure to include information on participation, trends, new information learned, and areas that may need to be addressed.

G   g     m u v y f  p        f  ud  t       v  g sp c    duc t      vi   f        d   u d t   Sp
Edu         l   u  u v y w    dmi              s     u  ff  t  mp v    v     d  sul  f      d
    f  mil  .      urv  y w    r v d  d by MCOE  EL  A. We  v    f  mil        r    r  h ld'  xp r     d    r
 r   l  x  r     v      22.23      l y  r     ud    r   v  .    l   u    s rv      d    f mily
 x    n    p  i l du       v  . T    p      v l p d u  f   f   : 1.  l k f  r  ul       r l v
  t   me     ms  d   c      u u d  p      _ _ me ,     c  y,  t  s    u t   c         w   h
 d v   me   f     2.                    v    me    ms  d p         f    u        _  d
   rv      /  u   r   w       r  ud   s ruggl   g   r l   u          x    d 3.        ul    n me      m
   pr      r g    g  p  f  l  r       b l    p r  ul ly,    d s  d r,  d   d fn        n    mor  f
 b s c       p    s   v v d  u d  t  d      u        u  , sp k     v  t   t  t may ma  f s i
  g  f c   d ff  ult   ff   g     b i y        sp  k   d, w  ,           ma  ma  . Numb  3 w  s
    ul          f    u     x   g midd          d ma  u    g                 .

**CIM Intensive LEAs** are required to use the Special Education Parent Input Survey, coordinated through the TA Provider *Seeds of Partnership*. The goal is to have a minimum 20 percent parent survey return rate based on total number of students with disabilities. In the box below, please describe the analysis of the survey reports, the survey return rate, and how this feedback was useful in determining areas of strength and areas of improvement. If additional tools were used to gather qualitative parent input data, be sure to include this in your findings.

  me       l  f 20% w s      v d.      ly   f    urv y r    r  w       ll b r  v  p r   s   mb       w    n
   w ly    b l   d   n        r f      L  r  g C mmu  y.      p   l E u     Ma    me  P  f    n  l
      C mmu   y ( EMP  C),   ub  t  f   d      -c mmu  y y t m, f   u  d    MCOE  EL  D  ct , t
 SE       g  m Sp c   t t  P i        S      Edu      C   d  t  t       K-8     p ,  d
   g        P n p . T   me    n m nd       w   u  f  d    mi         g            f mp  v men .
   SEMPLC     b l   d   l      ps k  w l d ,  ul  pr    ls  mel   ,   d l d  h p     w    ff   v
 ly f    ng   m    l bu  l  f  mmed       . Fu   mo     EMPL   ud    p  r     udy
 ud  t  u     y  t   y  m   d g    t d  d ct d    cd t   put f    v  v. L  ty        p l l
  f          d   d    d t   pu  g    d  u       IE du  _   22.23    y     fu    qu  fy
 ma  g r l mpl        u h    r u h   p      f   EMPL . h  f  d b  k bu l fu        p   y n
  y   m.

**CIM for CCEIS LEAs** will have formed an Educational Partner Group with required parent membership representative of the significantly disproportionate population. Empathy interviews, focus groups, and the *Seeds of Partnership* Parent Survey may have also been used to gather parent input data. In the box below, provide a description of how parent voice was incorporated into the Educational Partner Group process and a summary of parent input activities and data analysis that has occurred through Step 1 of this process.

 E    s   p    p l  fl               d    d  l  pu  _       d  u        IE du  g    22.23    l y  r
 fu  h   qu  fy    ma  g     mp  t  s u  t    u  t      c   ft  SEMPLC.    v    t d b  v …t
 f   b  k           s    v  d   u        s - udy  u   bu  fu            y           y t m b y  d
   g l  F rm   urv  y. Mor   v r    mpl fy  r         mmu   y v        f          ul   me     ms

DEFSupp001825

## Infrastructure Analysis

The Infrastructure Analysis activity is optional for **CIM Targeted** LEAs.

The Infrastructure Analysis activity is required for **CIM Intensive and CIM for CCEIS** LEAs.

The Infrastructure Analysis Tool is a resource that allows LEA leadership to look closely at their special education infrastructure through the review of six basic components. The tool can be found by clicking the link here: Resources for CIM Manual – Infrastructure Analysis Tool (padlet.com)

Please identify the members of the team that participated in the Infrastructure Analysis process. If they are not a part of the CIM Team or Educational Partner Group, please also identify their role in the district.

## Strengths

In the boxes below, please share the team's findings for each of the six basic components of the Infrastructure Analysis Tool by identifying processes that are considered strengths as well as processes that need to be improved.

DEFSupp001826



## Areas to Improve

## Educational Benefit Review

### Assessments, present levels, and areas of need

NA

### Goals and services

NA

### Progress and adjustments of IEPs

NA

### Informing the CIM plan

DEFSupp001827

## Data Drill Down

In the box below, please briefly summarize the relevant findings you identified using sources from the Data Drill Down and any applicable internal, local data. This could include your previous Special Education Plan, Local Control Accountability Plan, or any other internal data.

- Pr vid  qu      v d    d d    u
- I cud  S      Ed AND G      Ed d
- D      v      I d        d/  D p p        y

CIM for CCEIS LEAs will need to disaggregate data by race/ethnicity and gender. Using risk ratios will best illustrate inequities. An LEA should gather and view data through a cultural lens. Data must be sorted by and analyzed with a focus on race, ethnicity, gender, and grade level. Data gathered for the self-assessment should be for both special education and general education and include multiple key student outcome data such as academic, placement, discipline, engagement and climate, and attendance.

## Student Record Review / Student Case Study

### Student Record Review

The CDE requires completion of student individualized education programs (IEP) record reviews to determine compliance with state and federal regulations within Step 1 of the CIM process. This will help the LEA determine programming gaps that may be impacting student outcomes, both at the LEA and student level. LEAs will then incorporate areas of identified concern to inform the potential root causes and develop high leverage actions into the CIM Plan.

In the box below, briefly summarize relevant findings from the student file review.

NA    r C  E (    .

### Student Case Study

DEFSupp001828

CIM for CCEIS LEAs will complete a case study of student files from the identified student group. The case study will include the gathering of information through a review of student IEP records to examine the students' educational history from pre-referral to eligibility. The review will assist the LEA to identify factors that may contribute to the identified disproportionality and determine where Comprehensive Coordinated Early Intervening Services will be most effective.

In the box below, summarize relevant findings from the student case study.



## Consolidation

### For CIM Targeted and CIM Intensive:

In the box below, please share how often your CIM Team met and list the tools and strategies you used during the Step 1 Investigation activities:

DEFSupp001829

DEFSupp001830

**IDENTIFIED ISSUES COMMENTS**

undefined undefined, 7/31/23

If you are returning identified issues components to the district for revision, use the comment field below to explain what needs to be revised.

Exit   Go Back   Continue



**EXHIBIT 308**

DEFSupp001832

step 4



**COMPLIANCE AND IMPROVEMENT MONITORING**

# Quarterly Progress Report



| Local Educational Agency (LEA) Name: | Special Education Local Plan Area (SELPA) Name: |
|---|---|
| ██████████ | ██████████ |
| **Problem of Practice:** | |
| Original Problem: Students % of time students spent in Special Education Increasing, New Problem: There is a significant disengagement and insufficient mastery in our Integrated Math 1 curriculum. | |
| **High Leverage Strategy #1:** | **High Leverage Strategy #2:** |
| 1.1 Math Team and SPED Team participate in UDL Cohort | 2.1 Increase training for staff in UDL practices |
| **High Leverage Strategy #3: (if applicable)** | **High Leverage Strategy #4: (if applicable)** |
| 3.1 District-Wide PD around best practices in inclusion. | |
| **Reporting Period and Due Date:** | |

| | |
|---|---|
| ☐ January, 2023 – March, 2023: **Due April 17, 2023** | ☐ January, 2024 – March, 2024: **Due April 10, 2024** |
| ☐ April, 2023 – June, 2023: **Due July 10, 2023** | ☐ April, 2024 – June, 2024: **Due July 10, 2024** |
| ☑ July, 2023 – September, 2023: **Due October 10, 2023** | ☐ July, 2024 – September, 2024: **Due October 10, 2024** |
| ☐ October, 2023 – December, 2023: **Due January 10, 2024** | ☐ October, 2024 – December, 2024: **Due January 10, 2025** |

| **Progress Update** | |
|---|---|
| Which activities have been implemented this quarter? | Co-teaching Gen Ed  Math Class<br>District-Wide PD around UDL<br>District-Wide PD for General Educators around inclusion practices<br>Increase Push-in support by education specialists in general |
| What data did you collect to determine the effectiveness of those activities?  Based on that data, which activities will be continued, adjusted, or ended?   Why? | Students with IEPs success in the general education setting; grades, transfer rate, number of modified grades<br>Pass rate, progress on ELOs, Fast-forward Data, I-Ready data |
| Briefly describe your LEAs biggest accomplishment or learning this quarter in regards to your improvement plan. | In a remarkable stride this quarter, we unified our resources, converging our efforts into a singularly focused meeting. We successfully enhanced our collaboration with the Open Access team and welcomed the support of the SIP team in our endeavors towards inclusive education. Furthermore, our meetings were made more |

## Progress Quarterly Report

| | |
|---|---|
| **Briefly describe any significant challenges you encountered this quarter and how you worked through them.** | This quarter, one of our paramount challenges was streamlining our resources to address our new problem of practice. Moreover, ensuring the team was well-acquainted with the history and rationale behind their inclusion was pivotal. I'm pleased to report that we've now established meetings designed to propel this process forward. |
| **Briefly describe how you collaborated with your TA provider this quarter.** | We had great collaboration with the open access team and added in the SIP team. We have been meeting multiple times monthly and the TA has been involved in many other meetings. |
| **Are there any additional supports you need to continue progress on your plan?  If yes, please describe.** | The TA team has been great, Open Access team has been outstanding supporting our work. |

DEFSupp001834

**EXHIBIT 309**

DEFSupp001835



HI, ▮▮▮▮▮ B

**MY WORK ▾**        **REPORTS ▾**

Getting Started                          **Investigate** ▾                          Step 3: Plan for Results

# STEP 1 – GATHER AND INQUIRE: IDENTIFY ISSUES ⓘ

**DISTRICT:** ▮▮▮▮ ▮▮▮▮          **TOPIC:** Compliance and Improvement Monitoring



12 days left until submission

## INSTRUCTIONS

Review the identified issues, root cause analyses and Plan or Results submitted by the district below. If any components of the plan need to be returned for revision by the district, select the checkbox next to each component that needs revision. When the district recieves the returned plan, the checked fields will be open for editing whereas the unchecked fields will be locked and not editable. Add your comments to the district in the text entry fields below any sections that need revisions.

If the Data Gathering and Plan for Results are sufficient, click "Approve Plan" to send the approved Plan for Results and any associated Reviewer Comments (*optional) back to the district.

If any of the sections need changes, click "Return Plan" to send the Plan for Results with associated Reviewer Comments back to the district for resubmission.

---

### Team Creation                                                                                         —

☐ The CIM Team activity is required for all **CIM Targeted** and **CIM Intensive** LEAs. The CIM Team activity and the Educational Partner Group activity is required for all **CIM for CCEIS** LEAs.

The **CIM Team** is responsible for overseeing the development, implementation and monitoring of the CIM Plan. They will document and ensure completion of all required activities. The CIM Team must include:

- **The Superintendent or designee (optional for Targeted LEAs)**
- Cabinet-level general education administration
- Cabinet-level special education administration
- Site-level administration
- Fiscal administration (optional for Targeted LEAs)
- General Education Teachers (optional for Intensive LEAs)
- Special Education Teachers (optional for Intensive LEAs)
- Parents (Optional)
- SELPA representative
- Others

In the box below, please identify each member of the CIM Team and their role within the district.

▮▮▮▮, Superintendent
▮▮▮▮, Assistant Superintendent of Educational ▮▮▮▮
▮▮▮▮, Chief Financial ▮▮▮▮
▮▮▮▮ Director of Student Services
▮▮▮▮ Director of Instructional Technology

☐ The **Educational Partner Group** (CIM for CCEIS only) involves educational partners that are representative of the LEA. This group will develop an understanding of the indicators that were not met and the factors that resulted in the LEA's over-representation of students identified, placed, or disciplined for those indicators. Collectively, they will discuss data, determine root causes for prioritized problem areas, and contribute to development and implementation of the LEA's CIM for CCEIS action plan and implementation efforts. The Educational Partner Group must include:

DEFSupp001836

- Special Education Director
- General education administrator
- Site administrator(s)
- General education teacher(s)
- Special education teacher(s)
- Student support administrator
- Parents representing significantly disproportionate race/ethnicity
- Community representative(s)

In the box below, please identify each member of the Educational Partner Group and their role within the district/community.



Superintendent
Assistant Superintendent of Educational Services
Director of Student Services
Director of Instructional Technology
Teacher
Principal
Principal
Principal
Program Specialist
Program Specialist
Parent
Parent
Parent

## Policy and Procedure Review     —

☐  The Policy and Procedure Review activity is required for all **CIM Targeted, CIM Intensive, and CIM for CCEIS** LEAs. Based on your LEA's Policy and Procedure review, please enter the following information.

**CIM Targeted and Intensive:**
In the box below, please describe the process of reviewing the LEA's Policies and Procedures.

**CIM for CCEIS:**
LEAs must address a policy, practice, or procedure it identifies as contributing to the significant disproportionality, including a policy, practice or procedure that results from a failure to identify, or the inappropriate identification of, a racial or ethnic group (or groups). In the box below, please describe the process of reviewing the LEA's policies and procedures related to the disproportionality identification:

> We completed the PPP matrix provided by the SPP-TAP to determine areas of improvement and updates needed to ensure the district provided equitable access and opportunities to all students.  The district is working towards increasing cultural competencies for employees and providing professional learning  for all employees including school board members.

☐  **CIM Targeted and Intensive:**
In the box below, please summarize any findings. Were all policies and procedures compliant? Were there any missing or noncompliant policies or procedures that need revision? If so, describe what policies and/or procedures will be added, adopted, or revised?

**CIM for CCEIS:**
Did your LEA revise any policies, practices, or procedures? Answer yes, no, or partially completed in the box below, and describe what policies and/or procedures will be revised.

> Partially completed.  The districts will update and revise all of our policies on assessment, attendance, and Student Success Team.  Additionally, board policies do not include an equitable access statement.  There are

DEFSupp001837

policies that need to be revised and adopted and policies that need to be added and adopted at a school board meeting.

☐ **CIM Targeted and Intensive:**
In the box below, describe how the policies, and/or procedures have been, or will be **publicly** shared (e.g. school board meeting minutes, posting on LEA website).

**CIM for CCEIS:**
In the box below, describe how the policies, practices, and/or procedures have been, or will be **publicly** shared (e.g. school board meeting minutes, posting on LEA website).

> Each board policy goes through a committee, 2 readings during a public board meeting prior to adoption. Once a board policy is adopted the policy is posted on the website. Our website may be translated by Google translate for all families as needed.

☐ **CIM Targeted and Intensive:**
In the box below, describe how the policies and/or procedures have been or will be **internally** disseminated and implemented?

**CIM for CCEIS:**
In the box below, describe how the policies, practices and/or procedures have been or will be **internally** disseminated and implemented?

> Once board policies go through the board approval process they are uploaded on our district website. They will also be reviewed, shared, and all staff will be trained at the beginning of the 2023-24 school year through staff meetings and professional learning days.

## Parent Input  —

☐ Parent input is a required activity for **LEAs in CIM Targeted level three, any CIM Targeted LEA out on Indicator #8, all CIM Intensive levels, and CIM for CCEIS.**

**CIM Targeted LEAs** have the option to use the Special Education Parent Input Survey, coordinated through the TA provider *Seeds of Partnership.* In the box below please identify which tools, sources, and/or methodologies were used and a summary of the findings. Be sure to include information on participation, trends, new information learned, and areas that may need to be addressed.

> We provided a parent survey through Seeds of Partnership and a focus parent group meeting. Parents demonstrated a clear understanding of their rights and services for students. Parents expressed confirmation in partnership with the IEP development. Parents answered all the survey questions using "strongly agree" to "strongly disagree" and " I don't know." 77% of parents indicated their child is progressing in their education. 62% agree school staff communicate regularly about their student's progress. 38% parents agree that school staff offer support to families by providing student support at home. 31% of parents have received information about community resources to support parents of students with special education services from school staff. 69% of parents agree the district explains the parent rights and procedural safeguards. 62% of parents agree school staff provide information on next steps if families disagree with the IEP team recommendations. 50% of parents are comfortable sharing concerns without resulting in a negative impact for their student or family. 70% of families agree IEP teams include required participants. 85% of families agree that IEP teams consider their ideas and concerns. 45% of families agree the special education assessment was helpful in identifying all students' developmental and education needs. 70% of families agree assessments were explained in the IEP meetings. 85% of families agree the IEP team reviewed progress and/or lack of progress during an IEP meeting. 69% of families agree their student is appropriately placed in a program. 85% of families agree their student received all services as described in the IEP. 69% of families agree their student receives all accommodations as identified in the IEP. 69% of families agree their student has been provided with inclusion opportunities. The parent survey indicates the district is proficient with compliance requirements within the IEP process such as team member participation, placement, services, progress on goals, and inclusion opportunities for students. The district needs to improve the presentation of assessment reports and parent engagement in all areas of the

DEFSupp001838

IEP and assessment process.

☐ **CIM Intensive LEAs** are required to use the Special Education Parent Input Survey, coordinated through the TA Provider *Seeds of Partnership*. The goal is to have a minimum 20 percent parent survey return rate based on total number of students with disabilities. In the box below, please describe the analysis of the survey reports, the survey return rate, and how this feedback was useful in determining areas of strength and areas of improvement. If additional tools were used to gather qualitative parent input data, be sure to include this in your findings.

> See section 9

☐ **CIM for CCEIS LEAs** will have formed an Educational Partner Group with required parent membership representative of the significantly disproportionate population. Empathy interviews, focus groups, and the *Seeds of Partnership* Parent Survey may have also been used to gather parent input data. In the box below, provide a description of how parent voice was incorporated into the Educational Partner Group process and a summary of parent input activities and data analysis that has occurred through Step 1 of this process.

> Parent voice was incorporated into this process through the SEEDS survey and a community meeting. In the SEEDS survey parents demonstrated a clear understanding of the IEP development process, however, families struggle with next steps when all IEP team members are not in agreement on specific further actions for their student. In addition, parents sometimes have difficulty understanding the presentation of the student assessment reports and do not necessarily feel they have full engagement in the IEP process.  During the community meeting parents had questions regarding  significant disproportionality and the CIM for CCEIS process. Parents also spoke to the need for more cultural awareness and cultural sensitivity at the school sites.

## Infrastructure Analysis                                                                                      —

☐ The Infrastructure Analysis activity is optional for **CIM Targeted** LEAs.

The Infrastructure Analysis activity is required for **CIM Intensive and CIM for CCEIS** LEAs.

The Infrastructure Analysis Tool is a resource that allows LEA leadership to look closely at their special education infrastructure through the review of six basic components. The tool can be found by clicking the link here: [Resources for CIM Manual – Infrastructure Analysis Tool (padlet.com)](https://padlet.com)

Please identify the members of the team that participated in the Infrastructure Analysis process. If they are not a part of the CIM Team or Educational Partner Group, please also identify their role in the district.

> ▮ Superintendent
> ▮ Assistant Superintendent of Educational Services
> ▮ Director of Student Services

☐ **Strengths**

In the boxes below, please share the team's findings for each of the six basic components of the Infrastructure Analysis Tool by identifying processes that are considered strengths as well as processes that need to be improved.

> Process and Procedures are in place. The district has developed an MTSS referral process to support all areas of potential need/growth for students. Training to staff on the process and procedures to implement academic and behavioral  Tier 1 and Tier 2 interventions within the general education setting. Additionally, increasing collaboration through the professional learning community framework to support progress monitoring for at-risk students in all areas.

☐ **Areas to Improve**

DEFSupp001839

Training to staff on the process and procedures to implement academic and behavioral Tier 1 and Tier 2 interventions within the general education setting. Additionally, increasing collaboration through the professional learning community framework to support progress monitoring for at-risk students in all areas.

## Educational Benefit Review —

☐ **Assessments, present levels, and areas of need**
Commendations and Recommendations

> N/A

☐ **Goals and services**
Commendations and Recommendations

> N/A

☐ **Progress and adjustments of IEPs**
Commendations and Recommendations

> N/A

☐ **Informing the CIM plan**
Considering the data gathered through the Education Benefit Review and documented above, what might be important to consider when identifying problems in practice, root causes and action planning for the CIM?

> N/A

## Data Drill Down —

☐ In the box below, please briefly summarize the relevant findings you identified using sources from the Data Drill Down and any applicable internal, local data. This could include your previous Special Education Plan, Local Control Accountability Plan, or any other internal data.

- Provide quantitative data and data source
- Include Special Ed AND General Ed data
- Data relevant to Indicators and/or Disproportionality

CIM for CCEIS LEAs will need to disaggregate data by race/ethnicity and gender. Using risk ratios will best illustrate inequities. An LEA should gather and view data through a cultural lens. Data must be sorted by and analyzed with a focus on race, ethnicity, gender, and grade level. Data gathered for the self-assessment should be for both special education and general education and include multiple key student outcome data such as academic, placement, discipline, engagement and climate, and attendance.

> The ▓▓▓▓ School District serves 2950 students in TK- 8th grade across 6 schools. The district's Special Education student population is made up 13% of the student population. Hispanic students make up 26 % of the ▓▓▓▓ student population, while 40% of our Special Educaiton student population are Hispanic studnets. Both female and male genders are 50% of our student population with 61% of our special education population consists of male students. Diving deeper into the data, we found 36% of students in Special Educaiton are identified with Specific Learning Disability, this is the highest eligibility criteria. Hispanic male students have the

DEFSupp001840

highest rates for discipline, chronic absenteeism, and to be identified for special education. Hispanic students have only a 12% rate of academic achievement of at grade level or above. The ▆▆▆▆ school district utilized parent surveys, Improvement Data System, Policy Review, and the Basic components of Special Education Infrastructure Assessment Tool.

☐ In the box below, please identify any positive trends or patterns of concern from your findings

The district has processes and procedures developed for SST and assessment processes, however, we over identify Hispanic male students. The district is failing to provide proactive Tiered interventions within the general education setting. The implementation for SST and ELD instruction are not consistent across the district or grade levels. Family engagement for multi-lingual families is lacking to support foundational instruction, the SST process, and a pathway to express concerns with student progress as evident by the data that Hispanic male students are more likely to miss school for being absent or due to discipline. Based on student empathy interviews, student like school and overall feel connected to their school. The case studies and parent survey results indicated that students are receiving services and placement in the appropriate classroom setting. The team reviewed the NYU data to determine a pattern with the over identified of EL Hispanic students. The data indicated the district needs to consider further review of the implementation of the policies and practices.

## Student Record Review / Student Case Study                                              —

**Student Record Review**
The CDE requires completion of student individualized education programs (IEP) record reviews to determine compliance with state and federal regulations within Step 1 of the CIM process. This will help the LEA determine programming gaps that may be impacting student outcomes, both at the LEA and student level. LEAs will then incorporate areas of identified concern to inform the potential root causes and develop high leverage actions into the CIM Plan.

In the box below, briefly summarize relevant findings from the student file review.

See section 20

**Student Case Study**
CIM for CCEIS LEAs will complete a case study of student files from the identified student group. The case study will include the gathering of information through a review of student IEP records to examine the students' educational history from pre-referral to eligibility. The review will assist the LEA to identify factors that may contribute to the identified disproportionality and determine where Comprehensive Coordinated Early Intervening Services will be most effective.

In the box below, summarize relevant findings from the student case study.

There is a pattern for students being referred by parents and SST teams.  Students are  being referred at different grade levels   Minimal evidence of the reports included language, race and culture.    Not all assessment reports included pre-referral information which makes the implementation inconsistent   The triennial reviews included review records and  complete assessments. The district needs to increase family engagement and understanding of the SST process and student progress monitoring. Hispanic students are referred earlier than other subgroups for the SST process and special education. ELD instruction is not consistently implemented at Tier 1 for all students. Families are included in the SST process and assessment process. Hispanic students who qualify for special education services are more likely to have reading comprehension as an area of needs. Families want to have more opportunities to learn how to support their students in identified areas of growth. Factors impacting over identification are systematic ELD instruction, Tier 1 instruction for all students, and family engagement as learner partners.  The assessment reports all utilize a clear format to present the findings and recommendations.  The reports need to include a full educational history including intervention  progress, duration, and areas targeted through intervention. The present levels were developed on the assessment result and reflected in the IEP.  IEP goals were developed based upon the

DEFSupp001841

identified areas of need in the assessment report. Present levels for annual IEP meetings need  include the assessment tool and dates.  Goals baselines need to be stated in present level and baseline for goals.

## Consolidation —

For **CIM Targeted and CIM Intensive:**

In the box below, please share how often your CIM Team met and list the tools and strategies you used during the Step 1 Investigation activities:

Seven meetings thus far.  We used the SPP-TAP Padlet, the student record review, case study analysis, student empathy interviews, SEEDs parent survey too, Basic components of Special Education Infrastructure Assessment Tool and our consultant. We are continuing to gather information for Step 2 and developing a plan for Step 3.

In the box below, list your common areas of **strength** identified during Step 1

The district has clear processes and procedures for the MTSS and IEP process.  The district consistently places students in the least restrictive learning environment.  The district develops IEP goals directly correlated to the common core standards.

In the box below, list your common areas of **weakness** identified during Step 1

The district needs to improve family engagement for understanding the intervention and IEP process. The district needs to update, revise, and develop board policies that are inclusive and support all learners' access to appropriate assessments and interventions within the general education setting during the SST process.

In the box below, please share the Significantly Disproportionate Indicators for your LEA

Hispanic student who have been identified with Specific Learning Disability for special education and related services.

In the box below, briefly provide a description of the LEA:

███████ School District has deep roots in our corner of the ███ ████ community dating back more than 100 years. In that time, our district has become established as the bedrock of the ██████ neighborhood, as generations of students have come to learn, grow, explore, and form lasting relationships in our classrooms. Many of those students have even returned to lead their own classrooms as teachers or support our work as dedicated volunteers. To spend time in a ████████ school today is to see the best of that long, rich tradition and community spirit. Combined with the commitment to innovative instructional practices and programs that are designed to prepare the "next-generation" students to thrive in high school, college, career, and life.

CSD serves approximately 2950 students in Transitional Kindergarten through 8th grade across four elementary schools, one K-8 school, and one comprehensive middle school for grades 6-8. We are fortunate to serve a student population that reflects the diversity of ████ ████ a diversity that is a true strength in forging learning communities where all students are challenged, engaged, and celebrated. For the 2022-23 school year, the average class sizes are 21:1 in TK-3 and 27:1 in grades 4-8. Approximately 33% of the district's students are white (non-Hispanic), 28% are Hispanic, 20% are Asian or Pacific Islander, 16% are Two or More Races, 2% are Black or African-American, and the remaining 1% represent other races and ethnic groups. Of the total enrollment, approximately 12% of the district's students are English Learners, 18% are Socio-economically

DEFSupp001842

disadvantaged, and 12% are students with special needs who qualify for an Individualized Education Plan (IEP) or 504 Plan.

☐ In the box below, provide information on the tools, process and key findings from the collection and analysis of quantitative and qualitative data. Ensure that key findings include success gap statements which indicate the district or school is not meeting the needs of all groups of children. The initial success gap statement should contain three key pieces of information: (1) the group(s) of children, (2) the outcome area, and (3) the supporting data.

In the ▮▮▮▮ School District, Hispanic students are 4 times more likely to demonstrate a struggle with reading comprehension resulting in their referral to specialized interventions and services outside the general education setting. The district utilized parent surveys, a community meeting, student case studies, the policy, procedures, and practice matrix, empathy interviews, CCDE-SWD-Basic Infrastructure Analysis tool, and the Success Gap tools to identify strengths and areas of improvement. Additionally, we determined we need additional data on pre-referral supports/interventions for students, attendance rates over time, and teacher voice to develop a comprehensive plan to address our success gaps to improve student learning.

## IDENTIFIED ISSUES COMMENTS

Dear ▮▮▮▮ CIM for CCEIS Team:

The Step One submission has been accepted; however, please make note of the following feedback as you prepare for the Step Two submission, due September 30, 2023:

Policy, Practice, and Procedure Review, Infrastructure Analysis, Case Study, Parent Input: All of these activities provide valuable information to the CIM for CCEIS plan development, including root cause analysis. It is important that the team consider the level of detail that has been provided in Step One, and the opportunity provided in Step Two to add data from other sources, including qualitative. Additional data, both quantitative and qualitative, may be discovered in your Step Two work and these additional pieces of information/findings can be added to your Step Two submission.

The team has worked diligently to complete activities and provide summaries within this submission; however, some additional details may provide added relevance to your Step Two work, moving forward.

I would encourage your team to work closely with your Focused Monitoring and Technical Assistance consultant, Bret Galeste, as you work on Step Two. He is a great resource, as is your Technical Assistance Facilitator (TAF) from SPP-TAP. I believe you are working with a new TAF in your Step 2 activities.

Thank you for your time and enthusiasm in this work. It is appreciated.

If you are returning identified issues components to the district for revision, use the comment field below to explain what needs to be revised.

| Normal | ⇅ | Sans Serif | ⇅ | **B** | *I* | U̲ | A | ▦ | ☰ | ☰ | ☰ | 🔗 | 🖼 | </> | T̽ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

DEFSupp001843

Save and Exit     Return     Approve

Stepwell Homepage          Copyright 2023 Red Cedar Software Group     **Crafted by RedCedar**

DEFSupp001844

**EXHIBIT 310**

DEFSupp001845

California Department of Education - Special Education Division
Significant Disproportionality Coordinated Comprehensive Early Intervening
Services

## 2022 Quarterly Progress and Expenditure Report
## Significant Disproportionality Comprehensive Coordinated Early Intervening Services

**Purpose of report:** The local educational agency (LEA) identified as being significantly disproportionate shall report expenditures, activities completed and progress on the measurable outcomes indicated by the Comprehensive Coordinated Early Intervening Services (CCEIS) Programmatic Improvement Action Plan.

**Due Date**: The initial report is due after the initial six-month period, and quarterly thereafter, as indicated below. Submit completed and signed report to the California Department of Education (CDE) email at SigDisp@cde.ca.gov within 10 days after the ending date of each report period. The 2022 CCEIS funds must be fully expended by September 30, 2024.

**Local Educational Agency (LEA) Name:** ▮▮▮▮ District

**Special Education Local Plan Area (SELPA)** ▮▮▮▮ ELPA III

**Name:** _▮▮▮▮ (LEA CCEIS Coordinator)_

**Identified Indicator(s): 10**_____

### Check appropriate box:

____ Report 1: July 1, 2022, to December 31, 2022 (optional)

x   Report 2: January 1, 2023, to March 31, 2023

____ Report 3: April 1, 2023, to June 30, 2023

____ Report 4: July 1, 2023, to September 30, 2023

____ Report 5: October 1, 2023, to December 31, 2023

____ Report 6: January 1, 2024, to March 31, 2024 - MUST include *data* on student outcomes as a result of the CCEIS activities.

____ Report 7: April 1, 2024, to June 30, 2024 – MUST include *data* on student outcomes as a result of the CCEIS activities.

____ **FINAL Report:** July 1, 2024, to September 30, 2024 - MUST include *data* on student outcomes as a result of the CCEIS activities.

### Approved Target Population (list criteria from approved 2022 CCEIS Plan):

Socioeconomically Disadvantaged EL students in grades 1, 2 and 3 at an ELPAC Level of 1 or 2.

### Provide Unduplicated Student Count for this Quarter:
General Education students served during this report period (unduplicated*): __16__

Special Education students served during this report period (unduplicated*): __12__

*unduplicated = Count should reflect the number of students served, *not the number of services*

Revised 11/21/22

1

Doc ID: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮e8

DEFSupp001846

California Department of Education - Special Education Division
Significant Disproportionality Coordinated Comprehensive Early Intervening
Services

*provided*. Use student IDs to track students to ensure the number is unduplicated.

Doc ID: 6c16917187602cfc
DEFSupp001847

California Department of Education - Special Education Division
Significant Disproportionality Coordinated Comprehensive Early Intervening
Services

## PROGRESS ON MEASURABLE OUTCOMES AND ACTIVITIES

**Instructions:** Provide written descriptions for each CCEIS Measurable Outcome and report on progress for all the activities under the Measurable Outcomes.  Be sure to describe any policies, procedures, and/or practices that have been revised during this quarter and how those revisions have been publicly reported.

Is your data showing improved student outcomes? □ Yes  □ No  **NA-** *wasn't approved until April 3, 2023 (after this quarter) so we were unable to begin implementation of our activities.*

Provide narrative description of student outcomes in the area below.  (Is your activity showing improvement in your data?  If not, please note any modifications you will make to better serve your students.)

**Measurable Outcome Description and Progress on Each of the Activities:**

**NA (plan approved after this quarter)**

Doc ID: 6f65f5d48579c52d8cde5e7ea7f8604233f9f6348ee8

DEFSupp001848

California Department of Education - Special Education Division
Significant Disproportionality Coordinated Comprehensive Early Intervening
Services

## CONTINUED PROGRESS ON MEASURABLE OUTCOMES AND ACTIVITIES

(Copy and paste this page to add additional Measurable Outcomes pages, as needed.)

**Measurable Outcome Description and Progress on Each of the Activities:**

Doc ID: 6f45f5d48589c62d8cae597ea5f86b413f57634841e8
DEFSupp001849

California Department of Education - Special Education Division
Significant Disproportionality Coordinated Comprehensive Early Intervening
Services

## EXPENDITURES RELATED TO PROGRESS REPORT

**Indicate expenditures for all Measurable Outcomes and activities for this reporting period:**

| Line Item Resource Code 3312 | Expenditure |
|---|---|
| Line item 1000 Certificated Salaries 3312 | $ 0.00 |
| Line item 2000 Classified Salaries 3312 | $ 0.00 |
| Line item 3000 Employee Benefits 3312 | $ 0.00 |
| Line item 4000 Materials/Supplies 3312 | $ 0.00 |
| Line item 5000 Service/Other Operating Costs 3312 | $ 0.00 |
| Line item 5100 Contract Services (ICR cannot be used for Object Code 5100) 3312 | $ 0.00 |
| Line item 5800 Contract Services* 3312 | $ 0.00 |
| Line item 7300 Indirect Costs** 3312 | $ 0.00 |
| **Total Resource Code 3312 Expenditures** | $ 0.00 |

| Line Item Resource Code 3318 | Expenditure |
|---|---|
| Line item 1000 Certificated Salaries 3318 | $ 0.00 |
| Line item 2000 Classified Salaries 3318 | $ 0.00 |
| Line item 3000 Employee Benefits 3318 | $ 0.00 |
| Line item 4000 Materials/Supplies 3318 | $ 0.00 |
| Line item 5000 Service/Other Operating Costs 3318 | $ 0.00 |
| Line item 5100 Contract Services (ICR cannot be used for Object Code 5100) 3318 | $ 0.00 |
| Line item 5800 Contract Services* 3318 | $ 0.00 |
| Line item 7300 Indirect Costs** 3318 | $ 0.00 |
| **Total Resource Code 3318 Expenditures** | $ 0.00 |

*Services for the same vendor are capped at $25,000 in 5800 Budget Line. The remainder must be moved into the 5100 Budget Line.

**Indicate the allowable California Department of Education (CDE) Approved Indirect Cost Rate (ICR) and total ICR used for expenditures made during this report period. The indirect cost changes by year, please note which year this report references.

CDE Approved [insert fiscal year] 2022-23 ICR: 5.19%

Indirect Total for this report period: 0.00

Revised 11/21/22

5

DEFSupp001850

California Department of Education - Special Education Division
Significant Disproportionality Coordinated Comprehensive Early Intervening
Services

## EXPENDITURE SUMMARY FOR CCEIS RESOURCE CODES 3312 AND 3318

**Provide expenditures and remaining balance for CCEIS Budget by Resource Code:**

| Expended this Quarter | Amount |
|---|---|
| Resource Code 3312 | $ 0.00 |
| Resource Code 3318 | $ 0.00 |
| **Total Expenditures this Quarter** | **$ 0.00** |

| Prior Cumulative Expenditures (expended and reported in previous quarters) | Amount |
|---|---|
| Resource Code 3312 | $ 0.00 |
| Resource Code 3318 | $ 0.00 |
| **Total Prior Cumulative Expenditures** | **$ 0.00** |

| Resource Codes | Actual Budget | Expenditures to Date | Percent of Total Budget Expended to Date* | Remaining Amount |
|---|---|---|---|---|
| Resource Code 3312 | $ 186,792.00 | $ 0.00 | 0% | $ 186,792.00 |
| Resource Code 3318 | $ 6,445.00 | $ 0.00 | 0% | $ 6,445.00 |
| **Total** | **$ 193,237.00** | **$ 0.00** | **0%** | **$ 193,237.00** |

*All funds must be expended by 9/30/24. Unexpended funds will be forfeited and returned. In addition, LEAs that fail to fully expend their funds as mandated under Sections 300.646 (c) (d), 300.647, and 300.646(d)(1) may face further sanctions at the State and Federal levels including the potential forfeiture of all funding set aside for the CCEIS plan.

## AMENDMENT REVIEW

Is there a need for a plan amendment? ☐ Yes  X No

If yes, please contact your FMTA Consultant.

Doc ID: 6f45f5d48529c52d8c4e587ea5f8604733f95348d4e8

DEFSupp001851

California Department of Education - Special Education Division
Significant Disproportionality Coordinated Comprehensive Early Intervening
Services

## SIGNATURE PAGE

**Instructions:** All signatures are required. By signing this report, the following authorized agents validate the accuracy of the information reported.

Printed Name of **Local Educational Agency (LEA) Superintendent**:

LEA Superintendent Signature:

Date Signed:

Printed Name of **Special Education Local Plan Area (SELPA) Director**:

SELPA Director Signature:

Date Signed:    05 / 22 / 2023

Printed Name of **LEA CCEIS Plan Implementation Administrator**:

CCEIS Plan Implementation Administrator Signature:

Date Signed:    05 / 16 / 2023

Printed Name of **LEA Fiscal Officer**:

LEA Fiscal Officer Signature:

Date Signed:

Revised 11/21/22

7

DEFSupp001852





**Dropbox Sign**

Audit trail

| | |
|---|---|
| Title | 2022_CCEIS [redacted] chool_District_May_2022 |
| File name | 2022_CCEIS [redacted] .rict_May_2022.pdf |
| Document ID | 5d3c1d4ab75cc2e8ae597e7566be1d696329dee8 |
| Audit trail date format | MM / DD / YYYY |
| Status | Signed |

## Document History

| | | |
|---|---|---|
| SENT | **05 / 18 / 2023** 14:35:42 UTC-7 | from |
| VIEWED | **05 / 22 / 2023** 09:02:04 UTC-7 | |
| SIGNED | **05 / 22 / 2023** 10:53:16 UTC-7 | |
| COMPLETED | **05 / 22 / 2023** 10:53:16 UTC-7 | |

Powered by **Dropbox Sign**

**EXHIBIT 311**

DEFSupp001855



Getting Started                                          Investigate ▼                                          Step 3: Plan for Results

# STEP 1 – GATHER AND INQUIRE: IDENTIFY ISSUES ⓘ

**DISTRICT:** ██████████████
(4973882)

**TOPIC:** Compliance and Improvement Monitoring


60 days left until submission

## INSTRUCTIONS

Review the identified issues, root cause analyses and Plan or Results submitted by the district below. If any components of the plan need to be returned for revision by the district, select the checkbox next to each component that needs revision. When the district recieves the returned plan, the checked fields will be open for editing whereas the unchecked fields will be locked and not editable. Add your comments to the district in the text entry fields below any sections that need revisions.

If the Data Gathering and Plan for Results are sufficient, click "Approve Plan" to send the approved Plan for Results and any associated Reviewer Comments (*optional) back to the district.

If any of the sections need changes, click "Return Plan" to send the Plan for Results with associated Reviewer Comments back to the district for resubmission.

---

### Team Creation                                                                                                          —

☐  The CIM Team activity is required for all **CIM Targeted** and **CIM Intensive** LEAs. The CIM Team activity and the Educational Partner Group activity is required for all **CIM for CCEIS** LEAs.

The **CIM Team** is responsible for overseeing the development, implementation and monitoring of the CIM Plan. They will document and ensure completion of all required activities. The CIM Team must include:

- **The Superintendent or designee (optional for Targeted LEAs)**
- **Cabinet-level general education administration**
- **Cabinet-level special education administration**
- **Site-level administration**
- **Fiscal administration (optional for Targeted LEAs)**
- **General Education Teachers (optional for Intensive LEAs)**
- **Special Education Teachers (optional for Intensive LEAs)**
- **Parents (Optional)**
- **SELPA representative**
- **Others**

In the box below, please identify each member of the CIM Team and their role within the district.

In Step 1, ██████████████ convened a CIM committee to work through the CIM process.  Names and titles of participants are listed below:
- ████████████, Director of Special Education
- ████████████████, Lead School Psychologist
- ██████████████, Admin to Director of Special Education
- ██████████, Program Specialist
- ██████, School Psychologist
- ████████████, Program Specialist
- ██████████████, Assistant Director of Special Education
- ██████████████, SELPA Program Spec
- ████████████, School Psych
- ██████████, Director of Student Services (GE)
- ████████ Director of Finance
- ██████████, TA Facilitator
- ████████████, CDE Consultant

From 4/27/23 through 6/26/23, Our CIM committee met 9 times and completed all Step 1 activities.

☐

DEFSupp001856

The **Educational Partner Group** (CIM for CCEIS only) involves educational partners that are representative of the LEA. This group will develop an understanding of the indicators that were not met and the factors that resulted in the LEA's over-representation of students identified, placed, or disciplined for those indicators. Collectively, they will discuss data, determine root causes for prioritized problem areas, and contribute to development and implementation of the LEA's CIM for CCEIS action plan and implementation efforts. The Educational Partner Group must include:

- Special Education Director
- General education administrator
- Site administrator(s)
- General education teacher(s)
- Special education teacher(s)
- Student support administrator
- Parents representing significantly disproportionate race/ethnicity
- Community representative(s)

In the box below, please identify each member of the Educational Partner Group and their role within the district/community.

> N/A

---

## Policy and Procedure Review                                                                —

☐ The Policy and Procedure Review activity is required for all **CIM Targeted, CIM Intensive, and CIM for CCEIS** LEAs. Based on your LEA's Policy and Procedure review, please enter the following information.

**CIM Targeted and Intensive:**
In the box below, please describe the process of reviewing the LEA's Policies and Procedures.

**CIM for CCEIS:**
LEAs must address a policy, practice, or procedure it identifies as contributing to the significant disproportionality, including a policy, practice or procedure that results from a failure to identify, or the inappropriate identification of, a racial or ethnic group (or groups). In the box below, please describe the process of reviewing the LEA's policies and procedures related to the disproportionality identification:

> The CIM team completed our Policy and Procedure Review and submitted the required documentation to our CDE consultant Jill Whitehair on 6/15/23.
>
> Results of the Policy and Procedure Review indicate that all required policies and procedures are in place.

☐ **CIM Targeted and Intensive:**
In the box below, please summarize any findings. Were all policies and procedures compliant? Were there any missing or noncompliant policies or procedures that need revision? If so, describe what policies and/or procedures will be added, adopted, or revised?

**CIM for CCEIS:**
Did your LEA revise any policies, practices, or procedures? Answer yes, no, or partially completed in the box below, and describe what policies and/or procedures will be revised.

> The CDE has not issued a corrective action to date.

☐ **CIM Targeted and Intensive:**
In the box below, describe how the policies, and/or procedures have been, or will be **publicly** shared (e.g. school board meeting minutes, posting on LEA website).

**CIM for CCEIS:**
In the box below, describe how the policies, practices, and/or procedures have been, or will be **publicly** shared (e.g. school board meeting minutes, posting on LEA website).

> All Selpa policies are posted on the SElpa website. Any �altered policies are currently available on our google drive, but can be posted to our district website. Board policies and board meeting notes are currently posted using GAMIT and visible to the public.

DEFSupp001857

 **CIM Targeted and Intensive:**
In the box below, describe how the policies and/or procedures have been or will be **internally** disseminated and implemented?

**CIM for CCEIS:**
In the box below, describe how the policies, practices and/or procedures have been or will be **internally** disseminated and implemented?

> The CIM team will continue our work in phase 2. Our first step will be to prioritize areas of weakness and decide where to focus our root cause analysis.

---

## Parent Input                                                                      —

☐ Parent input is a required activity for **LEAs in CIM Targeted level three, any CIM Targeted LEA out on Indicator #8, all CIM Intensive levels, and CIM for CCEIS.**

**CIM Targeted LEAs** have the option to use the Special Education Parent Input Survey, coordinated through the TA provider *Seeds of Partnership*. In the box below please identify which tools, sources, and/or methodologies were used and a summary of the findings. Be sure to include information on participation, trends, new information learned, and areas that may need to be addressed.

> Parent input was gathered via the SEEDS survey. The survey was distributed to parents via parent square, individual emails from case managers and at IEP meetings from 5/5/23 through 6/15/23. Results were analyzed by the CIM team on 6/26/23. In total, 10.90% of parents responded to the SEEDS of partnership survey. Of the 90 surveys completed, 89 were completed in English and 1 in Spanish.

☐ **CIM Intensive LEAs** are required to use the Special Education Parent Input Survey, coordinated through the TA Provider *Seeds of Partnership*. The goal is to have a minimum 20 percent parent survey return rate based on total number of students with disabilities. In the box below, please describe the analysis of the survey reports, the survey return rate, and how this feedback was useful in determining areas of strength and areas of improvement. If additional tools were used to gather qualitative parent input data, be sure to include this in your findings.

> Survey results indicate the following areas of strength:
> - My child's assessment reports were reviewed and explained as part of the IEP process. (4.37 average)
> - My child's IEP team included required participants such as parents, teachers, service providers, administrator/representative. (4.35 average)
> - The IEP team used the results of my child's assessment(s) to plan the IEP goals and services. (4.31 average)
> - Comments: Families called out relationships/rapport with the teacher, families and students. As a result families felt that there is good communication.
>
> Survey results indicate the following areas of weakness:
> - The school staff communicates regularly with me regarding my child's progress and related educational activities. (3.80 average)
> - The district/school staff offers parents the help they may need to support their child's learning and educational activities (such as understanding what is being taught to
>   their child in school, ideas on engaging students in their learning, materials, resources, etc.). (3.78 average)
> - The district/school staff offers me information about school, district, or community groups that provide resources or support to parents of students receiving special
>   education services. (3.38 average)
> - Several families called out the need for more communication on student progress and resources from the school site
> - A few parents also noted needed to more support understanding their options as it relates to the IEP process, and feeling comfortable in disagreeing with the draft IEP
> - Given the response rate of 10.90%, we noticed that there may be a struggle with getting responses from our families, especially representative samples of the families in
>   the district.
>
> While we have a low response rate to the SEEDS survey, the team has sought out additional parent perspectives in our Special Education Committee that meets throughout the year. We will seek their feedback as part of our root cause analysis.

DEFSupp001858

☐ **CIM for CCEIS LEAs** will have formed an Educational Partner Group with required parent membership representative of the significantly disproportionate population. Empathy interviews, focus groups, and the *Seeds of Partnership* Parent Survey may have also been used to gather parent input data. In the box below, provide a description of how parent voice was incorporated into the Educational Partner Group process and a summary of parent input activities and data analysis that has occurred through Step 1 of this process.

> N/A

---

## Infrastructure Analysis                                                                               —

☐ The Infrastructure Analysis activity is optional for **CIM Targeted** LEAs.

The Infrastructure Analysis activity is required for **CIM Intensive and CIM for CCEIS** LEAs.

The Infrastructure Analysis Tool is a resource that allows LEA leadership to look closely at their special education infrastructure through the review of six basic components. The tool can be found by clicking the link here: Resources for CIM Manual – Infrastructure Analysis Tool (padlet.com)

Please identify the members of the team that participated in the Infrastructure Analysis process. If they are not a part of the CIM Team or Educational Partner Group, please also identify their role in the district.

> On 5/12 and 5/19 the CIM committee met to complete the BASICS infrastructure Analysis Tool. The BASICS assesses five essential domains of special education infrastructure: Beliefs, Accessibility, Staffing, Information Systems, Collaboration & Communication, and Structure of Instruction. All five domains were completed and subcomponents discussed. Here is a list of the team members and their current roles that synthesize this information:
> - ▮▮▮▮▮▮▮▮▮, Director of Sped
> - ▮▮▮▮▮▮▮▮▮, Lead School Psychologist
> - ▮▮▮▮▮▮▮▮▮, Admin to Director of SPED
> - ▮▮▮▮▮▮▮▮▮, Program Specialist
> - ▮▮▮▮▮▮▮▮▮ School Psychologist
> - ▮▮▮▮▮▮, School Psychologist
> - ▮▮▮▮▮▮▮, SELPA Program Specialist
> - ▮▮▮▮▮▮▮ Assistant Director of Special Education
> - ▮▮▮▮▮▮▮, TA Facilitator
> - ▮▮▮▮▮▮▮▮, CDE FMTA

☐ **Strengths**
In the boxes below, please share the team's findings for each of the six basic components of the Infrastructure Analysis Tool by identifying processes that are considered strengths as well as processes that need to be improved.

> Based on the BASICS assessment, the following subcomponents are currently in place:
> - In the areas of Collaboration and Communication, Resource Management and Instructional Practices the Team agreed that all areas are complete and show evidence of these being intact.
> - Staffing in the area of Hiring and Allocation is intact, informed by data, and is allocated in a manner that meets student need according to each IEP and within state and local guidelines.
> - Data systems the team agrees and notes evidence that the LEA produces Accurate and Consistent Data, and systems/structures are in place to meet the needs of state and LEA.
> The following subcomponents are not in place, are being partially implemented, and/or could be improved:
> - Under staff, the team noted partial completion in the area of strategic staffing. The team noted that LEA could outline professional development scope and sequence more clearly for the special education team and that goals for the department are set, but not shared widely with the team.
> - Policy and Procedures had several points of opportunity to align LEA system structures. The sub-indicator of adoption of IDEA policies and procedures where the LEA/special education office has adopted IDEA-compliant policies and procedures related to the provisions of Free and Appropriate Public Education (FAPE) within the LEA is an area of opportunity. Under the area of problem-solving policies and procedures the team determined that the they do not have a regular review process in place to address sites that have high referral rate but a low special education identification rate.
> - Data Systems under the area performance and compliance data, the team noted that district and site leaders look at

DEFSupp001859

larger scale data, the district  LEA does not calendar time for site leadership to develop and/or review action plans for responding to special education performance and compliance data

☑ **Areas to Improve**

The team accessed CDE's Educational Benefit Review training videos and materials.  The EBR was conducted over the following days on June 8, June 9, June 12, June 13, June 15 and June 26 [by six members of the team/by our SELPA representative] and final results provided to our CDE consultant ███████ on June 27, 2023.  We did share individual case files as completed so she could provide ongoing feedback as we completed the process.

Overall, areas of strength identified through the EBR are:
- We are responsive to student needs as they arise, often conducting supplemental assessments.
- We were compliant with 90% of our files reviewed in a clear line from evaluations to determine eligibility and areas of need for goals and services.
- 80% of IEP's reviewed had clearly documented progress on the annual IEP goals and IEP's were appropriately amended if a goal was not met or a lack of progress was observed.

Areas of weaknesses identified through the EBR are:
- One area of weakness that stands out is the two IEP's with clear non compliant areas were both new case managers. One them also was a student with significant issues related to attendance

---

**Educational Benefit Review**                                                                                               —

☐ **Assessments, present levels, and areas of need**
Commendations and Recommendations

Commendations:

We have been response to student needs, offerig supplemental assesments as student needs arise.

Many of our IEP's included present levels based on skill areas and multiple forms of assesment. This was espially true at the elemnetray level.

Recommendations:

Training for writing academic present levels by skill area relative to grade level as apposed to just grades and marrative teacher input.

Focus on use of Goalbook and PD for secondary teachers.

☐ **Goals and services**
Commendations and Recommendations

Commendations:

The majority (90%) of our reviewed files showed a clear line from Present Levels to goals and services and were compliant in this area.

Recommendations:

New teacher training on goal development and IEP writing should continue including how areas of need determine goals and goals determine services.

DEFSupp001860

Majority of services have been in a separate setting.  Provide PD to all RSP teachers on co-teaching.

☐ **Progress and adjustments of IEPs**
Commendations and Recommendations

Commendations:

There were positive examples of data driven progress reports on goals on 80% of files reviewed.

Recommendations:

As a district we need to find ways to address student absences and the impact on service delivery and progress.

☐ **Informing the CIM plan**
Considering the data gathered through the Education Benefit Review and documented above, what might be important to consider when identifying problems in practice, root causes and action planning for the CIM?

The next steps are continued professional development for new teachers and service providers, use of Goalbook for IEP development including present levels and and goals.

---

## Data Drill Down                                                                                          —

☐ In the box below, please briefly summarize the relevant findings you identified using sources from the Data Drill Down and any applicable internal, local data. This could include your previous Special Education Plan, Local Control Accountability Plan, or any other internal data.

- Provide quantitative data and data source
- Include Special Ed AND General Ed data
- Data relevant to Indicators and/or Disproportionality

CIM for CCEIS LEAs will need to disaggregate data by race/ethnicity and gender. Using risk ratios will best illustrate inequities. An LEA should gather and view data through a cultural lens. Data must be sorted by and analyzed with a focus on race, ethnicity, gender, and grade level. Data gathered for the self-assessment should be for both special education and general education and include multiple key student outcome data such as academic, placement, discipline, engagement and climate, and attendance.

On June 2, June 5th and June 15th our CIM committee analyzed LEA data from the following sources: [6 years of historical LEA performance on State Performance Plan indicators via the Improvement Data Center, 2019 CA School Dashboard, and Least Restrictive Environment snapshot reports from the Improvement Data Center.]

The committee analyzed the above data using a historical data protocol and the snapshot data protocol.  Based on these analyses, the following areas of LEA strength were identified as meeting the target for 3 or more years:
- Overall discipline rate has met target consistently.
- Drop our rate
- Proficiency (ELA)
- LRE <40%
- Parent Involvement
- Overall Disproportionality
- Disproportionality by Race and Ethnicity
- Timely Evaluations
- Post Secondary Higher Ed + Employment
- Post Secondary Ed + Employment

The following areas of LEA weakness were identified:
- ELA an performance for students with disabilities.
- LRE for students out of GE for more then 20% of the day.
- Discipline for Students with Disabilities

DEFSupp001861

Step 1 - GATHER AND INQUIRE: Identify Issues

- Graduation Rate for SWD's
- Statewide Assessment Participation (Math and ELA) for SWD
  Proficiency (Math)
  - LRE Separate Setting- students placed in non public schools.
  - Preschool LRE Reg Program
  - Preschool LRE Separate Program
- 12, Timely Part C to B
- 13, Post Secondary Transition
- 14A- Post Secondary Higher Education

☐ In the box below, please identify any positive trends or patterns of concern from your findings

> Analysis of these data trends and patterns raised several questions for us: [Why does LRE decrease at the middle school level?  Why are students with DHH included at higher rates and what can we learn from those placements? ]  The team will further investigate these questions in phase 2 as part of our root cause analysis.

## Student Record Review / Student Case Study                    —

☐ **Student Record Review**
The CDE requires completion of student individualized education programs (IEP) record reviews to determine compliance with state and federal regulations within Step 1 of the CIM process. This will help the LEA determine programming gaps that may be impacting student outcomes, both at the LEA and student level. LEAs will then incorporate areas of identified concern to inform the potential root causes and develop high leverage actions into the CIM Plan.

In the box below, briefly summarize relevant findings from the student file review.

> As discussed on 6/15/22 in the CIM zoom meeting, the student records/IEPs indicate a high number of general education teacher excusals in the district. This appears to be a practice and not the exception. A general education teacher is a required member of the IEP team (34 CFR §300.321(a)) and this should always be an area of discussion in an IEP. I understand there may be times when a required member cannot attend an IEP, in part or in its entirety. However, this should be the exception and not the rule. LRE and Math proficiency are both indicators that are low for the district. These areas can have a direct correlation with general education participation.
>
> Other areas to note:
>
> Present Levels – Just a reminder, grades alone a not an accurate view of present levels. Without a narrative attached to grades there is no indication of why the student has received an A or F. Is the A for modified work? Is the F due to attendance, lack of participation, or is the student unable to complete the work and requires accommodation or modification?
>
> Linguistically appropriate goals – For students who are English Learners, goals are not always marked linguistically appropriate and ELPAC scores are missing.

☐ **Student Case Study**
CIM for CCEIS LEAs will complete a case study of student files from the identified student group. The case study will include the gathering of information through a review of student IEP records to examine the students' educational history from pre-referral to eligibility. The review will assist the LEA to identify factors that may contribute to the identified disproportionality and determine where Comprehensive Coordinated Early Intervening Services will be most effective.

In the box below, summarize relevant findings from the student case study.

> N/A

DEFSupp001862

## Consolidation                                                                                    —

For **CIM Targeted and CIM Intensive:**

In the box below, please share how often your CIM Team met and list the tools and strategies you used during the Step 1 Investigation activities:

> During Step 1 - Investigating our system, the team met 9 times between late April and the end of June. To engage in this review we reviewed data charts and displays, disseminated surveys (SEEDS), team brainstorming and discussions, educational benefit review and compilation of student file reviews.

In the box below, list your common areas of **strength** identified during Step 1

> A review of quantitative and qualitative data shows that our greatest area of strength is timely and Comprehensive Assessment.
>
> ELA performance
>
> Disproportionality overall and specifically by race and ethnicity is not an issue in terms of eligibility.

In the box below, list your common areas of **weakness** identified during Step 1

> Present Levels at the Secondary level at times are not a comprehensive look at skills but rather a narrative description from a teacher and grades.
>
> LRE for students placed in Non Public Schools and students out of the general education setting for less than 80% of the day.
>
> The file review showed that too many IEP teams are doing a general education teacher excusal and not discussing time in general education when this could be discussed.

In the box below, please share the Significantly Disproportionate Indicators for your LEA

> N/A

In the box below, briefly provide a description of the LEA:

> N/A

In the box below, provide information on the tools, process and key findings from the collection and analysis of quantitative and qualitative data. Ensure that key findings include success gap statements which indicate the district or school is not meeting the needs of all groups of children. The initial success gap statement should contain three key pieces of information: (1) the group(s) of children, (2) the outcome area, and (3) the supporting data.

> N/A

DEFSupp001863

## IDENTIFIED ISSUES COMMENTS

Hello Cotati-Rohnert Park CIM Team:

Thank you for your recent Step One submission. As noted below, there are a few areas where revisions are needed, and there are few suggestions for your team, especially as you move forward into Step Two work. The revisions will need to be completed before your submission can be approved. If you have any questions, please reach out to your FMTA consultant, ▮ ▮▮▮▮▮▮▮ for further assistance.

Revisions are needed in these areas:

**Policy and Procedure Review:**

CIM for CCEIS:

In the box below, **describe how the policies, practices and/or procedures have been or will be internally disseminated and implemented?**

- *Please describe how your LEA disseminates timely information regarding policies, practices, and procedures within the organization to include administrative, certificated, and classified from the central office level to the site level. (Especially since mentioning that this is an area of improvement arising from the Infrastructure Analysis activity)*
- *The comments that were listed in this section should be moved to the EBR section in the box provided for "Informing the CIM Plan."*

**INFRASTRUCTURE ANALYSIS:**

Areas to Improve:

- The comments placed in this section pertain to the EBR activity and not the Infrastructure Analysis activity.
- *Please revise to include appropriate areas of improvement based on the Infrastructure Analysis activity.*

<u>**The following suggestions are for consideration in the LEA's work moving forward to Step 2:**</u>

**Data Drill Down:**

Positive Trends and Patterns of Concern:

- *What other sources of data were reviewed and considered in this activity?*
- *Are there patterns in ELA and Math achievement that warrant further consideration?*
- *Was Chronic Absenteeism data reviewed? If so, what patterns emerged? If not reviewed, why?*
- *The suspension rate for students with disabilities was a factor in identification for Intensive. What patterns emerged from data related to suspensions?*
- *Regarding LRE, were there additional patterns of strength or concern besides the two mentioned (middle school and DHH programs)? Were additional sources of data considered? Were there patterns from EBR that might lend insights into LRE determinations?*

*Parent Input:*

- *Strategies to address the low response rate should include a discussion of intentional efforts to connect with representatives of all families in the district and determine what barriers exist to communication and parent engagement, and possible strategies to address identified barriers.*
- *Additionally, determine other ways to obtain qualitative data from parents and be sure to include this in your Step 2 work and submission.*

If you are returning identified issues components to the district for revision, use the comment field below to explain what needs to be revised.



DEFSupp001864

Step 1 - GATHER AND INQUIRE: Identify Issues

Save and Exit    Return    Approve

Copyright 2023 Red Cedar Software Group

Crafted by RedCedar

DEFSupp001865

**EXHIBIT 313**

DEFSupp001866

| | |
|---|---|
| **From:** | ███ |
| **To:** | Tamara McMillan |
| **Cc:** | ███ |
| **Subject:** | [EXTERNAL] RE: CIM Step 1 - ███ |
| **Date:** | Tuesday, June 6, 2023 1:49:56 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |

---

**CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.**

Good afternoon Tamara,

Thank you for checking in. ███ has an established CIM team and we met to review our annual determination letter. I will continue to keep our SELPA apprised so that they can provide support during the process.



Please follow ███ on Instagram

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this information is prohibited, and may be punishable by law. If this was sent to you in error, please notify the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Tamara McMillan <TMcMillan@cde.ca.gov>
**Sent:** Tuesday, June 6, 2023 1:38 PM
**To:** ███
**Cc:** ███
**Subject:** CIM Step 1 - ███
Hello Director ███

I wanted to check in with you in regards to Step 1 of the CIM. How are things going? Any questions or concerns at this point?

Tamara McMillan, Education Program Consultant
Focused Monitoring and Technical Assistance Unit II
Special Education Division (SED)
Opportunites for All Branch (OFAB)
California Department of Education (CDE)
1430 N Street, Suite 2401
Sacramento, CA. 95814

| | |
|---|---|
| **From:** | Tamara McMillan |
| **To:** | ████████ |
| **Cc:** | |
| **Subject:** | CIM Step 1 - Check in for ████████ |
| **Date:** | Wednesday, May 17, 2023 1:17:42 PM |

Good afternoon Director ████

I wanted to check in regarding CIM Step 1. I hope this process is going well for you. Is there anything that you need guidance on?

Tamara McMillan, Education Program Consultant

Focused Monitoring and Technical Assistance Unit II

Special Education Division (SED)

Opportunites for All Branch (OFAB)

California Department of Education (CDE)

1430 N Street, Suite 2401

Sacramento, CA. 95814

**From:** [Tamara McMillan](#)
**To:** ███████████
**Cc:**
**Subject:** CIM Step 1 - ███████████
**Date:** Tuesday, June 6, 2023 1:38:13 PM

Hello Director ███████

I wanted to check in with you in regards to Step 1 of the CIM. How are things going? Any questions or concerns at this point?

Tamara McMillan, Education Program Consultant

Focused Monitoring and Technical Assistance Unit II

Special Education Division (SED)

Opportunites for All Branch (OFAB)

California Department of Education (CDE)

1430 N Street, Suite 2401

Sacramento, CA. 95814

**From:** Tamara McMillan
**To:** █████████████
**Subject:** Follow Up
**Date:** Friday, April 21, 2023 1:45:43 PM

Good afternoon Director █████,

I wanted to follow up to regarding the CIM process. Did you need any help regarding the Team Development or Data Drill Down?

Tamara McMillan, Education Program Consultant

Focused Monitoring and Technical Assistance Unit II

Special Education Division (SED)

Opportunites for All Branch (OFAB)

California Department of Education (CDE)

1430 N Street, Suite 2401

Sacramento, CA. 95814

**From:**
**To:** Tamara McMillan
**Subject:** RE: [EXTERNAL] ▮ CIM 2022
**Date:** Thursday, April 13, 2023 10:07:43 AM
**Attachments:** image006.png
image007.png
image008.png
image009.png
image010.png
image011.png

Great, thank you!



Please follow ▮ on Instagram

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this information is prohibited, and may be punishable by law. If this was sent to you in error, please notify the sender by reply e-mail and destroy all copies of the original message.

**From:** Tamara McMillan [mailto:TMcMillan@cde.ca.gov]
**Sent:** Thursday, April 13, 2023 10:04 AM
**To:**
**Subject:** RE: [EXTERNAL] RBUSD CIM 2022

Absolutely. I understand the hardship of getting subs right now, so watching the video together is a great solution.

Tamara McMillan, Education Program Consultant
Focused Monitoring and Technical Assistance Unit II
Special Education Division (SED)
Opportunites for All Branch (OFAB)
California Department of Education (CDE)
1430 N Street, Suite 2401
Sacramento, CA. 95814

**From:**
**Sent:** Thursday, April 13, 2023 10:01 AM
**To:** Tamara McMillan <TMcMillan@cde.ca.gov>
**Subject:** RE: [EXTERNAL] RBUSD CIM 2022

Good morning Ms. McMillan,

I am in the process of recruiting members for the ▮ CIM team ☺. Given that teachers are on the team and it is difficult to get subs, am I able to provide them with a recording of the data drill down training next week instead of them attending the webinar live? When we meet as a team, can we watch a recording of the webinar together to facilitate our conversations around the data? Thank you,



Please follow ███ on Instagram ████████

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this information is prohibited, and may be punishable by law. If this was sent to you in error, please notify the sender by reply e-mail and destroy all copies of the original message.

**From:** ████████
**Sent:** Monday, March 27, 2023 2:55 PM
**To:** Tamara McMillan <TMcMillan@cde.ca.gov>
**Subject:** RE: [EXTERNAL] ████ CIM 2022

Awesome, thank you!



Please follow ███ on Instagram ████████

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this information is prohibited, and may be punishable by law. If this was sent to you in error, please notify the sender by reply e-mail and destroy all copies of the original message.

**From:** Tamara McMillan <TMcMillan@cde.ca.gov>
**Sent:** Monday, March 27, 2023 2:44 PM
**To:** ████████
**Subject:** RE: [EXTERNAL] ████ CIM 2022

H████,

Thank you for reaching out ████████ was in Compliance only last year, so they **did no**t complete a CIM.

Tamara McMillan, Education Program Consultant
Focused Monitoring and Technical Assistance Unit II
Special Education Division (SED)
Opportunites for All Branch (OFAB)
California Department of Education (CDE)
1430 N Street, Suite 2401
Sacramento, CA. 95814

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Monday, March 27, 2023 1:53 PM
**To:** Tamara McMillan <TMcMillan@cde.ca.gov>
**Subject:** [EXTERNAL] ▮▮▮▮ CIM 2022

> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Good afternoon Ms. McMillan,
I am new to ▮▮▮▮ as the director. Will you please let me know if a CIM plan was submitted for ▮▮▮▮ last year?
Thank you,

▮▮▮▮



Please follow ▮▮▮▮ on Instagram ▮▮▮▮

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this information is prohibited, and may be punishable by law. If this was sent to you in error, please notify the sender by reply e-mail and destroy all copies of the original message.

**EXHIBIT 314**

DEFSupp001874

| From: | ████████ |
| To: | Tamara McMillan |
| Subject: | [EXTERNAL] Re: CIM Step 1 Check in |
| Date: | Wednesday, May 17, 2023 12:17:43 PM |

> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Good Afternoon Tamara,

Thank you for checking in on me. We just had a very informative presentation by our SELPA on data analysis and support. We have created our team and started the data gathering process. It is a very busy time of year and I am short a few teachers. Our meeting had to be postponed until the first week of June to the team. Once I gather the team for our second meeting, I would like to schedule a short meeting via Zoom to review our data with you and discuss a strategy for next steps.

Would you happen to have time available during the second week of June? That is between the regular school year and ESY so I am relatively free all week. Please let me know what time works best for you.

Sincerely



*The information contained in this correspondence is intended only for the individual or entity named above, and may contain information that is privileged and confidential. Dissemination, distribution or copying without the prior approval of the sender is strictly prohibited. If you think that you have received this message in error, please delete it and notify the sender.*

On Wed, May 17, 2023 at 12:06 PM Tamara McMillan <TMcMillan@cde.ca.gov> wrote:

> Good afternoon Director ████████
>
> I wanted to check in regarding CIM Step 1. I hope this process is going well for you. Is there anything that you need guidance on?
>
> Tamara McMillan, Education Program Consultant
>
> Focused Monitoring and Technical Assistance Unit II
>
> Special Education Division (SED)

Opportunites for All Branch (OFAB)

California Department of Education (CDE)

1430 N Street, Suite 2401

Sacramento, CA. 95814

Please consider the environment before printing this email.

The information contained in this correspondence is intended only for the individual or entity named above, and may contain information that is privileged and confidential. Dissemination, distribution or copying without the prior approval of the sender is strictly prohibited. If you think that you have received this message in error, please delete it and notify the sender.

DEFSupp001876

| From: | Tamara McMillan |
|---|---|
| To: | ███████████████ |
| Cc: | |
| Subject: | 2022-23 Disproportionality Review; Initial Student List; ████████ Elementary [SECURE] |
| Date: | Friday, April 28, 2023 1:14:07 PM |
| Attachments: | █████████████  Edited Student List 4-25.xlsx |

Director ████████

On or about May 2, 2023, your Local Educational Agency (LEA) will receive (or did receive) an email notification and PIN from the Special Education Compliance Monitoring System (SECMS) regarding participation in the 2022–23 Disproportionality Review. I am currently the California Department of Education (CDE) consultant assigned to your LEA for this Disproportionality Review, which will be a self-study review.

Attached is an initial student list. Please verify the list as follows:

a. Provide the name of any student on this list who has exited special education, moved from the district, graduated, or reached age 22, **and provide supporting documentation**.

b. Reply to this secure email, with the above information, not later than **May 5, 2023**.

I will review your response and provide a final student list with detailed instructions on proceeding with the review.

Thank you,

Tamara McMillan, Education Program Consultant
Focused Monitoring and Technical Assistance Unit II
Special Education Division (SED)
Opportunites for All Branch (OFAB)
California Department of Education (CDE)
1430 N Street, Suite 2401
Sacramento, CA. 95814

**From:**  SECMS Online System
**To:**  █████████████████████
**Cc:**  ████████████████████████; Tamara McMillan
**Subject:**  2022-2023 Disproportionality PIN for ████████████████
**Date:**  Tuesday, May 2, 2023 11:33:33 AM

Dear ████████████████,

The California Department of Education (CDE) previously sent notification regarding ███████ Elementary identification as disproportionate and information about the mandatory requirement to participate in the Disproportionality Review.

In order to complete the first steps of the Disproportionality Review you will need to log on to https://www3.cde.ca.gov/secms/logon.aspx using the PIN: █████

If further clarification is needed, please contact the assigned Consultant, Tamara McMillan, either by email at tmcmillan@cde.ca.gov or by phone at 916-327-6966.

**From:** Tamara McMillan
**To:** ████████████
**Subject:** Check in regarding CIM
**Date:** Monday, April 24, 2023 10:12:37 AM

Good morning Director ████████

I wanted to follow up regarding my email sent last week. I will be helping out ████████████ and will be supporting your LEA during the CIM Process. I wanted to check in and see how you were doing with the Team Development and verify that you were able to get into the Data Drill Down training last week.

Tamara McMillan, Education Program Consultant
Focused Monitoring and Technical Assistance Unit II
Special Education Division (SED)
Opportunites for All Branch (OFAB)
California Department of Education (CDE)
1430 N Street, Suite 2401
Sacramento, CA. 95814

DEFSupp001879

**From:** Tamara McMillan
**To:** ███████████████████
**Cc:** ███████████████████
**Subject:** CIM Check In
**Date:** Tuesday, June 6, 2023 1:23:32 PM

Hello Director ████████,

I wanted to check in with you in regards to Step 1 of the CIM. How are things going? Any questions or concerns at this point? I also want to verify that you have logged into SECMS and are able to see your student list.

Tamara McMillan, Education Program Consultant
Focused Monitoring and Technical Assistance Unit II
Special Education Division (SED)
Opportunites for All Branch (OFAB)
California Department of Education (CDE)
1430 N Street, Suite 2401
Sacramento, CA. 95814

**From:** Tamara McMillan
**To:** ███████████
**Subject:** CIM Step 1 Check in
**Date:** Wednesday, May 17, 2023 12:06:25 PM

Good afternoon Director █████████,

I wanted to check in regarding CIM Step 1. I hope this process is going well for you. Is there anything that you need guidance on?

Tamara McMillan, Education Program Consultant
Focused Monitoring and Technical Assistance Unit II
Special Education Division (SED)
Opportunites for All Branch (OFAB)
California Department of Education (CDE)
1430 N Street, Suite 2401
Sacramento, CA. 95814

**From:** Tamara McMillan
**To:** ███████████████████
**Subject:** ██████ CIM
**Date:** Friday, April 21, 2023 1:53:07 PM

Good afternoon,

My name is Tammy McMillan and I am an Education Program Consultant with the Special Education Division of CDE. I am helping ████████████ with some of the LEAs he is monitoring during the CIM process. I have been assigned to assist you in this process. I wanted to check in to see how your LEA was progressing with the CIM Team Development. I also wanted to check regarding Data Drill Down to see if you had any questions I might be able to help with.

Tamara McMillan, Education Program Consultant
Focused Monitoring and Technical Assistance Unit II
Special Education Division (SED)
Opportunites for All Branch (OFAB)
California Department of Education (CDE)
1430 N Street, Suite 2401
Sacramento, CA. 95814

**From:**    Tamara McMillan
**To:**      ███████████
**Subject:**  Meeting with ███████ re SECMS Student File Review

Thank you for agreeing to meeting with me Director ████████ I do not expect it to take the whole hour, but want to make sure we have time to address all questions.

---

Microsoft Teams meeting
Join on your computer, mobile app or room device
Click here to join the meeting <https://teams.microsoft.com/l/meetup-join/19%3ameeting_Mzg0YjUzNzAtYzhkYS00MzBkLThmNjQtOWRiNWMyNGExY2Y5%40thread.v2/0?context=%7b%22Tid%22%3a%22c4736a4b-8644-46a4-997c-74e935c07282%22%2c%22Oid%22%3a%22a3aba7a2-469b-431e-92cf-36b99c390465%22%7d>
Meeting ID: 225 005 318 644
Passcode: c8Shuf
Download Teams <https://www.microsoft.com/en-us/microsoft-teams/download-app> | Join on the web <https://www.microsoft.com/microsoft-teams/join-a-meeting>
Or call in (audio only)
+1 323-553-1010,,240893169# <tel:+13235531010,,240893169#>  United States, Los Angeles
Phone Conference ID: 240 893 169#
Find a local number <https://dialin.teams.microsoft.com/69866a16-ed88-426c-9a6b-9c43c422aa95?id=240893169> | Reset PIN <https://dialin.teams.microsoft.com/usp/pstnconferencing>
Learn More <https://aka.ms/JoinTeamsMeeting> | Meeting options <https://teams.microsoft.com/meetingOptions/?organizerId=a3aba7a2-469b-431e-92cf-36b99c390465&tenantId=c4736a4b-8644-46a4-997c-74e935c07282&threadId=19_meeting_Mzg0YjUzNzAtYzhkYS00MzBkLThmNjQtOWRiNWMyNGExY2Y5@thread.v2&messageId=0&language=en-US>

---

| | |
|---|---|
| **From:** | Tamara McMillan |
| **To:** | ████████████ |
| **Subject:** | RE: [EXTERNAL] Re: CIM Step 1 Check in |
| **Date:** | Wednesday, May 17, 2023 1:11:55 PM |

Hello Dr. ████████,

I would be happy to meet with you. Please send a couple of dates and times that will work within your schedule and I will find one that fits with mine.

Tamara McMillan, Education Program Consultant
Focused Monitoring and Technical Assistance Unit II
Special Education Division (SED)
Opportunites for All Branch (OFAB)
California Department of Education (CDE)
1430 N Street, Suite 2401
Sacramento, CA. 95814

**From:** ████████████████████████ >
**Sent:** Wednesday, May 17, 2023 12:17 PM
**To:** Tamara McMillan <TMcMillan@cde.ca.gov>
**Subject:** [EXTERNAL] Re: CIM Step 1 Check in

> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Good Afternoon Tamara,
Thank you for checking in on me. We just had a very informative presentation by our SELPA on data analysis and support. We have created our team and started the data gathering process. It is a very busy time of year and I am short a few teachers. Our meeting had to be postponed until the first week of June to the team. Once I gather the team for our second meeting, I would like to schedule a short meeting via Zoom to review our data with you and discuss a strategy for next steps.
Would you happen to have time available during the second week of June? That is between the regular school year and ESY so I am relatively free all week.
Please let me know what time works best for you.
Sincerely
████████████████████████

*The information contained in this correspondence is intended only for the individual or entity named above, and may contain information that is privileged and confidential. Dissemination, distribution or copying without the prior approval of the sender is strictly prohibited. If you think that you have received this message in error, please delete it and notify the sender.*

On Wed, May 17, 2023 at 12:06 PM Tamara McMillan <TMcMillan@cde.ca.gov> wrote:

> Good afternoon Director ████████,
> I wanted to check in regarding CIM Step 1. I hope this process is going well for you. Is there anything that you need guidance on?

Tamara McMillan, Education Program Consultant
Focused Monitoring and Technical Assistance Unit II
Special Education Division (SED)
Opportunites for All Branch (OFAB)
California Department of Education (CDE)
1430 N Street, Suite 2401
Sacramento, CA. 95814

Please consider the environment before printing this email.

The information contained in this correspondence is intended only for the individual or entity named above, and may contain information that is privileged and confidential. Dissemination, distribution or copying without the prior approval of the sender is strictly prohibited. If you think that you have received this message in error, please delete it and notify the sender.

DEFSupp001885

| From: | Tamara McMillan |
|---|---|
| To: | ▓▓▓▓▓ |
| Subject: | RE: [EXTERNAL] Re: SECMS Login |
| Date: | Wednesday, June 14, 2023 2:06:04 PM |

There are no students associated with this username and password.

Tamara McMillan, Education Program Consultant
Focused Monitoring and Technical Assistance Unit II
Special Education Division (SED)
Opportunites for All Branch (OFAB)
California Department of Education (CDE)
1430 N Street, Suite 2401
Sacramento, CA. 95814

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Wednesday, June 14, 2023 12:37 PM
**To:** Tamara McMillan <TMcMillan@cde.ca.gov>
**Subject:** [EXTERNAL] Re: SECMS Login

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Tamara,
Sorry about that. I changed the password and hopefully this will work. Below is the user and password.
USER: ▓▓▓▓▓
Password: ▓▓▓▓▓▓▓
Keep me posted if it doesn't work.
Sincerely

▓▓▓▓▓▓▓▓▓▓▓▓▓▓

*The information contained in this correspondence is intended only for the individual or entity named above, and may contain information that is privileged and confidential. Dissemination, distribution or copying without the prior approval of the sender is strictly prohibited. If you think that you have received this message in error, please delete it and notify the sender.*
On Wed, Jun 14, 2023 at 12:25 PM Tamara McMillan <TMcMillan@cde.ca.gov> wrote:

Good afternoon ▓▓▓▓▓,
I tried to log into SEIS with the username and password that was in SECMS. However, it would not let me in and I am now locked out. If you could please help me gain access I would appreciate it.

Tamara McMillan, Education Program Consultant
Focused Monitoring and Technical Assistance Unit II
Special Education Division (SED)
Opportunites for All Branch (OFAB)
California Department of Education (CDE)
1430 N Street, Suite 2401
Sacramento, CA. 95814

Please consider the environment before printing this email.

The information contained in this correspondence is intended only for the individual or entity named above, and may contain information that is privileged and confidential. Dissemination, distribution or copying without the prior approval of the sender is strictly prohibited. If you think that you have received this message in error, please delete it and notify the sender.

DEFSupp001887

**From:**      Tamara McMillan
**To:**        ███████████
**Subject:**   RE: [EXTERNAL] Re: SECMS Login
**Date:**      Thursday, June 15, 2023 2:00:49 PM

Thank you so much!

Tamara McMillan, Education Program Consultant
Focused Monitoring and Technical Assistance Unit II
Special Education Division (SED)
Opportunites for All Branch (OFAB)
California Department of Education (CDE)
1430 N Street, Suite 2401
Sacramento, CA. 95814

**From:** ████████████████████████████
**Sent:** Thursday, June 15, 2023 1:59 PM
**To:** Tamara McMillan <TMcMillan@cde.ca.gov>
**Subject:** Re: [EXTERNAL] Re: SECMS Login

Hi Tamara,
My mistake. I forgot to tell the staff to add the students. They are added now.
Thanks

████████████████████████
████████████

*The information contained in this correspondence is intended only for the individual or entity named above, and may contain information that is privileged and confidential. Dissemination, distribution or copying without the prior approval of the sender is strictly prohibited. If you think that you have received this message in error, please delete it and notify the sender.*

On Wed, Jun 14, 2023 at 2:06 PM Tamara McMillan <TMcMillan@cde.ca.gov> wrote:

> There are no students associated with this username and password.
>
> Tamara McMillan, Education Program Consultant
> Focused Monitoring and Technical Assistance Unit II
> Special Education Division (SED)
> Opportunites for All Branch (OFAB)
> California Department of Education (CDE)
> 1430 N Street, Suite 2401
> Sacramento, CA. 95814
>
> **From:** ██████████████████████ >
> **Sent:** Wednesday, June 14, 2023 12:37 PM
> **To:** Tamara McMillan <TMcMillan@cde.ca.gov>
> **Subject:** [EXTERNAL] Re: SECMS Login
>
> > CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.
>
> Hi Tamara,

Sorry about that. I changed the password and hopefully this will work. Below is the user and password.

USER: ████████

Password: ████████

Keep me posted if it doesn't work.

Sincerely

████████████████████████

████████████████████████

*The information contained in this correspondence is intended only for the individual or entity named above, and may contain information that is privileged and confidential. Dissemination, distribution or copying without the prior approval of the sender is strictly prohibited. If you think that you have received this message in error, please delete it and notify the sender.*

On Wed, Jun 14, 2023 at 12:25 PM Tamara McMillan <TMcMillan@cde.ca.gov> wrote:

> Good afternoon ████,
>
> I tried to log into SEIS with the username and password that was in SECMS. However, it would not let me in and I am now locked out. If you could please help me gain access I would appreciate it.
>
> Tamara McMillan, Education Program Consultant
> Focused Monitoring and Technical Assistance Unit II
> Special Education Division (SED)
> Opportunites for All Branch (OFAB)
> California Department of Education (CDE)
> 1430 N Street, Suite 2401
> Sacramento, CA. 95814

Please consider the environment before printing this email.

The information contained in this correspondence is intended only for the individual or entity named above, and may contain information that is privileged and confidential. Dissemination, distribution or copying without the prior approval of the sender is strictly prohibited. If you think that you have received this message in error, please delete it and notify the sender.

Please consider the environment before printing this email.

The information contained in this correspondence is intended only for the individual or entity named above, and may contain information that is privileged and confidential. Dissemination, distribution or copying without the prior approval of the sender is strictly prohibited. If you think that you have received this message in error, please delete it and notify the sender.

**From:** Tamara McMillan
**To:**
**Subject:** RE: [EXTERNAL] Re: SECMS Review for
**Date:** Thursday, June 15, 2023 4:20:55 PM

Let's schedule for 1:30. I will send an invite.

Tamara McMillan, Education Program Consultant
Focused Monitoring and Technical Assistance Unit II
Special Education Division (SED)
Opportunites for All Branch (OFAB)
California Department of Education (CDE)
1430 N Street, Suite 2401
Sacramento, CA. 95814

**From:**
**Sent:** Thursday, June 15, 2023 4:20 PM
**To:** Tamara McMillan <TMcMillan@cde.ca.gov>
**Cc:**
**Subject:** Re: [EXTERNAL] Re: SECMS Review for

Hi Tamara,
Yes, I am free on Tuesday after our ESY ends at 12:30pm. Let me know what time works for you.
Sincerely

*The information contained in this correspondence is intended only for the individual or entity named above, and may contain information that is privileged and confidential. Dissemination, distribution or copying without the prior approval of the sender is strictly prohibited. If you think that you have received this message in error, please delete it and notify the sender.*

On Thu, Jun 15, 2023 at 4:12 PM Tamara McMillan <TMcMillan@cde.ca.gov> wrote:

> Hi
> I have some questions regarding your SECMS Student File Review. Do you have time on Tuesday to go over my questions?
>
> Tamara McMillan, Education Program Consultant
> Focused Monitoring and Technical Assistance Unit II
> Special Education Division (SED)
> Opportunites for All Branch (OFAB)
> California Department of Education (CDE)
> 1430 N Street, Suite 2401
> Sacramento, CA. 95814
>
> **From:**
> **Sent:** Thursday, June 15, 2023 1:59 PM
> **To:** Tamara McMillan <TMcMillan@cde.ca.gov>
> **Subject:** Re: [EXTERNAL] Re: SECMS Login
>
> Hi Tamara,
> My mistake. I forgot to tell the staff to add the students. They are added now.

Thanks

███████████
███████████

*The information contained in this correspondence is intended only for the individual or entity named above, and may contain information that is privileged and confidential. Dissemination, distribution or copying without the prior approval of the sender is strictly prohibited. If you think that you have received this message in error, please delete it and notify the sender.*

On Wed, Jun 14, 2023 at 2:06 PM Tamara McMillan <TMcMillan@cde.ca.gov> wrote:

> There are no students associated with this username and password.
>
> Tamara McMillan, Education Program Consultant
> Focused Monitoring and Technical Assistance Unit II
> Special Education Division (SED)
> Opportunites for All Branch (OFAB)
> California Department of Education (CDE)
> 1430 N Street, Suite 2401
> Sacramento, CA. 95814
>
> **From:** ████████████████████
> **Sent:** Wednesday, June 14, 2023 12:37 PM
> **To:** Tamara McMillan <TMcMillan@cde.ca.gov>
> **Subject:** [EXTERNAL] Re: SECMS Login
>
> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.
>
> Hi Tamara,
> Sorry about that. I changed the password and hopefully this will work.
> Below is the user and password.
> USER: ███████████
> Password: ███████████
> Keep me posted if it doesn't work.
> Sincerely
>
> ███████████
> ███████████
>
> *The information contained in this correspondence is intended only for the individual or entity named above, and may contain information that is privileged and confidential. Dissemination, distribution or copying without the prior approval of the sender is strictly prohibited. If you think that you have received this message in error, please delete it and notify the sender.*
>
> On Wed, Jun 14, 2023 at 12:25 PM Tamara McMillan <TMcMillan@cde.ca.gov> wrote:
>
>> Good afternoon ████████
>> I tried to log into SEIS with the username and password that was in SECMS. However, it would not let me in and I am now locked out. If you could please help me gain access I would appreciate it.

DEFSupp001891

Tamara McMillan, Education Program Consultant
Focused Monitoring and Technical Assistance Unit II
Special Education Division (SED)
Opportunites for All Branch (OFAB)
California Department of Education (CDE)
1430 N Street, Suite 2401
Sacramento, CA. 95814

Please consider the environment before printing this email.

The information contained in this correspondence is intended only for the individual or entity named above, and may contain information that is privileged and confidential. Dissemination, distribution or copying without the prior approval of the sender is strictly prohibited. If you think that you have received this message in error, please delete it and notify the sender.

Please consider the environment before printing this email.

The information contained in this correspondence is intended only for the individual or entity named above, and may contain information that is privileged and confidential. Dissemination, distribution or copying without the prior approval of the sender is strictly prohibited. If you think that you have received this message in error, please delete it and notify the sender.

Please consider the environment before printing this email.

The information contained in this correspondence is intended only for the individual or entity named above, and may contain information that is privileged and confidential. Dissemination, distribution or copying without the prior approval of the sender is strictly prohibited. If you think that you have received this message in error, please delete it and notify the sender.

DEFSupp001892

| | |
|---|---|
| **From:** | ████ |
| **To:** | Tamara McMillan |
| **Cc:** | ████ |
| **Subject:** | Re: [EXTERNAL] Re: SECMS Review for ████ |
| **Date:** | Thursday, June 15, 2023 4:20:26 PM |

Hi Tamara,

Yes, I am free on Tuesday after our ESY ends at 12:30pm. Let me know what time works for you.

Sincerely



*The information contained in this correspondence is intended only for the individual or entity named above, and may contain information that is privileged and confidential. Dissemination, distribution or copying without the prior approval of the sender is strictly prohibited. If you think that you have received this message in error, please delete it and notify the sender.*

On Thu, Jun 15, 2023 at 4:12 PM Tamara McMillan <TMcMillan@cde.ca.gov> wrote:

> Hi ████,
>
> I have some questions regarding your SECMS Student File Review. Do you have time on Tuesday to go over my questions?
>
> Tamara McMillan, Education Program Consultant
>
> Focused Monitoring and Technical Assistance Unit II
>
> Special Education Division (SED)
>
> Opportunites for All Branch (OFAB)
>
> California Department of Education (CDE)
>
> 1430 N Street, Suite 2401
>
> Sacramento, CA. 95814
>
> **From:** ████
> **Sent:** Thursday, June 15, 2023 1:59 PM
> **To:** Tamara McMillan <TMcMillan@cde.ca.gov>
> **Subject:** Re: [EXTERNAL] Re: SECMS Login
>
> Hi Tamara,

DEFSupp001893

My mistake. I forgot to tell the staff to add the students. They are added now.

Thanks



*The information contained in this correspondence is intended only for the individual or entity named above, and may contain information that is privileged and confidential. Dissemination, distribution or copying without the prior approval of the sender is strictly prohibited. If you think that you have received this message in error, please delete it and notify the sender.*

On Wed, Jun 14, 2023 at 2:06 PM Tamara McMillan <TMcMillan@cde.ca.gov> wrote:

> There are no students associated with this username and password.
>
> Tamara McMillan, Education Program Consultant
>
> Focused Monitoring and Technical Assistance Unit II
>
> Special Education Division (SED)
>
> Opportunites for All Branch (OFAB)
>
> California Department of Education (CDE)
>
> 1430 N Street, Suite 2401
>
> Sacramento, CA. 95814
>
> ---
>
> **From:** ████████████████████████████
> **Sent:** Wednesday, June 14, 2023 12:37 PM
> **To:** Tamara McMillan <TMcMillan@cde.ca.gov>
> **Subject:** [EXTERNAL] Re: SECMS Login
>
> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.
>
> Hi Tamara,

Sorry about that. I changed the password and hopefully this will work. Below is the user and password.

USER: █████████

Password: █████████

Keep me posted if it doesn't work.

Sincerely

███████

████████████████

████████████

██████████████████

*The information contained in this correspondence is intended only for the individual or entity named above, and may contain information that is privileged and confidential. Dissemination, distribution or copying without the prior approval of the sender is strictly prohibited. If you think that you have received this message in error, please delete it and notify the sender.*

On Wed, Jun 14, 2023 at 12:25 PM Tamara McMillan <TMcMillan@cde.ca.gov> wrote:

> Good afternoon █████████
>
> I tried to log into SEIS with the username and password that was in SECMS. However, it would not let me in and I am now locked out. If you could please help me gain access I would appreciate it.
>
> Tamara McMillan, Education Program Consultant
>
> Focused Monitoring and Technical Assistance Unit II
>
> Special Education Division (SED)
>
> Opportunites for All Branch (OFAB)
>
> California Department of Education (CDE)
>
> 1430 N Street, Suite 2401
>
> Sacramento, CA. 95814

Please consider the environment before printing this email.

The information contained in this correspondence is intended only for the

individual or entity named above, and may contain information that is privileged and confidential. Dissemination, distribution or copying without the prior approval of the sender is strictly prohibited. If you think that you have received this message in error, please delete it and notify the sender.

Please consider the environment before printing this email.

The information contained in this correspondence is intended only for the individual or entity named above, and may contain information that is privileged and confidential. Dissemination, distribution or copying without the prior approval of the sender is strictly prohibited. If you think that you have received this message in error, please delete it and notify the sender.

Please consider the environment before printing this email.

The information contained in this correspondence is intended only for the individual or entity named above, and may contain information that is privileged and confidential. Dissemination, distribution or copying without the prior approval of the sender is strictly prohibited. If you think that you have received this message in error, please delete it and notify the sender.

DEFSupp001896

**From:** Tamara McMillan
**To:**
**Cc:**
**Subject:** RE: [EXTERNAL] Re: SECMS Review for
**Date:** Thursday, June 15, 2023 4:12:01 PM

Hi

I have some questions regarding your SECMS Student File Review. Do you have time on Tuesday to go over my questions?

Tamara McMillan, Education Program Consultant
Focused Monitoring and Technical Assistance Unit II
Special Education Division (SED)
Opportunites for All Branch (OFAB)
California Department of Education (CDE)
1430 N Street, Suite 2401
Sacramento, CA. 95814

**From:**
**Sent:** Thursday, June 15, 2023 1:59 PM
**To:** Tamara McMillan <TMcMillan@cde.ca.gov>
**Subject:** Re: [EXTERNAL] Re: SECMS Login

Hi Tamara,

My mistake. I forgot to tell the staff to add the students. They are added now.
Thanks

*The information contained in this correspondence is intended only for the individual or entity named above, and may contain information that is privileged and confidential. Dissemination, distribution or copying without the prior approval of the sender is strictly prohibited. If you think that you have received this message in error, please delete it and notify the sender.*

On Wed, Jun 14, 2023 at 2:06 PM Tamara McMillan <TMcMillan@cde.ca.gov> wrote:

There are no students associated with this username and password.

Tamara McMillan, Education Program Consultant
Focused Monitoring and Technical Assistance Unit II
Special Education Division (SED)
Opportunites for All Branch (OFAB)
California Department of Education (CDE)
1430 N Street, Suite 2401
Sacramento, CA. 95814

**From:**
**Sent:** Wednesday, June 14, 2023 12:37 PM
**To:** Tamara McMillan <TMcMillan@cde.ca.gov>
**Subject:** [EXTERNAL] Re: SECMS Login

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Tamara,
Sorry about that. I changed the password and hopefully this will work. Below is the user and password.
USER: ███████████
Password: ████████████
Keep me posted if it doesn't work.
Sincerely
███████████
███████████████████████████

*The information contained in this correspondence is intended only for the individual or entity named above, and may contain information that is privileged and confidential. Dissemination, distribution or copying without the prior approval of the sender is strictly prohibited. If you think that you have received this message in error, please delete it and notify the sender.*

On Wed, Jun 14, 2023 at 12:25 PM Tamara McMillan <TMcMillan@cde.ca.gov> wrote:

Good afternoon ██████,
I tried to log into SEIS with the username and password that was in SECMS. However, it would not let me in and I am now locked out. If you could please help me gain access I would appreciate it.
Tamara McMillan, Education Program Consultant
Focused Monitoring and Technical Assistance Unit II
Special Education Division (SED)
Opportunites for All Branch (OFAB)
California Department of Education (CDE)
1430 N Street, Suite 2401
Sacramento, CA. 95814

Please consider the environment before printing this email.

The information contained in this correspondence is intended only for the individual or entity named above, and may contain information that is privileged and confidential. Dissemination, distribution or copying without the prior approval of the sender is strictly prohibited. If you think that you have received this message in error, please delete it and notify the sender.

Please consider the environment before printing this email.

The information contained in this correspondence is intended only for the individual or entity named above, and may contain information that is privileged and confidential. Dissemination, distribution or copying without the prior approval of the sender is strictly prohibited. If you think that you have received this message in error, please delete it and notify the sender.

**From:** SECMS Online System
**To:** ████████████████
**Cc:** ████████████████████████ Tamara McMillan
**Subject:** Reminder Disproportionality Self-Study Review Due in Approximately One Month
**Date:** Thursday, June 1, 2023 10:33:23 AM

Dear ████████████,

████████ Elementary is completing the 2022-2023 Disproportionality Self-Study Review. This is a reminder; the Disproportionality Self-Study Review is due in approximately one month.

By this date, local educational agencies should have begun the review and entered student names. It is imperative that all information is entered and submitted by the due date.

If you have any questions, please contact your assigned consultant, Tamara McMillan at tmcmillan@cde.ca.gov.

**From:**     Tamara McMillan
**To:**       ████████████████
**Subject:**  SECMS Login
**Date:**     Wednesday, June 14, 2023 12:25:14 PM

Good afternoon ████████ ,

I tried to log into SEIS with the username and password that was in SECMS. However, it would not let me in and I am now locked out. If you could please help me gain access I would appreciate it.

Tamara McMillan, Education Program Consultant
Focused Monitoring and Technical Assistance Unit II
Special Education Division (SED)
Opportunites for All Branch (OFAB)
California Department of Education (CDE)
1430 N Street, Suite 2401
Sacramento, CA. 95814

**EXHIBIT 316**

DEFSupp001901

**From:**  Libbey Durkee
**To:**
**Cc:**
**Subject:** ██████ Joint Access to Stepwell
**Date:** Tuesday, May 16, 2023 10:56:00 PM

Hi 

I wanted to confirm your plan to revise the CIM to update the activities as they end next month?

You will want to copy in your CIM plan, make any revisions necessary, by logging into Stepwell here: Stepwell (stepwelled.com).

Username: ██████
Password: ██████

Please let me know if you have any questions.

Thank you!

Libbey Durkee, Education Programs Consultant
Focused Monitoring and Technical Assistance Unit Three
Special Education Division
1430 N Street, Suite 2401
Sacramento, CA 95814
916-327-0863 (phone)

**From:** Libbey Durkee
**To:** ███ █ ███ █ ██
**Cc:** ████████████
**Subject:** RE: [EXTERNAL] Re: FW: [secure] Reminder: 2022-23 Disproportionality Student List for ██ ██ ██ ██
**Date:** Monday, May 15, 2023 3:50:00 PM
**Attachments:** image001.png
image002.png

Hi ████

Good news I think – I received confirmation today that ████████████ will NOT need to complete the Policies and Procedure review NOR the student record review within SECMS. Since you are a continuing LEA, leadership at CDE would like your focus to be entirely on the CIM Plan progress report and making any revisions to continue the activities/plan through to another year.

I am setting up the Stepwell access and I think you should have access to the CIM plan area there, to submit revisions. I am double checking this, so I will keep you posted.

Thanks for the work you did!

Libbey

**From:** ██████████████
**Sent:** Monday, May 15, 2023 11:45 AM
**To:** Libbey Durkee <LDurkee@cde.ca.gov>; ██████████████
**Cc:** ██████████████
**Subject:** [EXTERNAL] Re: FW: [secure] Reminder: 2022-23 Disproportionality Student List for ████
██████████

> **CAUTION!** This email originated from outside the California Department of Education. Be careful of links and attachments.

Libby, attached is the enrollment fidelity list for ████████████ .



On Wed, May 10, 2023 at 11:22 AM Libbey Durkee <LDurkee@cde.ca.gov> wrote:

DEFSupp001903



Libbey Durkee (LDurkee@cde.ca.gov) has sent you a protected message.

Read the message

Access to the message will expire on Friday, June 9, 2023 6:22 PM (UTC)

Encryted message from California Department of Education secure messaging system.

Disclaimer: This email and its content are confidential and intended solely for the use of the addressee. Please notify the sender if you have received this email in error or simply delete it.
Privacy Statement

Learn More on email encryption.
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

**From:**
**To:** Libbey Durkee
**Cc:**
**Subject:** [EXTERNAL] Re: Frozen at STEP 2 - INVESTIGATE: ROOT CAUSE ANALYSIS
**Date:** Monday, June 26, 2023 4:54:40 PM

> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

You're an overachiever! You only need to submit Step 1 by June 30th.  Step 2 isn't due until end of Sept.
If you submitted step 1 you should be golden.



SELPA

**SUCCESS FOR ALL STUDENTS**

DISCLAIMER: This message, including any attachments, is intended solely for the use of the named recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution of this communication(s) is expressly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy any and all copies of the original message.

On Mon, Jun 26, 2023 at 4:51 PM                    > wrote:
> Libbey, I cannot get Stepwell to allow me to submit and traverse beyond Step 2. I submitted
> Step 1, successfully--but I am stuck at Step 2. Perhaps, I am not supposed to do so,
> yet...please, advise? The 4 days left until submission is troubling!

**From:** Libbey Durkee
**To:** ████████████████
**Cc:** ████████████████████
**Subject:** Introduction
**Date:** Thursday, April 27, 2023 10:33:00 PM

Hi ████

I saw the email with ██████ but wanted to email you and introduce myself. My name is Libbey Durkee and I have been asked to help out the assigned consultant for your region, ████ ████ and work with ████ ████ during this monitoring cycle.

I went ahead and reviewed your Annual Determination Letter and data sheets from last year and this year. It looks like you have had improvement on your overall risk ratio. You went from 12 students who are Hispanic/SLD at a risk ratio of 4.98 to 10 students who are Hispanic/SLD at a risk ratio of 3.72. This year could be the determining factor. You are in your second year of disproportionality – 1 more year of identification and you'll be moved up to our intensive tier of monitoring, labeled as significantly disproportionate, and have to set aside 15% of your IDEA funds to work on the disproportionality. There are also many more federal regulations at that level.

Data for the third year determination (next year), is pulled in October of this year. That means you and I have 6 months to try to get your risk ratio below 3.

I have also taken a look at your 2022 CIM plan. It looks pretty comprehensive, and most activities implemented and ongoing, or implemented and complete. How do you feel about ████ ████ 2022 CIM plan and activities? One thing I was wondering about when reading it is if there is any process in place to re-assess students upon entering (especially from ████ ████

There has been a lot of confusion due to changes, so I wanted to clearly write out what the expectations are as of this email:

**Disproportionality** -  this year, disproportionality will look the same. I will provide you a student list in the next week. I will need to know if students are active. Ill provide more details on this later. You will login and complete the review by June 30th. Then the timeline continues with my review, any corrective actions and possible Prong 2. There is a pre-recorded training on the padlet (linked below) that you can refer to if needed as a refresher. You will receive a PIN email to enter the software on May 2. You can begin your review once I have authorized it, after the finalization of your student list.

**CIM Plan** – Since you are a "continuing LEA" who submitted a CIM plan this year, you have a couple of options.
Option A – continue to use the CIM plan you created in 2022, but make some revisions and updates, particularly to the activities, to extend or add new ones that would take you through another year. The plans are technically 3 year plans, so you could extend the activities 2 years if you wanted.
Option B – Create a new CIM Plan. You could go through the process again and create a new plan. So far LEAs only seem to want to do this if they have a new area to focus on or felt the previous year's CIM plan wasn't helpful or successful. If a new plan is chosen, make sure parent input portion is

completed. The goal is a 20% response.

As of right now, my understanding is that either way, you would login to the Stepwell system to complete the CIM areas (even if its copying in from last year, and making adjustments). If this should change, I will let you know. The access to the software has not yet been provided.

**Trainings** – I know you are very busy. If you are choosing to continue and revise your CIM plan you are not required to attend the trainings. They are there if you need them, if you want to brush up a certain area of your CIM, or you can review the recordings on the padlet. The padlet is located here: [Resources for Targeted Monitoring (padlet.com)](padlet.com)

**Progress Reporting** – A Progress report will be due in July. I haven't been provided a template to provide to you yet, but as soon as I have it, I will send it along. There will be training on this that you must attend. Since most of your activities have been implemented and completed, after the progress report in July, the following progress reports would focus more on improvements to your data. Since you seem to be a small LEA, calculation is fairly easy, and there is a data calculation worksheet I can provide you to see if your numbers have altered every 6 months.

I am also going to have "office hours" Tuesdays from 1:30 to 2:30 until June 20th where LEAs can drop in and talk to me. I haven't set something up like this through Microsoft Teams before, so I am hoping I can have people wait in the lobby until I can admit the next group/individual. If you would like to drop in to any of these office hours, let me know and I will send you the meeting invite. I am also available for other 1:1 meetings for questions, as needed, just let me know and I can give you my availability.

I usually am the most responsive to email, so always feel free to send me an email as well.

Thank you! And let me know if you have any questions!

Libbey Durkee, Education Programs Consultant
Focused Monitoring and Technical Assistance Unit Three
Special Education Division
1430 N Street, Suite 2401
Sacramento, CA 95814
916-327-0863 (phone)

**From:** Libbey Durkee
**To:** ███ ███
**Subject:** RE: [EXTERNAL] Re: ███ ███'s Progress Report
**Date:** Tuesday, July 11, 2023 4:24:00 PM

Hi ███

In 2022, ███ ███ created a CIM plan that had activities that were to be completed by June 2023. The progress report is to see how those activities were completed. I've attached the link to the padlet where the progress report is posted: Progress Report Form

Since activities ended in June, to continue any type of plan, a revision had to occur, that did in fact, add value, detail, and either continued/lengthened activities that had meaning and impact, or added new activities. Some LEAs are choosing to revamp that plan in its entirely, completely re-doing the whole plan and submitting within Stepwell; others are making slight edits and submitting in stepwell; and still others are only making changes to the activities and submitting a document with those changes to me. Its up to you and what is best for your LEA.

For you, that means I need the progress to date, and the changes that include activities with extended end dates.

Thanks!

Libbey

---

**From:** ███ ███ ███
**Sent:** Tuesday, July 11, 2023 2:20 PM
**To:** Libbey Durkee <LDurkee@cde.ca.gov>
**Subject:** [EXTERNAL] Re: ███████ Progress Report

> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

I was under the impression that we were simply pushing the revision of "the old plan," with added value and detail, forward from what was submitted in fall 2022, because we had the same management detail in place?

Aside from where I wrote step 1, where would I write progress from the last CIM--isn't it the same plan and same CIM?

On Tue, Jul 11, 2023 at 2:12 PM Libbey Durkee <LDurkee@cde.ca.gov> wrote:

> Hi ███
>
> Can you please provide by Friday, the progress report for activities on your last CIM?

I also saw you submitted step 1, are you creating a new plan? Or the submission is a revision of your old plan?

Thanks!

Libbey Durkee, Education Programs Consultant
Focused Monitoring and Technical Assistance Unit Three
Special Education Division
1430 N Street, Suite 2401
Sacramento, CA 95814
916-327-0863 (phone)

DEFSupp001909

**From:** ███████

**To:** Libbey Durkee

**Cc:** ███████

**Subject:** Re: [EXTERNAL] ███████████ Parent Input?

**Date:** Thursday, April 27, 2023 10:17:12 AM

Thank you!



SELPA

SUCCESS FOR ALL STUDENTS

DISCLAIMER: This message, including any attachments, is intended solely for the use of the named recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution of this communication(s) is expressly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy any and all copies of the original message.

On Wed, Apr 26, 2023 at 10:13 PM Libbey Durkee <LDurkee@cde.ca.gov> wrote:

> Hi ███ and ███████
>
> Parent input is also for any LEA who is targeted Level 3, which would include ███ ███
>
> Thanks!
>
> Libbey
>
> ---
>
> **From:** █████████████
> **Sent:** Wednesday, April 26, 2023 5:34 PM
> **To:** ████████████████ Libbey Durkee <LDurkee@cde.ca.gov>
> **Subject:** Re: [EXTERNAL] ██████████████ Parent Input?
>
>
> Hi ████

DEFSupp001910

Parent input is required if the LEA is out on Element 8, Parent Input.

Thanks,

██████

---

**From:** ████████████████████████
**Sent:** Wednesday, April 26, 2023 4:00 PM
**To:** Libbey Durkee <LDurkee@cde.ca.gov>; ████████████████████████
**Subject:** [EXTERNAL] ████████████████ Parent Input?

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Good afternoon Libby and ██████

Can you clarify if ██████████ who is in yr 2 ██████ and ████████████ who is in yr 1 ████████ have to do the parent input piece of the CIM process?  Is it required or recommended?

Thank you

██████████

████████████

████████████████████

SELPA

*SUCCESS FOR ALL STUDENTS*

DISCLAIMER: This message, including any attachments, is intended solely for the use of the named recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution of this communication(s) is expressly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy any and all copies of the original message.

DEFSupp001912

| From: | Vanessa Espinosa |
|---|---|
| To: | ▇▇▇▇▇ |
| Cc: | Libbey Durkee |
| Subject: | Re: [EXTERNAL] Re: Frozen at STEP 2 - INVESTIGATE: ROOT CAUSE ANALYSIS |
| Date: | Tuesday, June 27, 2023 7:35:41 AM |

Good morning,

I'm glad SELPA provided you with the good news. They are correct you will not be able to submit step 2 until step 1 has been approved. Have a good day.

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VEspinosa@cde.ca.gov
http://www.cde.ca.gov/

**From:** ▇▇▇▇▇▇▇▇▇▇▇▇▇
**Sent:** Monday, June 26, 2023 4:59 PM
**To:** Vanessa Espinosa <VEspinosa@cde.ca.gov>
**Subject:** [EXTERNAL] Re: Frozen at STEP 2 - INVESTIGATE: ROOT CAUSE ANALYSIS

> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Ms. Espinosa, forgive me…and please disregard my last email. The County Director of SELPA just informed me that I went way too far ahead of the due date in our process. Not bad news!



On Mon, Jun 26, 2023 at 4:55 PM ▇▇▇▇▇▇▇▇▇▇▇▇ wrote:
> Good afternoon, Ms. Espinosa, I have been redirected to your desk. The original message to Ms. Durkee is below…and I appreciate the support.
>
> On Mon, Jun 26, 2023 at 4:51 PM ▇▇▇▇▇▇▇▇▇▇▇▇ wrote:
>> Libbey, I cannot get Stepwell to allow me to submit and traverse beyond Step 2. I submitted Step 1, successfully--but I am stuck at Step 2. Perhaps, I am not supposed to do so, yet...please, advise? The 4 days left until submission is troubling!
>>
>> ▇▇▇▇▇▇▇
>> Principal, ▇▇▇▇▇▇▇▇▇▇▇▇

| | |
|---|---|
| **From:** | Libbey Durkee |
| **To:** | ▮▮▮ |
| **Subject:** | ▮▮▮ RE: [EXTERNAL] Re: ▮▮▮ Progress Report |
| **Date:** | Wednesday, July 12, 2023 5:30:00 PM |

Great! Thank you!

---

**From:** ▮▮▮

**Sent:** Wednesday, July 12, 2023 5:29 PM

**To:** Libbey Durkee <LDurkee@cde.ca.gov>

**Subject:** Re: [EXTERNAL] Re: ▮▮▮ Progress Report

Almost through it now. I'll hit the target by Friday. Again…thank you.

On Wed, Jul 12, 2023 at 5:20 PM Libbey Durkee <LDurkee@cde.ca.gov> wrote:

> Hi ▮▮▮
>
> Yes, answer the prompts from the padlet, and send it back to me. The prompts are directly related to the activities completed in school year 22/23 from the CIM plan created in 2022.
>
> The calendared action plan, which you've started to submit through stepwell, is *going forward*.
>
> So the progress report is looking back, the Steps in Stepwell are looking forward.
>
> Hope that helps!
>
> Libbey

---

**From:** ▮▮▮

**Sent:** Tuesday, July 11, 2023 5:23 PM

**To:** Libbey Durkee <LDurkee@cde.ca.gov>

**Subject:** Re: [EXTERNAL] Re: ▮▮▮ Progress Report

Copy that. To recap,  answer those prompts from the Padlet…and fire those answers back directly to you? But, you also need it in the form of a calendared action plan with dates correlated to each action. I answered to this level of prompting in Step 1 and the draft for Step 2, which I couldn't submit in June. I'm sure you saw that trail of questions from me. I'll go back into Stepwell and extract those out. I'll get you a doc Friday.

Thanks for catching and filling the gaps.

On Tue, Jul 11, 2023 at 4:24 PM Libbey Durkee <LDurkee@cde.ca.gov> wrote:

> Hi ▮▮▮

In 2022, ██████████ created a CIM plan that had activities that were to be completed by June 2023. The progress report is to see how those activities were completed. I've attached the link to the padlet where the progress report is posted: Progress Report Form

Since activities ended in June, to continue any type of plan, a revision had to occur, that did in fact, add value, detail, and either continued/lengthened activities that had meaning and impact, or added new activities. Some LEAs are choosing to revamp that plan in its entirely, completely re-doing the whole plan and submitting within Stepwell; others are making slight edits and submitting in stepwell; and still others are only making changes to the activities and submitting a document with those changes to me. Its up to you and what is best for your LEA.

For you, that means I need the progress to date, and the changes that include activities with extended end dates.

Thanks!

Libbey

---

**From:** ████████████████████
**Sent:** Tuesday, July 11, 2023 2:20 PM
**To:** Libbey Durkee <LDurkee@cde.ca.gov>
**Subject:** [EXTERNAL] Re: ██████████  Progress Report

> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

I was under the impression that we were simply pushing the revision of "the old plan," with added value and detail, forward from what was submitted in fall 2022, because we had the same management detail in place?

Aside from where I wrote step 1, where would I write progress from the last CIM--isn't it the same plan and same CIM?

On Tue, Jul 11, 2023 at 2:12 PM Libbey Durkee <LDurkee@cde.ca.gov> wrote:

> Hi ████
>
> Can you please provide by Friday, the progress report for activities on your last CIM?
>
> I also saw you submitted step 1, are you creating a new plan? Or the submission is a revision of your old plan?
>
> Thanks!
>
> **Libbey Durkee, Education Programs Consultant**

Focused Monitoring and Technical Assistance Unit Three
Special Education Division
1430 N Street, Suite 2401
Sacramento, CA 95814
916-327-0863 (phone)

DEFSupp001916

| | |
|---|---|
| **From:** | Libbey Durkee |
| **To:** | |
| **Cc:** | |
| **Subject:** | RE: [EXTERNAL] Re:     Joint Access to Stepwell |
| **Date:** | Wednesday, May 17, 2023 3:16:00 PM |
| **Attachments:** | |

Hi ███ (and ███)

See attached for the steps 1-3 for ███████ ███ submitted last year.

Thanks!

Libbey

**From:** ████████████████
**Sent:** Wednesday, May 17, 2023 10:21 AM
**To:** Libbey Durkee <LDurkee@cde.ca.gov>
**Cc:** ██████████████████
**Subject:** Re: [EXTERNAL] Re: ████████ Joint Access to Stepwell

Yes, please, Libbey! Thank you.

On Wed, May 17, 2023 at 9:19 AM Libbey Durkee <LDurkee@cde.ca.gov> wrote:

> Good morning ███
>
> At the start of each year Stepwell resets for new input, so it won't be in there. But I have a PDF
> version I can send of each step. Would that work?
>
> Libbey
>
> **From:** ████████████████████
> **Sent:** Wednesday, May 17, 2023 9:12 AM
> **To:** Libbey Durkee <LDurkee@cde.ca.gov>
> **Cc:** ██████████████████
> **Subject:** [EXTERNAL] Re: ████████ Joint Access to Stepwell
>
> CAUTION! This email originated from outside the California Department of Education.
> Be careful of links and attachments.
>
> Good morning Libbey,
> I logged into Stepwell under ████ credentials to see if I could get a full copy of last year's CIM
> plan including Step 1 2 and 3 and I don't see it there.

How do I access it?

Thank you



SELPA

*SUCCESS FOR ALL STUDENTS*

DISCLAIMER: This message, including any attachments, is intended solely for the use of the named recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution of this communication(s) is expressly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy any and all copies of the original message.

On Tue, May 16, 2023 at 10:56 PM Libbey Durkee <LDurkee@cde.ca.gov> wrote:

Hi 

I wanted to confirm your plan to revise the CIM to update the activities as they end next month?

You will want to copy in your CIM plan, make any revisions necessary, by logging into Stepwell here: Stepwell (stepwelled.com).

Username:

Password: ▮▮▮▮

Please let me know if you have any questions.

Thank you!


Libbey Durkee, Education Programs Consultant

Focused Monitoring and Technical Assistance Unit Three

Special Education Division

1430 N Street, Suite 2401

Sacramento, CA 95814

916-327-0863 (phone)

DEFSupp001919

**From:**
**To:** ▮▮▮; Libbey Durkee
**Cc:** ▮▮▮▮
**Subject:** [EXTERNAL] Re: Fw: CDE Contacts
**Date:** Wednesday, April 19, 2023 7:04:30 AM

> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Thank you, ▮▮▮ We were super disappointed that we could not get into the webinars, yesterday, because both had reached their maximum occupancy of 500 souls! We look forward to working with you as well, Libbey. I've attached Principal, ▮▮▮▮▮ to this message. She is the other half of our system. ▮▮▮▮▮, Superintendent of ▮▮▮▮▮ ▮▮ School District, has been attached, too.

▮▮▮▮▮▮ Director, and our team have been researching and designing a plan since August. We appreciate your expertise going forward and seek adding further iterations to improve our capacity District-wide, because of this collaboration.

▮▮▮▮

Principal, ▮▮▮▮▮▮▮▮

On Tue, Apr 18, 2023 at 1:39 PM ▮▮▮▮▮▮▮ wrote:
> Hello ▮▮▮
>
> I will be your contact for Targeted monitoring for ▮▮▮▮▮.
> Libbey Durkee, will provide Targeted monitoring for ▮▮▮▮▮▮▮. Her email is LDurkee@cde.ca.gov
>
> Thank you,
>
> ▮▮▮▮
> ▮▮▮▮▮
> ▮▮▮▮▮
> ▮▮▮▮▮▮
> ▮▮▮▮
> ▮▮▮
> ▮▮▮
> ▮▮▮
> ▮▮▮▮



| | |
|---|---|
| **From:** | ███████ |
| **To:** | Libbey Durkee |
| **Subject:** | Re: [EXTERNAL] No new CIM required for ███████████? |
| **Date:** | Monday, May 8, 2023 11:44:03 AM |

That's perfect and makes all the sense.

Thank you!



SELPA



SUCCESS FOR ALL STUDENTS

DISCLAIMER: This message, including any attachments, is intended solely for the use of the named recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution of this communication(s) is expressly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy any and all copies of the original message.

On Mon, May 8, 2023 at 11:25 AM Libbey Durkee <LDurkee@cde.ca.gov> wrote:

> Hi ████
>
> That's true…however it looks like most of ███████████ activities in their CIM end in June. If they would like to continue with that plan, I'd like to see them revise their activities with end dates in the next year or two.
>
> They can utilize the Stepwell software to copy in their plan from last year, and revise any areas, as necessary.
>
> Let me know if you have any additional questions.
>
> Thanks!
>
> Libbey

**From:** ██████████████████████

**Sent:** Monday, May 8, 2023 11:10 AM

**To:** Libbey Durkee <LDurkee@cde.ca.gov>

**Subject:** [EXTERNAL] No new CIM required for ████████████████?

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

---

Hi Libbey,

At our State SELPA meeting on Friday, ████ shared that if a district completed a CIM last year, that they won't necessarily need to complete a full new CIM this year.

I know that you had mentioned to ████████ that this was an option given that they are in the implementation phase of their Plan.

I just want to confirm what they do need to do and what they don't need to do.


Thank you!




████████████

████████████

██████████████████████

SELPA

*SUCCESS FOR ALL STUDENTS*

DISCLAIMER: This message, including any attachments, is intended solely for the use of the named recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution of this communication(s) is expressly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy any and all copies of the original message.

DEFSupp001923

**EXHIBIT 317**

DEFSupp001924

| | |
|---|---|
| **From:** | ████████ (via Google Docs) |
| **To:** | James Durgin |
| **Subject:** | [EXTERNAL] Document shared with you: "End of Year DA Meeting 6/8/23" |
| **Date:** | Wednesday, June 21, 2023 11:58:29 AM |

**CAUTION!** This email originated from outside the California Department of Education. Be careful of links and attachments.

 **shared a document**

 ) added you as an editor. Verify your email to securely make edits to this document. You will need to verify your email every 7 days. Learn more

📄 End of Year DA Meeting 6/8/23

**Open**

Use is subject to the Google Privacy Policy.

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because ████████ shared a document with you from Google Docs. Delete visitor session

Google Workspace

DEFSupp001925

**From:** ████ (via Google Docs)
**To:** ████ | ████
**Subject:** [EXTERNAL] Document shared with you: "████ ████ CIM Technical Assistance Rolling Agenda"
**Date:** Wednesday, June 21, 2023 11:58:49 AM

> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.



████ ████ **shared a document**

████ has shared the following document:

Learn more

📄 ████ ████ CIM Technical Assistance Rolling Agenda

**Open**

Use is subject to the Google Privacy Policy.

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because ████ shared a document with you from Google Docs. Delete visitor session

Google Workspace

**From:** ████ ▌ (via Google Drive)
**To:** ████
**Subject:** [EXTERNAL] Folder shared with you: "CIM Steps/Drivers/Plan"
**Date:** Wednesday, June 21, 2023 12:04:04 PM

---

> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.



████ ████   shared a folder

████████████ ) has shared the following folder:
Learn more

🔲 CIM Steps/Drivers/Plan

**Open**

Use is subject to the Google Privacy Policy.

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because ████████ shared a file or folder located in Google Drive with you. Delete visitor session          Google Workspace

**From:** ███ | (via Google Slides)
**To:** ███
**Subject:** [EXTERNAL] Presentation shared with you: "███ ██ ██ ███ Step 4 CIM Storyboard"
**Date:** Wednesday, June 21, 2023 12:03:03 PM

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.



**From:** ▮▮▮▮▮
**To:** James Durgin
**Subject:** [EXTERNAL] Re: Unspent 2021 CCEIS Funds Letter - ▮▮▮▮▮▮▮▮
**Date:** Tuesday, June 6, 2023 11:52:24 AM
**Attachments:** image001.png

---

> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hey Jim,

I hope all is well with you! Happy Tuesday.

I was hoping you and I could meet on this, I'm not sure I'm up-to-speed. Sounds like some of this was before my time, I was adjacent to the process but not leading it.

Do you have anything this week or next?

On Tue, Jun 6, 2023 at 11:27 AM James Durgin <JDurgin@cde.ca.gov> wrote:

> Dear Superintendent ▮▮▮▮▮
>
> I hope this email finds you well. Please take a moment to read the attached letter from the California Department of Education (CDE) that contains important information regarding your 2021 Comprehensive Coordinated Early Intervening Services (CCEIS) Plan and your current status of unspent funds. CDE's goal is to work with you and your 2021 CCEIS Team as you resolve these issues and create solutions that will help your district and benefit our students.
>
> Please let me know if you have any questions.
>
> Sincerely,

cid:image001.png@01D30AE7.C2B45E40

**Jim Durgin**

Education Programs Consultant

Focused Monitoring and Technical Assistance Unit Four

Special Education Division

California Department of Education

1430 N Street, Suite 2401

Sacramento, CA 95814-5901

Phone: (916) 327-3537

Fax:      (916) 327-3534

Email: JDurgin@cde.ca.gov

CDE Website: http://www.cde.ca.gov

--
Thanks,



Inline image

Provide quality educational opportunities for high school students in western █████████

DEFSupp001931



step 4

# Quarterly Progress Report

**COMPLIANCE AND IMPROVEMENT MONITORING**



| Local Educational Agency (LEA) Name: | Special Education Local Plan Area (SELPA) Name: |
|---|---|
| ██████████ | ██████████ |
| **Problem of Practice:** | |
| Original Problem: Students % of time students spent in Special Education Increasing, New Problem: There is a significant disengagement and insufficient mastery in our Integrated Math 1 curriculum. | |
| **High Leverage Strategy #1:** | **High Leverage Strategy #2:** |
| 1.1 Math Team and SPED Team participate in UDL Cohort | 2.1 Increase training for staff in UDL practices |
| **High Leverage Strategy #3: (if applicable)** | **High Leverage Strategy #4: (if applicable)** |
| 3.1 District-Wide PD around best practices in inclusion. | |
| **Reporting Period and Due Date:** | |

| | |
|---|---|
| ☐ January, 2023 – March, 2023: **Due April 17, 2023** | ☐ January, 2024 – March, 2024: **Due April 10, 2024** |
| ☐ April, 2023 – June, 2023: **Due July 10, 2023** | ☐ April, 2024 – June, 2024: **Due July 10, 2024** |
| ■ July, 2023 – September, 2023: **Due October 10, 2023** | ☐ July, 2024 – September, 2024: **Due October 10, 2024** |
| ☐ October, 2023 – December, 2023: **Due January 10, 2024** | ☐ October, 2024 – December, 2024: **Due January 10, 2025** |

| **Progress Update** | |
|---|---|
| **Which activities have been implemented this quarter?** | Co-teaching Gen Ed  Math Class<br>District-Wide PD around UDL<br>District-Wide PD for General Educators around inclusion practices<br>Increase Push-in support by education specialists in general |
| **What data did you collect to determine the effectiveness of those activities?  Based on that data, which activities will be continued, adjusted, or ended?   Why?** | Students with IEPs success in the general education setting; grades, transfer rate, number of modified grades<br>Pass rate, progress on ELOs, Fast-forward Data, I-Ready data |
| **Briefly describe your LEAs biggest accomplishment or learning this quarter in regards to your improvement plan.** | In a remarkable stride this quarter, we unified our resources, converging our efforts into a singularly focused meeting. We successfully enhanced our collaboration with the Open Access team and welcomed the support of the SIP team in our endeavors towards inclusive education. Furthermore, our meetings were made more |

DEFSupp001932

## Progress Quarterly Report

| | |
|---|---|
| **Briefly describe any significant challenges you encountered this quarter and how you worked through them.** | This quarter, one of our paramount challenges was streamlining our resources to address our new problem of practice. Moreover, ensuring the team was well-acquainted with the history and rationale behind their inclusion was pivotal. I'm pleased to report that we've now established meetings designed to propel this process forward. |
| **Briefly describe how you collaborated with your TA provider this quarter.** | We had great collaboration with the open access team and added in the SIP team. We have been meeting multiple times monthly and the TA has been involved in many other meetings. |
| **Are there any additional supports you need to continue progress on your plan?  If yes, please describe.** | The TA team has been great, Open Access team has been outstanding supporting our work. |

DEFSupp001933

| | |
|---|---|
| **From:** | James Durgin |
| **To:** | ██████ █ |
| **Subject:** | 2021 CCEIS Plan & ADL |
| **Date:** | Tuesday, June 13, 2023 9:23:00 AM |
| **Attachments:** | ████████████████████████████ |

Hi ███

Here's a couple of items for your records: ██████ 2021 ADL & CCEIS Plan.

See you on here shortly!

Thanks,

Jim

**From:** James Durgin
**To:** ▮▮▮▮▮
**Subject:** Checking In
**Date:** Monday, June 19, 2023 11:57:00 AM

Hi 

Happy Monday!

I hope you had a great weekend. It was nice meeting with you last week on Zoom, and hearing about all of the great work you and your team are doing!

When you get the chance, can you please provide the following:

- Any agendas from your meetings with ▮▮▮▮▮ ▮▮▮▮▮
- A brief rundown on the work ▮▮▮ ▮▮▮ ▮▮▮ is currently working on in regards to the CIM process

I'm just wanting to be as organized as possible on my end, and able to provide the best support possible to you and your team.

Thanks so much!

Jim

**From:** James Durgin
**To:** ███████
**Subject:** Re: [EXTERNAL] July Quarterly Report
**Date:** Monday, July 3, 2023 11:15:44 AM

Thanks ███

Have a great 4th!!

Jim

**From:** ████████████████
**Sent:** Wednesday, June 28, 2023 12:51 PM
**To:** James Durgin <JDurgin@cde.ca.gov>
**Subject:** [EXTERNAL] July Quarterly Report

> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Jim,

Hey buddy! Happy Wednesday. I hope you have some great plans for the 4th of July.

I am getting some things done this week as I am overseeing ESY.

Here is our July Quarterly report; things are moving along, and we look forward to our work next year.

Please let me know if you have any questions.

Thanks,



**Provide quality educational opportunities for high school students in** ██████
███████████

| | |
|---|---|
| **From:** | ▮ |
| **To:** | James Durgin |
| **Subject:** | Re: [EXTERNAL] Re: Checking In |
| **Date:** | Wednesday, April 19, 2023 8:17:26 AM |

Jim,

Hey buddy, we had a great meeting with ▮ yesterday. In the meeting, she mentioned that we have an April 17th progress report due. As you know me, I am a loser and missed it. I can't find that sheet on the padlet, can you get me the form? Where do I turn it in?

As always I appreciate all your help!

Thanks,



**Provide quality educational opportunities for high school students in** ▮

On Mon, Apr 17, 2023 at 1:57 PM ▮ wrote:

Jim,

Awesome thanks, buddy! Glad you go it now.

Thanks, buddy we will connect soon!



**Provide quality educational opportunities for high school students in** ██████████
██████████

On Mon, Apr 17, 2023 at 12:38 PM James Durgin <JDurgin@cde.ca.gov> wrote:

Hey ████

Thank you- that's the one! I thought you'd sent it a while ago, but I couldn't locate it. I appreciate you resending it.

I'm glad to hear that you're meeting with ████ and ██████ tomorrow. Please let me know if you have any questions for me. Let's try to connect soon!

Take care,
Jim

---

**From:** ████████████████████████
**Sent:** Monday, April 17, 2023 12:20 PM
**To:** James Durgin <JDurgin@cde.ca.gov>
**Subject:** [EXTERNAL] Re: Checking In

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Jim,

Hey buddy! Great to hear from you!

Here is the tool I turned in early February, is this the one you are referring to? I emailed it to you in February because I think it had closed out on the site to turn it in, or there wasn't a spot to turn it in. If it's another form, let me know.

I do have up coming meeting tomorrow for this round of CIM. The meeting is with ██████ and ███ ████ from ████ So hopefully we can get rolling tomorrow.

Please let me know if there's something else I need to turn in that I missed. Thanks again for all your support.

Thanks,

██████████████████

**Provide quality educational opportunities for high school students in**
████████████

On Mon, Apr 17, 2023 at 10:40 AM James Durgin <JDurgin@cde.ca.gov> wrote:
Hi ███

I hope all is well with you! I wanted to check in regarding a couple of things, CIM-related.

First off, did you ever submit the CIM Implementation Planning Tool for Phase 4 of ████ ████ Union's CIM Plan? If not, I need that as soon as possible. Please let me know if you have questions about that.

Additionally, it looks like your LEA was identified as Intensive Level 1 for School Age for 2023. the TA provider that has been assigned to you is ████ ████████ Have you had a chance to connect with her yet and look over the 2023 Annual Determination Letter?

Please let me know when you get a chance.

DEFSupp001940

> Thanks so much,
>
> Jim
>
--
Thanks,



Inline image

Provide quality educational opportunities for high school students in ███████████ ██████

| From: | James Durgin |
| To: | ██████████████ |
| Cc: | ██████████████ |
| Subject: | Unspent 2021 CCEIS Funds Letter - ██████████████ |
| Date: | Tuesday, June 6, 2023 11:27:00 AM |
| Attachments: | FINAL 2021 CCEIS Unspent Funds Letter - ██████████ - SIGNED.pdf |
|  | image001.png |

Dear Superintendent ████████

I hope this email finds you well. Please take a moment to read the attached letter from the California Department of Education (CDE) that contains important information regarding your 2021 Comprehensive Coordinated Early Intervening Services (CCEIS) Plan and your current status of unspent funds. CDE's goal is to work with you and your 2021 CCEIS Team as you resolve these issues and create solutions that will help your district and benefit our students.

Please let me know if you have any questions.

Sincerely,

cid:image001.png@01D30AE7.C2B45E40

**Jim Durgin**
Education Programs Consultant
Focused Monitoring and Technical Assistance Unit Four
Special Education Division
California Department of Education
1430 N Street, Suite 2401
Sacramento, CA 95814-5901

Phone: (916) 327-3537
Fax:     (916) 327-3534
Email: JDurgin@cde.ca.gov
CDE Website: http://www.cde.ca.gov