ROB BONTA
Attorney General of California
DARRELL W. SPENCE
Supervising Deputy Attorney General
State Bar No. 248011
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-6089
Fax: (916) 324-5567
E-mail: Darrell.Spence@doj.ca.gov
*Attorneys for Defendants California Department of Education, Tony Thurmond, in his official capacity as the State Superintendent of Public Instruction, and State Board of Education*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **EMMA C., et al.,**<br>Plaintiffs,<br>**v.**<br>**THURMOND, et al.,**<br>Defendants. | 3:96-cv-04179-VC<br>**EXHIBITS TO STATE DEFENDANTS' SUPPLEMENTAL PHASE 3B CIM STEP 1 SUBMISSION**<br>**EXHIBITS 255-322**<br>**VOL. 8 OF 8, PART 2 OF 2** |

**From:** Libbey Durkee
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Approved step 1
**Date:** Tuesday, August 1, 2023 8:18:36 AM

---

Hi [redacted]

Your step 1 revision was great! So much detail and I think it really enhances what you've been working on.

You can go ahead and submit step 2 whenever you like. It's not due until September 30 but I know you had it ready.

I also didn't save a copy of your step 1 submission and the software doesn't let me see it until later (so I can grab it later if needed) but if you happen to have a copy can you send it to me?

Thanks!

Libbey Durkee, Education Programs Consultant
Focused Monitoring and Technical Assistance Unit Three
Special Education Division
1430 N Street, Suite 2401
Sacramento, CA 95814
916-327-0863 (phone)

**From:** Libbey Durkee
**To:**
**Cc:**
**Subject:** RE: [EXTERNAL] Re: FW: [secure] Reminder: 2022-23 Disproportionality Student List for
**Date:** Monday, May 15, 2023 3:50:00 PM
**Attachments:** image001.png
image002.png

---

Hi

Good news I think – I received confirmation today that will NOT need to complete the Policies and Procedure review NOR the student record review within SECMS. Since you are a continuing LEA, leadership at CDE would like your focus to be entirely on the CIM Plan progress report and making any revisions to continue the activities/plan through to another year.

I am setting up the Stepwell access and I think you should have access to the CIM plan area there, to submit revisions. I am double checking this, so I will keep you posted.

Thanks for the work you did!

Libbey

---

**From:**
**Sent:** Monday, May 15, 2023 11:45 AM
**To:** Libbey Durkee <LDurkee@cde.ca.gov>;
**Cc:**
**Subject:** [EXTERNAL] Re: FW: [secure] Reminder: 2022-23 Disproportionality Student List for

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Libby, attached is the enrollment fidelity list for .

| Enrolled | Disability |
|---|---|
| Yes | SLD |
| Yes | SLD |
| Yes | SLD |
| Yes | SLD |
| Yes | SLD |
| Yes | SLD |
| Yes | SLD |
| Yes | SLD |
| Yes | SLD |
| Yes | SLD |

On Wed, May 10, 2023 at 11:22 AM Libbey Durkee <LDurkee@cde.ca.gov> wrote:



Libbey Durkee (LDurkee@cde.ca.gov) has sent you a protected message.

Read the message

Access to the message will expire on Friday, June 9, 2023 6:22 PM (UTC)

Encryted message from California Department of Education secure messaging system.

Disclaimer: This email and its content are confidential and intended solely for the use of the addressee. Please notify the sender if you have received this email in error or simply delete it.
Privacy Statement

Learn More on email encryption.
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

**From:**
**To:**
**Cc:** Libbey Durkee
**Subject:** [EXTERNAL] Re: Frozen at STEP 2 - INVESTIGATE: ROOT CAUSE ANALYSIS
**Date:** Monday, June 26, 2023 4:54:40 PM

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

You're an overachiever! You only need to submit Step 1 by June 30th. Step 2 isn't due until end of Sept.
If you submitted step 1 you should be golden.

SELPA

SUCCESS FOR ALL STUDENTS

DISCLAIMER: This message, including any attachments, is intended solely for the use of the named recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution of this communication(s) is expressly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy any and all copies of the original message.

On Mon, Jun 26, 2023 at 4:51 PM > wrote:

> Libbey, I cannot get Stepwell to allow me to submit and traverse beyond Step 2. I submitted Step 1, successfully--but I am stuck at Step 2. Perhaps, I am not supposed to do so, yet...please, advise? The 4 days left until submission is troubling!

**From:** Libbey Durkee
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Introduction
**Date:** Thursday, April 27, 2023 10:33:00 PM

Hi [redacted]

I saw the email with [redacted] but wanted to email you and introduce myself. My name is Libbey Durkee and I have been asked to help out the assigned consultant for your region, [redacted] and work with [redacted] during this monitoring cycle.

I went ahead and reviewed your Annual Determination Letter and data sheets from last year and this year. It looks like you have had improvement on your overall risk ratio. You went from 12 students who are Hispanic/SLD at a risk ratio of 4.98 to 10 students who are Hispanic/SLD at a risk ratio of 3.72. This year could be the determining factor. You are in your second year of disproportionality – 1 more year of identification and you'll be moved up to our intensive tier of monitoring, labeled as significantly disproportionate, and have to set aside 15% of your IDEA funds to work on the disproportionality. There are also many more federal regulations at that level.

Data for the third year determination (next year), is pulled in October of this year. That means you and I have 6 months to try to get your risk ratio below 3.

I have also taken a look at your 2022 CIM plan. It looks pretty comprehensive, and most activities implemented and ongoing, or implemented and complete. How do you feel about [redacted] 2022 CIM plan and activities? One thing I was wondering about when reading it is if there is any process in place to re-assess students upon entering (especially from [redacted]

There has been a lot of confusion due to changes, so I wanted to clearly write out what the expectations are as of this email:

**Disproportionality** - this year, disproportionality will look the same. I will provide you a student list in the next week. I will need to know if students are active. Ill provide more details on this later. You will login and complete the review by June 30th. Then the timeline continues with my review, any corrective actions and possible Prong 2. There is a pre-recorded training on the padlet (linked below) that you can refer to if needed as a refresher. You will receive a PIN email to enter the software on May 2. You can begin your review once I have authorized it, after the finalization of your student list.

**CIM Plan** – Since you are a "continuing LEA" who submitted a CIM plan this year, you have a couple of options.
Option A – continue to use the CIM plan you created in 2022, but make some revisions and updates, particularly to the activities, to extend or add new ones that would take you through another year. The plans are technically 3 year plans, so you could extend the activities 2 years if you wanted.
Option B – Create a new CIM Plan. You could go through the process again and create a new plan. So far LEAs only seem to want to do this if they have a new area to focus on or felt the previous year's CIM plan wasn't helpful or successful. If a new plan is chosen, make sure parent input portion is

completed. The goal is a 20% response.
As of right now, my understanding is that either way, you would login to the Stepwell system to complete the CIM areas (even if its copying in from last year, and making adjustments). If this should change, I will let you know. The access to the software has not yet been provided.

**Trainings** – I know you are very busy. If you are choosing to continue and revise your CIM plan you are not required to attend the trainings. They are there if you need them, if you want to brush up a certain area of your CIM, or you can review the recordings on the padlet. The padlet is located here: Resources for Targeted Monitoring (padlet.com)

**Progress Reporting** – A Progress report will be due in July. I haven't been provided a template to provide to you yet, but as soon as I have it, I will send it along. There will be training on this that you must attend. Since most of your activities have been implemented and completed, after the progress report in July, the following progress reports would focus more on improvements to your data. Since you seem to be a small LEA, calculation is fairly easy, and there is a data calculation worksheet I can provide you to see if your numbers have altered every 6 months.

I am also going to have "office hours" Tuesdays from 1:30 to 2:30 until June 20th where LEAs can drop in and talk to me. I haven't set something up like this through Microsoft Teams before, so I am hoping I can have people wait in the lobby until I can admit the next group/individual. If you would like to drop in to any of these office hours, let me know and I will send you the meeting invite. I am also available for other 1:1 meetings for questions, as needed, just let me know and I can give you my availability.

I usually am the most responsive to email, so always feel free to send me an email as well.

Thank you! And let me know if you have any questions!

Libbey Durkee, Education Programs Consultant
Focused Monitoring and Technical Assistance Unit Three
Special Education Division
1430 N Street, Suite 2401
Sacramento, CA 95814
916-327-0863 (phone)

**From:** Libbey Durkee
**To:**
**Cc:**
**Subject:** Joint Access to Stepwell
**Date:** Tuesday, May 16, 2023 10:56:00 PM

Hi 

I wanted to confirm your plan to revise the CIM to update the activities as they end next month?

You will want to copy in your CIM plan, make any revisions necessary, by logging into Stepwell here: Stepwell (stepwelled.com).

Username:
Password:

Please let me know if you have any questions.

Thank you!

Libbey Durkee, Education Programs Consultant
Focused Monitoring and Technical Assistance Unit Three
Special Education Division
1430 N Street, Suite 2401
Sacramento, CA 95814
916-327-0863 (phone)

| Date | Time | Communication Type (Email/Call/Zoom) |
|---|---|---|
| 3/20/2023 | unknown | Email |
| 3/27/2023 | 9:00 a.m. | Zoom training - Orientation (required) |
| 4/4/2023 | 10:00 a.m. | Zoom training - Team Creation |
| 4/6/2023 | 10:00 a.m. | Zoom training - Team Creation Revised |
| 4/18/2023 | 9:00 a.m. | Zoom training - Data Drill down |
| 4/19/2023 | 7:03 a.m. | Email "Re: FWD: CDE Contacts" |
| 4/20/2023 | 9:00 a.m. | Zoom training - Data Drill down makeup |
| 4/25/2023 | 10:00 a.m. | Zoom training - Parent input |
| 4/26/2023 | 5:34 p.m. | Email "[REDACTED] and [REDACTED] parent input" |
| 4/26/2023 | 10:13 p.m. | Email "[REDACTED] and [REDACTED] parent input" |
| 4/27/2023 | 10:33 p.m. | Email "introduction" |
| 5/1/2023 | 1:55 p.m. | Email "2022-23 Disproportionality Student List for [REDACTED]" |
| 5/8/2023 | 9:30 a.m. | Zoom Training - Stepwell |
| 5/8/2023 | 11:10 a.m. | Email "Re: No new CIM Required for [REDACTED] [REDACTED]?" |
| 5/9/2023 | 9:30 a.m. | Zoom training - Stepwell Makeup |
| 5/10/2023 | 11:22 a.m. | Email "Reminder: 2022-23 Disproportionality Student List for [REDACTED] [REDACTED]" |
| 5/15/2023 | 10:00 a.m. | Zoom training - Policies and Procedures |
| 5/15/2023 | 11:45 a.m. | Email "Re:Fw:Reminder 2022-23 DIsproportionality Student List" |

| | | |
|---|---|---|
| 5/15/2023 | 1:37 p.m. | Email "Re: [redacted] in Emma C and FW: Step 4 policies, procedures and practices review" |
| 5/15/2023 | 3:50 p.m. | Email "Excusal from SECMS" |
| 5/16/2023 | 10:56 p.m. | Email "[redacted] Joint Access to Stepwell" |
| 5/17/2023 | 9:12 a.m. | Email "Re: [redacted] Joint Access to Stepwell" |
| 5/23/2023 | 10:00 a.m. | Zoom Training - Progress Report |
| 5/31/2023 | 10:00 a.m. | Zoom Training - Consolidation |
| 6/6/2023 | 10:00 a.m. | Zoom Training - Consolidation makeup |
| 6/14/2023 | 10:00 a.m. | Zoom Training - Progress Report Makeup |
| 6/26/2023 | 4:52 p.m. | Email "Frozen at Step 2 - Investigate: Root Cause Analysis" |
| 6/27/2023 | 7:36 a.m. | Email "Re: Frozen at Step 2 - Investigate: Root Cause Analysis" |
| 7/11/2023 | 2:12 p.m. | Email "[redacted] Progress Report" |
| 7/12/2023 | 5:30 p.m. | Email "Re [redacted] Progress Report" |
| 7/14/2023 | 12:33 p.m. | Email "Re: [redacted] Progress Report" |
| 8/1/2023 | 8:19 a.m. | Email "Approved Step 1" |

| To | From |
|---|---|
| Warren Galetti, Superintendent | DEA(?) |
| | |
| | |
| | |
| | |
| [REDACTED], Libbey Durkee | [REDACTED] |
| | |
| | |
| [REDACTED] | [REDACTED] |
| [REDACTED] | Libbey Durkee |
| [REDACTED] and [REDACTED] | Libbey Durkee |
| [REDACTED] and [REDACTED] | Libbey Durkee |
| | |
| Libbey Durkee | [REDACTED] |
| | |
| [REDACTED] and [REDACTED] | Libbey Durkee |
| | |
| Libbey Durkee | [REDACTED] and [REDACTED] |

| | |
|---|---|
| Libbey Durkee | Shiyloh Becerril |
| [redacted] and [redacted] | Libbey Durkee |
| [redacted] | Libbey Durkee |
| Libbey Durkee | [redacted] |
| | |
| | |
| | |
| | |
| Libbey Durkee [redacted] | [redacted] |
| Libbey Durkee and Vanessa Espinosa | [redacted] |
| [redacted] and [redacted] | Libbey Durkee |
| [redacted] | Libbey Durkee |
| Libbey Durkee | [redacted] |
| [redacted] | Libbey Durkee |

| Summary |
| --- |
| Annual Determination Letter, data sheets and training information |
| LEA was provided Orientation Training information in ADL but superintendent and Special education director did not attend. SELPA director attended for 49 minutes |
| During orientation and on padlet LEAs were provided information on Team Creation training. No members of the [redacted] attended. |
| No members of [redacted] attended. |
| [redacted] registered but the Zoom filled past capacity |
| [redacted] let him know I was point of contact, and [redacted] expressed how he was dissapointed they couldnt atttend the data drill down training |
| No members of [redacted] attended. |
| |
| Said if they are out on Parent Input, they would complete parent input |
| Let [redacted] know that since [redacted] is Targeted Level 3 they would have parent input |
| Provided introduction to me, and overview of expectations as of today, and office hours |
| Provided information on the dispro student record review, and provided the student list for verification |
| |
| Asked if [redacted] would be able to focus on implemeting CIM, responded yes but needs to be revised as activities in end in June. |
| |
| Reminder that the student list is due back to me, verified by 5/15/23 |
| |
| Provided active students |

| |
|---|
| Confirmed █████ █████ will not complete the PPP review. |
| Let █████ █████ know they are excused from SECMS and must focus on CIM plan continuation |
| Confirm plan to revise CIM plan, provided Stepwell login to complete revision |
| Asked how she can access a copy of the CIM plan from last year. Told her it is not in Stepwell, but I had a PDF I could send and attached. |
| |
| |
| |
| |
| █████ said he cant submit beyond Step 2. █████ responded and told him he only needed to complete Step 1 revisions to date. |
| █████ messaged Vanessa while I was on vacation but then realized █████ responded to his query, but Vanessa concurred anyway. |
| Asked if they could provide the progress report by Friday and asked about their Step 1 submission, which caused confusion, █████ asked about the difference. |
| Additional clarifications between progress reports and revisions. |
| Provided the CIM plan 21/22 Progress report, and reiterated his understanding between the 21/22 Progress Report and the 22/23 CIM Plan that I approved. I responded that I received the progress report and the revised CIM Plan Step 1 was not yet approved. |
| Told him Step 1 revision was good, and they could submit Step 2 when they like, it is due September 30. |

**From:** Libbey Durkee
**To:** [redacted]
**Subject:** RE: [EXTERNAL] Re: [redacted]"s Progress Report
**Date:** Tuesday, July 11, 2023 4:24:00 PM

---

Hi [redacted]

In 2022, [redacted] created a CIM plan that had activities that were to be completed by June 2023. The progress report is to see how those activities were completed. I've attached the link to the padlet where the progress report is posted: Progress Report Form

Since activities ended in June, to continue any type of plan, a revision had to occur, that did in fact, add value, detail, and either continued/lengthened activities that had meaning and impact, or added new activities. Some LEAs are choosing to revamp that plan in its entirely, completely re-doing the whole plan and submitting within Stepwell; others are making slight edits and submitting in stepwell; and still others are only making changes to the activities and submitting a document with those changes to me. Its up to you and what is best for your LEA.

For you, that means I need the progress to date, and the changes that include activities with extended end dates.

Thanks!

Libbey

---

**From:** [redacted]
**Sent:** Tuesday, July 11, 2023 2:20 PM
**To:** Libbey Durkee <LDurkee@cde.ca.gov>
**Subject:** [EXTERNAL] Re: [redacted] Progress Report

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

I was under the impression that we were simply pushing the revision of "the old plan," with added value and detail, forward from what was submitted in fall 2022, because we had the same management detail in place?

Aside from where I wrote step 1, where would I write progress from the last CIM--isn't it the same plan and same CIM?

On Tue, Jul 11, 2023 at 2:12 PM Libbey Durkee <LDurkee@cde.ca.gov> wrote:

> Hi [redacted]
>
> Can you please provide by Friday, the progress report for activities on your last CIM?

I also saw you submitted step 1, are you creating a new plan? Or the submission is a revision of your old plan?

Thanks!

Libbey Durkee, Education Programs Consultant
Focused Monitoring and Technical Assistance Unit Three
Special Education Division
1430 N Street, Suite 2401
Sacramento, CA 95814
916-327-0863 (phone)

**From:**
**To:** Libbey Durkee
**Cc:**
**Subject:** Re: [EXTERNAL] Parent Input?
**Date:** Thursday, April 27, 2023 10:17:12 AM

Thank you!

SELPA

SUCCESS FOR ALL STUDENTS

DISCLAIMER: This message, including any attachments, is intended solely for the use of the named recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution of this communication(s) is expressly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy any and all copies of the original message.

On Wed, Apr 26, 2023 at 10:13 PM Libbey Durkee <LDurkee@cde.ca.gov> wrote:

> Hi and
>
> Parent input is also for any LEA who is targeted Level 3, which would include
>
> Thanks!
>
> Libbey
>
> ---
>
> **From:**
> **Sent:** Wednesday, April 26, 2023 5:34 PM
> **To:** Libbey Durkee <LDurkee@cde.ca.gov>
> **Subject:** Re: [EXTERNAL] Parent Input?
>
> Hi

Parent input is required if the LEA is out on Element 8, Parent Input.

Thanks,

[redacted]

---

**From:** [redacted]
**Sent:** Wednesday, April 26, 2023 4:00 PM
**To:** Libbey Durkee <LDurkee@cde.ca.gov>; [redacted]
**Subject:** [EXTERNAL] [redacted] Parent Input?

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Good afternoon Libby and [redacted]

Can you clarify if [redacted] who is in yr 2 [redacted] and [redacted] who is in yr 1 [redacted] have to do the parent input piece of the CIM process? Is it required or recommended?

Thank you

[redacted]

[redacted]

[redacted]

SELPA

*SUCCESS FOR ALL STUDENTS*

DISCLAIMER: This message, including any attachments, is intended solely for the use of the named recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution of this communication(s) is expressly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy any and all copies of the original message.

**From:** Libbey Durkee
**To:**
**Cc:**
**Subject:** RE: [EXTERNAL] Re: Progress Report
**Date:** Friday, July 14, 2023 3:33:00 PM

Hi ,

received, thank you. Wanted to clarify, I haven't approved anything within Stepwell to date.

Thanks!
Libbey

**From:**
**Sent:** Friday, July 14, 2023 12:33 PM
**To:** Libbey Durkee <LDurkee@cde.ca.gov>
**Cc:** >
**Subject:** [EXTERNAL] Re: Progress Report

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Libbey, the requested progress document for CIM Plan 21.22 is attached. Thank you again for laying out the fact that CIM Plan 21.22 and CIM Plan 22.23 are inherently working from the same issue and sharing the same mechanisms and processes garnered along the way, yet must be tracked separately. Thank you for the feedback on CIM Plan 22.23 and that you had approved and submitted what I submitted in June.

Again, here is CIM Plan 21.22's progress. I attached a Word and a PDF form of said document.

On Tue, Jul 11, 2023 at 2:12 PM Libbey Durkee <LDurkee@cde.ca.gov> wrote:

> Hi !
>
> Can you please provide by Friday, the progress report for activities on your last CIM?
>
> I also saw you submitted step 1, are you creating a new plan? Or the submission is a revision of your old plan?
>
> Thanks!
>
> Libbey Durkee, Education Programs Consultant
> Focused Monitoring and Technical Assistance Unit Three

Special Education Division
1430 N Street, Suite 2401
Sacramento, CA 95814
916-327-0863 (phone)

**From:** Vanessa Espinosa
**To:** [REDACTED]
**Cc:** Libbey Durkee
**Subject:** Re: [EXTERNAL] Re: Frozen at STEP 2 - INVESTIGATE: ROOT CAUSE ANALYSIS
**Date:** Tuesday, June 27, 2023 7:35:41 AM

---

Good morning,

I'm glad SELPA provided you with the good news. They are correct you will not be able to submit step 2 until step 1 has been approved. Have a good day.

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VEspinosa@cde.ca.gov
http://www.cde.ca.gov/

---

**From:** [REDACTED]
**Sent:** Monday, June 26, 2023 4:59 PM
**To:** Vanessa Espinosa <VEspinosa@cde.ca.gov>
**Subject:** [EXTERNAL] Re: Frozen at STEP 2 - INVESTIGATE: ROOT CAUSE ANALYSIS

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Ms. Espinosa, forgive me…and please disregard my last email. The County Director of SELPA just informed me that I went way too far ahead of the due date in our process. Not bad news!

[REDACTED]

On Mon, Jun 26, 2023 at 4:55 PM [REDACTED] wrote:

> Good afternoon, Ms. Espinosa, I have been redirected to your desk. The original message to Ms. Durkee is below…and I appreciate the support.
>
> On Mon, Jun 26, 2023 at 4:51 PM [REDACTED] wrote:
>
>> Libbey, I cannot get Stepwell to allow me to submit and traverse beyond Step 2. I submitted Step 1, successfully--but I am stuck at Step 2. Perhaps, I am not supposed to do so, yet...please, advise? The 4 days left until submission is troubling!
>>
>> [REDACTED]
>> Principal, [REDACTED]

**From:** Libbey Durkee
**To:** [redacted]
**Subject:** RE: [EXTERNAL] Re: [redacted] Progress Report
**Date:** Wednesday, July 12, 2023 5:30:00 PM

Great! Thank you!

**From:** [redacted]
**Sent:** Wednesday, July 12, 2023 5:29 PM
**To:** Libbey Durkee <LDurkee@cde.ca.gov>
**Subject:** Re: [EXTERNAL] Re: [redacted] Progress Report

Almost through it now. I'll hit the target by Friday. Again...thank you.

On Wed, Jul 12, 2023 at 5:20 PM Libbey Durkee <LDurkee@cde.ca.gov> wrote:

> Hi [redacted]
>
> Yes, answer the prompts from the padlet, and send it back to me. The prompts are directly related to the activities completed in school year 22/23 from the CIM plan created in 2022.
>
> The calendared action plan, which you've started to submit through stepwell, is *going forward*.
>
> So the progress report is looking back, the Steps in Stepwell are looking forward.
>
> Hope that helps!
>
> Libbey
>
> ---
>
> **From:** [redacted]
> **Sent:** Tuesday, July 11, 2023 5:23 PM
> **To:** Libbey Durkee <LDurkee@cde.ca.gov>
> **Subject:** Re: [EXTERNAL] Re: [redacted] Progress Report
>
> Copy that. To recap, answer those prompts from the Padlet...and fire those answers back directly to you? But, you also need it in the form of a calendared action plan with dates correlated to each action. I answered to this level of prompting in Step 1 and the draft for Step 2, which I couldn't submit in June. I'm sure you saw that trail of questions from me. I'll go back into Stepwell and extract those out. I'll get you a doc Friday.
>
> Thanks for catching and filling the gaps.
>
> On Tue, Jul 11, 2023 at 4:24 PM Libbey Durkee <LDurkee@cde.ca.gov> wrote:
>
> > Hi [redacted]

In 2022, ██████ created a CIM plan that had activities that were to be completed by June 2023. The progress report is to see how those activities were completed. I've attached the link to the padlet where the progress report is posted: Progress Report Form

Since activities ended in June, to continue any type of plan, a revision had to occur, that did in fact, add value, detail, and either continued/lengthened activities that had meaning and impact, or added new activities. Some LEAs are choosing to revamp that plan in its entirely, completely re-doing the whole plan and submitting within Stepwell; others are making slight edits and submitting in stepwell; and still others are only making changes to the activities and submitting a document with those changes to me. Its up to you and what is best for your LEA.

For you, that means I need the progress to date, and the changes that include activities with extended end dates.

Thanks!

Libbey

---

**From:** ██████
**Sent:** Tuesday, July 11, 2023 2:20 PM
**To:** Libbey Durkee <LDurkee@cde.ca.gov>
**Subject:** [EXTERNAL] Re: ██████ Progress Report

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

I was under the impression that we were simply pushing the revision of "the old plan," with added value and detail, forward from what was submitted in fall 2022, because we had the same management detail in place?

Aside from where I wrote step 1, where would I write progress from the last CIM--isn't it the same plan and same CIM?

On Tue, Jul 11, 2023 at 2:12 PM Libbey Durkee <LDurkee@cde.ca.gov> wrote:

> Hi ██
>
> Can you please provide by Friday, the progress report for activities on your last CIM?
>
> I also saw you submitted step 1, are you creating a new plan? Or the submission is a revision of your old plan?
>
> Thanks!
>
> Libbey Durkee, Education Programs Consultant

Focused Monitoring and Technical Assistance Unit Three
Special Education Division
1430 N Street, Suite 2401
Sacramento, CA 95814
916-327-0863 (phone)

**From:**
**To:** ; Libbey Durkee
**Cc:**
**Subject:** [EXTERNAL] Re: Fw: CDE Contacts
**Date:** Wednesday, April 19, 2023 7:04:30 AM

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Thank you, We were super disappointed that we could not get into the webinars, yesterday, because both had reached their maximum occupancy of 500 souls! We look forward to working with you as well, Libbey. I've attached Principal, to this message. She is the other half of our system. , Superintendent of School District, has been attached, too.

Director, and our team have been researching and designing a plan since August. We appreciate your expertise going forward and seek adding further iterations to improve our capacity District-wide, because of this collaboration.

Principal,

On Tue, Apr 18, 2023 at 1:39 PM wrote:

> Hello
>
> I will be your contact for Targeted monitoring for .
> Libbey Durkee, will provide Targeted monitoring for . Her email is LDurkee@cde.ca.gov
>
> Thank you,

**From:**
**To:** Libbey Durkee
**Subject:** Re: [EXTERNAL] No new CIM required for ?
**Date:** Monday, May 8, 2023 11:44:03 AM

That's perfect and makes all the sense.

Thank you!

SELPA

SUCCESS FOR ALL STUDENTS

DISCLAIMER: This message, including any attachments, is intended solely for the use of the named recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution of this communication(s) is expressly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy any and all copies of the original message.

On Mon, May 8, 2023 at 11:25 AM Libbey Durkee <LDurkee@cde.ca.gov> wrote:

Hi

That's true…however it looks like most of activities in their CIM end in June. If they would like to continue with that plan, I'd like to see them revise their activities with end dates in the next year or two.

They can utilize the Stepwell software to copy in their plan from last year, and revise any areas, as necessary.

Let me know if you have any additional questions.

Thanks!

Libbey

**From:** [REDACTED]
**Sent:** Monday, May 8, 2023 11:10 AM
**To:** Libbey Durkee <LDurkee@cde.ca.gov>
**Subject:** [EXTERNAL] No new CIM required for [REDACTED]?

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Libbey,

At our State SELPA meeting on Friday, [REDACTED] shared that if a district completed a CIM last year, that they won't necessarily need to complete a full new CIM this year.

I know that you had mentioned to [REDACTED] that this was an option given that they are in the implementation phase of their Plan.

I just want to confirm what they do need to do and what they don't need to do.

Thank you!

[REDACTED]

[REDACTED]

[REDACTED]

SELPA

*SUCCESS FOR ALL STUDENTS*

DISCLAIMER: This message, including any attachments, is intended solely for the use of the named recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution of this communication(s) is expressly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy any and all copies of the original message.

**From:** Libbey Durkee
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: [EXTERNAL] Re: [redacted] Joint Access to Stepwell
**Date:** Wednesday, May 17, 2023 3:16:00 PM
**Attachments:** [redacted]

---

Hi [redacted] (and [redacted]

See attached for the steps 1-3 for [redacted] [redacted] submitted last year.

Thanks!

Libbey

---

**From:** [redacted]
**Sent:** Wednesday, May 17, 2023 10:21 AM
**To:** Libbey Durkee <LDurkee@cde.ca.gov>
**Cc:** [redacted]
**Subject:** Re: [EXTERNAL] Re: [redacted] Joint Access to Stepwell

Yes, please, Libbey! Thank you.

On Wed, May 17, 2023 at 9:19 AM Libbey Durkee <LDurkee@cde.ca.gov> wrote:

> Good morning [redacted]
>
> At the start of each year Stepwell resets for new input, so it won't be in there. But I have a PDF version I can send of each step. Would that work?
>
> Libbey
>
> ---
>
> **From:** [redacted]
> **Sent:** Wednesday, May 17, 2023 9:12 AM
> **To:** Libbey Durkee <LDurkee@cde.ca.gov>
> **Cc:** [redacted]
> **Subject:** [EXTERNAL] Re: [redacted] Joint Access to Stepwell
>
> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.
>
> Good morning Libbey,
> I logged into Stepwell under [redacted] credentials to see if I could get a full copy of last year's CIM plan including Step 1 2 and 3 and I don't see it there.

How do I access it?

Thank you

SELPA

SUCCESS FOR ALL STUDENTS

DISCLAIMER: This message, including any attachments, is intended solely for the use of the named recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution of this communication(s) is expressly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy any and all copies of the original message.

On Tue, May 16, 2023 at 10:56 PM Libbey Durkee <LDurkee@cde.ca.gov> wrote:

> Hi
>
> I wanted to confirm your plan to revise the CIM to update the activities as they end next month?
>
> You will want to copy in your CIM plan, make any revisions necessary, by logging into Stepwell here: Stepwell (stepwelled.com).
>
> Username:

Password: [redacted]

Please let me know if you have any questions.

Thank you!

Libbey Durkee, Education Programs Consultant

Focused Monitoring and Technical Assistance Unit Three

Special Education Division

1430 N Street, Suite 2401

Sacramento, CA 95814

916-327-0863 (phone)

**Exhibit 317**

DEFSupp002017

**From:** [redacted] (via Google Docs)
**To:** James Durgin
**Subject:** [EXTERNAL] Document shared with you: "End of Year DA Meeting 6/8/23"
**Date:** Wednesday, June 21, 2023 11:58:29 AM

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

shared a document
) added you as an editor. Verify your email to securely make edits to this document. You will need to verify your email every 7 days. Learn more
End of Year DA Meeting 6/8/23
Open
Use is subject to the Google Privacy Policy.

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because [redacted] shared a document with you from Google Docs. Delete visitor session

Google Workspace

**From:** [redacted] (via Google Docs)
**To:** [redacted]
**Subject:** [EXTERNAL] Document shared with you: "[redacted] CIM Technical Assistance Rolling Agenda"
**Date:** Wednesday, June 21, 2023 11:58:49 AM

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

shared a document
has shared the following document:
Learn more
CIM Technical Assistance Rolling Agenda
Open
Use is subject to the Google Privacy Policy.

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because [redacted] shared a document with you from Google Docs. Delete visitor session

Google Workspace

**From:** [redacted] (via Google Drive)
**To:** [redacted]
**Subject:** [EXTERNAL] Folder shared with you: "CIM Steps/Drivers/Plan"
**Date:** Wednesday, June 21, 2023 12:04:04 PM

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

shared a folder
) has shared the following folder:
Learn more
CIM Steps/Drivers/Plan
Open
Use is subject to the Google Privacy Policy.

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because [redacted] shared a file or folder located in Google Drive with you. Delete visitor session

Google Workspace

**From:** [redacted] (via Google Slides)
**To:** [redacted]
**Subject:** [EXTERNAL] Presentation shared with you: "[redacted] Step 4 CIM Storyboard"
**Date:** Wednesday, June 21, 2023 12:03:03 PM

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because [redacted] shared a presentation with you from Google Slides. Delete visitor session

Google Workspace

**From:**
**To:** James Durgin
**Subject:** [EXTERNAL] Re: Unspent 2021 CCEIS Funds Letter -
**Date:** Tuesday, June 6, 2023 11:52:24 AM
**Attachments:** image001.png

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hey Jim,

I hope all is well with you! Happy Tuesday.

I was hoping you and I could meet on this, I'm not sure I'm up-to-speed. Sounds like some of this was before my time, I was adjacent to the process but not leading it.

Do you have anything this week or next?

On Tue, Jun 6, 2023 at 11:27 AM James Durgin <JDurgin@cde.ca.gov> wrote:

> Dear Superintendent
>
> I hope this email finds you well. Please take a moment to read the attached letter from the California Department of Education (CDE) that contains important information regarding your 2021 Comprehensive Coordinated Early Intervening Services (CCEIS) Plan and your current status of unspent funds. CDE's goal is to work with you and your 2021 CCEIS Team as you resolve these issues and create solutions that will help your district and benefit our students.
>
> Please let me know if you have any questions.
>
> Sincerely,

cid:image001.png@01D30AE7.C2B45E40

**Jim Durgin**

Education Programs Consultant

Focused Monitoring and Technical Assistance Unit Four

Special Education Division

California Department of Education

1430 N Street, Suite 2401

Sacramento, CA 95814-5901

Phone: (916) 327-3537

Fax: (916) 327-3534

Email: JDurgin@cde.ca.gov

CDE Website: http://www.cde.ca.gov

--

Thanks,



Inline image

Provide quality educational opportunities for high school students in western [REDACTED]



step 4
COMPLIANCE AND IMPROVEMENT MONITORING
Quarterly Progress Report

| Local Educational Agency (LEA) Name: | Special Education Local Plan Area (SELPA) Name: |
|---|---|
| [redacted] | [redacted] |
| **Problem of Practice:** | |
| Original Problem: Students % of time students spent in Special Education Increasing, New Problem: There is a significant disengagement and insufficient mastery in our Integrated Math 1 curriculum | |
| **High Leverage Strategy #1:** | **High Leverage Strategy #2:** |
| 1.1 Math Team and SPED Team participate in UDL Cohort | 2.1 Increase training for staff in UDL practices |
| **High Leverage Strategy #3:** (if applicable) | **High Leverage Strategy #4:** (if applicable) |
| 3.1 District-Wide PD around best practices in inclusion. | |
| **Reporting Period and Due Date:** | |
| ☐ January, 2023 – March, 2023: **Due April 17, 2023**<br>☐ April, 2023 – June, 2023: **Due July 10, 2023**<br>☒ July, 2023 – September, 2023: **Due October 10, 2023**<br>☐ October, 2023 – December, 2023: **Due January 10, 2024** | ☐ January, 2024 – March, 2024: **Due April 10, 2024**<br>☐ April, 2024 – June, 2024: **Due July 10, 2024**<br>☐ July, 2024 – September, 2024: **Due October 10, 2024**<br>☐ October, 2024 – December, 2024: **Due January 10, 2025** |
| **Progress Update** | |
| **Which activities have been implemented this quarter?** | Co-teaching Gen Ed Math Class<br>District-Wide PD around UDL<br>District-Wide PD for General Educators around inclusion practices<br>Increase Push-in support by education specialists in general |
| **What data did you collect to determine the effectiveness of those activities? Based on that data, which activities will be continued, adjusted, or ended? Why?** | Students with IEPs success in the general education setting; grades, transfer rate, number of modified grades<br>Pass rate, progress on ELOs, Fast-forward Data, I-Ready data |
| **Briefly describe your LEAs biggest accomplishment or learning this quarter in regards to your improvement plan.** | In a remarkable stride this quarter, we unified our resources, converging our efforts into a singularly focused meeting. We successfully enhanced our collaboration with the Open Access team and welcomed the support of the SIP team in our endeavors towards inclusive education. Furthermore, our meetings were made more |

# Progress Quarterly Report

| | |
|---|---|
| **Briefly describe any significant challenges you encountered this quarter and how you worked through them.** | This quarter, one of our paramount challenges was streamlining our resources to address our new problem of practice. Moreover, ensuring the team was well-acquainted with the history and rationale behind their inclusion was pivotal. I'm pleased to report that we've now established meetings designed to propel this process forward. |
| **Briefly describe how you collaborated with your TA provider this quarter.** | We had great collaboration with the open access team and added in the SIP team. We have been meeting multiple times monthly and the TA has been involved in many other meetings. |
| **Are there any additional supports you need to continue progress on your plan? If yes, please describe.** | The TA team has been great, Open Access team has been outstanding supporting our work. |

**From:** James Durgin
**To:** [redacted]
**Subject:** 2021 CCEIS Plan & ADL
**Date:** Tuesday, June 13, 2023 9:23:00 AM
**Attachments:** [redacted]

---

Hi [redacted]

Here's a couple of items for your records: [redacted] 2021 ADL & CCEIS Plan.

See you on here shortly!

Thanks,
Jim

**From:** James Durgin
**To:**
**Subject:** Checking In
**Date:** Monday, June 19, 2023 11:57:00 AM

---

Hi 

Happy Monday!

I hope you had a great weekend. It was nice meeting with you last week on Zoom, and hearing about all of the great work you and your team are doing!

When you get the chance, can you please provide the following:

- Any agendas from your meetings with
- A brief rundown on the work is currently working on in regards to the CIM process

I'm just wanting to be as organized as possible on my end, and able to provide the best support possible to you and your team.

Thanks so much!

Jim

**From:** James Durgin
**To:** [redacted]
**Subject:** Re: [EXTERNAL] July Quarterly Report
**Date:** Monday, July 3, 2023 11:15:44 AM

---

Thanks [redacted]

Have a great 4th!!

Jim

---

**From:** [redacted]
**Sent:** Wednesday, June 28, 2023 12:51 PM
**To:** James Durgin <JDurgin@cde.ca.gov>
**Subject:** [EXTERNAL] July Quarterly Report

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Jim,

Hey buddy! Happy Wednesday. I hope you have some great plans for the 4th of July.

I am getting some things done this week as I am overseeing ESY.

Here is our July Quarterly report; things are moving along, and we look forward to our work next year.

Please let me know if you have any questions.

Thanks,



**Provide quality educational opportunities for high school students in [redacted] [redacted]**

**From:**
**To:** James Durgin
**Subject:** Re: [EXTERNAL] Re: Checking In
**Date:** Wednesday, April 19, 2023 8:17:26 AM

---

Jim,

Hey buddy, we had a great meeting with yesterday. In the meeting, she mentioned that we have an April 17th progress report due. As you know me, I am a loser and missed it. I can't find that sheet on the padlet, can you get me the form? Where do I turn it in?

As always I appreciate all your help!

Thanks,

**Provide quality educational opportunities for high school students in**

On Mon, Apr 17, 2023 at 1:57 PM wrote:

> Jim,
>
> Awesome thanks, buddy! Glad you go it now.
>
> Thanks, buddy we will connect soon!



**Provide quality educational opportunities for high school students in**

On Mon, Apr 17, 2023 at 12:38 PM James Durgin <JDurgin@cde.ca.gov> wrote:

Hey

Thank you- that's the one! I thought you'd sent it a while ago, but I couldn't locate it. I appreciate you resending it.

I'm glad to hear that you're meeting with and tomorrow. Please let me know if you have any questions for me. Let's try to connect soon!

Take care,
Jim

---

**From:**
**Sent:** Monday, April 17, 2023 12:20 PM
**To:** James Durgin <JDurgin@cde.ca.gov>
**Subject:** [EXTERNAL] Re: Checking In

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Jim,

Hey buddy! Great to hear from you!

Here is the tool I turned in early February, is this the one you are referring to? I emailed it to you in February because I think it had closed out on the site to turn it in, or there wasn't a spot to turn it in. If it's another form, let me know.

I do have up coming meeting tomorrow for this round of CIM. The meeting is with [redacted] and [redacted] [redacted] from [redacted] So hopefully we can get rolling tomorrow.

Please let me know if there's something else I need to turn in that I missed. Thanks again for all your support.

Thanks,

[redacted]

**Provide quality educational opportunities for high school students in [redacted]**

On Mon, Apr 17, 2023 at 10:40 AM James Durgin <JDurgin@cde.ca.gov> wrote:

> Hi [redacted]
>
> I hope all is well with you! I wanted to check in regarding a couple of things, CIM-related.
>
> First off, did you ever submit the CIM Implementation Planning Tool for Phase 4 of [redacted] [redacted] Union's CIM Plan? If not, I need that as soon as possible. Please let me know if you have questions about that.
>
> Additionally, it looks like your LEA was identified as Intensive Level 1 for School Age for 2023. the TA provider that has been assigned to you is [redacted] [redacted] Have you had a chance to connect with her yet and look over the 2023 Annual Determination Letter?
>
> Please let me know when you get a chance.

Thanks so much,

Jim

--
Thanks,



Inline image

Provide quality educational opportunities for high school students in



**From:** James Durgin
**To:** [redacted]
**Cc:** [redacted]; [redacted]
**Subject:** Unspent 2021 CCEIS Funds Letter - [redacted]
**Date:** Tuesday, June 6, 2023 11:27:00 AM
**Attachments:** FINAL 2021 CCEIS Unspent Funds Letter - [redacted] - SIGNED.pdf
image001.png

Dear Superintendent [redacted]

I hope this email finds you well. Please take a moment to read the attached letter from the California Department of Education (CDE) that contains important information regarding your 2021 Comprehensive Coordinated Early Intervening Services (CCEIS) Plan and your current status of unspent funds. CDE's goal is to work with you and your 2021 CCEIS Team as you resolve these issues and create solutions that will help your district and benefit our students.

Please let me know if you have any questions.

Sincerely,

cid:image001.png@01D30AE7.C2B45E40

**Jim Durgin**
Education Programs Consultant
Focused Monitoring and Technical Assistance Unit Four
Special Education Division
California Department of Education
1430 N Street, Suite 2401
Sacramento, CA 95814-5901

Phone: (916) 327-3537
Fax: (916) 327-3534
Email: JDurgin@cde.ca.gov
CDE Website: http://www.cde.ca.gov

**Exhibit 318**

DEFSupp002036

**From:** Vanessa Espinosa
**To:**
**Cc:**
**Subject:** RE: [EXTERNAL] RE: Revision Required CIM Step 1
**Date:** Tuesday, August 15, 2023 3:07:10 PM
**Attachments:** Step 1 - GATHER AND INQUIRE Identify Issues.pdf

Hi

Here is a copy of what was submitted by .

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VMercado@cde.ca.gov
http://www.cde.ca.gov/

**From:**
**Sent:** Tuesday, August 15, 2023 3:03 PM
**To:** Vanessa Espinosa <VEspinosa@cde.ca.gov>;
**Cc:**
**Subject:** [EXTERNAL] RE: Revision Required CIM Step 1

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Vanessa,

Will you please provide me with a screenshot of what you are seeing in Stepwell so that we can best support

Thank you,

**From:** Vanessa Espinosa <VEspinosa@cde.ca.gov>
**Sent:** Tuesday, August 15, 2023 2:15 PM
**To:**
**Cc:** >
**Subject:** Revision Required CIM Step 1

CAUTION: This email originated from outside of the VVUSD organization. DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

I have completed reviewing Step 1. Please login to Stepwell and revise strengths and weaknesses under consolidation, use this email and note the notes within Stepwell as your guide. The notes in stepwell are not up to date nor reflective of what needs to be revised. During consolidation, data statements should have been created. From there you want to group those statements together, examining how they overlap. If areas do not overlap, consider if they are significant enough to be their own category. Once you have grouped the data statements together you will want to label each grouping. The labels of the grouping will then be listed as either strengths or weaknesses.

While not required to update you may want to take another look at data around the indicators on the intensive data sheet that was provided with the annual determination letter. You may find by focusing on those indicators it will be easier to group data statements. You may find absenteeism can be grouped with Math and ELA proficiency, suspension rate, and even LRE. By taking the time to look at data in the different areas you were identified as not meeting and exploring areas that overlap will allow you to create a plan with activities that yield more impactful results and better outcomes for students.

The Resources for Targeted Monitoring (padlet.com) provides information on consolidation. You may find reviewing the Consolidation for Targeted Monitoring PPT or Consolidation Webinar helpful.

Once you have revised your plan please resubmit and email me. I will be out of the office Monday August 21, returning Tuesday, September 5th and will begin reviewing resubmissions at that time. Please make sure all revisions are made and submitted no later than 5pm on Monday September 4th. I will have an out of office email response that will direct you to another consultant who can answer your questions during my absence should any arise.

Just a reminder Step 2 will be due at the end of September.

Thank you,

[REDACTED], Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
[REDACTED]
http://www.cde.ca.gov/

DEFSupp002039

## Today's (April 18) Data Drill Down Training

Vanessa Espinosa <VEspinosa@cde.ca.gov>
Tue 4/18/2023 9:14 AM

To: Vanessa Espinosa <VEspinosa@cde.ca.gov>

Bcc



Good Morning,

I have just been notified that today's data drill down webinar has reached capacity for the number of attendees able to join. Because of this the CDE will be hosting another training for those who are unable to attend or who are not able to make it into the webinar today. Details will be provided soon regarding the next training. If you have any questions please feel free to contact me.

Vanessa

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division

Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VEspinosa@cde.ca.gov
http://www.cde.ca.gov/

## Compliance Improvement and Monitoring (CIM) Process Trainings, Information, and Check-In for Targeted LEAs

Vanessa Espinosa <VEspinosa@cde.ca.gov>
Fri 4/21/2023 8:59 AM
Bcc:



Good morning,

I am happy to share that the recorded trainings are now available on the Resources for Targeted Monitoring (padlet.com). I would like to thank you for your patience and understanding as we worked to get webinars uploaded and through the technical difficulties with the Data Drill Down training. I know there is a lot of information, and you are all busy with end of year activities, testing, and planning for next year. However, to make sure you have time to complete the activities and meet deadlines your CIM (Compliance and Improvement Monitoring) Team should have been, or be in the final stages of being, developed and you should be beginning work on analyzing data.

In the next few weeks trainings will be provided on:

- Parent Input
- Policies, Practices, and Procedures Review
- Disproportionality (if identified for disproportionality)
- Consolidation

If you have not already done so, you can register for the remaining trainings on the Resources for Targeted Monitoring (padlet.com). All trainings will be recorded and made available on the Resources for Targeted Monitoring Padlet as well.

Feel free to contact me if you have any questions or concerns.

Thank you,

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VEspinosa@cde.ca.gov
http://www.cde.ca.gov/

**From:** Vanessa Espinosa
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Revision Required CIM Step 1 [redacted]
**Date:** Tuesday, August 15, 2023 2:14:35 PM

---

Good afternoon,

I have completed reviewing Step 1. Please login to Stepwell and revise strengths and weaknesses under consolidation, use this email and note the notes within Stepwell as your guide. The notes in stepwell are not up to date nor reflective of what needs to be revised. During consolidation, data statements should have been created. From there you want to group those statements together, examining how they overlap. If areas do not overlap, consider if they are significant enough to be their own category. Once you have grouped the data statements together you will want to label each grouping. The labels of the grouping will then be listed as either strengths or weaknesses.

While not required to update you may want to take another look at data around the indicators on the intensive data sheet that was provided with the annual determination letter. You may find by focusing on those indicators it will be easier to group data statements. You may find absenteeism can be grouped with Math and ELA proficiency, suspension rate, and even LRE. By taking the time to look at data in the different areas you were identified as not meeting and exploring areas that overlap will allow you to create a plan with activities that yield more impactful results and better outcomes for students.

The Resources for Targeted Monitoring (padlet.com) provides information on consolidation. You may find reviewing the Consolidation for Targeted Monitoring PPT or Consolidation Webinar helpful.

Once you have revised your plan please resubmit and email me. I will be out of the office Monday August 21, returning Tuesday, September 5th and will begin reviewing resubmissions at that time. Please make sure all revisions are made and submitted no later than 5pm on Monday September 4th. I will have an out of office email response that will direct you to another consultant who can answer your questions during my absence should any arise.

Just a reminder Step 2 will be due at the end of September.

Thank you,

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601

Fax: 916-327-0843
VMercado@cde.ca.gov
http://www.cde.ca.gov/

**Vanessa Espinosa**

**From:** Vanessa Espinosa
**Sent:** Wednesday, June 28, 2023 1:53 PM
**To:** [redacted]
**Subject:** SEEDS results for [redacted]

**Follow Up Flag:** Follow up
**Flag Status:** Completed

**Categories:** EMMA C

Hi [redacted]

I received an email from [redacted] SELPA. [redacted] is still waiting from the results of their SEEDS surveys. Do you know when [redacted] can expect to receive the information? [redacted] has not received any updates.

Thank you,

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VEspinosa@cde.ca.gov
http://www.cde.ca.gov/

**Vanessa Espinosa**

**From:** Vanessa Espinosa
**Sent:** Wednesday, June 28, 2023 3:22 PM
**To:** [REDACTED]
**Cc:** [REDACTED]
**Subject:** RE: [EXTERNAL] SEEDS Survey results

**Follow Up Flag:** Follow up
**Flag Status:** Completed

**Categories:** EMMA C

Hi [REDACTED]

I am still waiting to hear back from SEEDS. As soon as I hear back I'll let you and [REDACTED] know how to proceed. Have either of you reached out to SEEDS? What was the last communication from them regarding the survey?

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VMercado@cde.ca.gov
http://www.cde.ca.gov/

---

**From:** [REDACTED]
**Sent:** Wednesday, June 28, 2023 11:35 AM
**To:** Vanessa Espinosa <VEspinosa@cde.ca.gov>
**Cc:** [REDACTED]
**Subject:** [EXTERNAL] SEEDS Survey results

**CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.**

Hi Vanessa,

Can you please let us know if the SEEDS results for [REDACTED] USD was received? Edward has not received any of the findings from the surveys and we are hoping to submit Step 1 in Stepwell this afternoon or tomorrow. If we don't receive the information before June 30,

2023, should he still submit with all other information that we have, or wait until the parent results were received?

Thank you,

**Vanessa Espinosa**

**From:** [redacted]
**Sent:** Wednesday, June 28, 2023 11:35 AM
**To:** Vanessa Espinosa
**Cc:** [redacted]
**Subject:** [EXTERNAL] SEEDS Survey results

**Follow Up Flag:** Follow up
**Flag Status:** Completed

**Categories:** EMMA C

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Vanessa,

Can you please let us know if the SEEDS results for [redacted] USD was received? [redacted] has not received any of the findings from the surveys and we are hoping to submit Step 1 in Stepwell this afternoon or tomorrow. If we don't receive the information before June 30, 2023, should he still submit with all other information that we have, or wait until the parent results were received?

Thank you,
[redacted]

DEFSupp002049

**Vanessa Espinosa**

**From:** Vanessa Espinosa
**Sent:** Thursday, June 29, 2023 7:14 AM
**To:** [REDACTED]
**Subject:** Re: [EXTERNAL] Re: SEEDS results for [REDACTED]

**Follow Up Flag:** Follow up
**Flag Status:** Completed

**Categories:** [REDACTED]

Good morning,

Thank you for checking. I have that email address as well. Hopefully he is able to login today to check the reports.

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VEspinosa@cde.ca.gov
http://www.cde.ca.gov/

---

**From:** [REDACTED]
**Sent:** Thursday, June 29, 2023 12:16 AM
**To:** Vanessa Espinosa <VEspinosa@cde.ca.gov>
**Subject:** [EXTERNAL] Re: SEEDS results for [REDACTED]

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hello Vanessa,

This specific LEA the survey closed on 6/7 and reports were available 6/14. LEAs are able to access their report on return rate prior to the closure and then access their report in this case on 6/14 using their username and password directly. This LEA is only showing 2 surveys returned, this would be inclusive of any submitted via mail or online. It is possible the email address I have on file for [REDACTED] is incorrect that could impede access? I have [REDACTED] . I'll send an email to Edward to see if I can be of further assistance and cc you. Thank you for reaching out.

[REDACTED], **Coordinator**
Seeds of Partnership
[REDACTED]

www.seedsofpartnership.org

*Seeds of Partnership* [redacted]
*Funded by the California Department of Education, Special Education Division*

---

**From:** Vanessa Espinosa <VEspinosa@cde.ca.gov>
**Date:** Wednesday, June 28, 2023 at 1:53 PM
**To:** [redacted]
**Subject:** SEEDS results for [redacted]

**(External Email)**

Hi [redacted]

I received an email from [redacted] SELPA. [redacted] is still waiting from the results of their SEEDS surveys. Do you know when [redacted] can expect to receive the information? [redacted] has not received any updates.

Thank you,

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VEspinosa@cde.ca.gov
http://www.cde.ca.gov/

**CAUTION:** This email originated from outside [redacted] email system. Please use caution before clicking any links or opening attachments. Do not sign-in with your [redacted] account. Contact the CNTS Helpdesk at 916-228-2363 if in doubt.

**Vanessa Espinosa**

**From:** Vanessa Espinosa
**Sent:** Thursday, June 29, 2023 7:15 AM
**To:** [redacted]
**Subject:** Fw: [EXTERNAL] CDE SED Monitoring Parent Input Information System- Access

**Categories:** EMMA C

Good morning [redacted]

Please see the response from SEEDS below. I will wait to hear from you and/or [redacted] to see if he is able to login and review reports today.

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VEspinosa@cde.ca.gov
http://www.cde.ca.gov/

---

**From:** [redacted]
**Sent:** Thursday, June 29, 2023 12:30 AM
**To:** [redacted]
**Cc:** Vanessa Espinosa <VEspinosa@cde.ca.gov>
**Subject:** [EXTERNAL] CDE SED Monitoring Parent Input Information System- Access

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hello [redacted]

Vanessa Espinosa from CDE reached out to see if I can assist you in accessing your parent survey reports. When you registered to use this tool, you would have received an email for getting started and the prompt to create a password. If you do not recall receiving this or need access to this again, you can go to this log in page https://www.seedsofpartnership.org/monitoringsurvey and select "forgot password", this will prompt you to follow steps to create access. Once you are logged in you can access reports of parent response data to the surveys.

You would have been able to access a return rate type of report right along. On 6/14 the additional reports became available to you for this LEA online as indicated in the following email sent to all LEAs accessing this tool on 5/31.

It is possible that I have the incorrect email for you, if so, you would not be able to access. I have the following [REDACTED] in which case please Vanessa or [REDACTED] let me know so I may correct it in the system.

Your LEA currently shows 2 surveys were returned by the close of the survey window-this includes by mail or online.

**From:** [REDACTED]
**Date:** Wednesday, May 31, 2023 at 12:16 PM
**To:**
**Subject:** CDE SED Monitoring Parent Input Information System- Survey Window Extension

**CDE SED Monitoring Parent Input Information System- Survey Window Extension**

Our records indicate that your Local Educational Agency (LEA) has opted to utilize the survey tool through Seeds of Partnership as part of the California Department of Education (CDE) Special Education Division (SED), Compliance and Improvement Monitoring (CIM) Process, related to parent input.

The parent survey return window is scheduled to close today, May 31, 2023. In an effort to allow for additional survey return, the survey window will remain open an additional week until **June 7, 2023**. This extension of one week is to allow additional time for LEAs to encourage parents to complete and submit a survey.

The updated survey closure date is **June 7, 2023**, survey reports will still be available on the date previously noted **June 14, 2023.**

As a reminder, parents may complete a survey online at the following link, or through that same link, can download a PDF version to print and mail directly to Seeds of Partnership- P.O. Box 269003, Sacramento, CA 95826.

https://www.seedsofpartnership.org/monitoringsurvey

Questions related to the CIM process, reach out to your CDE Focused Monitoring Technical Assistance (FMTA) Consultant or related TA Provider. Specific questions about the survey, please contact us we are happy to assist.

Please let me know if I can be of further assistance.

[REDACTED]**, Coordinator**
Seeds of Partnership
[REDACTED]
www.seedsofpartnership.org

Seeds of Partnership

*Seeds of Partnership-* [REDACTED]
*Funded by the California Department of Education, Special Education Division*

3

**Vanessa Espinosa**

**From:** [redacted]
**Sent:** Thursday, June 29, 2023 7:30 AM
**To:** Vanessa Espinosa
**Subject:** Re: [EXTERNAL] CDE SED Monitoring Parent Input Information System- Access

**Follow Up Flag:** Follow up
**Flag Status:** Completed

**Categories:** EMMA C

Hi Vanessa,
Thank you so much for your help with this. I will follow up with Edward, as well.

Thank you,

[redacted]

On Jun 29, 2023, at 7:15 AM, Vanessa Espinosa <VEspinosa@cde.ca.gov> wrote:

CAUTION: This email originated from outside of the [redacted] organization. DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Good morning [redacted]

Please see the response from SEEDS below. I will wait to hear from you and/or [redacted] to see if he is able to login and review reports today.

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VEspinosa@cde.ca.gov
http://www.cde.ca.gov/

---

**From:** [redacted]
**Sent:** Thursday, June 29, 2023 12:30 AM
**To:** [redacted]
**Cc:** Vanessa Espinosa <VEspinosa@cde.ca.gov>
**Subject:** [EXTERNAL] CDE SED Monitoring Parent Input Information System- Access

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hello [REDACTED]

Vanessa Espinosa from CDE reached out to see if I can assist you in accessing your parent survey reports. When you registered to use this tool, you would have received an email for getting started and the prompt to create a password. If you do not recall receiving this or need access to this again, you can go to this log in page https://www.seedsofpartnership.org/monitoringsurvey and select "forgot password", this will prompt you to follow steps to create access. Once you are logged in you can access reports of parent response data to the surveys.

You would have been able to access a return rate type of report right along. On 6/14 the additional reports became available to you for this LEA online as indicated in the following email sent to all LEAs accessing this tool on 5/31.

It is possible that I have the incorrect email for you, if so, you would not be able to access. I have the following [REDACTED] in which case please Vanessa or [REDACTED] let me know so I may correct it in the system.

Your LEA currently shows 2 surveys were returned by the close of the survey window- this includes by mail or online.

**From:** [REDACTED]
**Date:** Wednesday, May 31, 2023 at 12:16 PM
**To:**
**Subject:** CDE SED Monitoring Parent Input Information System- Survey Window Extension

**CDE SED Monitoring Parent Input Information System- Survey Window Extension**

Our records indicate that your Local Educational Agency (LEA) has opted to utilize the survey tool through Seeds of Partnership as part of the California Department of Education (CDE) Special Education Division (SED), Compliance and Improvement Monitoring (CIM) Process, related to parent input.

The parent survey return window is scheduled to close today, May 31, 2023. In an effort to allow for additional survey return, the survey window will remain open an additional week until **June 7, 2023**. This extension of one week is to allow additional time for LEAs to encourage parents to complete and submit a survey.

The updated survey closure date is **June 7, 2023**, survey reports will still be available on the date previously noted **June 14, 2023.**

As a reminder, parents may complete a survey online at the following link, or through that same link, can download a PDF version to print and mail directly to Seeds of Partnership- P.O. Box 269003, Sacramento, CA 95826.

https://www.seedsofpartnership.org/monitoringsurvey

Questions related to the CIM process, reach out to your CDE Focused Monitoring Technical Assistance (FMTA) Consultant or related TA Provider. Specific questions about the survey, please contact us we are happy to assist.

Please let me know if I can be of further assistance.

[REDACTED], **Coordinator**
Seeds of Partnership
[REDACTED]
www.seedsofpartnership.org

*<image001.png>*
*Seeds of Partnership* [REDACTED]
*Funded by the California Department of Education, Special Education Division*

**Vanessa Espinosa**

**From:**
**Sent:** Thursday, June 29, 2023 12:31 AM
**To:**
**Cc:** Vanessa Espinosa
**Subject:** [EXTERNAL] CDE SED Monitoring Parent Input Information System- Access

**Follow Up Flag:** Follow up
**Flag Status:** Completed

**Categories:** EMMA C

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hello

Vanessa Espinosa from CDE reached out to see if I can assist you in accessing your parent survey reports. When you registered to use this tool, you would have received an email for getting started and the prompt to create a password. If you do not recall receiving this or need access to this again, you can go to this log in page https://www.seedsofpartnership.org/monitoringsurvey and select "forgot password", this will prompt you to follow steps to create access. Once you are logged in you can access reports of parent response data to the surveys.

You would have been able to access a return rate type of report right along. On 6/14 the additional reports became available to you for this LEA online as indicated in the following email sent to all LEAs accessing this tool on 5/31.

It is possible that I have the incorrect email for you, if so, you would not be able to access. I have the following in which case please Vanessa or let me know so I may correct it in the system.

Your LEA currently shows 2 surveys were returned by the close of the survey window-this includes by mail or online.

**From:**
**Date:** Wednesday, May 31, 2023 at 12:16 PM
**To:**
**Subject:** CDE SED Monitoring Parent Input Information System- Survey Window Extension

**CDE SED Monitoring Parent Input Information System- Survey Window Extension**

Our records indicate that your Local Educational Agency (LEA) has opted to utilize the survey tool through Seeds of Partnership as part of the California Department of Education (CDE) Special Education Division (SED), Compliance and Improvement Monitoring (CIM) Process, related to parent input.

DEFSupp002058

The parent survey return window is scheduled to close today, May 31, 2023. In an effort to allow for additional survey return, the survey window will remain open an additional week until **June 7, 2023**. This extension of one week is to allow additional time for LEAs to encourage parents to complete and submit a survey.

The updated survey closure date is **June 7, 2023**, survey reports will still be available on the date previously noted **June 14, 2023.**

As a reminder, parents may complete a survey online at the following link, or through that same link, can download a PDF version to print and mail directly to Seeds of Partnership- P.O. Box 269003, Sacramento, CA 95826.

https://www.seedsofpartnership.org/monitoringsurvey

Questions related to the CIM process, reach out to your CDE Focused Monitoring Technical Assistance (FMTA) Consultant or related TA Provider. Specific questions about the survey, please contact us we are happy to assist.

Please let me know if I can be of further assistance.

[REDACTED]**, Coordinator**
Seeds of Partnership
[REDACTED]
www.seedsofpartnership.org

Seeds of Partnership

*Seeds of Partnership* [REDACTED]
*Funded by the California Department of Education, Special Education Division*

**Vanessa Espinosa**

**From:**
**Sent:** Thursday, June 29, 2023 12:17 AM
**To:** Vanessa Espinosa
**Subject:** [EXTERNAL] Re: SEEDS results for

**Follow Up Flag:** Follow up
**Flag Status:** Completed

**Categories:** 

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hello Vanessa,

This specific LEA the survey closed on 6/7 and reports were available 6/14. LEAs are able to access their report on return rate prior to the closure and then access their report in this case on 6/14 using their username and password directly. This LEA is only showing 2 surveys returned, this would be inclusive of any submitted via mail or online. It is possible the email address I have on file for is incorrect that could impede access? I have . I'll send an email to to see if I can be of further assistance and cc you. Thank you for reaching out.

**, Coordinator**
Seeds of Partnership

www.seedsofpartnership.org

*Seeds of Partnership*
*Funded by the California Department of Education, Special Education Division*

---

**From:** Vanessa Espinosa <VEspinosa@cde.ca.gov>
**Date:** Wednesday, June 28, 2023 at 1:53 PM
**To:**
**Subject:** SEEDS results for

**(External Email)**

Hi

DEFSupp002060

I received an email from [redacted] SELPA. [redacted] is still waiting from the results of their SEEDS surveys. Do you know when [redacted] can expect to receive the information? [redacted] has not received any updates.

Thank you,

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VEspinosa@cde.ca.gov
http://www.cde.ca.gov/

**CAUTION:** This email originated from outside [redacted] email system. Please use caution before clicking any links or opening attachments. Do not sign-in with your [redacted] account. Contact the CNTS Helpdesk at 916-228-2363 if in doubt.

**Vanessa Espinosa**

**From:** Vanessa Espinosa
**Sent:** Friday, June 30, 2023 1:12 PM
**To:** [REDACTED]
**Subject:** Re: [EXTERNAL] Re: SEEDS surveys

**Categories:** EMMA C

Hi [REDACTED]

I'm glad you were able to figure it out and submit Step 1. Have a safe holiday.

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VEspinosa@cde.ca.gov
http://www.cde.ca.gov/

---

**From:** [REDACTED]
**Sent:** Friday, June 30, 2023 11:17 AM
**To:** Vanessa Espinosa <VEspinosa@cde.ca.gov>
**Subject:** [EXTERNAL] Re: SEEDS surveys

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Vanessa,
Yes, I misunderstood. I was waiting for an email to provide me with the results. I was able to locate them on the SEEDS website.

On Fri, Jun 30, 2023 at 9:57 AM Vanessa Espinosa <VEspinosa@cde.ca.gov> wrote:

> Good morning,
>
> Just checking in on your status and if you were able to resolve collecting information from you SEEDS survey?
>
> Vanessa Espinosa, Education Programs Assistant
> California Department of Education
> Special Education Division
> Focused Monitoring and Technical Assistance Three
> 1430 N Street, Suite 2401
> Sacramento, CA 95814

Phone: 916-445-4601
Fax: 916-327-0843
VEspinosa@cde.ca.gov
http://www.cde.ca.gov/

--

[REDACTED] MA, School Psychologist
Director of Special Services
[REDACTED] School District
[REDACTED]

Statement of Confidentiality: The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged. This transmission is sent for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail, send a copy to postmaster@[REDACTED] and delete this message and its attachments, if any. E-mail is covered by the Electronic Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

**Vanessa Espinosa**

**From:** Vanessa Espinosa
**Sent:** Friday, June 30, 2023 9:58 AM
**To:** [redacted]
**Subject:** SEEDS surveys

**Follow Up Flag:** Follow up
**Flag Status:** Completed

**Categories:** EMMA C

Good morning,

Just checking in on your status and if you were able to resolve collecting information from you SEEDS survey?

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VEspinosa@cde.ca.gov
http://www.cde.ca.gov/

**Vanessa Espinosa**

**From:** [redacted]
**Sent:** Friday, June 30, 2023 11:18 AM
**To:** Vanessa Espinosa
**Subject:** [EXTERNAL] Re: SEEDS surveys

**Categories:** EMMA C

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Vanessa,
Yes, I misunderstood. I was waiting for an email to provide me with the results. I was able to locate them on the SEEDS website.

On Fri, Jun 30, 2023 at 9:57 AM Vanessa Espinosa <VEspinosa@cde.ca.gov> wrote:

> Good morning,
>
> Just checking in on your status and if you were able to resolve collecting information from you SEEDS survey?
>
> Vanessa Espinosa, Education Programs Assistant
>
> California Department of Education
>
> Special Education Division
>
> Focused Monitoring and Technical Assistance Three
>
> 1430 N Street, Suite 2401
>
> Sacramento, CA 95814
>
> Phone: 916-445-4601
>
> Fax: 916-327-0843
>
> VEspinosa@cde.ca.gov
>
> http://www.cde.ca.gov/

--

[REDACTED], School Psychologist
Director of Special Services
[REDACTED] School District

Statement of Confidentiality: The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged. This transmission is sent for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail, send a copy to postmaster@[REDACTED] and delete this message and its attachments, if any. E-mail is covered by the Electronic Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

**From:** [redacted]
**To:** Vanessa Espinosa
**Subject:** Re: [EXTERNAL] Re: SEEDS surveys
**Date:** Friday, June 30, 2023 1:13:48 PM

---

Thank you, you too!

On Fri, Jun 30, 2023 at 1:11 PM Vanessa Espinosa <VEspinosa@cde.ca.gov> wrote:

Hi [redacted]

I'm glad you were able to figure it out and submit Step 1. Have a safe holiday.

Vanessa Espinosa, Education Programs Assistant

California Department of Education

Special Education Division

Focused Monitoring and Technical Assistance Three

1430 N Street, Suite 2401

Sacramento, CA 95814

Phone: 916-445-4601

Fax: 916-327-0843

VEspinosa@cde.ca.gov

http://www.cde.ca.gov/

---

**From:** [redacted]
**Sent:** Friday, June 30, 2023 11:17 AM
**To:** Vanessa Espinosa <VEspinosa@cde.ca.gov>
**Subject:** [EXTERNAL] Re: SEEDS surveys

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Vanessa,
Yes, I misunderstood. I was waiting for an email to provide me with the results. I was able to locate them on the SEEDS website.

On Fri, Jun 30, 2023 at 9:57 AM Vanessa Espinosa <VEspinosa@cde.ca.gov> wrote:

Good morning,

Just checking in on your status and if you were able to resolve collecting information from you SEEDS survey?

Vanessa Espinosa, Education Programs Assistant

California Department of Education

Special Education Division

Focused Monitoring and Technical Assistance Three

1430 N Street, Suite 2401

Sacramento, CA 95814

Phone: 916-445-4601

Fax: 916-327-0843

VEspinosa@cde.ca.gov

http://www.cde.ca.gov/

--

[REDACTED] School Psychologist
Director of Special Services
[REDACTED] School District
[REDACTED]

Statement of Confidentiality: The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged. This transmission is sent for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail, send a copy to postmaster[REDACTED] and delete this message and its attachments, if any. E-mail is covered by the Electronic Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

--

[REDACTED], School Psychologist
Director of Special Services
[REDACTED] School District
[REDACTED]

Statement of Confidentiality: The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged. This transmission is sent for the sole purpose of delivery

to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail, send a copy to postmaster@[REDACTED] and delete this message and its attachments, if any. E-mail is covered by the Electronic Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

**Vanessa Espinosa**

**From:** Vanessa Espinosa
**Sent:** Monday, June 19, 2023 3:15 PM
**To:** [REDACTED]
**Cc:** [REDACTED]
**Subject:** Reminder of Compliance and Improvement Monitoring - Step 1 Due Date June 30

Hello Director [REDACTED]

Compliance and Improvement Monitoring (CIM) activities for Step 1 are on June 30th. The table below provides you with an overview of [REDACTED] SELPA member LEA submissions. As a reminder all LEAs will be submitting the Student Record Review and Policies and Procedures Review directly to the CDE. LEAs who were identified for Targeted Level 3 are required to submit CIM Step 1 activities via Stepwell directly to the CDE. Information and existing templates can be found on Resources for Targeted Monitoring (padlet.com). If LEAs are having difficulties meeting the timelines and due dates please let me know. Feel free to contact me if you have any questions or concerns.

| MEMBERNAME | SELPANAME | Current Monitoring |
|---|---|---|
| [REDACTED] | [REDACTED] | Targeted - Level 3 for IR Pre: |
| [REDACTED] | [REDACTED] | Targeted - Level 3 for IR Pre: |
| [REDACTED] | [REDACTED] | Targeted - Level 2 for Target |
| [REDACTED] | [REDACTED] | Targeted - Level 3 for IR Sch |
| [REDACTED] | [REDACTED] | Targeted - Level 2 for Target |
| [REDACTED] | [REDACTED] | **Targeted - Level 2 for Dispr** |
| [REDACTED] | [REDACTED] | Targeted - Level 3 for IR Pre: |
| [REDACTED] | [REDACTED] | Targeted - Level 3 for IR Pre: |
| [REDACTED] | [REDACTED] | Targeted - Level 2 for Target |
| [REDACTED] | [REDACTED] | Targeted - Level 3 for IR Sch |
| [REDACTED] | [REDACTED] | Targeted - Level 3 for IR Sch |
| [REDACTED] | [REDACTED] | Targeted - Level 2 for Target |
| [REDACTED] | [REDACTED] | Targeted - Level 2 for Target |
| [REDACTED] | [REDACTED] | Targeted - Level 3 for IR Pre: |
| [REDACTED] | [REDACTED] | Targeted - Level 2 for Target |

*yellow highlighting indicates that information provided by the Improvement Data Center (IDC) shows no login or uploading of data has occurred.
LEAs with the notation of step 4 are continuing with previously developed plans and are not required to complete Step 1 CIM activities this year.

Thank you,

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division

Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VMercado@cde.ca.gov
http://www.cde.ca.gov/

**Vanessa Espinosa**

**From:** Vanessa Espinosa
**Sent:** Friday, June 23, 2023 8:30 AM
**To:**
**Cc:**
**Subject:** Update for LEAs not using the Improvement Data Center (IDC) only
**Attachments:** 6-22-2023 Data Drill Down Criteria final.pdf

Good morning SELPA Directors,

As a reminder LEAs working on Step 1 of Compliance Improvement and Monitoring (CIM) activities, are required to complete a data drill down activity. LEAs who do not use the Improvement Data Center (IDC) tool to disaggregate data will be required to provide copies of reports and disaggregated data to demonstrate the completion of the activity. Additionally, LEAs identified Targeted Level 3 LEAs who do not upload data to the IDC will be required to provide the additional documentation to their assigned CDE consultant by email, VEspinosa@cde.ca.gov with a CC to TargetedMonitoring@cde.ca.gov by June 30th. Please see the attached for detailed requirements.

Again, this is only applicable for LEAs who are working on Step 1 and who do not upload CALPADS data to the IDC. If the LEAs have uploaded their data to the IDC, then they will not need to complete this step. Please see the attached document for more information.

Thank you,

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VMercado@cde.ca.gov
http://www.cde.ca.gov/

**Vanessa Espinosa**

**From:** [redacted] >
**Sent:** Friday, June 23, 2023 8:41 AM
**To:** Vanessa Espinosa
**Subject:** [EXTERNAL] Re: Update for LEAs not using the Improvement Data Center (IDC) only

**Follow Up Flag:** Follow up
**Flag Status:** Completed

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Thank you Vanessa. This is very helpful. I believe all of the [redacted] County SELPA LEAs have (or intend to) utilize the Improvement Data Center and its accompanying tools. I will confirm when I return to the office on Monday.

Have a beautiful weekend.

[redacted]

---

**From:** Vanessa Espinosa <VEspinosa@cde.ca.gov>
**Sent:** Friday, June 23, 2023 8:30 AM
**To:** [redacted] >
**Cc:** [redacted]
**Subject:** Update for LEAs not using the Improvement Data Center (IDC) only

CAUTION: This email originated from outside of the [redacted] organization. DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Good morning SELPA Directors,

As a reminder LEAs working on Step 1 of Compliance Improvement and Monitoring (CIM) activities, are required to complete a data drill down activity. LEAs who do not use the Improvement Data Center (IDC) tool to disaggregate data will be required to provide copies of reports and disaggregated data to demonstrate the completion of the activity. Additionally, LEAs identified Targeted Level 3 LEAs who do not upload data to the IDC will be required to provide the additional documentation to their assigned CDE consultant by email, VEspinosa@cde.ca.gov with a CC to TargetedMonitoring@cde.ca.gov by June 30th. Please see the attached for detailed requirements.

Again, this is only applicable for LEAs who are working on Step 1 and who do not upload CALPADS data to the IDC. If the LEAs have uploaded their data to the IDC, then they will not need to complete this step. Please see the attached document for more information.

Thank you,

DEFSupp002073

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VMercado@cde.ca.gov
http://www.cde.ca.gov/

Check-in before June 30th Deadline-[redacted]County SELPA - Vanessa Espinosa - Outlook - Work - Microsoft Edge

about:blank

Delete | Archive | Report | Reply | Reply all | Forward | Read / Unread | Categorize | Flag / Unflag | Assign policy | Print | ...

## Check-in before June 30th Deadline-[redacted]County SELPA

Vanessa Espinosa
To: [redacted]
Cc: [redacted]
Bcc: Vanessa Espinosa

Mon 6/26/2023 10:30 AM

Good morning,

CIM Step One activities should be completed and submitted by this Friday, June 30th. Below is an overview of [redacted]County SELPA member LEA submissions. Areas highlighted red or pink are items that have not yet been submitted to the CDE and are due by Friday. If LEAs are having difficulty meeting deadlines, please let me know as soon as possible. As a reminder all LEAs that need to complete a data drill down activity. If they have opted out of using the Improvement Data Center (IDC) additional documents are required, please see the email I sent Friday (6/23/2023) titled *Update for LEAs not using the Improvement Data Center (IDC) Only*. If you have any questions, please feel free to email me.

| MEMBERNAME | SELPANAME | Current Monitoring Level | P&P submitted to CDE | SRR submitted to CDE | uploaded to IDC | Step 1 submitted |
|---|---|---|---|---|---|---|
| [redacted] | [redacted] | Targeted - Level 3 for IR Preschool | 5/24/2023 | yes | yes | |
| | | Targeted - Level 3 for IR Preschool | 5/24/2023 | | yes | |
| | | Targeted - Level 2 for Targeted Review | In Step 4 | In Step 4 | In Step 4 | In Step 4 |
| | | Targeted - Level 3 for IR School Age | In Step 4 | In Step 4 | In Step 4 | In Step 4 |
| | | Targeted - Level 2 for Targeted Review | In Step 4 | In Step 4 | In Step 4 | In Step 4 |
| | | Targeted - Level 2 for Disproportionality | will be submitted in SECMS | Will be submitted in SECMS | yes | will be submitted to SELPA |
| | | Targeted - Level 3 for IR Preschool | 5/24/2023 | | yes | |
| | | Targeted - Level 3 for IR Preschool | 5/24/2023 | | yes | |
| | | Targeted - Level 2 for Targeted Review | 5/24/2023 | | yes | will be submitted to SELPA |
| | | Targeted - Level 3 for IR School Age | 5/24/2023 | | yes | |
| | | Targeted - Level 3 for IR School Age | In Step 4 | In Step 4 | In Step 4 | In Step 4 |
| | | Targeted - Level 2 for Targeted Review | 5/24/2023 | | yes | will be submitted to SELPA |
| | | Targeted - Level 2 for Targeted Review | 5/27/2023 | | [illegible] | will be submitted to SELPA |
| | | Targeted - Level 3 for IR Preschool | In Step 4 | In Step 4 | In Step 4 | In Step 4 |
| | | Targeted - Level 2 for Targeted Review | 5/24/2023 | | yes | will be submitted to SELPA |

*IDC information is updated weekly, last information received was Friday. If LEAs have uploaded or logged in since Friday mid-day, then the information is not reflected on this table.

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VMercado@cde.ca.gov
http://www.cde.ca.gov/

Reply | Reply all | Forward

**Vanessa Espinosa**

---

**From:** Vanessa Espinosa
**Sent:** Thursday, May 4, 2023 2:59 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** [redacted] Unified CIM Check-in

Hello Director ,

We are now about half way through activities for Step 1 of the Compliance and Improvement Monitoring (CIM) Plan, due June 30, 2023.

Please indicate which of the following webinars were attended or viewed:

Orientation Webinar

CIM Team Development Webinar

Data Drill Down Webinar

Parent Input Webinar

Provide a short answer on the status for the following:

1. Has the CIM Team been developed?
   a. If not when is the expected completion date?
   b. If yes has the CIM Team met?
2. What is the status of the Data Drill Down activity?
3. What is the status of the Parent Input activity?

Please let me know if there are any areas that you would like additional assistance and how you are feeling about the process. If you need additional support, have any questions or concerns, please feel free to contact me. I look forward to hearing from you.

Thank you,

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VEspinosa@cde.ca.gov
http://www.cde.ca.gov/

2

DEFSupp002077

**Vanessa Espinosa**

**From:** Vanessa Espinosa
**Sent:** Monday, May 15, 2023 11:32 AM
**To:**
**Cc:** g
**Subject:** Unified Access to Stepwell for CIM Activities

**Categories:** EMMA C

Stepwell is now live. Activities for the Targeted Compliance and Improvement Monitoring (CIM) may now be accessed in Stepwell by using the following link Stepwell (stepwelled.com). Clicking the link in that email will prompt you to log in with a user name and password.

Use the following information to log in to Stepwell:

Username:
Password:

You will want to change your password upon initial login so that you can ensure security. You can do so by clicking on your profile and going through the steps to change your password.

As always if you have any questions or concerns please feel free to contact me.

Thank you,

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VEspinosa@cde.ca.gov

http://www.cde.ca.gov/

2

DEFSupp002079

| Date and Time | Format of Communication |
|---|---|
| Monday, March 20, 2023 | email |
| Monday, March 27 @ 9am | ZOOM Training |
| Tuesday, April 4th & 6th @ 10 am | ZOOM Training |
| Tuesday, April 18th @9am | ZOOM Training |
| Tuesday, April 18th | email |
| Friday, April 21 | email |
| Tuesday, April 25th @10am | ZOOM Training |
| Thursday, May 4th | email |
| Thursday, May 4th | email |
| Friday, May 5th | email |
| Monday, May 8th @ 10am | ZOOM Training |
| Tuesday, May 9th @ 10am | ZOOM Training |
| Monday May 15th | email |
| Monday May 15th @10am | ZOOM Training |
| Tuesday, May 23rd @10am | ZOOM Training |
| Wednesday, May 31 @10am | ZOOM Training |
| Tuesday, June 6, 2023 | email |
| Tuesday, June 6, 2023 | email |
| Tuesday, June 6, 2023 | email |
| Tuesday, June 6, 2023 | email |
| Tuesday, June 6, 2023 | email |
| Wednesday, June 14, 2023 | ZOOM Training |
| Monday, June 19, 2023 | email |
| Friday, June 23, 2023 | email |

| | |
|---|---|
| Friday, June 23, 2023 | email |
| Wednesday, June 28, 2023 | email |
| Wednesday, June 28, 2023 | email |
| Wednesday, June 28, 2023 | email |
| Thursday, June 29, 2023 | email |
| Thursday, June 29, 2023 | email |
| Thursday, June 29, 2024 | email |
| Thursday, June 29, 2023 | email |
| Thursday, June 29, 2023 | email |
| Friday, June 30, 2023 | email |
| Friday, June 30, 2023 | email |
| Friday, June 30, 2023 | email |
| Tuesday, August 15, 2023 | email |
| Tuesday, August 15, 2023 | email |
| Tuesday, August 15, 2023 | email |
| Tuesday, September 5, 2023 | email |
| Tuesday, September 5, 2023 | email |
| Wednesday, September 6, 2023 | email |
| Thursday, September 7, 2023 | email |
| Thursday, September 7, 2023 | email |
| Thursday, September 7, 2023 | email |
| Thursday, September 7, 2023 | email |
| Thursday, September 7, 2023 | email |
| Thursday, September 7, 2023 | email |

| | |
|---|---|
| Thursday, September 7, 2023 | phone call |
| Thursday, September 7, 2023 | email |
| Thursday, September 7, 2023 | email |

Contact Names(s)

N/A
N/A
N/A

superintendent, special ed director, SELPA director

Special Ed Director [redacted] and SELPA Director [redacted])
N/A
[redacted] cc [redacted]

[redacted] cc [redacted]

[redacted] cc [redacted]
N/A

n/a
[redacted] cc [redacted]
N/A
n/a
N/A

[redacted], SELPA Director [redacted] [redacted] SELPA
[redacted], SELPA Director [redacted] [redacted] SELPA
[redacted], SELPA Director [redacted] [redacted] SELPA

[redacted], SELPA Director [redacted] [redacted] SELPA

[redacted], [redacted] [redacted] SELPA
N/A

[redacted], SELPA Director [redacted] [redacted] SELPA

[redacted], SELPA Director [redacted] [redacted] SELPA

SELPA Director SELPA
SELPA
, SEEDS
SELPA;
, SEEDS
, SEEDS
, SEEDS
SELPA
SELPA
SELPA;
)
)
), and
, SELPA Director SELPA
, SELPA) & )
( ), and (
) and S
)

[REDACTED]

[REDACTED] SELPA) [REDACTED]

[REDACTED] SELPA)

| Contact Initiated by | Purpose |
|---|---|
| DEA | |
| N/A | Targeted Level 3 Orientation was Provided |
| N/A | CIM TEAM Development Training Provided |
| N/A | Data Drill Down Training Provided |
| CDE, | Informing LEAs that Training met max capacity and additional details to come on makeup session |
| CDE, | email to Targeted LEAs explaining they should have developed CIM TEAM and beginning work on Data Drill Down. Provided link to padlet where all past trainings and recordings available. |
| N/A | Parent Input Training |
| | CIM CHECK IN |
| | response to check in- status update |
| | my response to their status update |
| N/A | Stepwell Training- student record review |
| n/a | Stepwell Training- student record review additional session |
| CDE, | Stepwell Log in information |
| N/A | CIM Policy and Procedure Training |
| n/a | Progress Report Training |
| N/A | Consolidation Training |
| | Provided copy of P&P with review protocol for LEAs in County SELPA including |
| CDE, | asked for LEA adoptions |
| | said links were embedded in document |
| CDE, | Asked for resubmission as links to LEA adoption to SELPA policies was not working |
| | provided link to adoption of policies |
| N/A | Progress Report Training |
| CDE, | Reminder of upcoming due date |
| CDE, | Email regarding alternative data drill down activity |



| | |
|---|---|
| | stated all member LEAs would be utilizing IDC and would confirm Monday |
| | asked about SEEDS survey and if it was rec'd as did not have |
| CDE, | asked when can expect the results to come in from SEEDS survey |
| CDE, | explained I reached out to SEEDS to find out and asked if they had reached out as well and what was the last communication received regarding survey |
| | emailed to me stating surveys closed and that LEA had access, confirmed email address |
| CDE, | email to with a CC to me on how to login to receive results of Parent Input Survey |
| | confirmed email |
| CDE, | Forwarded email regarding access |
| | will follow up with at |
| CDE, | Check in on status of submission and if they were able to access results from SEEDS |
| | was able to login and got results of survey |
| CDE, | confirmed step 1 submission |
| CDE, | Request for Revisions to Step 1- due by Sept 4 |
| | Request for submission |
| CDE, | provied copipes of step 1 submission |
| CDE, | Check in on Step 1 resubmission |
| | said that Step 1 was resubmitted |
| CDE, | asked for to confirm it was submitted within stepwell if issues with software provide screen shots |
| | stated he has now submitted in Stepwell with SELPAs help |
| CDE, | Changes are not showing up in Stepwell, emailed back asking if he hit save before he resubmitted |
| | Asked to schedule a call |
| CDE, | provided availability |
| | asked if I was available now |
| cde, | said yes provided phone number |



spoke on phone and explained he needed to make the updates under the consolidation section and include the language on strengths and weaknesses as he had put in his email and would then need to resubmit

stated that they worked together to resubmit and was ready for revised Step 1 to be reviewed

CDE,

Email stating Step 1 was approved and reminder that Step 2 is due by September 30

Notes/Summary

Required Training
Optional Training
Required Training

Optional Training

Attended or viewed all but parent input training so far, has CIM Team developed; working and meeting with SELPA representative on process; has CalPADs person working to upload data for May 23rd meeting- at beginning of process but on track
thanked for response and said to contact if questions come up

not required for LEAs in Step 1

provided SELPA with LEA status update, SELPA has been main point of contact for all their member LEAs

[REDACTED] had already uploaded to IDC at this point

DEFSupp002090

**Vanessa Espinosa**

**From:** [redacted]
**Sent:** Thursday, May 4, 2023 4:22 PM
**To:** Vanessa Espinosa
**Subject:** [EXTERNAL] Re: [redacted] Unified CIM Check-in

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Vanessa,
I've attended the Orientation, CIM Team Development, and the Data Drill Down Webinar. I'm only missing the Parent Input Webinar. In terms of the rest of the process, I've been meeting with [redacted] from SELPA and have identified a team to assist with this process, our first scheduled meeting is May 23, 2023. [redacted], our CALPADS person is working with [redacted] to upload the CALPADS files for our meeting on the 23rd. With all that being said, we are at the beginning of the process but ready to provide you any information that you may be requesting.

On Thu, May 4, 2023 at 2:59 PM Vanessa Espinosa <VEspinosa@cde.ca.gov> wrote:

Hello Director [redacted],

We are now about half way through activities for Step 1 of the Compliance and Improvement Monitoring (CIM) Plan, due June 30, 2023.

Please indicate which of the following webinars were attended or viewed:

Orientation Webinar

CIM Team Development Webinar

Data Drill Down Webinar

Parent Input Webinar

Provide a short answer on the status for the following:

1. Has the CIM Team been developed?
    a. If not when is the expected completion date?
    b. If yes has the CIM Team met?
2. What is the status of the Data Drill Down activity?
3. What is the status of the Parent Input activity?

DEFSupp002091

Please let me know if there are any areas that you would like additional assistance and how you are feeling about the process. If you need additional support, have any questions or concerns, please feel free to contact me. I look forward to hearing from you.

Thank you,

Vanessa Espinosa, Education Programs Assistant

California Department of Education

Special Education Division

Focused Monitoring and Technical Assistance Three

1430 N Street, Suite 2401

Sacramento, CA 95814

Phone: 916-445-4601

Fax: 916-327-0843

VEspinosa@cde.ca.gov

http://www.cde.ca.gov/

--

Statement of Confidentiality: The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged. This transmission is sent for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If

you are not the intended recipient, please immediately notify the sender by reply e-mail, send a copy to postmaster@[redacted] and delete this message and its attachments, if any. E-mail is covered by the Electronic Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

**Vanessa Espinosa**

**From:** Vanessa Espinosa
**Sent:** Tuesday, June 6, 2023 1:54 PM
**To:** [REDACTED]
**Cc:** [REDACTED] Toledo; [REDACTED]
**Subject:** RE: [EXTERNAL] 2023 Targeted Monitoring - Policy and Procedure Review Submission - [REDACTED] SELPA

Hi [REDACTED]

Thank you for submitting. I just need evidence/documentation demonstrating that the named LEAs have adopted the SELPA policies. Please let me know if each individual LEA will provide that information or if it will come from [REDACTED] SELPA.

Thank you,

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VEspinosa@cde.ca.gov
http://www.cde.ca.gov/

---

**From:** [REDACTED]
**Sent:** Tuesday, June 6, 2023 11:37 AM
**To:** Targetedmonitoring <Targetedmonitoring@cde.ca.gov>; Vanessa Espinosa <VEspinosa@cde.ca.gov>
**Cc:** [REDACTED]
**Subject:** [EXTERNAL] 2023 Targeted Monitoring - Policy and Procedure Review Submission - [REDACTED] SELPA

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Good afternoon Vanessa (and Targeted Team),

Please accept the submission of the Policy and Procedure Review for the following [redacted] SELPA LEAs:

The Policy and Procedure Review Protocol for Targeted Monitoring and all supporting documents may be found here.

Should you have any questions, please do not hesitate to contact me.

Positively,

… because each student deserves a special education …

SELPA

ACCESS · LEADERSHIP · EQUITY

**From:** [redacted]
**To:** Vanessa Espinosa
**Subject:** [EXTERNAL] Re: Revision Required CIM Step 1 [redacted]
**Date:** Tuesday, September 5, 2023 4:42:35 PM

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Vanessa,
We did update the information, here is what we entered:
**Consolidation:**

The CIM team met four times. The team utilized a rolling agenda and a storyboard to document its key findings and summarize the learning. The team utilized the Improvement Data Center to collect quantitative data. The team also utilized the Seeds of Partnership survey, the BASICS Tool, and the student file review to collect qualitative data. The team created norms to support with facilitation of team meetings.

Strengths:

- Strong and positive relationships with families/parents
- Thorough assessments and identification of student need
- IEP team meeting documents showed required IEP team participant
- The special education department is improving inclusion efforts across the district
- LRE for 5c, separate school, is a strength as [redacted] does not place students in NPS.

Weaknesses:

- Some policies and procedures need to be written and distributed across the district
- There are some challenges with discipline/suspension rates of students with disabilities as discussed during the Historical Data Protocol activity.
- [redacted] will continue to develop the MTSS process to support student SEL and

behavioral needs

- LRE improvements can be made across the district. The target has not been met for the past 2 years for 5a, and for the past 5 years for 5b.

- Graduation rate is a need for students with disabilities in [REDACTED]. This target has not been met for the past 5 years.

After completing the Gather and Inquiry phase of CIM, the team would like to further explore LRE and its impact on graduation rate and academic achievement.

On Tue, Sep 5, 2023 at 3:15 PM Vanessa Espinosa <VEspinosa@cde.ca.gov> wrote:

Good Afternoon,

A request for revisions to the submitted CIM plan for [REDACTED] was emailed on August 15th requesting the resubmission no later than COB on Monday, September 4 (yesterday). Please see the email below and make the appropriate changes and revisions to strengths and weaknesses under the consolidation section in Stepwell.

> *During consolidation, data statements should have been created. From there you want to group those statements together, examining how they overlap. If areas do not overlap, consider if they are significant enough to be their own category. Once you have grouped the data statements together you will want to label each grouping. The labels of the grouping will then be listed as either strengths or weaknesses.*

Please let me know of the status and if you are having any difficulties. The resubmission is now past due and should be submitted as soon as possible. Just a reminder you are not able to submit Step 2 until Step 1 has been submitted and approved.

Thank you,

Vanessa Espinosa, Education Programs Assistant

California Department of Education

Special Education Division

Focused Monitoring and Technical Assistance Three

1430 N Street, Suite 2401

Sacramento, CA 95814

Phone: 916-445-4601

Fax: 916-327-0843

VMercado@cde.ca.gov

http://www.cde.ca.gov/

---

**From:** Vanessa Espinosa
**Sent:** Tuesday, August 15, 2023 2:14 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Revision Required CIM Step 1 [redacted]

Good afternoon,

I have completed reviewing Step 1. Please login to Stepwell and revise strengths and weaknesses under consolidation, use this email and note the notes within Stepwell as your guide. The notes in stepwell are not up to date nor reflective of what needs to be revised. During consolidation, data statements should have been created. From there you want to group those statements together, examining how they overlap. If areas do not overlap, consider if they are significant enough to be their own category. Once you have grouped the data statements together you will want to label each grouping. The labels of the grouping will then be listed as either strengths or weaknesses.

While not required to update you may want to take another look at data around the indicators on the intensive data sheet that was provided with the annual

determination letter. You may find by focusing on those indicators it will be easier to group data statements. You may find absenteeism can be grouped with Math and ELA proficiency, suspension rate, and even LRE. By taking the time to look at data in the different areas you were identified as not meeting and exploring areas that overlap will allow you to create a plan with activities that yield more impactful results and better outcomes for students.

The Resources for Targeted Monitoring (padlet.com) provides information on consolidation. You may find reviewing the Consolidation for Targeted Monitoring PPT or Consolidation Webinar helpful.

Once you have revised your plan please resubmit and email me. I will be out of the office Monday August 21, returning Tuesday, September 5th and will begin reviewing resubmissions at that time. Please make sure all revisions are made and submitted no later than 5pm on Monday September 4th. I will have an out of office email response that will direct you to another consultant who can answer your questions during my absence should any arise.

Just a reminder Step 2 will be due at the end of September.

Thank you,

Vanessa Espinosa, Education Programs Assistant

California Department of Education

Special Education Division

Focused Monitoring and Technical Assistance Three

1430 N Street, Suite 2401

Sacramento, CA 95814

Phone: 916-445-4601

Fax: 916-327-0843

VMercado@cde.ca.gov

http://www.cde.ca.gov/

--

, School Psychologist
Director of Special Services

Statement of Confidentiality: The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged. This transmission is sent for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail, send a copy to postmaster and delete this message and its attachments, if any. E-mail is covered by the Electronic Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

**Vanessa Espinosa**

**From:** [redacted]
**Sent:** Tuesday, June 6, 2023 11:37 AM
**To:** Targetedmonitoring; Vanessa Espinosa
**Cc:** [redacted]
**Subject:** [EXTERNAL] 2023 Targeted Monitoring - Policy and Procedure Review Submission - [redacted] SELPA

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Good afternoon Vanessa (and Targeted Team),

Please accept the submission of the Policy and Procedure Review for the following [redacted] SELPA LEAs:

[redacted]

The Policy and Procedure Review Protocol for Targeted Monitoring and all supporting documents may be found here.

Should you have any questions, please do not hesitate to contact me.

Positively,

[redacted]

[redacted]
Executive Director
[redacted] SELPA
[redacted]

… because each student deserves a special education …



SELPA
ACCESS · LEADERSHIP · EQUITY

2

DEFSupp002102

**From:** Vanessa Espinosa
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: Revision Required CIM Step 1 [redacted]
**Date:** Tuesday, September 5, 2023 3:15:33 PM

Good Afternoon,

A request for revisions to the submitted CIM plan for [redacted] was emailed on August 15th requesting the resubmission no later than COB on Monday, September 4 (yesterday). Please see the email below and make the appropriate changes and revisions to strengths and weaknesses under the consolidation section in Stepwell.

> *During consolidation, data statements should have been created. From there you want to group those statements together, examining how they overlap. If areas do not overlap, consider if they are significant enough to be their own category. Once you have grouped the data statements together you will want to label each grouping. The labels of the grouping will then be listed as either strengths or weaknesses.*

Please let me know of the status and if you are having any difficulties. The resubmission is now past due and should be submitted as soon as possible. Just a reminder you are not able to submit Step 2 until Step 1 has been submitted and approved.

Thank you,

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VMercado@cde.ca.gov
http://www.cde.ca.gov/

---

**From:** Vanessa Espinosa
**Sent:** Tuesday, August 15, 2023 2:14 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Revision Required CIM Step 1 [redacted]

Good afternoon,

I have completed reviewing Step 1. Please login to Stepwell and revise strengths and weaknesses under consolidation, use this email and note the notes within Stepwell as your guide. The notes in stepwell are not up to date nor reflective of what needs to be revised. During consolidation, data statements should have been created. From there you want to group those statements together, examining how they overlap. If areas do not overlap, consider if they are significant enough to be their own category. Once you have grouped the data statements together you will want to label each grouping. The labels of the grouping will then be listed as either strengths or weaknesses.

While not required to update you may want to take another look at data around the indicators on the intensive data sheet that was provided with the annual determination letter. You may find by focusing on those indicators it will be easier to group data statements. You may find absenteeism can be grouped with Math and ELA proficiency, suspension rate, and even LRE. By taking the time to look at data in the different areas you were identified as not meeting and exploring areas that overlap will allow you to create a plan with activities that yield more impactful results and better outcomes for students.

The Resources for Targeted Monitoring (padlet.com) provides information on consolidation. You may find reviewing the Consolidation for Targeted Monitoring PPT or Consolidation Webinar helpful.

Once you have revised your plan please resubmit and email me. I will be out of the office Monday August 21, returning Tuesday, September 5th and will begin reviewing resubmissions at that time. Please make sure all revisions are made and submitted no later than 5pm on Monday September 4th. I will have an out of office email response that will direct you to another consultant who can answer your questions during my absence should any arise.

Just a reminder Step 2 will be due at the end of September.

Thank you,

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VMercado@cde.ca.gov
http://www.cde.ca.gov/

**From:** Vanessa Espinosa
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: [EXTERNAL] Re: Revision Required CIM Step 1 [redacted]
**Date:** Wednesday, September 6, 2023 7:34:06 AM

Good Morning [redacted]

I just logged in to Stepwell again and do not see the changes made, nor is it showing as resubmitted only as returned. Can you please confirm that you have hit the submit button in Stepwell so the revisions show on my end. If you find that you are encountering any difficulties with the software, please take screenshots and submit to me via email to show that a resubmission has been entered and we can try and troubleshoot from our end.

Thank you,
Vanessa

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VMercado@cde.ca.gov
http://www.cde.ca.gov/

---

**From:** [redacted]
**Sent:** Tuesday, September 5, 2023 4:41 PM
**To:** Vanessa Espinosa <VEspinosa@cde.ca.gov>
**Subject:** [EXTERNAL] Re: Revision Required CIM Step 1 [redacted]

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Vanessa,
We did update the information, here is what we entered:
**Consolidation:**

The CIM team met four times. The team utilized a rolling agenda and a storyboard to document its key findings and summarize the learning. The team utilized the Improvement Data Center to collect quantitative data. The team also utilized the Seeds of Partnership survey, the BASICS Tool, and the student file review to collect qualitative data. The team created norms to support with facilitation of team meetings.

Strengths:

- Strong and positive relationships with families/parents
- Thorough assessments and identification of student need
- IEP team meeting documents showed required IEP team participant
- The special education department is improving inclusion efforts across the district
- LRE for 5c, separate school, is a strength as [redacted] does not place students in NPS.

Weaknesses:

- Some policies and procedures need to be written and distributed across the district
- There are some challenges with discipline/suspension rates of students with disabilities as discussed during the Historical Data Protocol activity.
- [redacted] will continue to develop the MTSS process to support student SEL and behavioral needs
- LRE improvements can be made across the district. The target has not been met for the past 2 years for 5a, and for the past 5 years for 5b.
- Graduation rate is a need for students with disabilities in [redacted]. This target has not been met for the past 5 years.

After completing the Gather and Inquiry phase of CIM, the team would like to further explore LRE and its impact on graduation rate and academic achievement.

On Tue, Sep 5, 2023 at 3:15 PM Vanessa Espinosa <VEspinosa@cde.ca.gov> wrote:

> Good Afternoon,

A request for revisions to the submitted CIM plan for [redacted] was emailed on August 15th requesting the resubmission no later than COB on Monday, September 4 (yesterday). Please see the email below and make the appropriate changes and revisions to strengths and weaknesses under the consolidation section in Stepwell.

> *During consolidation, data statements should have been created. From there you want to group those statements together, examining how they overlap. If areas do not overlap, consider if they are significant enough to be their own category. Once you have grouped the data statements together you will want to label each grouping. The labels of the grouping will then be listed as either strengths or weaknesses.*

Please let me know of the status and if you are having any difficulties. The resubmission is now past due and should be submitted as soon as possible. Just a reminder you are not able to submit Step 2 until Step 1 has been submitted and approved.

Thank you,

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VMercado@cde.ca.gov
http://www.cde.ca.gov/

---

**From:** Vanessa Espinosa
**Sent:** Tuesday, August 15, 2023 2:14 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Revision Required CIM Step 1 [redacted]

Good afternoon,

I have completed reviewing Step 1. Please login to Stepwell and revise strengths and weaknesses under consolidation, use this email and note the notes within Stepwell as your guide. The notes in stepwell are not up to date nor reflective of what needs to be revised. During consolidation, data statements should have been created. From there you want to group those statements together, examining how they overlap. If areas do not overlap, consider if they are significant enough to be

their own category. Once you have grouped the data statements together you will want to label each grouping. The labels of the grouping will then be listed as either strengths or weaknesses.

While not required to update you may want to take another look at data around the indicators on the intensive data sheet that was provided with the annual determination letter. You may find by focusing on those indicators it will be easier to group data statements. You may find absenteeism can be grouped with Math and ELA proficiency, suspension rate, and even LRE. By taking the time to look at data in the different areas you were identified as not meeting and exploring areas that overlap will allow you to create a plan with activities that yield more impactful results and better outcomes for students.

The Resources for Targeted Monitoring (padlet.com) provides information on consolidation. You may find reviewing the Consolidation for Targeted Monitoring PPT or Consolidation Webinar helpful.

Once you have revised your plan please resubmit and email me. I will be out of the office Monday August 21, returning Tuesday, September 5th and will begin reviewing resubmissions at that time. Please make sure all revisions are made and submitted no later than 5pm on Monday September 4th. I will have an out of office email response that will direct you to another consultant who can answer your questions during my absence should any arise.

Just a reminder Step 2 will be due at the end of September.

Thank you,

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VMercado@cde.ca.gov
http://www.cde.ca.gov/

--

, School Psychologist
Director of Special Services

Statement of Confidentiality: The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged. This transmission is sent for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail, send a copy to postmaster@[redacted] and delete this message and its attachments, if any. E-mail is covered by the Electronic Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

**From:** [redacted]
**To:** Vanessa Espinosa
**Subject:** Re: [EXTERNAL] Re: Revision Required CIM Step 1 [redacted]
**Date:** Thursday, September 7, 2023 11:54:02 AM

Hi Vanessa,
Please log back into Stepwell, the updated information should be there now. [redacted] and I just reviewed together. Thank you for your patience.

On Wed, Sep 6, 2023 at 7:34 AM Vanessa Espinosa <VEspinosa@cde.ca.gov> wrote:

> Good Morning [redacted]
>
> I just logged in to Stepwell again and do not see the changes made, nor is it showing as resubmitted only as returned. Can you please confirm that you have hit the submit button in Stepwell so the revisions show on my end. If you find that you are encountering any difficulties with the software, please take screenshots and submit to me via email to show that a resubmission has been entered and we can try and troubleshoot from our end.
>
> Thank you,
> Vanessa
>
> Vanessa Espinosa, Education Programs Assistant
>
> California Department of Education
>
> Special Education Division
>
> Focused Monitoring and Technical Assistance Three
>
> 1430 N Street, Suite 2401
>
> Sacramento, CA 95814
>
> Phone: 916-445-4601
>
> Fax: 916-327-0843
>
> VMercado@cde.ca.gov
>
> http://www.cde.ca.gov/
>
> ---
>
> **From:** [redacted]
> **Sent:** Tuesday, September 5, 2023 4:41 PM
> **To:** Vanessa Espinosa <VEspinosa@cde.ca.gov>

**Subject:** [EXTERNAL] Re: Revision Required CIM Step 1 [REDACTED]

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Vanessa,
We did update the information, here is what we entered:
**Consolidation:**

The CIM team met four times. The team utilized a rolling agenda and a storyboard to document its key findings and summarize the learning. The team utilized the Improvement Data Center to collect quantitative data. The team also utilized the Seeds of Partnership survey, the BASICS Tool, and the student file review to collect qualitative data. The team created norms to support with facilitation of team meetings.

Strengths:

- Strong and positive relationships with families/parents
- Thorough assessments and identification of student need
- IEP team meeting documents showed required IEP team participant
- The special education department is improving inclusion efforts across the district
- LRE for 5c, separate school, is a strength as [REDACTED] does not place students in NPS.

Weaknesses:

- Some policies and procedures need to be written and distributed across the district
- There are some challenges with discipline/suspension rates of students with disabilities as discussed during the Historical Data Protocol activity.
- [REDACTED] will continue to develop the MTSS process to support student SEL and behavioral needs

- LRE improvements can be made across the district. The target has not been met for the past 2 years for 5a, and for the past 5 years for 5b.
- Graduation rate is a need for students with disabilities in [REDACTED] This target has not been met for the past 5 years.

After completing the Gather and Inquiry phase of CIM, the team would like to further explore LRE and its impact on graduation rate and academic achievement.

On Tue, Sep 5, 2023 at 3:15 PM Vanessa Espinosa <VEspinosa@cde.ca.gov> wrote:

Good Afternoon,

A request for revisions to the submitted CIM plan for [REDACTED] was emailed on August 15th requesting the resubmission no later than COB on Monday, September 4 (yesterday). Please see the email below and make the appropriate changes and revisions to strengths and weaknesses under the consolidation section in Stepwell.

> *During consolidation, data statements should have been created. From there you want to group those statements together, examining how they overlap. If areas do not overlap, consider if they are significant enough to be their own category. Once you have grouped the data statements together you will want to label each grouping. The labels of the grouping will then be listed as either strengths or weaknesses.*

Please let me know of the status and if you are having any difficulties. The resubmission is now past due and should be submitted as soon as possible. Just a reminder you are not able to submit Step 2 until Step 1 has been submitted and approved.

Thank you,

Vanessa Espinosa, Education Programs Assistant

California Department of Education

Special Education Division

Focused Monitoring and Technical Assistance Three

1430 N Street, Suite 2401

Sacramento, CA 95814

Phone: 916-445-4601

Fax: 916-327-0843

VMercado@cde.ca.gov

http://www.cde.ca.gov/

---

**From:** Vanessa Espinosa
**Sent:** Tuesday, August 15, 2023 2:14 PM
**To:** [REDACTED]
**Cc:** [REDACTED]
**Subject:** Revision Required CIM Step 1 [REDACTED]

Good afternoon,

I have completed reviewing Step 1. Please login to Stepwell and revise strengths and weaknesses under consolidation, use this email and note the notes within Stepwell as your guide. The notes in stepwell are not up to date nor reflective of what needs to be revised. During consolidation, data statements should have been created. From there you want to group those statements together, examining how they overlap. If areas do not overlap, consider if they are significant enough to be their own category. Once you have grouped the data statements together you will want to label each grouping. The labels of the grouping will then be listed as either strengths or weaknesses.

While not required to update you may want to take another look at data around the indicators on the intensive data sheet that was provided with the annual

determination letter. You may find by focusing on those indicators it will be easier to group data statements. You may find absenteeism can be grouped with Math and ELA proficiency, suspension rate, and even LRE. By taking the time to look at data in the different areas you were identified as not meeting and exploring areas that overlap will allow you to create a plan with activities that yield more impactful results and better outcomes for students.

The Resources for Targeted Monitoring (padlet.com) provides information on consolidation. You may find reviewing the Consolidation for Targeted Monitoring PPT or Consolidation Webinar helpful.

Once you have revised your plan please resubmit and email me. I will be out of the office Monday August 21, returning Tuesday, September 5th and will begin reviewing resubmissions at that time. Please make sure all revisions are made and submitted no later than 5pm on Monday September 4th. I will have an out of office email response that will direct you to another consultant who can answer your questions during my absence should any arise.

Just a reminder Step 2 will be due at the end of September.

Thank you,

Vanessa Espinosa, Education Programs Assistant

California Department of Education

Special Education Division

Focused Monitoring and Technical Assistance Three

1430 N Street, Suite 2401

Sacramento, CA 95814

Phone: 916-445-4601

Fax: 916-327-0843

VMercado@cde.ca.gov

http://www.cde.ca.gov/

--

[REDACTED], School Psychologist
Director of Special Services
[REDACTED]

Statement of Confidentiality: The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged. This transmission is sent for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail, send a copy to postmaster@[REDACTED] and delete this message and its attachments, if any. E-mail is covered by the Electronic Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

--

[REDACTED], School Psychologist
Director of Special Services
[REDACTED]

Statement of Confidentiality: The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged. This transmission is sent for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail, send a copy to postmaster@[REDACTED] and delete this message and its attachments, if any. E-mail is covered by the Electronic Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

**From:** Vanessa Espinosa
**To:**
**Cc:**
**Subject:** RE: [EXTERNAL] Re: Revision Required CIM Step 1
**Date:** Thursday, September 7, 2023 12:13:19 PM
**Attachments:** Resubmission Sept 7.pdf

---

Hi

I logged into Stepwell. It now shows Step 1 as resubmitted. However, I do not see changes made as requested for strengths and weaknesses under the consolidation area. I have attached a screenshot for your reference. Does this match your changes? Did you save your new work before resubmitting? I am sending it back within Stepwell so you can review make sure changes are saved and resubmit.

Please let me know if you would like to schedule a call to discuss.

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VMercado@cde.ca.gov
http://www.cde.ca.gov/

---

**From:**
**Sent:** Thursday, September 7, 2023 11:53 AM
**To:** Vanessa Espinosa <VEspinosa@cde.ca.gov>
**Subject:** Re: [EXTERNAL] Re: Revision Required CIM Step 1

Hi Vanessa,
Please log back into Stepwell, the updated information should be there now. Kellie and I just reviewed together. Thank you for your patience.

On Wed, Sep 6, 2023 at 7:34 AM Vanessa Espinosa <VEspinosa@cde.ca.gov> wrote:

> Good Morning
>
> I just logged in to Stepwell again and do not see the changes made, nor is it showing as resubmitted only as returned. Can you please confirm that you have hit the submit button in Stepwell so the revisions show on my end. If you find that you are encountering any difficulties with the software, please take screenshots and submit to me via email to show that a resubmission has been entered and we can try and troubleshoot from our end.

Thank you,
Vanessa

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VMercado@cde.ca.gov
http://www.cde.ca.gov/

---

**From:** [redacted]
**Sent:** Tuesday, September 5, 2023 4:41 PM
**To:** Vanessa Espinosa <VEspinosa@cde.ca.gov>
**Subject:** [EXTERNAL] Re: Revision Required CIM Step 1 [redacted]

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Vanessa,
We did update the information, here is what we entered:

**Consolidation:**

The CIM team met four times. The team utilized a rolling agenda and a storyboard to document its key findings and summarize the learning. The team utilized the Improvement Data Center to collect quantitative data. The team also utilized the Seeds of Partnership survey, the BASICS Tool, and the student file review to collect qualitative data. The team created norms to support with facilitation of team meetings.

Strengths:

- Strong and positive relationships with families/parents
- Thorough assessments and identification of student need
- IEP team meeting documents showed required IEP team participant
- The special education department is improving inclusion efforts across the

district
- LRE for 5c, separate school, is a strength as [redacted] does not place students in NPS.

Weaknesses:

- Some policies and procedures need to be written and distributed across the district
- There are some challenges with discipline/suspension rates of students with disabilities as discussed during the Historical Data Protocol activity.
- [redacted] will continue to develop the MTSS process to support student SEL and behavioral needs
- LRE improvements can be made across the district. The target has not been met for the past 2 years for 5a, and for the past 5 years for 5b.
- Graduation rate is a need for students with disabilities in [redacted] This target has not been met for the past 5 years.

After completing the Gather and Inquiry phase of CIM, the team would like to further explore LRE and its impact on graduation rate and academic achievement.

On Tue, Sep 5, 2023 at 3:15 PM Vanessa Espinosa <VEspinosa@cde.ca.gov> wrote:

> Good Afternoon,
>
> A request for revisions to the submitted CIM plan for [redacted] was emailed on August 15th requesting the resubmission no later than COB on Monday, September 4 (yesterday). Please see the email below and make the appropriate changes and revisions to strengths and weaknesses under the consolidation section in Stepwell.
>
> *During consolidation, data statements should have been created. From there you want to group those statements together, examining how they overlap. If areas do not overlap, consider if they are significant enough to be their own category. Once you have grouped the data statements together you will want to label each grouping. The labels of the grouping will then be listed as either strengths or weaknesses.*
>
> Please let me know of the status and if you are having any difficulties. The resubmission is now past due and should be submitted as soon as possible. Just a reminder you are not able to submit Step 2 until Step 1 has been submitted and

approved.

Thank you,

Vanessa Espinosa, Education Programs Assistant

California Department of Education

Special Education Division

Focused Monitoring and Technical Assistance Three

1430 N Street, Suite 2401

Sacramento, CA 95814

Phone: 916-445-4601

Fax: 916-327-0843

VMercado@cde.ca.gov

http://www.cde.ca.gov/

---

**From:** Vanessa Espinosa
**Sent:** Tuesday, August 15, 2023 2:14 PM
**To:**
**Cc:**
**Subject:** Revision Required CIM Step 1

Good afternoon,

I have completed reviewing Step 1. Please login to Stepwell and revise strengths and weaknesses under consolidation, use this email and note the notes within Stepwell as your guide. The notes in stepwell are not up to date nor reflective of what needs to be revised. During consolidation, data statements should have

been created. From there you want to group those statements together, examining how they overlap. If areas do not overlap, consider if they are significant enough to be their own category. Once you have grouped the data statements together you will want to label each grouping. The labels of the grouping will then be listed as either strengths or weaknesses.

While not required to update you may want to take another look at data around the indicators on the intensive data sheet that was provided with the annual determination letter. You may find by focusing on those indicators it will be easier to group data statements. You may find absenteeism can be grouped with Math and ELA proficiency, suspension rate, and even LRE. By taking the time to look at data in the different areas you were identified as not meeting and exploring areas that overlap will allow you to create a plan with activities that yield more impactful results and better outcomes for students.

The Resources for Targeted Monitoring (padlet.com) provides information on consolidation. You may find reviewing the Consolidation for Targeted Monitoring PPT or Consolidation Webinar helpful.

Once you have revised your plan please resubmit and email me. I will be out of the office Monday August 21, returning Tuesday, September 5th and will begin reviewing resubmissions at that time. Please make sure all revisions are made and submitted no later than 5pm on Monday September 4th. I will have an out of office email response that will direct you to another consultant who can answer your questions during my absence should any arise.

Just a reminder Step 2 will be due at the end of September.

Thank you,

Vanessa Espinosa, Education Programs Assistant

California Department of Education

Special Education Division

Focused Monitoring and Technical Assistance Three

1430 N Street, Suite 2401

Sacramento, CA 95814

Phone: 916-445-4601

Fax: 916-327-0843

VMercado@cde.ca.gov

http://www.cde.ca.gov/

--

[REDACTED], School Psychologist
Director of Special Services
[REDACTED]

Statement of Confidentiality: The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged. This transmission is sent for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail, send a copy to postmaster@[REDACTED]nd delete this message and its attachments, if any. E-mail is covered by the Electronic Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

--

[REDACTED], School Psychologist
Director of Special Services
[REDACTED]

Statement of Confidentiality: The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged. This transmission is sent for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail, send a copy to postmaster@[REDACTED]nd delete this message and its attachments, if any. E-mail is covered by the Electronic Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

**From:** [redacted]
**To:** Vanessa Espinosa
**Subject:** Re: [EXTERNAL] Re: Revision Required CIM Step 1 [redacted]
**Date:** Thursday, September 7, 2023 12:23:42 PM

---

Vanessa,
Let's schedule a call, what's your availability?

On Thu, Sep 7, 2023 at 12:13 PM Vanessa Espinosa <VEspinosa@cde.ca.gov> wrote:

> Hi [redacted]
>
> I logged into Stepwell. It now shows Step 1 as resubmitted. However, I do not see changes made as requested for strengths and weaknesses under the consolidation area. I have attached a screenshot for your reference. Does this match your changes? Did you save your new work before resubmitting? I am sending it back within Stepwell so you can review make sure changes are saved and resubmit.
>
> Please let me know if you would like to schedule a call to discuss.
>
> Vanessa Espinosa, Education Programs Assistant
>
> California Department of Education
>
> Special Education Division
>
> Focused Monitoring and Technical Assistance Three
>
> 1430 N Street, Suite 2401
>
> Sacramento, CA 95814
>
> Phone: 916-445-4601
>
> Fax: 916-327-0843
>
> VMercado@cde.ca.gov
>
> http://www.cde.ca.gov/

**From:** [redacted]
**Sent:** Thursday, September 7, 2023 11:53 AM
**To:** Vanessa Espinosa <VEspinosa@cde.ca.gov>
**Subject:** Re: [EXTERNAL] Re: Revision Required CIM Step 1 [redacted]

Hi Vanessa,

Please log back into Stepwell, the updated information should be there now. [redacted] and I just reviewed together. Thank you for your patience.

On Wed, Sep 6, 2023 at 7:34 AM Vanessa Espinosa <VEspinosa@cde.ca.gov> wrote:

> Good Morning [redacted]
>
> I just logged in to Stepwell again and do not see the changes made, nor is it showing as resubmitted only as returned. Can you please confirm that you have hit the submit button in Stepwell so the revisions show on my end. If you find that you are encountering any difficulties with the software, please take screenshots and submit to me via email to show that a resubmission has been entered and we can try and troubleshoot from our end.
>
> Thank you,
>
> Vanessa
>
> Vanessa Espinosa, Education Programs Assistant
>
> California Department of Education
>
> Special Education Division
>
> Focused Monitoring and Technical Assistance Three
>
> 1430 N Street, Suite 2401
>
> Sacramento, CA 95814

Phone: 916-445-4601

Fax: 916-327-0843

VMercado@cde.ca.gov

http://www.cde.ca.gov/

---

**From:** [REDACTED]
**Sent:** Tuesday, September 5, 2023 4:41 PM
**To:** Vanessa Espinosa <VEspinosa@cde.ca.gov>
**Subject:** [EXTERNAL] Re: Revision Required CIM Step 1 [REDACTED]

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Vanessa,

We did update the information, here is what we entered:

**Consolidation:**

The CIM team met four times. The team utilized a rolling agenda and a storyboard to document its key findings and summarize the learning. The team utilized the Improvement Data Center to collect quantitative data. The team also utilized the Seeds of Partnership survey, the BASICS Tool, and the student file review to collect qualitative data. The team created norms to support with facilitation of team meetings.

Strengths:

- Strong and positive relationships with families/parents
- Thorough assessments and identification of student need
- IEP team meeting documents showed required IEP team participant
- The special education department is improving inclusion efforts across the district
- LRE for 5c, separate school, is a strength as [REDACTED] does not place students in NPS.

Weaknesses:

- Some policies and procedures need to be written and distributed across the district
- There are some challenges with discipline/suspension rates of students with disabilities as discussed during the Historical Data Protocol activity.
- [REDACTED] will continue to develop the MTSS process to support student SEL and behavioral needs
- LRE improvements can be made across the district. The target has not been met for the past 2 years for 5a, and for the past 5 years for 5b.
- Graduation rate is a need for students with disabilities in [REDACTED] This target has not been met for the past 5 years.

After completing the Gather and Inquiry phase of CIM, the team would like to further explore LRE and its impact on graduation rate and academic achievement.

On Tue, Sep 5, 2023 at 3:15 PM Vanessa Espinosa <VEspinosa@cde.ca.gov> wrote:

Good Afternoon,

A request for revisions to the submitted CIM plan for [REDACTED] was emailed on August 15th requesting the resubmission no later than COB on Monday, September 4 (yesterday). Please see the email below and make the appropriate changes and revisions to strengths and weaknesses under the consolidation section in Stepwell.

*During consolidation, data statements should have been created. From there you want to group those statements together, examining how they overlap. If areas do not overlap, consider if they are significant enough to be their own category. Once you have grouped the data statements together you will want to label each grouping. The labels of the grouping will then be listed as either strengths or weaknesses.*

Please let me know of the status and if you are having any difficulties. The resubmission is now past due and should be submitted as soon as possible. Just a reminder you are not able to submit Step 2 until Step 1 has been submitted and approved.

Thank you,

Vanessa Espinosa, Education Programs Assistant

California Department of Education

Special Education Division

Focused Monitoring and Technical Assistance Three

1430 N Street, Suite 2401

Sacramento, CA 95814

Phone: 916-445-4601

Fax: 916-327-0843

VMercado@cde.ca.gov

http://www.cde.ca.gov/

---

**From:** Vanessa Espinosa
**Sent:** Tuesday, August 15, 2023 2:14 PM
**To:** [REDACTED]
**Cc:** [REDACTED]
**Subject:** Revision Required CIM Step 1 [REDACTED]

Good afternoon,

I have completed reviewing Step 1. Please login to Stepwell and revise strengths and weaknesses under consolidation, use this email and note the notes within Stepwell as your guide. The notes in stepwell are not up to date nor reflective of what needs to be revised. During consolidation, data statements should have been created. From there you want to group those statements together, examining how they overlap. If areas do not overlap,

consider if they are significant enough to be their own category. Once you have grouped the data statements together you will want to label each grouping. The labels of the grouping will then be listed as either strengths or weaknesses.

While not required to update you may want to take another look at data around the indicators on the intensive data sheet that was provided with the annual determination letter. You may find by focusing on those indicators it will be easier to group data statements. You may find absenteeism can be grouped with Math and ELA proficiency, suspension rate, and even LRE. By taking the time to look at data in the different areas you were identified as not meeting and exploring areas that overlap will allow you to create a plan with activities that yield more impactful results and better outcomes for students.

The Resources for Targeted Monitoring (padlet.com) provides information on consolidation. You may find reviewing the Consolidation for Targeted Monitoring PPT or Consolidation Webinar helpful.

Once you have revised your plan please resubmit and email me. I will be out of the office Monday August 21, returning Tuesday, September 5th and will begin reviewing resubmissions at that time. Please make sure all revisions are made and submitted no later than 5pm on Monday September 4th. I will have an out of office email response that will direct you to another consultant who can answer your questions during my absence should any arise.

Just a reminder Step 2 will be due at the end of September.

Thank you,

Vanessa Espinosa, Education Programs Assistant

California Department of Education

Special Education Division

Focused Monitoring and Technical Assistance Three

1430 N Street, Suite 2401

Sacramento, CA 95814

Phone: 916-445-4601

Fax: 916-327-0843

VMercado@cde.ca.gov

http://www.cde.ca.gov/

--

[REDACTED], School Psychologist
Director of Special Services
[REDACTED]

Statement of Confidentiality: The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged. This transmission is sent for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail, send a copy to postmaster@[REDACTED] and delete this message and its attachments, if any. E-mail is covered by the Electronic Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

--

[REDACTED] School Psychologist
Director of Special Services
[REDACTED]

Statement of Confidentiality: The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged. This transmission is sent for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail, send a copy to postmaster@[REDACTED] and delete this

message and its attachments, if any. E-mail is covered by the Electronic Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

--

, School Psychologist
Director of Special Services

Statement of Confidentiality: The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged. This transmission is sent for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail, send a copy to postmaster@ nd delete this message and its attachments, if any. E-mail is covered by the Electronic Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

**From:** [redacted]
**To:** Vanessa Espinosa
**Subject:** Re: [EXTERNAL] Re: Revision Required CIM Step 1 [redacted]
**Date:** Thursday, September 7, 2023 12:28:43 PM

---

Are you available now?

On Thu, Sep 7, 2023 at 12:25 PM Vanessa Espinosa <VEspinosa@cde.ca.gov> wrote:

> I'm free until 2 today, then I have some meetings scheduled.
>
> Vanessa Espinosa, Education Programs Assistant
>
> California Department of Education
>
> Special Education Division
>
> Focused Monitoring and Technical Assistance Three
>
> 1430 N Street, Suite 2401
>
> Sacramento, CA 95814
>
> Phone: 916-445-4601
>
> Fax: 916-327-0843
>
> VMercado@cde.ca.gov
>
> http://www.cde.ca.gov/
>
> ---
>
> **From:** [redacted]
> **Sent:** Thursday, September 7, 2023 12:22 PM
> **To:** Vanessa Espinosa <VEspinosa@cde.ca.gov>
> **Subject:** Re: [EXTERNAL] Re: Revision Required CIM Step 1 [redacted]
>
> Vanessa,
> Let's schedule a call, what's your availability?
>
> On Thu, Sep 7, 2023 at 12:13 PM Vanessa Espinosa <VEspinosa@cde.ca.gov> wrote:
>
> > Hi [redacted]

I logged into Stepwell. It now shows Step 1 as resubmitted. However, I do not see changes made as requested for strengths and weaknesses under the consolidation area. I have attached a screenshot for your reference. Does this match your changes? Did you save your new work before resubmitting? I am sending it back within Stepwell so you can review make sure changes are saved and resubmit.

Please let me know if you would like to schedule a call to discuss.

Vanessa Espinosa, Education Programs Assistant

California Department of Education

Special Education Division

Focused Monitoring and Technical Assistance Three

1430 N Street, Suite 2401

Sacramento, CA 95814

Phone: 916-445-4601

Fax: 916-327-0843

VMercado@cde.ca.gov

http://www.cde.ca.gov/

---

**From:** [redacted]
**Sent:** Thursday, September 7, 2023 11:53 AM
**To:** Vanessa Espinosa <VEspinosa@cde.ca.gov>
**Subject:** Re: [EXTERNAL] Re: Revision Required CIM Step 1 [redacted]

Hi Vanessa,

Please log back into Stepwell, the updated information should be there now. [redacted] and I just reviewed together. Thank you for your patience.

On Wed, Sep 6, 2023 at 7:34 AM Vanessa Espinosa <VEspinosa@cde.ca.gov> wrote:

Good Morning [redacted]

I just logged in to Stepwell again and do not see the changes made, nor is it showing as resubmitted only as returned. Can you please confirm that you have hit the submit button in Stepwell so the revisions show on my end. If you find that you are encountering any difficulties with the software, please take screenshots and submit to me via email to show that a resubmission has been entered and we can try and troubleshoot from our end.

Thank you,

Vanessa

Vanessa Espinosa, Education Programs Assistant

California Department of Education

Special Education Division

Focused Monitoring and Technical Assistance Three

1430 N Street, Suite 2401

Sacramento, CA 95814

Phone: 916-445-4601

Fax: 916-327-0843

VMercado@cde.ca.gov

http://www.cde.ca.gov/

**From:** [redacted]
**Sent:** Tuesday, September 5, 2023 4:41 PM
**To:** Vanessa Espinosa <VEspinosa@cde.ca.gov>
**Subject:** [EXTERNAL] Re: Revision Required CIM Step 1 [redacted]

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Vanessa,

We did update the information, here is what we entered:

**Consolidation:**

The CIM team met four times. The team utilized a rolling agenda and a storyboard to document its key findings and summarize the learning. The team utilized the Improvement Data Center to collect quantitative data. The team also utilized the Seeds of Partnership survey, the BASICS Tool, and the student file review to collect qualitative data. The team created norms to support with facilitation of team meetings.

Strengths:

- Strong and positive relationships with families/parents
- Thorough assessments and identification of student need
- IEP team meeting documents showed required IEP team participant
- The special education department is improving inclusion efforts across the district
- LRE for 5c, separate school, is a strength as [redacted] does not place students in NPS.

Weaknesses:

- Some policies and procedures need to be written and distributed across the district
- There are some challenges with discipline/suspension rates of students with disabilities as discussed during the Historical Data Protocol activity.
- [redacted] will continue to develop the MTSS process to support student SEL and behavioral needs
- LRE improvements can be made across the district. The target has not been met for the past 2 years for 5a, and for the past 5 years for 5b.
- Graduation rate is a need for students with disabilities in [redacted] This target has not been met for the past 5 years.

After completing the Gather and Inquiry phase of CIM, the team would like to further explore LRE and its impact on graduation rate and academic achievement.

On Tue, Sep 5, 2023 at 3:15 PM Vanessa Espinosa <VEspinosa@cde.ca.gov> wrote:

Good Afternoon,

A request for revisions to the submitted CIM plan for [REDACTED] was emailed on August 15th requesting the resubmission no later than COB on Monday, September 4 (yesterday). Please see the email below and make the appropriate changes and revisions to strengths and weaknesses under the consolidation section in Stepwell.

> *During consolidation, data statements should have been created. From there you want to group those statements together, examining how they overlap. If areas do not overlap, consider if they are significant enough to be their own category. Once you have grouped the data statements together you will want to label each grouping. The labels of the grouping will then be listed as either strengths or weaknesses.*

Please let me know of the status and if you are having any difficulties. The resubmission is now past due and should be submitted as soon as possible. Just a reminder you are not able to submit Step 2 until Step 1 has been submitted and approved.

Thank you,

Vanessa Espinosa, Education Programs Assistant

California Department of Education

Special Education Division

Focused Monitoring and Technical Assistance Three

1430 N Street, Suite 2401

Sacramento, CA 95814

Phone: 916-445-4601

Fax: 916-327-0843

VMercado@cde.ca.gov

http://www.cde.ca.gov/

---

**From:** Vanessa Espinosa
**Sent:** Tuesday, August 15, 2023 2:14 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Revision Required CIM Step 1 [redacted]

Good afternoon,

I have completed reviewing Step 1. Please login to Stepwell and revise strengths and weaknesses under consolidation, use this email and note the notes within Stepwell as your guide. The notes in stepwell are not up to date nor reflective of what needs to be revised. During consolidation, data statements should have been created. From there you want to group those statements together, examining how they overlap. If areas do not overlap, consider if they are significant enough to be their own category. Once you have grouped the data statements together you will want to label each grouping. The labels of the grouping will then be listed as either strengths or weaknesses.

While not required to update you may want to take another look at data around the indicators on the intensive data sheet that was provided with the annual determination letter. You may find by focusing on those indicators it will be easier to group data statements. You may find absenteeism can be grouped with Math and ELA proficiency, suspension rate, and even LRE. By taking the time to look at data in the different areas you were identified as not meeting and exploring areas that overlap will allow you to create a plan with

activities that yield more impactful results and better outcomes for students.

The Resources for Targeted Monitoring (padlet.com) provides information on consolidation. You may find reviewing the Consolidation for Targeted Monitoring PPT or Consolidation Webinar helpful.

Once you have revised your plan please resubmit and email me. I will be out of the office Monday August 21, returning Tuesday, September 5th and will begin reviewing resubmissions at that time. Please make sure all revisions are made and submitted no later than 5pm on Monday September 4th. I will have an out of office email response that will direct you to another consultant who can answer your questions during my absence should any arise.

Just a reminder Step 2 will be due at the end of September.

Thank you,

Vanessa Espinosa, Education Programs Assistant

California Department of Education

Special Education Division

Focused Monitoring and Technical Assistance Three

1430 N Street, Suite 2401

Sacramento, CA 95814

Phone: 916-445-4601

Fax: 916-327-0843

VMercado@cde.ca.gov

http://www.cde.ca.gov/

--



School Psychologist

Director of Special Services

Statement of Confidentiality: The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged. This transmission is sent for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail, send a copy to postmaster@ and delete this message and its attachments, if any. E-mail is covered by the Electronic Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

--



, School Psychologist

Director of Special Services

Statement of Confidentiality: The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged. This transmission is sent for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail, send a copy to postmaster@ and delete this message and its attachments, if any. E-mail is covered by the Electronic Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

--



, School Psychologist

Statement of Confidentiality: The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged. This transmission is sent for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination

of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail, send a copy to postmaster@[REDACTED] and delete this message and its attachments, if any. E-mail is covered by the Electronic Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

--
[REDACTED] School Psychologist
Director of Special Services
[REDACTED]

Statement of Confidentiality: The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged. This transmission is sent for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail, send a copy to postmaster[REDACTED] and delete this message and its attachments, if any. E-mail is covered by the Electronic Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

**From:** [redacted]
**To:** Vanessa Espinosa
**Cc:** [redacted]
**Subject:** Re: [EXTERNAL] Re: Revision Required CIM Step 1 [redacted]
**Date:** Thursday, September 7, 2023 12:45:30 PM

Hi Vanessa,

[redacted] and I just got off the zoom and we entered additional information under each section that was marked resubmit (3 sections total). Box 18 on Stepwell is where we entered significant information on strengths and weaknesses and quantitative data on SPPI. Please let us know if we need to duplicate that sane information elsewhere.
Thank you,
[redacted]

On Sep 7, 2023, at 12:13 PM, Vanessa Espinosa <VEspinosa@cde.ca.gov> wrote:

CAUTION: This email originated from outside of the VVUSD organization. DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Hi [redacted]

I logged into Stepwell. It now shows Step 1 as resubmitted. However, I do not see changes made as requested for strengths and weaknesses under the consolidation area. I have attached a screenshot for your reference. Does this match your changes? Did you save your new work before resubmitting? I am sending it back within Stepwell so you can review make sure changes are saved and resubmit.

Please let me know if you would like to schedule a call to discuss.

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VMercado@cde.ca.gov
http://www.cde.ca.gov/

**From:** [redacted]
**Sent:** Thursday, September 7, 2023 11:53 AM
**To:** Vanessa Espinosa <VEspinosa@cde.ca.gov>
**Subject:** Re: [EXTERNAL] Re: Revision Required CIM Step 1 [redacted]

Hi Vanessa,
Please log back into Stepwell, the updated information should be there now. [redacted] and I just reviewed together. Thank you for your patience.

On Wed, Sep 6, 2023 at 7:34 AM Vanessa Espinosa <VEspinosa@cde.ca.gov> wrote:

> Good Morning [redacted]
>
> I just logged in to Stepwell again and do not see the changes made, nor is it showing as resubmitted only as returned. Can you please confirm that you have hit the submit button in Stepwell so the revisions show on my end. If you find that you are encountering any difficulties with the software, please take screenshots and submit to me via email to show that a resubmission has been entered and we can try and troubleshoot from our end.
>
> Thank you,
> Vanessa
>
> Vanessa Espinosa, Education Programs Assistant
> California Department of Education
> Special Education Division
> Focused Monitoring and Technical Assistance Three
> 1430 N Street, Suite 2401
> Sacramento, CA 95814
> Phone: 916-445-4601
> Fax: 916-327-0843
> VMercado@cde.ca.gov
> http://www.cde.ca.gov/
>
> ---
>
> **From** [redacted]
> **Sent:** Tuesday, September 5, 2023 4:41 PM
> **To:** Vanessa Espinosa <VEspinosa@cde.ca.gov>
> **Subject:** [EXTERNAL] Re: Revision Required CIM Step 1 [redacted]
>
> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Vanessa,

We did update the information, here is what we entered:

**Consolidation:**

The CIM team met four times. The team utilized a rolling agenda and a storyboard to document its key findings and summarize the learning. The team utilized the Improvement Data Center to collect quantitative data. The team also utilized the Seeds of Partnership survey, the BASICS Tool, and the student file review to collect qualitative data. The team created norms to support with facilitation of team meetings.

Strengths:

- Strong and positive relationships with families/parents
- Thorough assessments and identification of student need
- IEP team meeting documents showed required IEP team participant
- The special education department is improving inclusion efforts across the district
- LRE for 5c, separate school, is a strength as [redacted] does not place students in NPS.

Weaknesses:

- Some policies and procedures need to be written and distributed across the district
- There are some challenges with discipline/suspension rates of students with disabilities as discussed during the Historical Data Protocol activity.
- [redacted] will continue to develop the MTSS process to support student SEL and behavioral needs
- LRE improvements can be made across the district. The target has not been met for the past 2 years for 5a, and for the past 5 years for 5b.
- Graduation rate is a need for students with disabilities in [redacted] This target has not been met for the past 5 years.

After completing the Gather and Inquiry phase of CIM, the team would like to further explore LRE and its impact on graduation rate and academic achievement.

On Tue, Sep 5, 2023 at 3:15 PM Vanessa Espinosa <VEspinosa@cde.ca.gov> wrote:

> Good Afternoon,

A request for revisions to the submitted CIM plan for [redacted] was emailed on August 15th requesting the resubmission no later than COB on Monday, September 4 (yesterday). Please see the email below and make the appropriate changes and revisions to strengths and weaknesses under the consolidation section in Stepwell.

> *During consolidation, data statements should have been created. From there you want to group those statements together, examining how they overlap. If areas do not overlap, consider if they are significant enough to be their own category. Once you have grouped the data statements together you will want to label each grouping. The labels of the grouping will then be listed as either strengths or weaknesses.*

Please let me know of the status and if you are having any difficulties. The resubmission is now past due and should be submitted as soon as possible. Just a reminder you are not able to submit Step 2 until Step 1 has been submitted and approved.

Thank you,

Vanessa Espinosa, Education Programs Assistant

California Department of Education

Special Education Division

Focused Monitoring and Technical Assistance Three

1430 N Street, Suite 2401

Sacramento, CA 95814

Phone: 916-445-4601

Fax: 916-327-0843

VMercado@cde.ca.gov

http://www.cde.ca.gov/

---

**From:** Vanessa Espinosa
**Sent:** Tuesday, August 15, 2023 2:14 PM
**To:**
**Cc:**

**Subject:** Revision Required CIM Step 1

Good afternoon,

I have completed reviewing Step 1. Please login to Stepwell and revise strengths and weaknesses under consolidation, use this email and note the notes within Stepwell as your guide. The notes in stepwell are not up to date nor reflective of what needs to be revised. During consolidation, data statements should have been created. From there you want to group those statements together, examining how they overlap. If areas do not overlap, consider if they are significant enough to be their own category. Once you have grouped the data statements together you will want to label each grouping. The labels of the grouping will then be listed as either strengths or weaknesses.

While not required to update you may want to take another look at data around the indicators on the intensive data sheet that was provided with the annual determination letter. You may find by focusing on those indicators it will be easier to group data statements. You may find absenteeism can be grouped with Math and ELA proficiency, suspension rate, and even LRE. By taking the time to look at data in the different areas you were identified as not meeting and exploring areas that overlap will allow you to create a plan with activities that yield more impactful results and better outcomes for students.

The Resources for Targeted Monitoring (padlet.com) provides

information on consolidation. You may find reviewing the Consolidation for Targeted Monitoring PPT or Consolidation Webinar helpful.

Once you have revised your plan please resubmit and email me. I will be out of the office Monday August 21, returning Tuesday, September 5th and will begin reviewing resubmissions at that time. Please make sure all revisions are made and submitted no later than 5pm on Monday September 4th. I will have an out of office email response that will direct you to another consultant who can answer your questions during my absence should any arise.

Just a reminder Step 2 will be due at the end of September.

Thank you,

Vanessa Espinosa, Education Programs Assistant

California Department of Education

Special Education Division

Focused Monitoring and Technical Assistance Three

1430 N Street, Suite 2401

Sacramento, CA 95814

Phone: 916-445-4601

Fax: 916-327-0843

VMercado@cde.ca.gov

http://www.cde.ca.gov/



--

, School Psychologist
Director of Special Services

Statement of Confidentiality: The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged. This transmission is sent for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail, send a copy to postmaster[redacted] and delete this message and its attachments, if any. E-mail is covered by the Electronic Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

--

, School Psychologist
Director of Special Services

Statement of Confidentiality: The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged. This transmission is sent for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail, send a copy to postmaster[redacted] and delete this message and its attachments, if any. E-mail is covered by the Electronic Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

<[redacted] Resubmission Sept 7.pdf>

**From:** Vanessa Espinosa
**To:** [redacted]
**Subject:** Re: [EXTERNAL] Re: Revision Required CIM Step 1 [redacted]
**Date:** Thursday, September 7, 2023 12:58:21 PM

Hi [redacted] and [redacted]

I have logged in and reviewed the resubmission. Step 1 is now approved. Thank you for your hard work!. Just a reminder Step 2 is due by September 30th.

If you missed the Root Cause Analysis and Prioritization training, you can find the PPT and recording on the Resources for Targeted Monitoring (padlet.com).
Please let me know if you have any questions.

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VMercado@cde.ca.gov
http://www.cde.ca.gov/

---

**From:** [redacted]
**Sent:** Thursday, September 7, 2023 12:45 PM
**To:** Vanessa Espinosa <VEspinosa@cde.ca.gov>
**Cc:** [redacted]
**Subject:** Re: [EXTERNAL] Re: Revision Required CIM Step 1 [redacted]

Hi Vanessa,

[redacted] and I just got off the zoom and we entered additional information under each section that was marked resubmit (3 sections total). Box 18 on Stepwell is where we entered significant information on strengths and weaknesses and quantitative data on SPPI. Please let us know if we need to duplicate that sane information elsewhere.
Thank you,
[redacted]

On Sep 7, 2023, at 12:13 PM, Vanessa Espinosa <VEspinosa@cde.ca.gov> wrote:

CAUTION: This email originated from outside of the VVUSD organization. DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Hi [REDACTED]

I logged into Stepwell. It now shows Step 1 as resubmitted. However, I do not see changes made as requested for strengths and weaknesses under the consolidation area. I have attached a screenshot for your reference. Does this match your changes? Did you save your new work before resubmitting? I am sending it back within Stepwell so you can review make sure changes are saved and resubmit.

Please let me know if you would like to schedule a call to discuss.

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VMercado@cde.ca.gov
http://www.cde.ca.gov/

---

**From:** [REDACTED]
**Sent:** Thursday, September 7, 2023 11:53 AM
**To:** Vanessa Espinosa <VEspinosa@cde.ca.gov>
**Subject:** Re: [EXTERNAL] Re: Revision Required CIM Step 1 [REDACTED]

Hi Vanessa,
Please log back into Stepwell, the updated information should be there now. [REDACTED] and I just reviewed together. Thank you for your patience.

On Wed, Sep 6, 2023 at 7:34 AM Vanessa Espinosa <VEspinosa@cde.ca.gov> wrote:

> Good Morning [REDACTED]
>
> I just logged in to Stepwell again and do not see the changes made, nor is it showing as resubmitted only as returned. Can you please confirm that you have hit the submit button in Stepwell so the revisions show on my end. If you find that you are encountering any difficulties with the software, please take screenshots and submit to me via email to show that a resubmission has been entered and we can try and troubleshoot from our end.

Thank you,
Vanessa

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VMercado@cde.ca.gov
http://www.cde.ca.gov/

---

**From:** [redacted]
**Sent:** Tuesday, September 5, 2023 4:41 PM
**To:** Vanessa Espinosa <VEspinosa@cde.ca.gov>
**Subject:** [EXTERNAL] Re: Revision Required CIM Step 1 [redacted]

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Vanessa,
We did update the information, here is what we entered:

**Consolidation:**

The CIM team met four times. The team utilized a rolling agenda and a storyboard to document its key findings and summarize the learning. The team utilized the Improvement Data Center to collect quantitative data. The team also utilized the Seeds of Partnership survey, the BASICS Tool, and the student file review to collect qualitative data. The team created norms to support with facilitation of team meetings.

Strengths:

- Strong and positive relationships with families/parents
- Thorough assessments and identification of student need
- IEP team meeting documents showed required IEP team participant
- The special education department is improving inclusion efforts across the district
- LRE for 5c, separate school, is a strength as [redacted] does not place students in NPS.

Weaknesses:

- Some policies and procedures need to be written and distributed across the district
- There are some challenges with discipline/suspension rates of students with disabilities as discussed during the Historical Data Protocol activity.
- [redacted] will continue to develop the MTSS process to support student SEL and behavioral needs
- LRE improvements can be made across the district. The target has not been met for the past 2 years for 5a, and for the past 5 years for 5b.
- Graduation rate is a need for students with disabilities in [redacted] This target has not been met for the past 5 years.

After completing the Gather and Inquiry phase of CIM, the team would like to further explore LRE and its impact on graduation rate and academic achievement.

On Tue, Sep 5, 2023 at 3:15 PM Vanessa Espinosa <VEspinosa@cde.ca.gov> wrote:

Good Afternoon,

A request for revisions to the submitted CIM plan for [redacted] was emailed on August 15th requesting the resubmission no later than COB on Monday, September 4 (yesterday). Please see the email below and make the appropriate changes and revisions to strengths and weaknesses under the consolidation section in Stepwell.

> *During consolidation, data statements should have been created. From there you want to group those statements together, examining how they overlap. If areas do not overlap, consider if they are significant enough to be their own category. Once you have grouped the data statements together you will want to label each grouping. The labels of the grouping will then be listed as either strengths or weaknesses.*

Please let me know of the status and if you are having any difficulties. The resubmission is now past due and should be submitted as soon as possible. Just a reminder you are not able to submit Step 2 until Step 1 has been submitted and approved.

Thank you,

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VMercado@cde.ca.gov
http://www.cde.ca.gov/

---

**From:** Vanessa Espinosa
**Sent:** Tuesday, August 15, 2023 2:14 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Revision Required CIM Step 1 [redacted]

Good afternoon,

I have completed reviewing Step 1. Please login to Stepwell and revise strengths and weaknesses under consolidation, use this email and note the notes within Stepwell as your guide. The notes in stepwell are not up to date nor reflective of what needs to be revised. During consolidation, data statements should have been created. From there you want to group those statements together, examining how they overlap. If areas do not overlap, consider if they are significant enough to be their own category. Once you have grouped the data statements together you will want to label each grouping. The labels of the grouping will then be listed as either strengths or weaknesses.

While not required to update you may want to take another look at data around the indicators on the intensive data sheet that was provided with the annual determination letter. You may find by focusing on those indicators it will be easier to group data statements. You may find absenteeism can be grouped with Math and ELA proficiency, suspension rate, and even LRE. By taking the time to look at data in the different areas you were identified as not meeting and exploring areas that overlap will allow you to create a plan with activities that yield more impactful results and better outcomes for students.

The Resources for Targeted Monitoring (padlet.com) provides information on consolidation. You may find reviewing the Consolidation for Targeted Monitoring PPT or Consolidation Webinar

helpful.

Once you have revised your plan please resubmit and email me. I will be out of the office Monday August 21, returning Tuesday, September 5th and will begin reviewing resubmissions at that time. Please make sure all revisions are made and submitted no later than 5pm on Monday September 4th. I will have an out of office email response that will direct you to another consultant who can answer your questions during my absence should any arise.

Just a reminder Step 2 will be due at the end of September.

Thank you,

Vanessa Espinosa, Education Programs Assistant
California Department of Education
Special Education Division
Focused Monitoring and Technical Assistance Three
1430 N Street, Suite 2401
Sacramento, CA 95814
Phone: 916-445-4601
Fax: 916-327-0843
VMercado@cde.ca.gov
http://www.cde.ca.gov/

--

, School Psychologist
Director of Special Services

Statement of Confidentiality: The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged. This transmission is sent for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail, send a copy to [redacted] and delete this message and its attachments, if any. E-mail is covered by the Electronic Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

--



School Psychologist
Director of Special Services

Statement of Confidentiality: The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged. This transmission is sent for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail, send a copy to [REDACTED] and delete this message and its attachments, if any. E-mail is covered by the Electronic Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

<[REDACTED] Resubmission Sept 7.pdf>

**Exhibit 319**

DEFSupp002153

**From:**
**To:**
**Cc:** Josh Rucker;
**Subject:** [EXTERNAL] BASICS Tool
**Date:** Wednesday, May 24, 2023 5:47:37 PM

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi and

Hope you are doing well and your second team meeting went well with the BASICS Tool. In preparation for tomorrow's meeting can you give me the access code so I can download the report and add it to our folder please?

In addition, I would like to review the following tomorrow:

1. Summarize Infrastructure
2. Preschool LRE Data
3. Preschool Outcome Data

Thank you,

Improvement Facilitator, SELPA System Improvement Leads

**From:**
**To:**
**Cc:** Josh Rucker;
**Subject:** [EXTERNAL] CIM Introduction meeting
**Date:** Wednesday, April 19, 2023 11:15:22 AM

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi team,

Thank you so much for taking the time to meet this morning. I will follow up shortly with a zoom link for our future meetings and include all members listed on our agenda.

As we prepare for our next meeting on 5/10 with everyone we will launch with an overview of the process, setting team norms, and initial data review completed thus far.

Next steps for [redacted] will be:

1. Set up an account in the Improvement Data Center, on our website.
   - Improvement Data Center- Data Drilldown- Video
   - Improvement Data Center- Data Drill down- Handout
2. Register for the SEEDs Survey. Suggestion: think about how to share the survey within these next couple of weeks (i.e. CAC meetings, open house, print out for staff to send home, etc.). Sometimes getting creative helps
3. Complete the BASICS tools for Special Education Infrastructure. This can be done with your leadership team members on your own time. I am happy to support you through this process. In addition, provide me with login access so we can use the report with our whole team.
4. Please share any relevant information that would support the work Hanford has been doing (i.e. LCAP, DA information, etc)

As you get data gathered you can add information to your Step 1 folder.

Please know that I am always here to support and you can reach out at any time.

Improvement Facilitator, SELPA System Improvement Leads



DEFSupp002156

**From:**
**To:**
**Cc:** Josh Rucker;
**Subject:** [EXTERNAL] CIM Meeting prep for Next Week
**Date:** Thursday, June 15, 2023 11:53:16 AM

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hello and

Hope your week is going well. To prepare for our meeting next week, can you please send me the SEEDs Survey data? In addition, we will discuss the results and general findings of the EBR.

Please let me know if you have received any updates from Josh regarding feedback with the student file review and Policy/Procedures review.

**Can someone confirm if this is the correct email for I received an email failure before.

Thank you,

Improvement Facilitator, SELPA System Improvement Leads



**From:**
**To:**
**Cc:** Josh Rucker;
**Subject:** [EXTERNAL] CIM Updates
**Date:** Friday, May 12, 2023 3:50:45 PM

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hello team,

I want to thank you all for a wonderful and successful meeting this past Wednesday. And thank you for supporting our agenda, note taking and time keeping.

Just to keeps us all updated, here are our next steps:

1. We meet on 5/19 to review the Basics Tools. or you can sign on and create your username and password.
2. Seeds Survey has been sent out (in addition to a paper copy that will be going out)
3. Josh Rucker will be sending out the policy review protocol, and sharing the names of the student files that will need to be shared with him. As a reminder the Ed Benefit review videos are available on the padlet.
4. I have followed up with our programmer about our LRE preschool snapshot reports as I notice the current files in the system are labeled as 'Unknown'. We can still produce the report but want to be sure we are using data that will give us the most accurate information. When I have an update, I will let you know.

Have a great weekend!!

Improvement Facilitator, SELPA System Improvement Leads



**From:**
**To:**
**Cc:** Josh Rucker;
**Subject:** [EXTERNAL] CIM Zoom Meetings-
**Date:** Wednesday, April 19, 2023 12:03:48 PM

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hello team,
I have sent out zoom invites to everyone on this thread. I am including it here just in case you need it for future reference.

Zoom link:

Looking forward to working with you all!!

Improvement Facilitator, SELPA System Improvement Leads



**From:** [redacted]
**To:** Josh Rucker
**Subject:** [EXTERNAL] Ed Benefit Summary of Files
**Date:** Wednesday, June 14, 2023 3:02:08 PM
**Attachments:** image001.png

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Josh
Just making sure you got my secure email with the summary of files as requested. I got a phishing message threat in my email from the secure email in my name. I'm thinking maybe I pressed reply all so I replied to myself as well and it triggered my phising filter, but just wanted to double check you got the file.
Thanks

Email Signature



**From:** Google Calendar on behalf of [REDACTED]
**To:** [REDACTED] Josh Rucker; [REDACTED]
**Subject:** [EXTERNAL] [REDACTED] CIM Meeting
**Date:** Tuesday, June 6, 2023 11:33:58 AM

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

I am so sorry I can not attend, please let me know if you need anything from me.

CIM Meeting
(Wednesday Jun 7, 2023 · 9am – 10:30am (Pacific Time -
:Please click link to join
Guests
organizer -
optional -

OFFICE OF EDUCATION
E-MAIL CONFIDENTIALITY NOTICE:

This e-mail communication and any attachments, including documents, files, or previous e-mail messages, constitute electronic communications within the scope of the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. This e-mail communication may contain non-public, confidential or legally privileged information intended for the sole use of the designated recipient(s). The unauthorized and intentional interception, use, copy or disclosure of such information, or attempt to do so, is strictly prohibited and may be unlawful under applicable laws. [18 U.S.C. 2511.] If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete the original e-

mail from your system.

**From:** Google Calendar on behalf of [REDACTED]
**To:** [REDACTED] Josh Rucker; [REDACTED]
**Subject:** [EXTERNAL] [REDACTED] CIM Meeting
**Date:** Thursday, May 25, 2023 7:55:02 AM

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

I am not going to make it today.....its water day here in preschool and we need all hands on deck outside helping. If you need any info from me please let me know.

OFFICE OF EDUCATION
E-MAIL CONFIDENTIALITY NOTICE:

This e-mail communication and any attachments, including documents, files, or previous e-mail messages, constitute electronic communications within the scope of the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. This e-mail communication may contain non-public, confidential or legally privileged information intended for the sole use of the designated recipient(s). The unauthorized and intentional interception, use, copy or disclosure of such information, or attempt to do so, is strictly prohibited and may be unlawful under applicable laws. [18 U.S.C. 2511.] If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete the original e-mail from your system.

**From:** [redacted]
**To:** Josh Rucker
**Cc:** [redacted]
**Subject:** [EXTERNAL] Policy & Procedure Review
**Date:** Thursday, May 25, 2023 5:00:32 PM
**Attachments:** image001.png

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

I've uploaded the Policy and Procedure Review document into the Google Drive in Step 1.
Here is the link for your convenience [redacted] Policy and Procedure Review
Let me know if you have any questions.
Thank you.

Email Signature

**From:**
**To:** Shiyloh Becerril
**Cc:** Josh Rucker;
**Subject:** [EXTERNAL] Preschool Discipline Data
**Date:** Tuesday, June 6, 2023 3:08:53 PM

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Shiyloh,

Just wanted to reach out to see if you have a different understanding.

has been selected as Intensive for Preschool Age. The indictor where they scored the lowest (1 out of 10) was on Suspension. In reviewing our data we didn't find any preschool or TK students who were suspended during the 2021-2022 school year. When we requested the specific student SSID numbers, the two students who had been suspended were 5 year old Kindergarten students. We were confused by this, as our understanding is that 5 in Kindergarten should report to school age data rather than preschool data.

We have had some email discussions with to better understand this situation. His explanation is that the, "Federal Office offers us the option to exclude 5 year olds in Kinder (not TK) from some presechool indicators (indicator 6 specifically). Since PRS discipline is a state indicator, we went with the widest net." He then said you may have a different take on this information.

The two students in question were never TK students, they were of age to come in as Kindergarten, so we are just looking for a better understanding of the data that we are working with.

We look forward to hearing your thoughts.

Thanks,

, Special Education

OFFICE OF EDUCATION

E-MAIL CONFIDENTIALITY NOTICE:

This e-mail communication and any attachments, including documents, files, or previous e-mail messages, constitute electronic communications within the scope of the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. This e-mail communication may contain non-public, confidential or legally privileged information intended for the sole use of the designated recipient(s). The unauthorized and intentional interception, use, copy or disclosure of such information, or attempt to do so, is strictly prohibited and may be unlawful under applicable laws. [18 U.S.C. 2511.] If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete the original e-mail from your system.

**From:**
**To:** Josh Rucker
**Cc:**
**Subject:** [EXTERNAL] RE: CDE Introduction
**Date:** Tuesday, April 11, 2023 3:13:41 PM
**Attachments:** image001.png

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Good afternoon Josh,
Thank you for the introductory e-mail along with the information you provided regarding your role in the CIM plan process. point person is our Assistant Superintendent of Special Services, n in this response and have provided her contact information below:

afternoon,

**From:** Josh Rucker <JRucker@cde.ca.gov>
**Sent:** Tuesday, April 11, 2023 12:56 PM
**To**
**Subject:** CDE Introduction

[EXTERNAL EMAIL] This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Superintendent
My name is Josh Rucker and I work in the Special Education Division at the California Department of Education. In your LEAs recent Annual Determination Letter, you may have noticed that you have been identified as Intensive Level 2 for Preschool. This identification requires the development of a Compliance Improvement Monitoring (CIM) plan, of which I am assigned to assist your LEA in developing.
While you may not be my point person for this task, I know that you will be involved and included as things develop with the plan. I am reaching out today to find out if you might be able to direct me to the particular member of your team that will be my point person for the CIM plan? I hope to connect as soon as possible with the person charged with the development of your CIM plan so we can stay on top of the many activities and so I can assist to make the work as clear and impactful as possible.
I hope to hear from you soon and appreciate your time in pointing me to the proper contact.

Thank You,
Josh Rucker

**Josh Rucker**
California Department of Education - Special Education Division
Education Program Consultant, FMTA Unit I
(916)323-2491

**From:**
**To:**
**Cc:** ; Josh Rucker
**Subject:** [EXTERNAL] Re: CIM Introduction Follow-up
**Date:** Friday, April 21, 2023 9:57:42 AM
**Attachments:** image.png

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Thank you.

Assistant Superintendent, Special Education

On Fri, Apr 21, 2023 at 9:53 AM wrote:

> Hello
>
> Happy Friday! I added to both of the June meetings and she accepted the invite.
>
> Looking forward to working with you all,
>
> Improvement Facilitator, SELPA System Improvement Leads
>
> Phone:
>
> On Fri, Apr 21, 2023 at 9:04 AM wrote:
>
> > Good morning
> >
> > Thank you for the guidance for and for the meeting invitations.
> >
> > I have added most of them to my calendar. I am actually moving to another Job starting at the end of June, I would request that you invite my replacement, , to the last June meeting and any meetings from July moving foward.

Thank you,

Assistant Superintendent, Special Education

On Thu, Apr 20, 2023 at 5:54 PM
wrote:

Hi team,

Thank you so much for taking the time to meet this morning. I will follow up shortly with a zoom link for our future meetings and include those who have been added to the agenda.

As we prepare for our next meeting on 4/27 with everyone we will launch with an overview of the process, setting team norms, and initial data review completed thus far.

**Next steps for  will be:**

1. Send out zoom invites on calendar for the following dates:
   - 4/27 2pm-3pm
   - 5/10 2pm-3pm
   - 5/24 2pm-3pm
   - 6/5 10:30am-11:30am
   - 6/16 10:30am-11:30am

**I will initially put these dates on our calendars with the zoom link. We can add others to the calendar invites as we get the emails*

**Next steps for  will be:**

1. Complete the list of names and emails that we reviewed on our agenda (linked above)

2. Set up an account in the Improvement Data Center, on our website.

   - Improvement Data Center- Data Drilldown- Video
   - Improvement Data Center- Data Drill down- Handout

3. Register for the SEEDs Survey. Suggestion: think about how to share the survey within these next couple of weeks (i.e. CAC meetings, open house, print out for staff to send home, etc.). Sometimes getting creative helps

4. Complete the BASICS tools for Special Education Infrastructure. This can be done with your leadership team members on your own time. I am happy to support you through this process. In addition, provide me with login access so we can use the report with our whole team.

5. Please share any relevant information that would support the work [redacted] has been doing (i.e. LCAP, DA information, etc)

As you get data gathered you can add information to your Step 1 folder.

Please know that I am always here to support and you can reach out at any time.

[redacted]
Improvement Facilitator, SELPA System Improvement Leads
[redacted]
Phone: [redacted]

[redacted]
E-MAIL CONFIDENTIALITY NOTICE:

This e-mail communication and any attachments, including documents, files, or previous e-mail messages,

> constitute electronic communications within the scope of the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. This e-mail communication may contain non-public, confidential or legally privileged information intended for the sole use of the designated recipient(s). The unauthorized and intentional interception, use, copy or disclosure of such information, or attempt to do so, is strictly prohibited and may be unlawful under applicable laws. [18 U.S.C. 2511.] If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete the original e-mail from your system.

E-MAIL CONFIDENTIALITY NOTICE:

This e-mail communication and any attachments, including documents, files, or previous e-mail messages, constitute electronic communications within the scope of the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. This e-mail communication may contain non-public, confidential or legally privileged information intended for the sole use of the designated recipient(s). The unauthorized and intentional interception, use, copy or disclosure of such information, or attempt to do so, is strictly prohibited and may be unlawful under applicable laws. [18 U.S.C. 2511.] If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete the original e-mail from your system.

**From:**
**To:**
**Cc:** ; Josh Rucker
**Subject:** [EXTERNAL] Re: CIM Introduction Follow-up
**Date:** Friday, April 21, 2023 9:06:27 AM
**Attachments:** image.png

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Good morning

Thank you for the guidance for and for the meeting invitations.

I have added most of them to my calendar. I am actually moving to another Job starting at the end of June, I would request that you invite my replacement, ( ), to the last June meeting and any meetings from July moving foward.

Thank you,

Assistant Superintendent, Special Education

On Thu, Apr 20, 2023 at 5:54 PM > wrote:

Hi team,

Thank you so much for taking the time to meet this morning. I will follow up shortly with a zoom link for our future meetings and include those who have been added to the agenda.

As we prepare for our next meeting on 4/27 with everyone we will launch with an overview of the process, setting team norms, and initial data review completed thus far.

**Next steps for will be:**

1. Send out zoom invites on calendar for the following dates:
   - 4/27 2pm-3pm
   - 5/10 2pm-3pm
   -

- 5/24 2pm-3pm
- 6/5 10:30am-11:30am
- 6/16 10:30am-11:30am

**I will initially put these dates on our calendars with the zoom link. We can add others to the calendar invites as we get the emails*

**Next steps for [REDACTED] will be:**

1. Complete the list of names and emails that we reviewed on our agenda (linked above)

2. Set up an account in the Improvement Data Center, on our website.

   - Improvement Data Center- Data Drilldown- Video
   - Improvement Data Center- Data Drill down- Handout

3. Register for the SEEDs Survey. Suggestion: think about how to share the survey within these next couple of weeks (i.e. CAC meetings, open house, print out for staff to send home, etc.). Sometimes getting creative helps

4. Complete the BASICS tools for Special Education Infrastructure. This can be done with your leadership team members on your own time. I am happy to support you through this process. In addition, provide me with login access so we can use the report with our whole team.

5. Please share any relevant information that would support the work [REDACTED] has been doing (i.e. LCAP, DA information, etc)

As you get data gathered you can add information to your Step 1 folder.

Please know that I am always here to support and you can reach out at any time.

[REDACTED]



Improvement Facilitator, SELPA System Improvement Leads

Phone:

E-MAIL CONFIDENTIALITY NOTICE:

This e-mail communication and any attachments, including documents, files, or previous e-mail messages, constitute electronic communications within the scope of the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. This e-mail communication may contain non-public, confidential or legally privileged information intended for the sole use of the designated recipient(s). The unauthorized and intentional interception, use, copy or disclosure of such information, or attempt to do so, is strictly prohibited and may be unlawful under applicable laws. [18 U.S.C. 2511.] If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete the original e-mail from your system.

**From:**
**To:**
**Cc:** ; Josh Rucker
**Subject:** [EXTERNAL] Re: CIM Introduction Follow-up
**Date:** Friday, April 21, 2023 9:55:35 AM
**Attachments:** image.png

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hello

Happy Friday! I added to both of the June meetings and she accepted the invite.

Looking forward to working with you all,

Improvement Facilitator, SELPA System Improvement Leads

Phone:

On Fri, Apr 21, 2023 at 9:04 AM > wrote:

> Good morning
>
> Thank you for the guidance for and for the meeting invitations.
>
> I have added most of them to my calendar. I am actually moving to another Job starting at the end of June, I would request that you invite my replacement, to the last June meeting and any meetings from July moving foward.
>
> Thank you,
>
> Assistant Superintendent, Special Education
>
> On Thu, Apr 20, 2023 at 5:54 PM
> wrote:

Hi team,

Thank you so much for taking the time to meet this morning. I will follow up shortly with a zoom link for our future meetings and include those who have been added to the agenda.

As we prepare for our next meeting on 4/27 with everyone we will launch with an overview of the process, setting team norms, and initial data review completed thus far.

**Next steps for [redacted] will be:**

1. Send out zoom invites on calendar for the following dates:
   - 4/27 2pm-3pm
   - 5/10 2pm-3pm
   - 5/24 2pm-3pm
   - 6/5 10:30am-11:30am
   - 6/16 10:30am-11:30am

**I will initially put these dates on our calendars with the zoom link. We can add others to the calendar invites as we get the emails*

**Next steps for [redacted] will be:**

1. Complete the list of names and emails that we reviewed on our agenda (linked above)
2. Set up an account in the Improvement Data Center, on our website.
   - Improvement Data Center- Data Drilldown- Video
   - Improvement Data Center- Data Drill down- Handout

3.
Register for the SEEDs Survey. Suggestion: think about how to share the survey within these next couple of weeks (i.e. CAC meetings, open house, print out for staff to send home, etc.). Sometimes getting creative helps

4.
Complete the BASICS tools for Special Education Infrastructure. This can be done with your leadership team members on your own time. I am happy to support you through this process. In addition, provide me with login access so we can use the report with our whole team.

5.
Please share any relevant information that would support the work has been doing (i.e. LCAP, DA information, etc)

As you get data gathered you can add information to your Step 1 folder.

Please know that I am always here to support and you can reach out at any time.

Improvement Facilitator, SELPA System Improvement Leads

Phone:

E-MAIL CONFIDENTIALITY NOTICE:

This e-mail communication and any attachments, including documents, files, or previous e-mail messages, constitute electronic communications within the scope of the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. This e-mail communication may contain non-public, confidential or legally privileged information intended for the sole use of the designated recipient(s). The unauthorized and intentional interception, use, copy or disclosure of such information, or attempt to do so, is strictly prohibited and may be unlawful under applicable laws. [18 U.S.C. 2511.] If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete the original e-mail from your system.

**From:**
**To:**
**Cc:** Josh Rucker
**Subject:** [EXTERNAL] Re: CIM Introduction meeting
**Date:** Wednesday, April 19, 2023 1:11:07 PM

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hello

I included on the June and July invites.

Have a great day,

Improvement Facilitator, SELPA System Improvement Leads

Phone:

On Wed, Apr 19, 2023 at 12:59 PM wrote:

> Hello
>
> Thank you for all of the meeting invites. I will be leaving my SELPA Director Job at the end of June. I would like to invite the new SELPA Director, to attend the June meeting with me and then she should be invited to the July meeting. Her email address is if you can send the July invitation to her.
>
> Thank you,
>
> Assistant Superintendent, Special Education
>
> On Wed, Apr 19, 2023 at 11:13 AM > wrote:
>
> > Hi team,
> >
> > Thank you so much for taking the time to meet this morning. I will follow up shortly with

a zoom link for our future meetings and include all members listed on our agenda.

As we prepare for our next meeting on 5/10 with everyone we will launch with an overview of the process, setting team norms, and initial data review completed thus far.

Next steps for [REDACTED] will be:

1. Set up an account in the Improvement Data Center, on our website.
   - Improvement Data Center- Data Drilldown- Video
   - Improvement Data Center- Data Drill down- Handout
2. Register for the SEEDs Survey. Suggestion: think about how to share the survey within these next couple of weeks (i.e. CAC meetings, open house, print out for staff to send home, etc.). Sometimes getting creative helps
3. Complete the BASICS tools for Special Education Infrastructure. This can be done with your leadership team members on your own time. I am happy to support you through this process. In addition, provide me with login access so we can use the report with our whole team.
4. Please share any relevant information that would support the work [REDACTED] has been doing (i.e. LCAP, DA information, etc)

As you get data gathered you can add information to your Step 1 folder.

Please know that I am always here to support and you can reach out at any time.

[REDACTED]
Improvement Facilitator, SELPA System Improvement Leads
[REDACTED]
Phone: [REDACTED]

[REDACTED]
E-MAIL CONFIDENTIALITY NOTICE:

This e-mail communication and any attachments, including documents, files, or previous e-mail messages, constitute electronic communications within the scope of the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. This e-mail communication may contain non-public, confidential or legally privileged information intended for the sole use of the designated recipient(s). The unauthorized and intentional interception, use, copy or disclosure of such information, or attempt to do so, is strictly prohibited and may be unlawful under applicable laws. [18 U.S.C. 2511.] If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete the original e-mail from your system.

**From:**
**To:**
**Cc:** Josh Rucker
**Subject:** [EXTERNAL] Re: CIM Introduction meeting
**Date:** Wednesday, April 19, 2023 1:00:43 PM

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hello

Thank you for all of the meeting invites. I will be leaving my SELPA Director Job at the end of June. I would like to invite the new SELPA Director, , to attend the June meeting with me and then she should be invited to the July meeting. Her email address is if you can send the July invitation to her.

Thank you,

Assistant Superintendent, Special Education

On Wed, Apr 19, 2023 at 11:13 AM wrote:

> Hi team,
>
> Thank you so much for taking the time to meet this morning. I will follow up shortly with a zoom link for our future meetings and include all members listed on our agenda.
>
> As we prepare for our next meeting on 5/10 with everyone we will launch with an overview of the process, setting team norms, and initial data review completed thus far.
>
> Next steps for will be:
>
> 1. Set up an account in the Improvement Data Center, on our website.
>     - Improvement Data Center- Data Drilldown- Video
>     - Improvement Data Center- Data Drill down- Handout
> 2. Register for the SEEDs Survey. Suggestion: think about how to share the survey within these next couple of weeks (i.e. CAC meetings, open house, print out for staff to send home, etc.). Sometimes getting creative helps
> 3. Complete the BASICS tools for Special Education Infrastructure. This can be

done with your leadership team members on your own time. I am happy to support you through this process. In addition, provide me with login access so we can use the report with our whole team.

4. Please share any relevant information that would support the work [redacted] has been doing (i.e. LCAP, DA information, etc)

As you get data gathered you can add information to your Step 1 folder.

Please know that I am always here to support and you can reach out at any time.

Improvement Facilitator, SELPA System Improvement Leads

Phone:

E-MAIL CONFIDENTIALITY NOTICE:

This e-mail communication and any attachments, including documents, files, or previous e-mail messages, constitute electronic communications within the scope of the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. This e-mail communication may contain non-public, confidential or legally privileged information intended for the sole use of the designated recipient(s). The unauthorized and intentional interception, use, copy or disclosure of such information, or attempt to do so, is strictly prohibited and may be unlawful under applicable laws. [18 U.S.C. 2511.] If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete the original e-mail from your system.

**From:**
**To:**
**Cc:** Josh Rucker; rebecca
**Subject:** [EXTERNAL] RE: CIM Introduction meeting
**Date:** Wednesday, April 19, 2023 12:49:45 PM
**Attachments:** image001.png

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

It was great meeting you today!
I already have access to both the IDC and the SEEDS website.
-Awaiting CALPADS Data extracts from the county to upload to the IDS
-In the process of updating the SEEDS website for our LEA data and District Engagement Survey.

Email Signature

**From:**
**Sent:** Wednesday, April 19, 2023 11:13 AM
**To:**
**Cc:** Josh Rucker <JRucker@cde.ca.gov>;
**Subject:** CIM Introduction meeting

[EXTERNAL EMAIL] This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi team,
Thank you so much for taking the time to meet this morning. I will follow up shortly with a zoom link for our future meetings and include all members listed on our agenda.
As we prepare for our next meeting on 5/10 with everyone we will launch with an overview of the process, setting team norms, and initial data review completed thus far.
Next steps for will be:

1. Set up an account in the Improvement Data Center, on our website.
   - Improvement Data Center- Data Drilldown- Video
   - Improvement Data Center- Data Drill down- Handout
2. Register for the SEEDs Survey. Suggestion: think about how to share the survey within these next couple of weeks (i.e. CAC meetings, open house, print out for staff to send home, etc.). Sometimes getting creative helps

3. Complete the BASICS tools for Special Education Infrastructure. This can be done with your leadership team members on your own time. I am happy to support you through this process. In addition, provide me with login access so we can use the report with our whole team.

4. Please share any relevant information that would support the work has been doing (i.e. LCAP, DA information, etc)

As you get data gathered you can add information to your Step 1 folder.

Please know that I am always here to support and you can reach out at any time.



Improvement Facilitator, SELPA System Improvement Leads

Phone:

**From:**
**To:**
**Cc:** Josh Rucker;
**Subject:** [EXTERNAL] Re: CIM Introduction meeting
**Date:** Wednesday, April 19, 2023 1:35:58 PM

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Thank you,

On Wed, Apr 19, 2023 at 1:09 PM wrote:

> Hello
>
> I included on the June and July invites.
>
> Have a great day,
>
> Improvement Facilitator, SELPA System Improvement Leads
>
> Phone:
>
> On Wed, Apr 19, 2023 at 12:59 PM wrote:
>
> > Hello
> >
> > Thank you for all of the meeting invites. I will be leaving my SELPA Director Job at the end of June. I would like to invite the new SELPA Director, to attend the June meeting with me and then she should be invited to the July meeting. Her email address is if you can send the July invitation to her.
> >
> > Thank you,
> >
> > Assistant Superintendent, Special Education

On Wed, Apr 19, 2023 at 11:13 AM [REDACTED] [REDACTED] wrote:

Hi team,

Thank you so much for taking the time to meet this morning. I will follow up shortly with a zoom link for our future meetings and include all members listed on our agenda.

As we prepare for our next meeting on 5/10 with everyone we will launch with an overview of the process, setting team norms, and initial data review completed thus far.

Next steps for [REDACTED] will be:

1. Set up an account in the Improvement Data Center, on our website.
   - Improvement Data Center- Data Drilldown- Video
   - Improvement Data Center- Data Drill down- Handout
2. Register for the SEEDs Survey. Suggestion: think about how to share the survey within these next couple of weeks (i.e. CAC meetings, open house, print out for staff to send home, etc.). Sometimes getting creative helps
3. Complete the BASICS tools for Special Education Infrastructure. This can be done with your leadership team members on your own time. I am happy to support you through this process. In addition, provide me with login access so we can use the report with our whole team.
4. Please share any relevant information that would support the work [REDACTED] has been doing (i.e. LCAP, DA information, etc)

As you get data gathered you can add information to your Step 1 folder.

Please know that I am always here to support and you can reach out at any time.

[REDACTED]
Improvement Facilitator, SELPA System Improvement Leads
[REDACTED]
Phone: [REDACTED]

E-MAIL CONFIDENTIALITY NOTICE:

This e-mail communication and any attachments, including documents, files, or previous e-mail messages, constitute electronic communications within the scope of the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. This e-mail communication may contain non-public, confidential or legally privileged information intended for the sole use of the designated recipient(s). The unauthorized and intentional interception, use, copy or disclosure of such information, or attempt to do so, is strictly prohibited and may be unlawful under applicable laws. [18 U.S.C. 2511.] If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete the original e-mail from your system.

--

Assistant Superintendent, Special Education

E-MAIL CONFIDENTIALITY NOTICE:

This e-mail communication and any attachments, including documents, files, or previous e-mail messages, constitute electronic communications within the scope of the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. This e-mail communication may contain non-public, confidential or legally privileged information intended for the sole use of the designated recipient(s). The unauthorized and intentional interception, use, copy or disclosure of such information, or attempt to do so, is strictly prohibited and may be unlawful under applicable laws. [18 U.S.C. 2511.] If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete the original e-mail from your system.

**From:**
**To:**
**Cc:** Josh Rucker;
**Subject:** [EXTERNAL] RE: CIM Meeting prep for Next Week
**Date:** Thursday, June 15, 2023 2:41:06 PM
**Attachments:** image001.png

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi

I just uploaded the Seeds Survey results to the Google drive in the SEEDS file.

Email Signature

**From:**
**Sent:** Thursday, June 15, 2023 12:57 PM
**To:**
**Cc:** Josh Rucker <JRucker@cde.ca.gov>;
**Subject:** Re: CIM Meeting prep for Next Week

[EXTERNAL EMAIL] This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you

On Thu, Jun 15, 2023, 12:18 PM wrote:

> Email looks correct to me.
>
> On Thu, Jun 15, 2023 at 11:53 AM wrote:
>
>> Hello and
>>
>> Hope your week is going well. To prepare for our meeting next week, can you please send me the SEEDs Survey data? In addition, we will discuss the results and general findings of the EBR. Please let me know if you have received any updates from Josh regarding feedback with the student file review and Policy/Procedures review.
>>
>> **Can someone confirm if this is the correct email for I received an email failure before.
>>
>> Thank you,

Improvement Facilitator, SELPA System Improvement Leads

Phone:



--

Assistant Superintendent, Special Education

E-MAIL CONFIDENTIALITY NOTICE:

This e-mail communication and any attachments, including documents, files, or previous e-mail messages, constitute electronic communications within the scope of the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. This e-mail communication may contain non-public, confidential or legally privileged information intended for the sole use of the designated recipient(s). The unauthorized and intentional interception, use, copy or disclosure of such information, or attempt to do so, is strictly prohibited and may be unlawful under applicable laws. [18 U.S.C. 2511.] If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete the original e-mail from your system.

**From:**
**To:**
**Cc:** Josh Rucker;
**Subject:** [EXTERNAL] Re: CIM Meeting prep for Next Week
**Date:** Thursday, June 15, 2023 12:57:55 PM

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Thank you

On Thu, Jun 15, 2023, 12:18 PM wrote:

> Email looks correct to me.
>
> On Thu, Jun 15, 2023 at 11:53 AM wrote:
>
> > Hello and
> >
> > Hope your week is going well. To prepare for our meeting next week, can you please send me the SEEDs Survey data? In addition, we will discuss the results and general findings of the EBR.
> >
> > Please let me know if you have received any updates from Josh regarding feedback with the student file review and Policy/Procedures review.
> >
> > **Can someone confirm if this is the correct email for I received an email failure before.
> >
> > Thank you,
> >
> > Improvement Facilitator, SELPA System Improvement Leads
> >
> > Phone:
>
> --
>
> Assistant Superintendent, Special Education
>
> E-MAIL CONFIDENTIALITY NOTICE:

This e-mail communication and any attachments, including documents, files, or previous e-mail messages, constitute electronic communications within the scope of the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. This e-mail communication may contain non-public, confidential or legally privileged information intended for the sole use of the designated recipient(s). The unauthorized and intentional interception, use, copy or disclosure of such information, or attempt to do so, is strictly prohibited and may be unlawful under applicable laws. [18 U.S.C. 2511.] If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete the original e-mail from your system.

**From:**
**To:**
**Cc:** Josh Rucker
**Subject:** [EXTERNAL] Re: CIM Meeting prep for Next Week
**Date:** Thursday, June 15, 2023 12:18:35 PM

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Email looks correct to me.

On Thu, Jun 15, 2023 at 11:53 AM
wrote:

> Hello and
>
> Hope your week is going well. To prepare for our meeting next week, can you please send me the SEEDs Survey data? In addition, we will discuss the results and general findings of the EBR.
>
> Please let me know if you have received any updates from Josh regarding feedback with the student file review and Policy/Procedures review.
>
> **Can someone confirm if this is the correct email for I received an email failure before.
>
> Thank you,
>
> Improvement Facilitator, SELPA System Improvement Leads
>
> Phone:

--

Assistant Superintendent, Special Education

E-MAIL CONFIDENTIALITY NOTICE:

This e-mail communication and any attachments, including documents, files, or previous e-mail messages, constitute electronic communications within the scope of the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. This e-mail communication may contain non-public, confidential or legally privileged information

intended for the sole use of the designated recipient(s). The unauthorized and intentional interception, use, copy or disclosure of such information, or attempt to do so, is strictly prohibited and may be unlawful under applicable laws. [18 U.S.C. 2511.] If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete the original e-mail from your system.

**From:**
**To:**
**Cc:** ; Josh Rucker;
**Subject:** [EXTERNAL] Re: CIM Meeting prep for Next Week
**Date:** Thursday, June 15, 2023 3:50:25 PM

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

This email address is correct.

On Thu, Jun 15, 2023 at 11:53 AM wrote:

> Hello and
>
> Hope your week is going well. To prepare for our meeting next week, can you please send me the SEEDs Survey data? In addition, we will discuss the results and general findings of the EBR.
>
> Please let me know if you have received any updates from Josh regarding feedback with the student file review and Policy/Procedures review.
>
> **Can someone confirm if this is the correct email for I received an email failure before.
>
> Thank you,
>
> Improvement Facilitator, SELPA System Improvement Leads
>
> Phone:

--

*Program Director--Special Education*



[REDACTED]

E-MAIL CONFIDENTIALITY NOTICE:

This e-mail communication and any attachments, including documents, files, or previous e-mail messages, constitute electronic communications within the scope of the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. This e-mail communication may contain non-public, confidential or legally privileged information intended for the sole use of the designated recipient(s). The unauthorized and intentional interception, use, copy or disclosure of such information, or attempt to do so, is strictly prohibited and may be unlawful under applicable laws. [18 U.S.C. 2511.] If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete the original e-mail from your system.

**From:**
**To:** Josh Rucker;
**Cc:**
**Subject:** [EXTERNAL] RE: Data Response
**Date:** Tuesday, June 6, 2023 10:55:39 AM
**Attachments:** image002.png
image003.png

CAUTION! This email originated from outside the California Department of Education Be careful of links and attachments

Thank you for the information. I guess my question is why are 5 year olds being included in the data because the large majority of 5 year olds are no longer preschool, but school aged (TK/K). I am questioning this because in our LEA s case, the 2 students that had discipline events (that resulted in a suspension) transitioned from preschool to kindergarten in June of 2020 at the time of their start in kindergarten, they were still under 5 so classified as preschool. These two students turned 5 in August of 2020 and their IEP updated to change them from preschool to school aged. Which is quite common for our preschool transition students.

My question is if the CALPADS data at EOY, should not globally include 5 year old kids, as some of those kids (like the 2 I am concerned with) are not preschool, but school aged.

**From:**
**Sent:** Tuesday, June 6, 2023 10:13 AM
**To:** Josh Rucker <JRucker@cde ca gov>;
**Subject:** RE Data Response

[EXTERNAL EMAIL] This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning I am the afore mentioned

To clarify, for Preschool discipline selection any student aged 3, 4 or 5 with a discipline event was included The data was drawn from the SELPA approved EOY 2021-22 CALPADS discipline data

I cannot attest to any other data source

Let me know if you have any other questions

Education Programs Consultant (Pronouns: He/Him/His)
Special Education Division; Data, Evaluation and Analysis Unit
California Department of Education

Phone:

**From:** Josh Rucker <JRucker@cde ca gov>
**Sent:** Tuesday, June 6, 2023 9:35 AM
**To:**
**Subject:** Data Response

Hi All,

I am sending this email and including from our Data Unit so that he can provide us a better understanding of the data as it is presented He will reply to this email thread so we can all understand a bit more what we are looking at and how things got determined

See the initial email below for reference

Thanks,
Josh Rucker

**Josh Rucker**
California Department of Education - Special Education Division
Education Program Consultant, FMTA Unit I
(916)323-2491

Thank you I was able to pull these students records and am still scratching my head These students transitioned into kindergarten in August of 2020, as 4 11 year olds Prior to the CALPADS upload in the FALL of 2020, an amendment meeting was held for these (2) students and their setting was changed from PRESCHOOL to KINDERGARTEN Neither child received any suspensions until the Spring of 2021, when they were over 5 and in kindergarten So, I am still confused as to why they are being reported with PRESCHOOL

The data that I have and the data that is in the SIL report below, show that we have 0 PRESCHOOL kids in the discipline area

Any ideas of what you can provide me to help me better understand how these two got picked and reported as PRESCHOOL, will help me better understand the data process

Thank you

DEFSupp002197

**From:**
**To:**
**Cc:** ; Josh Rucker
**Subject:** [EXTERNAL] Re: Preparing for CIM 5/10 Meeting
**Date:** Wednesday, May 3, 2023 2:37:39 PM
**Attachments:** image001.png

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi,

Let's do Monday May 8th at 12. I will send a zoom link.

Thank you,

Improvement Facilitator, SELPA System Improvement Leads

Phone:

On Wed, May 3, 2023 at 2:27 PM wrote:

> Hello
>
> In review of my calendar and calendar, here is our availability:
>
> TODAY, May 3 @ 3:00
>
> Thursday, May 4 from 1:00-3:00
>
> Monday, May 8 from 10:30-2:00
>
> Tuesday, May 9 from 11:00-1:00
>
> Let us know what works for you.



**From:** [redacted]
**Sent:** Wednesday, May 3, 2023 2:01 PM
**To:** [redacted]
**Cc:** [redacted] Josh Rucker <JRucker@cde.ca.gov>
**Subject:** Preparing for CIM 5/10 Meeting

[EXTERNAL EMAIL] This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello [redacted] and [redacted]

Hope you are doing well. Our programmer is still working on the issue you were having when hovering over percentages on the Drill Down reports.

In the meantime, I wanted to reach out to ask if we could please set up a time to briefly review our plans and agenda for our full team meeting on 5/10. This would be a very short check-in to get a sense of what we would like to accomplish during this time.

If you would be so kind as to give me some dates and times that work for you and I would be happy to set up a zoom.

Thank you in advance,

[redacted]

Improvement Facilitator, SELPA System Improvement Leads

[redacted]

[redacted]

[redacted]

Phone: [redacted]

**From:**
**To:**
**Cc:**                    ; Josh Rucker
**Subject:**          [EXTERNAL] RE: Preparing for CIM 5/10 Meeting
**Date:**            Wednesday, May 3, 2023 2:27:28 PM
**Attachments:**   image001.png

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hello

In review of my calendar and                    calendar, here is our availability:

TODAY, May 3 @ 3:00

Thursday, May 4 from 1:00-3:00

Monday, May 8 from 10:30-2:00

Tuesday, May 9 from 11:00-1:00

Let us know what works for you.



**From:**

**Sent:** Wednesday, May 3, 2023 2:01 PM

**To:**

**Cc:**                                    Josh Rucker <JRucker@cde.ca.gov>

**Subject:** Preparing for CIM 5/10 Meeting

[EXTERNAL EMAIL] This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello      and

Hope you are doing well. Our programmer is still working on the issue you were having when hovering over percentages on the Drill Down reports.

In the meantime, I wanted to reach out to ask if we could please set up a time to briefly review our plans and agenda for our full team meeting on 5/10. This would be a very short check-in to get a sense of what we would like to accomplish during this time.

If you would be so kind as to give me some dates and times that work for you and I would be happy to set up a zoom.

Thank you in advance,


Improvement Facilitator, SELPA System Improvement Leads



Phone:



DEFSupp002201

**From:**
**To:**
**Cc:** ; Josh Rucker
**Subject:** [EXTERNAL] Re: Seeds of Partnership Survey
**Date:** Wednesday, May 31, 2023 9:41:32 AM
**Attachments:** image001.png
image002.png

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Fantastic!!

Way to go Team

Improvement Facilitator, SELPA System Improvement Leads

Phone:

On Wed, May 31, 2023 at 6:48 AM wrote:

> We did it… Including the 15 paper surveys I mailed out yesterday, we hit our 20% target!
>
> Email Signature

**From:**
**To:**
**Cc:** Josh Rucker;
**Subject:** [EXTERNAL] RE: SIL - Improvement Data Center Question
**Date:** Monday, May 1, 2023 11:56:30 AM
**Attachments:** image001.png
image002.png
image003.png

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Thank you!

Email Signature

**From:**
**Sent:** Monday, May 1, 2023 11:46 AM
**To:**
**Cc:** Josh Rucker <JRucker@cde.ca.gov>;
**Subject:** Re: SIL - Improvement Data Center Question

[EXTERNAL EMAIL] This email originated from outside of the organization Do not click links or open attachments unless you recognize the sender and know the content is safe

Good morning,

I have sent a message to our programmer and he is looking into it now. As soon as I have more information I will update you.

Talk soon,

Improvement Facilitator, SELPA System Improvement Leads

Phone:

On Mon, May 1, 2023 at 10:34 AM wrote:

> Good morning,
>
> and I were reviewing our data in the Improvement Data Center, and we are unable to see the actual student lists. When we look at the LRE statistics for our Preschoolers, when we hover over the percentages, it allows us to click it to be able to see the students, however, there is no data to show. I'm not sure why the student data isn't showing if its calculating based on my student data?? Any suggestions on fixing this so we can hone in on the students we need to audit?

Email Signature

**From:** [redacted]
**Sent:** Monday, April 24, 2023 1:14 PM
**To** [redacted]
**Subject:** Re: CIM Introduction meeting

[EXTERNAL EMAIL] This email originated from outside of the organization Do not click links or open attachments unless you recognize the sender and know the content is safe

Sounds good.

On Mon, Apr 24, 2023, 1:04 PM [redacted] wrote:

> I was able to get the info from the county, luckily the IT person there is a gem and cleaned up the data for me for the 2021-2022 data we need to review for our monitoring process.
> I'm just thinking ahead to present day data, and how we could utilize the SIL to analyze our current year data to get ahead of any issues and prevent going into intensive monitoring again. Jennifer was helpful in suggesting doing a custom search in SEIS, I'm going to work on that here in the near future.
> Appreciate you reaching out and letting me jump in for suggestions!
>
> **From:** [redacted]
> **Sent:** Monday, April 24, 2023 11:44 AM
> **To:** [redacted]
> **Subject:** Re: CIM Introduction meeting
>
> [EXTERNAL EMAIL] This email originated from outside of the organization Do not click links or open attachments unless you recognize the sender and know the content is safe
>
> Hope that was helpful in some way. If you decide to look at students via SEIS I am happy to work with you on this as we want to clarify the key questions and information we want to analyze and share.
> Happy to help,
>
> [redacted]
> Improvement Facilitator, SELPA System Improvement Leads
> [redacted]
> Phone: [redacted]



On Mon, Apr 24, 2023 at 11:17 AM [REDACTED] wrote:

Yup!!

**From:** [REDACTED]
**Sent:** Monday, April 24, 2023 11:13 AM
**To:** [REDACTED]
**Subject:** Re: CIM Introduction meeting

[EXTERNAL EMAIL] This email originated from outside of the organization Do not click links or open attachments unless you recognize the sender and know the content is safe

Hi,

Are you able to join a zoom right now. We are have an open office hours to support LEA questions. I am also working on getting answers for you.

Here is the link:

Join Zoom Meeting

[REDACTED]

Meeting ID: [REDACTED]

One tap mobile

+[REDACTED] # US (New York)
+[REDACTED] # US (Washington DC)

Dial by your location

+1 [REDACTED] US (New York)
+1 [REDACTED] US (Washington DC)
+1 [REDACTED] US
+1 [REDACTED] US
+1 [REDACTED] US (Chicago)
+1 [REDACTED] US
+1 [REDACTED] US
+1 [REDACTED] US
+1 [REDACTED] US
+1 [REDACTED] US
+1 [REDACTED] US (San Jose)
+1 [REDACTED] US
+1 [REDACTED] US
+1 [REDACTED] US
+1 [REDACTED] US (Tacoma)
+1 [REDACTED] US (Houston)
+1 [REDACTED] US

Meeting ID: [REDACTED]

Find your local number: [REDACTED]

[REDACTED]
Improvement Facilitator, SELPA System Improvement Leads
[REDACTED]
Phone: [REDACTED]

On Fri, Apr 21, 2023 at 4:24 PM [REDACTED] > wrote:

I have a question with regards to the ODS data extracts from CALPADS that are to be uploaded into the IDC. Can CALPADS offer a filter option in the ODS Extract section at the County Office of Ed level to also filter by district of accountability so that they are only extracting that district's data? Or allow the districts to select data to extract based on district of special

education accountability? The latter being the ideal since we are the district of accountability, we should be able to see out data.

AS the system is now, we can only extract data that we reported. For our preschoolers, which are serviced and reported by the County Office of Education, the SELPA CALPADS technician has to extract that data. Unfortunately, he cannot extract out only [redacted] DSEA data, it pulls the whole county, other districts included, and he has to manually filter and clean out the data to send to me. For the SENR and SPED files, he can easily filter, however the other 6 files do not, and he has to cross reference the data against our SENR to pull out our data.

As I use the IDC and see the power to analyze the 2021/2022 data for our CIM process, I am looking forward to using it with current year data to see problematic areas to avoid disproportionality/compliance issues in the future. Being able to extract this data ourselves would be most efficient.

Unless I am missing a step and there is a more efficient way for us to gather all our data in one extract?

**From:** [redacted]
**Sent:** Wednesday, April 19, 2023 12:48 PM
**To:** [redacted]
**Cc:** Josh Rucker <JRucker@cde.ca.gov>; [redacted]
**Subject:** RE: CIM Introduction meeting

It was great meeting you today!

I already have access to both the IDC and the SEEDS website.

-Awaiting CALPADS Data extracts from the county to upload to the IDS

-In the process of updating the SEEDS website for our LEA data and District Engagement Survey.

**From:** [redacted]
**Sent:** Wednesday, April 19, 2023 11:13 AM
**To:** [redacted]
**Cc:** Josh Rucker <JRucker@cde.ca.gov>; [redacted]
**Subject:** CIM Introduction meeting

[EXTERNAL EMAIL] This email originated from outside of the organization Do not click links or open attachments unless you recognize the sender and know the content is safe

Hi team,

Thank you so much for taking the time to meet this morning. I will follow up shortly with a zoom link for our future meetings and include all members listed on our agenda.

As we prepare for our next meeting on 5/10 with everyone we will launch with an overview of the process, setting team norms, and initial data review completed thus far.

Next steps for [redacted] will be:

1. Set up an account in the Improvement Data Center, on our website.
   - Improvement Data Center- Data Drilldown- Video
   - Improvement Data Center- Data Drill down- Handout
2. Register for the SEEDs Survey. Suggestion: think about how to share the survey within these next couple of weeks (i.e. CAC meetings, open house, print out for staff to send home, etc.). Sometimes getting creative helps
3. Complete the BASICS tools for Special Education Infrastructure. This can be done with your leadership team members on your own time. I am happy to support you through this process. In addition, provide me with login access so we can use the report with our whole team.
4. Please share any relevant information that would support the work [redacted] has been doing (i.e. LCAP, DA information, etc)

As you get data gathered you can add information to your Step 1 folder.

Please know that I am always here to support and you can reach out at any time.

[redacted]
Improvement Facilitator, SELPA System Improvement Leads
[redacted]
Phone: [redacted]



DEFSupp002207

**From:**
**To:**
**Cc:** Josh Rucker;
**Subject:** [EXTERNAL] Re: SIL - Improvement Data Center Question
**Date:** Monday, May 1, 2023 11:48:16 AM
**Attachments:** image001.png
image002.png
image003.png

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Good morning,

I have sent a message to our programmer and he is looking into it now. As soon as I have more information I will update you.

Talk soon,

Improvement Facilitator, SELPA System Improvement Leads

Phone:

On Mon, May 1, 2023 at 10:34 AM wrote:

> Good morning,
>
> and I were reviewing our data in the Improvement Data Center, and we are unable to see the actual student lists. When we look at the LRE statistics for our Preschoolers, when we hover over the percentages, it allows us to click it to be able to see the students, however, there is no data to show. I'm not sure why the student isn't showing if its calculating based on my student data?? Any suggestions on fixing this so we can hone in on the students we need to audit?

Email Signature

**From:** [redacted]
**Sent:** Monday, April 24, 2023 1:14 PM
**To:** [redacted]
**Subject:** Re: CIM Introduction meeting

[EXTERNAL EMAIL] This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe

Sounds good.

On Mon, Apr 24, 2023, 1:04 PM [redacted]> wrote:

I was able to get the info from the county, luckily the IT person there is a gem and cleaned up the data for me for the 2021-2022 data we need to review for our monitoring process.

I'm just thinking ahead to present day data, and how we could utilize the SIL to analyze our current year data to get ahead of any issues and prevent going into intensive monitoring again. [redacted] was helpful in suggesting doing a custom search in SEIS, I'm going to work on that here in the near future.

Appreciate you reaching out and letting me jump in for suggestions!

Email Signature

**From:** [redacted]
**Sent:** Monday, April 24, 2023 11:44 AM
**To:** [redacted]
**Subject:** Re: CIM Introduction meeting

[EXTERNAL EMAIL] This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe

Hope that was helpful in some way. If you decide to look at students via SEIS I am happy to work with you on this as

we want to clarify the key questions and information we want to analyze and share.

Happy to help,

Improvement Facilitator, SELPA System Improvement Leads

Phone:



On Mon, Apr 24, 2023 at 11:17 AM                                    wrote:

Yup!!

Email Signature

**From:**
**Sent:** Monday, April 24, 2023 11:13 AM
**To:**
**Subject:** Re: CIM Introduction meeting

[EXTERNAL EMAIL] This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe

Hi,

Are you able to join a zoom right now. We are have an open office hours to support LEA questions. I am also working on getting answers for you.

Here is the link:

Join Zoom Meeting

Meeting ID:
One tap mobile
+1                          # US (New York)
+1                          # US (Washington DC)

Dial by your location
+1            US (New York)
+1            US (Washington DC)
+1            US
+1            US
+1            US (Chicago)

+1 US
+1 US
+1 US
+1 US
+1 US
+1 US (San Jose)
+1 US
+1 US
+1 US
+1 US (Tacoma)
+1 US (Houston)
+1 US
Meeting ID:
Find your local number:

Improvement Facilitator, SELPA System Improvement Leads

Phone:

On Fri, Apr 21, 2023 at 4:24 PM wrote:

I have a question with regards to the ODS data extracts from CALPADS that are to be uploaded into the IDC. Can CALPADS offer a filter option in the ODS Extract section at the County Office of Ed level to also filter by district of accountability so that they are only extracting that district's data? Or allow the districts to select data to extract based on district of special education accountability? The latter being the ideal since we are the district of accountability, we should be able to see out data.

AS the system is now, we can only extract data that we reported. For our preschoolers, which are serviced and reported by the County Office of Education, the SELPA CALPADS technician has to extract that data. Unfortunately, he cannot extract out only DSEA data, it pulls the whole county, other districts included, and he has to manually filter and clean out the data to send to me. For the SENR and SPED files, he can easily filter, however the other 6 files do not, and he has to cross reference the data against our SENR to pull out our data.

As I use the IDC and see the power to analyze the 2021/2022 data for our CIM process, I am looking forward to using it with current year data to see problematic areas to avoid disproportionality/compliance issues in the future. Being able to extract this data ourselves would be most efficient.

Unless I am missing a step and there is a more efficient way for us to gather all our data in one extract?

Email Signature

---

**From:**
**Sent:** Wednesday, April 19, 2023 12:48 PM



**To:**
**Cc:** Josh Rucker <JRucker@cde.ca.gov>;
**Subject:** RE: CIM Introduction meeting

It was great meeting you today!

I already have access to both the IDC and the SEEDS website.

-Awaiting CALPADS Data extracts from the county to upload to the IDS

-In the process of updating the SEEDS website for our LEA data and District Engagement Survey.

Email Signature

---

**From:**
**Sent:** Wednesday, April 19, 2023 11:13 AM
**To:**
**Cc:** Josh Rucker <JRucker@cde.ca.gov>;
**Subject:** CIM Introduction meeting

[EXTERNAL EMAIL] This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe

Hi team,

Thank you so much for taking the time to meet this morning. I will follow up shortly with a zoom link for our future meetings and include all members listed on our agenda.

As we prepare for our next meeting on 5/10 with everyone we will launch with an overview of the process, setting team norms, and initial data review completed thus far.

Next steps for will be:

1. Set up an account in the Improvement Data Center, on our website.
   - Improvement Data Center- Data Drilldown- Video
   - Improvement Data Center- Data Drill down- Handout
2. Register for the SEEDs Survey. Suggestion: think about how to share the survey within these next couple of weeks (i.e. CAC meetings, open house, print out for staff to send home, etc.). Sometimes getting creative helps
3. Complete the BASICS tools for Special Education Infrastructure. This can be done with your leadership team members on your own time. I am happy to support you through this process. In addition, provide me with login access so we can use the report with our whole team.
4. Please share any relevant information that would support the work has been doing (i.e. LCAP, DA information, etc)

As you get data gathered you can add information to your Step 1 folder.

Please know that I am always here to support and you can reach out at any time.

Improvement Facilitator, SELPA System Improvement Leads

[REDACTED]

[REDACTED]

[REDACTED]

Phone: [REDACTED]

**From:** [redacted]
**To:** Josh Rucker
**Subject:** [EXTERNAL] RE: Stepwell Access for CIM
**Date:** Friday, May 12, 2023 11:53:55 AM
**Attachments:** image001.png

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Thank you.

Email Signature

**From:** Josh Rucker <JRucker@cde.ca.gov>
**Sent:** Friday, May 12, 2023 11:16 AM
**To:** [redacted]
**Subject:** Stepwell Access for CIM

[EXTERNAL EMAIL] This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi [redacted]

At long last, I am happy to report that I am providing you with your user name and password for Stepwell. This will enable you to access the Compliance & Improvement Monitoring (CIM) template within the **Stepwell** platform.

To access the Stepwell platform, please click on this link: Stepwell (stepwelled.com)

**Username:** [redacted]

**Password:** [redacted]

(user name and password are case sensitive)

You will want to change your password upon initial login so that you can ensure security. You can do so by clicking on your profile and going through the steps to change your password.

If you happened to miss the webinar on how to use Stepwell, it has been recorded and you can access that recording here: 2023 Intensive CIM (padlet.com) . The 'Stepwell' webinar is under the first section tilted: *'CIM Process Preparation'*.

Should you have any questions about the software or run into any issues, please let me know ASAP and I can resolve them for you.

Thanks,
Josh Rucker

**Josh Rucker**
California Department of Education - Special Education Division
Education Program Consultant, FMTA Unit I
(916)323-2491

**From:** [redacted]
**To:** [redacted]
**Cc:** [redacted] Josh Rucker
**Subject:** [EXTERNAL] Seeds of Partnership Survey
**Date:** Wednesday, May 31, 2023 6:48:24 AM
**Attachments:** image001.png
image002.png

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

We did it... Including the 15 paper surveys I mailed out yesterday, we hit our 20% target!

Email Signature

**From:**
**To:** ; Josh Rucker
**Cc:**
**Subject:** [EXTERNAL] SIL - Improvement Data Center Question
**Date:** Monday, May 1, 2023 10:36:12 AM
**Attachments:** image001.png
image002.png
image003.png

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Good morning,

and I were reviewing our data in the Improvement Data Center, and we are unable to see the actual student lists. When we look at the LRE statistics for our Preschoolers, when we hover over the percentages, it allows us to click it to be able to see the students, however, there is no data to show. I'm not sure why the student data isn't showing if its calculating based on my student data?? Any suggestions on fixing this so we can hone in on the students we need to audit?

Email Signature

**From:**
**Sent:** Monday, April 24, 2023 1:14 PM
**To:**
**Subject:** Re: CIM Introduction meeting

[EXTERNAL EMAIL] This email originated from outside of the organization Do not click links or open attachments unless you recognize the sender and know the content is safe

Sounds good.

On Mon, Apr 24, 2023, 1:04 PM :

> I was able to get the info from the county, luckily the IT person there is a gem and cleaned up the data for me for the 2021-2022 data we need to review for our monitoring process.

I'm just thinking ahead to present day data, and how we could utilize the SIL to analyze our current year data to get ahead of any issues and prevent going into intensive monitoring again. Jennifer was helpful in suggesting doing a custom search in SEIS, I'm going to work on that here in the near future.

Appreciate you reaching out and letting me jump in for suggestions!

Email Signature

**From:**
**Sent:** Monday, April 24, 2023 11:44 AM
**To:**
**Subject:** Re: CIM Introduction meeting

[EXTERNAL EMAIL] This email originated from outside of the organization Do not click links or open attachments unless you recognize the sender and know the content is safe

Hope that was helpful in some way. If you decide to look at students via SEIS I am happy to work with you on this as we want to clarify the key questions and information we want to analyze and share.

Happy to help,

Improvement Facilitator, SELPA System Improvement Leads
West San Gabriel Valley SELPA

Phone

On Mon, Apr 24, 2023 at 11:17 AM wrote:

> Yup!!
>
> Email Signature
>
> **From:** >
> **Sent:** Monday, April 24, 2023 11:13 AM
> **To:**
> **Subject:** Re: CIM Introduction meeting
>
> [EXTERNAL EMAIL] This email originated from outside of the organization Do not click links or open attachments unless you recognize the sender and know the content is safe
>
> Hi,
>
> Are you able to join a zoom right now. We are have an open office hours to support LEA questions. I am also working on getting answers for you.
>
> Here is the link:
>
> Join Zoom Meeting
>
> Meeting ID
>
> One tap mobile
>
> +1 # US (New York)
>
> +1 # US (Washington DC)

Dial by your location
+1 [redacted] US (New York)
+1 [redacted] US (Washington DC)
+1 [redacted] US
+1 [redacted] US
+1 [redacted] US (Chicago)
+1 [redacted] US
+1 [redacted] US
+1 [redacted] US
+1 [redacted] US
+1 [redacted] US
+1 [redacted] US (San Jose)
+1 [redacted] US
+1 [redacted] US
+1 [redacted] US
+1 [redacted] US (Tacoma)
+1 [redacted] US (Houston)
+1 [redacted] US
Meeting ID: [redacted]
Find your local number: [redacted]

[redacted]
Improvement Facilitator, SELPA System Improvement Leads
[redacted]
Phone: [redacted]

On Fri, Apr 21, 2023 at 4:24 PM [redacted]> wrote:

I have a question with regards to the ODS data extracts from CALPADS that are to be uploaded into the IDC. Can CALPADS offer a filter option in the ODS Extract section at the County Office of Ed level to also filter by district of accountability so that they are only extracting that district's data? Or allow the districts to select data to extract based on district of special education accountability? The latter being the ideal since we are the district of accountability, we should be able to see out data.

AS the system is now, we can only extract data that we reported. For our preschoolers, which are serviced and reported by the County Office of Education, the SELPA CALPADS technician has to extract that data. Unfortunately, he cannot extract out only [redacted] DSEA data, it pulls the whole county, other districts included, and he has to manually filter and clean out the data to send to me. For the SENR and SPED files, he can easily filter, however the other 6 files do not, and he has to cross reference the data against our SENR to pull out our data.

As I use the IDC and see the power to analyze the 2021/2022 data for our CIM process, I am looking forward to using it with current year data to see problematic areas to avoid disproportionality/compliance issues in the future. Being able to extract this data ourselves would be most efficient.

Unless I am missing a step and there is a more efficient way for us to gather all our data in one extract?

Email Signature

**From:** [redacted]
**Sent:** Wednesday, April 19, 2023 12:48 PM
**To:** [redacted]

**Cc:** Josh Rucker <JRucker@cde.ca.gov>;
**Subject:** RE: CIM Introduction meeting

It was great meeting you today!

I already have access to both the IDC and the SEEDS website.

-Awaiting CALPADS Data extracts from the county to upload to the IDS

-In the process of updating the SEEDS website for our LEA data and District Engagement Survey.

Email Signature

**From:**
**Sent:** Wednesday, April 19, 2023 11:13 AM
**To:**
**Cc:** Josh Rucker <JRucker@cde.ca.gov>;
**Subject:** CIM Introduction meeting

[EXTERNAL EMAIL] This email originated from outside of the organization Do not click links or open attachments unless you recognize the sender and know the content is safe

Hi team,

Thank you so much for taking the time to meet this morning. I will follow up shortly with a zoom link for our future meetings and include all members listed on our agenda.

As we prepare for our next meeting on 5/10 with everyone we will launch with an overview of the process, setting team norms, and initial data review completed thus far.

Next steps for will be:

1. Set up an account in the Improvement Data Center, on our website.
   - Improvement Data Center- Data Drilldown- Video
   - Improvement Data Center- Data Drill down- Handout

2. Register for the SEEDs Survey. Suggestion: think about how to share the survey within these next couple of weeks (i.e. CAC meetings, open house, print out for staff to send home, etc.). Sometimes getting creative helps

3. Complete the BASICS tools for Special Education Infrastructure. This can be done with your leadership team members on your own time. I am happy to support you through this process. In addition, provide me with login access so we can use the report with our whole team.

4. Please share any relevant information that would support the work has been doing (i.e. LCAP, DA information, etc)

As you get data gathered you can add information to your Step 1 folder.

Please know that I am always here to support and you can reach out at any time.

Improvement Facilitator, SELPA System Improvement Leads

Phone:

DEFSupp002221

**From:**
**To:**
**Cc:** ; Josh Rucker
**Subject:** [EXTERNAL] Preparing for CIM 5/10 Meeting
**Date:** Wednesday, May 3, 2023 2:01:53 PM

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hello and

Hope you are doing well. Our programmer is still working on the issue you were having when hovering over percentages on the Drill Down reports.

In the meantime, I wanted to reach out to ask if we could please set up a time to briefly review our plans and agenda for our full team meeting on 5/10. This would be a very short check-in to get a sense of what we would like to accomplish during this time.

If you would be so kind as to give me some dates and times that work for you and I would be happy to set up a zoom.

Thank you in advance,

Improvement Facilitator, SELPA System Improvement Leads



**From:** Josh Rucker
**To:** [redacted]; [redacted]; [redacted]
**Subject:** [redacted] Elementary Data Response
**Date:** Tuesday, June 6, 2023 9:35:31 AM
**Attachments:** image001.png

---

Hi All,
I am sending this email and including [redacted] from our Data Unit so that he can provide us a better understanding of the data as it is presented He will reply to this email thread so we can all understand a bit more what we are looking at and how things got determined
See the initial email below for reference
Thanks,
Josh Rucker

**Josh Rucker**
California Department of Education - Special Education Division
Education Program Consultant, FMTA Unit I
(916)323-2491

Thank you I was able to pull these students records and am still scratching my head These students transitioned into kindergarten in August of 2020, as 4 11 year olds Prior to the CALPADS upload in the FALL of 2020, an amendment meeting was held for these (2) students and their setting was changed from PRESCHOOL to KINDERGARTEN Neither child received any suspensions until the Spring of 2021, when they were over 5 and in kindergarten So, I am still confused as to why they are being reported with PRESCHOOL

The data that I have and the data that is in the SIL report below, show that we have 0 PRESCHOOL kids in the discipline area

Any ideas of what you can provide me to help me better understand how these two got picked and reported as PRESCHOOL, will help me better understand the data process

Thank you

[redacted]

**From:**
**To:** Josh Rucker
**Cc:**
**Subject:** Re: [EXTERNAL] CIM Meeting prep for Next Week
**Date:** Thursday, June 15, 2023 4:38:25 PM
**Attachments:** image001.jpg

---

That's great news.

Thank you Josh!!

Improvement Facilitator, SELPA System Improvement Leads

On Thu, Jun 15, 2023 at 1:51 PM Josh Rucker <JRucker@cde.ca.gov> wrote:

> Hi and Team
>
> Policy and Procedure is 100% compliant and there will be an email coming out soon regarding the completion of this activity.
>
> Thanks,
>
> Josh
>
> **Josh Rucker**
>
> California Department of Education - Special Education Division
>
> Education Program Consultant, FMTA Unit I
>
> (916)323-2491
>
> ---
>
> **From:** >
> **Sent:** Thursday, June 15, 2023 11:53 AM
> **To:**
> >
> **Cc:** Josh Rucker <JRucker@cde.ca.gov>;

**Subject:** [EXTERNAL] CIM Meeting prep for Next Week

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hello [redacted] and [redacted],

Hope your week is going well. To prepare for our meeting next week, can you please send me the SEEDs Survey data? In addition, we will discuss the results and general findings of the EBR.

Please let me know if you have received any updates from Josh regarding feedback with the student file review and Policy/Procedures review.

**Can someone confirm if this is the correct email for [redacted], I received an email failure before.

Thank you,

Improvement Facilitator, SELPA System Improvement Leads

Image removed by sender.

**From:** Josh Rucker
**To:**
**Cc:**
**Subject:** RE: [EXTERNAL] CIM Meeting prep for Next Week
**Date:** Thursday, June 15, 2023 1:51:05 PM
**Attachments:** image001.jpg

---

Hi and Team

Policy and Procedure is 100% compliant and there will be an email coming out soon regarding the completion of this activity.

Thanks,

Josh

**Josh Rucker**

California Department of Education - Special Education Division

Education Program Consultant, FMTA Unit I

(916)323-2491

---

**From:**
**Sent:** Thursday, June 15, 2023 11:53 AM
**To:**
**Cc:** ; Josh Rucker <JRucker@cde.ca.gov>;
**Subject:** [EXTERNAL] CIM Meeting prep for Next Week

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hello and ,

Hope your week is going well. To prepare for our meeting next week, can you please send me the SEEDs Survey data? In addition, we will discuss the results and general findings of the EBR.

Please let me know if you have received any updates from Josh regarding feedback with the student file review and Policy/Procedures review.

**Can someone confirm if this is the correct email for , I received an email failure before.

Thank you,

Improvement Facilitator, SELPA System Improvement Leads

Image removed by sender.

**From:** Shiyloh Becerril
**To:** [REDACTED]
**Cc:** Josh Rucker; [REDACTED]; [REDACTED]
**Subject:** RE: [EXTERNAL] Preschool Discipline Data
**Date:** Friday, June 16, 2023 12:55:51 PM

Hi [REDACTED],

Thank you so much for your patience on my reply. We have had some changes at CDE and I have had my hands full the last week. Allow me to clarify this issue. The US Department of Education does allow us to report students who are 5 and in Kindergarten in Indicator 5 instead of Indicator 6, however that is the only exception to section 619 of IDEA. For all other categories, students ages 3-5 are considered preschool, regardless of grade.

While I understand your issue, I reviewed the data and I am concerned with some of the trends that I see in the data. Last year, there were 2 students with disabilities who were 5 years old and were suspended during the year. Those two students were suspended more than once and for more than one day for each incident. The students who were suspended had a disability for SLI and the incidents were Caused Attempted or Threatened Physical Injury for 4 out of 5 of the incidents. This information makes me wonder about the behavior practices at the LEA and if they ensuring that the needs of children, specifically around communication and language, at the LEA are being met to reduce the incidents. As you are aware, children who experience repeated suspension and expulsion at a younger age are more likely to experience poor outcomes as their school career progresses. Upon looking at the LEA outcomes for children with disabilities in the Dashboard, Hanford Elementary has the lowest levels of performance in Suspension, Math, English and Chronic Absenteeism.

When we see multiple suspensions for children at a young age we believe that there might be connections to these events and potential outcomes later on. During the CIM process we hope that you will look closely, at the interconnectivity of these data elements along with other outcomes for children with disabilities. I would also encourage you to review with the LEA other types of data that may also indicate behavior practices that may also lead to increased suspension and expulsion for young children with disabilities. For example, students in preschool and kindergarten who might regularly leave school early (aka parent pick-ups) and office referrals might be a local indicator that is not recorded as suspensions or expulsions but still result in a reduction of FAPE for these children.

I hope that this meets your request for additional clarity in the data that you are seeing and provide you with a direction to move forward in Step 1 of your CIM. Please feel free to reach out to Josh or myself with additional questions

Shiyloh

**Shiyloh Duncan-Becerril,**
*Associate Director*
Special Education Division
California Department of Education
1430 N Street, Suite 2401
Sacramento, Ca 95814
sbecerril@cde.ca.gov
916-327-0842

---

**From:** [REDACTED]
**Sent:** Tuesday, June 6, 2023 3:08 PM
**To:** Shiyloh Becerril <SBecerril@cde.ca.gov>

**Cc:** Josh Rucker <JRucker@cde.ca.gov>; [redacted]

**Subject:** [EXTERNAL] Preschool Discipline Data

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Shiyloh,
Just wanted to reach out to see if you have a different understanding.

[redacted] Elementary has been selected as Intensive for Preschool Age. The indictor where they scored the lowest (1 out of 10) was on Suspension. In reviewing our data we didn't find any preschool or TK students who were suspended during the 2021-2022 school year. When we requested the specific student SSID numbers, the two students who had been suspended were 5 year old Kindergarten students. We were confused by this, as our understanding is that 5 in Kindergarten should report to school age data rather than preschool data.
We have had some email discussions with [redacted] to better understand this situation. His explanation is that the, "Federal Office offers us the option to exclude 5 year olds in Kinder (not TK) from some presechool indicators (indicator 6 specifically). Since PRS discipline is a state indicator, we went with the widest net." He then said you may have a different take on this information.
The two students in question were never TK students, they were of age to come in as Kindergarten, so we are just looking for a better understanding of the data that we are working with.
We look forward to hearing your thoughts.
Thanks,

[redacted]

[redacted] COUNTY OFFICE OF EDUCATION

E-MAIL CONFIDENTIALITY NOTICE:

This e-mail communication and any attachments, including documents, files, or previous e-mail messages, constitute electronic communications within the scope of the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. This e-mail communication may contain non-public, confidential or legally privileged information intended for the sole use of the designated recipient(s). The unauthorized and intentional interception, use, copy or disclosure of such information, or attempt to do so, is strictly prohibited and may be unlawful under applicable laws. [18 U.S.C. 2511.] If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete the original e-mail from your system.

**From:** [REDACTED]
**To:** [REDACTED]
**Cc:** Josh Rucker
**Subject:** RE: [EXTERNAL] RE: [REDACTED] Elementary Data Response
**Date:** Tuesday, June 6, 2023 2:52:59 PM
**Attachments:** image004.png
image005.png
image006.png
image007.png

---

*"The best answer I can offer (Shiyloh might have better) is that the Federal Office offers us the option to exclude 5 year olds in Kinder (not TK) from some preschool indicators (indicator 6 specifically).*

Just to clarify, the students indicated were NOT TK students when they entered the 2021/2022 school year, they were Kinder.

Email Signature

**From:** [REDACTED]>
**Sent:** Tuesday, June 6, 2023 1:49 PM
**To:** [REDACTED]
**Cc:** Josh Rucker <JRucker@cde.ca.gov>; [REDACTED]
**Subject:** RE: [EXTERNAL] RE: [REDACTED] Elementary Data Response

Sure [REDACTED], if you have time.

**From:** [REDACTED]>
**Sent:** Tuesday, June 6, 2023 1:42 PM
**To:** [REDACTED]>
**Cc:** Josh Rucker <JRucker@cde.ca.gov>; [REDACTED]
**Subject:** Re: [EXTERNAL] RE: [REDACTED] Elementary Data Response

[EXTERNAL EMAIL] This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you [REDACTED].

[REDACTED] and Josh, do you want me to reach out to Shiyloh?

On Tue, Jun 6, 2023 at 11:12 AM [REDACTED] > wrote:

> The best answer I can offer (Shiyloh might have better) is that the Federal Office offers us the option to exclude 5 year olds in Kinder (not TK) from some preschool indicators (indicator 6 specifically).
> Since PRS discipline is a state indicator, we went with the widest net.
> As I said, Shiyloh might have a better answer.
> [REDACTED]
>
> **From:** [REDACTED]>
> **Sent:** Tuesday, June 6, 2023 10:55 AM
> **To:** [REDACTED]>; Josh Rucker <JRucker@cde.ca.gov>; [REDACTED]
> **Cc:** [REDACTED]
> **Subject:** [EXTERNAL] RE: [REDACTED] Elementary Data Response
>
> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.
>
> [REDACTED],
>
> Thank you for the information. I guess my question is why are 5 year olds being included in the data because the large majority of 5 year olds are no longer preschool, but school aged (TK/K). I am questioning this because in our LEA's case, the 2 students that had discipline events (that resulted in a suspension) transitioned from preschool to kindergarten in June of 2020 at the time of their start in kindergarten, they were still under 5 so classified as preschool. These two students turned 5 in August of 2020 and their IEP updated to change them from preschool to school aged. Which is quite common for our preschool transition students.
> My question is if the CALPADS data at EOY, should not globally include 5 year old kids, as some of those kids (like the 2 I am concerned with) are not preschool, but school aged.
>
> **From:** [REDACTED]
> **Sent:** Tuesday, June 6, 2023 10:13 AM
> **To:** Josh Rucker <JRucker@cde.ca.gov> [REDACTED]
> **Subject:** RE: [REDACTED] Elementary Data Response
>
> [EXTERNAL EMAIL] This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Good morning. I am the afore mentioned [REDACTED]
> To clarify, for Preschool discipline selection any student aged 3, 4 or 5 with a discipline event was included. The data was drawn from the SELPA approved EOY 2021-22 CALPADS discipline data.
> I cannot attest to any other data source.
> Let me know if you have any other questions.
>
> [REDACTED]
>
> **From:** Josh Rucker <JRucker@cde.ca.gov>
> **Sent:** Tuesday, June 6, 2023 9:35 AM
> **To:** [REDACTED]
> **Subject:** [REDACTED] Elementary Data Response
>
> Hi All,
> I am sending this email and including [REDACTED] from our Data Unit so that he can provide us a better understanding of the data as it is presented. He will reply to this email thread so we can all understand a bit more what we are looking at and how things got determined.
> See the initial email below for reference.
> Thanks,
> Josh Rucker
>
> **Josh Rucker**
> California Department of Education - Special Education Division
> Education Program Consultant, FMTA Unit I
> (916)323-2491

Thank you. I was able to pull these students records and am still scratching my head. These students transitioned into kindergarten in August of 2020, as 4.11 year olds. Prior to the CALPADS upload in the FALL of 2020, an amendment meeting was held for these (2) students and their setting was changed from PRESCHOOL to KINDERGARTEN. Neither child received any suspensions until the Spring of 2021, when they were over 5 and in kindergarten. So, I am still confused as to why they are being reported with PRESCHOOL.

The data that I have and the data that is in the SIL report below, show that we have 0 PRESCHOOL kids in the discipline area.

Any ideas of what you can provide me to help me better understand how these two got picked and reported as PRESCHOOL, will help me better understand the data process.

Thank you.



--

COUNTY OFFICE OF EDUCATION
E-MAIL CONFIDENTIALITY NOTICE:

This e-mail communication and any attachments, including documents, files, or previous e-mail messages, constitute electronic communications within the scope of the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. This e-mail communication may contain non-public, confidential or legally privileged information intended for the sole use of the designated recipient(s). The unauthorized and intentional interception, use, copy or disclosure of such information, or attempt to do so, is strictly prohibited and may be unlawful under applicable laws. [18 U.S.C. 2511.] If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete the original e-mail from your system.



**From:**
**To:**
**Cc:** Josh Rucker
**Subject:** RE: [EXTERNAL] RE: Elementary Data Response
**Date:** Tuesday, June 6, 2023 1:49:07 PM
**Attachments:** image001.png
image002.png
image003.png

Sure , if you have time.

**From:**
**Sent:** Tuesday, June 6, 2023 1:42 PM
**To:**
**Cc:** Josh Rucker <JRucker@cde ca gov>; >
**Subject:** Re: [EXTERNAL] RE Elementary Data Response

[EXTERNAL EMAIL] This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you
and Josh, do you want me to reach out to Shiyloh?
On Tue, Jun 6, 2023 at 11:12 AM wrote:

The best answer I can offer (Shiyloh might have better) is that the Federal Office offers us the option to exclude 5 year olds in Kinder (not TK) from some preschool indicators (indicator 6 specifically)
Since PRS discipline is a state indicator, we went with the widest net
As I said, Shiyloh might have a better answer

**From:** >
**Sent:** Tuesday, June 6, 2023 10 55 AM
**To:** ; Josh Rucker <JRucker@cde ca gov>;
**Cc:** >
**Subject:** [EXTERNAL] RE Elementary Data Response

CAUTION! This email originated from outside the California Department of Education Be careful of links and attachments

Thank you for the information. I guess my question is why are 5 year olds being included in the data because the large majority of 5 year olds are no longer preschool, but school aged (TK/K). I am questioning this because in our LEA s case, the 2 students that had discipline events (that resulted in a suspension) transitioned from preschool to kindergarten in June of 2020 at the time of their start in kindergarten, they were still under 5 so classified as preschool. These two students turned 5 in August of 2020 and their IEP updated to change them from preschool to school aged. Which is quite common for our preschool transition students.
My question is if the CALPADS data at EOY, should not globally include 5 year old kids, as some of those kids (like the 2 I am concerned with) are not preschool, but school aged.

**From:**
**Sent:** Tuesday, June 6, 2023 10:13 AM
**To:** Josh Rucker <JRucker@cde ca gov>;
**Subject:** RE Elementary Data Response

[EXTERNAL EMAIL] This emai l originated from outside of the organization. Do not click inks or open attachments unless you recognize the sender and know the content is safe.

Good morning I am the afore mentioned
To clarify, for Preschool discipline selection any student aged 3, 4 or 5 with a discipline event was included The data was drawn from the SELPA approved EOY 2021-22 CALPADS discipline data
I cannot attest to any other data source
Let me know if you have any other questions

**From:** Josh Rucker <JRucker@cde ca gov>
**Sent:** Tuesday, June 6, 2023 9:35 AM
**To:**
**Subject:** Data Response

Hi All,
I am sending this email and including from our Data Unit so that he can provide us a better understanding of the data as it is presented He will reply to this email thread so we can all understand a bit more what we are looking at and how things got determined
See the initial email below for reference
Thanks,
Josh Rucker

**Josh Rucker**
California Department of Education - Special Education Division
Education Program Consultant, FMTA Unit I
(916)323-2491

Thank you I was able to pull these students records and am still scratching my head These students transitioned into kindergarten in August of 2020, as 4 11 year olds Prior to the CALPADS upload in the FALL of 2020, an amendment meeting was held for these (2) students and their setting was changed from PRESCHOOL to KINDERGARTEN Neither child received any suspensions until the Spring of 2021, when they were over 5 and in kindergarten So, I am still confused as to why they are being reported with PRESCHOOL

The data that I have and the data that is in the SIL report below, show that we have 0 PRESCHOOL kids in the discipline area

Any ideas of what you can provide me to help me better understand how these two got picked and reported as PRESCHOOL, will help me better understand the data process

Thank you



COUNTY OFFICE OF EDUCATION
E-MAIL CONFIDENTIALITY NOTICE:

This e-mail communication and any attachments, including documents, files, or previous e-mail messages, constitute electronic communications within the scope of the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. This e-mail communication may contain non-public, confidential or legally privileged information intended for the sole use of the designated recipient(s). The unauthorized and intentional interception, use, copy or disclosure of such information, or attempt to do so, is strictly prohibited and may be unlawful under applicable laws. [18 U.S.C. 2511.] If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete the original e-mail from your system.

**From:** Josh Rucker
**To:** [redacted]
**Cc:** [redacted]n
**Subject:** RE: [EXTERNAL] SIL - Improvement Data Center Question
**Date:** Monday, May 1, 2023 10:39:23 AM
**Attachments:** image004.png
image005.png
image006.png
image007.jpg

---

Great question [redacted] – I am going to defer to Jessica on this one as she is the SIL expert. I am sure we can get to the bottom of this!

~Josh Rucker

**Josh Rucker**

California Department of Education - Special Education Division

Education Program Consultant, FMTA Unit I

(916)323-2491

**From:** [redacted]>
**Sent:** Monday, May 1, 2023 10:34 AM
**To:** [redacted] Josh Rucker <JRucker@cde.ca.gov>
**Cc:** [redacted]>
**Subject:** [EXTERNAL] SIL - Improvement Data Center Question

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Good morning,

[redacted] and I were reviewing our data in the Improvement Data Center, and we are unable to see the actual student lists. When we look at the LRE statistics for our Preschoolers, when we hover over the percentages, it allows us to click it to be able to see the students, however, there is no data to show. I'm not sure why the student data isn't showing if its calculating based on my student data?? Any suggestions on fixing this so we can hone in on the students we need to audit?

Email Signature

**From:** [redacted] >
**Sent:** Monday, April 24, 2023 1:14 PM
**To:** [redacted]
**Subject:** Re: CIM Introduction meeting

[EXTERNAL EMAIL] This email originated from outside of the organization Do not click links or open attachments unless you recognize the sender and know the content is safe

Sounds good.

On Mon, Apr 24, 2023, 1:04 PM Mora, Christina <cmora@hanfordesd.org> wrote:

> I was able to get the info from the county, luckily the IT person there is a gem and cleaned up the data for me for the 2021-2022 data we need to review for our monitoring process.
> I'm just thinking ahead to present day data, and how we could utilize the SIL to analyze our current year data to get ahead of any issues and prevent going into intensive monitoring again. Jennifer was helpful in suggesting doing a custom search in SEIS, I'm going to work on that here in the near future.
> Appreciate you reaching out and letting me jump in for suggestions!
> Email Signature
>
> **From:** [redacted]
> **Sent:** Monday, April 24, 2023 11:44 AM
> **To:** [redacted]
> **Subject:** Re: CIM Introduction meeting
>
> [EXTERNAL EMAIL] This email originated from outside of the organization Do not click links or open attachments unless you recognize the sender and know the content is safe
>
> Hope that was helpful in some way. If you decide to look at students via SEIS I am happy to work with you on this as we want to clarify the key questions and information we want to analyze and share.
> Happy to help,
> [redacted]
>
> Image removed by sender.
>
> On Mon, Apr 24, 2023 at 11:17 AM [redacted] wrote:
>
>> Yup!!

Email Signature

**From:** [redacted]>
**Sent:** Monday, April 24, 2023 11:13 AM
**To:** [redacted]
**Subject:** Re: CIM Introduction meeting

[EXTERNAL EMAIL] This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe

Hi,
Are you able to join a zoom right now. We are have an open office hours to support LEA questions. I am also working on getting answers for you.
Here is the link:
Join Zoom Meeting
https://us02web.zoom.us/j/87819222289

Meeting ID: 878 1922 2289
One tap mobile
+19292056099,,87819222289# US (New York)
+13017158592,,87819222289# US (Washington DC)

Dial by your location
+1 929 205 6099 US (New York)
+1 301 715 8592 US (Washington DC)
+1 305 224 1968 US
+1 309 205 3325 US
+1 312 626 6799 US (Chicago)
+1 646 931 3860 US
+1 386 347 5053 US
+1 507 473 4847 US
+1 564 217 2000 US
+1 669 444 9171 US
+1 669 900 6833 US (San Jose)
+1 689 278 1000 US
+1 719 359 4580 US
+1 253 205 0468 US
+1 253 215 8782 US (Tacoma)
+1 346 248 7799 US (Houston)
+1 360 209 5623 US
Meeting ID: 878 1922 2289
Find your local number: https://us02web.zoom.us/u/kbV6SjiPX

[redacted]

Image removed by sender.

On Fri, Apr 21, 2023 at 4:24 PM [redacted] > wrote:

I have a question with regards to the ODS data extracts from CALPADS that are to be uploaded into the IDC. Can CALPADS offer a filter option in the ODS Extract section at the County Office of Ed level to also filter by district of accountability so that they are only extracting that district's data? Or allow the districts to select data to extract based on district of special education accountability? The latter being the ideal since we are the district of accountability, we should be able to see out data.

AS the system is now, we can only extract data that we reported. For our preschoolers, which are serviced and reported by the County Office of Education, the SELPA CALPADS technician has to extract that data. Unfortunately, he cannot extract out only [redacted] DSEA data, it pulls the whole county, other districts included, and he has to manually filter and clean out the data to send to me. For the SENR and SPED files, he can easily filter, however the other 6 files do not, and he has to cross reference the data against our SENR to pull out our data.

As I use the IDC and see the power to analyze the 2021/2022 data for our CIM process, I am looking forward to using it with current year data to see problematic areas to avoid disproportionality/compliance issues in the future. Being able to extract this data ourselves would be most efficient.

Unless I am missing a step and there is a more efficient way for us to gather all our data in one extract?

Email Signature

**From:** [redacted]
**Sent:** Wednesday, April 19, 2023 12:48 PM
**To:** [redacted],
[redacted]g>
**Cc:** Josh Rucker <JRucker@cde.ca.gov>; [redacted]
**Subject:** RE: CIM Introduction meeting

It was great meeting you today!

I already have access to both the IDC and the SEEDS website.

-Awaiting CALPADS Data extracts from the county to upload to the IDS

-In the process of updating the SEEDS website for our LEA data and District Engagement Survey.

Email Signature

**From:** [redacted]>
**Sent:** Wednesday, April 19, 2023 11:13 AM
**To:** [redacted]
[redacted]>
**Cc:** Josh Rucker <JRucker@cde.ca.gov>[redacted]
**Subject:** CIM Introduction meeting

[EXTERNAL EMAIL] This email originated from outside of the organization Do not click links or open attachments unless you recognize the sender and know the content is safe

Hi team,

Thank you so much for taking the time to meet this morning. I will follow up shortly with a zoom link for our future meetings and include all members listed on our agenda.

As we prepare for our next meeting on 5/10 with everyone we will launch with an overview of the process, setting team norms, and initial data review completed thus far.

Next steps for [redacted] will be:

1. Set up an account in the Improvement Data Center, on our website.

Improvement Data Center- Data Drilldown- Video
- Improvement Data Center- Data Drill down- Handout

2. Register for the SEEDs Survey. Suggestion: think about how to share the survey within these next couple of weeks (i.e. CAC meetings, open house, print out for staff to send home, etc.). Sometimes getting creative helps

3. Complete the BASICS tools for Special Education Infrastructure. This can be done with your leadership team members on your own time. I am happy to support you through this process. In addition, provide me with login access so we can use the report with our whole team.

4. Please share any relevant information that would support the work Hanford has been doing (i.e. LCAP, DA information, etc)

As you get data gathered you can add information to your Step 1 folder.

Please know that I am always here to support and you can reach out at any time.

Image removed by sender.

**From:** Josh Rucker
**To:** [redacted]
**Subject:** RE: [redacted] Data Response
**Date:** Tuesday, June 6, 2023 10:41:30 AM
**Attachments:** image001.png

So – to clarify – a 5 year old student in Kindergarten is still classified as Preschool Age? The Kindergarten designation is not a factor?
Thanks,
Josh

**Josh Rucker**
California Department of Education - Special Education Division
Education Program Consultant, FMTA Unit I
(916)323-2491

**From:** [redacted]
**Sent:** Tuesday, June 6, 2023 10:13 AM
**To:** [redacted]
**Subject:** RE [redacted] Data Response

Good morning I am the afore mentioned [redacted]
To clarify, for Preschool discipline selection any student aged 3, 4 or 5 with a discipline event was included The data was drawn from the SELPA approved EOY 2021-22 CALPADS discipline data
I cannot attest to any other data source
Let me know if you have any other questions

[redacted]
[redacted], Education Programs Consultant (Pronouns: He/Him/His)
Special Education Division; Data, Evaluation and Analysis Unit
California Department of Education
[redacted]
Phone [redacted]

**From:** Josh Rucker <JRucker@cde.ca.gov>
**Sent:** Tuesday, June 6, 2023 9:35 AM
**To:** [redacted]
**Subject:** [redacted] Data Response

Hi All,
I am sending this email and including [redacted] from our Data Unit so that he can provide us a better understanding of the data as it is presented He will reply to this email thread so we can all understand a bit more what we are looking at and how things got determined
See the initial email below for reference
Thanks,
Josh Rucker

**Josh Rucker**
California Department of Education - Special Education Division
Education Program Consultant, FMTA Unit I
(916)323-2491

Thank you I was able to pull these students records and am still scratching my head These students transitioned into kindergarten in August of 2020, as 4 11 year olds Prior to the CALPADS upload in the FALL of 2020, an amendment meeting was held for these (2) students and their setting was changed from PRESCHOOL to KINDERGARTEN Neither child received any suspensions until the Spring of 2021, when they were over 5 and in kindergarten So, I am still confused as to why they are being reported with PRESCHOOL

The data that I have and the data that is in the SIL report below, show that we have 0 PRESCHOOL kids in the discipline area

Any ideas of what you can provide me to help me better understand how these two got picked and reported as PRESCHOOL, will help me better understand the data process

Thank you

[redacted]

**From:** Steven Rogers
**To:** [redacted]
**Subject:** RE: [redacted] Data Response
**Date:** Tuesday, June 6, 2023 10:13:01 AM
**Attachments:** image001.png

Good morning I am the afore mentioned [redacted]
To clarify, for Preschool discipline selection any student aged 3, 4 or 5 with a discipline event was included The data was drawn from the SELPA approved EOY 2021-22 CALPADS discipline data
I cannot attest to any other data source
Let me know if you have any other questions
Steven

[redacted], Education Programs Consultant (Pronouns: He/Him/His)
Special Education Division; Data, Evaluation and Analysis Unit
California Department of Education
[redacted]
Phone: [redacted]

**From:** Josh Rucker <JRucker@cde ca gov>
**Sent:** Tuesday, June 6, 2023 9:35 AM
**To:** [redacted]
**Subject:** [redacted] Data Response

Hi All,
I am sending this email and including [redacted] from our Data Unit so that he can provide us a better understanding of the data as it is presented He will reply to this email thread so we can all understand a bit more what we are looking at and how things got determined
See the initial email below for reference
Thanks,
Josh Rucker

**Josh Rucker**
California Department of Education - Special Education Division
Education Program Consultant, FMTA Unit I
(916)323-2491

Thank you I was able to pull these students records and am still scratching my head These students transitioned into kindergarten in August of 2020, as 4 11 year olds Prior to the CALPADS upload in the FALL of 2020, an amendment meeting was held for these (2) students and their setting was changed from PRESCHOOL to KINDERGARTEN Neither child received any suspensions until the Spring of 2021, when they were over 5 and in kindergarten So, I am still confused as to why they are being reported with PRESCHOOL

The data that I have and the data that is in the SIL report below, show that we have 0 PRESCHOOL kids in the discipline area

Any ideas of what you can provide me to help me better understand how these two got picked and reported as PRESCHOOL, will help me better understand the data process

Thank you

[redacted]

**From:**
**To:** Josh Rucker;
**Subject:** RE: Data Response
**Date:** Tuesday, June 6, 2023 11:10:33 AM
**Attachments:** image001.png

Not in this case
Steven

**From:** Josh Rucker <JRucker@cde.ca.gov>
**Sent:** Tuesday, June 6, 2023 10:41 AM
**To:**
**Subject:** RE: Data Response

So – to clarify – a 5 year old student in Kindergarten is still classified as Preschool Age? The Kindergarten designation is not a factor?
Thanks,
Josh

**Josh Rucker**
California Department of Education - Special Education Division
Education Program Consultant, FMTA Unit I
(916)323-2491

**From:**
**Sent:** Tuesday, June 6, 2023 10:13 AM
**To:** Josh Rucker <JRucker@cde.ca.gov>;
**Subject:** RE: Data Response

Good morning. I am the afore mentioned
To clarify, for Preschool discipline selection any student aged 3, 4 or 5 with a discipline event was included. The data was drawn from the SELPA approved EOY 2021-22 CALPADS discipline data.
I cannot attest to any other data source.
Let me know if you have any other questions.

, Education Programs Consultant (Pronouns: He/Him/His)
Special Education Division; Data, Evaluation and Analysis Unit
California Department of Education

Phone:

**From:** Josh Rucker <JRucker@cde.ca.gov>
**Sent:** Tuesday, June 6, 2023 9:35 AM
**To:**
**Subject:** Data Response

Hi All,
I am sending this email and including from our Data Unit so that he can provide us a better understanding of the data as it is presented. He will reply to this email thread so we can all understand a bit more what we are looking at and how things got determined.
See the initial email below for reference.
Thanks,
Josh Rucker

**Josh Rucker**
California Department of Education - Special Education Division
Education Program Consultant, FMTA Unit I
(916)323-2491

Thank you. I was able to pull these students records and am still scratching my head. These students transitioned into kindergarten in August of 2020, as 4.11 year olds. Prior to the CALPADS upload in the FALL of 2020, an amendment meeting was held for these (2) students and their setting was changed from PRESCHOOL to KINDERGARTEN. Neither child received any suspensions until the Spring of 2021, when they were over 5 and in kindergarten. So, I am still confused as to why they are being reported with PRESCHOOL.

The data that I have and the data that is in the SIL report below, show that we have 0 PRESCHOOL kids in the discipline area.

Any ideas of what you can provide me to help me better understand how these two got picked and reported as PRESCHOOL, will help me better understand the data process.

Thank you

DEFSupp002241

Exhibit 320

DEFSupp002242

**From:**
**To:**
**Cc:**

**Subject:** [EXTERNAL] Re: CDE-Funded TA Support Deadline
**Date:** Tuesday, June 13, 2023 8:02:17 AM
**Attachments:** Outlook-nk5vm1lv.png
Outlook-31p1raoo.png

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Yes, thank you for the reminder.

**Director of Student Services**

**Phone:**
**Cell ~ text messages as well**

**NOTICE TO RECIPIENT:** This message is intended solely for the named recipient(s). Please do not forward or distribute this message. Information contained in this message may be privileged or confidential. If you have received this in error, please reply to the sender and then delete this communication and any attached documents from your system. Thank you.

On Mon, Jun 12, 2023 at 7:13 PM wrote:

Hello,

I am reaching out to check-in with your LEA regarding your CDE-Funded Technical Assistance support. **As a reminder, the CDE-funded support is mandatory and the deadline to spend down the hours available to your LEA is June 30th.** Please be sure to work with your TA Facilitator to ensure you are expending your hours. If you have any questions please do not hesitate to reach out.

Best Regards,

*Her/Hers* Why Pronouns Matter?
Technical Assistance Manager | SPP-TAP
Business Process Analyst | CALI Reads

Research and Professional Development Center

Phone |Email



CONFIDENTIALITY NOTICE: This communication and any documents, files, or previous e-mail messages attached to it constitute an electronic communication within the scope of the Electronic Communications Privacy Act, 18 USCA 2510. This communication may contain non-public, confidential, or legally privileged information intended for the sole use of the designated recipient/s. The unlawful interception, use, or disclosure of such information is strictly prohibited under USCA 2511 and any applicable laws.
PUBLIC RECORD: Additionally, under the California Public Records Act most communications concerning business of a public agency are public records. This applies to electronic communication such as "e-mail" sent by or received by a public employee acting in his/her official capacity.

*This email was sent by an educator or staff member at [REDACTED] This message is intended solely for the named recipient(s). This email and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email or any attachment is prohibited. If you have received this email in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you.*

**From:** Bret Galeste
**To:** [redacted]
**Cc:** [redacted]
**Subject:** CIM for CCEIS Workshops and Support
**Date:** Monday, April 24, 2023 1:03:00 PM

Good afternoon, Director [redacted]

My name is Bret Galeste, and I am the Focused Monitoring and Technical Assistance (FMTA) consultant from the California Department of Education (CDE) who will be supporting and guiding your district through the Compliance and Improvement Monitoring (CIM) for Comprehensive Coordinated Early Intervening Services (CCEIS) process that will be completed to address the recent identification of Significant Disproportionality.

As you probably know, there are two upcoming workshops that are required for LEAs that are new to the CIM for CCEIS process. These are facilitated by the State Performance Plan Technical Assistance Project (SPP-TAP). The first, Workshop A, is a virtual meeting that takes place this Wednesday, April 26th, from 10:00am to 12:00pm. If you haven't already done so, please register here: **Click to Register for Workshop A** . SPP-TAP also sent out an invitation to register for the second workshop, Workshop B, earlier today. For your convenience, you can register for this workshop here: **Click to Register for Workshop B** .

Workshop B is an in-person training with several options for dates and locations. I want to make sure that I can attend the same one that you and your team attend, so please let me know which one you are registered for. I assume that the workshop on May 19th in San Jose (9:00am – 11:30am) will be the most convenient for you all, but please confirm so I can make the arrangements to attend.

I believe that there were attendees from [redacted] SD at the Introductory webinar for Sig-Dis LEAs on March 30th. As you know, there are multiple activities that need to be completed as part of Step 1 of the CIM for CCEIS process. The two most pressing tasks are contracting with a TA Facilitator who will provide guidance on all of the CIM for CCEIS activities and building both of your teams, the CIM for CCEIS team and the Educational Partners Group. Please let me know if I can provide any guidance or clarification on these or any other CIM for CCEIS activities.

You will receive a lot of information during Wednesday's Workshop A and the recordings to be reviewed before attending. I've found that it is helpful to meet with LEAs, especially those who are new to Sig-Dis, before or soon after these workshops. Please let me know if you would like to schedule a virtual meeting this week, and we can find a time that works. Also, please let me know if there is anyone else at [redacted] SD that I should be looping in on all CIM for CCEIS communications.

I look forward to meeting you both virtually and in-person. In the meantime, please let me know if there's anything I can do to help. I am available for quick calls and virtual meetings, whichever works best for you.

Sincerely,
Bret

Bret Galeste
Education Programs Consultant| Focused Monitoring and Technical Assistance Unit I
*California Department of Education | Special Education Division*
1430 N Street, Suite 2401
Sacramento, CA 95814
(916) 445-7303

**From:** Bret Galeste
**To:** [redacted]
**Subject:** Next Meeting, Data Upload, and Sig-Dis Data
**Date:** Wednesday, May 3, 2023 11:23:00 AM

Good morning, [redacted] team,

Thank you for taking the time to meet with me yesterday. I appreciate the clarifying questions you asked and how unified the leadership team is in prioritizing the CIM for CCEIS process.

I'm sure we will be in contact as your team begins the Step 1 activities. However, I would like to get our next formal meeting on the calendar. The meeting would only need to be about 30 minutes just to provide a space to update me on your process and ask any lingering questions you may have. Please let me know some times that work for all of you during the weeks of May 15th and May 22nd, and I will set up another Zoom meeting.

I also wanted to follow up on two of the points we discussed:

For information on uploading CALPADS data into the Improvement Data Center on the System Improvement Leads website, please visit this page: System Improvement Leads . You will find visual how-to guides for this activity. If your data point person has any questions about this process, SIL shared that they can feel free to email info@systemimprovement.org . They can set up a time to work with them individually to walk them through the process. Another option is to attend their open clinic "office hours" to receive support. You can access information about these sessions from this document: CIM Data Center Data Tools Training Opportunities-3 -28 -23 (1) (1).pdf (systemimprovement.org) .

I spoke with [redacted] in our Data unit who confirmed that all schools were considered in making the previous Disproportionality and the current Significant Disproportionality determinations. Individual charter schools may be placed into monitoring based on the SPP Indicators which is a state process. Disproportionality and Significant Disproportionality are both federal processes, and the methodology to make those determinations is based on all schools. Steven shared the following enrollment numbers which match the overall enrollment that was calculated on the Sig-Dis data sheet:

| School Code | School Name | Enrollment | |
|---|---|---|---|
| 0000001 | NPS/NPA | 3 | |
| 0133439 | [redacted] | 487 | |
| 6046411 | [redacted] | 455 | |
| 6046445 | [redacted] | 495 | |
| 6046452 | [redacted] | 390 | |
| 6046486 | [redacted] | 887 | |
| 6046494 | [redacted] | 283 | |
| | | TOTAL | 3000 |

Steven said that he would be happy to provide further guidance and/or meet if you'd like to. Please let me know, and I will connect him with your team.

As you continue the Step 1 activities, please don't hesitate to reach out to me with any questions. I am available for quick calls or Zoom meeting, whichever works best for you.

Sincerely,
Bret

Bret Galeste
Education Programs Consultant| Focused Monitoring and Technical Assistance Unit I
*California Department of Education | Special Education Division*
1430 N Street, Suite 2401
Sacramento, CA 95814
(916) 445-7303

**From:** Bret Galeste
**To:**
**Cc:**
**Subject:** RE: [EXTERNAL] Re: CIM for CCEIS Workshops and Support
**Date:** Thursday, April 27, 2023 11:27:00 AM

Hi

That works for me. I'll send the Zoom invitation now. Please feel free to forward to any other team members that you'd like to attend.

Thank you,
Bret

**From:**
**Sent:** Thursday, April 27, 2023 9:54 AM
**To:** Bret Galeste <BGaleste@cde.ca.gov>
**Cc:**
**Subject:** Re: [EXTERNAL] Re: CIM for CCEIS Workshops and Support

Hi Bret,

How about Tuesday at 10:00 AM?

Thanks

**NOTICE TO RECIPIENT:** This message is intended solely for the named recipient(s). Please do not forward or distribute this message. Information contained in this message may be privileged or confidential. If you have received this in error, please reply to the sender and then delete this communication and any attached documents from your system. Thank you.

On Wed, Apr 26, 2023 at 12:06 PM Bret Galeste <BGaleste@cde.ca.gov> wrote:

> Good afternoon, ,
>
> Thank you for the update on the TA Facilitator contract. Unfortunately, I am out of the office this Friday. I can make myself available Tuesday through Friday next week. Please let me know if there

is a time that is convenient for you, and I will create the Zoom invite.

Also, please let me know if today's Workshop A brought up any specific questions that I can answer in advance of our first meeting.

Sincerely,
Bret

---

**From:** >
**Sent:** Tuesday, April 25, 2023 2:26 PM
**To:** Bret Galeste <BGaleste@cde.ca.gov>
**Cc:**
**Subject:** [EXTERNAL] Re: CIM for CCEIS Workshops and Support

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Bret,

I have watched all the pre-recorded videos, attended the March 30th webinar, and plan to attend tomorrow. I have reached out to to see if she can be the TA facilitator. I have availability to meet with you on Friday, April 28, 2023 from 10-11?

Thanks

**NOTICE TO RECIPIENT:** This message is intended solely for the named recipient(s). Please do not forward or distribute this message. Information contained in this message may be privileged or confidential. If you have received this in error, please reply to the sender and then delete this communication and any attached documents from your system. Thank you.

On Mon, Apr 24, 2023 at 1:04 PM Bret Galeste <BGaleste@cde.ca.gov> wrote:

> Good afternoon, Director ,
>
> My name is Bret Galeste, and I am the Focused Monitoring and Technical Assistance (FMTA)

consultant from the California Department of Education (CDE) who will be supporting and guiding your district through the Compliance and Improvement Monitoring (CIM) for Comprehensive Coordinated Early Intervening Services (CCEIS) process that will be completed to address the recent identification of Significant Disproportionality.

As you probably know, there are two upcoming workshops that are required for LEAs that are new to the CIM for CCEIS process. These are facilitated by the State Performance Plan Technical Assistance Project (SPP-TAP). The first, Workshop A, is a virtual meeting that takes place this Wednesday, April 26th, from 10:00am to 12:00pm. If you haven't already done so, please register here: **Click to Register for Workshop A** . SPP-TAP also sent out an invitation to register for the second workshop, Workshop B, earlier today. For your convenience, you can register for this workshop here: **Click to Register for Workshop B** .

Workshop B is an in-person training with several options for dates and locations. I want to make sure that I can attend the same one that you and your team attend, so please let me know which one you are registered for. I assume that the workshop on May 19th in San Jose (9:00am – 11:30am) will be the most convenient for you all, but please confirm so I can make the arrangements to attend.

I believe that there were attendees from [redacted] at the Introductory webinar for Sig-Dis LEAs on March 30th. As you know, there are multiple activities that need to be completed as part of Step 1 of the CIM for CCEIS process. The two most pressing tasks are contracting with a TA Facilitator who will provide guidance on all of the CIM for CCEIS activities and building both of your teams, the CIM for CCEIS team and the Educational Partners Group. Please let me know if I can provide any guidance or clarification on these or any other CIM for CCEIS activities.

You will receive a lot of information during Wednesday's Workshop A and the recordings to be reviewed before attending. I've found that it is helpful to meet with LEAs, especially those who are new to Sig-Dis, before or soon after these workshops. Please let me know if you would like to schedule a virtual meeting this week, and we can find a time that works. Also, please let me know if there is anyone else at [redacted] that I should be looping in on all CIM for CCEIS communications.

I look forward to meeting you both virtually and in-person. In the meantime, please let me know if there's anything I can do to help. I am available for quick calls and virtual meetings, whichever works best for you.

Sincerely,
Bret

Bret Galeste
Education Programs Consultant| Focused Monitoring and Technical Assistance Unit I
*California Department of Education* | *Special Education Division*
1430 N Street, Suite 2401

Sacramento, CA 95814
(916) 445-7303

*This email was sent by an educator or staff member at [REDACTED]. This message is intended solely for the named recipient(s). This email and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email or any attachment is prohibited. If you have received this email in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you.*

*This email was sent by an educator or staff member at [REDACTED]. This message is intended solely for the named recipient(s). This email and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email or any attachment is prohibited. If you have received this email in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you.*

**From:** Bret Galeste
**To:**
**Cc:**
**Subject:** RE: [EXTERNAL] Re: CIM for CCEIS Workshops and Support
**Date:** Wednesday, April 26, 2023 12:05:00 PM

Good afternoon, ,

Thank you for the update on the TA Facilitator contract. Unfortunately, I am out of the office this Friday. I can make myself available Tuesday through Friday next week. Please let me know if there is a time that is convenient for you, and I will create the Zoom invite.

Also, please let me know if today's Workshop A brought up any specific questions that I can answer in advance of our first meeting.

Sincerely,
Bret

**From:**
**Sent:** Tuesday, April 25, 2023 2:26 PM
**To:** Bret Galeste <BGaleste@cde.ca.gov>
**Cc:**
**Subject:** [EXTERNAL] Re: CIM for CCEIS Workshops and Support

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Bret,

I have watched all the pre-recorded videos, attended the March 30th webinar, and plan to attend tomorrow. I have reached out to  to see if she can be the TA facilitator. I have availability to meet with you on Friday, April 28, 2023 from 10-11?

Thanks

**NOTICE TO RECIPIENT:** This message is intended solely for the named recipient(s). Please do not forward or distribute this message. Information contained in this message may be privileged or

confidential. If you have received this in error, please reply to the sender and then delete this communication and any attached documents from your system. Thank you.

On Mon, Apr 24, 2023 at 1:04 PM Bret Galeste <BGaleste@cde.ca.gov> wrote:

> Good afternoon, Director [redacted],
>
> My name is Bret Galeste, and I am the Focused Monitoring and Technical Assistance (FMTA) consultant from the California Department of Education (CDE) who will be supporting and guiding your district through the Compliance and Improvement Monitoring (CIM) for Comprehensive Coordinated Early Intervening Services (CCEIS) process that will be completed to address the recent identification of Significant Disproportionality.
>
> As you probably know, there are two upcoming workshops that are required for LEAs that are new to the CIM for CCEIS process. These are facilitated by the State Performance Plan Technical Assistance Project (SPP-TAP). The first, Workshop A, is a virtual meeting that takes place this Wednesday, April 26th, from 10:00am to 12:00pm. If you haven't already done so, please register here: **Click to Register for Workshop A** . SPP-TAP also sent out an invitation to register for the second workshop, Workshop B, earlier today. For your convenience, you can register for this workshop here: **Click to Register for Workshop B** .
>
> Workshop B is an in-person training with several options for dates and locations. I want to make sure that I can attend the same one that you and your team attend, so please let me know which one you are registered for. I assume that the workshop on May 19th in San Jose (9:00am – 11:30am) will be the most convenient for you all, but please confirm so I can make the arrangements to attend.
>
> I believe that there were attendees from [redacted] SD at the Introductory webinar for Sig-Dis LEAs on March 30th. As you know, there are multiple activities that need to be completed as part of Step 1 of the CIM for CCEIS process. The two most pressing tasks are contracting with a TA Facilitator who will provide guidance on all of the CIM for CCEIS activities and building both of your teams, the CIM for CCEIS team and the Educational Partners Group. Please let me know if I can provide any guidance or clarification on these or any other CIM for CCEIS activities.
>
> You will receive a lot of information during Wednesday's Workshop A and the recordings to be reviewed before attending. I've found that it is helpful to meet with LEAs, especially those who are new to Sig-Dis, before or soon after these workshops. Please let me know if you would like to schedule a virtual meeting this week, and we can find a time that works. Also, please let me know if there is anyone else at [redacted] SD that I should be looping in on all CIM for CCEIS communications.
>
> I look forward to meeting you both virtually and in-person. In the meantime, please let me know if there's anything I can do to help. I am available for quick calls and virtual meetings, whichever works best for you.

Sincerely,
Bret

Bret Galeste
Education Programs Consultant| Focused Monitoring and Technical Assistance Unit I
*California Department of Education | Special Education Division*
1430 N Street, Suite 2401
Sacramento, CA 95814
(916) 445-7303

*This email was sent by an educator or staff member at [redacted]. This message is intended solely for the named recipient(s). This email and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email or any attachment is prohibited. If you have received this email in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you.*

**From:** Bret Galeste
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: [EXTERNAL] Re: Next Meeting, Data Upload, and Sig-Dis Data
**Date:** Thursday, May 4, 2023 11:31:00 AM

Hi [redacted]

From meeting with [redacted], I learned that it is somewhat common for an LEA to be in Sig-Dis at the federal level for all LEAs while one of their charters is also identified for state-level monitoring and a CIM plan.

I spoke with my colleague in Targeted who will be working with Price during the CIM process. As I understand it, Price will be addressing performance data on the state indicators in the Targeted 2 process for the CIM independently while the Cambrian team completes the CIM for CCEIS process to address the data regarding over-identification of Hispanic students for SLD, possibly with a Price administrator as a member of the team.

Please let me know if you'd like to meet with Steven to provide more clarification. I'd be happy to set up a meeting.

Sincerely,
Bret

---

**From:** [redacted]>
**Sent:** Thursday, May 4, 2023 10:04 AM
**To:** [redacted]>
**Cc:** Bret Galeste <BGaleste@cde.ca.gov>; [redacted];
[redacted]
**Subject:** [EXTERNAL] Re: Next Meeting, Data Upload, and Sig-Dis Data

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Bret,

I am a bit confused about the data given Price then is being required by CDE to complete two compliance reviews based on the same data. How do we address this? Price as its own LEA is in Targeted Level 2?

Thanks



**NOTICE TO RECIPIENT:** This message is intended solely for the named recipient(s). Please do not forward or distribute this message. Information contained in this message may be privileged or confidential. If you have received this in error, please reply to the sender and then delete this communication and any attached documents from your system. Thank you.

On Wed, May 3, 2023 at 4:49 PM > wrote:

Thank you for the update, Bret. We'll definitely reach out as needed.

L

***"Ideals are like the stars: we never reach them, but like mariners of the sea, we chart our course by them." – Charles Schwarz***

On Wed, May 3, 2023 at 11:24 AM Bret Galeste <BGaleste@cde.ca.gov> wrote:

Good morning, team,

Thank you for taking the time to meet with me yesterday. I appreciate the clarifying questions you asked and how unified the leadership team is in prioritizing the CIM for CCEIS process.

I'm sure we will be in contact as your team begins the Step 1 activities. However, I would like to get our next formal meeting on the calendar. The meeting would only need to be about 30 minutes just to provide a space to update me on your process and ask any lingering questions you may have. Please let me know some times that work for all of you during the weeks of May 15th and May 22nd, and I will set up another Zoom meeting.

I also wanted to follow up on two of the points we discussed:

For information on uploading CALPADS data into the Improvement Data Center on the System Improvement Leads website, please visit this page: System Improvement Leads . You will find visual how-to guides for this activity. If your data point person has any questions about this process, SIL shared that they can feel free to email info@systemimprovement.org . They can set up a time to work with them individually to walk them through the process. Another option is to attend their open clinic "office hours" to receive support. You can access information about these sessions from this document: CIM Data Center Data Tools Training Opportunities-3 -28 -23 (1) (1).pdf (systemimprovement.org) .

I spoke with [redacted] in our Data unit who confirmed that all schools were considered in making the previous Disproportionality and the current Significant Disproportionality determinations. Individual charter schools may be placed into monitoring based on the SPP Indicators which is a state process. Disproportionality and Significant Disproportionality are both federal processes, and the methodology to make those determinations is based on all schools. Steven shared the following enrollment numbers which match the overall enrollment that was calculated on the Sig-Dis data sheet:

| School Code | School Name | Enrollment |
|---|---|---|
| [redacted] | [redacted] | 3 |
| [redacted] | [redacted] | 487 |
| [redacted] | [redacted] | 455 |
| [redacted] | [redacted] | 495 |
| [redacted] | [redacted] | 390 |
| [redacted] | [redacted] | 887 |
| [redacted] | [redacted] | 283 |
| | | TOTAL 3000 |

[redacted] said that he would be happy to provide further guidance and/or meet if you'd like to. Please let me know, and I will connect him with your team.

As you continue the Step 1 activities, please don't hesitate to reach out to me with any questions. I am available for quick calls or Zoom meeting, whichever works best for you.

Sincerely,
Bret

Bret Galeste
Education Programs Consultant| Focused Monitoring and Technical Assistance Unit I
*California Department of Education | Special Education Division*
1430 N Street, Suite 2401
Sacramento, CA 95814
(916) 445-7303

> *This email was sent by an educator or staff member at [redacted] rict. This message is intended solely for the named recipient(s). This email and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email or any attachment is prohibited. If you have received this email in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you.*

*This email was sent by an educator or staff member at [redacted]. This message is intended solely for the named recipient(s). This email and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email or any attachment is prohibited. If you have received this email in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you.*



**From:**
**To:**
**Bcc:**

**Subject:** Stepwell Webinar - Today at 11:00am
**Date:** Thursday, May 4, 2023 10:06:00 AM

---

Good morning,

There is a webinar today for an Introduction to Stepwell which is the online platform that LEAs will be using to submit their plans. I was recently informed that some Sig-Dis LEAs who will be completing the CIM for CCEIS process may have been inadvertently omitted from the invitations. If you were and you are free today from 11:00-12:00, please see below for the registration link.

The webinar will be recorded. Please let me know if you weren't invited, and I will make sure to send you the recording when it is available. I apologize for the short notice and the oversight.

Sincerely,

---

Hello!

Please register for the Introduction to Stepwell for Intensive Monitoring Webinar below:

You are invited to a Zoom webinar.
When: May 4, 2023 11:00 AM Pacific Time (US and Canada)
Topic: Introduction to Stepwell for Intensive Monitoring

Register in advance for this webinar:

Or an H.323/SIP room system:
H.323:
162.255.37.11 (US West)
162.255.36.11 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia Sydney)
103.122.167.55 (Australia Melbourne)
149.137.40.110 (Singapore)
64.211.144.160 (Brazil)
149.137.68.253 (Mexico)
69.174.57.160 (Canada Toronto)

65.39.152.160 (Canada Vancouver)
207.226.132.110 (Japan Tokyo)
149.137.24.110 (Japan Osaka)
Meeting ID: [redacted]
Passcode: [redacted]
SIP: [redacted]
Passcode: [redacted]

After registering, you will receive a confirmation email containing information about joining the webinar.

[redacted]
Education Programs Consultant| Focused Monitoring and Technical Assistance Unit I
*California Department of Education | Special Education Division*
[redacted]
[redacted]
[redacted]

| Date of contact | LEA Contact | CDE/TA Provider? | Mode of communication | Information Shared | LEA Response |
|---|---|---|---|---|---|
| See previous emails | | | | | |
| 5/2/23 | CIM for CCEIS Team | Me | Zoom | Met with [redacted] (Dir of Student Services), [redacted] (SELPA), [redacted] (Supt), [redacted] (Sped Program Specialist), and [redacted] (Asst Supt of Ed Services) in a Zoom introductory meeting<br><br>Need to follow-up with data info from Steven and SIL pt person for CALPADS data upload.<br><br>They had questions about their data and which schools were used in the calculation. They aren't sure if the data is being calculated properly.<br><br>They've completed assurance form and are in process with data drilldown, contracting with TAF ([redacted]), and building their team. They can't finish their team until they know which school sites are included in the data, which as I've learned, is ALL SCHOOLS.<br><br>We talked about each activity. PPP will carry over from Dispro. Parent Input doesn't have to be a survey. Emphasized the need for parent voice being documented.<br><br>Data answer: CIM Data is a state process, so individual charters can be Targeted 2 based on state indicators. Dis/SigDis are federal processes and the numbers used are all schools and all students. Enrollment file is available online and CALPADS census day data was shared by LEA with CDE.<br><br>I'll follow up on the two points above and we'll calendar another check-in in 2-3 weeks. | |
| 5/19/2023 | [redacted] and [redacted] | Me and [redacted] [redacted] | In-Person | CIM for CCEIS Workshop B. Answered questions regarding timelines and other general support. Agenda – | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | allowable expenses, target population, stepwell entry examples<br><br>Got next meeting on calendar – May 30 at 10:00 | |
| 5/30/2023 | [REDACTED] and [REDACTED] | Me and [REDACTED] [REDACTED] | Zoom | Touched base on their progress – clarified EPG role in Step 1 and no need to do RCA. [REDACTED] has been sending them materials to guide their work. They are in progress on most activities. Need to do Infrastructure Analysis and finish Seeds survey.<br><br>Had early meeting with district and site leadership and parents to discuss SigDis and the details and the CIM for CCEIS plan. Will pull parents from this group for EPG.<br><br>Case study students identified and team will get together to complete review.<br><br>Next meeting to update: June 22 at 10:00am | |
| 6/1/2023 | [REDACTED] | Me | Phone | [REDACTED] just wanted to share concerns that [REDACTED] may not have been aware of the deadline to use their 14 hours and are waiting for RCA which comes after the 6/30/23 deadline. She is going to reach out to see how they plan to use her before the deadline so she can prepare – case studies, etc. | |
| 6/22/2023 | [REDACTED], [REDACTED], [REDACTED], and [REDACTED] | Me, [REDACTED]-[REDACTED], and [REDACTED] | Zoom | Some worry about meeting 6/30 deadline. They will tag me on the Google Doc for me to review the work they've done so far. I let them know that there is room in Step 2 to go back and dig deeper into any data that they missed.<br><br>[REDACTED] did PPR. She'll review Google Doc and could use all of her hours that way (4 left). Finishing Infrastructure Analysis, Completed Case Study. 18 SEEDs surveys but I suggested they get more qualitative data in Step 2 from parents before RCA.<br><br>[REDACTED] discussed disaggregating data with them in Step 2 to help them with TP, RCA, etc. | |

**Exhibit 321**

DEFSupp002264



- 3 quick questions

Kishaun Thorntona <KThorntona@cde.ca.gov>

Mon 6/12/2023 2:46 PM

To

2 attachments (644 KB)

2023_Abbreviated_Sig_Dis_Guidance_Steps_1-4_FINAL.pdf; 2023_CIM4CCEIS_Abbreviated_Plan.docx;

Happy Monday

Thanks for reaching out for clarification. Attached is the CIM for CCEIS Abbreviated Plan that your LEA will use to document the 2023 CCEIS Plan. I have also attached the Guidance document that will help you as you are going through each area.

The LEA must still review and analyze the District's data related to implementation and any new data, to determine if the current plan is still applicable to continue and/or revise root causes, target population, measurable outcomes, and activities. It is important to convene the Educational Partners Team to discuss the review and any revisions that is being considered for the 2023 Abbreviated Plan.

1. Abbreviated Plan LEAs are not required to do a Case Study. However, if your LEA needs to gather and analyze additional data related to the possible contributing factors to Sig Dis. If your LEA did not do or did not do a thorough case study in the past, I would suggest to consider doing a Case Study, to gather more data to fuel the future work.
2. You will need to submit the 2023 Abbreviated Plan (attached) by September 30, 2023. The Progress and Expenditure Reports will be due thereafter, with the first required 2023 CCEIS Plan Progress and Expenditure Report due April 10, 2024. The 2023 CCEIS implementation expenditures will not be allowed until written approval from CDE. All 2023 CCEIS expenditures are to be expended by September 30, 2025.
3. Abbreviated Plan LEAs do not need to do anything in Stepwell.

I hope this information is helpful. We can meet if you want to go over anything.

Kishaun Thorntona, Education Programs Consultant
Focused Monitoring and Technical Assistance Unit I
Special Education Division
California Department of Education
1430 N Street, Suite 2401
Sacramento, CA 95814
Telephone: 916-445-5727

**From**
**Sent:** Monday, June 12, 2023 1:33 PM
**To:** Kishaun Thorntona <KThorntona@cde.ca.gov>
**Subject:** [EXTERNAL] 3 quick questions

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Kishaun,

1. I just reviewed the CIM for CCEIS padlet. We ended up doing the Infrastructure activity and I was about to start the Case Study, but can you confirm that abbreviated plan districts do not need to do those?

2. Also, it looks like (if I'm reading the blue boxes correctly on the padlet) that we don't need to submit anything aside from our progress reports by June 30. Is that correct?

3. Do abbreviated districts need to do anything with Stepwell? Is that where we'll be submitting future plans and progress reports?

Thanks!



--

**Kishaun Thorntona**

**From:** Kishaun Thorntona
**Sent:** Monday, April 24, 2023 1:47 PM
**To:** [redacted]
**Subject:** 2023 CIM for CCEIS Plan - [redacted] School District

Hello [redacted] District CCEIS Team,

My name is Kishaun Thorntona, and I am your new Focused Monitoring and Technical Assistance (FMTA) consultant from the California Department of Education (CDE) who will be supporting your district through the Compliance and Improvement Monitoring (CIM) for Comprehensive Coordinated Early Intervening Services (CCEIS) process that will be completed to address the recent identification of Significant Disproportionality in March 2023.

My colleague and your prior FMTA Consultant, Josh Rucker, expressed to me that I am in good hands with your team. I look forward to meeting you virtually (and hopefully in-person at some point). In the meantime, please let me know which dates and times (from below) works best for your team to meet with me regarding your 2023 CIM for CCEIS Plan.

- Friday, April 28: Anytime between 9 a.m. and noon
- Monday, May 1: Anytime between 9 a.m. and noon
- Tuesday, May 2: 2-3 p.m.
- Wednesday, May 3: Anytime between 9 a.m. and noon; or 12-3 p.m.
- Friday, May 5: Anytime between 9 a.m. and noon
- Monday, May 8: Anytime between 9 a.m. and 11 a.m.

I look forward to hearing from you. Thank you!!

Kishaun Thorntona, Education Programs Consultant
Focused Monitoring and Technical Assistance Unit I
Special Education Division
California Department of Education
1430 N Street, Suite 2401
Sacramento, CA 95814
Telephone: 916-445-5727

[REDACTED] - CCEIS PR #6

Kishaun Thorntona
Mon 5/1/2023 3:40 PM
To [REDACTED]

Hello [REDACTED]

I just reviewed PR #6, and did not see any data supporting all the work your District is doing. Have you reviewed the Target Population data to see if all the professional development you are doing is working? What direct intervention is being provided to the Target Population?

---

**From** [REDACTED]
**Sent:** Wednesday, April 19, 2023 11:51 AM
**To:** Josh Rucker <JRucker@cde.ca.gov>
**Cc:** [REDACTED]
**Subject:** [EXTERNAL] Re: CCEIS Docs

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hello,

Here's our updated quarterly report with all 4 signatures.

Sincerely,
[REDACTED]

On Fri, Apr 7, 2023 at 3:56 PM [REDACTED] wrote:

> Hello,
>
> Please find our CCEIS 2022 Amendment and our CCEIS Quarterly Progress Report attached. Please note that we are still waiting on one signature for each (our spring break is next week and many people have been taking additional days off around the planned break.)
>
> As soon as we get the final signatures I'll send updated copies but wanted to at least get these in before 4/10.
>
> Sincerely,
> [REDACTED]

**Exhibit 322**

DEFSupp002269

**From:** [redacted]
**To:** Jill Whitehair
**Subject:** [EXTERNAL] CIM Parent Input Reports -Links to your parent input google folders
**Date:** Friday, June 30, 2023 7:47:31 AM
**Attachments:** image001.png

---

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hello Jill,

I'm sending links to the google folders for the parent input for LEAs you are connected to. A few consultants reached out to share they didn't receive the google auto email or had trouble accessing. Let me know if I can be of further assistance on these.

Just a reminder LEAs do not access the google folders provided to the consultants/TA providers. LEAs should use their username and password to access the parent input system directly.

| LEA | Google folder you are linked to |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| | |

**[redacted], Coordinator**
Seeds of Partnership
[redacted]
www.seedsofpartnership.org

*Seeds of Partnership* [redacted] *Office of Education*
*Funded by the California Department of Education, Special Education Division*

**From:**
**To:**
**Subject:** Check In

---

Microsoft Teams meeting

Join on your computer, mobile app or room device

Click here to join the meeting >

Meeting ID:
Passcode:

Download Teams <https://www.microsoft.com/en-us/microsoft-teams/download-app> | Join on the web <https://www.microsoft.com/microsoft-teams/join-a-meeting>

Or call in (audio only)

United States, Los Angeles

Phone Conference ID:

Find a local number

Learn More <https://aka.ms/JoinTeamsMeeting> | Meeting options

---

**From:** Jill Whitehair
**To:** Rachel Allen
**Cc:** [redacted]
**Subject:** CIM Step 1 Accepted
**Date:** Wednesday, September 20, 2023 9:57:38 AM
**Attachments:** [redacted] Step 1 Final.pdf

Hello,

I have attached a copy of your accepted CIM step 1 for your records. Just a reminder for us all, some of the findings (Infrastructure Analysis and EBR) were not in the correct boxes due to a Stepwell issue.

I look forward to seeing your tomorrow afternoon.

Sincerely,
~Jill

Jill Whitehair
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division
JWhitehair@cde.ca.gov 916-322-0373

**From:** Jill Whitehair
**To:** [redacted]
**Cc:** [redacted]
**Subject:** CIM Step 1 Accepted
**Date:** Wednesday, September 20, 2023 9:57:38 AM
**Attachments:** [redacted] Park Step 1 Final.pdf

---

Hello,

I have attached a copy of your accepted CIM step 1 for your records. Just a reminder for us all, some of the findings (Infrastructure Analysis and EBR) were not in the correct boxes due to a Stepwell issue.

I look forward to seeing your tomorrow afternoon.

Sincerely,
~Jill

Jill Whitehair
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division
JWhitehair@cde.ca.gov 916-322-0373

# Feedback on EBR, PPR, SRR

Tuesday, July 11, 2023
10:22 AM

| Subject | **Feedback on EBR, PPR, SRR** |
|---|---|
| From | |
| To | |
| Cc | |
| Sent | Thursday, June 22, 2023 5:25 AM |
| Attachments | << Feedback.docx>> |

Hello
Hope you had a wonderful vacation. I have attached feedback on EBR, PPR, the SRR so that you have the information for your CIM meeting on Monday. I will be out of the office June 22, 2023 - June 26, 2023. I am happy to set up a meeting with you next week if you would like to discuss any of the feedback I shared.
Also, next week I will send you several SSID numbers that are missing forms in SEIS, such as signed excusals, signature pages, and assessment reports.
Sincerely,

*Education Programs Consultant*
*Focused Monitoring & Technical Assistance - Unit I*
*Special Education Division*

# [secure] Student list

Tuesday, July 11, 2023
10:20 AM

| Subject | **[secure] Student list** |
|---|---|
| From | |
| To | |
| Sent | Monday, June 5, 2023 12:57 PM |
| Attachments | << >> |

[redacted]

Here is the student record review list. Let me know if you have any problems.

Thank you,

[redacted]

[redacted]
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division
[redacted]v [redacted]

# Student Record Review

Tuesday, July 11, 2023
10:19 AM

| | |
|---|---|
| Subject | **Student Record Review** |
| From | [redacted] |
| To | [redacted] |
| Sent | Monday, June 5, 2023 12:55 PM |

Hello [redacted],

As we discussed in our meeting last week, we will be conducting a student record review of 25 students for [redacted] as part of step 1 of the CIM process. I will send a secure email with a list of 25 students, you will need to confirm the students on the list are current [redacted] students. If a student is no longer enrolled I will need you to send verification. Once you have confirmed the list, I will take the first 15 students, along with the 10 students from EBR and complete the record review. I will need SEIS access in order to complete the activity.

If you have any questions, please let me know.

Sincerely,

[redacted]

[redacted]

Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division

# [secure] Additional EBR Names

Tuesday, July 11, 2023
10:19 AM

| Subject | [secure] Additional EBR Names |
|---|---|
| From | |
| To | |
| Sent | Friday, May 26, 2023 3:02 PM |
| Attachments | <<Additional EBR names docx>> |



If you need any additional names, please let me know.

Thank you,

# [EXTERNAL] Re: CIM Meeting Follow Up

Tuesday, July 11, 2023
12:49 PM

| Subject | [EXTERNAL] Re: CIM Meeting Follow Up |
|---|---|
| From | |
| To | |
| Cc | |
| Sent | Friday, May 5, 2023 12:25 PM |

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

HI [REDACTED]

We have a team, I will forward your zoom invite to them.

Best, [REDACTED]

On Fri, May 5, 2023 at 12:12 PM [REDACTED]org> wrote:

Good afternoon [REDACTED],

I hope you're well. I know that [REDACTED] is out, but I wanted to check to see if the rest of the team will be attending the meeting we have scheduled for this afternoon. I was not sure if the invite was forwarded to all of the folks that [REDACTED] identified on our agenda last week.

Thanks for any insight you can provide,

[REDACTED]

[REDACTED]
Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers
[REDACTED] Office of Education
[REDACTED]
Ph: [REDACTED]

| | |
|---|---|
| Website \| Facebook \| Twitter | |

**From:** [REDACTED]
**Sent:** Thursday, May 4, 2023 2:53 PM
**To:** [REDACTED]
**Cc** [REDACTED]
[REDACTED]
**Subject:** RE: CIM Meeting Follow Up

Good afternoon,

I am so sorry to hear that. I hope you get some rest and take care of yourself!

As it relates to tomorrow, I think it would be great to start the process with the rest of the team if possible. Tomorrow would be centered around some of the content that we reviewed last week, but also beginning to establish team norms and coaching supports moving forward. What I realize that I need from you are the emails of the team members that you identified to be a part of your CIM process. If you would like you can send a short introduction email to everyone on the team and cc me on it, so I can get them the invite. Or you can forward the invites to them. Just let me know what works best for you.

Again, I hope that you feel better soon.

Warmest regards,
[redacted]

[redacted]
Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers
[redacted]
Ph: [redacted]

| | |
|---|---|
| Website \| Facebook \| Twitter | |

**From:** [redacted]
**Sent:** Thursday, May 4, 2023 12:20 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: CIM Meeting Follow Up

**(External Email)**

HI all,

I tested positive for covid today and will not be in the office tomorrow. Do you still want to the team to meet tomorrow without me?

On Thu, Apr 27, 2023 at 2:25 PM [redacted] wrote:
It was great meeting you too! Thank you all for your help and information!

On Thu, Apr 27, 2023 at 11:57 AM [redacted] wrote:
Hello Team,

It was great to meet you all today! Here is the link for the recording from the CDE webinar. Feel free to view it when you have time and let us know if you have any questions. Additionally, you can find the link to the CIM 2023 Padlet and the [redacted] here. I would suggest that you "star" the team folder for ease of reference. Lastly, I have included the CIM meeting dates that we discussed today. I will send invites for them this afternoon.

Meeting Dates/Times
- May 5th, May 12th, May 19th, May 26th, and June 2nd 1:30-2:30pm
- June 6th 11-12pm

- June 15th 1:30-2:30pm
- June 26th 1:30-2:30

If anything comes before our meeting next Friday, please let me know. I look forward to meeting your team then.

Warmest regards,
[redacted]

[redacted]
Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers
[redacted]
Ph [redacted]

| | |
|---|---|
| Website \| Facebook \| Twitter | |

--
[redacted]

*Administrative Secretary of Special Education*
[redacted] | Special Education Department

[redacted]

*Confidentiality Notice: This e-mail message (including and attachments) is for the sole use of the designated recipient(s) with a legitimate educational interest and may contain legally confidential and privileged information protected by the Family Education Rights Privacy Act (FERPA) USC 1232g. Any unauthorized review, use, distribution or disclosure is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

--
[redacted]
*(pronouns- she/her/hers)*
**Director of Special Education**
[redacted]



"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

--

***Administrative Secretary of Special Education***
| **Special Education Department**

)

*Confidentiality Notice: This e-mail message (including and attachments) is for the sole use of the designated recipient(s) with a legitimate educational interest and may contain legally confidential and privileged information protected by the Family Education Rights Privacy Act (FERPA) USC 1232g. Any unauthorized review, use, distribution or disclosure is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

# [EXTERNAL] Re: CIM Meeting Follow Up

Thursday, May 4, 2023
1:23 PM

| Subject | **[EXTERNAL] Re: CIM Meeting Follow Up** |
|---|---|
| From | |
| To | |
| Cc | tin |
| Sent | Thursday, May 4, 2023 12:20 PM |

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

HI all,

I tested positive for covid today and will not be in the office tomorrow. Do you still want to the team to meet tomorrow without me?

On Thu, Apr 27, 2023 at 2:25 PM wrote:

It was great meeting you too! Thank you all for your help and information!

On Thu, Apr 27, 2023 at 11:57 AM > wrote:

Hello Team,

It was great to meet you all today! Here is the link for the recording from the CDE webinar. Feel free to view it when you have time and let us know if you have any questions. Additionally, you can find the link to the CIM 2023 Padlet and the here. I would suggest that you "star" the

team folder for ease of reference. Lastly, I have included the CIM meeting dates that we discussed today. I will send invites for them this afternoon.

Meeting Dates/Times

- May 5th, May 12th, May 19th, May 26th, and June 2nd 1:30-2:30pm
- June 6th 11-12pm
- June 15th 1:30-2:30pm
- June 26th 1:30-2:30

If anything comes before our meeting next Friday, please let me know. I look forward to meeting your team then.

Warmest regards,

Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers
Ph:

| SIL information | EDCOE information |
|---|---|
| Website \| Facebook \| Twitter | |

--

***Administrative Secretary of Special Education***
| Special Education Department

8

*Confidentiality Notice: This e-mail message (including and attachments) is for the sole use of the designated recipient(s) with a legitimate educational interest and may contain legally confidential and privileged information protected by the Family Education Rights Privacy Act (FERPA) USC 1232g. Any unauthorized review, use, distribution or disclosure is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

--

*(pronouns- she/her/hers)*
**Director of Special Education**
ct



[redacted]

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

# [secure] EBR list 2023

Thursday, May 4, 2023
1:23 PM

| | |
|---|---|
| Subject | **[secure] EBR list 2023** |
| From | [redacted] |
| To | [redacted] |
| Sent | Thursday, May 4, 2023 11:13 AM |
| Attachments | <<[redacted] EBR list 2023.docx>> |

Hi [redacted],

I've changed to the permission to encrypt only, this should allow you to print. If you still cannot print, give me a call and we can trouble shoot.

Regards,
[redacted]

[redacted]
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division
[redacted]

# [EXTERNAL] Re: [secure] EBR student list

Thursday, May 4, 2023
1:23 PM

| | |
|---|---|
| Subject | **[EXTERNAL] Re: [secure] EBR student list** |

| From | [redacted] |
|---|---|
| To | [redacted] |
| Cc | [redacted] |
| Sent | Wednesday, May 3, 2023 1:55 PM |

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

I was able to view but would love to be able to print this? Can I have permission to do so?

**From:** [redacted]
**Sent:** Wednesday, May 3, 2023 1:42:44 PM
**To:** [redacted]
**Subject:** [secure] EBR student list

Hi [redacted],

I created a word doc for the EBR list, instead of the excel spreadsheet. Let me know if you have issues with downloading.

Thank you,
[redacted]

[redacted]
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division
[redacted]

# [secure] EBR student list

Thursday, May 4, 2023
1:23 PM

| Subject | **[secure] EBR student list** |
|---|---|
| From | [redacted] |
| To | [redacted] |
| Sent | Wednesday, May 3, 2023 1:42 PM |

| Attachments | << EBR list 2023.docx>> |
|---|---|

Hi ,

I created a word doc for the EBR list, instead of the excel spreadsheet. Let me know if you have issues with downloading.

Thank you,

Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division

# Re: [EXTERNAL] Re: Introduction to Stepwell for Intensive Monitoring Webinar

Thursday, May 4, 2023
1:23 PM

| Subject | **Re: [EXTERNAL] Re: Introduction to Stepwell for Intensive Monitoring Webinar** |
|---|---|
| From | |
| To | |
| Cc | |
| Sent | Wednesday, May 3, 2023 11:29 AM |

Great, thanks for help.

On Wed, May 3, 2023 at 10:25 AM wrote:
Ok, I think it might be how I saved the excel. I'm going to re-make the list and send it again later today.

**From:**
**Sent:** Wednesday, May 3, 2023 10:24 AM
**To:**
**Cc:**

**Subject:** Re: [EXTERNAL] Re: Introduction to Stepwell for Intensive Monitoring Webinar

Yes, I did. I got an email and downloaded Excel but then it won't open.

On Tue, May 2, 2023 at 2:10 PM [REDACTED] wrote:

[REDACTED],

Did you receive the passcode and can open the email, it just doesn't allow you to download the list?

[REDACTED]

**From:** [REDACTED]
**Sent:** Tuesday, May 2, 2023 2:02 PM
**To:** [REDACTED]
**Cc:** [REDACTED]
**Subject:** RE: [EXTERNAL] Re: Introduction to Stepwell for Intensive Monitoring Webinar

Ok, let me see what might be the problem.

**From:** [REDACTED]
**Sent:** Tuesday, May 2, 2023 1:58 PM
**To:** [REDACTED]
**Cc:** [REDACTED]
**Subject:** [EXTERNAL] Re: Introduction to Stepwell for Intensive Monitoring Webinar

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Thank you for the information. I did register. I am not able to download the excel sheet in your other email?

On Tue, May 2, 2023 at 11:19 AM [REDACTED]> wrote:

[REDACTED]

I wanted to follow up on an email sent Friday, April 28, 2023 regarding an upcoming webinar. If you have not done so already, you will need to register for the Introduction to Stepwell for Intensive Monitoring Webinar below:

You are invited to a Zoom webinar.
When: May 4, 2023 11:00 AM Pacific Time (US and Canada)
Topic: Introduction to Stepwell for Intensive Monitoring

Register in advance for this webinar:
[REDACTED]

Or an H.323/SIP room system:
H.323:

162.255.37.11 (US West)
162.255.36.11 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia Sydney)
103.122.167.55 (Australia Melbourne)
149.137.40.110 (Singapore)
64.211.144.160 (Brazil)
149.137.68.253 (Mexico)
69.174.57.160 (Canada Toronto)
65.39.152.160 (Canada Vancouver)
207.226.132.110 (Japan Tokyo)
149.137.24.110 (Japan Osaka)
Meeting ID:
Passcode:
SIP:
Passcode:

After registering, you will receive a confirmation email containing information about joining the webinar.

If you have any questions or concerns let me know.

Kind Regards,

Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division

--

*(pronouns- she/her/hers)*
**Director of Special Education**



"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

--

*(pronouns- she/her/hers)*
**Director of Special Education**

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

--

*(pronouns- she/her/hers)*
**Director of Special Education**

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

# RE: [EXTERNAL] Re: Introduction to Stepwell for Intensive Monitoring Webinar

Thursday, May 4, 2023
1:23 PM

| Subject | **RE: [EXTERNAL] Re: Introduction to Stepwell for Intensive Monitoring Webinar** |
|---|---|
| From | |
| To | |
| Cc | |

| Sent | Wednesday, May 3, 2023 10:25 AM |
|---|---|

Ok, I think it might be how I saved the excel. I'm going to re-make the list and send it again later today.

**From:** [REDACTED]
**Sent:** Wednesday, May 3, 2023 10:24 AM
**To:** [REDACTED]
**Cc:** [REDACTED]
**Subject:** Re: [EXTERNAL] Re: Introduction to Stepwell for Intensive Monitoring Webinar

Yes, I did. I got an email and downloaded Excel but then it won't open.

On Tue, May 2, 2023 at 2:10 PM [REDACTED]:
[REDACTED],

Did you receive the passcode and can open the email, it just doesn't allow you to download the list?

[REDACTED]

**From:** [REDACTED]
**Sent:** Tuesday, May 2, 2023 2:02 PM
**To:** [REDACTED]
**Cc:** [REDACTED]
**Subject:** RE: [EXTERNAL] Re: Introduction to Stepwell for Intensive Monitoring Webinar

Ok, let me see what might be the problem.

**From:** [REDACTED]
**Sent:** Tuesday, May 2, 2023 1:58 PM
**To:** [REDACTED]
**Cc:** [REDACTED]
**Subject:** [EXTERNAL] Re: Introduction to Stepwell for Intensive Monitoring Webinar

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.
Thank you for the information. I did register. I am not able to download the excel sheet in your other email?

On Tue, May 2, 2023 at 11:19 AM [REDACTED] wrote:
[REDACTED]

I wanted to follow up on an email sent Friday, April 28, 2023 regarding an upcoming webinar. If you have not done so already, you will need to register for the Introduction to Stepwell for Intensive Monitoring Webinar below:

You are invited to a Zoom webinar.
When: May 4, 2023 11:00 AM Pacific Time (US and Canada)
Topic: Introduction to Stepwell for Intensive Monitoring

Register in advance for this webinar:
[redacted]

Or an H.323/SIP room system:
H.323:
162.255.37.11 (US West)
162.255.36.11 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia Sydney)
103.122.167.55 (Australia Melbourne)
149.137.40.110 (Singapore)
64.211.144.160 (Brazil)
149.137.68.253 (Mexico)
69.174.57.160 (Canada Toronto)
65.39.152.160 (Canada Vancouver)
207.226.132.110 (Japan Tokyo)
149.137.24.110 (Japan Osaka)
Meeting ID: [redacted]
Passcode: [redacted]
SIP: [redacted]
Passcode: [redacted]

After registering, you will receive a confirmation email containing information about joining the webinar.

If you have any questions or concerns let me know.

Kind Regards,
[redacted]

[redacted]
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division
[redacted]

--

*(pronouns- she/her/hers)*
**Director of Special Education**

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you." - Ruth Bader Ginsberg

--

*(pronouns- she/her/hers)*
**Director of Special Education**

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you." - Ruth Bader Ginsberg

# Re: [EXTERNAL] Re: Introduction to Stepwell for Intensive Monitoring Webinar

Thursday, May 4, 2023
1:23 PM

| Subject | **Re: [EXTERNAL] Re: Introduction to Stepwell for Intensive Monitoring Webinar** |
|---|---|
| From | |
| To | |
| Cc | |
| Sent | Wednesday, May 3, 2023 10:23 AM |

Yes, I did. I got an email and downloaded Excel but then it won't open.

On Tue, May 2, 2023 at 2:10 PM [redacted] wrote:
[redacted],

Did you receive the passcode and can open the email, it just doesn't allow you to download the list?

[redacted]

**From:** [redacted]
**Sent:** Tuesday, May 2, 2023 2:02 PM
**To:** [redacted]rg>
**Cc:** [redacted]>
**Subject:** RE: [EXTERNAL] Re: Introduction to Stepwell for Intensive Monitoring Webinar

Ok, let me see what might be the problem.

**From:** [redacted]>
**Sent:** Tuesday, May 2, 2023 1:58 PM
**To:** [redacted]>
**Cc:** [redacted]>
**Subject:** [EXTERNAL] Re: Introduction to Stepwell for Intensive Monitoring Webinar

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Thank you for the information. I did register. I am not able to download the excel sheet in your other email?

On Tue, May 2, 2023 at 11:19 AM [redacted]> wrote:
[redacted]

I wanted to follow up on an email sent Friday, April 28, 2023 regarding an upcoming webinar. If you have not done so already, you will need to register for the Introduction to Stepwell for Intensive Monitoring Webinar below:

You are invited to a Zoom webinar.
When: May 4, 2023 11:00 AM Pacific Time (US and Canada)
Topic: Introduction to Stepwell for Intensive Monitoring

Register in advance for this webinar:
[redacted]

Or an H.323/SIP room system:
H.323:
162.255.37.11 (US West)
162.255.36.11 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)

213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia Sydney)
103.122.167.55 (Australia Melbourne)
149.137.40.110 (Singapore)
64.211.144.160 (Brazil)
149.137.68.253 (Mexico)
69.174.57.160 (Canada Toronto)
65.39.152.160 (Canada Vancouver)
207.226.132.110 (Japan Tokyo)
149.137.24.110 (Japan Osaka)
Meeting ID: ███
Passcode: ███
SIP: ███
Passcode: ███

After registering, you will receive a confirmation email containing information about joining the webinar.

If you have any questions or concerns let me know.

Kind Regards,
███

███
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division
███

--

███
*(pronouns- she/her/hers)*
**Director of Special Education**
███ict
███
███
███
███



"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

--

*(pronouns- she/her/hers)*
**Director of Special Education**

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

# RE: [EXTERNAL] Re: Introduction to Stepwell for Intensive Monitoring Webinar

Thursday, May 4, 2023
1:23 PM

| Subject | **RE: [EXTERNAL] Re: Introduction to Stepwell for Intensive Monitoring Webinar** |
|---|---|
| From | |
| To | |
| Cc | |
| Sent | Tuesday, May 2, 2023 2:10 PM |

Did you receive the passcode and can open the email, it just doesn't allow you to download the list?

**From:**
**Sent:** Tuesday, May 2, 2023 2:02 PM
**To:**
**Cc:**
**Subject:** RE: [EXTERNAL] Re: Introduction to Stepwell for Intensive Monitoring Webinar

Ok, let me see what might be the problem.

**From:** [redacted]
**Sent:** Tuesday, May 2, 2023 1:58 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** [EXTERNAL] Re: Introduction to Stepwell for Intensive Monitoring Webinar

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Thank you for the information. I did register. I am not able to download the excel sheet in your other email?

On Tue, May 2, 2023 at 11:19 AM [redacted] wrote:

[redacted]

I wanted to follow up on an email sent Friday, April 28, 2023 regarding an upcoming webinar. If you have not done so already, you will need to register for the Introduction to Stepwell for Intensive Monitoring Webinar below:

You are invited to a Zoom webinar.
When: May 4, 2023 11:00 AM Pacific Time (US and Canada)
Topic: Introduction to Stepwell for Intensive Monitoring

Register in advance for this webinar:
[redacted]

Or an H.323/SIP room system:
H.323:
162.255.37.11 (US West)
162.255.36.11 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia Sydney)
103.122.167.55 (Australia Melbourne)
149.137.40.110 (Singapore)
64.211.144.160 (Brazil)
149.137.68.253 (Mexico)
69.174.57.160 (Canada Toronto)
65.39.152.160 (Canada Vancouver)
207.226.132.110 (Japan Tokyo)
149.137.24.110 (Japan Osaka)
Meeting [redacted]
Passcode: [redacted]
SIP: [redacted]
Passcode: [redacted]

After registering, you will receive a confirmation email containing information about joining the webinar.

If you have any questions or concerns let me know.

Kind Regards,
[redacted]

[redacted]
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division
[redacted]

--
[redacted]
*(pronouns- she/her/hers)*
**Director of Special Education**
[redacted]

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

# RE: [EXTERNAL] Re: Introduction to Stepwell for Intensive Monitoring Webinar

Thursday, May 4, 2023
1:23 PM

| | |
|---|---|
| Subject | **RE: [EXTERNAL] Re: Introduction to Stepwell for Intensive Monitoring Webinar** |
| From | [redacted] |
| To | [redacted] |
| Cc | [redacted] |

| Sent | Tuesday, May 2, 2023 2:01 PM |
|---|---|

Ok, let me see what might be the problem.

**From:** [redacted]
**Sent:** Tuesday, May 2, 2023 1:58 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** [EXTERNAL] Re: Introduction to Stepwell for Intensive Monitoring Webinar

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Thank you for the information. I did register. I am not able to download the excel sheet in your other email?

On Tue, May 2, 2023 at 11:19 AM [redacted]> wrote:

[redacted]

I wanted to follow up on an email sent Friday, April 28, 2023 regarding an upcoming webinar. If you have not done so already, you will need to register for the Introduction to Stepwell for Intensive Monitoring Webinar below:

You are invited to a Zoom webinar.
When: May 4, 2023 11:00 AM Pacific Time (US and Canada)
Topic: Introduction to Stepwell for Intensive Monitoring

Register in advance for this webinar:
[redacted]

Or an H.323/SIP room system:
H.323:
162.255.37.11 (US West)
162.255.36.11 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia Sydney)
103.122.167.55 (Australia Melbourne)
149.137.40.110 (Singapore)
64.211.144.160 (Brazil)
149.137.68.253 (Mexico)
69.174.57.160 (Canada Toronto)
65.39.152.160 (Canada Vancouver)
207.226.132.110 (Japan Tokyo)
149.137.24.110 (Japan Osaka)

Meeting ID:
Passcode:
SIP:
Passcode:

After registering, you will receive a confirmation email containing information about joining the webinar.

If you have any questions or concerns let me know.

Kind Regards,

Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division

--

*(pronouns- she/her/hers)*
**Director of Special Education**

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you." - Ruth Bader Ginsberg

# [EXTERNAL] Re: Introduction to Stepwell for Intensive Monitoring Webinar

Thursday, May 4, 2023
1:23 PM

| Subject | **[EXTERNAL] Re: Introduction to Stepwell for Intensive Monitoring Webinar** |
|---|---|

| From | [redacted] |
|---|---|
| To | [redacted] |
| Cc | [redacted] |
| Sent | Tuesday, May 2, 2023 1:58 PM |

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Thank you for the information. I did register. I am not able to download the excel sheet in your other email?

On Tue, May 2, 2023 at 11:19 AM [redacted]ov> wrote:

[redacted],

I wanted to follow up on an email sent Friday, April 28, 2023 regarding an upcoming webinar. If you have not done so already, you will need to register for the Introduction to Stepwell for Intensive Monitoring Webinar below:

You are invited to a Zoom webinar.
When: May 4, 2023 11:00 AM Pacific Time (US and Canada)
Topic: Introduction to Stepwell for Intensive Monitoring

Register in advance for this webinar:
[redacted]

Or an H.323/SIP room system:
H.323:
162.255.37.11 (US West)
162.255.36.11 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia Sydney)
103.122.167.55 (Australia Melbourne)
149.137.40.110 (Singapore)
64.211.144.160 (Brazil)
149.137.68.253 (Mexico)
69.174.57.160 (Canada Toronto)
65.39.152.160 (Canada Vancouver)
207.226.132.110 (Japan Tokyo)
149.137.24.110 (Japan Osaka)
Meeting ID: [redacted]
Passcode: [redacted]
SIP: [redacted]
Passcode: [redacted]

After registering, you will receive a confirmation email containing information about joining the webinar.

If you have any questions or concerns let me know.

Kind Regards,
[redacted]

[redacted]
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division
[redacted]

--
[redacted]
*(pronouns- she/her/hers)*
**Director of Special Education**
[redacted]

“But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you.”- Ruth Bader Ginsberg

# FW: [secure] Educational Benefit Review list

Thursday, May 4, 2023
1:23 PM

| | |
|---|---|
| Subject | **FW: [secure] Educational Benefit Review list** |
| From | [redacted] |
| To | [redacted] |
| Sent | Tuesday, May 2, 2023 1:58 PM |
| Attachments | <<[redacted] EBR list 2023.xlsx>> |

**From:** [redacted]
**Sent:** Tuesday, May 2, 2023 11:10 AM
**To:** [redacted]
**Subject:** [secure] Educational Benefit Review list
**Importance:** High

Hello [redacted],

You should have received directions on how to access the [secure] Educational Benefit Review (EBR) student list. If you did not receive this please let me know. As you begin this work a few things to remember:

- Information, training videos, and required documents to conduct the Educational Benefit Review can be found at 2023 Intensive CIM (padlet.com).
- Please begin your review with the first 10 student names.
- If a student has moved out of the district and is no longer the responsibility of your LEA, please provide this documentation to me.
- You will then select the first alternate student name from the list of five. Please continue this process for any additional students who have moved out of the LEA and are no longer the responsibility of the LEA.

Please let me know if you have question about the EBR. I am happy to set up a time to connect and walk through the process with you.

Regards,

[redacted]
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division
[redacted]

# FW: Secure email access for Educational Benefit Review

Thursday, May 4, 2023
1:23 PM

| Subject | FW: Secure email access for Educational Benefit Review |
|---|---|
| From | [redacted] |
| To | [redacted] |
| Sent | Tuesday, May 2, 2023 1:58 PM |

**From:** [redacted]
**Sent:** Tuesday, May 2, 2023 11:09 AM
**To:** [redacted]
**Subject:** Secure email access for Educational Benefit Review
**Importance:** High

Good morning [redacted].

Hope you are doing well. In a few minutes I will send you a [secure] email that will allow you access to your Educational Benefit Review student list. Please follow the directions below to access the information. If you have any questions, do not hesitate to reach out by phone or email.

Sincerely,
[redacted]

[redacted]
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division
[redacted]

## Send a secure email with O365 Message Encryption

1. Send your e-mail using Outlook or Outlook on the web with **[secure]** (case insensitive) in the **Subject** line.



1. The recipient will receive an e-mail with a link to access the secure message. The link is active for 30 days.

Recipient email address (e.g. GMAIL, Yahoo, MSN)



2. After the recipient clicks **Read the message**, they will have two options to view the message. This example will use the one-time passcode.



3. The passcode will be delivered to the recipient's inbox.



4. Input the passcode in the **One-time passcode** box and click **Continue**.



5. In message view window, recipient has the option to **Preview/Download** the attachment, **Reply/Reply all** and **Sign Out** once completed

   Note: For security purposes the Forward and Print options are disabled.



Reply example.



Successfully Signed out example.

You have successfully signed out

# [EXTERNAL] Re: Secure email access for Educational Benefit Review

Thursday, May 4, 2023
1:23 PM

| Subject | **[EXTERNAL] Re: Secure email access for Educational Benefit Review** |
|---|---|
| From | |
| To | |
| Sent | Tuesday, May 2, 2023 1:41 PM |

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Got it, thanks!

On Tue, May 2, 2023 at 11:09 AM > wrote:

Good morning

Hope you are doing well. In a few minutes I will send you a [secure] email that will allow you access to your Educational Benefit Review student list. Please follow the directions below to access the information. If you have any questions, do not hesitate to reach out by phone or email.

Sincerely,

Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division

## Send a secure email with O365 Message Encryption

1. Send your e-mail using Outlook or Outlook on the web with **[secure]**

(case insensitive) in the **Subject** line.

1. The recipient will receive an e-mail with a link to access the secure message. The link is active for 30 days.

Recipient email address (e.g. GMAIL, Yahoo, MSN)

2. After the recipient clicks **Read the message**, they will have two options to view the message. This example will use the one-time passcode.

3. The passcode will be delivered to the recipient's inbox.

4. Input the passcode in the **One-time passcode** box and click **Continue**.

5. In message view window, recipient has the option to **Preview/Download** the attachment, **Reply/Reply all** and **Sign Out** once completed

Note: For security purposes the Forward and Print options are disabled.

Reply example.

Successfully Signed out example.

--

*(pronouns- she/her/hers)*
**Director of Special Education**

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

# Introduction to Stepwell for Intensive Monitoring Webinar

Thursday, May 4, 2023
1:23 PM

| Subject | **Introduction to Stepwell for Intensive Monitoring Webinar** |
|---|---|

| From | |
|---|---|
| To | |
| Cc | |
| Sent | Tuesday, May 2, 2023 11:18 AM |

I wanted to follow up on an email sent Friday, April 28, 2023 regarding an upcoming webinar. If you have not done so already, you will need to register for the Introduction to Stepwell for Intensive Monitoring Webinar below:

You are invited to a Zoom webinar.
When: May 4, 2023 11:00 AM Pacific Time (US and Canada)
Topic: Introduction to Stepwell for Intensive Monitoring

Register in advance for this webinar:

Or an H.323/SIP room system:
H.323:
162.255.37.11 (US West)
162.255.36.11 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia Sydney)
103.122.167.55 (Australia Melbourne)
149.137.40.110 (Singapore)
64.211.144.160 (Brazil)
149.137.68.253 (Mexico)
69.174.57.160 (Canada Toronto)
65.39.152.160 (Canada Vancouver)
207.226.132.110 (Japan Tokyo)
149.137.24.110 (Japan Osaka)
Meeting ID:
Passcode:
SIP:
Passcode:

After registering, you will receive a confirmation email containing information about joining the webinar.

If you have any questions or concerns let me know.

Kind Regards,
[redacted]

[redacted]
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division
[redacted]

# [secure] Educational Benefit Review list

Thursday, May 4, 2023
1:23 PM

| | |
|---|---|
| Subject | **[secure] Educational Benefit Review list** |
| From | [redacted] |
| To | [redacted] |
| Sent | Tuesday, May 2, 2023 11:10 AM |
| Attachments | <<[redacted] list 2023.xlsx>> |

Hello [redacted],

You should have received directions on how to access the [secure] Educational Benefit Review (EBR) student list. If you did not receive this please let me know. As you begin this work a few things to remember:

- Information, training videos, and required documents to conduct the Educational Benefit Review can be found at 2023 Intensive CIM (padlet.com).
- Please begin your review with the first 10 student names.
- If a student has moved out of the district and is no longer the responsibility of your LEA, please provide this documentation to me.
- You will then select the first alternate student name from the list of five. Please continue this process for any additional students who have moved out of the LEA and are no longer the responsibility of the LEA.

Please let me know if you have question about the EBR. I am happy to set up a time to connect and walk through the process with you.

Regards,
[redacted]

[redacted]
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division
[redacted]

# Secure email access for Educational Benefit Review

Thursday, May 4, 2023
1:23 PM

| | |
|---|---|
| Subject | **Secure email access for Educational Benefit Review** |
| From | [redacted] |
| To | [redacted] |
| Sent | Tuesday, May 2, 2023 11:09 AM |

Good morning [redacted].

Hope you are doing well. In a few minutes I will send you a [secure] email that will allow you access to your Educational Benefit Review student list. Please follow the directions below to access the information. If you have any questions, do not hesitate to reach out by phone or email.

Sincerely,
[redacted]

[redacted]
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division
[redacted]

## Send a secure email with O365 Message Encryption

1. Send your e-mail using Outlook or Outlook on the web with **[secure]**

(case insensitive) in the **Subject** line.



1. The recipient will receive an e-mail with a link to access the secure message. The link is active for 30 days.

Recipient email address (e.g. GMAIL, Yahoo, MSN)



2. After the recipient clicks **Read the message**, they will have two options to view the message. This example will use the one-time passcode.



3. The passcode will be delivered to the recipient's inbox.



4. Input the passcode in the **One-time passcode** box and click **Continue**.



5. In message view window, recipient has the option to **Preview/Download** the attachment, **Reply/Reply all** and **Sign Out** once completed

   Note: For security purposes the Forward and Print options are disabled.



kimtest3712@gmail.com
Sign Out
[secure] Test secure email
KimTest <KimTest@cde.ca.gov>
Reply all
Reply
Reply all
Preview
Download
Test secure e

Reply example.

Send
Attach
Discard
To
KimTest <KimTest@cde.ca.gov>
Cc
kimtest3712@gmail.com
Reply to CDE secure email
From: KimTest <KimTest@cde.ca.gov>
Sent: Wednesday, May 4, 2022 8:57:01 AM
To: kimtest3712@gmail.com <kimtest3712@gmail.com>
Subject: [secure] Test secure email
Test secure email.
Send
Discard

Successfully Signed out example.

DEFSupp002312



You have successfully signed out

# [EXTERNAL] Re: CIM Meeting Follow Up

Thursday, May 4, 2023
1:23 PM

| Subject | **[EXTERNAL] Re: CIM Meeting Follow Up** |
|---|---|
| From | ██████ |
| To | ██████ |
| Cc | ██████████████████████████ |
| Sent | Thursday, April 27, 2023 2:24 PM |

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.
It was great meeting you too! Thank you all for your help and information!

On Thu, Apr 27, 2023 at 11:57 AM ██████████████████ wrote:
Hello Team,

It was great to meet you all today! Here is the link for the recording from the CDE webinar. Feel free to view it when you have time and let us know if you have any questions. Additionally, you can find the link to the CIM 2023 Padlet and the ██████████████ here. I would suggest that you "star" the team folder for ease of reference. Lastly, I have included the CIM meeting dates that we discussed today. I will send invites for them this afternoon.

Meeting Dates/Times

- May 5th, May 12th, May 19th, May 26th, and June 2nd 1:30-2:30pm
- June 6th 11-12pm
- June 15th 1:30-2:30pm
- June 26th 1:30-2:30

If anything comes before our meeting next Friday, please let me know. I look forward to meeting your team then.

Warmest regards,
████

████████

Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers
[REDACTED]
[REDACTED]
Ph: [REDACTED]

| SIL information | EDCOE information |
|---|---|
| Website \| Facebook \| Twitter | |

--

[REDACTED]
***Administrative Secretary of Special Education***
[REDACTED] | **Special Education Department**

[REDACTED]
[REDACTED]
[REDACTED])

*Confidentiality Notice: This e-mail message (including and attachments) is for the sole use of the designated recipient(s) with a legitimate educational interest and may contain legally confidential and privileged information protected by the Family Education Rights Privacy Act (FERPA) USC 1232g. Any unauthorized review, use, distribution or disclosure is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

# [EXTERNAL] CIM Meeting Follow Up

Thursday, May 4, 2023
1:23 PM

| Subject | **[EXTERNAL] CIM Meeting Follow Up** |
|---|---|
| From | [REDACTED] |
| To | [REDACTED] |
| Cc | [REDACTED] |
| Sent | Thursday, April 27, 2023 11:57 AM |

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.
Hello Team,

It was great to meet you all today! Here is the link for the recording from the CDE webinar. Feel free to view it when you have time and let us know if you have any questions. Additionally, you can find the link to the CIM 2023 Padlet and the [REDACTED]. I would suggest that you "star" the

team folder for ease of reference. Lastly, I have included the CIM meeting dates that we discussed today. I will send invites for them this afternoon.

Meeting Dates/Times

- May 5th, May 12th, May 19th, May 26th, and June 2nd 1:30-2:30pm
- June 6th 11-12pm
- June 15th 1:30-2:30pm
- June 26th 1:30-2:30

If anything comes before our meeting next Friday, please let me know. I look forward to meeting your team then.

Warmest regards,

Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers

Ph:

| SIL information | |
|---|---|
| SYSTEM IMPROVEMENT LEADS<br>INSPIRE • CONNECT • INNOVATE<br>Website \| Facebook \| Twitter | Integrity<br>Service<br>Relationships<br>Equity<br>Innovation |

# [EXTERNAL] RE: Compliance and Improvement Monitoring Technical Assistance

Thursday, May 4, 2023
1:23 PM

| Subject | [EXTERNAL] RE: Compliance and Improvement Monitoring Technical Assistance |
|---|---|
| From | |
| To | |
| Cc | |
| Sent | Monday, April 24, 2023 9:52 AM |

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Good morning,

[REDACTED] thank you for setting up the time for us to meet. [REDACTED], can you please confirm that this time works for you?

Thank you,

[REDACTED]

[REDACTED]
Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers
[REDACTED]
[REDACTED]
Ph: [REDACTED]

| SIL information | [REDACTED] |
| --- | --- |
| SYSTEM IMPROVEMENT LEADS<br>INSPIRE • CONNECT • INNOVATE<br>Website \| Facebook \| Twitter | [REDACTED] Integrity<br>Service<br>Relationships<br>Equity<br>Innovation |

**From:** [REDACTED]
**Sent:** Friday, April 21, 2023 2:59 PM
**To:** [REDACTED]
**Cc:** [REDACTED]
**Subject:** Re: Compliance and Improvement Monitoring Technical Assistance

(External Email)

Hi [REDACTED]

I have sent a tentative invite, it does slightly overlap another meeting that [REDACTED] has. I will differ to her for confirmation, but I did want to at least get an appointment on the books.

Have a great weekend.

Best Regards,

[REDACTED]

On Fri, Apr 21, 2023 at 2:48 PM [REDACTED] wrote:

Absolutely, let me see what I can do.

On Fri, Apr 21, 2023 at 10:27 AM [REDACTED] wrote:

Hello [REDACTED],

Thank you for your email. It would be great to have an hour, but if we can have at minimum 30 minutes that would be great.

Thanks for your help on this,

**From:**
**Sent:** Friday, April 21, 2023 10:24 AM
**To:**
**Cc:**
**Subject:** Re: Compliance and Improvement Monitoring Technical Assistance

**(External Email)**

Good morning ,
is out of the office this week and will return on Monday the 24th. I was looking at her calendar, it was full. Can you tell me the duration of time that you would need and I will see what might work.
Thank you,

On Fri, Apr 21, 2023 at 9:12 AM wrote:
Good morning

I hope this message finds you well. Can you please provide 3 days and times in the coming week where we can meet? I am sure that this is a very busy time of year, but I want to ensure that you and your team get off to a great start with the CIM process and ensure that you all are prepared to submit your Step 1 activities by the June 30th due date.

I look forward to connecting with you soon.

Warmest regards,

**From**
**Sent:** Wednesday, April 12, 2023 1:18 PM
**To:**
**Cc:**
**Subject:** RE: Compliance and Improvement Monitoring Technical Assistance

Hi

Thank you so much for completing the registration form. That is helpful to have you team documented in our system. With that said, you may have seen the follow-up email from noting the preliminary steps that teams should be working on at this time. I have copied them below in this email for ease of access. With that in mind, setting up a time to meet would be great next step. However, I believe it's critical that we meet prior to May given there are several required activities that your team will need to complete by the Step 1 due date of June 30th. To support in scheduling, here are some time that both and I are available to meet with you: tomorrow 4/13 between 4-5pm or 4/20 between 2-

5pm. It would be great to have at least 30 minutes (preferably an hour) to discuss the required activities and your progress on the steps below.

1. Identify your CIM team. The CIM team should include the Superintendent or designee, cabinet level general and special education administration, site administration, fiscal administration, general and special education teachers (optional), parents (optional), and others (optional).
2. Register for the SEEDs Survey
3. Set up an account in the Improvement Data Center, on our website.
    a. Improvement Data Center- Data Drilldown- Video
    b. Improvement Data Center- Data Drill down- Handout

We are here to support you and your team throughout this process. Please let us know if any questions come up along the way.

Warmest regards,

[redacted]

[redacted]
Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers
[redacted]
Ph: [redacted]

| SIL information | [redacted] |
|---|---|
| SYSTEM IMPROVEMENT LEADS<br>INSPIRE • CONNECT • INNOVATE<br>Website \| Facebook \| Twitter | [redacted] Integrity<br>Service<br>Relationships<br>Equity<br>Innovation |

**From:** [redacted]
**Sent:** Wednesday, April 12, 2023 10:07 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: Compliance and Improvement Monitoring Technical Assistance

**(External Email)**

Thank you for the information. I look forward to working together. I was able to register for SIL with that link. Thank you. I have reviewed the padlet. Should we set up a meeting? Will it be in person or virtual? It will likely need to be in May.

On Tue, Apr 11, 2023 at 5:30 PM [redacted]:
Good afternoon [redacted]

I hope this email finds you well. I am reaching out as we will be working closely together during your Compliance and Improvement Monitoring (CIM) process. My name is [REDACTED], and I will be technical assistance support provider. I will be joined by [REDACTED] who will serve as your CDE FMTA for this process. We will be working with your team to assist you in completing the required activities for the CIM process.

I hope you were able to attend the informational webinar that was held a couple of weeks ago. If not, you can view the recording of the video at this link.
In addition to the webinar, there is 2023 Intensive CIM Padlet, which has the information you will need as we go through the development process. One of the first steps is to register on the System Improvement Leads (SIL) for Technical Assistance support and you can do so via this link. Though I have already reached out, which typically happens upon the completion of this form, I want to make sure your LEAs registration is recorded.

Once we hear back from you we can discuss next steps and set up a time to meet with the team and get this process started. I look forward to chatting with you soon.

Warmest Regards,

[REDACTED]

[REDACTED]
Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers
[REDACTED]
[REDACTED]
Ph: [REDACTED]

SYSTEM IMPROVEMENT LEADS
INSPIRE • CONNECT • INNOVATE

| SIL information | [REDACTED] |
|---|---|
| Website \| Facebook \| Twitter | [REDACTED] Integrity<br>Service<br>Relationships<br>Equity<br>Innovation |

--
[REDACTED]
*(pronouns- she/her/hers)*
**Director of Special Education**
[REDACTED]
[REDACTED]
[REDACTED]

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

--

***Administrative Secretary of Special Education***
| **Special Education Department**

*Confidentiality Notice: This e-mail message (including and attachments) is for the sole use of the designated recipient(s) with a legitimate educational interest and may contain legally confidential and privileged information protected by the Family Education Rights Privacy Act (FERPA) USC 1232g. Any unauthorized review, use, distribution or disclosure is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

--

***Administrative Secretary of Special Education***
| **Special Education Department**

*Confidentiality Notice: This e-mail message (including and attachments) is for the sole use of the designated recipient(s) with a legitimate educational interest and may contain legally confidential and privileged information protected by the Family Education Rights Privacy Act (FERPA) USC 1232g. Any unauthorized review, use, distribution or disclosure is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

--

***Administrative Secretary of Special Education***
| **Special Education Department**

*Confidentiality Notice: This e-mail message (including and attachments) is for the sole use of the designated recipient(s) with a legitimate educational interest and may contain legally confidential and privileged information*

*protected by the Family Education Rights Privacy Act (FERPA) USC 1232g. Any unauthorized review, use, distribution or disclosure is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

# [EXTERNAL] Re: Compliance and Improvement Monitoring Technical Assistance

Thursday, May 4, 2023
1:23 PM

| Subject | **[EXTERNAL] Re: Compliance and Improvement Monitoring Technical Assistance** |
|---|---|
| From | [REDACTED] |
| To | [REDACTED] |
| Cc | [REDACTED] |
| Sent | Friday, April 21, 2023 2:59 PM |

**CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.**

Hi [REDACTED],

I have sent a tentative invite, it does slightly overlap another meeting that [REDACTED] has. I will differ to her for confirmation, but I did want to at least get an appointment on the books.

Have a great weekend.

Best Regards,

[REDACTED]

On Fri, Apr 21, 2023 at 2:48 PM [REDACTED]> wrote:

Absolutely, let me see what I can do.

On Fri, Apr 21, 2023 at 10:27 AM [REDACTED]> wrote:

Hello [REDACTED],

Thank you for your email. It would be great to have an hour, but if we can have at minimum 30 minutes that would be great.

Thanks for your help on this,

[REDACTED]

**From:** [REDACTED]>
**Sent:** Friday, April 21, 2023 10:24 AM
**To:** [REDACTED]
**Cc:** [REDACTED]
**Subject:** Re: Compliance and Improvement Monitoring Technical Assistance

**(External Email)**

Good morning [REDACTED],

is out of the office this week and will return on Monday the 24th. I was looking at her calendar, it was full. Can you tell me the duration of time that you would need and I will see what might work.
Thank you,

On Fri, Apr 21, 2023 at 9:12 AM wrote:
Good morning ,

I hope this message finds you well. Can you please provide 3 days and times in the coming week where we can meet? I am sure that this is a very busy time of year, but I want to ensure that you and your team get off to a great start with the CIM process and ensure that you all are prepared to submit your Step 1 activities by the June 30th due date.

I look forward to connecting with you soon.

Warmest regards,

**From:**
**Sent:** Wednesday, April 12, 2023 1:18 PM
**To:**
**Cc:**
**Subject:** RE: Compliance and Improvement Monitoring Technical Assistance

Hi

Thank you so much for completing the registration form. That is helpful to have you team documented in our system. With that said, you may have seen the follow-up email from noting the preliminary steps that teams should be working on at this time. I have copied them below in this email for ease of access. With that in mind, setting up a time to meet would be great next step. However, I believe it's critical that we meet prior to May given there are several required activities that your team will need to complete by the Step 1 due date of June 30th. To support in scheduling, here are some time that both I are available to meet with you: tomorrow 4/13 between 4-5pm or 4/20 between 2-5pm. It would be great to have at least 30 minutes (preferably an hour) to discuss the required activities and your progress on the steps below.

1. Identify your CIM team. The CIM team should include the Superintendent or designee, cabinet level general <u>and</u> special education administration, site administration, fiscal administration, general and special education teachers (optional), parents (optional), and others (optional).
2. Register for the SEEDs Survey
3. Set up an account in the Improvement Data Center, on our website.
    a. Improvement Data Center- Data Drilldown- Video
    b. Improvement Data Center- Data Drill down- Handout

We are here to support you and your team throughout this process. Please let us know if any questions come up along the way.

Warmest regards,

[REDACTED]
Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers
[REDACTED]
[REDACTED]
Ph: [REDACTED]

| SIL information | EDCOE information |
|---|---|
| Website \| Facebook \| Twitter | |

**From:** [REDACTED]
**Sent:** Wednesday, April 12, 2023 10:07 AM
**To:** [REDACTED]
**Cc:** [REDACTED]
**Subject:** Re: Compliance and Improvement Monitoring Technical Assistance

**(External Email)**

Thank you for the information. I look forward to working together. I was able to register for SIL with that link. Thank you. I have reviewed the padlet. Should we set up a meeting? Will it be in person or virtual? It will likely need to be in May.

On Tue, Apr 11, 2023 at 5:30 PM [REDACTED] wrote:
Good afternoon [REDACTED]

I hope this email finds you well. I am reaching out as we will be working closely together during your Compliance and Improvement Monitoring (CIM) process. My name is [REDACTED], and I will be technical assistance support provider. I will be joined by [REDACTED] who will serve as your CDE FMTA for this process. We will be working with your team to assist you in completing the required activities for the CIM process.

I hope you were able to attend the informational webinar that was held a couple of weeks ago. If not, you can view the recording of the video at this link.
In addition to the webinar, there is 2023 Intensive CIM Padlet, which has the information you will need as we go through the development process. One of the first steps is to register on the System Improvement Leads (SIL) for Technical Assistance support and you can do so via this link. Though I have already reached out, which typically happens upon the completion of this form, I want to make sure your LEAs registration is recorded.

Once we hear back from you we can discuss next steps and set up a time to meet with the team and get this process started. I look forward to chatting with you soon.

Warmest Regards,
[redacted]

[redacted]
Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers
[redacted]
Ph: [redacted]

| SIL information | EDCOE information |
|---|---|
| Website \| Facebook \| Twitter | |

--
[redacted]
*(pronouns- she/her/hers)*
**Director of Special Education**
[redacted]

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

--
[redacted]

***Administrative Secretary of Special Education***
[redacted] | **Special Education Department**

[redacted]

*Confidentiality Notice: This e-mail message (including and attachments) is for the sole use of the designated recipient(s) with a legitimate educational interest and may contain legally confidential and privileged information protected by the Family Education Rights Privacy Act (FERPA) USC 1232g. Any unauthorized review, use, distribution or disclosure is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

--

*Administrative Secretary of Special Education*
| Special Education Department

*Confidentiality Notice: This e-mail message (including and attachments) is for the sole use of the designated recipient(s) with a legitimate educational interest and may contain legally confidential and privileged information protected by the Family Education Rights Privacy Act (FERPA) USC 1232g. Any unauthorized review, use, distribution or disclosure is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

--

*Administrative Secretary of Special Education*
| Special Education Department

*Confidentiality Notice: This e-mail message (including and attachments) is for the sole use of the designated recipient(s) with a legitimate educational interest and may contain legally confidential and privileged information protected by the Family Education Rights Privacy Act (FERPA) USC 1232g. Any unauthorized review, use, distribution or disclosure is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

# [EXTERNAL] Invitation: EDCOE /Jill @ Thu Apr 27, 2023 11am - 11:45am (PDT) (jwhitehair@cde.ca.gov)

Thursday, May 4, 2023
1:23 PM

| Subject | **[EXTERNAL] Invitation: EDCOE /Jill @ Thu Apr 27, 2023 11am - 11:45am (PDT) (jwhitehair@cde.ca.g** |
|---|---|
| Date and Location | Thursday, April 27, 2023 11:00 AM - 11:45 AM |
| Attendees | |
| Message | CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.<br><br>EDCOE<br>Join with Google Meet – Compliance and Improvement Monitoring Technical Assistance meeting<br><br>Join with Google Meet<br><br>Meeting link<br><br>meet.google.com/kdn-xbau-mwy<br>Compliance and Improvement Monitoring Technical Assistance meeting |

| | |
|---|---|
| | When<br><br>Thursday Apr 27, 2023 · 11am – 11:45am (Pacific Time - Los Angeles)<br><br>Guests<br><br>[redacted]<br>- organizer<br>[redacted]<br>[redacted]<br>[redacted]<br>View all guest info<br>[redacted]<br>[redacted]<br>Reply fo[redacted]<br>[redacted]<br>[redacted]<br>Yes<br>[redacted]<br>[redacted]<br>No<br>[redacted]<br>[redacted]$><br>Maybe<br>[redacted]<br>[redacted]<br>More options<br><br>Invitation from Google Calendar <https://urldefense.com/v3/__https://calendar.google.com/calendar/__;!!KlnUNGHvdQ!_84gSomH<br><br>You are receiving this email because you are an attendee on the event. To stop receiving future updates for this event, decline this ev<br><br>Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite others rega<br>[redacted] |
| Attachments | <<invite.ics>> |

Link to Outlook item

**Notes**

# [EXTERNAL] Re: Compliance and Improvement Monitoring Technical Assistance

Thursday, May 4, 2023
1:23 PM

| | |
|---|---|
| Subject | **[EXTERNAL] Re: Compliance and Improvement Monitoring Technical Assistance** |
| From | [redacted] |
| To | [redacted] |

| Cc | [redacted] |
|---|---|
| Sent | Friday, April 21, 2023 2:48 PM |

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Absolutely, let me see what I can do.

On Fri, Apr 21, 2023 at 10:27 AM [redacted]> wrote:

Hello Diane,

Thank you for your email. It would be great to have an hour, but if we can have at minimum 30 minutes that would be great.

Thanks for your help on this,

[redacted]

**From:** [redacted]>
**Sent:** Friday, April 21, 2023 10:24 AM
**To:** [redacted]>
**Cc:** [redacted] [redacted]
**Subject:** Re: Compliance and Improvement Monitoring Technical Assistance

**(External Email)**

Good morning [redacted],

[redacted] is out of the office this week and will return on Monday the 24th. I was looking at her calendar, it was full. Can you tell me the duration of time that you would need and I will see what might work.

Thank you,

[redacted]

On Fri, Apr 21, 2023 at 9:12 AM [redacted] wrote:

Good morning [redacted]

I hope this message finds you well. Can you please provide 3 days and times in the coming week where we can meet? I am sure that this is a very busy time of year, but I want to ensure that you and your team get off to a great start with the CIM process and ensure that you all are prepared to submit your Step 1 activities by the June 30th due date.

I look forward to connecting with you soon.

Warmest regards,

[redacted]

**From:** [redacted]
**Sent:** Wednesday, April 12, 2023 1:18 PM
**To:** [redacted]>
**Cc:** [redacted]
**Subject:** RE: Compliance and Improvement Monitoring Technical Assistance

H[redacted],

Thank you so much for completing the registration form. That is helpful to have you team documented in our system. With that said, you may have seen the follow-up email from [redacted] noting the preliminary steps that teams should be working on at this time. I have copied them below in this email for ease of access. With that in mind, setting up a time to meet would be great next step. However, I believe it's critical that we meet prior to May given there are several required activities that your team will need to complete by the Step 1 due date of June 30th. To support in scheduling, here are some time that both [redacted] and I are available to meet with you: tomorrow 4/13 between 4-5pm or 4/20 between 2-5pm. It would be great to have at least 30 minutes (preferably an hour) to discuss the required activities and your progress on the steps below.

1. Identify your CIM team. The CIM team should include the Superintendent or designee, cabinet level general and special education administration, site administration, fiscal administration, general and special education teachers (optional), parents (optional), and others (optional).
2. Register for the SEEDs Survey
3. Set up an account in the Improvement Data Center, on our website.
    a. Improvement Data Center- Data Drilldown- Video
    b. Improvement Data Center- Data Drill down- Handout

We are here to support you and your team throughout this process. Please let us know if any questions come up along the way.

Warmest regards,

[redacted]

[redacted]
Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers
[redacted]
[redacted]
Ph: [redacted]

| SIL information | EDCOE information |
| --- | --- |
| Website \| Facebook \| Twitter | |

**From:** [redacted]>
**Sent:** Wednesday, April 12, 2023 10:07 AM
**To:** [redacted]
**Cc:** [redacted]>
**Subject:** Re: Compliance and Improvement Monitoring Technical Assistance

**(External Email)**

Thank you for the information. I look forward to working together. I was able to register for SIL with that link. Thank you. I have reviewed the padlet. Should we set up a meeting? Will it be in person or virtual? It will likely need to be in May.

On Tue, Apr 11, 2023 at 5:30 PM [redacted] wrote:
Good afternoon [redacted]

I hope this email finds you well. I am reaching out as we will be working closely together during your Compliance and Improvement Monitoring (CIM) process. My name is [redacted], and I will be technical assistance support provider. I will be joined by [redacted] who will serve as your CDE FMTA for this process. We will be working with your team to assist you in completing the required activities for the CIM process.

I hope you were able to attend the informational webinar that was held a couple of weeks ago. If not, you can view the recording of the video at this link.
In addition to the webinar, there is 2023 Intensive CIM Padlet, which has the information you will need as we go through the development process. One of the first steps is to register on the System Improvement Leads (SIL) for Technical Assistance support and you can do so via this link. Though I have already reached out, which typically happens upon the completion of this form, I want to make sure your LEAs registration is recorded.

Once we hear back from you we can discuss next steps and set up a time to meet with the team and get this process started. I look forward to chatting with you soon.

Warmest Regards,
[redacted]

[redacted]
Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers
[redacted]
[redacted]
Ph [redacted]

| SIL information | EDCOE information |
|---|---|
| Website \| Facebook \| Twitter | |

--

[redacted]
*(pronouns- she/her/hers)*
**Director of Special Education**



"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

--

***Administrative Secretary of Special Education***
| **Special Education Department**

*Confidentiality Notice: This e-mail message (including and attachments) is for the sole use of the designated recipient(s) with a legitimate educational interest and may contain legally confidential and privileged information protected by the Family Education Rights Privacy Act (FERPA) USC 1232g. Any unauthorized review, use, distribution or disclosure is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

--

***Administrative Secretary of Special Education***
| **Special Education Department**

*Confidentiality Notice: This e-mail message (including and attachments) is for the sole use of the designated recipient(s) with a legitimate educational interest and may contain legally confidential and privileged information protected by the Family Education Rights Privacy Act (FERPA) USC 1232g. Any unauthorized review, use, distribution or disclosure is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

# [EXTERNAL] RE: Compliance and Improvement Monitoring Technical Assistance

Thursday, May 4, 2023
1:23 PM

| Subject | **[EXTERNAL] RE: Compliance and Improvement Monitoring Technical Assistance** |
|---|---|
| From | |

| To | |
|---|---|
| Cc | |
| Sent | Friday, April 21, 2023 10:27 AM |

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hello ,

Thank you for your email. It would be great to have an hour, but if we can have at minimum 30 minutes that would be great.

Thanks for your help on this,

**From:**
**Sent:** Friday, April 21, 2023 10:24 AM
**To:**
**Cc:**
**Subject:** Re: Compliance and Improvement Monitoring Technical Assistance

**(External Email)**

Good morning
is out of the office this week and will return on Monday the 24th. I was looking at her calendar, it was full. Can you tell me the duration of time that you would need and I will see what might work.
Thank you,

On Fri, Apr 21, 2023 at 9:12 AM :
Good morning

I hope this message finds you well. Can you please provide 3 days and times in the coming week where we can meet? I am sure that this is a very busy time of year, but I want to ensure that you and your team get off to a great start with the CIM process and ensure that you all are prepared to submit your Step 1 activities by the June 30th due date.

I look forward to connecting with you soon.

Warmest regards,

**From:**
**Sent:** Wednesday, April 12, 2023 1:18 PM
**To:**
**Cc:**
**Subject:** RE: Compliance and Improvement Monitoring Technical Assistance

Hi ████,

Thank you so much for completing the registration form. That is helpful to have you team documented in our system. With that said, you may have seen the follow-up email from ████ noting the preliminary steps that teams should be working on at this time. I have copied them below in this email for ease of access. With that in mind, setting up a time to meet would be great next step. However, I believe it's critical that we meet prior to May given there are several required activities that your team will need to complete by the Step 1 due date of June 30th. To support in scheduling, here are some time that both ██ and I are available to meet with you: tomorrow 4/13 between 4-5pm or 4/20 between 2-5pm. It would be great to have at least 30 minutes (preferably an hour) to discuss the required activities and your progress on the steps below.

1. Identify your CIM team. The CIM team should include the Superintendent or designee, cabinet level general and special education administration, site administration, fiscal administration, general and special education teachers (optional), parents (optional), and others (optional).
2. Register for the SEEDs Survey
3. Set up an account in the Improvement Data Center, on our website.
   a. Improvement Data Center- Data Drilldown- Video
   b. Improvement Data Center- Data Drill down- Handout

We are here to support you and your team throughout this process. Please let us know if any questions come up along the way.

Warmest regards,
████

████
Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers
████
████
Ph: ████

SIL information
SYSTEM
IMPROVEMENT
LEADS
INSPIRE • CONNECT • INNOVATE
Website | Facebook | Twitter
Integrity
Service
Relationships
Equity
Innovation

**From:** ████
**Sent:** Wednesday, April 12, 2023 10:07 AM
**To:** ████
**Cc:** ████
**Subject:** Re: Compliance and Improvement Monitoring Technical Assistance

(External Email)

Thank you for the information. I look forward to working together. I was able to register for SIL with that link. Thank you. I have reviewed the padlet. Should we set up a meeting? Will it be in person or virtual? It will likely need to be in May.

On Tue, Apr 11, 2023 at 5:30 PM [redacted] wrote:
Good afternoon [redacted]

I hope this email finds you well. I am reaching out as we will be working closely together during your Compliance and Improvement Monitoring (CIM) process. My name is [redacted], and I will be technical assistance support provider. I will be joined by [redacted] who will serve as your CDE FMTA for this process. We will be working with your team to assist you in completing the required activities for the CIM process.

I hope you were able to attend the informational webinar that was held a couple of weeks ago. If not, you can view the recording of the video at this link.
In addition to the webinar, there is 2023 Intensive CIM Padlet, which has the information you will need as we go through the development process. One of the first steps is to register on the System Improvement Leads (SIL) for Technical Assistance support and you can do so via this link. Though I have already reached out, which typically happens upon the completion of this form, I want to make sure your LEAs registration is recorded.

Once we hear back from you we can discuss next steps and set up a time to meet with the team and get this process started. I look forward to chatting with you soon.

Warmest Regards,

[redacted]

[redacted]
Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers
[redacted]
[redacted]
Ph: [redacted]

--

(pronouns- she/her/hers)
**Director of Special Education**

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

--

***Administrative Secretary of Special Education***
**| Special Education Department**

*Confidentiality Notice: This e-mail message (including and attachments) is for the sole use of the designated recipient(s) with a legitimate educational interest and may contain legally confidential and privileged information protected by the Family Education Rights Privacy Act (FERPA) USC 1232g. Any unauthorized review, use, distribution or disclosure is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

# [EXTERNAL] Re: Compliance and Improvement Monitoring Technical Assistance

Thursday, May 4, 2023
1:23 PM

| Subject | **[EXTERNAL] Re: Compliance and Improvement Monitoring Technical Assistance** |
|---|---|
| From | |
| To | |
| Cc | |
| Sent | Friday, April 21, 2023 10:23 AM |

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Good morning ,
is out of the office this week and will return on Monday the 24th. I was looking at her calendar, it was full. Can you tell me the duration of time that you would need and I will see what might work.
Thank you,

On Fri, Apr 21, 2023 at 9:12 AM > wrote:
Good morning

I hope this message finds you well. Can you please provide 3 days and times in the coming week where we can meet? I am sure that this is a very busy time of year, but I want to ensure that you and your team get off to a great start with the CIM process and ensure that you all are prepared to submit your Step 1 activities by the June 30th due date.

I look forward to connecting with you soon.

Warmest regards,

**From:**
**Sent:** Wednesday, April 12, 2023 1:18 PM
**To:**
**Cc:**
**Subject:** RE: Compliance and Improvement Monitoring Technical Assistance

Hi

Thank you so much for completing the registration form. That is helpful to have you team documented in our system. With that said, you may have seen the follow-up email from noting the preliminary steps that teams should be working on at this time. I have copied them below in this email for ease of access. With that in mind, setting up a time to meet would be great next step. However, I believe it's critical that we meet prior to May given there are several required activities that your team will need to complete by the Step 1 due date of June 30th. To support in scheduling, here are some time that both and I are available to meet with you: tomorrow 4/13 between 4-5pm or 4/20 between 2-5pm. It would be great to have at least 30 minutes (preferably an hour) to discuss the required activities and your progress on the steps below.

1. Identify your CIM team. The CIM team should include the Superintendent or designee, cabinet level general and special education administration, site administration, fiscal administration, general and special education teachers (optional), parents (optional), and others (optional).
2. Register for the SEEDs Survey
3. Set up an account in the Improvement Data Center, on our website.
   a. Improvement Data Center- Data Drilldown- Video
   b. Improvement Data Center- Data Drill down- Handout

We are here to support you and your team throughout this process. Please let us know if any questions come up along the way.

Warmest regards,

Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers

Ph:

| SIL information | EDCOE information |
|---|---|
| Website \| Facebook \| Twitter | |

**From:**
**Sent:** Wednesday, April 12, 2023 10:07 AM
**To:**
**Cc:**
**Subject:** Re: Compliance and Improvement Monitoring Technical Assistance

**(External Email)**

Thank you for the information. I look forward to working together. I was able to register for SIL with that link. Thank you. I have reviewed the padlet. Should we set up a meeting? Will it be in person or virtual? It will likely need to be in May.

On Tue, Apr 11, 2023 at 5:30 PM wrote:
Good afternoon ,

I hope this email finds you well. I am reaching out as we will be working closely together during your Compliance and Improvement Monitoring (CIM) process. My name is , and I will be technical assistance support provider. I will be joined by who will serve as your CDE FMTA for this process. We will be working with your team to assist you in completing the required activities for the CIM process.

I hope you were able to attend the informational webinar that was held a couple of weeks ago. If not, you can view the recording of the video at this link.
In addition to the webinar, there is 2023 Intensive CIM Padlet, which has the information you will need as we go through the development process. One of the first steps is to register on the System Improvement Leads (SIL) for Technical Assistance support and you can do so via this link. Though I have already reached out, which typically happens upon the completion of this form, I want to make sure your LEAs registration is recorded.

Once we hear back from you we can discuss next steps and set up a time to meet with the team and get this process started. I look forward to chatting with you soon.

Warmest Regards,

Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers

Ph:

| SIL information | EDCOE information |
|---|---|
| Website \| Facebook \| Twitter | |

--

*(pronouns- she/her/hers)*
**Director of Special Education**

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

--

***Administrative Secretary of Special Education***
**| Special Education Department**

*Confidentiality Notice: This e-mail message (including and attachments) is for the sole use of the designated recipient(s) with a legitimate educational interest and may contain legally confidential and privileged information protected by the Family Education Rights Privacy Act (FERPA) USC 1232g. Any unauthorized review, use, distribution or disclosure is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

# [EXTERNAL] RE: Compliance and Improvement Monitoring Technical Assistance

Thursday, May 4, 2023
1:23 PM

| Subject | [EXTERNAL] RE: Compliance and Improvement Monitoring Technical Assistance |
|---|---|
| From | [redacted] |
| To | [redacted] |
| Cc | [redacted] |
| Sent | Friday, April 21, 2023 9:11 AM |

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Good morning [redacted]

I hope this message finds you well. Can you please provide 3 days and times in the coming week where we can meet? I am sure that this is a very busy time of year, but I want to ensure that you and your team get off to a great start with the CIM process and ensure that you all are prepared to submit your Step 1 activities by the June 30th due date.

I look forward to connecting with you soon.

Warmest regards,
[redacted]

**From:** [redacted]
**Sent:** Wednesday, April 12, 2023 1:18 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: Compliance and Improvement Monitoring Technical Assistance

Hi [redacted],

Thank you so much for completing the registration form. That is helpful to have you team documented in our system. With that said, you may have seen the follow-up email from [redacted] noting the preliminary steps that teams should be working on at this time. I have copied them below in this email for ease of access. With that in mind, setting up a time to meet would be great next step. However, I believe it's critical that we meet prior to May given there are several required activities that your team will need to complete by the Step 1 due date of June 30th. To support in scheduling, here are some time that both [redacted] and I are available to meet with you: tomorrow 4/13 between 4-5pm or 4/20 between 2-5pm. It would be great to have at least 30 minutes (preferably an hour) to discuss the required activities and your progress on the steps below.

1. Identify your CIM team. The CIM team should include the Superintendent or designee, cabinet level general and special education administration, site administration, fiscal administration, general and special education teachers (optional), parents (optional), and others (optional).
2. Register for the SEEDs Survey
3. Set up an account in the Improvement Data Center, on our website.
   a. Improvement Data Center- Data Drilldown- Video
   b. Improvement Data Center- Data Drill down- Handout

We are here to support you and your team throughout this process. Please let us know if any questions come up along the way.

Warmest regards,

[REDACTED]

[REDACTED]
Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers
[REDACTED]
[REDACTED]
Ph: [REDACTED]

SIL information
SYSTEM
IMPROVEMENT
LEADS
INSPIRE • CONNECT • INNOVATE
Website | Facebook | Twitter
Integrity
Service
Relationships
Equity
Innovation

**From:** [REDACTED]>
**Sent:** Wednesday, April 12, 2023 10:07 AM
**To:** [REDACTED]
**Cc:** [REDACTED]
**Subject:** Re: Compliance and Improvement Monitoring Technical Assistance

**(External Email)**

Thank you for the information. I look forward to working together. I was able to register for SIL with that link. Thank you. I have reviewed the padlet. Should we set up a meeting? Will it be in person or virtual? It will likely need to be in May.

On Tue, Apr 11, 2023 at 5:30 PM [REDACTED] wrote:
Good afternoon [REDACTED]

I hope this email finds you well. I am reaching out as we will be working closely together during your Compliance and Improvement Monitoring (CIM) process. My name is

[redacted], and I will be technical assistance support provider. I will be joined by [redacted] who will serve as your CDE FMTA for this process. We will be working with your team to assist you in completing the required activities for the CIM process.

I hope you were able to attend the informational webinar that was held a couple of weeks ago. If not, you can view the recording of the video at this link.
In addition to the webinar, there is 2023 Intensive CIM Padlet, which has the information you will need as we go through the development process. One of the first steps is to register on the System Improvement Leads (SIL) for Technical Assistance support and you can do so via this link. Though I have already reached out, which typically happens upon the completion of this form, I want to make sure your LEAs registration is recorded.

Once we hear back from you we can discuss next steps and set up a time to meet with the team and get this process started. I look forward to chatting with you soon.

Warmest Regards,
[redacted]

[redacted]
Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers
[redacted]
Ph: [redacted]

| SIL information | [redacted] |
|---|---|
| SYSTEM IMPROVEMENT LEADS<br>INSPIRE • CONNECT • INNOVATE<br>Website \| Facebook \| Twitter | [redacted] Integrity<br>Service<br>Relationships<br>Equity<br>Innovation |

--
[redacted]
*(pronouns- she/her/hers)*
**Director of Special Education**
[redacted]



[redacted]

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

# RE: [EXTERNAL] Re: Compliance and Improvement Monitoring

Tuesday, July 11, 2023
9:55 AM

| | |
|---|---|
| Subject | **RE: [EXTERNAL] Re: Compliance and Improvement Monitoring** |
| From | [redacted] |
| To | [redacted] |
| Sent | Thursday, April 20, 2023 11:11 AM |

Hello [redacted],

Have you been able to set up a meeting with [redacted] yet?

[redacted]

**From:** [redacted]
**Sent:** Tuesday, April 11, 2023 5:33 PM
**To:** [redacted]
**Subject:** RE: [EXTERNAL] Re: Compliance and Improvement Monitoring

Sorry It had been a busy day. I just sent an invite. I included [redacted] as an optional attendee as well. I look forward to chatting with you then.

Warmest regards,
[redacted]

[redacted]
Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers
[redacted]
Ph: [redacted]

| | |
|---|---|
| | |



**From:** [REDACTED]
**Sent:** Tuesday, April 11, 2023 3:17 PM
**To:** [REDACTED]>
**Subject:** Re: [EXTERNAL] Re: Compliance and Improvement Monitoring

(External Email)

Yes, I have time Thursday at 3:30.

**From** [REDACTED]>
**Sent:** Tuesday, April 11, 2023 2:45 PM
**To:** [REDACTED]>
**Subject:** RE: [EXTERNAL] Re: Compliance and Improvement Monitoring

Hey [REDACTED]

Thank you so much, I will go ahead and reach out to her. I will offer the times that we had agreed upon. Do you have time on Thursday at 3:30?

[REDACTED]
Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers
[REDACTED]
[REDACTED]
Ph: [REDACTED]

**From:** [REDACTED]>
**Sent:** Tuesday, April 11, 2023 9:18 AM
**To:** [REDACTED]

**Subject:** RE: [EXTERNAL] Re: Compliance and Improvement Monitoring

**(External Email)**

Hi [redacted],

Yes, the primary contact is [redacted], Special Education Director. She is having difficulty registering, I sent her an email this morning with a tip from [redacted] regarding the site. I have attached a spreadsheet with the contact names and emails.

Once we get a date/time for a meeting with [redacted], I would like to set up a brief meeting for us to meet and check in prior. Let me know what might work. I am off tomorrow (4/12) and then next Tue and Wed (4/18-19).

Thank you,
[redacted]

[redacted]
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division
[redacted]

**From:** [redacted]
**Sent:** Tuesday, April 11, 2023 8:29 AM
**To:** [redacted]>
**Subject:** RE: [EXTERNAL] Re: Compliance and Improvement Monitoring

Good Morning Jill,

I wonder if you have contact information for [redacted]? If so, would you mind looping me in so we can get at least get an initial meeting set up. I will be out of the office Friday-Tuesday, and worry about getting the team off to a strong start. Let me know your thoughts.

Thanks,
[redacted]

[redacted]
Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers
[redacted]
Ph: [redacted]



**From:** [REDACTED]>
**Sent:** Monday, April 10, 2023 3:33 PM
**To:** [REDACTED]>
**Subject:** FW: [EXTERNAL] Re: Compliance and Improvement Monitoring

(External Email)

Hello [REDACTED]

Can you confirm if SIL received [REDACTED] TA registration?

Thank you,
[REDACTED]

**From:** [REDACTED]>
**Sent:** Monday, April 10, 2023 2:23 PM
**To:** [REDACTED]>
**Subject:** Re: [EXTERNAL] Re: Compliance and Improvement Monitoring

Thank you!

On Mon, Apr 10, 2023 at 2:20 PM [REDACTED]> wrote:
Hi [REDACTED],

I will reach out to SIL and to find out if they received your registration.

[REDACTED]

**From:** [REDACTED]>
**Sent:** Monday, April 10, 2023 2:00 PM
**To:** [REDACTED]
**Subject:** [EXTERNAL] Re: Compliance and Improvement Monitoring

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

I tried to register for SIL and am not sure it went through.

On Tue, Apr 4, 2023 at 4:18 PM [REDACTED] > wrote:
Good Afternoon,

Hope this email finds you well. I wanted to take a moment to introduce myself, as we will be working closely together during your Compliance and Improvement Monitoring (CIM) process. My name is [REDACTED], I will be the primary consultant working with your team, but will be assisted by my colleague, [REDACTED]. According to the Annual Determination Letter (ADL), [REDACTED] has been identified for Level 1 Intensive Monitoring. I hope you were able to attend the informational webinar last week. If you were unable to attend please let me know, so I can inform you when the recorded webinar is available. In addition to the webinar there is a 2023 Intensive CIM padlet, which has the information you will need as we go through the development process. One of the first steps is to register with System Improvement Leads (SIL) for Technical Assistance support. Once you have registered you will be connected to a provider who will join, [REDACTED] and me, in helping you through the CIM process. If you have not registered with SIL, please do so by the end of this week, Friday, April 7, 2023. You will find the registration on the padlet, under the title CIM Process Preparation. For your convenience, I am including the padlet link below.

2023 Intensive CIM (padlet.com)

If you have any questions, do not hesitate to reach out. I look forward to meeting with you soon.

Sincerely,
[REDACTED]

[REDACTED]
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division
[REDACTED]

--

[REDACTED]
*(pronouns- she/her/hers)*
**Director of Special Education**
[REDACTED]
[REDACTED]
[REDACTED]



"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

--

*(pronouns- she/her/hers)*
**Director of Special Education**

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

# Re: [EXTERNAL] Re: Compliance and Improvement Monitoring

Tuesday, July 11, 2023
9:52 AM

| Subject | **Re: [EXTERNAL] Re: Compliance and Improvement Monitoring** |
|---|---|
| From | |
| To | |
| Sent | Tuesday, April 11, 2023 12:20 PM |

It isnt working for me. I tried again a few times.
On Tue, Apr 11, 2023 at 9:13 AM > wrote:
Good morning .

SIL did not receive your registration. I know there have been some issues for LEAs when they attempt to register. We have received the following advice from SIL. When you get to the end of the form, hit "tab" or "enter" to move the form down so you will be able to submit.

If this doesn't work for you, please let me know.

**From:** [redacted]>
**Sent:** Monday, April 10, 2023 2:23 PM
**To:** [redacted]
**Subject:** Re: [EXTERNAL] Re: Compliance and Improvement Monitoring

Thank you!

On Mon, Apr 10, 2023 at 2:20 PM [redacted]> wrote:
Hi [redacted],

I will reach out to SIL and to find out if they received your registration.

[redacted]

**From:** [redacted]
**Sent:** Monday, April 10, 2023 2:00 PM
**To:** [redacted]>
**Subject:** [EXTERNAL] Re: Compliance and Improvement Monitoring

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.
I tried to register for SIL and am not sure it went through.

On Tue, Apr 4, 2023 at 4:18 PM [redacted] wrote:
Good Afternoon,

Hope this email finds you well. I wanted to take a moment to introduce myself, as we will be working closely together during your Compliance and Improvement Monitoring (CIM) process. My name is [redacted], I will be the primary consultant working with your team, but will be assisted by my colleague, [redacted]. According to the Annual Determination Letter (ADL), [redacted] has been identified for Level 1 Intensive Monitoring. I hope you were able to attend the informational webinar last week. If you were unable to attend please let me know, so I can inform you when the recorded webinar is available. In addition to the webinar there is a 2023 Intensive CIM padlet, which has the information you will need as we go through the development process. One of the first steps is to register with System Improvement Leads (SIL) for Technical Assistance support. Once you have registered you will be connected to a provider who will join, [redacted] and me, in helping you through the CIM process. If you have not registered with SIL, please do so by the end of this week, Friday, April 7, 2023. You will find the registration on the padlet, under the title CIM Process Preparation. For your convenience, I am including the padlet link below.

2023 Intensive CIM (padlet.com)

If you have any questions, do not hesitate to reach out. I look forward to meeting with you soon.

Sincerely,
[redacted]

[redacted]
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division
[redacted]

--
[redacted]
*(pronouns- she/her/hers)*
**Director of Special Education**
[redacted]

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

--
[redacted]
*(pronouns- she/her/hers)*
**Director of Special Education**
[redacted]

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

--
[redacted]
*(pronouns- she/her/hers)*
**Director of Special Education**



"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

# RE: [EXTERNAL] Re: Compliance and Improvement Monitoring

Tuesday, July 11, 2023
9:52 AM

| Subject | **RE: [EXTERNAL] Re: Compliance and Improvement Monitoring** |
|---|---|
| From | |
| To | |
| Sent | Tuesday, April 11, 2023 9:17 AM |
| Attachments | << Level 1 CIM tracker.xlsx>> |

Hi ,

Yes, the primary contact is , Special Education Director. She is having difficulty registering, I sent her an email this morning with a tip from regarding the site. I have attached a spreadsheet with the contact names and emails.

Once we get a date/time for a meeting with , I would like to set up a brief meeting for us to meet and check in prior. Let me know what might work. I am off tomorrow (4/12) and then next Tue and Wed (4/18-19).

Thank you,

Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division

**From:** [REDACTED]
**Sent:** Tuesday, April 11, 2023 8:29 AM
**To:** [REDACTED]
**Subject:** RE: [EXTERNAL] Re: Compliance and Improvement Monitoring

Good Morning [REDACTED]

I wonder if you have contact information for [REDACTED]? If so, would you mind looping me in so we can get at least get an initial meeting set up. I will be out of the office Friday-Tuesday, and worry about getting the team off to a strong start. Let me know your thoughts.

Thanks,
[REDACTED]

[REDACTED]
Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers
[REDACTED]
[REDACTED]
Ph: [REDACTED]

| | |
|---|---|
| SYSTEM IMPROVEMENT LEADS<br>Website \| Facebook \| Twitter | [REDACTED] Integrity<br>Service<br>Relationships<br>Equity<br>Innovation |

**From:** [REDACTED]>
**Sent:** Monday, April 10, 2023 3:33 PM
**To:** [REDACTED]
**Subject:** FW: [EXTERNAL] Re: Compliance and Improvement Monitoring

**(External Email)**

Hello [REDACTED],

Can you confirm if SIL received [REDACTED] TA registration?

Thank you,
[REDACTED]

**From:** [redacted]
**Sent:** Monday, April 10, 2023 2:23 PM
**To:** [redacted]
**Subject:** Re: [EXTERNAL] Re: Compliance and Improvement Monitoring

Thank you!

On Mon, Apr 10, 2023 at 2:20 PM [redacted] wrote:
Hi [redacted]

I will reach out to SIL and to find out if they received your registration.

[redacted]

**From:** [redacted]
**Sent:** Monday, April 10, 2023 2:00 PM
**To:** [redacted]
**Subject:** [EXTERNAL] Re: Compliance and Improvement Monitoring

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.
I tried to register for SIL and am not sure it went through.

On Tue, Apr 4, 2023 at 4:18 PM [redacted]> wrote:
Good Afternoon,

Hope this email finds you well. I wanted to take a moment to introduce myself, as we will be working closely together during your Compliance and Improvement Monitoring (CIM) process. My name is [redacted], I will be the primary consultant working with your team, but will be assisted by my colleague, [redacted]. According to the Annual Determination Letter (ADL), [redacted] has been identified for Level 1 Intensive Monitoring. I hope you were able to attend the informational webinar last week. If you were unable to attend please let me know, so I can inform you when the recorded webinar is available. In addition to the webinar there is a 2023 Intensive CIM padlet, which has the information you will need as we go through the development process. One of the first steps is to register with System Improvement Leads (SIL) for Technical Assistance support. Once you have registered you will be connected to a provider who will join, [redacted] and me, in helping you through the CIM process. If you have not registered with SIL, please do so by the end of this week, Friday, April 7, 2023. You will find the registration on the padlet, under the title CIM Process Preparation. For your convenience, I am including the padlet link below.

2023 Intensive CIM (padlet.com)

If you have any questions, do not hesitate to reach out. I look forward to meeting with you soon.

Sincerely,
[redacted]

[redacted]
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division
[redacted]

--
[redacted]
*(pronouns- she/her/hers)*
**Director of Special Education**
[redacted]

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

--
[redacted]
*(pronouns- she/her/hers)*
**Director of Special Education**
[redacted]

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

# RE: [EXTERNAL] Re: Compliance and Improvement Monitoring

Tuesday, July 11, 2023
9:51 AM

| Subject | **RE: [EXTERNAL] Re: Compliance and Improvement Monitoring** |
|---|---|
| From | |
| To | |
| Sent | Tuesday, April 11, 2023 9:13 AM |

Good morning l.

SIL did not receive your registration. I know there have been some issues for LEAs when they attempt to register. We have received the following advice from SIL. When you get to the end of the form, hit "tab" or "enter" to move the form down so you will be able to submit.

If this doesn't work for you, please let me know.

**From:** >
**Sent:** Monday, April 10, 2023 2:23 PM
**To:**
**Subject:** Re: [EXTERNAL] Re: Compliance and Improvement Monitoring

Thank you!

On Mon, Apr 10, 2023 at 2:20 PM > wrote:
Hi

I will reach out to SIL and to find out if they received your registration.

**From:** >
**Sent:** Monday, April 10, 2023 2:00 PM
**To:** >
**Subject:** [EXTERNAL] Re: Compliance and Improvement Monitoring

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.
I tried to register for SIL and am not sure it went through.

On Tue, Apr 4, 2023 at 4:18 PM [redacted] > wrote:
Good Afternoon,

Hope this email finds you well. I wanted to take a moment to introduce myself, as we will be working closely together during your Compliance and Improvement Monitoring (CIM) process. My name is [redacted], I will be the primary consultant working with your team, but will be assisted by my colleague, [redacted]. According to the Annual Determination Letter (ADL), [redacted] has been identified for Level 1 Intensive Monitoring. I hope you were able to attend the informational webinar last week. If you were unable to attend please let me know, so I can inform you when the recorded webinar is available. In addition to the webinar there is a 2023 Intensive CIM padlet, which has the information you will need as we go through the development process. One of the first steps is to register with System Improvement Leads (SIL) for Technical Assistance support. Once you have registered you will be connected to a provider who will join, Patricia and me, in helping you through the CIM process. If you have not registered with SIL, please do so by the end of this week, Friday, April 7, 2023. You will find the registration on the padlet, under the title CIM Process Preparation. For your convenience, I am including the padlet link below.

2023 Intensive CIM (padlet.com)

If you have any questions, do not hesitate to reach out. I look forward to meeting with you soon.

Sincerely,
[redacted]

[redacted]
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division
[redacted]

--
[redacted]
*(pronouns- she/her/hers)*
**Director of Special Education**
[redacted]
[redacted]
[redacted]
[redacted]



"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

--

*(pronouns- she/her/hers)*
**Director of Special Education**

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

# RE: [EXTERNAL] Re: Compliance and Improvement Monitoring

Tuesday, July 11, 2023
9:50 AM

| Subject | **RE: [EXTERNAL] Re: Compliance and Improvement Monitoring** |
|---|---|
| From | |
| To | |
| Sent | Tuesday, April 11, 2023 9:13 AM |

Good morning Rachel.

SIL did not receive your registration. I know there have been some issues for LEAs when they attempt to register. We have received the following advice from SIL. When you get to the end of the form, hit "tab" or "enter" to move the form down so you will be able to submit.

If this doesn't work for you, please let me know.

**From:**

**Sent:** Monday, April 10, 2023 2:23 PM
**To:** [redacted]
**Subject:** Re: [EXTERNAL] Re: Compliance and Improvement Monitoring

Thank you!

On Mon, Apr 10, 2023 at 2:20 PM [redacted]> wrote:
Hi [redacted]

I will reach out to SIL and to find out if they received your registration.

[redacted]

**From:** [redacted]>
**Sent:** Monday, April 10, 2023 2:00 PM
**To:** [redacted]
**Subject:** [EXTERNAL] Re: Compliance and Improvement Monitoring

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.
I tried to register for SIL and am not sure it went through.

On Tue, Apr 4, 2023 at 4:18 PM [redacted]> wrote:
Good Afternoon,

Hope this email finds you well. I wanted to take a moment to introduce myself, as we will be working closely together during your Compliance and Improvement Monitoring (CIM) process. My name is [redacted], I will be the primary consultant working with your team, but will be assisted by my colleague, [redacted]. According to the Annual Determination Letter (ADL), [redacted] has been identified for Level 1 Intensive Monitoring. I hope you were able to attend the informational webinar last week. If you were unable to attend please let me know, so I can inform you when the recorded webinar is available. In addition to the webinar there is a 2023 Intensive CIM padlet, which has the information you will need as we go through the development process. One of the first steps is to register with System Improvement Leads (SIL) for Technical Assistance support. Once you have registered you will be connected to a provider who will join, [redacted] and me, in helping you through the CIM process. If you have not registered with SIL, please do so by the end of this week, Friday, April 7, 2023. You will find the registration on the padlet, under the title CIM Process Preparation. For your convenience, I am including the padlet link below.

2023 Intensive CIM (padlet.com)

If you have any questions, do not hesitate to reach out. I look forward to meeting with you soon.

Sincerely,
[redacted]

[redacted]
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division
[redacted]

--
[redacted]
*(pronouns- she/her/hers)*
**Director of Special Education**
[redacted]

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

--
[redacted]
*(pronouns- she/her/hers)*
**Director of Special Education**
[redacted]

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

# RE: [EXTERNAL] Re: Compliance and Improvement Monitoring

Tuesday, July 11, 2023
9:49 AM

| Subject | RE: [EXTERNAL] Re: Compliance and Improvement Monitoring |
|---|---|
| From | |
| To | |
| Sent | Monday, April 10, 2023 4:51 PM |

Hi there,

No, it does not look like they have submitted the form as yet.

Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers

Ph:

**From:**
**Sent:** Monday, April 10, 2023 3:33 PM
**To:**
**Subject:** FW: [EXTERNAL] Re: Compliance and Improvement Monitoring

(External Email)

Hello

Can you confirm if SIL received TA registration?

Thank you,

**From:**
**Sent:** Monday, April 10, 2023 2:23 PM

**To:** [redacted]
**Subject:** Re: [EXTERNAL] Re: Compliance and Improvement Monitoring

Thank you!

On Mon, Apr 10, 2023 at 2:20 PM [redacted]> wrote:
Hi [redacted]

I will reach out to SIL and to find out if they received your registration.

[redacted]

**From:** [redacted]
**Sent:** Monday, April 10, 2023 2:00 PM
**To:** [redacted]
**Subject:** [EXTERNAL] Re: Compliance and Improvement Monitoring

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.
I tried to register for SIL and am not sure it went through.

On Tue, Apr 4, 2023 at 4:18 PM [redacted] wrote:
Good Afternoon,

Hope this email finds you well. I wanted to take a moment to introduce myself, as we will be working closely together during your Compliance and Improvement Monitoring (CIM) process. My name is [redacted], I will be the primary consultant working with your team, but will be assisted by my colleague, [redacted]. According to the Annual Determination Letter (ADL), [redacted] has been identified for Level 1 Intensive Monitoring. I hope you were able to attend the informational webinar last week. If you were unable to attend please let me know, so I can inform you when the recorded webinar is available. In addition to the webinar there is a 2023 Intensive CIM padlet, which has the information you will need as we go through the development process. One of the first steps is to register with System Improvement Leads (SIL) for Technical Assistance support. Once you have registered you will be connected to a provider who will join, [redacted] and me, in helping you through the CIM process. If you have not registered with SIL, please do so by the end of this week, Friday, April 7, 2023. You will find the registration on the padlet, under the title CIM Process Preparation. For your convenience, I am including the padlet link below.

2023 Intensive CIM (padlet.com)

If you have any questions, do not hesitate to reach out. I look forward to meeting with you soon.

Sincerely,

Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division

--

*(pronouns- she/her/hers)*
**Director of Special Education**

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

--

*(pronouns- she/her/hers)*
**Director of Special Education**

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

# RE: [EXTERNAL] Re: Compliance and Improvement Monitoring

Thursday, May 4, 2023
1:23 PM



| Subject | RE: [EXTERNAL] Re: Compliance and Improvement Monitoring |
|---|---|
| From | |
| To | |
| Sent | Thursday, April 20, 2023 1:47 PM |

Hi ,
No I have not been able to set up a time. I am going to reach out to the team this afternoon. I have been playing catch up since I got back in the office yesterday. I will loop you in on the email that I send to the team.

Thanks,

Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers

Ph:

| SIL information | |
|---|---|
| SYSTEM IMPROVEMENT LEADS<br>INSPIRE • CONNECT • INNOVATE<br>Website \| Facebook \| Twitter | Integrity<br>Service<br>Relationships<br>Equity<br>Innovation |

**From:**
**Sent:** Thursday, April 20, 2023 11:11 AM
**To:**
**Subject:** RE: [EXTERNAL] Re: Compliance and Improvement Monitoring

**(External Email)**

Hello ,

Have you been able to set up a meeting with yet?

**From:**
**Sent:** Tuesday, April 11, 2023 5:33 PM

**To:** 
**Subject:** RE: [EXTERNAL] Re: Compliance and Improvement Monitoring

Sorry It had been a busy day. I just sent an invite. I included  as an optional attendee as well. I look forward to chatting with you then.

Warmest regards,

Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers

Ph:

| SIL information | |
|---|---|
| SYSTEM IMPROVEMENT LEADS<br>Website \| Facebook \| Twitter | Integrity<br>Service<br>Relationships<br>Equity<br>Innovation |

**From:** >
**Sent:** Tuesday, April 11, 2023 3:17 PM
**To:** 
**Subject:** Re: [EXTERNAL] Re: Compliance and Improvement Monitoring

(External Email)

Yes, I have time Thursday at 3:30.

**From:** >
**Sent:** Tuesday, April 11, 2023 2:45 PM
**To:** >
**Subject:** RE: [EXTERNAL] Re: Compliance and Improvement Monitoring

Hey Jill,

Thank you so much, I will go ahead and reach out to her. I will offer the times that we had agreed upon. Do you have time on Thursday at 3:30?

Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers

[redacted]
Ph: [redacted]

| SIL information | [redacted] |
|---|---|
| SYSTEM IMPROVEMENT LEADS<br>INSPIRE + CONNECT + INNOVATE<br>Website \| Facebook \| Twitter | [redacted] Integrity<br>Service<br>Relationships<br>Equity<br>Innovation |

**From:** [redacted]>
**Sent:** Tuesday, April 11, 2023 9:18 AM
**To:** [redacted]>
**Subject:** RE: [EXTERNAL] Re: Compliance and Improvement Monitoring

**(External Email)**

Hi [redacted],

Yes, the primary contact is [redacted], Special Education Director. She is having difficulty registering, I sent her an email this morning with a tip from [redacted] regarding the site. I have attached a spreadsheet with the contact names and emails.

Once we get a date/time for a meeting with [redacted], I would like to set up a brief meeting for us to meet and check in prior. Let me know what might work. I am off tomorrow (4/12) and then next Tue and Wed (4/18-19).

Thank you,
[redacted]

[redacted]
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division
[redacted]

**From:** [redacted]
**Sent:** Tuesday, April 11, 2023 8:29 AM
**To:** [redacted]
**Subject:** RE: [EXTERNAL] Re: Compliance and Improvement Monitoring

Good Morning [redacted],

I wonder if you have contact information for [REDACTED]? If so, would you mind looping me in so we can get at least get an initial meeting set up. I will be out of the office Friday-Tuesday, and worry about getting the team off to a strong start. Let me know your thoughts.

Thanks,
[REDACTED]

[REDACTED]
Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers
[REDACTED]
[REDACTED]
Ph: 530-919-6269

| SIL information | [REDACTED] |
|---|---|
| SYSTEM IMPROVEMENT LEADS<br>INSPIRE • CONNECT • INNOVATE<br>Website \| Facebook \| Twitter | [REDACTED] Integrity<br>Service<br>Relationships<br>Equity<br>Innovation |

**From:** [REDACTED]>
**Sent:** Monday, April 10, 2023 3:33 PM
**To:** [REDACTED]>
**Subject:** FW: [EXTERNAL] Re: Compliance and Improvement Monitoring

**(External Email)**

Hello [REDACTED],

Can you confirm if SIL received [REDACTED] TA registration?

Thank you,
[REDACTED]

**From:** [REDACTED]>
**Sent:** Monday, April 10, 2023 2:23 PM
**To:** [REDACTED]>
**Subject:** Re: [EXTERNAL] Re: Compliance and Improvement Monitoring

Thank you!

On Mon, Apr 10, 2023 at 2:20 PM [REDACTED] wrote:
Hi [REDACTED]

I will reach out to SIL and to find out if they received your registration.

[REDACTED]

**From:** [REDACTED]>
**Sent:** Monday, April 10, 2023 2:00 PM
**To:** [REDACTED]>
**Subject:** [EXTERNAL] Re: Compliance and Improvement Monitoring

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.
I tried to register for SIL and am not sure it went through.

On Tue, Apr 4, 2023 at 4:18 PM [REDACTED]> wrote:
Good Afternoon,

Hope this email finds you well. I wanted to take a moment to introduce myself, as we will be working closely together during your Compliance and Improvement Monitoring (CIM) process. My name is [REDACTED], I will be the primary consultant working with your team, but will be assisted by my colleague, [REDACTED]. According to the Annual Determination Letter (ADL), [REDACTED] has been identified for Level 1 Intensive Monitoring. I hope you were able to attend the informational webinar last week. If you were unable to attend please let me know, so I can inform you when the recorded webinar is available. In addition to the webinar there is a 2023 Intensive CIM padlet, which has the information you will need as we go through the development process. One of the first steps is to register with System Improvement Leads (SIL) for Technical Assistance support. Once you have registered you will be connected to a provider who will join, [REDACTED] and me, in helping you through the CIM process. If you have not registered with SIL, please do so by the end of this week, Friday, April 7, 2023. You will find the registration on the padlet, under the title CIM Process Preparation. For your convenience, I am including the padlet link below.

2023 Intensive CIM (padlet.com)

If you have any questions, do not hesitate to reach out. I look forward to meeting with you soon.

Sincerely,
[REDACTED]

[REDACTED]
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I

Special Education Division

--

*(pronouns- she/her/hers)*

**Director of Special Education**

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

--

*(pronouns- she/her/hers)*

**Director of Special Education**

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

# RE: [EXTERNAL] Re: Compliance and Improvement Monitoring

Tuesday, July 11, 2023

9:48 AM

| Subject | **RE: [EXTERNAL] Re: Compliance and Improvement Monitoring** |
|---|---|
| From | |
| To | |
| Sent | Monday, April 10, 2023 2:20 PM |

Hi [REDACTED],

I will reach out to SIL and to find out if they received your registration.

[REDACTED]

**From:** [REDACTED]>
**Sent:** Monday, April 10, 2023 2:00 PM
**To:** [REDACTED]
**Subject:** [EXTERNAL] Re: Compliance and Improvement Monitoring

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

I tried to register for SIL and am not sure it went through.

On Tue, Apr 4, 2023 at 4:18 PM [REDACTED] wrote:

Good Afternoon,

Hope this email finds you well. I wanted to take a moment to introduce myself, as we will be working closely together during your Compliance and Improvement Monitoring (CIM) process. My name is [REDACTED], I will be the primary consultant working with your team, but will be assisted by my colleague, [REDACTED]. According to the Annual Determination Letter (ADL), [REDACTED] has been identified for Level 1 Intensive Monitoring. I hope you were able to attend the informational webinar last week. If you were unable to attend please let me know, so I can inform you when the recorded webinar is available. In addition to the webinar there is a 2023 Intensive CIM padlet, which has the information you will need as we go through the development process. One of the first steps is to register with System Improvement Leads (SIL) for Technical Assistance support. Once you have registered you will be connected to a provider who will join, [REDACTED] and me, in helping you through the CIM process. If you have not registered with SIL, please do so by the end of this week, Friday, April 7, 2023. You will find the registration on the padlet, under the title CIM Process Preparation. For your convenience, I am including the padlet link below.

2023 Intensive CIM (padlet.com)

If you have any questions, do not hesitate to reach out. I look forward to meeting with you soon.

Sincerely,

[REDACTED]

[REDACTED]
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I

Special Education Division

--

*(pronouns- she/her/hers)*
**Director of Special Education**

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

# RE: [EXTERNAL] Re: Compliance and Improvement Monitoring

Thursday, May 4, 2023
1:23 PM

| Subject | RE: [EXTERNAL] Re: Compliance and Improvement Monitoring |
|---|---|
| From | |
| To | |
| Sent | Thursday, April 20, 2023 11:11 AM |

Hello ,

Have you been able to set up a meeting with yet?

**From:** >
**Sent:** Tuesday, April 11, 2023 5:33 PM
**To:** >
**Subject:** RE: [EXTERNAL] Re: Compliance and Improvement Monitoring

Sorry It had been a busy day. I just sent an invite. I included as an optional attendee as well. I look forward to chatting with you then.



Warmest regards,

Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers

Ph:

| SIL information | |
|---|---|
| SYSTEM IMPROVEMENT LEADS<br>Website \| Facebook \| Twitter | Integrity<br>Service<br>Relationships<br>Equity<br>Innovation |

**From:**
**Sent:** Tuesday, April 11, 2023 3:17 PM
**To:**
**Subject:** Re: [EXTERNAL] Re: Compliance and Improvement Monitoring

(External Email)

Yes, I have time Thursday at 3:30.

**From:** >
**Sent:** Tuesday, April 11, 2023 2:45 PM
**To:** >
**Subject:** RE: [EXTERNAL] Re: Compliance and Improvement Monitoring

Hey

Thank you so much, I will go ahead and reach out to her. I will offer the times that we had agreed upon. Do you have time on Thursday at 3:30?

Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers

Ph:

| SIL information | |
|---|---|



SYSTEM
IMPROVEMENT
LEADS
Website | Facebook | Twitter
Integrity
Service
Relationships
Equity
Innovation

**From:** [redacted]>
**Sent:** Tuesday, April 11, 2023 9:18 AM
**To:** [redacted]>
**Subject:** RE: [EXTERNAL] Re: Compliance and Improvement Monitoring

(External Email)

Hi [redacted],

Yes, the primary contact is [redacted], Special Education Director. She is having difficulty registering, I sent her an email this morning with a tip from [redacted] regarding the site. I have attached a spreadsheet with the contact names and emails.

Once we get a date/time for a meeting with [redacted], I would like to set up a brief meeting for us to meet and check in prior. Let me know what might work. I am off tomorrow (4/12) and then next Tue and Wed (4/18-19).

Thank you,
[redacted]

[redacted]
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division
[redacted]

**From:** [redacted]
**Sent:** Tuesday, April 11, 2023 8:29 AM
**To:** [redacted]
**Subject:** RE: [EXTERNAL] Re: Compliance and Improvement Monitoring

Good Morning [redacted]

I wonder if you have contact information for [redacted]? If so, would you mind looping me in so we can get at least get an initial meeting set up. I will be out of the office Friday-Tuesday, and worry about getting the team off to a strong start. Let me know your thoughts.

Thanks,
[redacted]

[redacted]
Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers
[redacted]
Ph: [redacted]

| SIL information | [redacted] |
|---|---|
| SYSTEM IMPROVEMENT LEADS<br>Website \| Facebook \| Twitter | [redacted] Integrity<br>Service<br>Relationships<br>Equity<br>Innovation |

**From:** [redacted]>
**Sent:** Monday, April 10, 2023 3:33 PM
**To:** [redacted]>
**Subject:** FW: [EXTERNAL] Re: Compliance and Improvement Monitoring

**(External Email)**

Hello [redacted],

Can you confirm if SIL received [redacted] TA registration?

Thank you,
[redacted]

**From:** [redacted]>
**Sent:** Monday, April 10, 2023 2:23 PM
**To:** [redacted]>
**Subject:** Re: [EXTERNAL] Re: Compliance and Improvement Monitoring

Thank you!

On Mon, Apr 10, 2023 at 2:20 PM [redacted]> wrote:
Hi [redacted],

I will reach out to SIL and to find out if they received your registration.

**From:**
**Sent:** Monday, April 10, 2023 2:00 PM
**To:**
**Subject:** [EXTERNAL] Re: Compliance and Improvement Monitoring

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

I tried to register for SIL and am not sure it went through.

On Tue, Apr 4, 2023 at 4:18 PM > wrote:

Good Afternoon,

Hope this email finds you well. I wanted to take a moment to introduce myself, as we will be working closely together during your Compliance and Improvement Monitoring (CIM) process. My name is , I will be the primary consultant working with your team, but will be assisted by my colleague, . According to the Annual Determination Letter (ADL), has been identified for Level 1 Intensive Monitoring. I hope you were able to attend the informational webinar last week. If you were unable to attend please let me know, so I can inform you when the recorded webinar is available. In addition to the webinar there is a 2023 Intensive CIM padlet, which has the information you will need as we go through the development process. One of the first steps is to register with System Improvement Leads (SIL) for Technical Assistance support. Once you have registered you will be connected to a provider who will join, and me, in helping you through the CIM process. If you have not registered with SIL, please do so by the end of this week, Friday, April 7, 2023. You will find the registration on the padlet, under the title CIM Process Preparation. For your convenience, I am including the padlet link below.

2023 Intensive CIM (padlet.com)

If you have any questions, do not hesitate to reach out. I look forward to meeting with you soon.

Sincerely,

Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division

--

*(pronouns- she/her/hers)*
**Director of Special Education**

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

--

*(pronouns- she/her/hers)*
**Director of Special Education**

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

# [EXTERNAL] Re: Compliance and Improvement Monitoring

Tuesday, July 11, 2023
9:47 AM

| Subject | **[EXTERNAL] Re: Compliance and Improvement Monitoring** |
|---|---|
| From | |
| To | |
| Sent | Monday, April 10, 2023 1:59 PM |

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.
I tried to register for SIL and am not sure it went through.
On Tue, Apr 4, 2023 at 4:18 PM wrote:

Good Afternoon,

Hope this email finds you well. I wanted to take a moment to introduce myself, as we will be working closely together during your Compliance and Improvement Monitoring (CIM) process. My name is [REDACTED], I will be the primary consultant working with your team, but will be assisted by my colleague, [REDACTED]. According to the Annual Determination Letter (ADL), [REDACTED] USD has been identified for Level 1 Intensive Monitoring. I hope you were able to attend the informational webinar last week. If you were unable to attend please let me know, so I can inform you when the recorded webinar is available. In addition to the webinar there is a 2023 Intensive CIM padlet, which has the information you will need as we go through the development process. One of the first steps is to register with System Improvement Leads (SIL) for Technical Assistance support. Once you have registered you will be connected to a provider who will join, [REDACTED] and me, in helping you through the CIM process. If you have not registered with SIL, please do so by the end of this week, Friday, April 7, 2023. You will find the registration on the padlet, under the title CIM Process Preparation. For your convenience, I am including the padlet link below.

2023 Intensive CIM (padlet.com)

If you have any questions, do not hesitate to reach out. I look forward to meeting with you soon.

Sincerely,
[REDACTED]

[REDACTED]
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division
[REDACTED]

--

[REDACTED]
*(pronouns- she/her/hers)*
**Director of Special Education**
[REDACTED]
[REDACTED]
[REDACTED]
[REDACTED]
[REDACTED]

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

# [EXTERNAL] Re: Compliance and Improvement Monitoring

Tuesday, July 11, 2023
9:43 AM

| Subject | **[EXTERNAL] Re: Compliance and Improvement Monitoring** |
|---|---|
| From | [REDACTED] |
| To | [REDACTED] |
| Cc | [REDACTED] |
| Sent | Wednesday, April 5, 2023 9:48 AM |

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Dear [REDACTED],

I will be the contact in [REDACTED] for this process. THank you for the information. I look forward to working together and will register this week.

On Tue, Apr 4, 2023 at 4:18 PM [REDACTED]> wrote:

Good Afternoon,

Hope this email finds you well. I wanted to take a moment to introduce myself, as we will be working closely together during your Compliance and Improvement Monitoring (CIM) process. My name is [REDACTED], I will be the primary consultant working with your team, but will be assisted by my colleague, [REDACTED]. According to the Annual Determination Letter (ADL), [REDACTED] has been identified for Level 1 Intensive Monitoring. I hope you were able to attend the informational webinar last week. If you were unable to attend please let me know, so I can inform you when the recorded webinar is available. In addition to the webinar there is a 2023 Intensive CIM padlet, which has the information you will need as we go through the development process. One of the first steps is to register with System Improvement Leads (SIL) for Technical Assistance support. Once you have registered you will be connected to a provider who will join, [REDACTED] and me, in helping you through the CIM process. If you have not registered with SIL, please do so by the end of this week, Friday, April 7, 2023. You will find the registration on the padlet, under the title CIM Process Preparation. For your convenience, I am including the padlet link below.

2023 Intensive CIM (padlet.com)

If you have any questions, do not hesitate to reach out. I look forward to meeting with you soon.

Sincerely,

Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division

--

*(pronouns- she/her/hers)*
**Director of Special Education**

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

# [EXTERNAL] RE: Compliance and Improvement Monitoring Technical Assistance

Thursday, May 4, 2023
1:23 PM

| Subject | **[EXTERNAL] RE: Compliance and Improvement Monitoring Technical Assistance** |
|---|---|
| From | |
| To | |
| Cc | |
| Sent | Wednesday, April 12, 2023 1:18 PM |

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi ,

Thank you so much for completing the registration form. That is helpful to have you team documented in our system. With that said, you may have seen the follow-up email from

[REDACTED] noting the preliminary steps that teams should be working on at this time. I have copied them below in this email for ease of access. With that in mind, setting up a time to meet would be great next step. However, I believe it's critical that we meet prior to May given there are several required activities that your team will need to complete by the Step 1 due date of June 30th. To support in scheduling, here are some time that both Jill and I are available to meet with you: tomorrow 4/13 between 4-5pm or 4/20 between 2-5pm. It would be great to have at least 30 minutes (preferably an hour) to discuss the required activities and your progress on the steps below.

1. Identify your CIM team. The CIM team should include the Superintendent or designee, cabinet level general and special education administration, site administration, fiscal administration, general and special education teachers (optional), parents (optional), and others (optional).
2. Register for the SEEDs Survey
3. Set up an account in the Improvement Data Center, on our website.
   a. Improvement Data Center- Data Drilldown- Video
   b. Improvement Data Center- Data Drill down- Handout

We are here to support you and your team throughout this process. Please let us know if any questions come up along the way.

Warmest regards,
[REDACTED]

[REDACTED]
Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers
[REDACTED]
[REDACTED]
Ph: [REDACTED]

SIL information
SYSTEM IMPROVEMENT LEADS
INSPIRE • CONNECT • INNOVATE
Website | Facebook | Twitter
Integrity
Service
Relationships
Equity
Innovation

**From:** [REDACTED]
**Sent:** Wednesday, April 12, 2023 10:07 AM
**To:** [REDACTED]
**Cc:** [REDACTED]
**Subject:** Re: Compliance and Improvement Monitoring Technical Assistance

**(External Email)**

Thank you for the information. I look forward to working together. I was able to register for SIL with that link. Thank you. I have reviewed the padlet. Should we set up a meeting? Will it be in person or virtual? It will likely need to be in May.

On Tue, Apr 11, 2023 at 5:30 PM [redacted] wrote:
Good afternoon [redacted]

I hope this email finds you well. I am reaching out as we will be working closely together during your Compliance and Improvement Monitoring (CIM) process. My name is [redacted], and I will be technical assistance support provider. I will be joined by [redacted] who will serve as your CDE FMTA for this process. We will be working with your team to assist you in completing the required activities for the CIM process.

I hope you were able to attend the informational webinar that was held a couple of weeks ago. If not, you can view the recording of the video at this link.
In addition to the webinar, there is 2023 Intensive CIM Padlet, which has the information you will need as we go through the development process. One of the first steps is to register on the System Improvement Leads (SIL) for Technical Assistance support and you can do so via this link. Though I have already reached out, which typically happens upon the completion of this form, I want to make sure your LEAs registration is recorded.

Once we hear back from you we can discuss next steps and set up a time to meet with the team and get this process started. I look forward to chatting with you soon.

Warmest Regards,
[redacted]

[redacted]
Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers
[redacted]
[redacted]
Ph: [redacted]

SIL information
SYSTEM IMPROVEMENT LEADS
INSPIRE • CONNECT • INNOVATE
Website | Facebook | Twitter
Integrity
Service
Relationships
Equity
Innovation

--
[redacted]
*(pronouns- she/her/hers)*
**Director of Special Education**
[redacted]

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

# Compliance and Improvement Monitoring

Tuesday, July 11, 2023
9:43 AM

| | |
|---|---|
| Subject | **Compliance and Improvement Monitoring** |
| From | [redacted] |
| To | [redacted] |
| Cc | [redacted] |
| Sent | Tuesday, April 4, 2023 3:47 PM |

Good Afternoon,

Hope this email finds you well. I wanted to take a moment to introduce myself, as we will be working closely together during your Compliance and Improvement Monitoring (CIM) process. My name is [redacted], I will be the primary consultant working with your team, but will be assisted by my colleague, [redacted]. According to the Annual Determination Letter (ADL), [redacted] has been identified for Level 1 Intensive Monitoring. I hope you were able to attend the informational webinar last week. If you were unable to attend please let me know, so I can inform you when the recorded webinar is available. In addition to the webinar there is a 2023 Intensive CIM padlet, which has the information you will need as we go through the development process. One of the first steps is to register with System Improvement Leads (SIL) for Technical Assistance support. Once you have registered you will be connected to a provider who will join, [redacted] and me, in helping you through the CIM process. If you have not registered with SIL, please do so by the end of this week, Friday, April 7, 2023. You will find the registration on the padlet, under the title CIM Process Preparation. For your convenience, I am including the padlet link below.

2023 Intensive CIM (padlet.com)

If you have any questions, do not hesitate to reach out. I look forward to meeting with you soon.

Sincerely,
[redacted]

[redacted]
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division
[redacted]

# [EXTERNAL] CIM Partnership

Tuesday, July 11, 2023
9:42 AM

| | |
|---|---|
| Subject | **[EXTERNAL] CIM Partnership** |
| From | [redacted] |
| To | [redacted] |
| Sent | Tuesday, April 4, 2023 12:06 PM |

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

H[redacted],

We were notified this morning of our assignments for CIM and I am looking forward to working with the both of you. It looks like we have [redacted] common. This LEA has not registered on the SIL TA Page so we do not have contact information at this time. However, I am placing holds on my calendar for the next couple of weeks to plan for the intro meeting with teams. I have included dates and times that I have available below, and I would like to see if they align with both of your schedules. That way once we know that the teams have registered, I can offer some times that we know we are both available.

- April 11th 10:30-1:00pm
- April 13th 3:30-5:00 pm
- April 20th 2:00-5:00 pm

Thank you and I look forward to working with you both in supporting [REDACTED]

Warmest regards,
[REDACTED]

[REDACTED]
Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers
[REDACTED]
[REDACTED]
Ph: [REDACTED]

| | |
|---|---|
| SYSTEM IMPROVEMENT LEADS<br>INSPIRE • CONNECT • INNOVATE<br>Website \| Facebook \| Twitter | [REDACTED] Integrity<br>Service<br>Relationships<br>Equity<br>Innovation |

# RE: [EXTERNAL] CIM Partnership

Tuesday, July 11, 2023
9:41 AM

| Subject | RE: [EXTERNAL] CIM Partnership |
|---|---|
| From | [REDACTED] |
| To | [REDACTED] |
| Sent | Tuesday, April 4, 2023 11:52 AM |

Thank you both for the clarification. [REDACTED], I will send and invite to you for the 12th, 19th and 20th as tentative holds. Like you, I hope to get the ball rolling as quickly as possible, but at this time we have to wait for the LEA to complete the form online. Hopefully, that will occur within the next week. I will let you know once I hear either way.

[REDACTED] will resend the email for [REDACTED] you and [REDACTED] with the amended dates, and maybe a couple of other to be safe. Just as the case with [REDACTED], I will let you know once we hear either way on the status of their registration.

I apologize for the confusion on my end.



Best,

Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers

Ph:

| | |
|---|---|
| SYSTEM IMPROVEMENT LEADS<br>INSPIRE • CONNECT • INNOVATE<br>Website \| Facebook \| Twitter | Integrity<br>Service<br>Relationships<br>Equity<br>Innovation |

**From:** >
**Sent:** Tuesday, April 4, 2023 11:18 AM
**To:** >
**Subject:** RE: [EXTERNAL] CIM Partnership

**(External Email)**

Hi ,

I will be the lead with and will be observing/assisting with this LEA. I will assist on as needed.

I am available for meetings on the 13th and 20th, I will be off on the 12th and 19th.

Thank you,

**From:** >
**Sent:** Tuesday, April 4, 2023 10:43 AM
**To:**
**Subject:** RE: [EXTERNAL] CIM Partnership

Hi !

I so look forward to working with you this upcoming year. The 12th, 19th, and 20th would work for me at the times you suggested. I'd prefer the 12th if it works so that we can get the ball rolling for .

I believe [REDACTED] will be [REDACTED] and perhaps one another consultant, but I'm happy to take the lead on [REDACTED] with you.

Best,
[REDACTED]

**From:** [REDACTED]>
**Sent:** Tuesday, April 4, 2023 10:04 AM
**To:** [REDACTED]
**Subject:** [EXTERNAL] CIM Partnership

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.
Hi [REDACTED],

We were notified this morning of our assignments for CIM and I am looking forward to working with the both of you. It looks like we have [REDACTED] and [REDACTED] in common. It looks like our two LEAs have not registered on the SIL TA Page so we do not have contact information at this time. However, I am placing holds on my calendar for the next couple of weeks to plan for the intro meeting with teams. Unfortunately, the next two weeks are pretty impacted but I will include some dates and times that I have available below, and I would like to see if they align with both of your schedules. That way once we know that the teams have registered, I can offer some times that we know we are both available.

- April 12th 3:30-5:00 pm
- April 13th 3:30-5:00 pm
- April 19th 1:00-5:00 pm
- April 20th 2:00-5:00 pm

Thank you and I look forward to working with you in the future.

Warmest regards,
[REDACTED]

[REDACTED]
Improvement Facilitator, System Improvement Leads (SIL) Project
Pronouns: she/her/hers
[REDACTED]
[REDACTED]
Ph: [REDACTED]

| | |
|---|---|

# [EXTERNAL] CIM Partnership

Tuesday, July 11, 2023
9:40 AM

| | |
|---|---|
| Subject | **[EXTERNAL] CIM Partnership** |
| From | |
| To | |
| Sent | Tuesday, April 4, 2023 10:03 AM |

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi ,

We were notified this morning of our assignments for CIM and I am looking forward to working with the both of you. It looks like we have and in common. It looks like our two LEAs have not registered on the SIL TA Page so we do not have contact information at this time. However, I am placing holds on my calendar for the next couple of weeks to plan for the intro meeting with teams. Unfortunately, the next two weeks are pretty impacted but I will include some dates and times that I have available below, and I would like to see if they align with both of your schedules. That way once we know that the teams have registered, I can offer some times that we know we are both available.

- April 12th 3:30-5:00 pm
- April 13th 3:30-5:00 pm
- April 19th 1:00-5:00 pm
- April 20th 2:00-5:00 pm

Thank you and I look forward to working with you in the future.

Warmest regards,

Improvement Facilitator, System Improvement Leads (SIL) Project

Pronouns: she/her/hers
Ph:
SYSTEM IMPROVEMENT LEADS
INSPIRE • CONNECT • INNOVATE
Website | Facebook | Twitter
Integrity
Service
Relationships
Equity
Innovation



**From:** SECMS Online System
**To:** [redacted]
**Cc:** [redacted]; JWhitehair@cde.ca.gov
**Subject:** Notification of 2022-2023 Compliance and Improvement Monitoring and/or Cyclical Monitoring Compliance Review of Data Submission for [redacted] Reviewed by the CDE
**Date:** Wednesday, October 11, 2023 3:23:08 PM

---

Dear [redacted],

The California Department of Education (CDE) has reviewed the [redacted] submitted Compliance and Improvement Monitoring and/or Cyclical Monitoring Compliance Review.

Log on to https://www3.cde.ca.gov/secms/logon.aspx using the PIN [redacted] to review the results for [redacted]. If documents reviewed did not meet all requirements and corrective actions are required, evidence must be submitted by the stated due date indicated on the findings. Due dates for policies and procedures are 60 days from the date of this e-mail notification and student level corrective actions are due 45 days from the date of this e-mail.

If further clarification is needed, please contact the assigned Consultant, Jill Whitehair, by email at JWhitehair@cde.ca.gov.

**From:** SECMS Online System
**To:** [redacted]
**Cc:** [redacted]; JWhitehair@cde.ca.gov
**Subject:** Notification of 2022-2023 Compliance and Improvement Monitoring and/or Cyclical Monitoring Compliance Review of Data Submission for [redacted] Unified Reviewed by the CDE
**Date:** Wednesday, October 11, 2023 3:23:08 PM

Dear [redacted],

The California Department of Education (CDE) has reviewed the [redacted] Unified's submitted Compliance and Improvement Monitoring and/or Cyclical Monitoring Compliance Review.

Log on to https://www3.cde.ca.gov/secms/logon.aspx using the PIN [redacted] to review the results for [redacted] Unified. If documents reviewed did not meet all requirements and corrective actions are required, evidence must be submitted by the stated due date indicated on the findings. Due dates for policies and procedures are 60 days from the date of this e-mail notification and student level corrective actions are due 45 days from the date of this e-mail.

If further clarification is needed, please contact the assigned Consultant, Jill Whitehair, by email at JWhitehair@cde.ca.gov.

**From:** Jill Whitehair
**To:**
**Cc:**
**Subject:** RE: [EXTERNAL] Re: CIM Step 1 - Returned
**Date:** Tuesday, September 5, 2023 7:48:18 AM

---

Hi 

When I look at Stepwell, I do not see that you revised the Infrastructure Analysis Section. I returned the submission again and left open both the Infrastructure and EBR sections. This should allow you to move the EBR comments, which are currently under the Infrastructure Areas of improvement, to the EBR section and then update the Infrastructure Areas of Improvement with information that pertains to that activity.

If you need help, I am happy to set up a quick meeting and screenshare.

Thank you,
*~Jill*

Jill Whitehair
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division
JWhitehair@cde.ca.gov 916-322-0373

---

**From:** >
**Sent:** Friday, September 1, 2023 1:00 PM
**To:** Jill Whitehair <JWhitehair@cde.ca.gov>
**Cc:** >
**Subject:** [EXTERNAL] Re: CIM Step 1 - Returned

CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

I fixed and resubmitted.

On Thu, Aug 31, 2023 at 11:36 AM > wrote:

> - I was holding 1-3 today but do not see a calendar invite.
>
> On Wed, Aug 30, 2023 at 3:18 PM > wrote:
>
>> Thank you, I will do that.

On Wed, Aug 30, 2023 at 3:02 PM Jill Whitehair <JWhitehair@cde.ca.gov> wrote:

Hi [redacted]

I will not be able to attend tomorrow's meeting, as I have a previous obligation. If you have any questions please feel free to email me. Also, I wanted to follow up on Step 1 of the CIM stepwell submission. As I mentioned below, the Infrastructure Analysis piece has EBR findings in the improvement areas. I believe those were put in the wrong place. If you will add the EBR information to the EBR section, then add areas of improvement for the Infrastructure Analysis you can resubmit Step 1.

~Jill

Jill Whitehair
Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division
JWhitehair@cde.ca.gov 916-322-0373

**From:** Jill Whitehair
**Sent:** Tuesday, August 22, 2023 1:40 PM
**To:** [redacted]>
**Cc:** [redacted]>
**Subject:** CIM Step 1 - Returned

Hi [redacted],

I returned Step 1 once again. The Policy and Procedure section was updated, thank you, However, in the Infrastructure Analysis under areas of improvement you describe the EBR findings and areas of improvement. Is this something you are highlighting in regards to your Infrastructure Analysis? If so, can you explain the connections. If not can you move the EBR information to the appropriate EBR section and explain Infrastructure Analysis areas of improvement.

I have attached a pdf of Step 1.

If you have questions, I'll be back on Monday.

~Jill

--

*(pronouns- she/her/hers)*

**Director of Special Education**



"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

--

*(pronouns- she/her/hers)*

**Director of Special Education**



"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

--

*(pronouns- she/her/hers)*

**Director of Special Education**



"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

**From:** Jill Whitehair
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: [EXTERNAL] Re: CIM Step 1 submission
**Date:** Wednesday, August 2, 2023 11:35:53 AM

---

Hi [redacted],

I would like the edits back as soon as possible, but I do remember how busy back to school can be. I would like to set a deadline of next Wednesday, August 9, 2023. If you run into a problem with the deadline, please let me know.

~Jill

---

**From:** [redacted]
**Sent:** Wednesday, August 2, 2023 11:28 AM
**To:** Jill Whitehair <JWhitehair@cde.ca.gov>
**Cc:** [redacted]
**Subject:** [EXTERNAL] Re: CIM Step 1 submission

> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Thank you, I will do that. Is there a timeline? We are doing PD and opening schools in these coning weeks.

On Wed, Aug 2, 2023 at 8:27 AM Jill Whitehair <JWhitehair@cde.ca.gov> wrote:

> Good Morning [redacted],
>
> My manager, Barbara Gaskin, and I have reviewed your CIM Step 1 submission. I am attaching a pdf copy of the submission which includes needed edits and suggestions for further consideration. You should be able to access Step 1 in Stepwell to make the necessary revisions. If you would like to discuss any of the information please let me know and we can schedule a meeting. Once you have completed the edits in Stepwell, please let me know.
>
> Thank you,
>
> *~Jill*
>
> Jill Whitehair
> Education Programs Consultant
> Focused Monitoring & Technical Assistance - Unit I
> Special Education Division
> JWhitehair@cde.ca.gov 916-322-0373

--



*(pronouns- she/her/hers)*
**Director of Special Education**

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

**From:** Jill Whitehair
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: [EXTERNAL] Re: CIM Step 1 submission
**Date:** Thursday, August 17, 2023 11:58:55 AM

---

Hi [redacted].

I have a meeting from 3-4pm, but I should be able to join. I might be a few minutes late.

Jill

---

**From:** [redacted]>
**Sent:** Thursday, August 17, 2023 11:54 AM
**To:** Jill Whitehair <JWhitehair@cde.ca.gov>
**Cc:** [redacted]>
**Subject:** Re: [EXTERNAL] Re: CIM Step 1 submission

Submitted revisions and sent you. calendar invite for a meeting next week and then we can set any follow-up meetings. I invited the whole group. Let me know if it should be smaller.

I has sent policies in june but will send those again soon.

On Thu, Aug 17, 2023 at 11:12 AM [redacted]> wrote:

> I am working on this today. I am sorry we are behind.
>
> On Wed, Aug 2, 2023 at 11:36 AM Jill Whitehair <JWhitehair@cde.ca.gov> wrote:
>
> > Hi [redacted],
> >
> > I would like the edits back as soon as possible, but I do remember how busy back to school can be. I would like to set a deadline of next Wednesday, August 9, 2023. If you run into a problem with the deadline, please let me know.
> >
> > ~Jill
> >
> > ---
> >
> > **From:** [redacted]>
> > **Sent:** Wednesday, August 2, 2023 11:28 AM
> > **To:** Jill Whitehair <JWhitehair@cde.ca.gov>
> > **Cc:** [redacted]
> > **Subject:** [EXTERNAL] Re: CIM Step 1 submission
> >
> > CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Thank you, I will do that. Is there a timeline? We are doing PD and opening schools in these coning weeks.

On Wed, Aug 2, 2023 at 8:27 AM Jill Whitehair <JWhitehair@cde.ca.gov> wrote:

> Good Morning ,
>
> My manager, Barbara Gaskin, and I have reviewed your CIM Step 1 submission. I am attaching a pdf copy of the submission which includes needed edits and suggestions for further consideration. You should be able to access Step 1 in Stepwell to make the necessary revisions. If you would like to discuss any of the information please let me know and we can schedule a meeting. Once you have completed the edits in Stepwell, please let me know.
>
> Thank you,
>
> ~Jill
>
> Jill Whitehair
> Education Programs Consultant
> Focused Monitoring & Technical Assistance - Unit I
> Special Education Division
> JWhitehair@cde.ca.gov 916-322-0373

--

(pronouns- she/her/hers)

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

--

*(pronouns- she/her/hers)*
**Director of Special Education**



"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

--



*(pronouns- she/her/hers)*

"But if you want to be a true professional, you will do something outside yourself, something to repair tears in your community, something to make life a little better for people less fortunate than you."- Ruth Bader Ginsberg

**From:**
**To:**
**Cc:**
**Subject:** Student Record Review
**Date:** Tuesday, August 1, 2023 9:17:11 AM

Hello

Hope you've had an opportunity to relax before the new year begins. I wanted to reach out regarding the Student Record Review. I almost finished with my review, but one file is missing a signature page. If you have the page, please upload to SEIS. If you do not have the signature page, then let me know and I will make the necessary findings. You should receive findings with corrective actions sometime this month. We can discuss that information once they are sent out.

If you have any questions please let me know.

Sincerely,

Education Programs Consultant
Focused Monitoring & Technical Assistance - Unit I
Special Education Division