1  ROB BONTA
   Attorney General of California
2  DARRELL W. SPENCE
   Supervising Deputy Attorney General
3  State Bar No. 248011
   STACEY L. LEASK
4  Deputy Attorney General
   State Bar No. 233281
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA  94244-2550
     Telephone:  (916) 210-6089
7    Fax:  (916) 324-5567
     E-mail:  Darrell .Spence@doj.ca.gov
8    E-mail:  Stacey.Leask@doj.ca.gov
   *Attorneys for Defendants*
9  *California Department of Education, Tony*
   *Thurmond, in his official capacity as the State*
10 *Superintendent of Public Instruction, and State*
   *Board of Education*

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15                      SAN FRANCISCO DIVISION

16

17

18

19  **EMMA C., et al.,**                          3:96-cv-04179-VC

20                                 Plaintiffs,    **[PROPOSED] ORDER RE: STATE
                                                  DEFENDANTS' MOTION TO REMOVE**
21          **v.**                                **INCORRECTLY FILED DOCUMENTS
                                                  AS MODIFIED.**
22  **THURMOND, et al.,**
                                                  Judge:       The Honorable Vince Chhabria
23                                 Defendants.

24

25

26

27

28

                                        1

1

**[~~PROPOSED~~] ORDER**

2        On December 15, 2023, Defendants California Department of Education, Tony

3 Thurmond, in his official capacity as the State Superintendent of Public Instruction, and the State

4 Board of Education (collectively, "State Defendants"), filed an administrative Motion to Remove

5 Incorrectly Filed Documents, on the grounds that the documents (Docket No. 2761 and its

6 subparts 2761-1, 2761-2, 2761-3, and 2761-4), contain unredacted confidential information that

7 should have been redacted and was mistakenly filed on the public docket.

8        The Court, having considered the motion, hereby GRANTS the motion and ORDERS

9 Docket Nos. 2761, 2761-1, 2761-2, 2761-3, and 2761-4, be sealed.

10

11   **IT IS SO ORDERED.**

12

13 Dated:   December 18, 2023

_____

14 VINCE CHHABRIA
United States District Judge

15

16

17 SA2005104070
43993632

18

19

20

21

22

23

24

25

26

27

28

2