1   ROB BONTA
    Attorney General of California
2   DARRELL W. SPENCE
    Supervising Deputy Attorney General
3   STACEY L. LEASK
    Deputy Attorney General
4   State Bar No. 233281
      1300 I Street, Suite 125
5     P.O. Box 944255
      Sacramento, CA 94244-2550
6     Telephone:  (916) 210-6089
      Fax:  (916) 324-5567
7     E-mail:  Darrell.Spence@doj.ca.gov
      E-mail:  Stacey.Leask@doj.ca.gov
8   Attorneys for Defendants
    California Department of Education, Tony
9   Thurmond, in his official capacity as the State
    Superintendent of Public Instruction, and State
10  Board of Education

11              IN THE UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION

14

15
    **EMMA C., et al.,**                        3:96-cv-04179-VC
16
                              Plaintiffs,    **STATE DEFENDANTS'**
17                                           **SUPPLEMENTAL SUBMISSION FOR**
         v.                                  **THE STATE'S PHASE 3B, CIM STEP 1**
18                                           **AND STEP 2**

19  **THURMOND, et al.,**                        Date:         February 2, 2024
                                             Time:         9:30 am
20                            Defendants.    Courtroom:    4
                                             Judge:        The Honorable Vince Chhabria
21

22

23        Defendants California Department of Education (CDE), Tony Thurmond, in his official

24  capacity as the State Superintendent of Public Instruction, and State Board of Education (SBE)

25  (collectively, State Defendants or the State) hereby submit this supplemental submission to the

26  State's Phase 3B Submissions (CIM Steps 1 and 2) to demonstrate that the State's

27  implementation of its monitoring and enforcement activities –as designed– is in compliance with

28  federal law.

                                              1

The October 23, 2023 Minute Entry of the Court [Dkt. 2743] required Plaintiffs to put together a list of documents that Plaintiffs and the Court Monitor request as part of a supplemental submission to the State's filing made on August 18, 2023.  Plaintiffs served the State with the list, and the parties thereafter met and conferred as to the scope and timing of those requests.  The State now hereby further responds as follows:

**Plaintiffs' Supplemental Request 2.a.-e.** (namely, general information regarding TA providers):  The State filed its Supplemental Phase 3B CIM Step 1 Submission on October 27, 2023 [Dkt. 2746], whereby the State produced **Exhibit 264B**, which was the link to the California Special Education Technical Assistance Network (CalTAN) website:  https://caltran.info/partners, which lists the current Technical Assistance Providers (TA Providers) that the CDE contracts with for technical assistance.

The State hereby further submits **Exhibits 406, 407, 408 and 409**, in response to this request.  The State believes it has fully responded to Plaintiffs' supplemental request 2.a.-e.; however, the State will further confer with Plaintiffs upon request.

**The State's Supplemental Submission re Accountability**:  During the October 17, 2023, evidentiary hearing, the Court and the parties discussed the issue of accountability and more specifically, the idea for the development of internal policies and procedures to assist the State in carrying out its monitoring and enforcement activities with LEAs.  In connection with that issue, the State hereby produces as **Exhibit 410,** an internal document that is in development for use by CDE consultants and unit managers during the Compliance and Improvement Monitoring (CIM) Process.

**The State's Supplemental Submission re Emails:**  While preparing for the upcoming evidentiary hearing scheduled for February 2, 2024, the State identified additional emails in relation to LEA 10 which were not included in the State's December submission.  The State hereby produces those emails in relation to LEA 10, as **Exhibit 411**.

\\\

\\\

\\\

1    Dated:  January 31, 2024                        Respectfully submitted,

2                                                    ROB BONTA
                                                     Attorney General of California
3                                                    DARRELL W. SPENCE
                                                     Supervising Deputy Attorney General
4

5

6                                                    /s/ STACEY L. LEASK
                                                     STACEY L. LEASK
7                                                    Deputy Attorney General
                                                     Attorneys for Defendants
8                                                    California Department of Education, Tony
                                                     Thurmond, in his official capacity as the
9                                                    State Superintendent of Public Instruction,
                                                     and State Board of Education
10
     SA2005104070
11   44046482.docx

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Case Name:   **Emma C., et al. v. Thurmond,**          No.    **3:96-cv-04179-VC**
             **et al.**

I hereby certify that on <u>January 31, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **STATE DEFENDANTS' SUPPLEMENTAL SUBMISSION FOR THE STATE'S PHASE 3B, CIM STEP 1 AND STEP 2, WITH EXHIBITS 406-411 (REDACTED)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 31, 2024</u>, at San Francisco, California.

| G. Guardado | _G. Guardado_ |
|:---:|:---:|
| Declarant | Signature |

SA2005104070
44047056.docx