# EXHIBIT 407

**California Statewide System of Support**
**Special Education Resource Leads Annual Plan**

| | |
|---|---|
| **Special Education Resource Lead:** | |
| **School Year:** | |
| **Name of Person(s) Completing the Plan:** | |
| **Date Completed:** | |
| **Name of main person(s) supporting this grant:** | |

*Due Dates:*

*September 30, 2023 - Section I - Annual Plan*
*October 31, 2023 - Section II - Progress Summary 1*
*January 31, 2024 - Section II - Progress Summary 2*
*April 30, 2024 - Section II - Progress Summary 3*
*July 31, 2024 - Section II and Section III – Progress Summary 4/End of Year Reflection*

### Section I. Annual Plan

Use the tables below to capture your goals and activities for the year. Please identify and define the goals, objectives, and activities to be achieved. Add/delete tables and rows as needed.

*Goals*

Goals should be aligned with the assurances provided in the request for applications and the guidance provided by California Department of Education (CDE), the California Collaborative for Education Excellence (CCEE), and State Board of Education (SBE) staff. Your plan must include a minimum of three goals and be inclusive of all special education resource leads assurances. There is not an upper limit on the number of goals.

*Objectives*

Include specific objectives and outcome measures. Describe the specific objective(s) to address your goal (include ways in which goals can be accomplished). Objectives should be measurable and quantifiable.

*Special Education Resource Leads Responsibilities*

Specify the Special Education Resource Leads responsibilities based on EC Section 52073.2 and the roles and responsibilities outlined in the request for applications. All leads shall use the list below for reference, and leads that fulfill specific roles (including IEP Best Practices, Universal Design for Learning, Capacity Builder, English Learner, and Alternative Dispute Resolution) may use the related responsibilities listed in Section 1 of the request for applications.

**Individually and collectively, all special education resource leads are responsible for the following:**

·        Effectively build the capacity of LEAs to improve outcomes for SWD and support their families.

·        Extend equity of access to high quality technical assistance and resources statewide.

·        Provide support to both LEAs with identified needs, including LEAs identified by the CDE as needing assistance through CIM and DA, as well as those who opt-in for continuous improvement support.

- Develop, support, and participate in a robust communication network amongst all entities in the Statewide System of Support, including the state agencies and other leads.

- Establish qualitative and quantitative goals to evaluate the capacity built within LEAs statewide to provide high-quality assistance and expertise to member LEAs across multiple measures.

- Participate in a network with other agencies serving in the SSOS and serve as a conduit in connecting LEAs to the other branches of the system.

- Facilitate integration and partnerships across all levels of the system (SELPA, COE, to LEA, to individual classrooms).

- Submit all newly developed and ongoing resources to CDE for upload to CALTAN, including any updates to previous resources.

*SSOS Collaborative Partners*

List any System of Support Partners that will support this goal.

*Activities*

List and describe all activities, along with: (1) the individual(s) responsible for carrying out the activity, (2) the time frame during which this activity will take place, (3) a metric for monitoring the implementation of the activity, and (4) any Special Education Resource Lead funding used to support the activity.

| Goal Number 1 | |
|---|---|
| **Objective** | |
| **Special Education Resource Lead Responsibility** | |
| **SSOS Collaborative Partners** | |

| Activities | Individual(s) Responsible | Date(s)/ Timeline | Metric for Monitoring Implementation | Estimated Funding Amount to Support Action |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| **Goal Number 2** | |
| **Objective** | |
| **Special Education Resource Lead Responsibility** | |
| **SSOS Collaborative Partners** | |

| Activities | Individual(s) Responsible | Date(s)/ Timeline | Metric for Monitoring Implementation | Estimated Funding Amount to Support Action |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| **Goal Number 3** | |

| Objective | |
|---|---|
| **Special Education Resource Lead Responsibility** | |
| **SSOS Collaborative Partners** | |
| Activities | Individual(s) Responsible | Date(s)/ Timeline | Metric for Monitoring Implementation | Estimated Funding Amount to Support Action |
| | | | | |
| | | | | |
| | | | | |

| **Goal Number 4** | |
|---|---|
| **Objective** | |
| **Special Education Resource Lead Responsibility** | |
| **SSOS Collaborative Partners** | |
| Activities | Individual(s) Responsible | Date(s)/ Timeline | Metric for Monitoring Implementation | Estimated Funding Amount to Support Action |
| | | | | |
| | | | | |
| | | | | |

**Section II: Quarterly Reporting**

Please describe progress on each goal, including data for the monitoring of implementation. If implementation of the goal has not occurred as planned, please explain why. Identify any revisions to the original goals, objectives and/or activities.

| Goal Number 1 | Description of Progress. |
|---|---|
| Progress Summary 1 (7/1/23 - 9/30/23): | |
| Progress Summary 2 (10/1/23 - 12/31/23): | |
| Progress Summary 3 (1/1/24- 3/31/24): | |
| Progress Summary 4 (4/1/24- 6/30/24): | |

| Goal Number 2 | Description of Progress |
|---|---|
| Progress Summary 1 (7/1/23 - 9/30/23): | |
| Progress Summary 2 (10/1/23 - 12/31/23): | |
| Progress Summary 3 (1/1/24- 3/31/24): | |
| Progress Summary 4 (4/1/24- 6/30/24): | |

| Goal Number 3 | Description of Progress |
|---|---|

| Progress Summary 1 (7/1/23 - 9/30/23): | |
|---|---|
| Progress Summary 2 (10/1/23 - 12/31/23): | |
| Progress Summary 3 (1/1/24- 3/31/24): | |
| Progress Summary 4 (4/1/24- 6/30/24): | |

| **Goal Number 4** | **Description of Progress** |
|---|---|
| Progress Summary 1 (7/1/23 - 9/30/23): | |

| | |
|---|---|
| Progress Summary 2 (10/1/23 - 12/31/23): | |
| Progress Summary 3 (1/1/24- 3/31/24): | |
| Progress Summary 4 (4/1/24- 6/30/24): | |

**Section III. End of Year Reflection**

Provide a description of the lessons learned, achievements, and opportunities for future growth.

1. What were your key achievements?

2. What are your areas for future growth?

3. Reflecting on your experience in the 2023-24 school year, what are your key lessons learned from implementing your plan?

4. How will these reflections impact your 2024-25 planning?