# EXHIBIT 409

- **Exhibit 409 – the following website links:**

  Link to the Local Educational Agency Grants webpage, that contains program summaries and information on specific federal Individuals with Disabilities Education Act grants allocated to provide services to individuals with disabilities, https://www.cde.ca.gov/sp/se/as/leagrnts.asp.

  Link to the Special Education Resource Leads, Request for Application webpage, https://www.cde.ca.gov/fg/fo/r18/spedresourcelead23rfa.asp.

  Link to the California Department of Education's Services and Resources webpage, which includes information about technical assistance, https://www.cde.ca.gov/sp/se/sr/.