# EXHIBIT 410

**Guidance for CDE Consultants and Unit Managers During the Compliance and Improvement Monitoring (CIM) Process**

**Failure to Meet Required CIM Timelines for CIM Steps 1-3 and Progress Reports**

| Level | Threshold | CDE Action | LEA Representatives | CDE Representatives |
|---|---|---|---|---|
| Prestep | One day after deadline. | Email from CDE Intensive, Targeted, and Small Listservs to all LEAs to remind LEAs of the deadline, thanking those that submitted and reminding those that have not yet submitted that if action is not taken to comply with deadlines, further action/sanctions may result. | Special Education Director and/or relevant LEA contact; cc SELPA | FMTA Support Staff |
| 1 | One week past deadline. | E-mail/call reminder of deadline. Start action log. | Special Education Director and/or relevant LEA contact | FMTA Consultant |
| 2 | Two weeks past deadline without an approved extension. | Schedule a meeting with the Special Education Director and/or relevant LEA contact to discuss and reinforce the required deadlines, develop an action plan, and provide verbal warnings of potential actions/sanctions. Any extensions must be approved by the Unit Manager. | Special Education Director and/or relevant LEA contact, SELPA representative | Unit Manager |
| 3 | Four weeks past deadline without an approved extension. | Schedule a meeting with the LEA Superintendent to discuss the potential sanctions. | Special Education Director and/or relevant LEA contact, Superintendent, SELPA representative | Unit Manager |
| 4 | Six weeks past the required deadline without an approved extension. | Sanction letter 1 indicating that the LEA may become a high risk grantee. | Special Education Director and/or relevant LEA contact, Superintendent, SELPA representative | Unit Manager, Director or Associate Director of Special Education Division |
| 5 | No resolution after ten weeks past the required deadline. | Presentation to board and sanction letter 2. | Board | Unit Manager |
| 6 | LEA does not respond with the required documentation by the due date on sanction letter 2. | **Identify the LEA as a high risk grantee with special conditions on the grant (34 C.F.R 300.604 (a)(3)).** | Board and Superintendent | Legal, Director/Associate Director of the Special Education Division, Unit Manager |

**Failure to Engage in CIM Process**

| | Threshold | CDE Action | LEA Representatives | CDE Representatives |
|---|---|---|---|---|
| 1 | Failure to attend a required webinar or respond to a required email. | E-mail/call reminder of the requirement and refer to recorded versions of trainings. | Special Education Director and/or relevant LEA contact | FMTA Consultant |
| 2 | Failure to engage with FMTA Consultant or assigned technical assistance (TA) Provider. | E-mail reminder of required participation and referral to FMTA Unit Manager to send a reminder. | Special Education Director and/or relevant LEA contact, Superintendent, SELPA representative | Unit Manager |
| 3 | Failure to complete items in a step or failure to log onto Stepwell or IDC Data Center site. | Schedule a meeting with the Special Education Director to walk through requirement. | Special Education Director and/or relevant LEA contact, SELPA representative | Unit Manager |
| 4 | Failure to submit items of a specific step. | Meeting with the Superintendent reminding of requirements to participate in monitoring. Follow up letter warning of sanctions (sanction letter 1) including special conditions on the grant. | Superintendent, Special Education Director and/or relevant LEA contact, and SELPA representative | Unit Manager, Director or Associate Director of the Special Education Division |
| 5 | Failure to remedy threshold 4, the failure to submit items of a specific step. | Schedule a on-site visit to walk LEA through the missing items for completion. | Special Education Director and/or relevant LEA contact, SELPA representative | FMTA Consultant, Unit Manager, TA Provider where appropriate |
| 6 | Failure to complete the plan or missing elements in the plan without clear explanation. | Send sanction letter 2 indicating that the LEA will have special conditions placed on their grant if they fail to comply. | Superintendent, Special Education Director and/or relevant LEA contact and SELPA representative | Unit Manager, Director or Associate Director of the Special Education Division |
| 7 | No plan submitted. | **CDE imposes special conditions on the grant requiring the LEA to participate in monitoring to receive funds (34 C.F.R 300.604 (a)(2-3)).** | Board and Superintendent | Legal, Director/Associate Director of the Special Education Division, Unit Manager |

**Guidance for CDE Consultants and Unit Managers During the Compliance and Improvement Monitoring (CIM) Process**

| | Failure to Make Progress as indicated in the Progress Reports | | | |
|---|---|---|---|---|
| Level | Threshold | CDE Action | LEA Representatives | CDE Representatives |
| 1 | First progress report indicates that LEA is not meeting timelines or benchmarks for the improvement plan. | Meet with Special Education Director or relevant LEA contact, to determine the problems of the implementation. Determine if the LEA needs additional technical assistance. | Special Education Director and/or relevant LEA contact | FMTA Consultant |
| 2 | Second progress report indicates that improvement plan implementation has not begun. | Advise the LEA of technical assistance. If already paired with a TA provider, schedule a meeting with LEA and TA provider to determine next steps. Contact the COE to support LEA. Schedule bi-weekly meetings with LEA to start implementation. | Special Education Director and/or relevant LEA contact, Superintendent, SELPA representative | Unit Manager |
| 3 | Progress report data indicates that little to no impact or progress has been made. | Assign the LEA additional TA providers to address lack of progress as described in 34 C.F.R. 300.604 (a)(1). | Special Education Director and/or relevant LEA contact, SELPA representative | Unit Manager |
| 4 | Annual data indicates that outcomes have gotten worse. | **Require a review of the current CIM plan during a mandatory onsite visit with TA provider and SELPA and determine if Steps 1-3 need to be restarted.** | Superintendent, Special Education Director and/or relevant LEA contact and SELPA representative | Unit Manager, Director or Associate Director of the Special Education Division |

| | Poor Quality Submissions | | | |
|---|---|---|---|---|
| Level | Threshold | CDE Action | LEA Representatives | CDE Representatives |
| 1 | The submission meets minimum standards of quality but needs improvement. | Accept the submission with feedback for improvement. Recommend additional technical assistance or TA provider to support the LEA. | Special Education Director and/or relevant LEA contact | FMTA Consultant/Unit Manager |
| 2 | The submission is poor quality and does not meet the minimum standard of quality. Examples include: not disaggregating data, not including parent input and not including qualitative data. | Return the submission with feedback. Recommend additional technical assistance or TA provider to support the LEA. | Special Education Director and/or relevant LEA contact | FMTA Consultant/Unit Manager |
| 3 | LEA Step 2 root cause analysis submission does not connect to Step 1 data. | Return the submission with feedback. Assign the LEA additional TA providers to address lack of progress as described in 34 C.F.R. 300.604 (a)(1). | Special Education Director and/or relevant LEA contact, SELPA representative | FMTA Consultant/Unit Manager |
| 4 | Step 3 plan does not address the areas in root cause analysis. | Return the submission with feedback. Assign the LEA additional TA providers to address lack of progress as described in 34 C.F.R. 300.604 (a)(1). | Special Education Director and/or relevant LEA contact, SELPA representative | FMTA Consultant/Unit Manager |
| 5 | LEA refuses to address feedback from the CDE. | Unit Manager schedules a meeting with the Special Education Director, or relevant LEA contact, or Superintendent. Refer to "Failure to Engage in CIM Process" levels, as appropriate. | Special Education Director and/or relevant LEA contact, Superintendent, SELPA representative | Unit Manager |

*This matrix is intended to be used as guidance of the various options that are available to hold LEAs accountable for required activities or deadlines during the CIM Process. CDE Consultants and/or Unit Managers shall make the determination(s) of actions to take based on circumstances known to them at the time. Nothing in this matrix precludes CDE from taking any action that is different or not reflected in this matrix.