# EXHIBIT 411

[EXTERNAL] Re: ▆▆▆▆▆ - quick CCEIS question

▆▆▆▆▆▆▆▆▆ <▆▆▆▆▆▆▆▆▆▆▆▆>
Fri 8/25/2023 3:52 PM
To:Kishaun Thorntona <KThorntona@cde.ca.gov>

> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Will do-thanks for the quick response!

On Fri, Aug 25, 2023 at 3:25 PM Kishaun Thorntona <KThorntona@cde.ca.gov> wrote:

> Hi ▆▆▆▆▆,
>
> Thanks for checking. I think you are on the right track. There are no additional documents that need to accompany the abbreviated plan unless you need to attach some information justifying the appropriateness of the information in the plan. You may send it to me if you'd like to look over.
>
> Please make sure to attend the Aug 30 webinar that will discuss and show a sample of the Abbreviated Plan. Thanks for checking!
>
> Kishaun Thorntona, Education Programs Consultant
>
> Focused Monitoring and Technical Assistance Unit I
>
> Special Education Division
>
> California Department of Education
>
> 1430 N Street, Suite 2401
>
> Sacramento, CA 95814
>
> **From:** ▆▆▆▆▆▆▆▆▆ <▆▆▆▆▆▆▆▆▆▆▆▆>
> **Sent:** Friday, August 25, 2023 1:55 PM
> **To:** Kishaun Thorntona <KThorntona@cde.ca.gov>
> **Subject:** [EXTERNAL] quick CCEIS question

> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Kishaun,

Our CIM for CCEIS abbreviated plan needs to go in our board packet a week from today (we'll present it at our next Board Meeting on Sept. 11.)

I've sent it to ▮▮▮▮▮ to look over for me, but I just wanted to double check with you that there are no other required accompanying documents that I need to submit. I just reviewed the padlet again and didn't see anything.

Please let me know-thanks!

▮▮▮

--

▮▮▮
Director of Educational Services
▮▮▮

▮▮▮
www.▮▮▮.org

▮▮▮

▉▉▉▉▉▉▉▉ Fall Site Visit

Kishaun Thorntona <KThorntona@cde.ca.gov>

Thu 10/12/2023 3:50 PM

To ▉▉▉▉▉▉▉ <▉▉▉▉▉▉▉▉▉▉>

Sounds good! Thanks!

Kishaun Thorntona, Education Programs Consultant
Focused Monitoring and Technical Assistance Unit I
Special Education Division
California Department of Education
1430 N Street, Suite 2401
Sacramento, CA 95814

---

**From:** ▉▉▉▉▉▉▉ <▉▉▉▉▉▉▉▉▉▉>
**Sent:** Thursday, October 12, 2023 3:09 PM
**To:** Kishaun Thorntona <KThorntona@cde.ca.gov>
**Subject:** [EXTERNAL] Re: ▉▉▉▉▉▉▉ Fall Site Visit

> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

I can see if our MTSS/CCEIS TOSA could walk you through some classrooms from 2-2:45 or so (when schools end) and then you both could head over to the DO for our meeting at 3:00. Our TOSAs schedules are jam packed so I can't promise much more than that. Let me know if that would work!

On Thu, Oct 12, 2023 at 12:54 PM Kishaun Thorntona <KThorntona@cde.ca.gov> wrote:

> I confirmed that I can travel on 11/2, so I will be there to meet with the Supt and team. I am hoping that if there is any implementation happening in the classroom as a result of the PD work that occurred, I can see it in action. I'm available all day on 11/2, if we can arrange for something. Thanks.
>
> Kishaun Thorntona, Education Programs Consultant
>
> Focused Monitoring and Technical Assistance Unit I
>
> Special Education Division
>
> California Department of Education
>
> 1430 N Street, Suite 2401

Sacramento, CA 95814

---

**From:** Kishaun Thorntona
**Sent:** Wednesday, October 11, 2023 4:58 PM
**To:** ▓▓▓▓▓▓▓▓▓▓ <▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
**Subject:** ▓▓▓▓▓▓▓▓▓▓ Fall Site Visit

Hi ▓▓▓▓▓,

Thanks for working hard on this!

I will likely do November 2, 2023, from 3 to 4 p.m. I'm still waiting for my leadership to give me the ok to travel since this visit was in my Oct travel plan. Will your CCEIS team be able to participate as well?

I'll let you know for sure as soon as they reply to my request giving me an ok to schedule.

Thanks,

Kishaun Thorntona, Education Programs Consultant

Focused Monitoring and Technical Assistance Unit I

Special Education Division

California Department of Education

1430 N Street, Suite 2401

Sacramento, CA 95814

---

**From:** ▓▓▓▓▓▓▓▓▓▓ <▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
**Sent:** Wednesday, October 11, 2023 3:58 PM
**To:** Kishaun Thorntona <KThorntona@cde.ca.gov>
**Subject:** [EXTERNAL] Re: ▓▓▓▓▓▓▓▓▓▓ Fall Site Visit

> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Kishuan,

Our superintendent can come to all or part of a meeting on the following dates/times:

10/25 @ 1pm-2pm

11/2 @ 3pm-4pm (this looks better overall)

Not sure our Asst. Supt, TOSA and SpEd director are all available though but I need to get this booked on ▬▬▬▬▬ calendar before the slot fills up.

Sincerely,

▬▬▬▬

On Wed, Oct 11, 2023 at 11:33 AM Kishaun Thorntona <KThorntona@cde.ca.gov> wrote:

> Let me know if I should reach out to the Supt's office. I understand everyone is super swamped with the day-to-day work and the other compliance requirements. Unfortunately, I cannot bypass this opportunity to visit your district because this is a requirement of our implementation monitoring for those that have been in Sig Dis for multiple years. Thanks for keeping me in the loop of gathering a date/time because now I can report to my leadership.
>
> I can also meet with your team and then the Supt can come in for the last 15 or so minutes of our meeting, if that works best for ▬▬▬▬▬▬ The piece I am interested in, from ▬▬▬▬▬▬, is how the district is messaging and leveraging the CCEIS status and work district-wide. I think we can discuss the other pieces of understanding the Plan, implementation, making the work come alive through the team's discussion, and hopefully seeing the work in

progress without the Supt's presence (although it would be nice for her to attend).

Hope this helps a little more. Thanks for all the work you are doing on this!

Kishaun Thorntona, Education Programs Consultant

Focused Monitoring and Technical Assistance Unit I

Special Education Division

California Department of Education

1430 N Street, Suite 2401

Sacramento, CA 95814

**From:** ▇▇▇▇▇▇ <▇▇▇▇▇▇▇▇▇>
**Sent:** Wednesday, October 11, 2023 11:20 AM
**To:** Kishaun Thorntona <KThorntona@cde.ca.gov>
**Cc:** ▇▇▇▇▇▇ <▇▇▇▇▇▇▇▇▇>
**Subject:** [EXTERNAL] Re: ▇▇▇▇▇▇▇ Fall Site Visit

> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Kishaun,

I'm working on it and keep asking but have not secured a date yet. Will circle back ASAP. Everyone is just super swamped right now but I'll keep trying.

▇▇▇▇

On Wed, Oct 11, 2023 at 10:42 AM Kishaun Thorntona <KThorntona@cde.ca.gov> wrote:

> Hi ▇▇▇▇▇ Just following up to see if you were able to secure a time on the Supt's calendar and the CCEIS team. Thanks.

Kishaun Thorntona, Education Programs Consultant

Focused Monitoring and Technical Assistance Unit I

Special Education Division

California Department of Education

1430 N Street, Suite 2401

Sacramento, CA 95814

---

**From:** Kishaun Thorntona
**Sent:** Friday, October 6, 2023 12:15 PM
**To:** ▓▓▓▓▓▓▓▓ <▓▓▓▓▓▓▓▓>
**Cc:** ▓▓▓▓▓▓▓▓ <▓▓▓▓▓▓▓▓>
**Subject:** ▓▓▓▓▓▓▓▓ Fall Site Visit

I have a site visit in the morning of Oct 24, so later in the afternoon on Oct 24 works too.

Kishaun Thorntona, Education Programs Consultant

Focused Monitoring and Technical Assistance Unit I

Special Education Division

California Department of Education

1430 N Street, Suite 2401

Sacramento, CA 95814

---

**From:** ▓▓▓▓▓▓▓▓ <▓▓▓▓▓▓▓▓>
**Sent:** Friday, October 6, 2023 12:03 PM
**To:** Kishaun Thorntona <KThorntona@cde.ca.gov>
**Cc:** ▓▓▓▓▓▓▓▓ <▓▓▓▓▓▓▓▓>
**Subject:** [EXTERNAL] Re: ▓▓▓▓▓▓▓▓ Fall Site Visit

> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hello,

We can't do the 26th. Let me ask our superintendent about the 25th to see if she's available.

Sincerely,



On Fri, Oct 6, 2023 at 11:53 AM Kishaun Thorntona <KThorntona@cde.ca.gov> wrote:

Hi

I wanted to follow up to see if we are good for a site visit for the morning of Oct 26 to meet with your CCEIS team and Superintendent to discuss the District's 2021, 2022, and 2023 plans and implementation. I am also open to Oct 25 as well.

I am particularly interested in how the district is messaging and leveraging the CCEIS status and work district-wide, understanding the implementation, and basically leave with a true understanding of the Plan(s) and the supports needed from me or any of our resources.

Can you please confirm the date and time as soon as possible? I look forward to meeting the team in person!

Thank you.

Kishaun Thorntona, Education Programs Consultant

Focused Monitoring and Technical Assistance Unit I

Special Education Division

California Department of Education

1430 N Street, Suite 2401

Sacramento, CA 95814

**From:** ▨▨▨▨ <▨▨▨▨>
**Sent:** Monday, June 26, 2023 9:20 AM
**To:** Kishaun Thorntona <KThorntona@cde.ca.gov>
**Cc:** ▨▨▨▨ <▨▨▨▨>
**Subject:** [EXTERNAL] Re: ▨▨▨▨ Fall Site Visit

> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

That should work for a check in-I just have to check to see if we have a management meeting that day.  I'll find out and circle back ASAP!

Sincerely,

▨▨▨▨

On Thu, Jun 22, 2023 at 4:04 PM Kishaun Thorntona <KThorntona@cde.ca.gov> wrote:

> Hi ▨▨▨▨ I was able to secure October 25 for a site visit for another district in the ▨▨▨▨ area. Do you think we can do the morning of October 26 for your District?
>
> Kishaun Thorntona, Education Programs Consultant
>
> Focused Monitoring and Technical Assistance Unit I
>
> Special Education Division
>
> California Department of Education
>
> 1430 N Street, Suite 2401
>
> Sacramento, CA 95814

**From:** Kishaun Thorntona
**Sent:** Monday, June 19, 2023 9:43 AM
**To:** ▉▉▉▉▉ <▉▉▉▉▉>
**Subject:** ▉▉▉▉▉ Fall Site Visit

Ok, great! Let me see when some of the dates the neighboring districts will provide me and then I will let you know, so I can do a couple of days in the area at that time to meet with your CCEIS Team to discuss implementation.

Make sure to schedule your Educational Partners Team meeting to discuss any new data, implementation data, and to discuss moving forward with the root causes, measurable outcomes, and activities. The Abbreviated Plan is due September 30, 2023. Let me know if you need any guidance on this process.

Thanks,

Kishaun

**From:** ▉▉▉▉▉ <▉▉▉▉▉>
**Sent:** Sunday, June 18, 2023 6:45 AM
**To:** Kishaun Thorntona <KThorntona@cde.ca.gov>
**Subject:** [EXTERNAL] Re: ▉▉▉▉▉ Fall Site Visit

> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Kishaun,

We don't have anything planned that far out yet-it definitely won't happen in August as getting school started is always our first priority.

If you want to let me know when you're in town, we can set up a meeting with our district team to meet you and discuss progress.

On Fri, Jun 16, 2023 at 10:57 AM Kishaun Thorntona <KThorntona@cde.ca.gov> wrote:

> Hello 
>
> I am visiting Districts this fall, and wanted to know when your District will be holding an Ed Partners Team meeting to discuss the data/plan development and implementation, in August-October, so I can sit in? I would love to see any implementation in progress as well.
>
> Please let me know so that I can update my leadership with my site visit date. Thanks.
>
> Kishaun Thorntona, Education Programs Consultant
>
> Focused Monitoring and Technical Assistance Unit I
>
> Special Education Division
>
> California Department of Education
>
> 1430 N Street, Suite 2401
>
> Sacramento, CA 95814
>
> Telephone: 916-445-5727

plan for 11/2

Kishaun Thorntona <KThorntona@cde.ca.gov>
Tue 10/17/2023 4:33 PM

To: ▮▮▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮>

Sounds great! I think that is a good plan. I look forward to seeing the Plan come alive through the site visit and the meeting with the team!

Kishaun Thorntona, Education Programs Consultant
Focused Monitoring and Technical Assistance Unit I
Special Education Division
California Department of Education
1430 N Street, Suite 2401
Sacramento, CA 95814

**From:** ▮▮▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮>
**Sent:** Tuesday, October 17, 2023 4:13 PM
**To:** Kishaun Thorntona <KThorntona@cde.ca.gov>
**Subject:** [EXTERNAL] plan for 11/2

> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Kishaun,

I just wanted to provide a few more details for you for 11/2. ▮▮▮▮▮▮▮▮▮, our Literacy TOSA and EL Committee member, will be the one walking you through ▮▮▮▮▮▮▮▮▮ on 11/2. She could start at 1:30 or 1:45 if you wanted to spend a little more time at a site?

Then for our meeting at the DO, we are planning to have our team share out with you (and each other) all of the pieces that are currently in place in regards to CCEIS plan implementation and Target Population student support. Hopefully that works but let me know if you were wanting something else.

▮▮▮▮▮ is located at: ▮▮▮▮▮▮▮▮▮
District Office is located at: ▮▮▮▮▮▮▮▮▮

▮▮▮▮▮ is about 5 minutes away without traffic, but closer to 15 with after school traffic.

Thanks,
▮▮▮▮▮▮

--
▮▮▮▮▮▮▮▮▮
Director of Educational Services

▮▮▮▮▮▮
www.▮▮▮▮▮
▮▮▮▮▮▮▮▮▮

████████████ - CDE Site Visit

Kishaun Thorntona <KThorntona@cde.ca.gov>
Tue 10/31/2023 1:27 PM

To: ████████ <████████████>
Cc: Barbara Gaskin <BGaskin@cde.ca.gov>

I am so sorry for the inconvenience! Please tell your team I apologize.

Mid-Jan works too. Just provide a few dates and we will make it happen!

I look forward to the dates and to actually see the amazing work!

Kishaun Thorntona, Education Programs Consultant
Focused Monitoring and Technical Assistance Unit I
Special Education Division
California Department of Education
1430 N Street, Suite 2401
Sacramento, CA 95814

**From:** ████████ <████████████>
**Sent:** Tuesday, October 31, 2023 1:13 PM
**To:** Kishaun Thorntona <KThorntona@cde.ca.gov>
**Cc:** Barbara Gaskin <BGaskin@cde.ca.gov>
**Subject:** [EXTERNAL] Re: ████████ - CDE Site Visit

> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Hi Kishuan,

I'm very sorry to hear that you are sick and hope you feel better ASAP!

We had a whole little plan (walkthrough at ████████ and then the share out with 8 of our team members) all mapped out, so once we settle on a new date, we'll just stick with the same plan.

I'll get you new date options soon but I already heard from the superintendent's office that December is jam packed so it might need to wait until Jan. Will circle back ASAP.

Take care,
████████

On Tue, Oct 31, 2023 at 10:29 AM Kishaun Thorntona <KThorntona@cde.ca.gov> wrote:

> Hi ████████,

I hope all is well with you and the ▇▇▇▇ Team. I really hate to do this, but I need to reschedule our on-site because I am sick and have been sick for the past week. Finally have antibiotics, but it's not really letting up as fast as I had hoped.

Can you please extend a heartfelt and sincere apology to the Superintendent, and ask when she might have another timeframe open to meet with me in maybe early December? During this rescheduled time, let's also schedule some time for me to meet with the TOSA implementing the CCEIS activities, and see the phonics program in progress and/or do a GLAD walkthrough with your staff.

Just as a reminder, this on-site is a new activity we are doing with our LEAs that are in Intensive Level 3, as part of the Step 4 process, to better understand the complexities of the districts we support. These on-sites are to allow the Plan(s) to come off of the paper, so that when we are reviewing and approving the progress reports and future plans, we understand the work that is actually taking place, the intricacies of the District, and how we can better support to ensure we are addressing the contributing factors of the significant disproportionality and/or the SSPI targets that are not being met. And ultimately, to ensure better student outcomes!

I look forward to a couple of dates/times that not only work for your Superintendent, but that also work for your CCEIS Team and staff. Thank you for your understanding! If you would like to schedule a zoom meeting to discuss this further or discuss your plan(s), please let me know. I'd be happy to meet. Thanks!

Kishaun Thorntona, Education Programs Consultant
Focused Monitoring and Technical Assistance Unit I
Special Education Division
California Department of Education
1430 N Street, Suite 2401
Sacramento, CA 95814
Telephone: 916-445-5727