UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA C., et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>TONY THURMOND, et al.,<br><br>   Defendants. | Case No. 96-cv-04179-VC<br><br>**ORDER RE COURT MONITOR'S BUDGET** |

  The Court's last order regarding the Court Monitor's budget was issued on August 16, 2021. Dkt. No. 2659. That Order provided for funding for Fiscal Year 2021-2022. The funds deposited by CDE in response to that order have been sufficient for longer than anticipated. The Monitor has informed the Court that an additional $30,000 will be necessary to bring this case to its expected conclusion in the late fall of this year.

  The Court anticipates filing a budget reconciliation order at the conclusion of this case to return any unspent funds to CDE and Ravenswood.

  Within 10 days of this order, CDE should file a deposit schedule for the $30,000.

IT IS **SO ORDERED.**

Dated: February 16, 2024

_____
VINCE CHHABRIA
United States District Judge