1  ROB BONTA
   Attorney General of California
2  DARRELL W. SPENCE, State Bar No. 248011
   Supervising Deputy Attorney General
3  STACEY L. LEASK, STATE BAR NO. 233281
   Deputy Attorney General
4   I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 210-6172
6   Fax:  (916) 324-5567
    E-mail:  Darrell.Spence@doj.ca.gov
7   E-mail:  Stacey.Leask@doj.ca.gov
   *Attorneys for Defendants*
8  *California Department of Education, Tony*
   *Thurmond, in his official capacity as the State*
9  *Superintendent of Public Instruction, and State*
   *Board of Education*
10

11            IN THE UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14

15

16  **EMMA C., et al.,**                        3:96-cv-04179-VC

17                          Plaintiffs,         **STATE DEFENDANTS' DEPOSIT**
                                                **SCHEDULE PURSUANT TO ORDER RE**
18       v.                                     **MONITOR'S BUDGET (DKT. 2776)**

19  **THURMOND, et al.,**                       Judge:     The Honorable Vince Chhabria

20                          Defendants.

21

22

23

24

25

26

27

28

1

1   Pursuant to the Court's February 16, 2024 Order Re Monitor's Budget (Dkt. 2776),
2   Defendants California Department of Education, Tony Thurmond, in his official capacity as the
3   State Superintendent of Public Instruction, and State Board of Education (collectively, "State
4   Defendants") hereby submit that a deposit will be made by March 15, 2024, in the amount of
5   $30,000, for purposes of the Court Monitor's Budget.

Dated:  February 26, 2024                    Respectfully Submitted,

ROB BONTA
Attorney General of California

S/ Darrell W. Spence

DARRELL W. SPENCE
Supervising Deputy Attorney General
*Attorneys for Defendants*
*California Department of Education, Tony Thurmond, in his official capacity as the State Superintendent of Public Instruction, and State Board of Education*

SA2005104070
37896209.docx

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Emma C., et al. v. Thurmond, et al.** | No. | **3:96-cv-04179-VC** |

I hereby certify that on <u>February 26, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATE DEFENDANTS' DEPOSIT SCHEDULE PURSUANT TO ORDER RE MONITOR'S BUDGET (DKT. 2776)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 26, 2024</u>, at Sacramento, California.

| | |
|---|---|
| Christopher R. Irby | *S/ Christopher R. Irby* |
| Declarant | Signature |

SA2005104070
37896262.docx