William S. Koski, SBN 166061
MILLS LEGAL CLINIC
STANFORD LAW SCHOOL
YOUTH & EDUCATION LAW PROJECT
 559 Nathan Abbott Way
 Stanford, CA 94305-8610
 Telephone: (650) 724-3718
 Facsimile: (650) 723-4426
 Email: bkoski@stanford.edu

Freya Pitts, SBN 295878
Brenda Shum, *Pro hac vice*
NATIONAL CENTER FOR YOUTH LAW
 1212 Broadway, Suite 600
 Oakland, CA 94612
 Telephone: (510) 835-8098
 Fax: (510) 835-8099
 Email: fpitts@youthlaw.org
 Email: bshum@youthlaw.org

*Attorneys for Plaintiffs Emma C., et al.*

Rob Bonta
Attorney General of California
Darrell W. Spence, SBN 248011
Supervising Deputy Attorney General
Stacey L. Leask, SBN 233281
Deputy Attorney General
CALIFORNIA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6172
 Facsimile: (916) 324-5567
 E-mail: Darrell.Spence@doj.ca.gov

*Attorneys for Defendants California Department of Education, Tony Thurmond, in his official capacity as the State Superintendent of Public Instruction, and State Board of Education*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMA C., et al., <br><br>         *Plaintiffs*, <br><br> v. <br><br> TONY THURMOND, et al., <br><br>         *Defendants*. | Case No.: 3:96-cv-4179 (VC) <br><br> **JOINT STIPULATION RE: PAYMENT OF PLAINTIFFS' ATTORNEYS' FEES AND COSTS FOR THE PERIOD JANUARY 1, 2023 THROUGH JUNE 30, 2023** <br><br> Hon. Vince Chhabria |

**JOINT STIPULATION RE: PAYMENT OF PLAINTIFFS' ATTORNEYS' FEES AND COSTS FOR THE PERIOD JANUARY 1, 2023 THROUGH JUNE 30, 2023**

Counsel for the Parties have prepared a Stipulated Order for the payment by Defendants of Plaintiffs' attorneys' fees in this action for the period of January 1, 2023 through June 30, 2023.

Based on this Court's order filed March 9, 2016 as Docket No. 2162 concerning allocation of Plaintiffs' attorneys' fees and costs, billing statements, and discussions among the parties, Plaintiffs' attorneys' fees shall be paid as follows: The California Department of Education will pay all STATE-related fees and costs **for the time period of January 1 through June 30, 2023**, in the amounts of **$14,092.58** to the National Center for Youth Law, and **$14,403.53** to the Stanford Law School–Youth and Education Law Project.

Upon entry of this Court's order approving this stipulation, Defendant California Department of Education will timely seek the necessary agency approvals for preparation and relay of the checks. The checks will be provided to Plaintiffs' counsel within 60 days of obtaining such agency approvals.

DATED: July 8, 2024          Respectfully submitted,

                                          MILLS LEGAL CLINIC
                                          STANFORD LAW SCHOOL
                                          YOUTH AND EDUCATION LAW PROJECT

By:   */s/ William S. Koski*
      WILLIAM S. KOSKI
      *Attorneys for Plaintiffs Emma C., et al.*

NATIONAL CENTER FOR YOUTH LAW

By:   */s/ Brenda Shum*
      BRENDA SHUM
      *Attorneys for Plaintiffs Emma C., et al.*

///

///

CALIFORNIA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL

ROB BONTA
Attorney General of California
DARRELL W. SPENCE
Supervising Deputy Attorney General

By:   /s/ Stacey L. Leask
STACEY L. LEASK
Deputy Attorney General

*Attorneys for Defendants California Department of Education, Tony Thurmond in his official capacity as the State Superintendent of Public Instruction, and the State Board of Education*

# ECF ATTESTATION

I am the e-Filing attorney whose ECF User Identification and Password are being used to electronically file the following document(s):

**[PROPOSED] STIPULATED ORDER RE: PAYMENT OF PLAINTIFFS' ATTORNEYS' FEES FOR THE PERIOD OF JANUARY 1, 2023 THROUGH JUNE 30, 2023**

I hereby attest that concurrence in the filing of the above document(s) has been obtained from the signatory(ies).

DATED: July 8, 2024

                                                                 */s/ William S. Koski*
                                                                 WILLIAM S. KOSKI