William S. Koski, Esq., SBN 166061
Abigail Trillin, Esq., SBN 179052
STANFORD LAW SCHOOL
YOUTH & EDUCATION LAW PROJECT
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-3718
Fax: (650) 723-4426
Email: bkoski@stanford.edu
            atrillin@law.stanford.edu

Freya Pitts, Esq., SBN 295878
NATIONAL CENTER FOR YOUTH LAW
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Fax: (510) 835-8099
Email: fpitts@youthlaw.org

*Attorneys for Plaintiffs*
*Emma C., et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMA C., *et al.*,<br><br>            *Plaintiffs*,<br><br>      v.<br><br>TONY THURMOND, *et al.*,<br><br>            *Defendants*. | Case No.: 3:96-cv-4179 (VC)<br><br>**PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO STATE'S MOTION TO TERMINATE THE FIRST AMENDED CONSENT DECREE PURSUANT TO SECTIONS 13.0 AND 18.10 OF THE DECREE**<br><br>**Date:** December 12, 2024<br>**Time:** 2:00 p.m.<br>**Courtroom:** 4<br>**Before:** Hon. Vince Chhabria |

Plaintiffs Emma C., *et al.*, do not oppose the motion of Defendants California Department of Education, Tony Thurmond, in his official capacity as the State Superintendent of Public Instruction, and the State Board of Education (collectively, "State Defendants") to terminate the First Amended Consent Decree (Dkt. 832) pursuant to Sections 13.0 and 18.10 of the First Amended Consent Decree. Plaintiffs contend that the Court need not address the State Defendants' request to terminate the First Amended Consent Decree pursuant to Fed. R. Civ. Proc. 60(b).

Dated: November 21, 2024

Respectfully submitted,

YOUTH AND EDUCATION LAW PROJECT
STANFORD LAW SCHOOL
MILLS LEGAL CLINIC

BY: */s/ William S. Koski*
William S. Koski

*Attorneys for Plaintiffs Emma C., et al.*

NATIONAL CENTER FOR YOUTH LAW

BY: */s/ Freya Pitts*
Freya Pitts

*Attorneys for Plaintiffs Emma C., et al.*

1

PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO TERMINATION OF CONSENT DECREE
*Emma C., et al. v. Thurmond, et al.*; No. 3:96-cv-04179-VC

## CERTIFICATE OF SERVICE / ECF ATTESTATION

I hereby certify that on the date set forth below, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO STATE'S MOTION TO TERMINATE THE FIRST AMENDED CONSENT DECREE PURSUANT TO SECTIONS 13.0 AND 18.10 OF THE DECREE**

I further certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on November 21, 2024, at Stanford, California.

 */s/ William S. Koski*
William S. Koski